# EXHIBIT 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Citigroup Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Citigroup Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | Dale |
| Middle initial: | P |
| Last name: | Townsend |
| Address: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |



Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 03/07/2019 | 500 | 61.51 |
| Common Stock | 03/04/2019 | 500 | 63.17 |
| Common Stock | 02/07/2019 | 1000 | 62.10 |
| Common Stock | 01/07/2020 | 500 | 78.91 |
| Common Stock | 01/24/3020 | 500 | 78.51 |
| Common Stock | 02/21/2020 | 500 | 76.61 |

**Certification for Dale Townsend (cont.)**

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 03/26/2020 | 3500 | 44.50 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:                    YES

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.           YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 12/07/2020

## CERTIFICATION

John Corso (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Citigroup Inc. ("Citigroup") and its current and/or former officers.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against Citigroup and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in Citigroup securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____12/29/2020_____

DocuSigned by:

John Corso

090221083B0E486...

John Corso

## SCHEDULE A

### John Corso
CLASS PERIOD TRANSACTIONS

#### Purchases

| DATE | SHARES | PRICE |
|------|--------|-------|
| 2/28/2020 | 400 | ($62.91) |
| 5/29/2018 | 250 | ($66.02) |
| 3/19/2018 | 250 | ($72.76) |

### Germaine Corso
CLASS PERIOD TRANSACTIONS

#### Purchases

| DATE | SHARES | PRICE |
|------|--------|-------|
| 5/29/2018 | 250 | ($66.02) |
| 3/19/2018 | 250 | ($72.76) |

## ASSIGNMENT

Germaine Corso, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to John Corso all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the Assignor's purchases of the securities of Citigroup Inc. Further, the Assignor hereby appoints John Corso as her true and lawful attorney-in-fact for the purpose of exercising all owners relating to such causes of action.

John Corso has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of John Corso.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed on __12/29/2020_____.


DocuSigned by:

Germaine Corso

————090221083B0E486...

Germaine Corso