# EXHIBIT 3

**Citigroup Inc. Loss Chart**
**Class Period: January 15, 2016 and October 12, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $51.3696 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dale Townsend | 2/7/2019 | 1,000 | ($62.10) | ($62,100.00) | 3/26/2020 | 3,500 | $44.50 | $155,750.00 | | | | |
| | 3/4/2019 | 500 | ($63.17) | ($31,585.00) | | | | | | | | |
| | 3/7/2019 | 500 | ($61.51) | ($30,755.00) | | | | | | | | |
| | 1/7/2020 | 500 | ($78.91) | ($39,455.00) | | | | | | | | |
| | 1/24/2020 | 500 | ($78.51) | ($39,255.00) | | | | | | | | |
| | 2/21/2020 | 500 | ($76.61) | ($38,305.00) | | | | | | | | |
| | | **3,500** | | **($241,455.00)** | | **3,500** | | **$155,750.00** | **0** | **$0.00** | **($85,705.00)** | |
| | | | | | | | | | | | | |
| John Corso | 3/19/2018 | 250 | ($72.76) | ($18,190.00) | | | | | | | | |
| | 5/29/2018 | 250 | ($66.02) | ($16,505.00) | | | | | | | | |
| | 2/28/2020 | 400 | ($62.91) | ($25,164.00) | | | | | | | | |
| | | **900** | | **($59,859.00)** | | | | | **900** | **$46,232.67** | **($13,626.33)** | |
| | | | | | | | | | | | | |
| | 3/19/2018 | 250 | ($72.76) | ($18,190.00) | | | | | | | | |
| Germaine Corso | 5/29/2018 | 250 | ($66.02) | ($16,505.00) | | | | | | | | |
| | | **500** | | **($34,695.00)** | | | | | **500** | **$25,684.82** | **($9,010.19)** | |
| | | | | | | | | | | | | |
| **Totals:** | | **4,900** | | **($336,009.00)** | | **3,500** | | **$155,750.00** | **1,400** | **$71,917.48** | **($108,341.52)** | |