UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, <br><br> Defendants. | Case No.  1:20-cv-09132-AJN <br>[rel. 1:20-cv-08669-AJN] <br><br> DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF IRON WORKERS LOCAL 580 JOINT FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON, <br><br> Defendants. | Case No.  1:20-cv-09573-AJN <br>[rel. 1:20-cv-08669-AJN] |
| TIMOTHY LIM, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, <br><br> Defendants. | Case No.  1:20-cv-10360-UA |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Iron Workers Local 580 Joint Funds ("Iron Workers"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Iron Workers' motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:      Damages analysis reflecting Iron Workers' financial interest in the Related Actions;

Exhibit B:      Press release published over *PR Newswire*, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:      Shareholder Certification executed on behalf of Iron Workers; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 29, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1