# EXHIBIT A

Citigroup Inc. (2020) (C)
Class Period: January 15, 2016 to October 12, 2020
Iron Workers Local 580 Joint Funds ("Iron Workers")

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain (Loss) | LIFO Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Account 1 | | 44,500 | | ($2,819,488) | | (53,088) | | $3,071,640 | 14,415 | ($94,680) | ($94,680) |
| Account 2 | | 11,290 | | ($749,425) | | (11,290) | | $547,717 | 8,988 | ($201,708) | ($201,708) |
| Account 3 | | 9,715 | | ($634,857) | | (9,715) | | $452,309 | 7,399 | ($182,548) | ($182,548) |
| Account 4 | | 30,925 | | ($1,850,456) | | (43,780) | | $2,585,174 | 0 | $210,289 | $210,289 |
| Account 5 | | 25,840 | | ($1,688,509) | | (25,840) | | $1,122,490 | 25,840 | ($566,019) | ($566,019) |
| Account 6 | | 16,950 | | ($1,102,295) | | (32,850) | | $1,861,737 | 11,900 | ($315,151) | ($119,654) |
| **Iron Workers** | | **139,220** | | **($8,845,030)** | | **(176,563)** | | **$9,641,067** | **68,542** | **($1,149,817)** | **($954,319)** |
| **Losses Per Account** | | | | | | | | | | | |
| | | | | | PreClass | 8,588 | | | | | |
| Account 1 | 3/24/2017 | 2,811 | $58.0703 | ($163,236) | 1/29/2016 | (1,226) | $41.1441 | $50,443 | | | |
| Account 1 | 3/29/2017 | 701 | $59.5500 | ($41,745) | 1/29/2016 | (3,679) | $41.1441 | $151,369 | | | |
| Account 1 | 4/5/2017 | 120 | $60.4250 | ($7,251) | 2/3/2016 | (2,763) | $39.3756 | $108,795 | | | |
| Account 1 | 4/5/2017 | 1,518 | $60.1366 | ($91,287) | 2/3/2016 | (920) | $39.3756 | $36,226 | | | |
| Account 1 | 4/13/2017 | 3,176 | $58.1678 | ($184,741) | 1/3/2018 | (6,355) | $74.6079 | $474,133 | | | |
| Account 1 | 4/27/2017 | 1,995 | $59.4337 | ($118,570) | 3/15/2018 | (6,148) | $73.1965 | $450,012 | | | |
| Account 1 | 5/16/2017 | 2,788 | $62.3394 | ($173,802) | 3/28/2018 | (6,278) | $68.1396 | $427,780 | | | |
| Account 1 | 5/19/2017 | 742 | $61.1466 | ($45,371) | 6/7/2019 | (916) | $66.0360 | $60,489 | | | |
| Account 1 | 6/6/2017 | 945 | $60.9968 | ($57,642) | 6/10/2019 | (608) | $67.5533 | $41,072 | | | |
| Account 1 | 6/6/2017 | 133 | $60.8850 | ($8,098) | 6/11/2019 | (43) | $67.5400 | $2,904 | | | |
| Account 1 | 7/28/2017 | 3,852 | $67.4889 | ($259,967) | 6/11/2019 | (866) | $67.8420 | $58,751 | | | |
| Account 1 | 1/31/2019 | 18,701 | $64.0040 | ($1,196,939) | 6/11/2019 | (127) | $67.8300 | $8,614 | | | |
| Account 1 | 4/15/2019 | 720 | $67.3200 | ($48,470) | 6/11/2019 | (127) | $67.4600 | $8,567 | | | |
| Account 1 | 8/9/2019 | 690 | $66.2029 | ($45,680) | 6/12/2019 | (1,081) | $67.1520 | $72,591 | | | |
| Account 1 | 8/19/2019 | 3 | $64.4000 | ($193) | 6/13/2019 | (652) | $67.0418 | $43,711 | | | |
| Account 1 | 8/23/2019 | 477 | $63.0025 | ($30,052) | 6/14/2019 | (897) | $66.8323 | $59,949 | | | |
| Account 1 | 8/23/2019 | 78 | $63.8850 | ($4,983) | 6/17/2019 | (64) | $67.0350 | $4,290 | | | |
| Account 1 | 8/23/2019 | 87 | $63.3000 | ($5,507) | 6/17/2019 | (891) | $66.7635 | $59,486 | | | |
| Account 1 | 8/26/2019 | 724 | $62.4880 | ($45,241) | 6/18/2019 | (62) | $67.7800 | $4,202 | | | |
| Account 1 | 8/27/2019 | 554 | $62.0327 | ($34,366) | 6/18/2019 | (122) | $67.2500 | $8,205 | | | |
| Account 1 | 9/9/2019 | 50 | $66.8500 | ($3,343) | 6/18/2019 | (573) | $67.6938 | $38,789 | | | |
| Account 1 | 9/10/2019 | 8 | $69.5100 | ($556) | 8/7/2019 | (112) | $64.5057 | $7,225 | | | |
| Account 1 | 9/11/2019 | 40 | $68.9000 | ($2,756) | 10/2/2019 | (3,763) | $66.5618 | $250,472 | | | |
| Account 1 | 9/13/2019 | 36 | $70.3653 | ($2,533) | 10/1/2020 | (14,815) | $43.4400 | $643,564 | | | |
| Account 1 | 9/17/2019 | 31 | $69.3906 | ($2,151) | | | | | | | |
| Account 1 | 1/10/2020 | 177 | $79.4581 | ($14,064) | | | | | | | |
| Account 1 | 1/10/2020 | 93 | $79.5451 | ($7,398) | | | | | | | |
| Account 1 | 1/10/2020 | 81 | $79.8500 | ($6,468) | | | | | | | |
| Account 1 | 1/10/2020 | 139 | $79.2318 | ($11,013) | | | | | | | |
| Account 1 | 1/13/2020 | 570 | $80.1863 | ($45,706) | | | | | | | |
| Account 1 | 1/29/2020 | 170 | $77.1194 | ($13,110) | | | | | | | |

Shares were transferred out and valued at the closing price on 10/1/2020

Citigroup Inc. (2020) (C)
Class Period: January 15, 2016 to October 12, 2020
Iron Workers Local 580 Joint Funds ("Iron Workers")

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain (Loss) | LIFO Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 1/30/2020 | 230 | $76.5414 | ($17,605) | | | | | | | |
| Account 1 | 1/31/2020 | 200 | $74.5472 | ($14,909) | | | | | | | |
| Account 1 | 2/3/2020 | 250 | $75.3821 | ($18,846) | | | | | | | |
| Account 1 | 2/4/2020 | 130 | $76.7625 | ($9,979) | | | | | | | |
| Account 1 | 2/5/2020 | 50 | $78.6252 | ($3,931) | | | | | | | |
| Account 1 | 2/7/2020 | 90 | $78.7098 | ($7,084) | | | | | | | |
| Account 1 | 2/10/2020 | 120 | $78.3028 | ($9,396) | | | | | | | |
| Account 1 | 2/11/2020 | 240 | $79.0791 | ($18,979) | | | | | | | |
| Account 1 | 3/5/2020 | 80 | $63.4900 | ($5,079) | | | | | | | |
| Account 1 | 4/3/2020 | 100 | $39.1060 | ($3,911) | | | | | | | |
| Account 1 | 4/16/2020 | 90 | $41.3699 | ($3,723) | | | | | | | |
| Account 1 | 5/15/2020 | 50 | $41.5300 | ($2,077) | | | | | | | |
| Account 1 | 6/10/2020 | 30 | $58.9000 | ($1,767) | | | | | | | |
| Account 1 | 7/24/2020 | 60 | $51.6700 | ($3,100) | | | | | | | |
| Account 1 | 6/18/2020 | 90 | $52.6700 | ($4,740) | | | | | | | |
| Account 1 | 8/20/2020 | 80 | $49.5200 | ($3,962) | | | | | | | |
| Account 1 | 9/17/2020 | 400 | $45.4005 | ($18,160) | | | | | | | |
| **Account 1** | | **44,500** | | **($2,819,488)** | | **(53,088)** | | **$3,071,640** | **14,415** | **($94,680)** | **($94,680)** |
| Account 2 | 4/30/2019 | 9,433 | $70.8095 | ($667,946) | 10/1/2019 | (2,302) | $68.3226 | $157,279 | | | |
| Account 2 | 3/31/2020 | 1,857 | $43.8767 | ($81,479) | 10/1/2020 | (8,988) | $43.4400 | $390,439 | | | |
| **Account 2** | | **11,290** | | **($749,425)** | | **(11,290)** | | **$547,717** | **8,988** | **($201,708)** | **($201,708)** |
| Account 3 | 4/30/2019 | 7,745 | $70.8095 | ($548,420) | 6/10/2020 | (2,316) | $56.5183 | $130,896 | | | |
| Account 3 | 3/31/2020 | 1,970 | $43.8767 | ($86,437) | 10/1/2020 | (7,399) | $43.4400 | $321,413 | | | |
| **Account 3** | | **9,715** | | **($634,857)** | | **(9,715)** | | **$452,309** | **7,399** | **($182,548)** | **($182,548)** |
| | | | | | PreClass | 12,855 | | | | | |
| Account 4 | 3/21/2017 | 10,900 | $58.7511 | ($640,387) | 6/24/2016 | (12,300) | $40.8018 | $501,862 | | | |
| Account 4 | 3/21/2017 | 1,200 | $59.1861 | ($71,023) | 6/24/2016 | (555) | $40.6600 | $22,566 | | | |
| Account 4 | 4/5/2017 | 3,025 | $60.5820 | ($183,261) | 5/25/2018 | (9,480) | $68.4587 | $648,988 | | | |
| Account 4 | 4/18/2017 | 3,200 | $58.4125 | ($186,920) | 5/29/2018 | (7,700) | $65.9444 | $507,772 | | | |
| Account 4 | 4/25/2017 | 5,500 | $60.3457 | ($331,901) | 5/29/2018 | (3,220) | $66.0196 | $212,583 | | | |
| Account 4 | 4/25/2017 | 1,500 | $60.3268 | ($90,490) | 6/25/2018 | (9,590) | $65.7521 | $630,563 | | | |
| Account 4 | 4/26/2017 | 2,200 | $60.3530 | ($132,777) | 6/25/2018 | (130) | $66.0209 | $8,583 | | | |
| Account 4 | 4/26/2017 | 900 | $60.3889 | ($54,350) | 6/26/2018 | (805) | $64.9149 | $52,256 | | | |
| Account 4 | 4/26/2017 | 100 | $60.2250 | ($6,023) | | | | | | | |
| Account 4 | 5/15/2017 | 1,500 | $61.4649 | ($92,197) | | | | | | | |
| Account 4 | 6/21/2018 | 900 | $67.9194 | ($61,127) | | | | | | | |
| **Account 4** | | **30,925** | | **($1,850,456)** | | **(43,780)** | | **$2,585,174** | **0** | **$210,289** | **$210,289** |

Shares were transferred out and valued at the closing price on 10/1/2020

Citigroup Inc. (2020) (C)
Class Period: January 15, 2016 to October 12, 2020
Iron Workers Local 580 Joint Funds ("Iron Workers")

| Account | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | FIFO Estimated Gain (Loss) | LIFO Estimated Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 5 | 4/30/2019 | 20,597 | $70.8095 | ($1,458,463) | 10/1/2020 | (25,840) | $43.4400 | $1,122,490 | | | |
| Account 5 | 3/31/2020 | 5,243 | $43.8767 | ($230,046) | | | | | | | |
| **Account 5** | | **25,840** | | **($1,688,509)** | | **(25,840)** | | **$1,122,490** | **25,840** | **($566,019)** | **($566,019)** |
| | | | | | PreClass | 15,900 | | | | | |
| Account 6 | 9/20/2018 | 1,350 | $74.8288 | ($101,019) | 4/17/2018 | (4,650) | $70.3160 | $326,969 | | | |
| Account 6 | 10/31/2018 | 2,400 | $65.1277 | ($156,306) | 6/14/2018 | (2,650) | $66.0759 | $175,101 | | | |
| Account 6 | 6/13/2019 | 1,100 | $66.8767 | ($73,564) | 12/6/2018 | (2,900) | $58.7135 | $170,269 | | | |
| Account 6 | 7/23/2019 | 2,350 | $71.9626 | ($169,112) | 2/11/2019 | (1,400) | $62.1242 | $86,974 | | | |
| Account 6 | 9/20/2019 | 3,750 | $70.2866 | ($263,575) | 1/28/2020 | (2,550) | $77.8679 | $198,563 | | | |
| Account 6 | 5/27/2020 | 2,500 | $51.6967 | ($129,242) | 3/3/2020 | (3,100) | $66.6953 | $206,755 | | | |
| Account 6 | 6/5/2020 | 3,500 | $59.8505 | ($209,477) | 3/6/2020 | (1,600) | $60.3924 | $96,628 | | | |
| Account 6 | | | | | 3/25/2020 | (2,100) | $39.7816 | $83,541 | | | |
| Account 6 | | | | | 10/1/2020 | (11,900) | $43.4400 | $516,936 | | | |
| **Account 6** | | **16,950** | | **($1,102,295)** | | **(32,850)** | | **$1,861,737** | **11,900** | **($315,151)** | **($119,654)** |

Shares were transferred out and valued at the closing price on 10/1/2020