# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Sean Boyle, on behalf of Iron Workers Local 580 Joint Funds ("Iron Workers"), as Fund Director, with authority to enter into litigation on behalf of Iron Workers, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint on behalf of investors in Citigroup Inc. ("Citi") securities and authorize the filing of a motion on Iron Workers' behalf for appointment as lead plaintiff.

3.     Iron Workers did not purchase or acquire Citi securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.     Iron Workers is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Citi securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     To the best of my current knowledge, the attached sheet lists all of Iron Workers' transactions in Citi securities during the Class Period.

6.     During the three-year period preceding the date on which this Certification is signed, Iron Workers has served or sought to serve as a representative party, and/or filed a complaint on behalf of a class under the federal securities laws in the following actions:

- *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. HP Inc. et al.*, 3:20-cv-01260 (N.D. Cal.);

- *City of Hallandale Beach Police Officers et al. v. AnaptysBio, Inc. et al.*, 3:20-cv-00656 (S.D. Cal.);

- *Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corporation et al.*, 4:20-cv-00576 (S.D. Tex.);

- *Cambridge Retirement System v. EQT Corporation et al.*, 2:19-cv-00754 (W.D. Pa.);

- *Mathes v. Molson Coors Brewing Company et al.*, 1:19-cv-01162 (N.D. Ill.);

- *West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc. et al.*, 1:19-cv-01323 (N.D. Ill.);

- *Vataj v. Johnson et al.*, 4:19-cv-06996 (N.D. Cal.);

- *In re 3M Company Securities Litigation*, 2:19-cv-15982 (D.N.J.);

- *Gross v. AT&T Inc. et al.*, 1:19-cv-02892 (S.D.N.Y.);

- *Barnes v. Edison International et al.*, 2:18-cv-09690 (C.D. Cal.);

- *Kanefsky v. Honeywell International Inc. et al.*, 2:18-cv-15536 (D.N.J.);

- *Iron Workers Local 580 Joint Funds v. NVIDIA Corporation et al.*, 4:18-cv-07669 (N.D. Cal.);

- *Holwill v. AbbVie Inc. et al.*, 1:18-cv-06790 (N.D. Ill.):

- *Pippins v. AbbVie Inc. et al.*, 2:18-cv-08225 (C.D. Cal.);

- *Chandler v. Ulta Beauty, Inc. et al.*, 1:18-cv-01577 (N.D. Ill.);

- *Parchmann v. MetLife, Inc. et al.*, 1:18-cv-00780 (E.D.N.Y.);

- *Howard v. Arconic Inc. et al.*, 2:17-cv-01057 (W.D. Pa.);

- *McKenna v. Dick's Sporting Goods, Inc. et al.*, 1:17-cv-03680 (S.D.N.Y.);

- *In re Chicago Bridge & Iron Company N.V. Securities Litigation*, 1:17-cv-01580 (S.D.N.Y.); and

- *In re Symbol Technologies, Inc. Securities Litigation*, 2:05-cv-03923 (E.D.N.Y.);

7.    Iron Workers agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed  12/29/2020
                (Date)

(Signature)
Sean Boyle
Fund Director
Iron Workers Local 580 Joint Funds

**Citigroup Inc. (2020) (C)**                                      **Iron Workers Local 580 Joint Funds ("Iron Workers")**

**List of Purchases and Sales**

| Account | Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Purchase | 3/24/2017 | 2,811 | $58.0703 |
| Account 1 | Purchase | 3/29/2017 | 701 | $59.5500 |
| Account 1 | Purchase | 4/5/2017 | 120 | $60.4250 |
| Account 1 | Purchase | 4/5/2017 | 1,518 | $60.1366 |
| Account 1 | Purchase | 4/13/2017 | 3,176 | $58.1678 |
| Account 1 | Purchase | 4/27/2017 | 1,995 | $59.4337 |
| Account 1 | Purchase | 5/16/2017 | 2,788 | $62.3394 |
| Account 1 | Purchase | 5/19/2017 | 742 | $61.1466 |
| Account 1 | Purchase | 6/6/2017 | 945 | $60.9968 |
| Account 1 | Purchase | 6/6/2017 | 133 | $60.8850 |
| Account 1 | Purchase | 7/28/2017 | 3,852 | $67.4889 |
| Account 1 | Purchase | 1/31/2019 | 18,701 | $64.0040 |
| Account 1 | Purchase | 4/15/2019 | 720 | $67.3200 |
| Account 1 | Purchase | 8/9/2019 | 690 | $66.2029 |
| Account 1 | Purchase | 8/19/2019 | 3 | $64.4000 |
| Account 1 | Purchase | 8/23/2019 | 477 | $63.0025 |
| Account 1 | Purchase | 8/23/2019 | 78 | $63.8850 |
| Account 1 | Purchase | 8/23/2019 | 87 | $63.3000 |
| Account 1 | Purchase | 8/26/2019 | 724 | $62.4880 |
| Account 1 | Purchase | 8/27/2019 | 554 | $62.0327 |
| Account 1 | Purchase | 9/9/2019 | 50 | $66.8500 |
| Account 1 | Purchase | 9/10/2019 | 8 | $69.5100 |
| Account 1 | Purchase | 9/11/2019 | 40 | $68.9000 |
| Account 1 | Purchase | 9/13/2019 | 36 | $70.3653 |
| Account 1 | Purchase | 9/17/2019 | 31 | $69.3906 |
| Account 1 | Purchase | 1/10/2020 | 177 | $79.4581 |
| Account 1 | Purchase | 1/10/2020 | 93 | $79.5451 |
| Account 1 | Purchase | 1/10/2020 | 81 | $79.8500 |
| Account 1 | Purchase | 1/10/2020 | 139 | $79.2318 |
| Account 1 | Purchase | 1/13/2020 | 570 | $80.1863 |
| Account 1 | Purchase | 1/29/2020 | 170 | $77.1194 |
| Account 1 | Purchase | 1/30/2020 | 230 | $76.5414 |
| Account 1 | Purchase | 1/31/2020 | 200 | $74.5472 |
| Account 1 | Purchase | 2/3/2020 | 250 | $75.3821 |
| Account 1 | Purchase | 2/4/2020 | 130 | $76.7625 |
| Account 1 | Purchase | 2/5/2020 | 50 | $78.6252 |
| Account 1 | Purchase | 2/7/2020 | 90 | $78.7098 |
| Account 1 | Purchase | 2/10/2020 | 120 | $78.3028 |
| Account 1 | Purchase | 2/11/2020 | 240 | $79.0791 |
| Account 1 | Purchase | 3/5/2020 | 80 | $63.4900 |
| Account 1 | Purchase | 4/3/2020 | 100 | $39.1060 |
| Account 1 | Purchase | 4/16/2020 | 90 | $41.3699 |
| Account 1 | Purchase | 5/15/2020 | 50 | $41.5300 |
| Account 1 | Purchase | 6/10/2020 | 30 | $58.9000 |
| Account 1 | Purchase | 7/24/2020 | 60 | $51.6700 |
| Account 1 | Purchase | 6/18/2020 | 90 | $52.6700 |
| Account 1 | Purchase | 8/20/2020 | 80 | $49.5200 |
| Account 1 | Purchase | 9/17/2020 | 400 | $45.4005 |
| Account 1 | Sale | 1/29/2016 | (1,226) | $41.1441 |
| Account 1 | Sale | 1/29/2016 | (3,679) | $41.1441 |
| Account 1 | Sale | 2/3/2016 | (2,763) | $39.3756 |
| Account 1 | Sale | 2/3/2016 | (920) | $39.3756 |
| Account 1 | Sale | 1/3/2018 | (6,355) | $74.6079 |
| Account 1 | Sale | 3/15/2018 | (6,148) | $73.1965 |
| Account 1 | Sale | 3/28/2018 | (6,278) | $68.1396 |
| Account 1 | Sale | 6/7/2019 | (916) | $66.0360 |
| Account 1 | Sale | 6/10/2019 | (608) | $67.5533 |
| Account 1 | Sale | 6/11/2019 | (43) | $67.5400 |
| Account 1 | Sale | 6/11/2019 | (866) | $67.8420 |
| Account 1 | Sale | 6/11/2019 | (127) | $67.8300 |

**Citigroup Inc. (2020) (C)**                                      **Iron Workers Local 580 Joint Funds ("Iron Workers")**

**List of Purchases and Sales**

| Account | Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | Sale | 6/11/2019 | (127) | $67.4600 |
| Account 1 | Sale | 6/12/2019 | (1,081) | $67.1520 |
| Account 1 | Sale | 6/13/2019 | (652) | $67.0418 |
| Account 1 | Sale | 6/14/2019 | (897) | $66.8323 |
| Account 1 | Sale | 6/17/2019 | (64) | $67.0350 |
| Account 1 | Sale | 6/17/2019 | (891) | $66.7635 |
| Account 1 | Sale | 6/18/2019 | (62) | $67.7800 |
| Account 1 | Sale | 6/18/2019 | (122) | $67.2500 |
| Account 1 | Sale | 6/18/2019 | (573) | $67.6938 |
| Account 1 | Sale | 8/7/2019 | (112) | $64.5057 |
| Account 1 | Sale | 10/2/2019 | (3,763) | $66.5618 |
| Account 1 | Sale | 10/1/2020* | (14,815) | $43.4400 |
| Account 2 | Purchase | 4/30/2019 | 9,433 | $70.8095 |
| Account 2 | Purchase | 3/31/2020 | 1,857 | $43.8767 |
| Account 2 | Sale | 10/1/2019 | (2,302) | $68.3226 |
| Account 2 | Sale | 10/1/2020* | (8,988) | $43.4400 |
| Account 3 | Purchase | 4/30/2019 | 7,745 | $70.8095 |
| Account 3 | Purchase | 3/31/2020 | 1,970 | $43.8767 |
| Account 3 | Sale | 6/10/2020 | (2,316) | $56.5183 |
| Account 3 | Sale | 10/1/2020* | (7,399) | $43.4400 |
| Account 4 | Purchase | 3/21/2017 | 10,900 | $58.7511 |
| Account 4 | Purchase | 3/21/2017 | 1,200 | $59.1861 |
| Account 4 | Purchase | 4/5/2017 | 3,025 | $60.5820 |
| Account 4 | Purchase | 4/18/2017 | 3,200 | $58.4125 |
| Account 4 | Purchase | 4/25/2017 | 5,500 | $60.3457 |
| Account 4 | Purchase | 4/25/2017 | 1,500 | $60.3268 |
| Account 4 | Purchase | 4/26/2017 | 2,200 | $60.3530 |
| Account 4 | Purchase | 4/26/2017 | 900 | $60.3889 |
| Account 4 | Purchase | 4/26/2017 | 100 | $60.2250 |
| Account 4 | Purchase | 5/15/2017 | 1,500 | $61.4649 |
| Account 4 | Purchase | 6/21/2018 | 900 | $67.9194 |
| Account 4 | Sale | 6/24/2016 | (12,300) | $40.8018 |
| Account 4 | Sale | 6/24/2016 | (555) | $40.6600 |
| Account 4 | Sale | 5/25/2018 | (9,480) | $68.4587 |
| Account 4 | Sale | 5/29/2018 | (7,700) | $65.9444 |
| Account 4 | Sale | 5/29/2018 | (3,220) | $66.0196 |
| Account 4 | Sale | 6/25/2018 | (9,590) | $65.7521 |
| Account 4 | Sale | 6/25/2018 | (130) | $66.0209 |
| Account 4 | Sale | 6/26/2018 | (805) | $64.9149 |
| Account 5 | Purchase | 4/30/2019 | 20,597 | $70.8095 |
| Account 5 | Purchase | 3/31/2020 | 5,243 | $43.8767 |
| Account 5 | Sale | 10/1/2020* | (25,840) | $43.4400 |
| Account 6 | Purchase | 9/20/2018 | 1,350 | $74.8288 |
| Account 6 | Purchase | 10/31/2018 | 2,400 | $65.1277 |
| Account 6 | Purchase | 6/13/2019 | 1,100 | $66.8767 |
| Account 6 | Purchase | 7/23/2019 | 2,350 | $71.9626 |
| Account 6 | Purchase | 9/20/2019 | 3,750 | $70.2866 |
| Account 6 | Purchase | 5/27/2020 | 2,500 | $51.6967 |
| Account 6 | Purchase | 6/5/2020 | 3,500 | $59.8505 |
| Account 6 | Sale | 4/17/2018 | (4,650) | $70.3160 |
| Account 6 | Sale | 6/14/2018 | (2,650) | $66.0759 |
| Account 6 | Sale | 12/6/2018 | (2,900) | $58.7135 |
| Account 6 | Sale | 2/11/2019 | (1,400) | $62.1242 |
| Account 6 | Sale | 1/28/2020 | (2,550) | $77.8679 |
| Account 6 | Sale | 3/3/2020 | (3,100) | $66.6953 |
| Account 6 | Sale | 3/6/2020 | (1,600) | $60.3924 |

**Citigroup Inc. (2020) (C)**                                                      **Iron Workers Local 580 Joint Funds ("Iron Workers")**

**List of Purchases and Sales**

| Account | Purchase or Sale | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 6 | Sale | 3/25/2020 | (2,100) | $39.7816 |
| Account 6 | Sale | 10/1/2020* | (11,900) | $43.4400 |

*Shares were transferred out and valued at the closing price on 10/1/2020

Page 3 of 3