**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>       v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>                Defendants. | Case No. 1:20-cv-9132-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

*Captions continued on next page.*

**NOTICE OF MOTION OF KBC ASSET MANAGEMENT NV AND PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-9573-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |
| TIMOTHY LIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-10360-UN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Alison J. Nathan, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, Courtroom 906, 40 Foley Square, New York, New York, KBC Asset Management NV ("KBC") and Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) appointing KBC and Pembroke Pines as Lead Plaintiff; (2) approving KBC and Pembroke Pines' selection of Motley Rice LLC ("Motley Rice") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the proposed Class; (3) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"); and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that KBC and Pembroke Pines believe they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, KBC and Pembroke Pines believe that they have the "largest financial interest" in the relief sought by the Class in the Related Actions by virtue of, among other things, the approximately $28.7 million in losses that they incurred on their purchases of more than 4.1 million shares of Citigroup Inc. stock between January 15, 2016 and October 12, 2020, inclusive. KBC and Pembroke Pines also believe that they otherwise satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests of the Class. KBC and Pembroke Pines are a paradigmatic Lead Plaintiff under the PSLRA because they are sophisticated

institutional investors with a substantial financial interest in the litigation and the proven ability to supervise and monitor counsel.

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Hannah Ross and the exhibits annexed thereto, the prior pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, KBC and Pembroke Pines respectfully request that the Court enter an Order: (1) appointing KBC and Pembroke Pines as Lead Plaintiff pursuant to the PSLRA; (2) approving KBC and Pembroke Pines' selection of Motley Rice and Bernstein Litowitz to serve as Lead Counsel for the proposed Class; (3) consolidating the Related Actions pursuant to Rule 42(a); and (4) granting such other and further relief as the Court may deem just and proper.

Dated: December 29, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Hannah Ross*
Hannah Ross
hannah@blbglaw.com
Gerald H. Silk
jerry@blbglaw.com
Avi Josefson
avi@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 554-1400
Facsimile:     (212) 554-1444

*Counsel for Pembroke Pines Firefighters &*
*Police Officers Pension Fund and Proposed*
*Lead Counsel for the Class*

**MOTLEY RICE LLC**

William H. Narwold
bnarwold@motleyrice.com
20 Church St., 17th Floor

Hartford, CT  06103
Telephone:    (860) 882-1681
Facsimile:    (860) 882-1682

and

Gregg S. Levin
glevin@motleyrice.com
Christopher F. Moriarty
cmoriarty@motleyrice.com
Mt. Pleasant, SC  29464
Telephone:    (843) 216-9000
Facsimile:    (843) 216-9450

*Counsel for KBC Asset Management NV
and Proposed Lead Counsel for the Class*

3