**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No.: 1:20-cv-09132-AJN<br><br>Honorable Alison J. Nathan |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No.: 1:20-cv-09573-AJN |
| TIMOTHY LIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-10360-UA |

**NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT OF RABI GHOSH AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, or by some other means chosen by the Court, in Courtroom 906 of the Thurgood Marshall United States Courhouse, 40 Foley Square, New York, NY 10007 before the Honorable Alison J. Nathan, or any Judge sitting in her stead, Movant Rabi Ghosh ("Movant") will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and Federal Rule Civil Procedure 42(a) for an Order: (1) consolidating the above-captioned related securities class actions; (2) appointing Movant as Lead Plaintiff and (3) approving Movant's selection of Roche Cyrulnik Freedman LLP ("RCF") as Lead Counsel for the putative class.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Constantine P. Economides filed herewith, and all exhibits attached thereto, and such other written and oral arguments as may be permitted by the Court.

This Motion is made on the grounds that the above-captioned actions involve common legal and factual questions, and thus consolidation is appropriate under Rule 42(a).  In addition, Movant has timely filed his motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. Moreover, Movant meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that his claims are typical of the claims of the putative class, and he will fairly and adequately represent the interests of the class members. Further, Movant's choice of counsel should be accepted by this Court because his selected counsel, RCF, is a firm with extensive experience and expertise in securities fraud and other class actions.

For all of the foregoing reasons, Movant respectfully requests that this Court: (1) consolidate the related actions; (2) appoint Movant to serve as Lead Plaintiff; (2) approve

Movant's selection of Lead Counsel; and (3) grant such other and further relief as the Court may deem just and proper.

DATED: December 29, 2020                    Respectfully Submitted,

**ROCHE CYRULNIK FREEDMAN LLP**

*/s/ Constantine P. Economides*

Constantine P. Economides
Velvel (Devin) Freedman (*pro hac forthcoming*)
Ivy T. Ngo (*pro hac forthcoming*)
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 971-5943
Email: ceconomides@rcfllp.com
Email: vel@rcfllp.com
Email: ingo@rcfllp.com

Kyle Roche
Jason Cyrulnik
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Email: kyle@rcfllp.com
Email: jcyrulnik@rcfllp.com

*Counsel for Lead Plaintiff Movant Rabi Ghosh and Proposed Lead Counsel for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (*pro hac forthcoming*)
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Rabi Ghosh*

3

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Constantine P. Economides*
Constantine P. Economides