**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No.: 1:20-cv-09132-AJN<br><br>Honorable Alison J. Nathan |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No.: 1:20-cv-09573-AJN |
| TIMOTHY LIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-10360-UA |

**DECLARATION OF CONSTANTINE P. ECONOMIDES IN SUPPORT OF**
**MOTION FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT OF RABI GHOSH AS LEAD PLAINTIFF**
**<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Constantine P. Economides, hereby declare as follows:

1.      I am Counsel with Roche Cyrulnik Freedman LLP ("RCF"), counsel on behalf of Rabi Ghosh ("Movant"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Movant's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff, and approval of his selection of RCF as Lead Counsel for the putative class.

3.      Attached hereto as the exhibits indicated are copies of the following:

Exhibit A:      Shareholder Certification executed by Movant;

Exhibit B:      Loss chart of Movant;

Exhibit C:      Declaration executed by Movant;

Exhibit D:      Firm resume of RCF; and

Exhibit E:      Press release published over *PR Newswire*, announcing the pendency of the first filed above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of December, 2020, at Miami, Florida.

*/s/ Constantine P. Economides*
Constantine P. Economides

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Constantine P. Economides
Constantine P. Economides