# EXHIBIT B

Citigroup Inc. ("C")
Class Period: January 15,2016 through October 12, 2020
(Includes 90-Day Sales @ Statutory Pricing)

| Plaintiff | Purchase Date | Shares Purchased | Price Purchased | Amount | | Sales Date | Shares Sold | Shares Retained | Price | | Amount | | Gain(Loss) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ghosh, Rabi | 6/4/2020 | 34,598 | $54.2000 | $ | (1,875,211.60) | 6/4/20 | (40,000) | | $ | 54.3300 | $ | 2,173,200.00 | | |
| | 6/4/2020 | 1,000 | $54.1950 | $ | (54,195.00) | 6/8/20 | (800) | | $ | 60.9150 | $ | 48,732.00 | | |
| | 6/4/2020 | 4,022 | $54.1900 | $ | (217,952.18) | 6/8/20 | (71,200) | | $ | 60.9100 | $ | 4,336,792.00 | | |
| | 6/4/2020 | 380 | $54.1850 | $ | (20,590.30) | 6/10/20 | (400) | | $ | 57.2650 | $ | 22,906.00 | | |
| | 6/5/2020 | 100 | $59.9900 | $ | (5,999.00) | 6/10/20 | (18,600) | | $ | 57.2600 | $ | 1,065,036.00 | | |
| | 6/5/2020 | 130 | $59.9850 | $ | (7,798.05) | 9/30/20 | (9,645) | | $ | 42.9601 | $ | 414,350.16 | | |
| | 6/5/2020 | 1 | $59.9250 | $ | (59.93) | | | | | | | | | |
| | 6/5/2020 | 21,819 | $59.8800 | $ | (1,306,521.72) | | | | | | | | | |
| | 6/5/2020 | 700 | $59.8799 | $ | (41,915.93) | | | | | | | | | |
| | 6/5/2020 | 200 | $59.8750 | $ | (11,975.00) | | | | | | | | | |
| | 6/5/2020 | 3,900 | $59.8700 | $ | (233,493.00) | | | | | | | | | |
| | 6/5/2020 | 5,300 | $59.8600 | $ | (317,258.00) | | | | | | | | | |
| | 6/5/2020 | 1,050 | $59.8550 | $ | (62,847.75) | | | | | | | | | |
| | 6/5/2020 | 1,500 | $59.8500 | $ | (89,775.00) | | | | | | | | | |
| | 6/5/2020 | 200 | $59.8450 | $ | (11,969.00) | | | | | | | | | |
| | 6/5/2020 | 500 | $59.8400 | $ | (29,920.00) | | | | | | | | | |
| | 6/5/2020 | 600 | $59.8350 | $ | (35,901.00) | | | | | | | | | |
| | 6/5/2020 | 36,000 | $59.6500 | $ | (2,147,400.00) | | | | | | | | | |
| | 6/9/2020 | 91 | $59.5900 | $ | (5,422.69) | | | | | | | | | |
| | 6/9/2020 | 251 | $59.5802 | $ | (14,954.63) | | | | | | | | | |
| | 6/9/2020 | 500 | $59.5750 | $ | (29,787.50) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.5700 | $ | (8,458.94) | | | | | | | | | |
| | 6/9/2020 | 100 | $59.5650 | $ | (5,956.50) | | | | | | | | | |
| | 6/9/2020 | 1 | $59.5600 | $ | (59.56) | | | | | | | | | |
| | 6/9/2020 | 50 | $59.5550 | $ | (2,977.75) | | | | | | | | | |
| | 6/9/2020 | 284 | $59.4900 | $ | (16,895.16) | | | | | | | | | |
| | 6/9/2020 | 49 | $59.4850 | $ | (2,914.77) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.4800 | $ | (8,446.16) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.4702 | $ | (8,444.77) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.4700 | $ | (8,444.74) | | | | | | | | | |
| | 6/9/2020 | 100 | $59.4500 | $ | (5,945.00) | | | | | | | | | |
| | 6/9/2020 | 6 | $59.4450 | $ | (356.67) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.4100 | $ | (8,436.22) | | | | | | | | | |
| | 6/9/2020 | 15 | $59.2502 | $ | (888.75) | | | | | | | | | |
| | 6/9/2020 | 142 | $59.2402 | $ | (8,412.11) | | | | | | | | | |
| | 6/9/2020 | 458 | $59.2400 | $ | (27,131.92) | | | | | | | | | |
| | 6/9/2020 | 1 | $59.2100 | $ | (59.21) | | | | | | | | | |
| | 6/9/2020 | 10 | $59.1950 | $ | (591.95) | | | | | | | | | |
| | 6/9/2020 | 25 | $59.1902 | $ | (1,479.76) | | | | | | | | | |
| | 6/9/2020 | 22 | $59.1900 | $ | (1,302.18) | | | | | | | | | |
| | 6/9/2020 | 1 | $59.1850 | $ | (59.19) | | | | | | | | | |
| | 6/9/2020 | 71,084 | $59.1800 | $ | (4,206,751.12) | | | | | | | | | |
| | 6/9/2020 | 1,100 | $59.1799 | $ | (65,097.89) | | | | | | | | | |
| | 6/10/2020 | 19,000 | $57.1500 | $ | (1,085,850.00) | | | | | | | | | |
| | 8/28/2020 | 738 | $51.8219 | $ | (38,244.56) | | | | | | | | | |
| | | | | | | | | 66,093 | $ | 51.3696 | $ | 3,395,170.97 | | |
| **TOTAL** | | 206,738 | | $ | (12,034,152.14) | | (140,645) | | | | | | $ | (577,965) |