UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |  |
|---|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : | Civil Action No. 1:20-cv-09132-AJN<br><br>CLASS ACTION |
| Plaintiff, | : : : |  |
| vs. | : : : |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A.L. MASON, | : : : : : |  |
| Defendants. | : : : |  |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | : : : : : | Civil Action No. 1:20-cv-09573-AJN<br><br>CLASS ACTION |
| Plaintiff, | : : : |  |
| vs. | : : : |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A.L. MASON, | : : : : : |  |
| Defendants. | : : |  |

[Caption continued on following page.]

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4818-4453-6789.v1

|   |   |
|---|---|
| ———————————————————— x | |
| TIMOTHY LIM, Individually and on Behalf of : | Case No. 1:20-cv-10360-UA |
| All Others Similarly Situated, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | |
| : | |
| CITIGROUP INC., MICHAEL L. CORBAT, : | |
| JOHN C. GERSPACH, and MARK A.L. : | |
| MASON, : | |
| : | |
| Defendants. : | |
| : | |
| ———————————————————— x | |

4818-4453-6789.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Construction Laborers Pension Trust for Southern California (the "Pension Trust") will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing the Pension Trust as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (3) approving its selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, the Pension Trust submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  December 29, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4818-4453-6789.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

- 2 -

4818-4453-6789.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 29, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4818-4453-6789.v1