**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-9132-AJN |
| | CLASS ACTION |
| Plaintiff, | |
| v. | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | JURY TRIAL DEMANDED |
| Defendants. | |

*Captions continued on next page.*

**DECLARATION OF HANNAH ROSS IN SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV AND PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A. L. MASON,<br><br>                    Defendants. | Case No. 1:20-cv-9573-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |
| TIMOTHY LIM, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>                    Defendants. | Case No. 1:20-cv-10360-UN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

I, Hannah Ross, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this declaration in support of the Motion of KBC Asset Management NV ("KBC") and Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines") for entry of an Order: (1) appointing KBC and Pembroke Pines as Lead Plaintiff; (2) approving KBC and Pembroke Pines' selection of Motley Rice LLC ("Motley Rice") and Bernstein Litowitz as Lead Counsel for the proposed Class; (3) consolidating the above-captioned related actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting such other and further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through G are true and correct copies of the following documents:

EXHIBIT A:    Certifications of KBC and Pembroke Pines;

EXHIBIT B:    Charts of transactions and losses of KBC and Pembroke Pines;

EXHIBIT C:    Joint Declaration of Bart Elst and James Fisher in Support of the Motion of KBC Asset Management NV and Pembroke Pines Firefighters & Police Officers Pension Fund for Appointment as Lead Plaintiff, Approval of Their Selection of Lead Counsel, and Consolidation of Related Actions;

EXHIBIT D:    Notice of pendency of *City of Sunrise Firefighters' Pension Fund v. Citigroup Inc.*, No. 1:20-cv-09132 (S.D.N.Y.), published October 30, 2020;

EXHIBIT E:    Notice of pendency of *City of Sterling Heights General Employees' Retirement System v. Citigroup Inc.*, 1:20-cv-09573 (S.D.N.Y.), published November 13, 2020;

EXHIBIT F:    Motley Rice's Firm Résumé; and

EXHIBIT G:    Bernstein Litowitz's Firm Résumé.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of December, 2020.

/s/ Hannah Ross
Hannah Ross