# EXHIBIT A

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Chris Sterckx and Klaus Vandewalle, on behalf of KBC Asset Management NV ("KBC"), on account of its funds listed in Schedule A (the "Funds"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      We have reviewed a complaint against Citigroup Inc. ("Citi").

2.      We are duly authorized to institute legal action on behalf of KBC and the Funds, including litigation against Citi and any other defendants.

3.      KBC and the Funds did not purchase or sell the security that is the subject of this litigation at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      KBC is willing to serve as lead plaintiff and understands that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.  KBC also understands that it is subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

5.      KBC will not accept any payment for serving as a representative party beyond the Funds' *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

6.      KBC has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification, except as detailed below:

*Parchmann v. MetLife, Inc. et al.*, No. 1:18-cv-00780 (E.D.N.Y. Apr. 6, 2018);

*In re Synchrony Financial Securities Litigation*, No. 3:18-cv-01818 (D. Conn. Jan. 2, 2019);

*In re DXC Technology Company Securities Litigation*, No. 1:18-cv-01599 (E.D. Va. Feb. 25, 2019);

*In re AT&T/DirecTV Now Securities Litigation*, No. 1:19-cv-02892 (S.D.N.Y. May 31, 2019);

*Patel v. Under Armour, Inc. et al.*, No. 1:19-cv-03209 (D. Md. Jan. 6, 2020); and

*In re Intel Corp. Securities Litigation*, No. 5:20-cv-05194 (N.D. Cal. Sep. 28, 2020).

7.      KBC understands that this is not a claim form, and that the Funds' ability to share in any recovery as a member of the class is unaffected by KBC's decision to serve as a representative party.

8.      Attached hereto as Schedule A is a complete listing of all transactions the Funds made during the Class Period in the security that is the subject of this litigation.  KBC will provide records of those transactions upon request.

9.      KBC is also represented and counseled in this matter by its attorney, Deborah M. Sturman of Sturman LLC.

**We declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of our knowledge, information and belief.**

Executed this 23nd day of December, 2020.

For KBC Asset Management NV:

Chris Sterckx (Dec 23, 2020 08:43 GMT+1)

Chris Sterckx
Managing Director

Klaus Vandewalle (Dec 23, 2020 09:42 GMT+1)

Klaus Vandewalle
Managing Director

## SCHEDULE A
## KBC Asset Management NV
## Citigroup Inc. (C)
Class Period: 01/15/2016 - 10/12/2020

|  | Date | Shares | Price |
|---|---|---|---|
| **KBC EQUITY FD** | | | |
| Purchases: | 1/21/2016 | 454.00 | 40.15 |
|  | 1/25/2016 | 1,132.00 | 39.55 |
|  | 1/25/2016 | 33,835.00 | 39.50 |
|  | 1/29/2016 | 18,717.00 | 42.58 |
|  | 1/29/2016 | 160,210.00 | 42.58 |
|  | 2/18/2016 | 3,714.00 | 38.92 |
|  | 2/18/2016 | 21,159.00 | 38.92 |
|  | 2/29/2016 | 36,933.00 | 38.93 |
|  | 2/29/2016 | 1,733.00 | 38.85 |
|  | 2/29/2016 | 11,061.00 | 38.85 |
|  | 3/21/2016 | 104,999.00 | 43.60 |
|  | 3/21/2016 | 11,901.00 | 43.60 |
|  | 3/21/2016 | 9,367.00 | 43.60 |
|  | 4/1/2016 | 15,543.00 | 42.47 |
|  | 4/11/2016 | 729.00 | 41.12 |
|  | 4/25/2016 | 22,949.00 | 46.69 |
|  | 4/29/2016 | 687.00 | 46.28 |
|  | 4/29/2016 | 77,631.00 | 46.28 |
|  | 4/29/2016 | 17,024.00 | 46.28 |
|  | 4/29/2016 | 81,078.00 | 46.28 |
|  | 6/23/2016 | 1,361.00 | 44.44 |
|  | 7/29/2016 | 99,673.00 | 43.81 |
|  | 7/29/2016 | 9,457.00 | 43.81 |
|  | 8/26/2016 | 3,680.00 | 47.11 |
|  | 10/24/2016 | 8,470.00 | 49.58 |
|  | 10/31/2016 | 9,014.00 | 49.15 |
|  | 11/17/2016 | 89,620.00 | 55.45 |
|  | 11/17/2016 | 108,663.00 | 55.45 |
|  | 12/15/2016 | 19,655.00 | 60.23 |
|  | 12/15/2016 | 12,400.00 | 60.23 |

| Date | Shares | Price |
|---|---|---|
| 12/15/2016 | 38,663.00 | 60.23 |
| 12/16/2016 | 1,230.00 | 59.76 |
| 12/19/2016 | 1,640.00 | 59.66 |
| 1/11/2017 | 696.00 | 59.96 |
| 2/16/2017 | 7,278.00 | 60.38 |
| 7/20/2017 | 7,310.00 | 66.42 |
| 7/20/2017 | 2,840.00 | 66.36 |
| 7/20/2017 | 328,327.00 | 66.42 |
| 8/18/2017 | 3,330.00 | 66.58 |
| 8/24/2017 | 45,737.00 | 67.69 |
| 9/28/2017 | 191,750.00 | 72.65 |
| 10/19/2017 | 1,815.00 | 72.88 |
| 11/24/2017 | 1,664.00 | 72.02 |
| 12/18/2017 | 254,893.00 | 75.67 |
| 12/18/2017 | 58,075.00 | 75.67 |
| 1/2/2018 | 6,433.00 | 74.36 |
| 1/2/2018 | 16,994.00 | 74.36 |
| 1/3/2018 | 21,490.00 | 74.59 |
| 1/18/2018 | 12,568.00 | 77.39 |
| 1/26/2018 | 2,584.00 | 80.08 |
| 2/1/2018 | 375.00 | 79.20 |
| 2/2/2018 | 125,263.00 | 77.02 |
| 2/20/2018 | 126,658.00 | 76.46 |
| 3/7/2018 | 2,016.00 | 73.92 |
| 3/8/2018 | 5,442.00 | 74.11 |
| 3/8/2018 | 62,241.00 | 74.11 |
| 3/22/2018 | 2,340.00 | 70.31 |
| 3/29/2018 | 5,000.00 | 67.50 |
| 3/29/2018 | 3,919.00 | 67.50 |
| 3/29/2018 | 76,515.00 | 67.50 |
| 4/23/2018 | 10,184.00 | 69.48 |
| 4/23/2018 | 15,518.00 | 69.48 |
| 4/30/2018 | 47,433.00 | 68.27 |
| 5/24/2018 | 11,088.00 | 69.31 |

| Date | Shares | Price |
|---|---|---|
| 5/24/2018 | 37,785.00 | 69.31 |
| 5/31/2018 | 103,706.00 | 66.74 |
| 6/25/2018 | 7,378.00 | 65.75 |
| 10/12/2018 | 13,239.00 | 69.84 |
| 10/18/2018 | 1,185.00 | 68.62 |
| 10/31/2018 | 17,498.00 | 65.46 |
| 1/2/2019 | 4,588.00 | 53.53 |
| 1/24/2019 | 24,869.00 | 62.71 |
| 1/31/2019 | 21,114.00 | 64.46 |
| 3/25/2019 | 827.00 | 60.33 |
| 6/13/2019 | 1,162.00 | 67.08 |
| 6/19/2019 | 7,771.00 | 67.59 |
| 7/5/2019 | 1,122.00 | 71.40 |
| 7/24/2019 | 13,442.00 | 73.01 |
| 7/31/2019 | 12,813.00 | 71.16 |
| 8/22/2019 | 8,644.00 | 63.91 |
| 8/23/2019 | 13,244.00 | 61.95 |
| 8/27/2019 | 52,505.00 | 61.66 |
| 9/18/2019 | 16,271.00 | 70.09 |
| 9/30/2019 | 15,887.00 | 69.08 |
| 11/20/2019 | 5,450.00 | 73.91 |
| 11/20/2019 | 67,317.00 | 73.91 |
| 11/21/2019 | 47,562.00 | 73.90 |
| 1/23/2020 | 174,129.00 | 79.80 |
| 2/20/2020 | 4,366.00 | 78.22 |
| 2/20/2020 | 16,133.00 | 78.22 |
| 4/21/2020 | 495.00 | 41.57 |
| 4/23/2020 | 21,145.00 | 42.46 |
| 4/29/2020 | 1,710.00 | 50.26 |
| 4/30/2020 | 30,297.00 | 48.56 |
| 5/6/2020 | 2,314.00 | 42.95 |
| 5/19/2020 | 31,832.00 | 44.43 |
| 5/19/2020 | 5,777.00 | 44.43 |
| 6/3/2020 | 813.00 | 53.34 |

|  | Date | Shares | Price |
|---|---|---|---|
|  | 6/3/2020 | 6,325.00 | 53.34 |
|  | 6/5/2020 | 13,500.00 | 58.86 |
|  | 6/12/2020 | 218,941.00 | 52.25 |
|  | 6/12/2020 | 219,234.00 | 52.25 |
|  | 6/12/2020 | 165,894.00 | 52.25 |
|  | 7/24/2020 | 261.00 | 51.67 |
|  | 7/27/2020 | 370.00 | 51.29 |
|  | 7/31/2020 | 2,949.00 | 50.01 |
|  | 7/31/2020 | 3,289.00 | 50.01 |
|  | 7/31/2020 | 3,731.00 | 50.01 |
|  | 7/31/2020 | 7,625.00 | 50.01 |
|  | 8/4/2020 | 9,595.00 | 50.14 |
|  | 8/4/2020 | 8,174.00 | 50.14 |
|  | 8/4/2020 | 8,302.00 | 50.14 |
|  | 8/7/2020 | 8,125.00 | 52.12 |
|  | 8/19/2020 | 10,812.00 | 50.29 |
|  | 8/19/2020 | 12,203.00 | 50.29 |
|  | 8/19/2020 | 11,244.00 | 50.29 |
|  | 8/19/2020 | 5,057.00 | 50.29 |
|  | 8/21/2020 | 695.00 | 49.30 |
|  | 8/25/2020 | 258.00 | 51.65 |
| Sales: | 1/15/2016 | -874.00 | 42.47 |
|  | 1/15/2016 | -9,222.00 | 42.47 |
|  | 1/19/2016 | -195.00 | 42.00 |
|  | 1/19/2016 | -1,786.00 | 41.94 |
|  | 1/19/2016 | -22,932.00 | 41.94 |
|  | 1/20/2016 | -9,486.00 | 40.49 |
|  | 1/20/2016 | -8,646.00 | 40.49 |
|  | 1/20/2016 | -50,703.00 | 40.49 |
|  | 1/29/2016 | -22,567.00 | 42.52 |
|  | 2/1/2016 | -908.00 | 42.48 |
|  | 2/5/2016 | -3,441.00 | 39.76 |
|  | 2/5/2016 | -43,149.00 | 39.86 |
|  | 2/8/2016 | -3,172.00 | 37.81 |

| Date | Shares | Price |
|---|---|---|
| 2/8/2016 | -14,986.00 | 37.81 |
| 2/9/2016 | -5,451.00 | 37.51 |
| 2/9/2016 | -43,725.00 | 37.51 |
| 2/10/2016 | -5,058.00 | 37.41 |
| 2/10/2016 | -52,322.00 | 37.41 |
| 3/2/2016 | -1,580.00 | 42.22 |
| 5/3/2016 | -2,926.00 | 45.57 |
| 5/3/2016 | -13,337.00 | 45.57 |
| 5/9/2016 | -2,228.00 | 43.89 |
| 5/9/2016 | -9,694.00 | 43.89 |
| 5/19/2016 | -1,532.00 | 45.06 |
| 5/20/2016 | -8,204.00 | 44.90 |
| 5/23/2016 | -97,496.00 | 45.11 |
| 5/23/2016 | -20,351.00 | 45.11 |
| 5/31/2016 | -352.00 | 46.60 |
| 6/17/2016 | -2,282.00 | 42.47 |
| 6/17/2016 | -1,165.00 | 42.49 |
| 7/25/2016 | -9,591.00 | 44.04 |
| 8/3/2016 | -12,412.00 | 43.89 |
| 8/18/2016 | -44,618.00 | 46.50 |
| 8/31/2016 | -166,566.00 | 47.70 |
| 9/20/2016 | -4,213.00 | 46.54 |
| 9/26/2016 | -5,152.00 | 45.89 |
| 10/11/2016 | -2,448.00 | 48.99 |
| 10/17/2016 | -1,040.00 | 48.60 |
| 10/24/2016 | -1,515.00 | 49.58 |
| 11/2/2016 | -36,255.00 | 48.54 |
| 11/4/2016 | -7,009.00 | 48.17 |
| 1/18/2017 | -42,668.00 | 57.39 |
| 1/18/2017 | -11,132.00 | 57.39 |
| 1/18/2017 | -9,976.00 | 57.39 |
| 1/18/2017 | -163,569.00 | 57.39 |
| 1/20/2017 | -58,344.00 | 56.11 |
| 1/23/2017 | -2,945.00 | 55.68 |

| Date | Shares | Price |
|---|---|---|
| 1/23/2017 | -85,986.00 | 55.68 |
| 1/31/2017 | -22,169.00 | 55.83 |
| 2/17/2017 | -46,892.00 | 59.59 |
| 4/24/2017 | -1,438.00 | 59.52 |
| 4/24/2017 | -156,767.00 | 59.44 |
| 4/28/2017 | -2,611.00 | 59.12 |
| 7/31/2017 | -2,418.00 | 68.45 |
| 8/3/2017 | -12,982.00 | 68.13 |
| 9/20/2017 | -9,098.00 | 71.40 |
| 10/25/2017 | -652.00 | 73.62 |
| 10/27/2017 | -26,824.00 | 73.87 |
| 10/31/2017 | -2,443.00 | 73.50 |
| 12/21/2017 | -553.00 | 75.82 |
| 1/31/2018 | -4,722.00 | 78.48 |
| 2/1/2018 | -6,900.00 | 79.20 |
| 2/2/2018 | -1,765.00 | 77.02 |
| 2/2/2018 | -20,584.00 | 77.02 |
| 2/5/2018 | -19,531.00 | 73.27 |
| 2/6/2018 | -61,687.00 | 74.82 |
| 2/6/2018 | -5,398.00 | 74.82 |
| 2/6/2018 | -55,613.00 | 74.82 |
| 5/24/2018 | -191,423.00 | 69.31 |
| 6/1/2018 | -23,973.00 | 67.28 |
| 6/1/2018 | -2,793.00 | 67.28 |
| 6/8/2018 | -4,716.00 | 68.47 |
| 6/21/2018 | -33,073.00 | 67.63 |
| 6/21/2018 | -3,735.00 | 67.63 |
| 6/29/2018 | -46,190.00 | 66.92 |
| 6/29/2018 | -990.00 | 66.92 |
| 6/29/2018 | -20,686.00 | 66.92 |
| 7/2/2018 | -3,024.00 | 67.16 |
| 7/5/2018 | -5,357.00 | 66.56 |
| 7/9/2018 | -2,200.00 | 68.94 |
| 7/18/2018 | -50,060.00 | 69.85 |

| Date | Shares | Price |
|---|---|---|
| 7/20/2018 | -8,071.00 | 69.22 |
| 7/31/2018 | -477.00 | 71.89 |
| 9/20/2018 | -21,795.00 | 74.79 |
| 10/5/2018 | -2,481.00 | 72.42 |
| 10/18/2018 | -6,174.00 | 68.62 |
| 10/23/2018 | -17,781.00 | 65.73 |
| 10/25/2018 | -11,656.00 | 64.97 |
| 11/26/2018 | -7,435.00 | 63.73 |
| 11/26/2018 | -67,670.00 | 63.73 |
| 12/10/2018 | -88,788.00 | 57.07 |
| 12/18/2018 | -15,237.00 | 53.93 |
| 12/18/2018 | -20,927.00 | 53.93 |
| 12/20/2018 | -2,436.00 | 52.27 |
| 12/21/2018 | -6,993.00 | 50.24 |
| 12/27/2018 | -30,960.00 | 51.77 |
| 12/27/2018 | -9,393.00 | 51.77 |
| 2/1/2019 | -10,331.00 | 63.67 |
| 2/12/2019 | -477.00 | 62.67 |
| 2/21/2019 | -4,708.00 | 64.32 |
| 3/1/2019 | -2,722.00 | 64.47 |
| 3/4/2019 | -4,687.00 | 63.75 |
| 3/21/2019 | -5,452.00 | 63.91 |
| 3/21/2019 | -33,540.00 | 63.91 |
| 3/29/2019 | -1,109.00 | 62.22 |
| 4/3/2019 | -2,335.00 | 65.06 |
| 4/4/2019 | -3,322.00 | 65.82 |
| 4/8/2019 | -1,649.00 | 66.07 |
| 4/10/2019 | -852.00 | 65.52 |
| 4/24/2019 | -21,313.00 | 68.83 |
| 8/30/2019 | -606.00 | 64.35 |
| 9/10/2019 | -558.00 | 68.98 |
| 9/11/2019 | -252.00 | 68.90 |
| 9/18/2019 | -346.00 | 70.09 |
| 9/19/2019 | -934.00 | 69.73 |

| Date | Shares | Price |
|---|---|---|
| 10/1/2019 | -858.00 | 68.15 |
| 10/23/2019 | -323.00 | 72.45 |
| 11/22/2019 | -703.00 | 74.87 |
| 2/3/2020 | -2,308.00 | 75.13 |
| 2/5/2020 | -413.00 | 78.85 |
| 2/21/2020 | -1,655.00 | 76.44 |
| 2/26/2020 | -3,989.00 | 68.18 |
| 2/28/2020 | -4,456.00 | 63.46 |
| 3/5/2020 | -61,065.00 | 63.49 |
| 3/9/2020 | -4,189.00 | 51.37 |
| 3/9/2020 | -119,197.00 | 51.37 |
| 3/10/2020 | -8,009.00 | 55.58 |
| 3/12/2020 | -7,908.00 | 43.26 |
| 3/12/2020 | -77,225.00 | 43.26 |
| 3/13/2020 | -40,449.00 | 51.04 |
| 3/17/2020 | -19,174.00 | 40.25 |
| 3/19/2020 | -9,550.00 | 39.64 |
| 3/24/2020 | -10,228.00 | 40.66 |
| 3/24/2020 | -13,109.00 | 40.66 |
| 4/1/2020 | -63,511.00 | 38.51 |
| 4/1/2020 | -9,686.00 | 38.51 |
| 4/2/2020 | -3,579.00 | 39.23 |
| 4/3/2020 | -13,714.00 | 37.49 |
| 4/23/2020 | -2,952.00 | 42.46 |
| 5/26/2020 | -1,659.00 | 48.17 |
| 5/27/2020 | -1,961.00 | 52.26 |
| 6/3/2020 | -1,482.00 | 53.34 |
| 6/5/2020 | -8,843.00 | 58.86 |
| 6/5/2020 | -3,452.00 | 58.86 |
| 6/12/2020 | -1,746.00 | 52.25 |
| 6/12/2020 | -394,578.00 | 52.25 |
| 6/12/2020 | -166,287.00 | 52.25 |
| 6/15/2020 | -587.00 | 52.98 |
| 6/15/2020 | -415.00 | 50.59 |

| Date | Shares | Price |
|---|---|---|
| 6/24/2020 | -108,658.00 | 50.81 |
| 6/24/2020 | -117,490.00 | 50.81 |
| 6/24/2020 | -108,708.00 | 50.81 |
| 6/24/2020 | -88,620.00 | 50.81 |
| 7/22/2020 | -3,846.00 | 51.66 |
| 7/22/2020 | -4,215.00 | 51.66 |
| 7/22/2020 | -3,850.00 | 51.66 |
| 9/22/2020 | -14,909.00 | 43.29 |
| 9/22/2020 | -19,411.00 | 43.29 |
| 9/22/2020 | -17,815.00 | 43.29 |
| 9/22/2020 | -18,517.00 | 43.29 |
| 9/23/2020 | -6,497.00 | 41.85 |
| 9/23/2020 | -2,898.00 | 41.85 |
| 9/23/2020 | -6,687.00 | 41.85 |
| 9/23/2020 | -5,976.00 | 41.85 |
| 9/23/2020 | -5,691.00 | 41.85 |
| 9/25/2020 | -1,497.00 | 42.02 |

**PRICOS**

| | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 7/20/2016 | 77,650.00 | 44.33 |
| | 8/22/2016 | 3,444.00 | 46.37 |
| | 10/25/2016 | 40,000.00 | 49.50 |
| | 2/17/2017 | 3,687.00 | 59.64 |
| | 7/24/2017 | 5,346.00 | 65.92 |
| | 11/29/2017 | 3,105.00 | 74.41 |
| | 2/20/2018 | 1,816.00 | 77.00 |
| | 12/7/2018 | 3,223.00 | 59.37 |
| | 2/5/2019 | 943.00 | 63.79 |
| | 8/14/2019 | 4,941.00 | 62.88 |
| | 11/20/2019 | 1,475.00 | 74.70 |
| | 1/23/2020 | 4,613.00 | 79.52 |
| | 2/21/2020 | 4,330.00 | 77.50 |
| | 2/28/2020 | 3,835.00 | 62.02 |
| | 6/24/2020 | 1,164.00 | 51.70 |

| | Date | Shares | Price |
|---|---|---|---|
| | 8/5/2020 | 1,779.00 | 50.50 |
| Sales: | 5/24/2017 | -4,455.00 | 61.87 |
| | 10/19/2017 | -5,280.00 | 72.32 |
| | 5/24/2018 | -4,484.00 | 69.74 |
| | 2/21/2019 | -5,585.00 | 64.61 |
| | 3/21/2019 | -5,636.00 | 63.67 |
| | 12/23/2019 | -1,286.00 | 78.69 |
| | 3/12/2020 | -26,000.00 | 45.54 |
| | 3/18/2020 | -26,000.00 | 36.56 |
| | 3/27/2020 | -4,201.00 | 44.27 |
| | 3/30/2020 | -37,700.00 | 42.01 |
| | 4/9/2020 | -1,098.00 | 48.30 |
| | 6/11/2020 | -1,084.00 | 51.76 |
| | 9/25/2020 | -672.00 | 42.00 |

**PRICOS DEFENSIVE**

| | Date | Shares | Price |
|---|---|---|---|
| Purchases: | 7/20/2016 | 2,530.00 | 44.33 |
| | 8/22/2016 | 284.00 | 46.37 |
| | 10/25/2016 | 1,713.00 | 49.50 |
| | 11/22/2016 | 163.00 | 55.68 |
| | 2/21/2017 | 361.00 | 60.27 |
| | 7/24/2017 | 361.00 | 65.92 |
| | 11/29/2017 | 245.00 | 74.43 |
| | 2/20/2018 | 135.00 | 77.00 |
| | 12/7/2018 | 376.00 | 59.43 |
| | 8/14/2019 | 261.00 | 62.93 |
| | 11/20/2019 | 87.00 | 74.70 |
| | 1/23/2020 | 294.00 | 79.11 |
| | 2/21/2020 | 310.00 | 77.50 |
| | 2/28/2020 | 319.00 | 62.10 |
| | 6/24/2020 | 81.00 | 51.70 |
| | 8/5/2020 | 120.00 | 50.61 |
| Sales: | 12/16/2016 | -85.00 | 60.27 |
| | 3/28/2017 | -82.00 | 58.19 |

| Date | Shares | Price |
|---|---|---|
| 5/24/2017 | -277.00 | 61.87 |
| 10/19/2017 | -445.00 | 72.06 |
| 5/24/2018 | -483.00 | 69.74 |
| 2/21/2019 | -501.00 | 64.61 |
| 3/21/2019 | -406.00 | 63.46 |
| 12/24/2019 | -74.00 | 78.70 |
| 3/12/2020 | -1,020.00 | 45.33 |
| 3/18/2020 | -1,015.00 | 36.18 |
| 3/27/2020 | -358.00 | 44.29 |
| 3/30/2020 | -1,346.00 | 41.89 |
| 4/9/2020 | -90.00 | 48.89 |
| 6/11/2020 | -89.00 | 51.76 |
| 9/24/2020 | -96.00 | 41.71 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Thomas Moran, on behalf of Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chairman of Pembroke Pines. I have reviewed a complaint filed in this matter with Pembroke Pines' legal counsel. Based on the legal counsel's knowledge and advice, Pembroke Pines has authorized the filing of this motion for appointment as lead plaintiff.

2. Pembroke Pines did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Pembroke Pines is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Pembroke Pines fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Pembroke Pines' transactions in the Citigroup Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Pembroke Pines has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Plymouth County Retirement System v. Patterson Companies, Inc.,*
   No. 18-cv-00871 (D. Minn.)
   *City of Hollywood Police Officers Retirement System v. Henry Schein, Inc.,*
   No. 19-cv-05530 (E.D.N.Y.)

6. Pembroke Pines has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

   *Plymouth County Retirement System v. GTT Communications, Inc.,*
   No. 19-cv-00982 (E.D. Va.)

7.  Pembroke Pines will not accept any payment for serving as a representative party on behalf of the Class beyond Pembroke Pines' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24 day of December, 2020.

_____
Thomas Moran
Chairman
*Pembroke Pines Firefighters & Police Officers Pension Fund*

**Pembroke Pines Firefighters & Police Officers Pension Fund**
**Transactions in Citigroup Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/6/2017 | 5,800 | 60.2608 |