# EXHIBIT B

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **KBC EQUITY FD** | | | | | | | | | |
| Pre-class holdings | | 440,402 | | | Sale | 1/15/2016 | (874) | 42.4700 | ($37,118.78) |
| | | | | | Sale | 1/15/2016 | (9,222) | 42.4700 | ($391,658.34) |
| | | | | | Sale | 1/19/2016 | (195) | 42.0000 | ($8,190.00) |
| | | | | | Sale | 1/19/2016 | (22,932) | 41.9400 | ($961,768.08) |
| | | | | | Sale | 1/19/2016 | (1,786) | 41.9400 | ($74,904.84) |
| | | | | | Sale | 1/20/2016 | (9,486) | 40.4900 | ($384,088.14) |
| | | | | | Sale | 1/20/2016 | (50,703) | 40.4900 | ($2,052,964.47) |
| | | | | | Sale | 1/20/2016 | (8,646) | 40.4900 | ($350,076.54) |
| | | | | | Sale | 1/31/2017 | (8,456) | 55.8300 | ($472,098.48) |
| | | | | | Sale | 2/17/2017 | (39,614) | 59.5949 | ($2,360,792.37) |
| | | | | | Sale | 4/24/2017 | (1,438) | 59.5175 | ($85,586.17) |
| | | | | | Sale | 4/24/2017 | (156,767) | 59.4400 | ($9,318,230.48) |
| | | | | | Sale | 4/28/2017 | (2,611) | 59.1200 | ($154,362.32) |
| | | | | | *Sales offsetting against pre-class holdings* | | (312,730) | | ($16,651,839.01) |
| | | | | | Sale | 1/29/2016 | (22,567) | 42.5173 | ($959,487.91) |
| | | | | | Sale | 2/1/2016 | (908) | 42.4800 | ($38,571.84) |
| | | | | | Sale | 2/5/2016 | (43,149) | 39.8600 | ($1,719,919.14) |
| | | | | | Sale | 2/5/2016 | (3,441) | 39.7552 | ($136,797.64) |
| | | | | | Sale | 2/8/2016 | (14,986) | 37.8100 | ($566,620.66) |
| | | | | | Sale | 2/8/2016 | (3,172) | 37.8100 | ($119,933.32) |
| | | | | | Sale | 2/9/2016 | (5,451) | 37.5100 | ($204,467.01) |
| | | | | | Sale | 2/9/2016 | (43,725) | 37.5100 | ($1,640,124.75) |
| | | | | | Sale | 2/10/2016 | (52,322) | 37.4100 | ($1,957,366.02) |
| | | | | | Sale | 2/10/2016 | (5,058) | 37.4100 | ($189,219.78) |
| | | | | | Sale | 3/2/2016 | (1,580) | 42.2200 | ($66,707.60) |
| | | | | | Sale | 5/3/2016 | (13,337) | 45.5700 | ($607,767.09) |
| | | | | | Sale | 5/3/2016 | (2,926) | 45.5700 | ($133,337.82) |
| | | | | | Sale | 5/9/2016 | (2,228) | 43.8900 | ($97,786.92) |
| | | | | | Sale | 5/9/2016 | (9,694) | 43.8900 | ($425,469.66) |
| | | | | | Sale | 5/19/2016 | (1,532) | 45.0600 | ($69,031.92) |
| | | | | | Sale | 5/20/2016 | (8,204) | 44.9000 | ($368,359.60) |
| | | | | | Sale | 5/23/2016 | (97,496) | 45.1100 | ($4,398,044.56) |
| | | | | | Sale | 5/23/2016 | (20,351) | 45.1100 | ($918,033.61) |
| | | | | | Sale | 5/31/2016 | (352) | 46.5964 | ($16,401.93) |
| | | | | | Sale | 6/17/2016 | (2,282) | 42.4700 | ($96,916.54) |
| | | | | | Sale | 6/17/2016 | (1,165) | 42.4878 | ($49,498.29) |
| | | | | | Sale | 7/25/2016 | (9,591) | 44.0400 | ($422,387.64) |
| | | | | | Sale | 8/3/2016 | (12,412) | 43.8900 | ($544,762.68) |

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 8/18/2016 | (44,618) | 46.5000 | ($2,074,737.00) |
| | | | | | Sale | 8/31/2016 | (166,566) | 47.7039 | ($7,945,847.81) |
| | | | | | Sale | 9/20/2016 | (4,213) | 46.5400 | ($196,073.02) |
| | | | | | Sale | 9/26/2016 | (5,152) | 45.8900 | ($236,425.28) |
| | | | | | Sale | 10/11/2016 | (2,448) | 48.9900 | ($119,927.52) |
| | | | | | Sale | 10/17/2016 | (1,040) | 48.6000 | ($50,544.00) |
| | | | | | Sale | 10/24/2016 | (1,515) | 49.5800 | ($75,113.70) |
| | | | | | Sale | 11/2/2016 | (36,255) | 48.5400 | ($1,759,817.70) |
| | | | | | Sale | 11/4/2016 | (7,009) | 48.1700 | ($337,623.53) |
| | | | | | Sale | 1/18/2017 | (11,132) | 57.3900 | ($638,865.48) |
| | | | | | Sale | 1/18/2017 | (42,668) | 57.3909 | ($2,448,754.92) |
| | | | | | Sale | 1/18/2017 | (163,569) | 57.3909 | ($9,387,372.12) |
| | | | | | Sale | 1/18/2017 | (9,976) | 57.3909 | ($572,531.62) |
| | | | | | Sale | 1/20/2017 | (58,344) | 56.1100 | ($3,273,681.84) |
| | | | | | Sale | 1/23/2017 | (2,945) | 55.6800 | ($163,977.60) |
| | | | | | Sale | 1/23/2017 | (85,986) | 55.6800 | ($4,787,700.48) |
| | | | | | Sale | 1/31/2017 | (13,713) | 55.8300 | ($765,596.79) |
| | | | | | Sale | 2/17/2017 | (7,278) | 59.5949 | ($433,731.68) |
| | | | | | Sale | 7/31/2017 | (2,418) | 68.4500 | ($165,512.10) |
| | | | | | Sale | 8/3/2017 | (12,982) | 68.1300 | ($884,463.66) |
| | | | | | Sale | 9/20/2017 | (9,098) | 71.3989 | ($649,587.19) |
| Purchase | 1/21/2016 | 454 | 40.1500 | $18,228.10 | Sale | 10/25/2017 | (652) | 73.6200 | ($48,000.24) |
| Purchase | 1/25/2016 | 1,132 | 39.5500 | $44,770.60 | Sale | 10/27/2017 | (26,824) | 73.8700 | ($1,981,488.88) |
| Purchase | 1/25/2016 | 33,835 | 39.5042 | $1,336,624.61 | Sale | 10/31/2017 | (2,443) | 73.5000 | ($179,560.50) |
| Purchase | 1/29/2016 | 160,210 | 42.5800 | $6,821,741.80 | Sale | 12/21/2017 | (553) | 75.8200 | ($41,928.46) |
| Purchase | 1/29/2016 | 18,717 | 42.5800 | $796,969.86 | Sale | 1/31/2018 | (4,722) | 78.4800 | ($370,582.56) |
| Purchase | 2/18/2016 | 3,714 | 38.9200 | $144,548.88 | Sale | 2/1/2018 | (6,900) | 79.2000 | ($546,480.00) |
| Purchase | 2/18/2016 | 21,159 | 38.9200 | $823,508.28 | Sale | 2/2/2018 | (20,584) | 77.0200 | ($1,585,379.68) |
| Purchase | 2/29/2016 | 36,933 | 38.9317 | $1,437,864.48 | Sale | 2/2/2018 | (1,765) | 77.0200 | ($135,940.30) |
| Purchase | 2/29/2016 | 11,061 | 38.8500 | $429,719.85 | Sale | 2/5/2018 | (19,531) | 73.2700 | ($1,431,036.37) |
| Purchase | 2/29/2016 | 1,733 | 38.8500 | $67,327.05 | Sale | 2/6/2018 | (61,687) | 74.8200 | ($4,615,421.34) |
| Purchase | 3/21/2016 | 104,999 | 43.6000 | $4,577,956.40 | Sale | 2/6/2018 | (55,613) | 74.8200 | ($4,160,964.66) |
| Purchase | 3/21/2016 | 9,367 | 43.6000 | $408,401.20 | Sale | 2/6/2018 | (5,398) | 74.8200 | ($403,878.36) |
| Purchase | 3/21/2016 | 11,901 | 43.6000 | $518,883.60 | Sale | 5/24/2018 | (191,423) | 69.3100 | ($13,267,528.13) |
| Purchase | 4/1/2016 | 15,543 | 42.4700 | $660,111.21 | Sale | 6/1/2018 | (2,793) | 67.2800 | ($187,913.04) |
| Purchase | 4/11/2016 | 729 | 41.1200 | $29,976.48 | Sale | 6/1/2018 | (23,973) | 67.2800 | ($1,612,903.44) |
| Purchase | 4/25/2016 | 22,949 | 46.6900 | $1,071,488.81 | Sale | 6/8/2018 | (4,716) | 68.4700 | ($322,904.52) |
| Purchase | 4/29/2016 | 17,024 | 46.2800 | $787,870.72 | Sale | 6/21/2018 | (33,073) | 67.6300 | ($2,236,726.99) |
| Purchase | 4/29/2016 | 77,631 | 46.2800 | $3,592,762.68 | Sale | 6/21/2018 | (3,735) | 67.6300 | ($252,598.05) |
| Purchase | 4/29/2016 | 81,078 | 46.2800 | $3,752,289.84 | Sale | 6/29/2018 | (46,190) | 66.9200 | ($3,091,034.80) |
| Purchase | 4/29/2016 | 687 | 46.2800 | $31,794.36 | Sale | 6/29/2018 | (20,686) | 66.9200 | ($1,384,307.12) |

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/23/2016 | 1,361 | 44.4405 | $60,483.52 | Sale | 6/29/2018 | (990) | 66.9200 | ($66,250.80) |
| Purchase | 7/29/2016 | 99,673 | 43.8100 | $4,366,674.13 | Sale | 7/2/2018 | (3,024) | 67.1600 | ($203,091.84) |
| Purchase | 7/29/2016 | 9,457 | 43.8100 | $414,311.17 | Sale | 7/5/2018 | (5,357) | 66.5600 | ($356,561.92) |
| Purchase | 8/26/2016 | 3,680 | 47.1100 | $173,364.80 | Sale | 7/9/2018 | (2,200) | 68.9400 | ($151,668.00) |
| Purchase | 10/24/2016 | 8,470 | 49.5800 | $419,942.60 | Sale | 7/18/2018 | (50,060) | 69.8500 | ($3,496,691.00) |
| Purchase | 10/31/2016 | 9,014 | 49.1500 | $443,038.10 | Sale | 7/20/2018 | (8,071) | 69.2200 | ($558,674.62) |
| Purchase | 11/17/2016 | 108,663 | 55.4500 | $6,025,363.35 | Sale | 7/31/2018 | (477) | 71.8900 | ($34,291.53) |
| Purchase | 11/17/2016 | 89,620 | 55.4500 | $4,969,429.00 | Sale | 9/20/2018 | (21,795) | 74.7900 | ($1,630,048.05) |
| Purchase | 12/15/2016 | 12,400 | 60.2300 | $746,852.00 | Sale | 10/5/2018 | (2,481) | 72.4200 | ($179,674.02) |
| Purchase | 12/15/2016 | 19,655 | 60.2300 | $1,183,820.65 | Sale | 10/18/2018 | (6,174) | 68.6200 | ($423,659.88) |
| Purchase | 12/15/2016 | 38,663 | 60.2300 | $2,328,672.49 | Sale | 10/23/2018 | (17,781) | 65.7300 | ($1,168,745.13) |
| Purchase | 12/16/2016 | 1,230 | 59.7553 | $73,499.02 | Sale | 10/25/2018 | (11,656) | 64.9700 | ($757,290.32) |
| Purchase | 12/19/2016 | 1,640 | 59.6600 | $97,842.40 | Sale | 11/26/2018 | (7,435) | 63.7300 | ($473,832.55) |
| Purchase | 1/11/2017 | 696 | 59.9600 | $41,732.16 | Sale | 11/26/2018 | (67,670) | 63.7300 | ($4,312,609.10) |
| Purchase | 2/16/2017 | 7,278 | 60.3800 | $439,445.64 | Sale | 12/10/2018 | (88,788) | 57.0700 | ($5,067,131.16) |
| Purchase | 7/20/2017 | 2,840 | 66.3600 | $188,462.40 | Sale | 12/18/2018 | (20,927) | 53.9300 | ($1,128,593.11) |
| Purchase | 7/20/2017 | 7,310 | 66.4175 | $485,511.93 | Sale | 12/18/2018 | (15,237) | 53.9300 | ($821,731.41) |
| Purchase | 7/20/2017 | 328,327 | 66.4175 | $21,806,658.52 | Sale | 12/20/2018 | (2,436) | 52.2700 | ($127,329.72) |
| Purchase | 8/18/2017 | 3,330 | 66.5800 | $221,711.40 | Sale | 12/21/2018 | (6,993) | 50.2400 | ($351,328.32) |
| Purchase | 8/24/2017 | 45,737 | 67.6900 | $3,095,937.53 | Sale | 12/27/2018 | (30,960) | 51.7700 | ($1,602,799.20) |
| Purchase | 9/28/2017 | 191,750 | 72.6488 | $13,930,407.40 | Sale | 12/27/2018 | (9,393) | 51.7700 | ($486,275.61) |
| Purchase | 10/19/2017 | 1,815 | 72.8800 | $132,277.20 | Sale | 2/1/2019 | (10,331) | 63.6700 | ($657,774.77) |
| Purchase | 11/24/2017 | 1,664 | 72.0200 | $119,841.28 | Sale | 2/12/2019 | (477) | 62.6700 | ($29,893.59) |
| Purchase | 12/18/2017 | 254,893 | 75.6700 | $19,287,753.31 | Sale | 2/21/2019 | (4,708) | 64.3200 | ($302,818.56) |
| Purchase | 12/18/2017 | 58,075 | 75.6700 | $4,394,535.25 | Sale | 3/1/2019 | (2,722) | 64.4700 | ($175,487.34) |
| Purchase | 1/2/2018 | 6,433 | 74.3600 | $478,357.88 | Sale | 3/4/2019 | (4,687) | 63.7500 | ($298,796.25) |
| Purchase | 1/2/2018 | 16,994 | 74.3600 | $1,263,673.84 | Sale | 3/21/2019 | (5,452) | 63.9100 | ($348,437.32) |
| Purchase | 1/3/2018 | 21,490 | 74.5900 | $1,602,939.10 | Sale | 3/21/2019 | (33,540) | 63.9100 | ($2,143,541.40) |
| Purchase | 1/18/2018 | 12,568 | 77.3900 | $972,637.52 | Sale | 3/29/2019 | (1,109) | 62.2200 | ($69,001.98) |
| Purchase | 1/26/2018 | 2,584 | 80.0800 | $206,926.72 | Sale | 4/3/2019 | (2,335) | 65.0600 | ($151,915.10) |
| Purchase | 2/1/2018 | 375 | 79.2000 | $29,700.00 | Sale | 4/4/2019 | (3,322) | 65.8200 | ($218,654.04) |
| Purchase | 2/2/2018 | 125,263 | 77.0200 | $9,647,756.26 | Sale | 4/8/2019 | (1,649) | 66.0700 | ($108,949.43) |
| Purchase | 2/20/2018 | 126,658 | 76.4600 | $9,684,270.68 | Sale | 4/10/2019 | (852) | 65.5200 | ($55,823.04) |
| Purchase | 3/7/2018 | 2,016 | 73.9200 | $149,022.72 | Sale | 4/24/2019 | (21,313) | 68.8300 | ($1,466,973.79) |
| Purchase | 3/8/2018 | 5,442 | 74.1100 | $403,306.62 | Sale | 8/30/2019 | (606) | 64.3500 | ($38,996.10) |
| Purchase | 3/8/2018 | 62,241 | 74.1100 | $4,612,680.51 | Sale | 9/10/2019 | (558) | 68.9800 | ($38,490.84) |
| Purchase | 3/22/2018 | 2,340 | 70.3100 | $164,525.40 | Sale | 9/11/2019 | (252) | 68.9000 | ($17,362.80) |
| Purchase | 3/29/2018 | 76,515 | 67.5000 | $5,164,762.50 | Sale | 9/18/2019 | (346) | 70.0900 | ($24,251.14) |
| Purchase | 3/29/2018 | 5,000 | 67.5000 | $337,500.00 | Sale | 9/19/2019 | (934) | 69.7300 | ($65,127.82) |
| Purchase | 3/29/2018 | 3,919 | 67.5000 | $264,532.50 | Sale | 10/1/2019 | (858) | 68.1500 | ($58,472.70) |
| Purchase | 4/23/2018 | 15,518 | 69.4800 | $1,078,190.64 | Sale | 10/23/2019 | (323) | 72.4500 | ($23,401.35) |

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 4/23/2018 | 10,184 | 69.4800 | $707,584.32 | Sale | 11/22/2019 | (703) | 74.8700 | ($52,633.61) |
| Purchase | 4/30/2018 | 47,433 | 68.2700 | $3,238,250.91 | Sale | 2/3/2020 | (2,308) | 75.1300 | ($173,400.04) |
| Purchase | 5/24/2018 | 37,785 | 69.3100 | $2,618,878.35 | Sale | 2/5/2020 | (413) | 78.8500 | ($32,565.05) |
| Purchase | 5/24/2018 | 11,088 | 69.3100 | $768,509.28 | Sale | 2/21/2020 | (1,655) | 76.4400 | ($126,508.20) |
| Purchase | 5/31/2018 | 103,706 | 66.7425 | $6,921,597.71 | Sale | 2/26/2020 | (3,989) | 68.1800 | ($271,970.02) |
| Purchase | 6/25/2018 | 7,378 | 65.7500 | $485,103.50 | Sale | 2/28/2020 | (4,456) | 63.4600 | ($282,777.76) |
| Purchase | 10/12/2018 | 13,239 | 69.8400 | $924,611.76 | Sale | 3/5/2020 | (61,065) | 63.4900 | ($3,877,016.85) |
| Purchase | 10/18/2018 | 1,185 | 68.6200 | $81,314.70 | Sale | 3/9/2020 | (4,189) | 51.3700 | ($215,188.93) |
| Purchase | 10/31/2018 | 17,498 | 65.4600 | $1,145,419.08 | Sale | 3/9/2020 | (119,197) | 51.3700 | ($6,123,149.89) |
| Purchase | 1/2/2019 | 4,588 | 53.5300 | $245,595.64 | Sale | 3/10/2020 | (8,009) | 55.5800 | ($445,140.22) |
| Purchase | 1/24/2019 | 24,869 | 62.7100 | $1,559,534.99 | Sale | 3/12/2020 | (7,908) | 43.2600 | ($342,100.08) |
| Purchase | 1/31/2019 | 21,114 | 64.4600 | $1,361,008.44 | Sale | 3/12/2020 | (77,225) | 43.2600 | ($3,340,753.50) |
| Purchase | 3/25/2019 | 827 | 60.3300 | $49,892.91 | Sale | 3/13/2020 | (40,449) | 51.0400 | ($2,064,516.96) |
| Purchase | 6/13/2019 | 1,162 | 67.0800 | $77,946.96 | Sale | 3/17/2020 | (19,174) | 40.2500 | ($771,753.50) |
| Purchase | 6/19/2019 | 7,771 | 67.5900 | $525,241.89 | Sale | 3/19/2020 | (9,550) | 39.6400 | ($378,562.00) |
| Purchase | 7/5/2019 | 1,122 | 71.4000 | $80,110.80 | Sale | 3/24/2020 | (10,228) | 40.6600 | ($415,870.48) |
| Purchase | 7/24/2019 | 13,442 | 73.0100 | $981,400.42 | Sale | 3/24/2020 | (13,109) | 40.6600 | ($533,011.94) |
| Purchase | 7/31/2019 | 12,813 | 71.1600 | $911,773.08 | Sale | 4/1/2020 | (63,511) | 38.5100 | ($2,445,808.61) |
| Purchase | 8/22/2019 | 8,644 | 63.9100 | $552,438.04 | Sale | 4/1/2020 | (9,686) | 38.5100 | ($373,007.86) |
| Purchase | 8/23/2019 | 13,244 | 61.9500 | $820,465.80 | Sale | 4/2/2020 | (3,579) | 39.2300 | ($140,404.17) |
| Purchase | 8/27/2019 | 52,505 | 61.6600 | $3,237,458.30 | Sale | 4/3/2020 | (13,714) | 37.4900 | ($514,137.86) |
| Purchase | 9/18/2019 | 16,271 | 70.0900 | $1,140,434.39 | Sale | 4/23/2020 | (2,952) | 42.4600 | ($125,341.92) |
| Purchase | 9/30/2019 | 15,887 | 69.0800 | $1,097,473.96 | Sale | 5/26/2020 | (1,659) | 48.1700 | ($79,914.03) |
| Purchase | 11/20/2019 | 5,450 | 73.9100 | $402,809.50 | Sale | 5/27/2020 | (1,961) | 52.2600 | ($102,481.86) |
| Purchase | 11/20/2019 | 67,317 | 73.9100 | $4,975,399.47 | Sale | 6/3/2020 | (1,482) | 53.3400 | ($79,049.88) |
| Purchase | 11/21/2019 | 47,562 | 73.9000 | $3,514,831.80 | Sale | 6/5/2020 | (8,843) | 58.8600 | ($520,498.98) |
| Purchase | 1/23/2020 | 174,129 | 79.8000 | $13,895,494.20 | Sale | 6/5/2020 | (3,452) | 58.8600 | ($203,184.72) |
| Purchase | 2/20/2020 | 4,366 | 78.2200 | $341,508.52 | Sale | 6/12/2020 | (394,578) | 52.2500 | ($20,616,700.50) |
| Purchase | 2/20/2020 | 16,133 | 78.2200 | $1,261,923.26 | Sale | 6/12/2020 | (1,746) | 52.2500 | ($91,228.50) |
| Purchase | 4/21/2020 | 495 | 41.5700 | $20,577.15 | Sale | 6/12/2020 | (166,287) | 52.2500 | ($8,688,495.75) |
| Purchase | 4/23/2020 | 21,145 | 42.4600 | $897,816.70 | Sale | 6/15/2020 | (587) | 52.9800 | ($31,099.26) |
| Purchase | 4/29/2020 | 1,710 | 50.2600 | $85,944.60 | Sale | 6/15/2020 | (415) | 50.5939 | ($20,996.47) |
| Purchase | 4/30/2020 | 30,297 | 48.5600 | $1,471,222.32 | Sale | 6/24/2020 | (117,490) | 50.8100 | ($5,969,666.90) |
| Purchase | 5/6/2020 | 2,314 | 42.9500 | $99,386.30 | Sale | 6/24/2020 | (108,708) | 50.8100 | ($5,523,453.48) |
| Purchase | 5/19/2020 | 31,832 | 44.4300 | $1,414,295.76 | Sale | 6/24/2020 | (108,658) | 50.8100 | ($5,520,912.98) |
| Purchase | 5/19/2020 | 5,777 | 44.4300 | $256,672.11 | Sale | 6/24/2020 | (88,620) | 50.8100 | ($4,502,782.20) |
| Purchase | 6/3/2020 | 813 | 53.3400 | $43,365.42 | Sale | 7/22/2020 | (3,846) | 51.6600 | ($198,684.36) |
| Purchase | 6/3/2020 | 6,325 | 53.3400 | $337,375.50 | Sale | 7/22/2020 | (4,215) | 51.6600 | ($217,746.90) |
| Purchase | 6/5/2020 | 13,500 | 58.8600 | $794,610.00 | Sale | 7/22/2020 | (3,850) | 51.6600 | ($198,891.00) |
| Purchase | 6/12/2020 | 219,234 | 52.2500 | $11,454,976.50 | Sale | 9/22/2020 | (19,411) | 43.2900 | ($840,302.19) |
| Purchase | 6/12/2020 | 165,894 | 52.2500 | $8,667,961.50 | Sale | 9/22/2020 | (17,815) | 43.2900 | ($771,211.35) |

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/12/2020 | 218,941 | 52.2500 | $11,439,667.25 | Sale | 9/22/2020 | (14,909) | 43.2900 | ($645,410.61) |
| Purchase | 7/24/2020 | 261 | 51.6700 | $13,485.87 | Sale | 9/22/2020 | (18,517) | 43.2900 | ($801,600.93) |
| Purchase | 7/27/2020 | 370 | 51.2900 | $18,977.30 | Sale | 9/23/2020 | (6,497) | 41.8500 | ($271,899.45) |
| Purchase | 7/31/2020 | 3,289 | 50.0100 | $164,482.89 | Sale | 9/23/2020 | (5,691) | 41.8500 | ($238,168.35) |
| Purchase | 7/31/2020 | 3,731 | 50.0100 | $186,587.31 | Sale | 9/23/2020 | (6,687) | 41.8500 | ($279,850.95) |
| Purchase | 7/31/2020 | 2,949 | 50.0100 | $147,479.49 | Sale | 9/23/2020 | (2,898) | 41.8500 | ($121,281.30) |
| Purchase | 7/31/2020 | 7,625 | 50.0100 | $381,326.25 | Sale | 9/23/2020 | (5,976) | 41.8500 | ($250,095.60) |
| Purchase | 8/4/2020 | 9,595 | 50.1400 | $481,093.30 | Sale | 9/25/2020 | (1,497) | 42.0200 | ($62,903.94) |
| Purchase | 8/4/2020 | 8,174 | 50.1400 | $409,844.36 | | | | | |
| Purchase | 8/4/2020 | 8,302 | 50.1400 | $416,262.28 | Sale* | 10/13/2020 | (14,543) | 43.6800 | ($635,238.24) |
| Purchase | 8/7/2020 | 8,125 | 52.1200 | $423,475.00 | Sale* | 10/13/2020 | (16,506) | 43.6800 | ($720,982.08) |
| Purchase | 8/19/2020 | 10,812 | 50.2900 | $543,735.48 | Sale* | 10/13/2020 | (14,291) | 43.6800 | ($624,230.88) |
| Purchase | 8/19/2020 | 5,057 | 50.2900 | $254,316.53 | Sale* | 10/13/2020 | (9,265) | 43.6800 | ($404,695.20) |
| Purchase | 8/19/2020 | 12,203 | 50.2900 | $613,688.87 | Sale* | 10/15/2020 | (285) | 43.6100 | ($12,428.85) |
| Purchase | 8/19/2020 | 11,244 | 50.2900 | $565,460.76 | Sale* | 10/19/2020 | (152) | 43.2820 | ($6,578.86) |
| Purchase | 8/21/2020 | 695 | 49.3000 | $34,263.50 | | | | | |
| Purchase | 8/25/2020 | 258 | 51.6500 | $13,325.70 | Retained | | (268,332) | 51.1898 | ($13,735,864.45) |
| | | 3,993,132 | | $244,436,876.93 | | | (3,993,132) | | ($216,298,073.51) |

**KBC EQUITY FD Loss** **($28,138,803.42)**

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| **PRICOS** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 7/20/2016 | 77,650 | 44.3323 | $3,442,403.10 | | | | | |
| Purchase | 8/22/2016 | 3,444 | 46.3716 | $159,703.79 | Sale | 5/24/2017 | (4,455) | 61.8700 | ($275,630.85) |
| Purchase | 10/25/2016 | 40,000 | 49.5032 | $1,980,128.00 | Sale | 10/19/2017 | (5,280) | 72.3171 | ($381,834.29) |
| Purchase | 2/17/2017 | 3,687 | 59.6395 | $219,890.84 | Sale | 5/24/2018 | (4,484) | 69.7405 | ($312,716.40) |
| Purchase | 7/24/2017 | 5,346 | 65.9200 | $352,408.32 | Sale | 2/21/2019 | (5,585) | 64.6100 | ($360,846.85) |
| Purchase | 11/29/2017 | 3,105 | 74.4132 | $231,052.99 | Sale | 3/21/2019 | (5,636) | 63.6700 | ($358,844.12) |
| Purchase | 2/20/2018 | 1,816 | 77.0005 | $139,832.91 | Sale | 12/23/2019 | (1,286) | 78.6856 | ($101,189.68) |
| Purchase | 12/7/2018 | 3,223 | 59.3724 | $191,357.25 | Sale | 3/12/2020 | (26,000) | 45.5357 | ($1,183,928.20) |
| Purchase | 2/5/2019 | 943 | 63.7900 | $60,153.97 | Sale | 3/18/2020 | (26,000) | 36.5633 | ($950,645.80) |
| Purchase | 8/14/2019 | 4,941 | 62.8781 | $310,680.69 | Sale | 3/27/2020 | (4,201) | 44.2718 | ($185,985.83) |
| Purchase | 11/20/2019 | 1,475 | 74.7000 | $110,182.50 | Sale | 3/30/2020 | (37,700) | 42.0071 | ($1,583,667.67) |
| Purchase | 1/23/2020 | 4,613 | 79.5230 | $366,839.60 | Sale | 4/9/2020 | (1,098) | 48.3003 | ($53,033.73) |
| Purchase | 2/21/2020 | 4,330 | 77.5000 | $335,575.00 | Sale | 6/11/2020 | (1,084) | 51.7611 | ($56,109.03) |
| Purchase | 2/28/2020 | 3,835 | 62.0200 | $237,846.70 | Sale | 9/25/2020 | (672) | 42.0000 | ($28,224.00) |
| Purchase | 6/24/2020 | 1,164 | 51.7000 | $60,178.80 | | | | | |
| Purchase | 8/5/2020 | 1,779 | 50.5000 | $89,839.50 | Retained | | (37,870) | 51.1898 | ($1,938,558.15) |
| | | 161,351 | | $8,288,073.96 | | | (161,351) | | ($7,771,214.60) |
| | | | | | | | **PRICOS Loss** | | **($516,859.36)** |
| **PRICOS DEFENSIVE** | | | | | | | | | |
| Pre-class holdings | | 0 | | | | | | | |
| | | | | | Sale | 12/16/2016 | (85) | 60.2700 | ($5,122.95) |
| Purchase | 7/20/2016 | 2,530 | 44.3323 | $112,160.72 | Sale | 3/28/2017 | (82) | 58.1900 | ($4,771.58) |
| Purchase | 8/22/2016 | 284 | 46.3716 | $13,169.53 | Sale | 5/24/2017 | (277) | 61.8700 | ($17,137.99) |
| Purchase | 10/25/2016 | 1,713 | 49.5032 | $84,798.98 | Sale | 10/19/2017 | (445) | 72.0572 | ($32,065.45) |
| Purchase | 11/22/2016 | 163 | 55.6800 | $9,075.84 | Sale | 5/24/2018 | (483) | 69.7405 | ($33,684.66) |
| Purchase | 2/21/2017 | 361 | 60.2700 | $21,757.47 | Sale | 2/21/2019 | (501) | 64.6100 | ($32,369.61) |
| Purchase | 7/24/2017 | 361 | 65.9200 | $23,797.12 | Sale | 3/21/2019 | (406) | 63.4574 | ($25,763.70) |
| Purchase | 11/29/2017 | 245 | 74.4300 | $18,235.35 | Sale | 12/24/2019 | (74) | 78.7000 | ($5,823.80) |
| Purchase | 2/20/2018 | 135 | 77.0005 | $10,395.07 | Sale | 3/12/2020 | (1,020) | 45.3301 | ($46,236.70) |
| Purchase | 12/7/2018 | 376 | 59.4253 | $22,343.91 | Sale | 3/18/2020 | (1,015) | 36.1750 | ($36,717.63) |
| Purchase | 8/14/2019 | 261 | 62.9300 | $16,424.73 | Sale | 3/27/2020 | (358) | 44.2926 | ($15,856.75) |
| Purchase | 11/20/2019 | 87 | 74.7000 | $6,498.90 | Sale | 3/30/2020 | (1,346) | 41.8919 | ($56,386.50) |
| Purchase | 1/23/2020 | 294 | 79.1050 | $23,256.87 | Sale | 4/9/2020 | (90) | 48.8900 | ($4,400.10) |

**KBC Asset Management NV**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/21/2020 | 310 | 77.5000 | $24,025.00 | Sale | 6/11/2020 | (89) | 51.7611 | ($4,606.74) |
| Purchase | 2/28/2020 | 319 | 62.1029 | $19,810.83 | Sale | 9/24/2020 | (96) | 41.7098 | ($4,004.14) |
| Purchase | 6/24/2020 | 81 | 51.7000 | $4,187.70 | | | | | |
| Purchase | 8/5/2020 | 120 | 50.6117 | $6,073.40 | Retained | | (1,273) | 51.1898 | ($65,164.63) |
| | | 7,640 | | $416,011.42 | | | (7,640) | | ($390,112.93) |

|  | |
|---|---|
| **PRICOS DEFENSIVE Loss** | **($25,898.49)** |
| **KBC Asset Management NV Loss** | **($28,681,561.26)** |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the*
 *end of the class period to the date of sale*

**Pembroke Pines Firefighters & Police Officers Pension Fund**
**LIFO Loss in Citigroup (NYSE: C)**
Class Period: 01/15/16 - 10/12/20
Cusip: 172967424
Retained share price: $51.1898 (10/13/20 - 12/28/20)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | | | |
| Purchase | 1/6/2017 | 5,800 | 60.2608 | $349,512.64 | Retained | | (5,800) | 51.1898 | ($296,900.91) |
| | | 5,800 | | $349,512.64 | | | (5,800) | | ($296,900.91) |
| | | | | | | | | **Loss** | **($52,611.73)** |