# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>    Defendants. | Case No. 1:20-cv-9132-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

*Captions continued on next page.*

**JOINT DECLARATION OF BART ELST AND JAMES FISHER IN SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV AND PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A. L. MASON,<br><br>      Defendants. | Case No. 1:20-cv-9573-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |
| TIMOTHY LIM, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>      Defendants. | Case No. 1:20-cv-10360-UA<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

We, Bart Elst and James Fisher, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of KBC Asset Management NV ("KBC") and Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines") for appointment as Lead Plaintiff in the above-captioned securities class action against Citigroup Inc. ("Citi") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration relating to the institution with which we are individually associated.

2.      I, Bart Elst, am a Senior Company Lawyer of KBC and I am authorized to make this declaration on its behalf.  Headquartered in Brussels, Belgium, KBC is a wholly owned subsidiary of KBC Bank NV, which is in turn a wholly owned subsidiary of  KBC Group NV, a multinational financial company.  KBC manages assets in excess of €100 billion.  As reflected in the motion for appointment as Lead Plaintiff and supporting papers, KBC's funds incurred substantial losses on investments in Citi securities.

3.      KBC is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA. KBC's familiarity with the PSLRA's requirements is informed by, among other things, its role serving as lead plaintiff along with other institutional investors in *City Of Sterling Heights General Employees' Retirement System v. Hospira, Inc.*, No. 1:11-cv-8332-AJS (N.D. Ill.), in which it achieved a recovery of $60 million for investors with Motley Rice LLC ("Motley Rice") as lead counsel.  KBC also served as lead plaintiff with another institutional investor in *Hatamian v. Advanced Micro Devices, Inc.*, No. 4:14-cv-226-YGR (N.D. Cal.), which resulted in a recovery of $29.5 million with Motley Rice as lead counsel.  KBC is also currently serving as lead plaintiff, in

1

partnership with another institutional investor, in both *In re DXC Technology Company Securities Litigation*, No. 1:18-cv-1599-AJT-MSN (E.D. Va.), and *In re Intel Corp. Securities Litigation*, Civ. A. No. 3:20-cv-5194-EJD (N.D. Cal.), with Motley Rice and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as co-lead counsel in both actions.  KBC believes its experience overseeing class action lawsuits under the federal securities laws will be a significant benefit to the Class.

4.      I, James Fisher, am the Plan Administrator of Pembroke Pines and I am authorized to make this declaration on its behalf.  Pembroke Pines is a public pension system organized for the benefit of current and retired firefighters and police officers and their beneficiaries in the City of Pembroke Pines, Florida.  Pembroke Pines has approximately 715 active members and retirees and approximately $680 million in assets under management as of September 2019.  As reflected in the motion for appointment as Lead Plaintiff and supporting papers, Pembroke Pines incurred substantial losses on investments in Citi securities.

5.      Pembroke Pines is a sophisticated institutional investor that understands, appreciates, and accepts the duties and responsibilities with which a lead plaintiff is charged under the PSLRA.  Pembroke Pines' familiarity with the PSLRA's requirements is informed by, among other things, its role serving as lead plaintiff along with two other institutional investors in *In re HD Supply Holdings, Inc. Securities Litigation*, No. 1:17-cv-2587-ELR (N.D. Ga.), achieving a recovery of $50 million recovery on behalf of investors.  Pembroke Pines is also currently serving as lead plaintiff in a group with three other institutions in *Plymouth County Retirement System v. Patterson Companies, Inc*, No. 0:18-cv-871-MJD-HB (D. Minn.), and with one other institution in *City of Hollywood Police Officers' Retirement System v. Henry Schein, Inc.*, No. 2:19-cv-5530-

GRB-RLM (E.D.N.Y.).  Pembroke Pines believes its experience overseeing class action lawsuits under the federal securities laws will be a significant benefit to the Class.

6.      KBC and Pembroke Pines are highly motivated to recover the significant losses that they and the Class suffered as a result of defendants' violations of the federal securities laws and to seek to implement corporate governance changes at Citi to prevent a similar breakdown from occurring in the future.  KBC and Pembroke Pines seek to serve as Lead Plaintiff in this case out of their shared commitment to achieve the best possible recovery for the Class and to hold the culpable parties accountable to the fullest extent under the law.  We believe that the prosecution of this case should be entrusted to experienced institutional investors that have a significant financial interest in the claims against defendants and are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with their duties under the PSLRA.

7.      KBC and Pembroke Pines each determined that they could maximize the Class's recovery by pooling their respective resources and experience by jointly seeking appointment as Lead Plaintiff.  After reviewing the allegations pleaded in the action, and consulting with their respective counsel, KBC and Pembroke Pines each independently determined to seek appointment as Lead Plaintiff, and approved the filing of a joint motion seeking their appointment as Lead Plaintiff.

8.      In exploring their potential leadership of this case, KBC and Pembroke Pines expressed an interest in working with other sophisticated institutional investors in seeking joint Lead Plaintiff appointment.  The decision to jointly move together for appointment as Lead Plaintiff is informed by KBC's and Pembroke Pines' prior experience serving as lead plaintiff in securities class actions—including in cases led jointly with other institutional investors—and we

3

believe that this partnership would allow for sharing of experiences and resources and would add substantial value to the prosecution of the Citi securities litigation and benefit the Class.

9.      Our decision to jointly prosecute this case is also motivated by our shared view that the securities class action against Citi presents a number of issues from a public policy perspective that are of special concern to institutional investors worldwide.  We discussed these concerns and decided to seek joint Lead Plaintiff status based on our view that the Class would benefit from leadership that includes the perspectives of U.S.- and foreign-based constituencies.

10.      For these reasons, and after additional diligence, KBC and Pembroke Pines each independently determined that our funds could best achieve our shared goals of securing the maximum potential recovery for Citi investors by seeking joint appointment as Lead Plaintiff, and that our partnership would ensure the Class was represented by highly qualified counsel.

11.      Prior to seeking appointment as Lead Plaintiff, we participated in a conference call in which we discussed our respective funds' losses arising from defendants' misconduct, the claims against defendants, and the procedures and protocols our respective funds would follow in jointly prosecuting the case.  During this call, we also discussed:  the benefits the Class would receive from the leadership of committed institutions with a history of service under the PSLRA; our desire to maximize the recovery for the Class; our interests in prosecuting the case in a collaborative fashion; the measures we would employ to ensure that representatives of KBC and Pembroke Pines could discuss the prosecution of this matter either with or without counsel; and our responsibility to ensure that investors' claims will be efficiently and zealously prosecuted through our oversight of our proposed Lead Counsel, Motley Rice and Bernstein Litowitz.

12.    We agree that KBC's and Pembroke Pines' collective resources, combined experience leading securities class actions, diverse perspectives, and ability to engage in joint decision-making will materially benefit and advance the interests of the Class in this case.

13.    We understand that the PSLRA and courts throughout the country, including this Court and other courts in this District, have endorsed the appointment of small groups of institutional investors to serve as lead plaintiff when the group is able to establish that its members are sophisticated institutions that are able to cooperate to oversee the litigation and their proposed lead counsel in an independent manner.  We intend to vigorously prosecute this litigation in such a cooperative and independent manner.  Specifically, both KBC and Pembroke Pines are highly motivated to recover the substantial losses our respective funds incurred and intend to share our perspectives, experiences, and resources to direct this litigation.  To this end, we have discussed with each other the importance of joint decision-making, open communication and the ability to confer, with or without counsel, via telephone and email on short notice to ensure that we are able to make timely decisions.  Among other things, KBC and Pembroke Pines each have dedicated and experienced personnel who will oversee this matter and are available to confer via telephone and email to ensure that the funds are able to make timely decisions.

14.    In addition, KBC and Pembroke Pines recognize the importance of selecting qualified counsel to prosecute the litigation in an efficient and cost-effective manner.  With respect to counsel, we believe that the Class will benefit from having law firms experienced in jointly litigating securities class actions and successfully serving as Lead Counsel.  In this case, KBC and Pembroke Pines selected Motley Rice and Bernstein Litowitz to serve as Lead Counsel.  Based on prior experience with Motley Rice and Bernstein Litowitz and the firms' track records in achieving substantial recoveries in securities class actions, including in cases where Motley Rice and

Bernstein Litowitz served as co-lead counsel, KBC and Pembroke Pines determined that Motley Rice and Bernstein Litowitz are well-qualified to represent the Class. For example, Motley Rice and Bernstein Litowitz were co-lead counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.*, No. 0:08-cv-6324-PAM-AJB (D. Minn.), in which they achieved a recovery of $85 million for investors. Motley Rice and Bernstein Litowitz also served as co-lead counsel in *Hill v. State Street Corporation*, No. 1:09-cv-12146-GAO (D. Mass.), in which they achieved a recovery of $60 million for investors. Motley Rice and Bernstein Litowitz are also currently serving as co-lead counsel in *In re Qualcomm Inc. Securities Litigation*, No. 3:17-cv-121-AJB-MSB (S.D. Cal.), in which the court sustained investors' claims, and the *DXC* and *Intel* actions mentioned above. In addition, Bernstein Litowitz has already demonstrated its commitment to the Class through its investigation of the claims against Citi and its filing of the first complaint in this litigation.

15. To further ensure that this litigation will be prosecuted efficiently and without duplicative effort, prior to seeking appointment as Lead Plaintiff, we instructed Motley Rice and Bernstein Litowitz to enter into a Joint Prosecution Agreement to govern counsel's activities in this litigation. We have further instructed Motley Rice and Bernstein Litowitz to provide the Joint Prosecution Agreement to the Court for *in camera* review should the Court deem such a review helpful. Consistent with the Joint Prosecution Agreement, as part of our oversight of counsel, and to ensure there is no duplication of effort, we have instructed our proposed Lead Counsel to keep contemporaneous time records to be provided to us upon request. Ultimately, we believe the experience and success of Motley Rice and Bernstein Litowitz in jointly prosecuting securities class actions, combined with our oversight of these firms, will ensure that the Class receives the best possible representation in this case.

16.     We hereby affirm KBC's and Pembroke Pines' obligation to satisfy the fiduciary obligations that we will assume if appointed Lead Plaintiff, including by conferring with each other and with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.  Through these and other measures, KBC and Pembroke Pines will ensure that the Citi securities litigation will be vigorously prosecuted consistent with the Lead Plaintiff's obligations under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

**[REMAINDER INTENTIONALLY BLANK]**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing statements relating to KBC are true to the best of my

knowledge.  Executed this 28th day of December, 2020.

_____
Bart Elst
Senior Company Lawyer
On behalf of KBC Asset Management NV

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Pembroke Pines are true to the best of my knowledge. Executed this 24 day of December, 2020.

_____
James Fisher
Plan Administrator
On behalf of Pembroke Pines Firefighters & Police Officers Pension Fund