UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
CITY OF SUNRISE FIREFIGHTERS' : Civil Action No. 1:20-cv-09132-AJN
PENSION FUND, Individually and on Behalf :
of All Others Similarly Situated, : CLASS ACTION
:
Plaintiff, :
:
vs. :
:
CITIGROUP INC., MICHAEL L. CORBAT, :
JOHN C. GERSPACH, and MARK A.L. :
MASON, :
:
Defendants. :
:
———————————————————— x
CITY OF STERLING HEIGHTS GENERAL : Civil Action No. 1:20-cv-09573-AJN
EMPLOYEES' RETIREMENT SYSTEM, :
Individually and on Behalf of All Others : CLASS ACTION
Similarly Situated, :
:
Plaintiff, :
:
vs. :
:
CITIGROUP INC., MICHAEL L. CORBAT, :
JOHN C. GERSPACH, and MARK A.L. :
MASON, :
:
Defendants. :
———————————————————— x
[Caption continued on following page.]


DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4811-9127-3941.v1

|  | x |  |
|---|---|---|
| TIMOTHY LIM, Individually and on Behalf of All Others Similarly Situated, | : : | Case No. 1:20-cv-10360-UA |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : |  |
|  | : |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A.L. MASON, | : : : : | |
|  | : |  |
| Defendants. | : |  |
|  | : |  |
|  | x |  |

4811-9127-3941.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Construction Laborers Pension Trust for Southern California (the "Pension Trust") and proposed lead counsel for the class in the above-captioned related securities class actions.  I make this declaration in support of the Pension Trust's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of first-filed class action published in *PR Newswire*, a national business-oriented wire service, on October 30, 2020;

Exhibit B:    The Pension Trust's Sworn Certification; and

Exhibit C:    Chart of the Pension Trust's estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of December, 2020, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 29, 2020, I authorized the

electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List,

and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to

the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4811-9127-3941.v1

# Mailing Information for a Case 1:20-cv-09132-AJN City of Sunrise Firefighters Pension Fund v. Citigroup Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Constantine Philip Economides**
  ceconomides@rcfllp.com,ECF_Notifications@rcfllp.com,akaradjas@rcfllp.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,tcrockett@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Sharon L. Nelles**
  NELLESS@SULLCROM.COM,s&cmanagingclerk@sullcrom.com,sharon-nelles-8045@ecf.pacerpro.com

- **David Maxwell Rein**
  reind@sullcrom.com,druckj@sullcrom.com,s&cmanagingclerk@sullcrom.com,david-mj-rein-2809@ecf.pacerpro.com,pierrej@sullcrom.com

- **Hannah Elizabeth Ross**
  hannah@blbglaw.com,catherine@blbglaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)