# EXHIBIT C

Movant's Purchases and Losses (LIFO)                      Class Period: 01/15/2016 - 10/12/2020                                    Citigroup Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|-----------------|-------|------------|------|-------------|-------|----------------|--------------------|
| **Construction Laborers Pension Trust for** | | | | | | | | | |
| **Southern California** | 07/23/2020 | 13,991 | $51.88 | $725,858.68 | held | 13,991 | $50.54 | $707,065.17 | |
| | 07/07/2020 | 6,026 | $50.29 | $303,021.03 | held | 6,026 | $50.54 | $304,536.82 | |
| | 06/22/2020 | 3,692 | $52.20 | $192,709.11 | held | 3,692 | $50.54 | $186,583.13 | |
| | 06/10/2020 | 4,452 | $56.46 | $251,341.67 | held | 4,452 | $50.54 | $224,991.36 | |
| | 06/04/2020 | 13,273 | $54.98 | $729,701.76 | held | 13,273 | $50.54 | $670,779.50 | |
| | 05/28/2020 | 3,001 | $50.56 | $151,725.76 | held | 3,001 | $50.54 | $151,661.97 | |
| | 05/01/2019 | 13,162 | $70.34 | $925,804.55 | 04/06/2020 | 13,162 | $40.84 | $537,561.09 | |
| | 05/01/2019 | 1,495 | $70.34 | $105,157.10 | 04/08/2020 | 1,495 | $43.24 | $64,643.50 | |
| | 05/01/2019 | 13,521 | $70.34 | $951,056.32 | 04/08/2020 | 13,521 | $43.36 | $586,303.01 | |
| | 05/01/2019 | 94,163 | $70.34 | $6,623,350.09 | held | 94,163 | $50.54 | $4,758,728.98 | |
| | 04/15/2016 | 5,311 | $45.60 | $242,184.79 | 06/22/2016 | 5,311 | $43.03 | $228,538.70 | |
| | 04/15/2016 | 1,776 | $44.85 | $79,656.26 | 06/22/2016 | 1,776 | $43.03 | $76,423.41 | |
| | 03/22/2016 | 10,758 | $43.54 | $468,375.35 | 06/22/2016 | 10,758 | $43.03 | $462,929.65 | |
| | 02/03/2016 | 12,800 | $38.90 | $497,896.96 | 02/16/2016 | 12,800 | $38.90 | $497,908.48 | |
| **Movant's Total** | | **197,421** | | **$12,247,839.42** | | **197,421** | | **$9,458,654.77** | **($2,789,184.65)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $50.54 as of December 28, 2020 for common stock.

Prices listed are rounded up to two decimal places.