**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, ) ) ) | Civil Action No. 1:20-cv-09132 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | **ORAL ARGUMENT REQUESTED** |
| v. ) ) | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, ) ) ) ) | |
| Defendants. ) | |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Civil Action No. 1:20-cv-09573 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| v. ) ) | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON ) ) ) ) | |
| Defendants. ) ) | |

*(caption continues on following page)*

**NOTICE OF MOTION OF THE**
**PUBLIC SECTOR PENSION INVESTMENT BOARD FOR APPOINTMENT AS LEAD**
**PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND**
**CONSOLIDATION OF RELATED ACTIONS**

|  |  |  |
|---|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 1:20-cv-10360 |
|  | ) | CLASS ACTION |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

PLEASE TAKE NOTICE that on a date and time to be set by the Court, before the Honorable Alison J. Nathan, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 906, Public Sector Pension Investment Board ("PSP"), by and through its undersigned counsel, will respectfully move this Court for entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"):  (1) appointing PSP as Lead Plaintiff in the above-captioned securities class actions; (2) approving its selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; (3) consolidating all related securities class actions; and (4) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that PSP believes that it is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Specifically, PSP believes it has the largest financial interest in the relief sought by the Class in this action.  PSP also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other class members' claims and because it is a sophisticated institutional investor that will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, PSP respectfully requests that the Court: (1) appoint it as Lead Plaintiff pursuant to the PSLRA; (2) approve its selection of BFA as Lead Counsel for the Class; (3) consolidate all related securities class actions; and (4) grant any such further relief as the Court may deem just and proper.

2

Dated:  December 29, 2020

Respectfully Submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
Joseph A. Fonti
Erin H. Woods
7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile:  (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
ewoods@bfalaw.com

*Counsel for Proposed Lead Plaintiff PSP and
Proposed Lead Counsel for the Class*

2