**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>                                 Plaintiff,<br><br>          v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>                                 Defendants. | Civil Action No. 1:20-cv-09132<br><br><u>CLASS ACTION</u> |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                                 Plaintiff,<br><br>          v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON<br><br>                                 Defendants. | Civil Action No. 1:20-cv-09573<br><br><u>CLASS ACTION</u> |

*(caption continues on following page)*


**[PROPOSED] ORDER APPOINTING PUBLIC SECTOR PENSION INVESTMENT BOARD AS LEAD PLAINTIFF, APPROVING ITS SELECTION OF LEAD COUNSEL, <u>AND CONSOLIDATING ALL RELATED ACTIONS</u>**

|  |  |
|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated, | Civil Action No. 1:20-cv-10360 |
| Plaintiff, | CLASS ACTION |
| v. |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, |  |
| Defendants. |  |

Upon consideration of: (1) the Motion of the Public Sector Pension Investment Board ("PSP") for appointment as Lead Plaintiff, approval of its selection of counsel, and for consolidation of all related actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.    PSP's Motion is **GRANTED.**

2.    PSP is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3.    PSP's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.    The consolidated action shall be captioned "*In re Citigroup Inc. Securities Litigation*" and the file shall be maintained under Master File No. 1:20-cv-09132.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE