**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, ) ) ) | Civil Action No. 1:20-cv-09132 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| v. ) ) | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, ) ) ) ) | |
| Defendants. ) | |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Civil Action No. 1:20-cv-09573 |
| ) | CLASS ACTION |
| Plaintiff, ) ) | |
| v. ) ) | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON ) ) ) ) | |
| Defendants. ) | |

*(caption continues on following page)*

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF THE PUBLIC SECTOR PENSION INVESTMENT BOARD FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

|  | ) | |
|---|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 1:20-cv-10360 |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP.  I submit this declaration in support of the Motion filed by Public Sector Pension Investment Board ("PSP") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bleichmar Fonti & Auld LLP ("BFA") to serve as Lead Counsel for the Class; (3) consolidation of all related securities class actions; and (4) any such further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through E are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Certification of PSP; |
| EXHIBIT B: | Notice of pendency of *City of Sunrise Firefighters' Pension Fund v. Citigroup Inc.*, 1:20-cv-09132 (S.D.N.Y.) published on October 30, 2020; |
| EXHIBIT C: | Notice of pendency of *City of Sterling Heights General Employees' Retirement System v. Citigroup Inc.,* 1:20-cv-09573 (S.D.N.Y.) published on November 13, 2020; |
| EXHIBIT D: | Chart reflecting financial interest of PSP; and |
| EXHIBIT E: | Firm Resume of BFA. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of December 2020.

/s/ Javier Bleichmar
Javier Bleichmar