**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-9132-AJN |
| Plaintiff, | CLASS ACTION |
| v. | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | JURY TRIAL DEMANDED |
| Defendants. | |

*Captions continued on next page.*

**DECLARATION OF HANNAH ROSS IN FURTHER SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV AND PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, AND IN OPPOSITION TO THE COMPETING MOTIONS**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A. L. MASON,<br><br>      Defendants. | Case No. 1:20-cv-9573-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |
| TIMOTHY LIM, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>      Defendants. | Case No. 1:20-cv-10360-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

I, Hannah Ross, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this declaration in further support of the Motion of KBC Asset Management NV ("KBC") and Pembroke Pines Firefighters & Police Officers Pension Fund ("Pembroke Pines") for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of the above-captioned related actions, and in opposition to the competing motions.

2.      Attached as Exhibit A are true and correct copies of charts of KBC's and Pembroke Pines' transactions and losses as calculated on a first-in, first-out basis.

3.      Attached as Exhibit B is a true and correct copy of the Lead Plaintiff's Notice of Motion and Motion for Class Certification, Appointment of Class Representatives, and Approval of Class Counsel filed in *In re Twitter Inc. Securities Litigation*, No. 4:16-cv-05314-JST (N.D. Cal. Feb. 15, 2018), ECF No. 140.

4.      Attached as Exhibit C is a true and correct copy of the Order appointing co-lead plaintiffs and co-lead counsel filed in *City of Pontiac Gen. Emps.' Ret. Sys. v. Genworth Fin., Inc.*, No. 3:14-cv-00682-JAG-RCY (E.D. Va. Nov. 6, 2014), ECF No. 25.

5.       Attached as Exhibit D is a true and correct copy of the Order Appointing Sjunde AP-Fonden and Metzler Asset Management GmbH as Lead Plaintiff, Approving Their Selection of Lead Counsel, and Consolidating Related Actions filed in *Shah v. Qualcomm Inc.*, No. 3:17-cv-00121-JAH-WVG (S.D. Cal. May 4, 2017), ECF No. 31.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January, 2021.

/s/ Hannah Ross                              
Hannah Ross

2