# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM, on behalf of itself
and all others similarly situated,

Plaintiff,

v.                                                    Civil Action No. 3:14-CV-682

GENWORTH FINANCIAL, INC., *et al.*,

Defendant.

## ORDER

THIS MATTER is before the Court on four Motions for Appointment as Lead Plaintiff and Approval of Lead Counsel. First, the Motion of the IWA Forest Industry Pension Plan for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel ("IWA Forest Motion") (ECF No. 4). Second, the Motion of Carlos Viera to be Appointed Lead Plaintiff and to Approve Proposed Lead Plaintiff's Choice of Counsel ("Viera Motion") (ECF No. 5). Third, the Motion of Her Majesty the Queen in Right of Alberta ("Alberta") and Fresno County Employees' Retirement Association ("Fresno") for Appointment as Lead Plaintiffs and Approval of their Selection of Lead Counsel ("Alberta and Fresno Motion") (ECF No. 12). Fourth, the Motion of Sjunde AP-Fonden for Appointment as Lead Plaintiff and Approval of its Selection of Counsel ("AP-Fonden Motion") (ECF No. 9). Additionally, Sjunde AP-Fonden filed a Motion to Withdraw the aforementioned AP-Fonden Motion ("Motion to Withdraw") (ECF No. 17).

A rebuttable presumption exists that the most adequate lead plaintiff is the one that: (1) filed the complaint or made a motion in response to the notice of the purported class; (2) has the largest financial interest in the lawsuit; (3) and satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

1

Alberta and Fresno satisfy these criteria. They have made a motion in response to notice of the class and assert that they have sustained losses of more than $4.8 million resulting from the alleged securities fraud. All other movants concede that they have not sustained a greater loss than the loss suffered by the proposed lead plaintiffs. Furthermore, the Court finds that the proposed lead plaintiffs meet the requirements of Rule 23 of the Federal Rules of Civil Procedure. Accordingly, the Court GRANTS the Alberta and Fresno Motion and APPOINTS Alberta and Fresno as lead plaintiffs in the present action.

Furthermore, the Court finds that the law firms of Bleichmar Fonti Tountas & Auld LLP ("BFTA") and Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") meet the standards outline in 15 U.S.C. § 78u-4(a)(3)(B)(v). Accordingly, the Court APPOINTS BFTA and Bernstein Litowitz as lead counsel.

Therefore, the IWA Forest Motion, Viera Motion and AP-Fonden Motion are hereby DENIED and the Motion to Withdraw is DENIED as MOOT.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed or transferred actions that are related to the claims asserted in the above-captioned action are CONSOLIDATED for all purposes.

Lastly, this action shall be captioned *In re Genworth Financial, Inc. Securities Litigation*, Civil Action Number 3:14-cv-00682. The parties are DIRECTED to file future pleadings in that style.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this ___6th___ day of November 2014.

2