# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASESH SHAH, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>QUALCOMM INCORPORATED, STEVE MOLLENKOPF, PAUL E. JACOBS, GEORGE S. DAVIS, and WILLIAM KEITEL<br><br>                              Defendants. | Case No. 3:17-cv-00121-JAH-WVG<br><br>**ORDER APPOINTING SJUNDE AP-FONDEN AND METZLER ASSET MANAGEMENT GMBH AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING RELATED ACTIONS** |

*Caption continued on next page*

ORDER RE:
LEAD PLAINTIFF
Case No. 3:17-cv-00121-JAH-WVG

JAMES FEENSTRA, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

QUALCOMM INCORPORATED, STEVEN M. MOLLENKOPF, GEORGE S. DAVIS, PAUL E. JACOBS, and WILLIAM E. KEITEL,

Defendants.

Case No. 3:17-cv-00155-JAH-WVG

Pending before the Court is Sjunde AP-Fonden's ("AP7") and Metzler Asset Management GmbH's ("Metzler") unopposed Motion for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of related actions. Upon consideration of the motion, and for good cause shown,

IT IS HEREBY ORDERED:

1.      AP7's and Metzler's Motion is **GRANTED**.

2.      AP7 and Metzler are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and any related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.      AP7's and Metzler's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Motley Rice LLC are **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Feenstra v. Qualcomm Incorporated*, No. 3:17-cv-00155-JAH-WVG (S.D. Cal.), is

consolidated with *Shah v. Qualcomm Incorporated*, No. 3:17-cv-00121-JAH-WVG (S.D. Cal.).

5. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions shall be **CONSOLIDATED** for all purposes.

6. This action shall be captioned "*In re Qualcomm Incorporated Securities Litigation*" and the file shall be maintained under Master File No. 3:17-cv-00121-JAH-WVG.

7. The hearing set for May 8, 2017 is **VACATED.**

DATED: May 4, 2017

HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

ORDER RE:
LEAD PLAINTIFF
Case No. 3:17-cv-00121-JAH-WVG