**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>                    Defendants. | Civil Action No. 1:20-cv-09132<br><br>CLASS ACTION |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON<br><br>                    Defendants. | Civil Action No. 1:20-cv-09573<br><br>CLASS ACTION |

*(caption continues on following page)*

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF THE PUBLIC SECTOR PENSION INVESTMENT BOARD FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, AND IN OPPOSITION TO THE COMPETING MOTIONS**

|  |  |
|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:20-cv-10360

<u>CLASS ACTION</u>

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the motion filed by Public Sector Pension Investment Board ("PSP") for: appointment as Lead Plaintiff; approval of its selection of BFA to serve as Lead Counsel for the Class; consolidation of all related securities class actions; any such further relief as the Court may deem just and proper; and in opposition to the competing motions.

2.      Attached as Exhibits A through I are true and correct copies of the following documents:

EXHIBIT A:      KBC Asset Management NV's ("KBC") Non-Opposition Response To The Competing Motions For Appointment As Lead Plaintiff submitted in *Pio v. General Motors Company*, 14-cv-11191, ECF No. 20 (E.D. Mich. June 5, 2014) while being represented by Motley Rice LLC.

EXHIBIT B:      Chart depicting the calculation of PSP's recoverable losses under *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005) ("*Dura*"), prepared by counsel for PSP.

EXHIBIT C:      Chart depicting the calculation of KBC's recoverable losses under *Dura*, prepared by counsel for PSP.

EXHIBIT D:      Chart depicting the calculation of Pembroke Pines Firefighters & Police Officers Pension Fund's ("Pembroke") recoverable losses under *Dura*, prepared by counsel for PSP.

EXHIBIT E:      Sur-Reply submitted by Bernstein Litowitz Berger & Grossmann LLP in *In re CenturyLink Sales Practices and Securities Litigation*, No. 17-md-2795, ECF No. 75-2 (D. Minn. Mar. 27, 2018) ("*CenturyLink*").

EXHIBIT F:      Notice of Withdrawal of KBC Asset Management NV's Lead Plaintiff Motion submitted in *CenturyLink*, ECF No. 103 (D. Minn. Apr. 10, 2018).

EXHIBIT G:      Chart depicting the calculation of PSP's recoverable losses under the method this Court utilized in *Maliarov v. Eros Int'l PLC*, 2016

WL 1367246 (S.D.N.Y. Apr. 5, 2016) ("*Eros*"), prepared by counsel for PSP.

EXHIBIT H:    Chart depicting the calculation of KBC's recoverable losses under the method this Court utilized in *Eros*, prepared by counsel for PSP.

EXHIBIT I:    Chart depicting the calculation of Pembroke's recoverable losses under the method this Court utilized in *Eros*, prepared by counsel for PSP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of January 2021.


                                 */s/ Javier Bleichmar*
                                 Javier Bleichmar

2