# EXHIBIT B

Financial Interest Analysis for Public Sector Pension Investment Board Based on Dura
Class Period: January 15, 2016 to October 12, 2020

Dura [1] LIFO Analysis - Citigroup Inc. Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 721,576.00 | | |
| Sale | 1/15/2016 | -5,585.00 | $42.3959 | $236,781.10 |
| Sale | 1/15/2016 | -5,585.00 | $42.4045 | $236,829.13 |
| Sale | 1/15/2016 | -16,755.00 | $42.4242 | $710,817.47 |
| Sale | 1/19/2016 | -168.00 | $43.0013 | $7,224.22 |
| Sale | 1/19/2016 | -11,170.00 | $42.9915 | $480,215.06 |
| Sale | 1/19/2016 | -19,729.00 | $42.6504 | $841,449.74 |
| Sale | 1/19/2016 | -8,559.00 | $42.9949 | $367,993.35 |
| Sale | 1/19/2016 | -16,587.00 | $42.8576 | $710,879.01 |
| Sale | 1/21/2016 | -68,600.00 | $40.1500 | $2,754,290.00 |
| Sale | 2/12/2016 | -74,700.00 | $37.5400 | $2,804,238.00 |
| Sale | 2/16/2016 | -24,200.00 | $38.8900 | $941,138.00 |
| Sale | 2/17/2016 | -25,900.00 | $39.7800 | $1,030,302.00 |
| Sale | 5/3/2017 | -5,526.00 | $60.2400 | $332,886.24 |
| Sale | 5/4/2017 | -7,356.00 | $60.3252 | $443,752.17 |
| Sale | 5/10/2017 | -38,691.00 | $60.3700 | $2,335,775.67 |
| Sale | 5/11/2017 | -13,516.00 | $60.7000 | $820,421.20 |
| Sale | 5/12/2017 | -32,500.00 | $61.0700 | $1,984,775.00 |
| Sale | 5/19/2017 | -1,046.00 | $61.2680 | $64,086.33 |
| Sale | 5/19/2017 | -19,865.00 | $61.3015 | $1,217,754.30 |
| Sale | 5/22/2017 | -3,680.00 | $61.0761 | $224,760.05 |
| Sale | 6/7/2017 | -4,799.00 | $61.8315 | $296,729.37 |
| Sale | 7/11/2017 | -15,716.00 | $66.8200 | $1,050,143.12 |
| *Class Period Sales Matching to Pre-Class Period Position* | | **-420,233.00** | | **$19,893,240.52** |
| Purchase | 1/20/2016 | 7,419.00 | $40.8496 | ($303,063.18) |
| Purchase | 1/22/2016 | 10,637.00 | $41.1295 | ($437,494.49) |
| Purchase | 1/22/2016 | 1,472.00 | $41.1202 | ($60,528.93) |
| Purchase | 1/26/2016 | 8,600.00 | $40.5000 | ($348,300.00) |
| Purchase | 3/1/2016 | 11,380.00 | $41.2604 | ($469,543.35) |
| Purchase | 3/10/2016 | 35,600.00 | $41.3700 | ($1,472,772.00) |
| Purchase | 4/15/2016 | 5,745.00 | $46.0376 | ($264,486.01) |
| Purchase | 4/15/2016 | 8,043.00 | $45.6948 | ($367,523.28) |
| Purchase | 4/20/2016 | 5,750.00 | $46.0378 | ($264,717.35) |
| Purchase | 4/20/2016 | 5,750.00 | $46.2499 | ($265,936.93) |
| Purchase | 4/21/2016 | 1,229.00 | $46.5045 | ($57,154.03) |
| Purchase | 4/22/2016 | 1,272.00 | $46.9679 | ($59,743.17) |
| Purchase | 4/25/2016 | 459.00 | $46.4352 | ($21,313.76) |
| Purchase | 4/27/2016 | 11,520.00 | $47.0459 | ($541,968.77) |
| Purchase | 5/4/2016 | 3,953.00 | $44.4146 | ($175,570.91) |
| Purchase | 6/8/2016 | 11,100.00 | $45.5600 | ($505,716.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 6/23/2016 | 95,000.00 | $44.4600 | ($4,223,700.00) | |
| Purchase | 6/29/2016 | 9,053.00 | $41.6962 | ($377,475.70) | |
| Purchase | 6/30/2016 | 1,207.00 | $42.3900 | ($51,164.73) | |
| Purchase | 6/30/2016 | 7,846.00 | $42.3218 | ($332,056.84) | |
| Purchase | 7/1/2016 | 142.00 | $42.3900 | ($6,019.38) | |
| Purchase | 7/13/2016 | 24,100.00 | $43.3300 | ($1,044,253.00) | |
| Purchase | 7/22/2016 | 42,600.00 | $44.3000 | ($1,887,180.00) | |
| Purchase | 8/5/2016 | 6,160.00 | $45.3802 | ($279,542.03) | |
| Purchase | 8/9/2016 | 35.00 | $45.9300 | ($1,607.55) | |
| Purchase | 8/9/2016 | 22,300.00 | $45.9000 | ($1,023,570.00) | |
| Purchase | 8/17/2016 | 5,443.00 | $46.6042 | ($253,666.66) | |
| Purchase | 8/24/2016 | 8,700.00 | $46.6600 | ($405,942.00) | |
| Purchase | 8/31/2016 | 13,681.00 | $47.6928 | ($652,485.20) | |
| Purchase | 9/1/2016 | 877.00 | $47.7400 | ($41,867.98) | |
| Purchase | 9/8/2016 | 12,910.00 | $47.8361 | ($617,564.05) | |
| Purchase | 9/9/2016 | 6,456.00 | $47.3280 | ($305,549.57) | |
| Purchase | 9/9/2016 | 6,454.00 | $47.4283 | ($306,102.25) | |
| Purchase | 9/13/2016 | 6,460.00 | $47.0487 | ($303,934.60) | |
| Purchase | 10/26/2016 | 4,479.00 | $49.7788 | ($222,959.25) | |
| Purchase | 11/9/2016 | 12,496.00 | $50.8759 | ($635,745.25) | |
| Purchase | 11/9/2016 | 3,336.00 | $50.0000 | ($166,800.00) | |
| Purchase | 11/9/2016 | 6,459.00 | $50.2950 | ($324,855.41) | |
| Purchase | 11/9/2016 | 2,012.00 | $51.6134 | ($103,846.16) | |
| Purchase | 11/9/2016 | 4,513.00 | $51.4370 | ($232,135.18) | |
| Purchase | 11/10/2016 | 9,893.00 | $53.2691 | ($526,991.21) | |
| Purchase | 11/11/2016 | 13,050.00 | $52.7435 | ($688,302.68) | |
| Purchase | 11/14/2016 | 6,405.00 | $54.3735 | ($348,262.27) | |
| Purchase | 11/14/2016 | 6,645.00 | $54.3899 | ($361,420.89) | |
| Purchase | 11/15/2016 | 3,273.00 | $55.3447 | ($181,143.20) | |
| Purchase | 11/15/2016 | 13,000.00 | $55.4500 | ($720,850.00) | |
| Purchase | 11/16/2016 | 41,170.00 | $54.5871 | ($2,247,350.91) | |
| Purchase | 11/17/2016 | 3,929.00 | $55.3825 | ($217,597.84) | |
| Purchase | 11/23/2016 | 2,935.00 | $56.4029 | ($165,542.51) | |
| Purchase | 11/29/2016 | 3,303.00 | $55.7380 | ($184,102.61) | |
| Purchase | 11/30/2016 | 20,060.00 | $56.4484 | ($1,132,354.90) | |
| Purchase | 12/1/2016 | 13,320.00 | $57.1493 | ($761,228.68) | |
| Purchase | 12/1/2016 | 371.00 | $56.3900 | ($20,920.69) | |
| Purchase | 12/7/2016 | 19,980.00 | $58.6037 | ($1,170,901.93) | |
| Purchase | 12/8/2016 | 3,519.00 | $60.2047 | ($211,860.34) | |
| Purchase | 12/8/2016 | 9,801.00 | $59.8123 | ($586,220.35) | |
| Purchase | 12/9/2016 | 3,330.00 | $59.7008 | ($198,803.66) | |
| Purchase | 12/12/2016 | 6,660.00 | $59.5989 | ($396,928.67) | |
| Purchase | 12/14/2016 | 4,528.00 | $59.5370 | ($269,583.54) | |
| Purchase | 1/3/2017 | 2.00 | $59.4489 | ($118.90) | |
| Purchase | 1/11/2017 | 2,063.00 | $59.6755 | ($123,110.56) | |
| Purchase | 1/12/2017 | 3,438.00 | $59.2818 | ($203,810.83) | |
| Purchase | 1/18/2017 | 2,748.00 | $57.5491 | ($158,144.93) | |
| Purchase | 1/18/2017 | 4,122.00 | $57.3753 | ($236,500.99) | |
| Purchase | 1/20/2017 | 1,374.00 | $56.1115 | ($77,097.20) | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 1/25/2017 | 2,710.00 | $57.6856 | ($156,327.98) | |
| Purchase | 1/25/2017 | 11,050.00 | $57.5959 | ($636,434.70) | |
| Purchase | 1/26/2017 | 12,500.00 | $57.3612 | ($717,015.00) | |
| Purchase | 1/27/2017 | 2,752.00 | $57.0655 | ($157,044.26) | |
| Purchase | 1/30/2017 | 715.00 | $56.3384 | ($40,281.96) | |
| Purchase | 1/30/2017 | 2,039.00 | $56.5323 | ($115,269.36) | |
| Purchase | 1/31/2017 | 1,377.00 | $55.8495 | ($76,904.76) | |
| Purchase | 2/1/2017 | 3,449.00 | $55.8300 | ($192,557.67) | |
| Purchase | 2/1/2017 | 7,900.00 | $56.0500 | ($442,795.00) | |
| Purchase | 2/2/2017 | 4,606.00 | $55.8918 | ($257,437.63) | |
| Purchase | 2/8/2017 | 8,640.00 | $56.3320 | ($486,708.48) | |
| Purchase | 2/9/2017 | 15,406.00 | $57.3578 | ($883,654.27) | |
| Purchase | 2/9/2017 | 2,594.00 | $57.3178 | ($148,682.37) | |
| Purchase | 2/10/2017 | 2,531.00 | $57.6756 | ($145,976.94) | |
| Purchase | 2/10/2017 | 4,669.00 | $57.6175 | ($269,016.11) | |
| Purchase | 2/14/2017 | 7,200.00 | $59.8368 | ($430,824.96) | |
| Purchase | 2/15/2017 | 20,061.00 | $60.5320 | ($1,214,332.45) | |
| Purchase | 2/21/2017 | 113,000.00 | $60.5500 | ($6,842,150.00) | |
| Purchase | 2/22/2017 | 14,450.00 | $60.7617 | ($878,006.57) | |
| Purchase | 2/24/2017 | 14,450.00 | $59.4679 | ($859,311.16) | |
| Purchase | 2/27/2017 | 3,615.00 | $59.9338 | ($216,660.69) | |
| Purchase | 3/3/2017 | 14,530.00 | $60.9548 | ($885,673.24) | |
| Purchase | 3/3/2017 | 9,200.00 | $61.0000 | ($561,200.00) | |
| Purchase | 3/6/2017 | 1,453.00 | $60.3694 | ($87,716.74) | |
| Purchase | 3/15/2017 | 5,082.00 | $61.0802 | ($310,409.58) | |
| Purchase | 3/17/2017 | 1,000.00 | $60.3700 | ($60,370.00) | |
| Purchase | 3/22/2017 | 5,078.00 | $58.0111 | ($294,580.37) | |
| Purchase | 3/22/2017 | 9,432.00 | $57.9211 | ($546,311.82) | |
| Purchase | 3/22/2017 | 4,199.00 | $57.8751 | ($243,017.54) | |
| Purchase | 3/27/2017 | 1,221.00 | $57.7209 | ($70,477.22) | |
| Purchase | 3/30/2017 | 10,442.00 | $60.3602 | ($630,281.21) | |
| Purchase | 4/3/2017 | 1,006.00 | $59.8567 | ($60,215.84) | |
| Purchase | 4/7/2017 | 3,680.00 | $59.5002 | ($218,960.74) | |
| Purchase | 4/7/2017 | 3,675.00 | $59.8082 | ($219,795.14) | |
| Purchase | 4/11/2017 | 7,360.00 | $58.7712 | ($432,556.03) | |
| Purchase | 4/12/2017 | 5,391.00 | $58.6185 | ($316,012.33) | |
| Purchase | 4/13/2017 | 3,680.00 | $58.7859 | ($216,332.11) | |
| Purchase | 4/19/2017 | 3,903.00 | $58.4312 | ($228,056.97) | |
| Purchase | 5/10/2017 | 3,680.00 | $60.4076 | ($222,299.97) | |
| Purchase | 5/10/2017 | 3,129.00 | $60.3578 | ($188,859.56) | |
| Purchase | 5/11/2017 | 7,384.00 | $60.7211 | ($448,364.60) | |
| Purchase | 5/15/2017 | 35,900.00 | $61.4200 | ($2,204,978.00) | |
| Purchase | 5/17/2017 | 3,685.00 | $61.8367 | ($227,868.24) | |
| Purchase | 5/24/2017 | 9,900.00 | $62.2700 | ($616,473.00) | |
| Purchase | 5/31/2017 | 7,182.00 | $60.4231 | ($433,958.70) | |
| Purchase | 6/1/2017 | 256.00 | $60.5400 | ($15,498.24) | |
| Purchase | 6/16/2017 | 1,000.00 | $63.8880 | ($63,888.00) | |
| Purchase | 7/3/2017 | 184.00 | $67.1855 | ($12,362.13) | |
| Purchase | 8/18/2017 | 506.00 | $67.0893 | ($33,947.19) | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 8/29/2017 | 9,438.00 | $67.5450 | ($637,489.71) | |
| Purchase | 8/31/2017 | 10,240.00 | $67.9059 | ($695,356.42) | |
| Purchase | 9/1/2017 | 74.00 | $68.0331 | ($5,034.45) | |
| Purchase | 9/26/2017 | 2,522.00 | $70.8400 | ($178,658.48) | |
| Purchase | 10/2/2017 | 1,811.00 | $73.7106 | ($133,489.90) | |
| Purchase | 10/10/2017 | 320,820.00 | $75.1800 | ($24,119,247.60) | |
| Purchase | 10/12/2017 | 129,242.00 | $73.0819 | ($9,445,250.92) | |
| Purchase | 10/17/2017 | 40,082.00 | $72.4895 | ($2,905,524.14) | |
| Purchase | 10/17/2017 | 50,000.00 | $72.5282 | ($3,626,410.00) | |
| Purchase | 10/18/2017 | 8,698.00 | $73.1011 | ($635,833.37) | |
| Purchase | 10/18/2017 | 8,895.00 | $73.0883 | ($650,120.43) | |
| Purchase | 10/18/2017 | 197.00 | $72.9900 | ($14,379.03) | |
| Purchase | 10/19/2017 | 1,779.00 | $72.8114 | ($129,531.48) | |
| Purchase | 10/24/2017 | 17,772.00 | $74.4064 | ($1,322,350.54) | |
| Purchase | 10/25/2017 | 10,007.00 | $73.6791 | ($737,306.75) | |
| Purchase | 10/26/2017 | 148,000.00 | $73.7900 | ($10,920,920.00) | |
| Purchase | 10/27/2017 | 367,000.00 | $73.8700 | ($27,110,290.00) | |
| Purchase | 11/1/2017 | 189.00 | $73.6437 | ($13,918.66) | |
| Purchase | 11/2/2017 | 4,465.00 | $74.4702 | ($332,509.44) | |
| Purchase | 11/9/2017 | 8,935.00 | $72.0786 | ($644,022.29) | |
| Purchase | 11/16/2017 | 4,468.00 | $71.8429 | ($320,994.08) | |
| Purchase | 11/16/2017 | 13,412.00 | $71.8865 | ($964,141.74) | |
| Purchase | 12/1/2017 | 33.00 | $75.5000 | ($2,491.50) | |
| Purchase | 12/12/2017 | 8,940.00 | $76.4647 | ($683,594.42) | |
| Purchase | 12/19/2017 | 8,960.00 | $75.0362 | ($672,324.35) | |
| Purchase | 12/27/2017 | 616.00 | $74.6000 | ($45,953.60) | |
| Purchase | 1/2/2018 | 424.00 | $74.4100 | ($31,549.84) | |
| Purchase | 1/9/2018 | 18,730.00 | $75.5726 | ($1,415,474.80) | |
| Purchase | 1/9/2018 | 18,730.00 | $75.6221 | ($1,416,401.93) | |
| Purchase | 1/11/2018 | 689,000.00 | $75.5600 | ($52,060,840.00) | |
| Purchase | 1/17/2018 | 18,710.00 | $77.4984 | ($1,449,995.06) | |
| Purchase | 1/18/2018 | 18,710.00 | $77.3279 | ($1,446,805.01) | |
| Purchase | 1/19/2018 | 18,710.00 | $78.2724 | ($1,464,476.60) | |
| Purchase | 1/23/2018 | 5,600.00 | $78.5500 | ($439,880.00) | |
| Purchase | 1/24/2018 | 15,464.00 | $79.2734 | ($1,225,883.86) | |
| Purchase | 2/5/2018 | 5,427.00 | $76.2596 | ($413,860.85) | |
| Purchase | 2/6/2018 | 9,260.00 | $74.4104 | ($689,040.30) | |
| Purchase | 2/7/2018 | 18,520.00 | $75.5482 | ($1,399,152.66) | |
| Purchase | 2/13/2018 | 9,255.00 | $75.1879 | ($695,864.01) | |
| Purchase | 2/14/2018 | 18,510.00 | $76.3514 | ($1,413,264.41) | |
| Purchase | 3/14/2018 | 3,500.00 | $73.7950 | ($258,282.50) | |
| Purchase | 3/14/2018 | 9,000.00 | $74.0596 | ($666,536.40) | |
| Purchase | 3/26/2018 | 17,000.00 | $69.4609 | ($1,180,835.30) | |
| Purchase | 3/29/2018 | 4,603.00 | $69.3437 | ($319,189.05) | |
| Purchase | 4/2/2018 | 112.00 | $67.5423 | ($7,564.74) | |
| Purchase | 4/5/2018 | 9,914.00 | $70.4375 | ($698,317.38) | |
| Purchase | 4/13/2018 | 14,205.00 | $70.3753 | ($999,681.14) | |
| Purchase | 4/17/2018 | 15,929.00 | $70.3927 | ($1,121,285.32) | |
| Purchase | 4/18/2018 | 4,735.00 | $69.3521 | ($328,382.19) | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 4/18/2018 | 14,560.00 | $70.1186 | ($1,020,926.82) | |
| Purchase | 4/20/2018 | 4,735.00 | $69.9951 | ($331,426.80) | |
| Purchase | 4/24/2018 | 9,535.00 | $69.0462 | ($658,355.52) | |
| Purchase | 4/25/2018 | 9,535.00 | $69.2421 | ($660,223.42) | |
| Purchase | 4/25/2018 | 4,768.00 | $68.9852 | ($328,921.43) | |
| Purchase | 4/25/2018 | 2,663.00 | $68.9433 | ($183,596.01) | |
| Purchase | 4/25/2018 | 23,900.00 | $68.7091 | ($1,642,147.49) | |
| Purchase | 4/27/2018 | 6,800.00 | $69.0959 | ($469,852.12) | |
| Purchase | 5/2/2018 | 7,798.00 | $68.5086 | ($534,230.06) | |
| Purchase | 5/16/2018 | 842.00 | $72.1601 | ($60,758.80) | |
| Purchase | 5/24/2018 | 4,011.00 | $69.3893 | ($278,320.48) | |
| Purchase | 5/24/2018 | 6,499.00 | $69.4092 | ($451,090.39) | |
| Purchase | 5/29/2018 | 1,919.00 | $65.7316 | ($126,138.94) | |
| Purchase | 5/29/2018 | 270,000.00 | $65.7100 | ($17,741,700.00) | |
| Purchase | 5/30/2018 | 3,295.00 | $66.6486 | ($219,607.14) | |
| Purchase | 5/30/2018 | 3,838.00 | $66.6375 | ($255,754.73) | |
| Purchase | 6/1/2018 | 1,177.00 | $66.8019 | ($78,625.84) | |
| Purchase | 6/6/2018 | 5,297.00 | $68.0077 | ($360,236.79) | |
| Purchase | 6/19/2018 | 200,000.00 | $66.7759 | ($13,355,180.00) | |
| Purchase | 6/19/2018 | 100,000.00 | $66.7500 | ($6,675,000.00) | |
| Purchase | 6/19/2018 | 33,300.00 | $66.1554 | ($2,202,974.82) | |
| Purchase | 6/20/2018 | 4,203.00 | $67.4157 | ($283,348.19) | |
| Purchase | 6/26/2018 | 3,882.00 | $66.4282 | ($257,874.27) | |
| Purchase | 6/27/2018 | 259.00 | $66.4604 | ($17,213.24) | |
| Purchase | 7/3/2018 | 4,890.00 | $66.5045 | ($325,207.01) | |
| Purchase | 7/13/2018 | 4,890.00 | $67.0344 | ($327,798.22) | |
| Purchase | 7/18/2018 | 1,823.00 | $69.8460 | ($127,329.26) | |
| Purchase | 7/25/2018 | 1,829.00 | $71.1737 | ($130,176.70) | |
| Purchase | 8/1/2018 | 125.00 | $71.9036 | ($8,987.95) | |
| Purchase | 8/27/2018 | 11,000.00 | $72.0483 | ($792,531.30) | |
| Purchase | 8/31/2018 | 7,700.00 | $70.9254 | ($546,125.58) | |
| Purchase | 9/10/2018 | 191,800.00 | $69.6300 | ($13,355,034.00) | |
| Purchase | 9/28/2018 | 107,600.00 | $71.7400 | ($7,719,224.00) | |
| Purchase | 10/10/2018 | 45,400.00 | $69.9500 | ($3,175,730.00) | |
| Purchase | 10/25/2018 | 23,400.00 | $64.9700 | ($1,520,298.00) | |
| Purchase | 10/31/2018 | 11,680.00 | $65.9479 | ($770,271.47) | |
| Purchase | 11/1/2018 | 110.00 | $65.4600 | ($7,200.60) | |
| Purchase | 11/7/2018 | 4,840.00 | $67.2706 | ($325,589.70) | |
| Purchase | 11/7/2018 | 30,300.00 | $68.2600 | ($2,068,278.00) | |
| Purchase | 11/16/2018 | 11,815.00 | $64.8837 | ($766,600.92) | |
| Purchase | 1/4/2019 | 32,154.00 | $54.7844 | ($1,761,537.60) | |
| Purchase | 2/14/2019 | 34,600.00 | $62.4200 | ($2,159,732.00) | |
| Purchase | 3/21/2019 | 39,800.00 | $63.9100 | ($2,543,618.00) | |
| Purchase | 4/16/2019 | 42,500.00 | $68.2478 | ($2,900,531.50) | |
| Purchase | 5/13/2019 | 19,100.00 | $64.3800 | ($1,229,658.00) | |
| Purchase | 5/14/2019 | 29,600.00 | $65.2600 | ($1,931,696.00) | |
| Purchase | 6/21/2019 | 56,900.00 | $67.9700 | ($3,867,493.00) | |
| Purchase | 7/16/2019 | 33,100.00 | $71.3200 | ($2,360,692.00) | |
| Purchase | 7/22/2019 | 21,783.00 | $70.9804 | ($1,546,166.05) | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 7/26/2019 | 22,000.00 | $72.1600 | ($1,587,520.00) | |
| Purchase | 8/1/2019 | 22,500.00 | $69.5230 | ($1,564,267.50) | |
| Purchase | 8/5/2019 | 24,300.00 | $65.1800 | ($1,583,874.00) | |
| Purchase | 8/15/2019 | 33,500.00 | $61.3200 | ($2,054,220.00) | |
| Purchase | 9/5/2019 | 4,155.00 | $66.3400 | ($275,642.70) | |
| Purchase | 9/5/2019 | 21,300.00 | $66.3400 | ($1,413,042.00) | |
| Purchase | 9/16/2019 | 7,200.00 | $69.8300 | ($502,776.00) | |
| Purchase | 11/1/2019 | 36,000.00 | $73.9490 | ($2,662,164.00) | |
| Purchase | 11/4/2019 | 18,000.00 | $74.5927 | ($1,342,668.60) | |
| Purchase | 11/13/2019 | 49,400.00 | $73.9100 | ($3,651,154.00) | |
| Purchase | 11/22/2019 | 18,000.00 | $74.6977 | ($1,344,558.60) | |
| Purchase | 1/23/2020 | 16,876.00 | $79.1324 | ($1,335,438.38) | |
| Purchase | 3/2/2020 | 76,900.00 | $63.9692 | ($4,919,231.48) | |
| Purchase | 4/27/2020 | 500.00 | $45.2554 | ($22,627.70) | |
| Purchase | 4/28/2020 | 60,000.00 | $47.3699 | ($2,842,194.00) | |
| Purchase | 5/7/2020 | 68,000.00 | $44.7719 | ($3,044,489.20) | |
| Purchase | 5/8/2020 | 68,000.00 | $45.3186 | ($3,081,664.80) | |
| Purchase | 5/27/2020 | 62,000.00 | $51.9846 | ($3,223,045.20) | |
| Purchase | 6/12/2020 | 7,600.00 | $51.2200 | ($389,272.00) | |
| Purchase | 6/22/2020 | 1,657.00 | $52.0600 | ($86,263.42) | |
| Purchase | 9/29/2020 | 76,138.00 | $42.5113 | ($3,236,725.36) | |
| Purchase | 10/5/2020 | 9,372.00 | $45.0045 | ($421,782.17) | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure or Purchased and Sold In-Between Disclosures* | | 5,366,015.00 | | ($354,758,199.92) | |
| | | | | | |
| Sale | 1/21/2016 | -7,419.00 | $40.9117 | $303,523.90 | |
| Sale | 1/25/2016 | -537.00 | $40.3351 | $21,659.95 | |
| Sale | 1/27/2016 | -781.00 | $40.5600 | $31,677.36 | |
| Sale | 1/27/2016 | -10,791.00 | $41.0504 | $442,974.87 | |
| Sale | 2/12/2016 | -8,600.00 | $37.5400 | $322,844.00 | |
| Sale | 3/2/2016 | -11,380.00 | $41.5588 | $472,939.14 | |
| Sale | 3/18/2016 | -2,300.00 | $43.5420 | $100,146.60 | |
| Sale | 4/25/2016 | -2,873.00 | $46.5646 | $133,780.10 | |
| Sale | 4/25/2016 | -5,750.00 | $46.5015 | $267,383.63 | |
| Sale | 4/26/2016 | -277.00 | $47.0000 | $13,019.00 | |
| Sale | 4/26/2016 | -16,388.00 | $47.0562 | $771,157.01 | |
| Sale | 4/26/2016 | -2,960.00 | $47.0312 | $139,212.35 | |
| Sale | 5/4/2016 | -11,520.00 | $44.9534 | $517,863.17 | |
| Sale | 5/5/2016 | -3,953.00 | $44.4922 | $175,877.67 | |
| Sale | 5/20/2016 | -27,200.00 | $44.9000 | $1,221,280.00 | |
| Sale | 6/30/2016 | -9,053.00 | $42.3041 | $382,979.02 | |
| Sale | 7/1/2016 | -9,195.00 | $42.1964 | $387,995.90 | |
| Sale | 8/24/2016 | -1,399.00 | $46.7344 | $65,381.43 | |
| Sale | 9/7/2016 | -4,661.00 | $47.4163 | $221,007.37 | |
| Sale | 9/9/2016 | -2,504.00 | $47.8593 | $119,839.69 | |
| Sale | 9/9/2016 | -16,823.00 | $47.8974 | $805,777.96 | |
| Sale | 9/14/2016 | -3,295.00 | $46.9967 | $154,854.13 | |
| Sale | 9/14/2016 | -19,370.00 | $46.9391 | $909,210.37 | |
| Sale | 9/16/2016 | -2,200.00 | $46.4120 | $102,106.40 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 9/21/2016 | -10,424.00 | $46.8880 | $488,760.51 | |
| Sale | 10/11/2016 | -6,209.00 | $49.4350 | $306,941.92 | |
| Sale | 10/11/2016 | -3,451.00 | $49.5342 | $170,942.52 | |
| Sale | 10/12/2016 | -14,757.00 | $48.8597 | $721,022.59 | |
| Sale | 10/20/2016 | -3,286.00 | $49.6230 | $163,061.18 | |
| Sale | 11/1/2016 | -303.00 | $49.1500 | $14,892.45 | |
| Sale | 11/2/2016 | -8,657.00 | $48.4774 | $419,668.85 | |
| Sale | 11/10/2016 | -6,525.00 | $52.4082 | $341,963.51 | |
| Sale | 11/16/2016 | -10,900.00 | $54.4614 | $593,629.26 | |
| Sale | 11/18/2016 | -6,162.00 | $55.6033 | $342,627.53 | |
| Sale | 11/18/2016 | -407.00 | $55.5324 | $22,601.69 | |
| Sale | 11/18/2016 | -15,833.00 | $55.4703 | $878,261.26 | |
| Sale | 11/23/2016 | -23,003.00 | $56.2934 | $1,294,917.08 | |
| Sale | 11/29/2016 | -26,200.00 | $55.5200 | $1,454,624.00 | |
| Sale | 12/7/2016 | -15,761.00 | $58.3045 | $918,937.22 | |
| Sale | 12/13/2016 | -3,383.00 | $58.9008 | $199,261.41 | |
| Sale | 12/16/2016 | -43,114.00 | $59.8529 | $2,580,497.93 | |
| Sale | 12/16/2016 | -120.00 | $59.7400 | $7,168.80 | |
| Sale | 12/16/2016 | -8,600.00 | $59.7510 | $513,858.60 | |
| Sale | 12/20/2016 | -113,000.00 | $60.8000 | $6,870,400.00 | |
| Sale | 12/21/2016 | -12,230.00 | $60.5587 | $740,632.90 | |
| Sale | 12/28/2016 | -4,792.00 | $60.4692 | $289,768.41 | |
| Sale | 1/3/2017 | -36,900.00 | $60.5900 | $2,235,771.00 | |
| Sale | 2/2/2017 | -19,290.00 | $55.8319 | $1,076,997.35 | |
| Sale | 2/2/2017 | -3,750.00 | $55.9734 | $209,900.25 | |
| Sale | 2/3/2017 | -3,600.00 | $57.6716 | $207,617.76 | |
| Sale | 2/8/2017 | -14,197.00 | $56.3494 | $799,992.43 | |
| Sale | 2/16/2017 | -7,387.00 | $60.0198 | $443,366.26 | |
| Sale | 2/16/2017 | -2,426.00 | $59.9350 | $145,402.31 | |
| Sale | 2/17/2017 | -15,079.00 | $59.9759 | $904,376.60 | |
| Sale | 2/17/2017 | -7,606.00 | $59.9950 | $456,321.97 | |
| Sale | 2/17/2017 | -6,115.00 | $59.9019 | $366,300.12 | |
| Sale | 2/23/2017 | -7,549.00 | $60.5246 | $456,900.21 | |
| Sale | 3/1/2017 | -257.00 | $61.7040 | $15,857.93 | |
| Sale | 3/2/2017 | -14,426.00 | $60.7631 | $876,568.48 | |
| Sale | 3/2/2017 | -14,420.00 | $61.0050 | $879,692.10 | |
| Sale | 3/8/2017 | -57.00 | $61.5988 | $3,511.13 | |
| Sale | 3/15/2017 | -5,594.00 | $61.1968 | $342,334.90 | |
| Sale | 3/17/2017 | -16,300.00 | $60.3700 | $984,031.00 | |
| Sale | 3/21/2017 | -14,275.00 | $58.1990 | $830,790.73 | |
| Sale | 3/28/2017 | -3,628.00 | $59.3655 | $215,378.03 | |
| Sale | 3/29/2017 | -7,256.00 | $59.5240 | $431,906.14 | |
| Sale | 3/30/2017 | -3,627.00 | $60.6519 | $219,984.44 | |
| Sale | 3/31/2017 | -479.00 | $60.2989 | $28,883.17 | |
| Sale | 4/4/2017 | -2,383.00 | $59.5137 | $141,821.15 | |
| Sale | 4/5/2017 | -7,354.00 | $60.3682 | $443,947.74 | |
| Sale | 4/5/2017 | -7,356.00 | $59.6955 | $439,120.10 | |
| Sale | 4/6/2017 | -13,709.00 | $59.8236 | $820,121.73 | |
| Sale | 4/20/2017 | -50,600.00 | $58.4100 | $2,955,546.00 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 4/21/2017 | -24,600.00 | $57.7200 | $1,419,912.00 | |
| Sale | 4/21/2017 | -30,700.00 | $57.7200 | $1,772,004.00 | |
| Sale | 4/24/2017 | -24,000.00 | $59.4400 | $1,426,560.00 | |
| Sale | 4/25/2017 | -24,100.00 | $60.2100 | $1,451,061.00 | |
| Sale | 4/26/2017 | -562.00 | $60.1665 | $33,813.57 | |
| Sale | 4/26/2017 | -23,800.00 | $60.1000 | $1,430,380.00 | |
| Sale | 5/2/2017 | -27,700.00 | $59.7100 | $1,653,967.00 | |
| Sale | 5/3/2017 | -511.00 | $59.5028 | $30,405.93 | |
| Sale | 5/3/2017 | -17,674.00 | $60.2400 | $1,064,681.76 | |
| Sale | 5/10/2017 | -6,809.00 | $60.3700 | $411,059.33 | |
| Sale | 5/11/2017 | -7,384.00 | $60.7000 | $448,208.80 | |
| Sale | 5/17/2017 | -14,723.00 | $60.0840 | $884,616.73 | |
| Sale | 5/17/2017 | -14,719.00 | $60.1096 | $884,753.20 | |
| Sale | 5/18/2017 | -3,828.00 | $59.9162 | $229,359.21 | |
| Sale | 5/19/2017 | -6,315.00 | $61.2680 | $386,907.42 | |
| Sale | 5/24/2017 | -2,817.00 | $62.0065 | $174,672.31 | |
| Sale | 6/6/2017 | -12,065.00 | $61.0032 | $736,003.61 | |
| Sale | 6/7/2017 | -2,456.00 | $61.8315 | $151,858.16 | |
| Sale | 7/11/2017 | -1,184.00 | $66.8200 | $79,114.88 | |
| Sale | 8/30/2017 | -9,944.00 | $68.1807 | $677,988.88 | |
| Sale | 9/15/2017 | -2,200.00 | $69.0415 | $151,891.30 | |
| Sale | 9/29/2017 | -3,552.00 | $72.6451 | $258,035.40 | |
| Sale | 10/9/2017 | -8,895.00 | $75.2415 | $669,273.14 | |
| Sale | 10/23/2017 | -17,790.00 | $73.7067 | $1,311,242.19 | |
| Sale | 11/1/2017 | -8,930.00 | $73.9246 | $660,146.68 | |
| Sale | 11/2/2017 | -10,053.00 | $74.2441 | $746,375.94 | |
| Sale | 11/10/2017 | -264,000.00 | $72.2500 | $19,074,000.00 | |
| Sale | 11/29/2017 | -9,470.00 | $75.0931 | $711,131.66 | |
| Sale | 11/29/2017 | -17,869.00 | $75.0948 | $1,341,868.98 | |
| Sale | 12/1/2017 | -17,890.00 | $75.3218 | $1,347,507.00 | |
| Sale | 12/6/2017 | -4,473.00 | $75.2915 | $336,778.88 | |
| Sale | 12/15/2017 | -3,400.00 | $74.7700 | $254,218.00 | |
| Sale | 1/2/2018 | -23,412.00 | $74.2928 | $1,739,343.03 | |
| Sale | 1/10/2018 | -18,730.00 | $75.6336 | $1,416,617.33 | |
| Sale | 1/24/2018 | -18,715.00 | $79.2721 | $1,483,577.35 | |
| Sale | 1/25/2018 | -313.00 | $79.4500 | $24,867.85 | |
| Sale | 1/30/2018 | -9,315.00 | $78.8282 | $734,284.68 | |
| Sale | 1/31/2018 | -15,406.00 | $78.7689 | $1,213,513.67 | |
| Sale | 2/1/2018 | -275.00 | $78.4800 | $21,582.00 | |
| Sale | 2/2/2018 | -23,154.00 | $77.7248 | $1,799,640.02 | |
| Sale | 2/2/2018 | -23,146.00 | $77.8345 | $1,801,557.34 | |
| Sale | 2/8/2018 | -18,520.00 | $73.5186 | $1,361,564.47 | |
| Sale | 2/15/2018 | -23,939.00 | $76.8220 | $1,839,041.86 | |
| Sale | 2/15/2018 | -12,043.00 | $76.8085 | $925,004.77 | |
| Sale | 2/27/2018 | -367,000.00 | $76.3800 | $28,031,460.00 | |
| Sale | 2/28/2018 | -148,000.00 | $75.4900 | $11,172,520.00 | |
| Sale | 3/1/2018 | -29.00 | $75.4900 | $2,189.21 | |
| Sale | 3/6/2018 | -6,441.00 | $74.0589 | $477,013.37 | |
| Sale | 3/16/2018 | -4,200.00 | $73.4700 | $308,574.00 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 4/9/2018 | -4,715.00 | $69.6813 | $328,547.33 | |
| Sale | 4/10/2018 | -9,914.00 | $70.9589 | $703,486.53 | |
| Sale | 5/9/2018 | -1,147.00 | $71.4814 | $81,989.17 | |
| Sale | 6/13/2018 | -774.00 | $67.4014 | $52,168.68 | |
| Sale | 6/28/2018 | -3,880.00 | $66.7884 | $259,138.99 | |
| Sale | 6/29/2018 | -14,551.00 | $67.6146 | $983,860.04 | |
| Sale | 7/5/2018 | -3,665.00 | $66.6465 | $244,259.42 | |
| Sale | 7/11/2018 | -8,716.00 | $68.1250 | $593,777.50 | |
| Sale | 7/12/2018 | -270,000.00 | $68.5100 | $18,497,700.00 | |
| Sale | 7/18/2018 | -5,517.00 | $69.9062 | $385,672.51 | |
| Sale | 7/20/2018 | -200,000.00 | $68.9991 | $13,799,820.60 | |
| Sale | 7/25/2018 | -9,822.00 | $71.2919 | $700,229.04 | |
| Sale | 7/26/2018 | -9,823.00 | $71.5030 | $702,373.97 | |
| Sale | 7/26/2018 | -100,000.00 | $71.3712 | $7,137,120.00 | |
| Sale | 7/27/2018 | -19,645.00 | $71.6031 | $1,406,642.90 | |
| Sale | 7/30/2018 | -19,645.00 | $72.5568 | $1,425,378.34 | |
| Sale | 7/30/2018 | -875,000.00 | $72.2900 | $63,253,750.00 | |
| Sale | 7/31/2018 | -4,788.00 | $72.0568 | $345,007.96 | |
| Sale | 8/2/2018 | -35,269.00 | $71.6385 | $2,526,618.26 | |
| Sale | 8/7/2018 | -42,463.00 | $72.6033 | $3,082,953.93 | |
| Sale | 9/21/2018 | -1,600.00 | $74.1500 | $118,640.00 | |
| Sale | 11/13/2018 | -237,200.00 | $64.7800 | $15,365,816.00 | |
| Sale | 11/14/2018 | -481.00 | $65.1316 | $31,328.30 | |
| Sale | 11/19/2018 | -11,803.00 | $65.1794 | $769,312.46 | |
| Sale | 11/20/2018 | -4,359.00 | $62.7747 | $273,634.92 | |
| Sale | 11/21/2018 | -42,100.00 | $62.8700 | $2,646,827.00 | |
| Sale | 11/27/2018 | -2,360.00 | $63.1631 | $149,064.92 | |
| Sale | 11/29/2018 | -2,079.00 | $65.0216 | $135,179.91 | |
| Sale | 11/30/2018 | -1,326.00 | $64.7284 | $85,829.86 | |
| Sale | 12/3/2018 | -1,511.00 | $65.3974 | $98,815.47 | |
| Sale | 12/4/2018 | -1,584.00 | $62.5295 | $99,046.73 | |
| Sale | 12/6/2018 | -1,766.00 | $59.1937 | $104,536.07 | |
| Sale | 12/7/2018 | -1,176.00 | $58.8931 | $69,258.29 | |
| Sale | 12/12/2018 | -46,000.00 | $56.6663 | $2,606,649.80 | |
| Sale | 12/21/2018 | -2,900.00 | $50.2400 | $145,696.00 | |
| Sale | 1/16/2019 | -43,525.00 | $62.1490 | $2,705,035.23 | |
| Sale | 1/28/2019 | -38,854.00 | $63.8259 | $2,479,891.52 | |
| Sale | 2/1/2019 | -41,295.00 | $64.0169 | $2,643,577.89 | |
| Sale | 3/15/2019 | -4,800.00 | $65.1900 | $312,912.00 | |
| Sale | 9/20/2019 | -8,900.00 | $69.3500 | $617,215.00 | |
| Sale | 12/3/2019 | -135,500.00 | $72.8284 | $9,868,248.20 | |
| Sale | 12/11/2019 | -9,500.00 | $75.5500 | $717,725.00 | |
| Sale | 12/12/2019 | -13,920.00 | $77.0500 | $1,072,536.00 | |
| Sale | 12/16/2019 | -13,870.00 | $76.9100 | $1,066,741.70 | |
| Sale | 12/20/2019 | -11,460.00 | $78.5100 | $899,724.60 | |
| Sale | 1/30/2020 | -9,500.00 | $75.5500 | $717,725.00 | |
| Sale | 1/30/2020 | -20,000.00 | $75.7650 | $1,515,300.00 | |
| Sale | 1/30/2020 | -68,579.00 | $75.9132 | $5,206,051.34 | |
| Sale | 1/30/2020 | -10,500.00 | $75.9350 | $797,317.50 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 2/25/2020 | -10,000.00 | $69.4300 | $694,300.00 | |
| Sale | 3/2/2020 | -38,659.00 | $64.1104 | $2,478,443.95 | |
| Sale | 3/11/2020 | -47,390.00 | $50.7900 | $2,406,938.10 | |
| Sale | 3/12/2020 | -103,200.00 | $43.2600 | $4,464,432.00 | |
| Sale | 3/16/2020 | -142,200.00 | $43.0087 | $6,115,837.14 | |
| Sale | 3/17/2020 | -72,000.00 | $41.2233 | $2,968,077.60 | |
| Sale | 4/14/2020 | -30,500.00 | $45.4200 | $1,385,310.00 | |
| Sale | 6/8/2020 | -112,500.00 | $60.4109 | $6,796,226.25 | |
| Sale | 6/10/2020 | -146,000.00 | $58.1644 | $8,492,002.40 | |
| Sale | 6/19/2020 | -7,600.00 | $52.9200 | $402,192.00 | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 7/13/2020 | -1,657.00 | $52.4709 | $86,944.28 | |
| Sale | 10/6/2020 | -15,510.00 | $44.4100 | $688,799.10 | |
| Sale | 10/8/2020 | -70,000.00 | $44.7200 | $3,130,400.00 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure or to Class Period Purchases Sold In-Between Disclosures* | | -5,366,015.00 | | $350,853,554.25 | ($3,904,645.67) |
| | | | | | |
| Purchase | 7/14/2017 | 7,785.00 | $66.6447 | ($518,828.99) | |
| Purchase | 7/26/2017 | 1,555.00 | $68.2320 | ($106,100.76) | |
| Purchase | 7/28/2017 | 3,888.00 | $67.4748 | ($262,342.02) | |
| Purchase | 7/31/2017 | 1,557.00 | $68.1500 | ($106,109.55) | |
| Purchase | 8/1/2017 | 80.00 | $68.4656 | ($5,477.25) | |
| Purchase | 8/9/2017 | 10,285.00 | $68.4300 | ($703,802.55) | |
| Purchase | 8/14/2017 | 1,573.00 | $67.9831 | ($106,937.42) | |
| Purchase | 8/16/2017 | 161,334.00 | $67.6372 | ($10,912,180.02) | |
| Purchase | 8/18/2017 | 161,592.00 | $67.0893 | ($10,841,094.17) | |
| Purchase | 8/31/2017 | 69,632.00 | $67.9059 | ($4,728,423.63) | |
| Purchase | 10/10/2017 | 129,180.00 | $75.1800 | ($9,711,752.40) | |
| Purchase | 4/27/2020 | 101,500.00 | $45.2554 | ($4,593,423.10) | |
| Purchase | 6/12/2020 | 93,400.00 | $51.2200 | ($4,783,948.00) | |
| Purchase | 6/22/2020 | 19,043.00 | $52.0600 | ($991,378.58) | |
| Purchase | 7/17/2020 | 22,600.00 | $50.2200 | ($1,134,972.00) | |
| Purchase | 7/20/2020 | 1,657.00 | $50.1199 | ($83,048.67) | |
| Purchase | 7/23/2020 | 28,700.00 | $52.0800 | ($1,494,696.00) | |
| Purchase | 7/27/2020 | 68,000.00 | $51.1905 | ($3,480,954.00) | |
| Purchase | 8/6/2020 | 70,000.00 | $50.8900 | ($3,562,300.00) | |
| Purchase | 9/29/2020 | 8,362.00 | $42.5113 | ($355,479.49) | |
| Purchase | 10/9/2020 | 207,500.00 | $44.9840 | ($9,334,180.00) | |
| Purchase | 10/12/2020 | 3,000.00 | $45.4566 | ($136,369.80) | |
| *Total Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | 1,172,223.00 | | ($67,953,798.40) | |
| | | | | | |
| Sale | 9/16/2020 | -407,300.00 | $45.5835 | $18,566,159.55 | |
| *Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | -407,300.00 | | $18,566,159.55 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale [2] | 10/26/2020 | -3,093.00 | $43.4100 | $134,267.13 | |
| Post-Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures [3] | | -3,093.00 | | $134,267.13 | |
| Retained Shares [4] | | 761,830.00 | $51.3698 | $39,135,066.05 | |

LIFO Gain/(Loss) Based on Dura:    ($10,118,305.67)

### Dura [1] LIFO Analysis - Citigroup 12/16/2016 50.00 Calls

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 10/3/2016 | 5,000.00 | $0.9082 | ($454,100.00) | |
| Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure | | 5,000.00 | | ($454,100.00) | **Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure** |
| Sale | 10/19/2016 | -5,000.00 | $1.5015 | $750,750.00 | |
| Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure | | -5,000.00 | | $750,750.00 | $296,650.00 |

LIFO Gain/(Loss) Based on Dura:    $0.00

### Dura [1] LIFO Analysis - Citigroup 01/20/2017 57.50 Puts

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 12/8/2016 | 3,000.00 | $1.2100 | ($363,000.00) | |
| Class Period Purchases Covering Class Period Sales Prior to 8/13/2020 Initial Disclosure | | 3,000.00 | | ($363,000.00) | **Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure** |
| Sale | 11/10/2016 | -3,000.00 | $4.9933 | $1,498,000.00 | |
| Class Period Sales Covered Prior to 8/13/2020 Initial Disclosure | | -3,000.00 | | $1,498,000.00 | $1,135,000.00 |

LIFO Gain/(Loss) Based on Dura:    $0.00

Dura [1] LIFO Analysis - Citigroup 01/20/2017 58.50 Puts

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 12/20/2016 | 2,000.00 | $0.8900 | ($178,000.00) | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 2,000.00 | | ($178,000.00) | |
| Sale | 1/12/2017 | -2,000.00 | $0.7700 | $154,000.00 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -2,000.00 | | $154,000.00 | ($24,000.00) |

LIFO Gain/(Loss) Based on Dura:    $0.00

Dura [1] LIFO Analysis - Citigroup 01/20/2017 62.50 Puts

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 1/4/2017 | 3,000.00 | $2.4000 | ($720,000.00) | |
| *Class Period Purchases Covering Class Period Sales Prior to 8/13/2020 Initial Disclosure* | | 3,000.00 | | ($720,000.00) | |
| Sale | 12/20/2016 | -3,000.00 | $2.6900 | $807,000.00 | |
| *Class Period Sales Covered Prior to 8/13/2020 Initial Disclosure* | | -3,000.00 | | $807,000.00 | $87,000.00 |

LIFO Gain/(Loss) Based on Dura:    $0.00

Dura [1] LIFO Analysis - Citigroup 07/20/18 65.00 Puts

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 6/19/2018 | 3,000.00 | $0.9600 | ($288,000.00) | |
| *Total Class Period Purchases Expired Prior to 8/13/2020 Initial Disclosure* | | 3,000.00 | | ($288,000.00) | ($288,000.00) |
| 3,000 contracts expired in July 2018 | | | | | |

LIFO Gain/(Loss) Based on Dura:    $0.00

**Dura [1] LIFO Analysis - Citigroup 07/20/2018 69.00 Calls**

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| Sale | 7/3/2018 | -2,000.00 | $0.4900 | $98,000.00 | | |
| *Total Class Period Sales Assigned Prior to 8/13/2020 Initial Disclosure* | | -2,000.00 | | $98,000.00 | | $98,000.00 |
| 2,000 contracts assigned In July 2018 | | | | | | |

LIFO Gain/(Loss) Based on Dura:    $0.00

**Dura [1] LIFO Analysis - Citigroup 06/21/2019 57.50 Calls**

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| Sale | 2/12/2019 | -2,000.00 | $1.6045 | $320,900.00 | | |
| *Total Class Period Sales Expired Prior to 8/13/2020 Initial Disclosure* | | -2,000.00 | | $320,900.00 | | $320,900.00 |
| 2,000 contracts expired in June 2019 | | | | | | |

LIFO Gain/(Loss) Based on Dura:    $0.00

**Dura [1] LIFO Analysis - Citigroup 06/21/2019 60.00 Puts**

| Transaction Type | Trade Date | Number of Contracts | Price Per Contract | Cost/Proceeds | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| Purchase | 5/3/2019 | 2,000.00 | $0.2100 | ($42,000.00) | | |
| *Class Period Purchases Sold Out and/or Expired Prior to 8/13/2020 Initial Disclosure* | | 2,000.00 | | ($42,000.00) | | |
| Sale | 5/23/2019 | -1,000.00 | $0.7724 | $77,241.00 | | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -1,000.00 | | $77,241.00 | | $35,241.00 |
| 1,000 contracts expired in June 2019 | | | | | | |

LIFO Gain/(Loss) Based on Dura:    $0.00

Dura [1] LIFO Analysis - Citigroup Inc. 3.400% 05/01/2026 DD 05/02/16

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | | |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| | | | | | | |
| Purchase | 4/26/2016 | 25,000,000.00 | $99.7980 | ($24,949,500.00) | | |
| Purchase | 6/13/2016 | 5,000,000.00 | $100.9610 | ($5,048,050.00) | | |
| Purchase | 6/27/2016 | 2,500,000.00 | $101.9450 | ($2,548,625.00) | | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 32,500,000.00 | | ($32,546,175.00) | | |
| | | | | | | |
| Sale | 6/24/2016 | -6,000,000.00 | $101.8260 | $6,109,560.00 | | |
| Sale | 6/24/2016 | -5,000,000.00 | $101.5890 | $5,079,450.00 | | |
| Sale | 6/24/2016 | -1,500,000.00 | $101.8180 | $1,527,270.00 | | |
| Sale | 6/28/2016 | -5,000,000.00 | $102.2160 | $5,110,800.00 | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 6/28/2016 | -5,000,000.00 | $102.2760 | $5,113,800.00 | | |
| Sale | 9/27/2016 | -5,000,000.00 | $103.3850 | $5,169,250.00 | | |
| Sale | 9/28/2016 | -5,000,000.00 | $103.5600 | $5,178,000.00 | | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -32,500,000.00 | | $33,288,130.00 | | $741,955.00 |

LIFO Gain/(Loss) Based on Dura:     $0.00

Dura [1] LIFO Analysis - Citigroup Inc. 2.350% 08/02/2021 DD 08/02/16

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | | |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| | | | | | | |
| Purchase | 7/26/2016 | 10,000,000.00 | $99.9300 | ($9,993,000.00) | | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 10,000,000.00 | | ($9,993,000.00) | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| | | | | | | |
| Sale | 9/16/2016 | -10,000,000.00 | $100.1360 | $10,013,600.00 | | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -10,000,000.00 | | $10,013,600.00 | | $20,600.00 |

LIFO Gain/(Loss) Based on Dura:     $0.00

**Dura [1] LIFO Analysis - Citigroup Inc. 2.900% 12/08/2021 DD 12/08/16**

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | | |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| Purchase | 12/1/2016 | 10,000,000.00 | $99.8290 | ($9,982,900.00) | | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 10,000,000.00 | | ($9,982,900.00) | | **Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure** |
| Sale | 3/17/2017 | -10,000,000.00 | $99.7000 | $9,970,000.00 | | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -10,000,000.00 | | $9,970,000.00 | | ($12,900.00) |

LIFO Gain/(Loss) Based on Dura:    $0.00

**Dura [1] LIFO Analysis - Citigroup Inc. Var Rt 04/23/2029 DD 04/23/18**

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | | |
|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | |
| Purchase | 5/11/2018 | 10,000,000.00 | $98.6230 | ($9,862,300.00) | | |
| Purchase | 5/15/2018 | 5,000,000.00 | $97.7040 | ($4,885,200.00) | | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 15,000,000.00 | | ($14,747,500.00) | | |
| Sale | 10/2/2018 | -5,000,000.00 | $97.9510 | $4,897,550.00 | | **Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure** |
| Sale | 10/2/2018 | -5,000,000.00 | $98.0510 | $4,902,550.00 | | |
| Sale | 10/3/2018 | -5,000,000.00 | $97.3570 | $4,867,850.00 | | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -15,000,000.00 | | $14,667,950.00 | | ($79,550.00) |

LIFO Gain/(Loss) Based on Dura:    $0.00

**Dura [1] LIFO Analysis - Citigroup Inc. Var Rt 04/24/2025 DD 04/24/19**

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | |
| Purchase | 4/16/2019 | 20,000,000.00 | $100.0000 | ($20,000,000.00) |
| Purchase | 5/21/2019 | 5,000,000.00 | $100.5350 | ($5,026,750.00) |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 25,000,000.00 | | ($25,026,750.00) |
| Sale | 10/15/2019 | -5,000,000.00 | $103.6280 | $5,181,400.00 |
| Sale | 10/31/2019 | -5,000,000.00 | $103.8700 | $5,193,500.00 |

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 12/19/2019 | -5,000,000.00 | $103.6950 | $5,184,750.00 | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 12/19/2019 | -5,000,000.00 | $103.7830 | $5,189,150.00 | |
| Sale | 1/2/2020 | -5,000,000.00 | $104.1770 | $5,208,850.00 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -25,000,000.00 | | $25,957,650.00 | $930,900.00 |

LIFO Gain/(Loss) Based on Dura:            $0.00

Dura [1] LIFO Analysis - Citibank NA 3.050% 05/01/2020 DD 05/01/18

| Transaction Type | Trade Date | Par Value | Price | Cost/Proceeds | |
|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | |
| Purchase | 4/23/2018 | 25,000,000.00 | $99.9540 | ($24,988,500.00) | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 25,000,000.00 | | ($24,988,500.00) | |
| Sale | 5/11/2018 | -10,000,000.00 | $99.8950 | $9,989,500.00 | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 5/14/2018 | -5,000,000.00 | $99.8910 | $4,994,550.00 | |
| Sale | 5/15/2018 | -10,000,000.00 | $99.8330 | $9,983,300.00 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -25,000,000.00 | | $24,967,350.00 | ($21,150.00) |

LIFO Gain/(Loss) Based on Dura:            $0.00

[1] *Dura loss is the summation of the cost of Class Period purchases held through the disclosures on 8/13/2020, 8/17/2020, 8/19/2020, 9/7/2020, 9/14/2020, 9/15/2020 and/or 10/13/2020 (the "Disclosures"), and the proceeds of sales matched to those purchases, as well as any retained shares. Retained shares are valued based on the 90-day lookback average.*

[2] *Post-Class Period sales are valued at the maximum of the actual sale price and the average price on the date of sale.*

[3] *Public Sector Pension Investment Board made the following purchases after the Class Period: 587 shares on 10/19/2020 at $43.0385 per share, 40,000 shares on 11/2/2020 at $42.3106 per share, 403 shares on 11/2/2020 at $42.1178 per share, 164,500 shares on 11/9/2020 at $48.1611 per share, 81,800 shares on 11/10/2020 at $47.8632 per share and 66,660 shares on 11/24/2020 at $57.06 per share. Post-Class Period sales that match to post-Class Period purchases on a LIFO basis were excluded from the LIFO analysis.*

[4] *Shares retained at the end of the Class Period are valued at the average price from October 13, 2020 to December 29, 2020.*