# EXHIBIT C

Financial Interest Analysis for KBC Asset Management NV - KBC Equity Fund
Class Period: January 15, 2016 to October 12, 2020

Dura [1] LIFO Analysis - Citigroup Inc. Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 440,402.00 | | |
| Sale | 1/15/2016 | -874.00 | $42.4700 | $37,118.78 |
| Sale | 1/15/2016 | -9,222.00 | $42.4700 | $391,658.34 |
| Sale | 1/19/2016 | -195.00 | $42.0000 | $8,190.00 |
| Sale | 1/19/2016 | -1,786.00 | $41.9400 | $74,904.84 |
| Sale | 1/19/2016 | -22,932.00 | $41.9400 | $961,768.08 |
| Sale | 1/20/2016 | -9,486.00 | $40.4900 | $384,088.14 |
| Sale | 1/20/2016 | -8,646.00 | $40.4900 | $350,076.54 |
| Sale | 1/20/2016 | -50,703.00 | $40.4900 | $2,052,964.47 |
| Sale | 1/31/2017 | -8,456.00 | $55.8300 | $472,098.48 |
| Sale | 2/17/2017 | -39,614.00 | $59.5949 | $2,360,792.37 |
| Sale | 4/24/2017 | -1,438.00 | $59.5175 | $85,586.17 |
| Sale | 4/24/2017 | -156,767.00 | $59.4400 | $9,318,230.48 |
| Sale | 4/28/2017 | -2,611.00 | $59.1200 | $154,362.32 |
| *Class Period Sales Matching to Pre-Class Period Position* | | **-312,730.00** | | **$16,651,839.00** |
| Purchase | 1/21/2016 | 454.00 | $40.1500 | ($18,228.10) |
| Purchase | 1/25/2016 | 1,132.00 | $39.5500 | ($44,770.60) |
| Purchase | 1/25/2016 | 33,835.00 | $39.5042 | ($1,336,624.61) |
| Purchase | 1/29/2016 | 18,717.00 | $42.5800 | ($796,969.86) |
| Purchase | 1/29/2016 | 160,210.00 | $42.5800 | ($6,821,741.80) |
| Purchase | 2/18/2016 | 3,714.00 | $38.9200 | ($144,548.88) |
| Purchase | 2/18/2016 | 21,159.00 | $38.9200 | ($823,508.28) |
| Purchase | 2/29/2016 | 36,933.00 | $38.9317 | ($1,437,864.48) |
| Purchase | 2/29/2016 | 1,733.00 | $38.8500 | ($67,327.05) |
| Purchase | 2/29/2016 | 11,061.00 | $38.8500 | ($429,719.85) |
| Purchase | 3/21/2016 | 104,999.00 | $43.6000 | ($4,577,956.40) |
| Purchase | 3/21/2016 | 11,901.00 | $43.6000 | ($518,883.60) |
| Purchase | 3/21/2016 | 9,367.00 | $43.6000 | ($408,401.20) |
| Purchase | 4/1/2016 | 15,543.00 | $42.4700 | ($660,111.21) |
| Purchase | 4/11/2016 | 729.00 | $41.1200 | ($29,976.48) |
| Purchase | 4/25/2016 | 22,949.00 | $46.6900 | ($1,071,488.81) |
| Purchase | 4/29/2016 | 687.00 | $46.2800 | ($31,794.36) |
| Purchase | 4/29/2016 | 77,631.00 | $46.2800 | ($3,592,762.68) |
| Purchase | 4/29/2016 | 17,024.00 | $46.2800 | ($787,870.72) |
| Purchase | 4/29/2016 | 81,078.00 | $46.2800 | ($3,752,289.84) |
| Purchase | 6/23/2016 | 1,361.00 | $44.4405 | ($60,483.52) |
| Purchase | 7/29/2016 | 99,673.00 | $43.8100 | ($4,366,674.13) |
| Purchase | 7/29/2016 | 9,457.00 | $43.8100 | ($414,311.17) |
| Purchase | 8/26/2016 | 3,680.00 | $47.1100 | ($173,364.80) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 10/24/2016 | 8,470.00 | $49.5800 | ($419,942.60) | |
| Purchase | 10/31/2016 | 9,014.00 | $49.1500 | ($443,038.10) | |
| Purchase | 11/17/2016 | 89,620.00 | $55.4500 | ($4,969,429.00) | |
| Purchase | 11/17/2016 | 108,663.00 | $55.4500 | ($6,025,363.35) | |
| Purchase | 12/15/2016 | 19,655.00 | $60.2300 | ($1,183,820.65) | |
| Purchase | 12/15/2016 | 12,400.00 | $60.2300 | ($746,852.00) | |
| Purchase | 12/15/2016 | 38,663.00 | $60.2300 | ($2,328,672.49) | |
| Purchase | 12/16/2016 | 1,230.00 | $59.7553 | ($73,499.02) | |
| Purchase | 12/19/2016 | 1,640.00 | $59.6600 | ($97,842.40) | |
| Purchase | 1/11/2017 | 696.00 | $59.9600 | ($41,732.16) | |
| Purchase | 2/16/2017 | 7,278.00 | $60.3800 | ($439,445.64) | |
| Purchase | 7/20/2017 | 15,400.00 | $66.4175 | ($1,022,829.50) | |
| Purchase | 8/24/2017 | 41,562.00 | $67.6900 | ($2,813,331.78) | |
| Purchase | 9/28/2017 | 191,750.00 | $72.6488 | ($13,930,407.40) | |
| Purchase | 10/19/2017 | 1,815.00 | $72.8800 | ($132,277.20) | |
| Purchase | 11/24/2017 | 1,664.00 | $72.0200 | ($119,841.28) | |
| Purchase | 12/18/2017 | 254,893.00 | $75.6700 | ($19,287,753.31) | |
| Purchase | 12/18/2017 | 58,075.00 | $75.6700 | ($4,394,535.25) | |
| Purchase | 1/2/2018 | 6,433.00 | $74.3600 | ($478,357.88) | |
| Purchase | 1/2/2018 | 16,994.00 | $74.3600 | ($1,263,673.84) | |
| Purchase | 1/3/2018 | 21,490.00 | $74.5900 | ($1,602,939.10) | |
| Purchase | 1/18/2018 | 12,568.00 | $77.3900 | ($972,637.52) | |
| Purchase | 1/26/2018 | 2,584.00 | $80.0800 | ($206,926.72) | |
| Purchase | 2/1/2018 | 375.00 | $79.2000 | ($29,700.00) | |
| Purchase | 2/2/2018 | 125,263.00 | $77.0200 | ($9,647,756.26) | |
| Purchase | 2/20/2018 | 126,658.00 | $76.4600 | ($9,684,270.68) | |
| Purchase | 3/7/2018 | 2,016.00 | $73.9200 | ($149,022.72) | |
| Purchase | 3/8/2018 | 5,442.00 | $74.1100 | ($403,306.62) | |
| Purchase | 3/8/2018 | 62,241.00 | $74.1100 | ($4,612,680.51) | |
| Purchase | 3/22/2018 | 2,340.00 | $70.3100 | ($164,525.40) | |
| Purchase | 3/29/2018 | 5,000.00 | $67.5000 | ($337,500.00) | |
| Purchase | 3/29/2018 | 3,919.00 | $67.5000 | ($264,532.50) | |
| Purchase | 3/29/2018 | 76,515.00 | $67.5000 | ($5,164,762.50) | |
| Purchase | 4/23/2018 | 10,184.00 | $69.4800 | ($707,584.32) | |
| Purchase | 4/23/2018 | 15,518.00 | $69.4800 | ($1,078,190.64) | |
| Purchase | 4/30/2018 | 47,433.00 | $68.2700 | ($3,238,250.91) | |
| Purchase | 5/24/2018 | 11,088.00 | $69.3100 | ($768,509.28) | |
| Purchase | 5/24/2018 | 37,785.00 | $69.3100 | ($2,618,878.35) | |
| Purchase | 5/31/2018 | 103,706.00 | $66.7425 | ($6,921,597.71) | |
| Purchase | 6/25/2018 | 7,378.00 | $65.7500 | ($485,103.50) | |
| Purchase | 10/12/2018 | 13,239.00 | $69.8400 | ($924,611.76) | |
| Purchase | 10/18/2018 | 1,185.00 | $68.6200 | ($81,314.70) | |
| Purchase | 10/31/2018 | 17,498.00 | $65.4600 | ($1,145,419.08) | |
| Purchase | 1/2/2019 | 4,588.00 | $53.5300 | ($245,595.64) | |
| Purchase | 1/24/2019 | 24,869.00 | $62.7100 | ($1,559,534.99) | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 1/31/2019 | 21,114.00 | $64.4600 | ($1,361,008.44) | |
| Purchase | 3/25/2019 | 827.00 | $60.3300 | ($49,892.91) | |
| Purchase | 6/13/2019 | 1,162.00 | $67.0800 | ($77,946.96) | |
| Purchase | 6/19/2019 | 7,771.00 | $67.5900 | ($525,241.89) | |
| Purchase | 7/5/2019 | 1,122.00 | $71.4000 | ($80,110.80) | |
| Purchase | 7/24/2019 | 13,442.00 | $73.0100 | ($981,400.42) | |
| Purchase | 7/31/2019 | 12,813.00 | $71.1600 | ($911,773.08) | |
| Purchase | 8/22/2019 | 8,644.00 | $63.9100 | ($552,438.04) | |
| Purchase | 8/23/2019 | 13,244.00 | $61.9500 | ($820,465.80) | |
| Purchase | 8/27/2019 | 52,505.00 | $61.6600 | ($3,237,458.30) | |
| Purchase | 9/18/2019 | 16,271.00 | $70.0900 | ($1,140,434.39) | |
| Purchase | 9/30/2019 | 15,887.00 | $69.0800 | ($1,097,473.96) | |
| Purchase | 11/20/2019 | 5,450.00 | $73.9100 | ($402,809.50) | |
| Purchase | 11/20/2019 | 67,317.00 | $73.9100 | ($4,975,399.47) | |
| Purchase | 11/21/2019 | 47,562.00 | $73.9000 | ($3,514,831.80) | |
| Purchase | 1/23/2020 | 174,129.00 | $79.8000 | ($13,895,494.20) | |
| Purchase | 2/20/2020 | 4,366.00 | $78.2200 | ($341,508.52) | |
| Purchase | 2/20/2020 | 16,133.00 | $78.2200 | ($1,261,923.26) | |
| Purchase | 4/21/2020 | 495.00 | $41.5700 | ($20,577.15) | |
| Purchase | 4/23/2020 | 21,145.00 | $42.4600 | ($897,816.70) | |
| Purchase | 4/29/2020 | 1,710.00 | $50.2600 | ($85,944.60) | |
| Purchase | 4/30/2020 | 30,297.00 | $48.5600 | ($1,471,222.32) | |
| Purchase | 5/6/2020 | 2,314.00 | $42.9500 | ($99,386.30) | |
| Purchase | 5/19/2020 | 31,832.00 | $44.4300 | ($1,414,295.76) | |
| Purchase | 5/19/2020 | 5,777.00 | $44.4300 | ($256,672.11) | |
| Purchase | 6/3/2020 | 813.00 | $53.3400 | ($43,365.42) | |
| Purchase | 6/3/2020 | 6,325.00 | $53.3400 | ($337,375.50) | |
| Purchase | 6/5/2020 | 13,500.00 | $58.8600 | ($794,610.00) | |
| Purchase | 6/12/2020 | 218,941.00 | $52.2500 | ($11,439,667.25) | |
| Purchase | 6/12/2020 | 219,234.00 | $52.2500 | ($11,454,976.50) | |
| Purchase | 6/12/2020 | 165,894.00 | $52.2500 | ($8,667,961.50) | |
| *Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | 3,569,860.00 | | ($217,806,951.53) | |
| | | | | | |
| Sale | 1/29/2016 | -22,567.00 | $42.5173 | $959,487.91 | |
| Sale | 2/1/2016 | -908.00 | $42.4800 | $38,571.84 | |
| Sale | 2/5/2016 | -3,441.00 | $39.7552 | $136,797.64 | |
| Sale | 2/5/2016 | -43,149.00 | $39.8600 | $1,719,919.14 | |
| Sale | 2/8/2016 | -3,172.00 | $37.8100 | $119,933.32 | |
| Sale | 2/8/2016 | -14,986.00 | $37.8100 | $566,620.66 | |
| Sale | 2/9/2016 | -5,451.00 | $37.5100 | $204,467.01 | |
| Sale | 2/9/2016 | -43,725.00 | $37.5100 | $1,640,124.75 | |
| Sale | 2/10/2016 | -5,058.00 | $37.4100 | $189,219.78 | |
| Sale | 2/10/2016 | -52,322.00 | $37.4100 | $1,957,366.02 | |
| Sale | 3/2/2016 | -1,580.00 | $42.2200 | $66,707.60 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 5/3/2016 | -2,926.00 | $45.5700 | $133,337.82 | |
| Sale | 5/3/2016 | -13,337.00 | $45.5700 | $607,767.09 | |
| Sale | 5/9/2016 | -2,228.00 | $43.8900 | $97,786.92 | |
| Sale | 5/9/2016 | -9,694.00 | $43.8900 | $425,469.66 | |
| Sale | 5/19/2016 | -1,532.00 | $45.0600 | $69,031.92 | |
| Sale | 5/20/2016 | -8,204.00 | $44.9000 | $368,359.60 | |
| Sale | 5/23/2016 | -97,496.00 | $45.1100 | $4,398,044.56 | |
| Sale | 5/23/2016 | -20,351.00 | $45.1100 | $918,033.61 | |
| Sale | 5/31/2016 | -352.00 | $46.5964 | $16,401.93 | |
| Sale | 6/17/2016 | -2,282.00 | $42.4700 | $96,916.54 | |
| Sale | 6/17/2016 | -1,165.00 | $42.4878 | $49,498.29 | |
| Sale | 7/25/2016 | -9,591.00 | $44.0400 | $422,387.64 | |
| Sale | 8/3/2016 | -12,412.00 | $43.8900 | $544,762.68 | |
| Sale | 8/18/2016 | -44,618.00 | $46.5000 | $2,074,737.00 | |
| Sale | 8/31/2016 | -166,566.00 | $47.7039 | $7,945,847.81 | |
| Sale | 9/20/2016 | -4,213.00 | $46.5400 | $196,073.02 | |
| Sale | 9/26/2016 | -5,152.00 | $45.8900 | $236,425.28 | |
| Sale | 10/11/2016 | -2,448.00 | $48.9900 | $119,927.52 | |
| Sale | 10/17/2016 | -1,040.00 | $48.6000 | $50,544.00 | |
| Sale | 10/24/2016 | -1,515.00 | $49.5800 | $75,113.70 | |
| Sale | 11/2/2016 | -36,255.00 | $48.5400 | $1,759,817.70 | |
| Sale | 11/4/2016 | -7,009.00 | $48.1700 | $337,623.53 | |
| Sale | 1/18/2017 | -42,668.00 | $57.3909 | $2,448,754.92 | |
| Sale | 1/18/2017 | -11,132.00 | $57.3909 | $638,875.50 | |
| Sale | 1/18/2017 | -9,976.00 | $57.3909 | $572,531.62 | |
| Sale | 1/18/2017 | -163,569.00 | $57.3909 | $9,387,372.12 | |
| Sale | 1/20/2017 | -58,344.00 | $56.1100 | $3,273,681.84 | |
| Sale | 1/23/2017 | -2,945.00 | $55.6800 | $163,977.60 | |
| Sale | 1/23/2017 | -85,986.00 | $55.6800 | $4,787,700.48 | |
| Sale | 1/31/2017 | -13,713.00 | $55.8300 | $765,596.79 | |
| Sale | 2/17/2017 | -7,278.00 | $59.5949 | $433,731.68 | |
| Sale | 7/31/2017 | -2,418.00 | $68.4500 | $165,512.10 | |
| Sale | 8/3/2017 | -12,982.00 | $68.1300 | $884,463.66 | |
| Sale | 9/20/2017 | -9,098.00 | $71.3989 | $649,587.19 | |
| Sale | 10/25/2017 | -652.00 | $73.6200 | $48,000.24 | |
| Sale | 10/27/2017 | -26,824.00 | $73.8700 | $1,981,488.88 | |
| Sale | 10/31/2017 | -2,443.00 | $73.5000 | $179,560.50 | |
| Sale | 12/21/2017 | -553.00 | $75.8200 | $41,928.46 | |
| Sale | 1/31/2018 | -4,722.00 | $78.4800 | $370,582.56 | |
| Sale | 2/1/2018 | -6,900.00 | $79.2000 | $546,480.00 | |
| Sale | 2/2/2018 | -1,765.00 | $77.0200 | $135,940.30 | |
| Sale | 2/2/2018 | -20,584.00 | $77.0200 | $1,585,379.68 | |
| Sale | 2/5/2018 | -19,531.00 | $73.2700 | $1,431,036.37 | |
| Sale | 2/6/2018 | -61,687.00 | $74.8200 | $4,615,421.34 | |
| Sale | 2/6/2018 | -5,398.00 | $74.8200 | $403,878.36 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 2/6/2018 | -55,613.00 | $74.8200 | $4,160,964.66 | |
| Sale | 5/24/2018 | -191,423.00 | $69.3100 | $13,267,528.13 | |
| Sale | 6/1/2018 | -23,973.00 | $67.2800 | $1,612,903.44 | |
| Sale | 6/1/2018 | -2,793.00 | $67.2800 | $187,913.04 | |
| Sale | 6/8/2018 | -4,716.00 | $68.4700 | $322,904.52 | |
| Sale | 6/21/2018 | -33,073.00 | $67.6300 | $2,236,726.99 | |
| Sale | 6/21/2018 | -3,735.00 | $67.6300 | $252,598.05 | |
| Sale | 6/29/2018 | -46,190.00 | $66.9200 | $3,091,034.80 | |
| Sale | 6/29/2018 | -990.00 | $66.9200 | $66,250.80 | |
| Sale | 6/29/2018 | -20,686.00 | $66.9200 | $1,384,307.12 | |
| Sale | 7/2/2018 | -3,024.00 | $67.1600 | $203,091.84 | |
| Sale | 7/5/2018 | -5,357.00 | $66.5600 | $356,561.92 | |
| Sale | 7/9/2018 | -2,200.00 | $68.9400 | $151,668.00 | |
| Sale | 7/18/2018 | -50,060.00 | $69.8500 | $3,496,691.00 | |
| Sale | 7/20/2018 | -8,071.00 | $69.2200 | $558,674.62 | |
| Sale | 7/31/2018 | -477.00 | $71.8900 | $34,291.53 | |
| Sale | 9/20/2018 | -21,795.00 | $74.7900 | $1,630,048.05 | |
| Sale | 10/5/2018 | -2,481.00 | $72.4200 | $179,674.02 | |
| Sale | 10/18/2018 | -6,174.00 | $68.6200 | $423,659.88 | |
| Sale | 10/23/2018 | -17,781.00 | $65.7300 | $1,168,745.13 | |
| Sale | 10/25/2018 | -11,656.00 | $64.9700 | $757,290.32 | |
| Sale | 11/26/2018 | -7,435.00 | $63.7300 | $473,832.55 | |
| Sale | 11/26/2018 | -67,670.00 | $63.7300 | $4,312,609.10 | |
| Sale | 12/10/2018 | -88,788.00 | $57.0700 | $5,067,131.16 | |
| Sale | 12/18/2018 | -15,237.00 | $53.9300 | $821,731.41 | |
| Sale | 12/18/2018 | -20,927.00 | $53.9300 | $1,128,593.11 | |
| Sale | 12/20/2018 | -2,436.00 | $52.2700 | $127,329.72 | |
| Sale | 12/21/2018 | -6,993.00 | $50.2400 | $351,328.32 | |
| Sale | 12/27/2018 | -30,960.00 | $51.7700 | $1,602,799.20 | |
| Sale | 12/27/2018 | -9,393.00 | $51.7700 | $486,275.61 | |
| Sale | 2/1/2019 | -10,331.00 | $63.6700 | $657,774.77 | |
| Sale | 2/12/2019 | -477.00 | $62.6700 | $29,893.59 | |
| Sale | 2/21/2019 | -4,708.00 | $64.3200 | $302,818.56 | |
| Sale | 3/1/2019 | -2,722.00 | $64.4700 | $175,487.34 | |
| Sale | 3/4/2019 | -4,687.00 | $63.7500 | $298,796.25 | |
| Sale | 3/21/2019 | -5,452.00 | $63.9100 | $348,437.32 | |
| Sale | 3/21/2019 | -33,540.00 | $63.9100 | $2,143,541.40 | |
| Sale | 3/29/2019 | -1,109.00 | $62.2200 | $69,001.98 | |
| Sale | 4/3/2019 | -2,335.00 | $65.0600 | $151,915.10 | |
| Sale | 4/4/2019 | -3,322.00 | $65.8200 | $218,654.04 | |
| Sale | 4/8/2019 | -1,649.00 | $66.0700 | $108,949.43 | |
| Sale | 4/10/2019 | -852.00 | $65.5200 | $55,823.04 | |
| Sale | 4/24/2019 | -21,313.00 | $68.8300 | $1,466,973.79 | |
| Sale | 8/30/2019 | -606.00 | $64.3500 | $38,996.10 | |
| Sale | 9/10/2019 | -558.00 | $68.9800 | $38,490.84 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 9/11/2019 | -252.00 | $68.9000 | $17,362.80 | |
| Sale | 9/18/2019 | -346.00 | $70.0900 | $24,251.14 | |
| Sale | 9/19/2019 | -934.00 | $69.7300 | $65,127.82 | |
| Sale | 10/1/2019 | -858.00 | $68.1500 | $58,472.70 | |
| Sale | 10/23/2019 | -323.00 | $72.4500 | $23,401.35 | |
| Sale | 11/22/2019 | -703.00 | $74.8700 | $52,633.61 | |
| Sale | 2/3/2020 | -2,308.00 | $75.1300 | $173,400.04 | |
| Sale | 2/5/2020 | -413.00 | $78.8500 | $32,565.05 | |
| Sale | 2/21/2020 | -1,655.00 | $76.4400 | $126,508.20 | |
| Sale | 2/26/2020 | -3,989.00 | $68.1800 | $271,970.02 | |
| Sale | 2/28/2020 | -4,456.00 | $63.4600 | $282,777.76 | |
| Sale | 3/5/2020 | -61,065.00 | $63.4900 | $3,877,016.85 | |
| Sale | 3/9/2020 | -4,189.00 | $51.3700 | $215,188.93 | |
| Sale | 3/9/2020 | -119,197.00 | $51.3700 | $6,123,149.89 | |
| Sale | 3/10/2020 | -8,009.00 | $55.5800 | $445,140.22 | |
| Sale | 3/12/2020 | -7,908.00 | $43.2600 | $342,100.08 | |
| Sale | 3/12/2020 | -77,225.00 | $43.2600 | $3,340,753.50 | |
| Sale | 3/13/2020 | -40,449.00 | $51.0400 | $2,064,516.96 | |
| Sale | 3/17/2020 | -19,174.00 | $40.2500 | $771,753.50 | |
| Sale | 3/19/2020 | -9,550.00 | $39.6400 | $378,562.00 | |
| Sale | 3/24/2020 | -10,228.00 | $40.6600 | $415,870.48 | |
| Sale | 3/24/2020 | -13,109.00 | $40.6600 | $533,011.94 | |
| Sale | 4/1/2020 | -63,511.00 | $38.5100 | $2,445,808.61 | |
| Sale | 4/1/2020 | -9,686.00 | $38.5100 | $373,007.86 | |
| Sale | 4/2/2020 | -3,579.00 | $39.2300 | $140,404.17 | |
| Sale | 4/3/2020 | -13,714.00 | $37.4900 | $514,137.86 | |
| Sale | 4/23/2020 | -2,952.00 | $42.4600 | $125,341.92 | |
| Sale | 5/26/2020 | -1,659.00 | $48.1700 | $79,914.03 | |
| Sale | 5/27/2020 | -1,961.00 | $52.2600 | $102,481.86 | |
| Sale | 6/3/2020 | -1,482.00 | $53.3400 | $79,049.88 | |
| Sale | 6/5/2020 | -8,843.00 | $58.8600 | $520,498.98 | |
| Sale | 6/5/2020 | -3,452.00 | $58.8600 | $203,184.72 | |
| Sale | 6/12/2020 | -1,746.00 | $52.2500 | $91,228.50 | |
| Sale | 6/12/2020 | -394,578.00 | $52.2500 | $20,616,700.50 | |
| Sale | 6/12/2020 | -166,287.00 | $52.2500 | $8,688,495.75 | |
| Sale | 6/15/2020 | -587.00 | $52.9800 | $31,099.26 | |
| Sale | 6/15/2020 | -415.00 | $50.5939 | $20,996.47 | |
| Sale | 6/24/2020 | -108,658.00 | $50.8100 | $5,520,912.98 | |
| Sale | 6/24/2020 | -117,490.00 | $50.8100 | $5,969,666.90 | |
| Sale | 6/24/2020 | -108,708.00 | $50.8100 | $5,523,453.48 | |
| Sale | 6/24/2020 | -88,620.00 | $50.8100 | $4,502,782.20 | |
| Sale | 7/22/2020 | -3,846.00 | $51.6600 | $198,684.36 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
| --- | --- | --- | --- | --- | --- |
| | | | | | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 7/22/2020 | -4,215.00 | $51.6600 | $217,746.90 | |
| Sale | 7/22/2020 | -3,850.00 | $51.6600 | $198,891.00 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -3,569,860.00 | | $195,875,340.30 | ($21,931,611.22) |
| | | | | | |
| Purchase | 7/20/2017 | 7,310.00 | $66.4175 | ($485,511.93) | |
| Purchase | 7/20/2017 | 2,840.00 | $66.3600 | ($188,462.40) | |
| Purchase | 7/20/2017 | 312,927.00 | $66.4175 | ($20,783,829.02) | |
| Purchase | 8/18/2017 | 3,330.00 | $66.5800 | ($221,711.40) | |
| Purchase | 8/24/2017 | 4,175.00 | $67.6900 | ($282,605.75) | |
| Purchase | 7/24/2020 | 261.00 | $51.6700 | ($13,485.87) | |
| Purchase | 7/27/2020 | 370.00 | $51.2900 | ($18,977.30) | |
| Purchase | 7/31/2020 | 2,949.00 | $50.0100 | ($147,479.49) | |
| Purchase | 7/31/2020 | 3,289.00 | $50.0100 | ($164,482.89) | |
| Purchase | 7/31/2020 | 3,731.00 | $50.0100 | ($186,587.31) | |
| Purchase | 7/31/2020 | 7,625.00 | $50.0100 | ($381,326.25) | |
| Purchase | 8/4/2020 | 9,595.00 | $50.1400 | ($481,093.30) | |
| Purchase | 8/4/2020 | 8,174.00 | $50.1400 | ($409,844.36) | |
| Purchase | 8/4/2020 | 8,302.00 | $50.1400 | ($416,262.28) | |
| Purchase | 8/7/2020 | 8,125.00 | $52.1200 | ($423,475.00) | |
| Purchase | 8/19/2020 | 10,812.00 | $50.2900 | ($543,735.48) | |
| Purchase | 8/19/2020 | 12,203.00 | $50.2900 | ($613,688.87) | |
| Purchase | 8/19/2020 | 11,244.00 | $50.2900 | ($565,460.76) | |
| Purchase | 8/19/2020 | 5,057.00 | $50.2900 | ($254,316.53) | |
| Purchase | 8/21/2020 | 695.00 | $49.3000 | ($34,263.50) | |
| Purchase | 8/25/2020 | 258.00 | $51.6500 | ($13,325.70) | |
| *Total Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | 423,272.00 | | ($26,629,925.39) | |
| | | | | | |
| Sale | 9/22/2020 | -14,909.00 | $43.2900 | $645,410.61 | |
| Sale | 9/22/2020 | -19,411.00 | $43.2900 | $840,302.19 | |
| Sale | 9/22/2020 | -17,815.00 | $43.2900 | $771,211.35 | |
| Sale | 9/22/2020 | -18,517.00 | $43.2900 | $801,600.93 | |
| Sale | 9/23/2020 | -6,497.00 | $41.8500 | $271,899.45 | |
| Sale | 9/23/2020 | -2,898.00 | $41.8500 | $121,281.30 | |
| Sale | 9/23/2020 | -6,687.00 | $41.8500 | $279,850.95 | |
| Sale | 9/23/2020 | -5,976.00 | $41.8500 | $250,095.60 | |
| Sale | 9/23/2020 | -5,691.00 | $41.8500 | $238,168.35 | |
| Sale | 9/25/2020 | -1,497.00 | $42.0200 | $62,903.94 | |
| *Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | -99,898.00 | | $4,282,724.67 | |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale [2] | 10/13/2020 | -14,543.00 | $43.6800 | $635,238.24 | |
| Sale [2] | 10/13/2020 | -16,506.00 | $43.6800 | $720,982.08 | |
| Sale [2] | 10/13/2020 | -14,291.00 | $43.6800 | $624,230.88 | |
| Sale [2] | 10/13/2020 | -9,265.00 | $43.6800 | $404,695.20 | |
| Sale [2] | 10/15/2020 | -285.00 | $43.6100 | $12,428.85 | |
| Sale [2] | 10/19/2020 | -152.00 | $43.2820 | $6,578.86 | |
| Post-Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures | | -55,042.00 | | $2,404,154.11 | |
| Retained Shares [3] | | 268,332.00 | $51.3698 | $13,784,165.16 | |

LIFO Gain/(Loss) Based on Dura:    ($6,158,881.44)

Financial Interest Analysis for KBC Asset Management NV - PRICOS

Class Period: January 15, 2016 to October 12, 2020

Dura [1] LIFO Analysis - Citigroup Inc. Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | |
| Purchase | 7/20/2016 | 42,051.00 | $44.3323 | ($1,864,217.55) |
| Purchase | 8/22/2016 | 3,444.00 | $46.3716 | ($159,703.79) |
| Purchase | 10/25/2016 | 40,000.00 | $49.5032 | ($1,980,128.00) |
| Purchase | 2/17/2017 | 3,687.00 | $59.6395 | ($219,890.84) |
| Purchase | 7/24/2017 | 5,346.00 | $65.9200 | ($352,408.32) |
| Purchase | 11/29/2017 | 3,105.00 | $74.4132 | ($231,052.99) |
| Purchase | 2/20/2018 | 1,816.00 | $77.0005 | ($139,832.91) |
| Purchase | 12/7/2018 | 3,223.00 | $59.3724 | ($191,357.25) |
| Purchase | 2/5/2019 | 943.00 | $63.7900 | ($60,153.97) |
| Purchase | 8/14/2019 | 4,941.00 | $62.8781 | ($310,680.69) |
| Purchase | 11/20/2019 | 1,475.00 | $74.7000 | ($110,182.50) |
| Purchase | 1/23/2020 | 4,613.00 | $79.5230 | ($366,839.60) |
| Purchase | 2/21/2020 | 4,330.00 | $77.5000 | ($335,575.00) |
| Purchase | 2/28/2020 | 3,835.00 | $62.0200 | ($237,846.70) |
| Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure | | 122,809.00 | | ($6,559,870.09) |
| Sale | 5/24/2017 | -4,455.00 | $61.8700 | $275,630.85 |
| Sale | 10/19/2017 | -5,280.00 | $72.3171 | $381,834.29 |
| Sale | 5/24/2018 | -4,484.00 | $69.7405 | $312,716.40 |
| Sale | 2/21/2019 | -5,585.00 | $64.6100 | $360,846.85 |
| Sale | 3/21/2019 | -5,636.00 | $63.6700 | $358,844.12 |
| Sale | 12/23/2019 | -1,286.00 | $78.6856 | $101,189.68 |
| Sale | 3/12/2020 | -26,000.00 | $45.5357 | $1,183,928.20 |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Sale | 3/18/2020 | -26,000.00 | $36.5633 | $950,645.80 | |
| Sale | 3/27/2020 | -4,201.00 | $44.2718 | $185,985.83 | |
| Sale | 3/30/2020 | -37,700.00 | $42.0071 | $1,583,667.67 | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 4/9/2020 | -1,098.00 | $48.3003 | $53,033.73 | |
| Sale | 6/11/2020 | -1,084.00 | $51.7611 | $56,109.03 | |
| *Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure* | | -122,809.00 | | $5,804,432.46 | ($755,437.64) |
| | | | | | |
| Purchase | 7/20/2016 | 35,599.00 | $44.3323 | ($1,578,185.55) | |
| Purchase | 6/24/2020 | 1,164.00 | $51.7000 | ($60,178.80) | |
| Purchase | 8/5/2020 | 1,779.00 | $50.5000 | ($89,839.50) | |
| *Total Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | 38,542.00 | | ($1,728,203.85) | |
| | | | | | |
| Sale | 9/25/2020 | -672.00 | $42.0000 | $28,224.00 | |
| *Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | -672.00 | | $28,224.00 | |
| | | | | | |
| Retained Shares [3] | | 37,870.00 | $51.3698 | $1,945,374.89 | |

**LIFO Gain/(Loss) Based on Dura:**    $245,395.04

**Financial Interest Analysis for KBC Asset Management NV - PRICOS Defensive**
**Class Period: January 15, 2016 to October 12, 2020**

Dura [1] LIFO Analysis - Citigroup Inc. Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | |
| | | | | |
| Purchase | 7/20/2016 | 1,362.00 | $44.3323 | ($60,380.59) |
| Purchase | 8/22/2016 | 284.00 | $46.3716 | ($13,169.53) |
| Purchase | 10/25/2016 | 1,713.00 | $49.5032 | ($84,798.98) |
| Purchase | 11/22/2016 | 163.00 | $55.6800 | ($9,075.84) |
| Purchase | 2/21/2017 | 361.00 | $60.2700 | ($21,757.47) |
| Purchase | 7/24/2017 | 361.00 | $65.9200 | ($23,797.12) |
| Purchase | 11/29/2017 | 245.00 | $74.4300 | ($18,235.35) |
| Purchase | 2/20/2018 | 135.00 | $77.0005 | ($10,395.07) |
| Purchase | 12/7/2018 | 376.00 | $59.4253 | ($22,343.91) |
| Purchase | 8/14/2019 | 261.00 | $62.9300 | ($16,424.73) |
| Purchase | 11/20/2019 | 87.00 | $74.7000 | ($6,498.90) |
| Purchase | 1/23/2020 | 294.00 | $79.1050 | ($23,256.87) |
| Purchase | 2/21/2020 | 310.00 | $77.5000 | ($24,025.00) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | (continued from previous page) |
|---|---|---|---|---|---|
| Purchase | 2/28/2020 | 319.00 | $62.1029 | ($19,810.83) | |
| Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure | | 6,271.00 | | ($353,970.19) | |
| | | | | | |
| Sale | 12/16/2016 | -85.00 | $60.2700 | $5,122.95 | |
| Sale | 3/28/2017 | -82.00 | $58.1900 | $4,771.58 | |
| Sale | 5/24/2017 | -277.00 | $61.8700 | $17,137.99 | |
| Sale | 10/19/2017 | -445.00 | $72.0572 | $32,065.45 | |
| Sale | 5/24/2018 | -483.00 | $69.7405 | $33,684.66 | |
| Sale | 2/21/2019 | -501.00 | $64.6100 | $32,369.61 | |
| Sale | 3/21/2019 | -406.00 | $63.4574 | $25,763.70 | |
| Sale | 12/24/2019 | -74.00 | $78.7000 | $5,823.80 | |
| Sale | 3/12/2020 | -1,020.00 | $45.3301 | $46,236.70 | |
| Sale | 3/18/2020 | -1,015.00 | $36.1750 | $36,717.63 | |
| Sale | 3/27/2020 | -358.00 | $44.2926 | $15,856.75 | Gain/(Loss) on Transactions Prior to 8/13/2020 Initial Disclosure |
| Sale | 3/30/2020 | -1,346.00 | $41.8919 | $56,386.50 | |
| Sale | 4/9/2020 | -90.00 | $48.8900 | $4,400.10 | |
| Sale | 6/11/2020 | -89.00 | $51.7611 | $4,606.74 | |
| Class Period Sales Matched to Class Period Purchases Sold Out Prior to 8/13/2020 Initial Disclosure | | -6,271.00 | | $320,944.16 | ($33,026.03) |
| | | | | | |
| Purchase | 7/20/2016 | 1,168.00 | $44.3323 | ($51,780.13) | |
| Purchase | 6/24/2020 | 81.00 | $51.7000 | ($4,187.70) | |
| Purchase | 8/5/2020 | 120.00 | $50.6117 | ($6,073.40) | |
| Total Class Period Purchases Held Through a Disclosure or Multiple Disclosures | | 1,369.00 | | ($62,041.23) | |
| | | | | | |
| Sale | 9/24/2020 | -96.00 | $41.7098 | $4,004.14 | |
| Class Period Sales Matched to Class Period Purchases Held Through a Disclosure or Multiple Disclosures | | -96.00 | | $4,004.14 | |
| | | | | | |
| Retained Shares [3] | | 1,273.00 | $51.3698 | $65,393.77 | |
| | | | | | |
| | | LIFO Gain/(Loss) Based on Dura: | | $7,356.68 | |
| | | | | | |
| | | Total KBC LIFO Gain/(Loss) Based on Dura: | | ($5,906,129.72) | |

[1] Dura loss is the summation of the cost of Class Period purchases held through the disclosures on 8/13/2020, 8/17/2020, 8/19/2020, 9/7/2020, 9/14/2020, 9/15/2020 and/or 10/13/2020 (the "Disclosures"), and the proceeds of sales matched to those purchases, as well as any retained shares. Retained shares are valued based on the 90-day lookback average.

[2] Post-Class Period sales are valued at the maximum of the actual sale price and the average price on the date of sale.

[3] Shares retained at the end of the Class Period are valued at the average price from October 13, 2020 to December 29, 2020.