# EXHIBIT D

Financial Interest Analysis for Pembroke Pines Firefighters & Police Officers Pension Fund
Class Period: January 15, 2016 to October 12, 2020

Dura [1] LIFO Analysis - Citigroup Inc. Common Stock

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | |
| Purchase | 1/6/2017 | 5,800.00 | $60.2608 | ($349,512.64) |
| *Total Class Period Purchases Held Through a Disclosure or Multiple Disclosures* | | 5,800.00 | | ($349,512.64) |
| Retained Shares [2] | | 5,800.00 | $51.3698 | $297,944.93 |
| | | LIFO Gain/(Loss) Based on Dura: | | ($51,567.71) |

[1] *Dura loss is the summation of the cost of Class Period purchases held through the disclosures on 8/13/2020, 8/17/2020, 8/19/2020, 9/7/2020, 9/14/2020, 9/15/2020 and/or 10/13/2020 (the "Disclosures"), and the proceeds of sales matched to those purchases, as well as any retained shares.  Retained shares are valued based on the 90-day lookback average.*

[2] *Shares retained at the end of the Class Period are valued at the average price from October 13, 2020 to December 29, 2020.*