# EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CENTURYLINK SALES PRACTICES AND SECURITIES LITIGATION** | **MDL No. 17-2795 (MJD/KMM)** |
| This Document Relates to: <br><br> No. 0:18-cv-00296 (MJD/KMM) <br> No. 0:18-cv-00297 (MJD/KMM) <br> No. 0:18-cv-00298 (MJD/KMM) <br> No. 0:18-cv-00299 (MJD/KMM) | **NOTICE OF WITHDRAWAL OF KBC ASSET MANAGEMENT NV'S LEAD PLAINTIFF MOTION AND ITS APPEAL OF THE MAGISTRATE JUDGE'S OCTOBER 20, 2017 ORDER** |

Having reviewed the sur-reply submitted by the State of Oregon, ECF No. 75-2, with respect to the appeal by KBC Asset Management NV ("KBC") of the Memorandum Order issued by the Magistrate Judge on October 20, 2017 (the "Order") appointing Oregon Lead Plaintiff, it appears that KBC does not have the largest financial interest in the relief sought by the proposed class and that Oregon has a greater financial interest than does KBC. Accordingly, KBC hereby withdraws its Lead Plaintiff motion and its appeal of the Order.

The withdrawal of KBC's (i) Lead Plaintiff motion, and (ii) appeal of the Order shall have no impact on KBC's membership in the proposed class, the right of KBC's funds to share in any recovery obtained for the benefit of class members, or KBC's ability to serve as a representative party herein should the need arise at a later date.

DATED: April 10, 2018

Respectfully submitted,

*s/ Karl L. Cambronne*
Karl L. Cambronne (No. 14321)
Bryan L. Bleichner (No. 0326689)
Jeffrey D. Bores (No. 227699)
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: (612) 339-7300
Facsimile: (612) 336-2940
Email:    kcambronne@chestnutcambronne.com
           bbleichner@chestnutcambronne.com
           jbores@chestnutcambronne.com

*Counsel for KBC Asset Management NV*

Gregg S. Levin (admitted *pro hac vice*)
Andrew P. Arnold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
Email:    glevin@motleyrice.com
           aarnold@motleyrice.com

William H. Narwold (admitted *pro hac vice*)
**MOTLEY RICE LLC**
20 Church St., 17th Floor
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
Email:    bnarwold@motleyrice.com

*Counsel for KBC Asset Management NV*

2