# EXHIBIT I

Financial Interest Analysis for Pembroke Pines Firefighters & Police Officers Pension Fund Based on Dura (Eros Method) [1]

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) | Disclosures Through Which Shares Were Held [2] | Cumulative Price Decline | Eros Method Dura LIFO Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Position | 1/15/2016 | 0.00 | | | | | | | | | | | |

Shares Purchased During the Class Period and Held Through a Disclosure or Multiple Disclosures

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds | Gain/(Loss) | Disclosures Through Which Shares Were Held [2] | Cumulative Price Decline | Eros Method Dura LIFO Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/6/2017 | 5,800.00 | $60.2608 | ($349,512.64) | Retained [3] | | -5,800.00 | $51.3698 | $297,944.93 | ($51,567.71) | 1,2,3,4,5,6,7 | ($9.67) | ($56,086.00) |
| | | 5,800.00 | | ($349,512.64) | | | -5,800.00 | | $297,944.93 | ($51,567.71) | | | ($56,086.00) |

Eros Method Dura LIFO Loss:   ($56,086.00)

[1] Dura losses based on the Eros Method is the summation of Class Period shares held through at least one of the partial disclosures on 8/13/2020, 8/17/2020, 8/19/2020, 9/7/2020, 9/14/2020 and 9/15/2020 and/or the final disclosure on 10/13/2020 (the "Disclosures") multiplied by the cumulative price decline for those applicable Disclosures.

[2] The following Disclosures and price declines/gains were used to calculate Dura losses.

| | Pled Disclosures | Price Decline/Gain |
|---|---|---|
| 1 | 8/13/2020 | ($0.46) |
| 2 | 8/17/2020 | ($1.47) |
| 3 | 8/19/2020 | ($1.84) |
| 4 | 9/7/2020 | $1.46 |
| 5 | 9/14/2020 | ($2.89) |
| 6 | 9/15/2020 | ($3.34) |
| 7 | 10/13/2020 | ($1.13) |

[3] Shares retained at the end of the Class Period are valued at the average price from October 13, 2020 to December 29, 2020.