**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Civil Action No. 1:20-cv-09132<br><br>CLASS ACTION |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON<br><br>Defendants. | Civil Action No. 1:20-cv-09573<br><br>CLASS ACTION |

*(caption continues on following page)*

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE MOTION OF
THE PUBLIC SECTOR PENSION INVESTMENT BOARD FOR APPOINTMENT AS
LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND
CONSOLIDATION OF RELATED ACTIONS**

|  |  |  |
|---|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated, | ) ) ) | Civil Action No. 1:20-cv-10360 |
|  | ) | CLASS ACTION |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | ) ) ) ) |  |
| Defendants. | ) ) |  |

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the motion filed by Public Sector Pension Investment Board ("PSP") for: appointment as Lead Plaintiff; approval of its selection of BFA to serve as Lead Counsel for the Class; consolidation of all related securities class actions; and any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Class Action Complaint for Violation of the Federal Securities Laws filed in *Scott v. CenturyLink, Inc.*, No. 3:17-cv-1033, ECF No. 1 (E.D. La. Aug. 15, 2017). |
| EXHIBIT B: | Class Action Complaint for Violation of the Federal Securities Laws filed in *Petersen v. CenturyLink, Inc.*, No. 2:17-cv-04579, ECF No. 1 (C.D. Cal. June 21, 2017). |
| EXHIBIT C: | Class Action Complaint for Violation of the Federal Securities Laws filed in *Thummeti v. CenturyLink, Inc.*, No. 1:17-cv-04695, ECF No. 1 (S.D.N.Y. June 21, 2017). |
| EXHIBIT D: | Class Action Complaint filed in *Pio v. General Motors Company*, 2:14-cv-11191, ECF No. 1 (E.D. Mich. Mar. 21, 2014). |
| EXHIBIT E: | Plan of Allocation for *In re MF Global Holdings Ltd. Sec. Litig.*, No. 1:11-cv-07866 (S.D.N.Y.) ("*MF Global*") as published on the "MF Global Holdings Limited Securities Litigation Website" available at: http://www.mfglobalsecuritiesclassaction.com/docs/poa.pdf. |
| EXHIBIT F: | Contact information for Co-Lead Counsel in *MF Global* listing Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel as published on the "MF Global Holdings Limited Securities Litigation Website" available at: http://www.mfglobalsecuritiesclassaction.com/contact.php. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January 2021.


/s/ Javier Bleichmar
Javier Bleichmar

2