# EXHIBIT F

# MF Global Holdings Limited Securities Litigation

## www.MFGlobalSecuritiesClassAction.com

### Contact Us

If you have questions which are not answered by this website, please contact us at:

Claims Administrator

*In re MF Global Holdings Limited Securities Litigation*
P.O. Box 10164
Dublin, OH 43017-3164
(877) 940-5045
Info@mfglobalsecuritiesclassaction.com

Co-Lead Counsel

| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | BLEICHMAR FONTI TOUNTAS & AULD LLP |
| Salvatore J. Graziano, Esq. | Javier Bleichmar, Esq. |
| 1251 Avenue of the Americas | or 7 Times Square, 27th Floor |
| New York, NY 10020 | New York, NY 10036 |
| (800) 380-8496 | (212) 789-1341 |
| blbg@blbglaw.com | settlements@bfalaw.com |

- Home
- Settlement Notices
- Court Documents
- Contact Us

- Privacy Notice | © 2021 GCG All Rights Reserved