**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated, | Case No. 1:20-cv-9132-AJN |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, | <u>JURY TRIAL DEMANDED</u> |
| Defendants. | |

*Captions continued on next page.*

**REPLY DECLARATION OF HANNAH ROSS IN FURTHER SUPPORT OF THE MOTION OF KBC ASSET MANAGEMENT NV AND PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS, <u>AND IN OPPOSITION TO THE COMPETING MOTIONS</u>**

| | |
|---|---|
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-9573-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |
| TIMOTHY LIM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>Defendants. | Case No. 1:20-cv-10360-AJN<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

I, Hannah Ross, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP.  I respectfully submit this reply declaration in further support of the Motion of KBC Asset Management NV and Pembroke Pines Firefighters & Police Officers Pension Fund for appointment as Lead Plaintiff, approval of their selection of Lead Counsel, and consolidation of the above-captioned related actions, and in opposition to the competing motions.

2.      Attached as Exhibit A is a true and correct copy of the Declaration of Michael L. Hartzmark, Ph.D.

3.      Attached as Exhibit B is a true and correct copy of the Federal Reserve Board's August 10, 2018 press release titled "Federal Reserve Board fines Citigroup $8.6 million for the improper execution of residential mortgage-related documents and announces termination of 2011 enforcement action."

4.      Attached as Exhibit C is a true and correct copy of the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, issued by the Board of Governors of the Federal Reserve System against Citigroup Inc., dated August 10, 2018.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of January, 2021.

/s/ Hannah Ross
Hannah Ross