# EXHIBIT B

**News**Room

8/10/18 Fed. Res. Press Releases (Pg. Unavail. Online)
2018 WLNR 24542100

Federal Reserve Press Releases
Copyright (c) 2018 Northern Light Group, LLC. All Rights Reserved.

August 10, 2018

Federal Reserve Board fines Citigroup $8.6 million for the improper execution
of residential mortgage-related documents and announces termination o...

Federal Reserve Board fines Citigroup $8.6 million for the improper execution of residential mortgage-related documents and announces termination of 2011 enforcement action

August 10, 2018
**Federal Reserve Board fines Citigroup $8.6 million for the improper execution of residential mortgage-related documents and announces termination of 2011 enforcement action**
For release at 11:00 a.m. EDT

The Federal Reserve Board on Friday announced an $8.6 million fine against Citigroup for the improper execution of residential mortgage-related documents.

The $8.6 million penalty addresses the deficient execution and notarization of certain mortgage-related affidavits prepared by a subsidiary, CitiFinancial. The improper practices occurred in 2015 and were corrected. CitiFinancial exited the mortgage servicing business in 2017.

Also on Friday, the Board announced the termination of an enforcement action from 2011 against Citigroup and CitiFinancial related to residential mortgage loan servicing. The termination of this action was based on evidence of sustainable improvements.

For media inquiries, call 202-452-2955.

Last Update: August 10, 2018

**---- Index References ----**

Company: CITIFINANCIAL INC; CITIGROUP INC

News Subject: (Economic Policy & Policymakers (1EC69); Economics & Trade (1EC26); Major Corporations (1MA93); Monetary Policy (1MO18))

Industry: (Banking (1BA20); Consumer Finance (1CO55); Federal Reserve (1FE99); Financial Services (1FI37); Financial Services Regulatory (1FI03); Loans (1LO12); Major Central Banks (1MA01); Mortgage Banking (1MO85); Retail Banking Services (1RE38))

Language: EN

Word Count: 150

**End of Document**
© 2021 Thomson Reuters. No claim to original U.S. Government Works.