

Javier Bleichmar
Partner
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

January 26, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

Re:    *City of Sunrise Firefighters' Pension Fund v. Citigroup Inc., et al.*, No. 1:20-cv-
09132-AJN (S.D.N.Y.); *City of Sterling Heights General Employees' Retirement
System v. Citigroup Inc., et al.*, No. 20-cv-09573-AJN (S.D.N.Y.); *Timothy Lim v.
Citigroup Inc. et al.*, No. 20-cv-10360-AJN (S.D.N.Y.)

Dear Judge Nathan:

We represent Lead Plaintiff Movant Public Sector Pension Investment Board ("PSP") in
the above-referenced matters.  Pursuant to Section 3(B) of the Court's Individual Practices in
Civil Cases and Local Civil Rule 7.1(d), we respectfully request permission to submit a sur-reply
to the reply memorandum filed by Lead Plaintiff movant KBC Asset Management NV and
Pembroke Pines Firefighters & Police Officers Pension Fund ("KBC and Pembroke").  *See* ECF
No. 51.  The proposed sur-reply is attached as Exhibit 1 together with the accompanying
declaration of Javier Bleichmar and two referenced exhibits.

A sur-reply is necessary because KBC and Pembroke raise new facts and issues for the
first time on reply.  The new facts and issues relate to the calculation of the financial interest for
PSP, as well as KBC and Pembroke, which is the subject of the pending Lead Plaintiff motions.
*See* ECF Nos. 25, 37.  For the first time on reply, KBC and Pembroke put forward an unpled,
partial disclosure in August 2018 to increase their recoverable losses or contend that the Court
should not consider what they stand to recover in this case.  *See* ECF No. 51 at 5-9.

The August 2018 disclosure was never mentioned in the three complaints investors filed,
including the complaint filed by KBC and Pembroke's counsel in *City of Sunrise* (ECF No. 1),
the notices published to investors apprising them of this case, or in any of the briefs previously
filed by KBC and Pembroke or any other Lead Plaintiff movant.  KBC and Pembroke also
submitted on reply a 22-page expert report in support of their new position.

This Court has rejected attempts virtually identical to those of KBC and Pembroke here.
*See Maliarov v. Eros Int'l PLC*, 2016 WL 1367246, at *4 (S.D.N.Y. Apr. 5, 2016) (Nathan, J.)
(rejecting attempt by movant to inject "additional disclosure allegations in the eleventh hour"



Hon. Alison J. Nathan
January 26, 2021
Page 2

when "[t]he specter of gamesmanship . . . causes the Court to question whether [movant] will 'fairly and adequately protect the interests of the class'").

PSP respectfully requests leave to file the attached sur-reply and accompanying documents to address the new issues KBC and Pembroke raised on reply.

Respectfully submitted,


/s/ *Javier Bleichmar*
    Javier Bleichmar


cc: All counsel of record (via ECF)