## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF SUNRISE FIREFIGHTERS' PENSION FUND, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON,<br><br>           Defendants. | Civil Action No. 1:20-cv-09132<br><br>CLASS ACTION |
| CITY OF STERLING HEIGHTS GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH and MARK A.L. MASON<br><br>           Defendants. | Civil Action No. 1:20-cv-09573<br><br>CLASS ACTION |

*(caption continues on following page)*

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE SURREPLY IN FURTHER SUPPORT OF THE MOTION OF THE PUBLIC SECTOR PENSION INVESTMENT BOARD FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

|  |  |
|---|---|
| TIMOTHY LIM, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITIGROUP INC., MICHAEL L. CORBAT, JOHN C. GERSPACH, and MARK A. L. MASON, )<br><br>Defendants. ) | Civil Action No. 1:20-cv-10360<br><br>CLASS ACTION |

I, Javier Bleichmar, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in further support of the motion filed by Public Sector Pension Investment Board ("PSP") for: appointment as Lead Plaintiff; approval of its selection of BFA to serve as Lead Counsel for the Class; consolidation of all related securities class actions; and any such further relief as the Court may deem just and proper.

2.    Attached as Exhibits A and B are true and correct copies of the following documents:

EXHIBIT A:    Notice of Pendency of *Timothy Lim v. Citigroup Inc.*, No. 1:20-cv-10360 (S.D.N.Y.) published on December 9, 2020.

EXHIBIT B:    Chart depicting the calculation of PSP's recoverable losses under *Dura Pharms., Inc. v. Broudo*, 544 U.S. 336 (2005), including the purported August 10, 2018 disclosure, prepared by counsel for PSP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of January 2021.

/s/ Javier Bleichmar
Javier Bleichmar