# EXHIBIT A

# Pomerantz Law Firm Announces the Filing of a Class Action against Citigroup Inc. and Certain Officers - C

NEWS PROVIDED BY
**Pomerantz LLP** →
Dec 09, 2020, 16:32 ET

NEW YORK, Dec. 9, 2020 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Citigroup Inc. ("Citi" or the "Company") (NYSE: C) and certain of its officers.   The class action, filed in United States District Court for the Southern District of New York, and docketed under 20-cv-10360, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Citi securities between January 15, 2016 and October 12, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Citi securities during the Class Period, you have until December 29, 2020, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at www.pomerantzlaw.com.   To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Citi is a multinational investment bank and financial services corporation.

The Complaint alleges that throughout the Class Period, Citi assured investors that there were no significant deficiencies or material weaknesses in the Company's internal controls.  When faced with periodic regulatory penalties for noncompliance, the Company continued to assure investors that the specific deficiencies at issue were being remediated promptly and that internal controls and regulatory compliance were a top priority at Citi.  In particular, Citi assured investors that it satisfied all regulatory requirements and maintained adequate internal controls, data governance, compliance risk management, and enterprise risk management.

In reality, during the Class Period and unbeknownst to investors, Citi's internal controls and risk management capabilities suffered from "serious" and "longstanding" inadequacies that exposed the Company to massive regulatory penalties and will cost significantly more than $1 billion to remediate.  Specific control failures about which Citi executives were warned remained unresolved for years and the Company's culture of non-compliance was so widespread that Citi's Chief Executive Officer, Defendant Michael L. Corbat, exhorted employees in an internal memo that regulatory compliance required more than "checking boxes."

The truth began to emerge on September 14, 2020, when reports surfaced that regulators were preparing to reprimand Citi for failing to improve its risk-management systems.  That disclosure caused the price of Citi's stock to decline $2.85 per share, from $51.00 to $48.15, erasing $5.91 billion in shareholder value.

After the market closed on September 14, 2020, an internal memo sent to Citi employees revealed for the first time the Company's disregard for adequate internal controls and regulatory compliance.  As a result, the price of Citi's stock declined an additional $3.34 per share, from $48.15 to $44.81, erasing $6.93 billion in shareholder value.

Then, on October 13, 2020, Citi reported earnings for the third quarter of 2020 and disclosed that the Company's expenses increased during the third quarter by 5%, to $11 billion, due to an increase in costs including a $400 million fine, investments in infrastructure, and other remediation costs related to control deficiencies.  These disclosures caused Citi's stock price to decline by $2.20 per share, from $45.88 to $43.68, erasing $4.57 billion in shareholder value.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com.

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP

Related Links

www.pomerantzlaw.com

/