# EXHIBIT A

### EXCHANGE TRADED OPTION SERIES[1]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. | C | 201016P00050000 | 2. | C | 200918P00050000 | 3. | C | 210115P00065000 |
| 4. | C | 210115P00070000 | 5. | C | 200918P00055000 | 6. | C | 220121P00050000 |
| 7. | C | 201218P00060000 | 8. | C | 210115P00060000 | 9. | C | 210115C00050000 |
| 10. | C | 210115P00055000 | 11. | C | 210115P00050000 | 12. | C | 200918C00045000 |
| 13. | C | 210115P00075000 | 14. | C | 200918C00050000 | 15. | C | 220121C00050000 |
| 16. | C | 200918P00052500 | 17. | C | 210115C00055000 | 18. | C | 210115P00045000 |
| 19. | C | 220121P00060000 | 20. | C | 210115P00062500 | 21. | C | 210115C00060000 |
| 22. | C | 200918P00050500 | 23. | C | 200925P00051000 | 24. | C | 201218C00045000 |
| 25. | C | 220121P00055000 | 26. | C | 200918P00049000 | 27. | C | 210115P00052500 |
| 28. | C | 210115P00072500 | 29. | C | 201218C00052500 | 30. | C | 200925P00051500 |
| 31. | C | 220121C00055000 | 32. | C | 210115P00040000 | 33. | C | 220121P00045000 |
| 34. | C | 220121C00060000 | 35. | C | 201218P00052500 | 36. | C | 210319P00050000 |
| 37. | C | 210115C00045000 | 38. | C | 210115P00067500 | 39. | C | 201218P00047500 |
| 40. | C | 220121C00045000 | 41. | C | 210115C00040000 | 42. | C | 210115P00090000 |
| 43. | C | 201218P00045000 | 44. | C | 201016C00055000 | 45. | C | 210115P00057500 |
| 46. | C | 210115P00047500 | 47. | C | 220121C00040000 | 48. | C | 201016C00050000 |
| 49. | C | 200918P00060000 | 50. | C | 210618P00045000 | 51. | C | 210618P00050000 |
| 52. | C | 220121P00065000 | 53. | C | 220121P00040000 | 54. | C | 210115C00047500 |
| 55. | C | 210115C00052500 | 56. | C | 201016P00047500 | 57. | C | 201218P00050000 |
| 58. | C | 210115P00080000 | 59. | C | 210115P00042500 | 60. | C | 201218C00055000 |
| 61. | C | 210319P00045000 | 62. | C | 200918P00051000 | 63. | C | 200918P00065000 |
| 64. | C | 220121P00072500 | 65. | C | 200918P00047500 | 66. | C | 220121P00057500 |
| 67. | C | 201218P00042500 | 68. | C | 201218C00050000 | 69. | C | 210319P00047500 |
| 70. | C | 210319P00040000 | 71. | C | 210917C00042500 | 72. | C | 210115C00057500 |
| 73. | C | 210115C00042500 | 74. | C | 201218C00047500 | 75. | C | 220121P00062500 |

[1] Each option series is referenced based on a series of letters and numbers that correspond to key information about the option. The following table explains the meaning of each letter and number using the example of the first option listed above: C 201016P00050000.

| Component | Value | Portion of Symbol |
|---|---|---|
| Root Common Stock Symbol | C (Citigroup) | **C** 201016P00050000 |
| Expiration Year | 20 | C **20**1016P00050000 |
| Expiration Month | 10 | C 20**10**16P00050000 |
| Expiration Day | 16 | C 2010**16**P00050000 |
| Call or Put | Put | C 201016**P**00050000 |
| Strike Price (The decimal point falls 3 places from the right) | $50.00 | C 201016P**00050000** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 76. | C | 220121P00042500 | 77. | C | 201218C00057500 | 78. | C | 210618C00050000 |
| 79. | C | 201218C00060000 | 80. | C | 201120P00050000 | 81. | C | 200918P00067500 |
| 82. | C | 200918P00045000 | 83. | C | 201016C00043000 | 84. | C | 201016P00045000 |
| 85. | C | 201218P00065000 | 86. | C | 210115P00077500 | 87. | C | 200918P00048000 |
| 88. | C | 220121P00070000 | 89. | C | 210115C00065000 | 90. | C | 210618C00055000 |
| 91. | C | 220121P00075000 | 92. | C | 201106P00042000 | 93. | C | 210319P00042500 |
| 94. | C | 201016C00042500 | 95. | C | 201016P00042500 | 96. | C | 201016P00052500 |
| 97. | C | 220121C00075000 | 98. | C | 220121P00047500 | 99. | C | 210917P00045000 |
| 100. | C | 201016C00045000 | 101. | C | 210618P00040000 | 102. | C | 201016C00052500 |
| 103. | C | 200918P00049500 | 104. | C | 210618P00055000 | 105. | C | 201218C00040000 |
| 106. | C | 200918P00057500 | 107. | C | 220121P00052500 | 108. | C | 220121C00030000 |
| 109. | C | 210618C00052500 | 110. | C | 200918C00052500 | 111. | C | 200918C00047500 |
| 112. | C | 201002P00050000 | 113. | C | 220121P00037500 | 114. | C | 210618C00047500 |
| 115. | C | 201016C00047500 | 116. | C | 210618P00042500 | 117. | C | 201016C00042000 |
| 118. | C | 220121P00080000 | 119. | C | 210618C00060000 | 120. | C | 200918P00051500 |
| 121. | C | 210115C00070000 | 122. | C | 210319C00052500 | 123. | C | 220121C00047500 |
| 124. | C | 200918C00048000 | 125. | C | 210618P00047500 | 126. | C | 200918P00052000 |
| 127. | C | 201218P00040000 | 128. | C | 220121C00070000 | 129. | C | 210917P00047500 |
| 130. | C | 210618C00045000 | 131. | C | 220121C00052500 | 132. | C | 201218P00055000 |
| 133. | C | 210115P00082500 | 134. | C | 210115P00037500 | 135. | C | 210618P00072500 |
| 136. | C | 210319C00050000 | 137. | C | 210917P00040000 | 138. | C | 220121C00065000 |
| 139. | C | 220121C00057500 | 140. | C | 201218P00072500 | 141. | C | 200918P00075000 |
| 142. | C | 210115C00035000 | 143. | C | 210917C00052500 | 144. | C | 210618C00042500 |
| 145. | C | 210618C00040000 | 146. | C | 220121C00062500 | 147. | C | 220121C00042500 |
| 148. | C | 200918P00070000 | 149. | C | 210115P00085000 | 150. | C | 220121P00067500 |
| 151. | C | 201120C00050000 | 152. | C | 201016C00044000 | 153. | C | 200918C00055000 |
| 154. | C | 201016C00043500 | 155. | C | 201120C00047500 | 156. | C | 220121C00035000 |
| 157. | C | 210115C00037500 | 158. | C | 200918C00042500 | 159. | C | 210319P00052500 |
| 160. | C | 210618P00060000 | 161. | C | 210618P00037500 | 162. | C | 210115P00095000 |
| 163. | C | 201120C00040000 | 164. | C | 210917P00050000 | 165. | C | 200925P00050000 |
| 166. | C | 210115P00035000 | 167. | C | 201218P00057500 | 168. | C | 201016C00046000 |
| 169. | C | 201120C00045000 | 170. | C | 201002P00048500 | 171. | C | 210618P00065000 |
| 172. | C | 200918P00048500 | 173. | C | 200918P00062500 | 174. | C | 210618P00035000 |
| 175. | C | 230120P00045000 | 176. | C | 200918P00047000 | 177. | C | 200925C00052000 |
| 178. | C | 200925P00048000 | 179. | C | 210115C00062500 | 180. | C | 200918C00051000 |
| 181. | C | 201023P00047500 | 182. | C | 201218P00080000 | 183. | C | 200918C00052000 |
| 184. | C | 210319C00045000 | 185. | C | 201218C00042500 | 186. | C | 200918P00046000 |
| 187. | C | 210319C00055000 | 188. | C | 210115C00075000 | 189. | C | 201120C00042500 |
| 190. | C | 220121P00115000 | 191. | C | 200918P00077500 | 192. | C | 201218C00062500 |
| 193. | C | 210618C00065000 | 194. | C | 201218P00070000 | 195. | C | 210319C00047500 |
| 196. | C | 210319C00040000 | 197. | C | 210917C00055000 | 198. | C | 201218C00037500 |
| 199. | C | 210917C00047500 | 200. | C | 201016P00055000 | 201. | C | 210115C00032500 |
| 202. | C | 200925P00055500 | 203. | C | 220121P00035000 | 204. | C | 210115C00072500 |
| 205. | C | 201120P00042500 | 206. | C | 201016C00045500 | 207. | C | 200918C00049000 |
| 208. | C | 201016C00060000 | 209. | C | 201218P00077500 | 210. | C | 220121C00080000 |
| 211. | C | 201002P00045000 | 212. | C | 201016P00057500 | 213. | C | 200918C00040000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 214. | C | 201120P00047500 | 215. | C | 201120P00045000 | 216. | C | 230120C00050000 |
| 217. | C | 200918P00054000 | 218. | C | 210618C00035000 | 219. | C | 201002C00049000 |
| 220. | C | 210917P00042500 | 221. | C | 220121C00020000 | 222. | C | 200925C00051500 |
| 223. | C | 210115C00067500 | 224. | C | 201218P00037500 | 225. | C | 200925P00050500 |
| 226. | C | 200918P00053000 | 227. | C | 200925P00054000 | 228. | C | 210618C00037500 |
| 229. | C | 200925C00052500 | 230. | C | 230120P00055000 | 231. | C | 210618P00052500 |
| 232. | C | 201030C00045000 | 233. | C | 200925C00051000 | 234. | C | 201218P00067500 |
| 235. | C | 201023P00049500 | 236. | C | 201016C00046500 | 237. | C | 200925P00049500 |
| 238. | C | 220121P00030000 | 239. | C | 210319C00062500 | 240. | C | 201002C00051500 |
| 241. | C | 210618C00057500 | 242. | C | 200918C00051500 | 243. | C | 220121C00072500 |
| 244. | C | 201023P00050500 | 245. | C | 201009P00051000 | 246. | C | 220121P00032500 |
| 247. | C | 201002P00051000 | 248. | C | 201009P00051500 | 249. | C | 210319P00037500 |
| 250. | C | 201218C00035000 | 251. | C | 220121C00100000 | 252. | C | 200918P00046500 |
| 253. | C | 210115P00032500 | 254. | C | 210319C00057500 | 255. | C | 200925P00056000 |
| 256. | C | 201120C00052500 | 257. | C | 230120C00035000 | 258. | C | 200918C00053000 |
| 259. | C | 210917C00062500 | 260. | C | 201218C00065000 | 261. | C | 201218P00062500 |
| 262. | C | 230120C00030000 | 263. | C | 201106P00048500 | 264. | C | 201016C00047000 |
| 265. | C | 200925C00055000 | 266. | C | 200925C00045000 | 267. | C | 210917C00050000 |
| 268. | C | 220121C00085000 | 269. | C | 210618P00062500 | 270. | C | 201120P00040000 |
| 271. | C | 201009C00045000 | 272. | C | 201016P00045500 | 273. | C | 210319C00060000 |
| 274. | C | 201023C00042000 | 275. | C | 210115P00100000 | 276. | C | 200925P00049000 |
| 277. | C | 200918P00042500 | 278. | C | 230120C00025000 | 279. | C | 200918C00050500 |
| 280. | C | 201030C00047500 | 281. | C | 201023P00050000 | 282. | C | 210618C00062500 |
| 283. | C | 210618C00030000 | 284. | C | 201218P00075000 | 285. | C | 201016C00057500 |
| 286. | C | 201023P00048000 | 287. | C | 201016P00044000 | 288. | C | 201218P00035000 |
| 289. | C | 201002P00050500 | 290. | C | 201016C00040000 | 291. | C | 201120P00037500 |
| 292. | C | 201023C00045000 | 293. | C | 201009P00047500 | 294. | C | 210319P00055000 |
| 295. | C | 210618P00057500 | 296. | C | 210618P00075000 | 297. | C | 201009C00054000 |
| 298. | C | 230120P00035000 | 299. | C | 201023C00048000 | 300. | C | 220121C00067500 |
| 301. | C | 200925P00052500 | 302. | C | 201023P00048500 | | | |