# EXHIBIT B

## CERTIFICATION

I, Mélanie Bernier, on behalf of Public Sector Pension Investment Board ("PSP"), as Senior Vice President and Chief Legal Officer of PSP, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of PSP.

2. I have reviewed the Consolidated Amended Class Action Complaint (the "Complaint") against Citigroup, Inc. ("Citigroup") and others alleging violations of the federal securities laws and have authorized its filing.

3. PSP did not purchase or sell securities of Citigroup that are the subject of the Complaint at the direction of counsel in order to participate in any private action under the federal securities laws.

4. PSP is willing to serve as lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary.

5. PSP's transactions in the Citigroup securities that are the subject of the Complaint during the class period specified therein of January 15, 2016 to October 12, 2020, inclusive (the "Class Period") are reflected in Schedule A, attached hereto.

6. For securities retained, PSP owns and holds legal title to the securities that are the subject of the Complaint. For securities sold, PSP owned and held legal title to the securities that are the subject of the Complaint at all relevant times.

7. PSP has not sought to serve as a representative party in a class action under the federal securities laws during the last three years, other than in this instant action.

8. Beyond its *pro rata* share of any recovery, PSP will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 20 day of April, 2021.

DocuSigned by:<br>
*Melanie Bernier*<br>
D8260BC35BFC459...<br>
Mélanie Bernier<br>
Senior Vice President and Chief Legal Officer<br>
*Public Sector Pension Investment Board*

## SCHEDULE A
## TRANSACTIONS IN
## Citigroup, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Sale | 01/15/2016 | -5,585.00 | 42.40 | $236,781.10 |
| Sale | 01/15/2016 | -5,585.00 | 42.40 | $236,829.13 |
| Sale | 01/15/2016 | -16,755.00 | 42.42 | $710,817.47 |
| Sale | 01/19/2016 | -168.00 | 43.00 | $7,224.22 |
| Sale | 01/19/2016 | -11,170.00 | 42.99 | $480,215.06 |
| Sale | 01/19/2016 | -19,729.00 | 42.65 | $841,449.74 |
| Sale | 01/19/2016 | -8,559.00 | 42.99 | $367,993.35 |
| Sale | 01/19/2016 | -16,587.00 | 42.86 | $710,879.01 |
| Purchase | 01/20/2016 | 7,419.00 | 40.85 | ($303,063.18) |
| Sale | 01/21/2016 | -7,419.00 | 40.91 | $303,523.90 |
| Sale | 01/21/2016 | -68,600.00 | 40.15 | $2,754,290.00 |
| Purchase | 01/22/2016 | 10,637.00 | 41.13 | ($437,494.49) |
| Purchase | 01/22/2016 | 1,472.00 | 41.12 | ($60,528.93) |
| Sale | 01/25/2016 | -537.00 | 40.34 | $21,659.95 |
| Purchase | 01/26/2016 | 8,600.00 | 40.50 | ($348,300.00) |
| Sale | 01/27/2016 | -781.00 | 40.56 | $31,677.36 |
| Sale | 01/27/2016 | -10,791.00 | 41.05 | $442,974.87 |
| Sale | 02/12/2016 | -83,300.00 | 37.54 | $3,127,082.00 |
| Sale | 02/16/2016 | -24,200.00 | 38.89 | $941,138.00 |
| Sale | 02/17/2016 | -25,900.00 | 39.78 | $1,030,302.00 |
| Purchase | 03/01/2016 | 11,380.00 | 41.26 | ($469,543.35) |
| Sale | 03/02/2016 | -11,380.00 | 41.56 | $472,939.14 |
| Purchase | 03/10/2016 | 35,600.00 | 41.37 | ($1,472,772.00) |
| Sale | 03/18/2016 | -2,300.00 | 43.54 | $100,146.60 |
| Purchase | 04/15/2016 | 5,745.00 | 46.04 | ($264,486.01) |
| Purchase | 04/15/2016 | 8,043.00 | 45.69 | ($367,523.28) |
| Purchase | 04/20/2016 | 5,750.00 | 46.04 | ($264,717.35) |
| Purchase | 04/20/2016 | 5,750.00 | 46.25 | ($265,936.93) |
| Purchase | 04/21/2016 | 1,229.00 | 46.50 | ($57,154.03) |
| Purchase | 04/22/2016 | 1,272.00 | 46.97 | ($59,743.17) |
| Purchase | 04/25/2016 | 459.00 | 46.44 | ($21,313.76) |
| Sale | 04/25/2016 | -2,873.00 | 46.56 | $133,780.10 |
| Sale | 04/25/2016 | -5,750.00 | 46.50 | $267,383.63 |
| Sale | 04/26/2016 | -277.00 | 47.00 | $13,019.00 |
| Sale | 04/26/2016 | -16,388.00 | 47.06 | $771,157.01 |
| Sale | 04/26/2016 | -2,960.00 | 47.03 | $139,212.35 |
| Purchase | 04/27/2016 | 11,520.00 | 47.05 | ($541,968.77) |
| Purchase | 05/04/2016 | 3,953.00 | 44.41 | ($175,570.91) |

| | | | | |
|---|---|---|---|---|
| Sale | 05/04/2016 | -11,520.00 | 44.95 | $517,863.17 |
| Sale | 05/05/2016 | -3,953.00 | 44.49 | $175,877.67 |
| Sale | 05/20/2016 | -27,200.00 | 44.90 | $1,221,280.00 |
| Purchase | 06/08/2016 | 11,100.00 | 45.56 | ($505,716.00) |
| Purchase | 06/23/2016 | 95,000.00 | 44.46 | ($4,223,700.00) |
| Purchase | 06/29/2016 | 9,053.00 | 41.70 | ($377,475.70) |
| Purchase | 06/30/2016 | 1,207.00 | 42.39 | ($51,164.73) |
| Purchase | 06/30/2016 | 7,846.00 | 42.32 | ($332,056.84) |
| Sale | 06/30/2016 | -9,053.00 | 42.30 | $382,979.02 |
| Purchase | 07/01/2016 | 142.00 | 42.39 | ($6,019.38) |
| Sale | 07/01/2016 | -9,195.00 | 42.20 | $387,995.90 |
| Purchase | 07/13/2016 | 24,100.00 | 43.33 | ($1,044,253.00) |
| Purchase | 07/22/2016 | 42,600.00 | 44.30 | ($1,887,180.00) |
| Purchase | 08/05/2016 | 6,160.00 | 45.38 | ($279,542.03) |
| Purchase | 08/09/2016 | 35.00 | 45.93 | ($1,607.55) |
| Purchase | 08/09/2016 | 22,300.00 | 45.90 | ($1,023,570.00) |
| Purchase | 08/17/2016 | 5,443.00 | 46.60 | ($253,666.66) |
| Purchase | 08/24/2016 | 8,700.00 | 46.66 | ($405,942.00) |
| Sale | 08/24/2016 | -1,399.00 | 46.73 | $65,381.43 |
| Purchase | 08/31/2016 | 13,681.00 | 47.69 | ($652,485.20) |
| Purchase | 09/01/2016 | 877.00 | 47.74 | ($41,867.98) |
| Sale | 09/07/2016 | -4,661.00 | 47.42 | $221,007.37 |
| Purchase | 09/08/2016 | 12,910.00 | 47.84 | ($617,564.05) |
| Purchase | 09/09/2016 | 6,456.00 | 47.33 | ($305,549.57) |
| Purchase | 09/09/2016 | 6,454.00 | 47.43 | ($306,102.25) |
| Sale | 09/09/2016 | -2,504.00 | 47.86 | $119,839.69 |
| Sale | 09/09/2016 | -16,823.00 | 47.90 | $805,777.96 |
| Purchase | 09/13/2016 | 6,460.00 | 47.05 | ($303,934.60) |
| Sale | 09/14/2016 | -3,295.00 | 47.00 | $154,854.13 |
| Sale | 09/14/2016 | -19,370.00 | 46.94 | $909,210.37 |
| Sale | 09/16/2016 | -2,200.00 | 46.41 | $102,106.40 |
| Sale | 09/21/2016 | -10,424.00 | 46.89 | $488,760.51 |
| Sale | 10/11/2016 | -6,209.00 | 49.44 | $306,941.92 |
| Sale | 10/11/2016 | -3,451.00 | 49.53 | $170,942.52 |
| Sale | 10/12/2016 | -14,757.00 | 48.86 | $721,022.59 |
| Sale | 10/20/2016 | -3,286.00 | 49.62 | $163,061.18 |
| Purchase | 10/26/2016 | 4,479.00 | 49.78 | ($222,959.25) |
| Sale | 11/01/2016 | -303.00 | 49.15 | $14,892.45 |
| Sale | 11/02/2016 | -8,657.00 | 48.48 | $419,668.85 |
| Purchase | 11/09/2016 | 12,496.00 | 50.88 | ($635,745.25) |
| Purchase | 11/09/2016 | 3,336.00 | 50.00 | ($166,800.00) |
| Purchase | 11/09/2016 | 6,459.00 | 50.30 | ($324,855.41) |
| Purchase | 11/09/2016 | 2,012.00 | 51.61 | ($103,846.16) |

| | | | | |
|---|---|---|---|---|
| Purchase | 11/09/2016 | 4,513.00 | 51.44 | ($232,135.18) |
| Purchase | 11/10/2016 | 9,893.00 | 53.27 | ($526,991.21) |
| Sale | 11/10/2016 | -6,525.00 | 52.41 | $341,963.51 |
| Purchase | 11/11/2016 | 13,050.00 | 52.74 | ($688,302.68) |
| Purchase | 11/14/2016 | 6,405.00 | 54.37 | ($348,262.27) |
| Purchase | 11/14/2016 | 6,645.00 | 54.39 | ($361,420.89) |
| Purchase | 11/15/2016 | 3,273.00 | 55.34 | ($181,143.20) |
| Purchase | 11/15/2016 | 13,000.00 | 55.45 | ($720,850.00) |
| Purchase | 11/16/2016 | 41,170.00 | 54.59 | ($2,247,350.91) |
| Sale | 11/16/2016 | -10,900.00 | 54.46 | $593,629.26 |
| Purchase | 11/17/2016 | 3,929.00 | 55.38 | ($217,597.84) |
| Sale | 11/18/2016 | -6,162.00 | 55.60 | $342,627.53 |
| Sale | 11/18/2016 | -407.00 | 55.53 | $22,601.69 |
| Sale | 11/18/2016 | -15,833.00 | 55.47 | $878,261.26 |
| Purchase | 11/23/2016 | 2,935.00 | 56.40 | ($165,542.51) |
| Sale | 11/23/2016 | -23,003.00 | 56.29 | $1,294,917.08 |
| Purchase | 11/29/2016 | 3,303.00 | 55.74 | ($184,102.61) |
| Sale | 11/29/2016 | -26,200.00 | 55.52 | $1,454,624.00 |
| Purchase | 11/30/2016 | 20,060.00 | 56.45 | ($1,132,354.90) |
| Purchase | 12/01/2016 | 13,320.00 | 57.15 | ($761,228.68) |
| Purchase | 12/01/2016 | 371.00 | 56.39 | ($20,920.69) |
| Purchase | 12/07/2016 | 19,980.00 | 58.60 | ($1,170,901.93) |
| Sale | 12/07/2016 | -15,761.00 | 58.30 | $918,937.22 |
| Purchase | 12/08/2016 | 3,519.00 | 60.20 | ($211,860.34) |
| Purchase | 12/08/2016 | 9,801.00 | 59.81 | ($586,220.35) |
| Purchase | 12/09/2016 | 3,330.00 | 59.70 | ($198,803.66) |
| Purchase | 12/12/2016 | 6,660.00 | 59.60 | ($396,928.67) |
| Sale | 12/13/2016 | -3,383.00 | 58.90 | $199,261.41 |
| Purchase | 12/14/2016 | 4,528.00 | 59.54 | ($269,583.54) |
| Sale | 12/16/2016 | -43,114.00 | 59.85 | $2,580,497.93 |
| Sale | 12/16/2016 | -120.00 | 59.74 | $7,168.80 |
| Sale | 12/16/2016 | -8,600.00 | 59.75 | $513,858.60 |
| Sale | 12/20/2016 | -113,000.00 | 60.80 | $6,870,400.00 |
| Sale | 12/21/2016 | -12,230.00 | 60.56 | $740,632.90 |
| Sale | 12/28/2016 | -4,792.00 | 60.47 | $289,768.41 |
| Purchase | 01/03/2017 | 2.00 | 59.45 | ($118.90) |
| Sale | 01/03/2017 | -36,900.00 | 60.59 | $2,235,771.00 |
| Purchase | 01/11/2017 | 2,063.00 | 59.68 | ($123,110.56) |
| Purchase | 01/12/2017 | 3,438.00 | 59.28 | ($203,810.83) |
| Purchase | 01/18/2017 | 2,748.00 | 57.55 | ($158,144.93) |
| Purchase | 01/18/2017 | 4,122.00 | 57.38 | ($236,500.99) |
| Purchase | 01/20/2017 | 1,374.00 | 56.11 | ($77,097.20) |
| Purchase | 01/25/2017 | 2,710.00 | 57.69 | ($156,327.98) |

| | | | | |
|---|---|---:|---:|---:|
| Purchase | 01/25/2017 | 11,050.00 | 57.60 | ($636,434.70) |
| Purchase | 01/26/2017 | 12,500.00 | 57.36 | ($717,015.00) |
| Purchase | 01/27/2017 | 2,752.00 | 57.07 | ($157,044.26) |
| Purchase | 01/30/2017 | 715.00 | 56.34 | ($40,281.96) |
| Purchase | 01/30/2017 | 2,039.00 | 56.53 | ($115,269.36) |
| Purchase | 01/31/2017 | 1,377.00 | 55.85 | ($76,904.76) |
| Purchase | 02/01/2017 | 3,449.00 | 55.83 | ($192,557.67) |
| Purchase | 02/01/2017 | 7,900.00 | 56.05 | ($442,795.00) |
| Purchase | 02/02/2017 | 4,606.00 | 55.89 | ($257,437.63) |
| Sale | 02/02/2017 | -19,290.00 | 55.83 | $1,076,997.35 |
| Sale | 02/02/2017 | -3,750.00 | 55.97 | $209,900.25 |
| Sale | 02/03/2017 | -3,600.00 | 57.67 | $207,617.76 |
| Purchase | 02/08/2017 | 8,640.00 | 56.33 | ($486,708.48) |
| Sale | 02/08/2017 | -14,197.00 | 56.35 | $799,992.43 |
| Purchase | 02/09/2017 | 15,406.00 | 57.36 | ($883,654.27) |
| Purchase | 02/09/2017 | 2,594.00 | 57.32 | ($148,682.37) |
| Purchase | 02/10/2017 | 2,531.00 | 57.68 | ($145,976.94) |
| Purchase | 02/10/2017 | 4,669.00 | 57.62 | ($269,016.11) |
| Purchase | 02/14/2017 | 7,200.00 | 59.84 | ($430,824.96) |
| Purchase | 02/15/2017 | 20,061.00 | 60.53 | ($1,214,332.45) |
| Sale | 02/16/2017 | -7,387.00 | 60.02 | $443,366.26 |
| Sale | 02/16/2017 | -2,426.00 | 59.94 | $145,402.31 |
| Sale | 02/17/2017 | -15,079.00 | 59.98 | $904,376.60 |
| Sale | 02/17/2017 | -7,606.00 | 60.00 | $456,321.97 |
| Sale | 02/17/2017 | -6,115.00 | 59.90 | $366,300.12 |
| Purchase | 02/21/2017 | 113,000.00 | 60.55 | ($6,842,150.00) |
| Purchase | 02/22/2017 | 14,450.00 | 60.76 | ($878,006.57) |
| Sale | 02/23/2017 | -7,549.00 | 60.52 | $456,900.21 |
| Purchase | 02/24/2017 | 14,450.00 | 59.47 | ($859,311.16) |
| Purchase | 02/27/2017 | 3,615.00 | 59.93 | ($216,660.69) |
| Sale | 03/01/2017 | -257.00 | 61.70 | $15,857.93 |
| Sale | 03/02/2017 | -14,426.00 | 60.76 | $876,568.48 |
| Sale | 03/02/2017 | -14,420.00 | 61.01 | $879,692.10 |
| Purchase | 03/03/2017 | 14,530.00 | 60.95 | ($885,673.24) |
| Purchase | 03/03/2017 | 9,200.00 | 61.00 | ($561,200.00) |
| Purchase | 03/06/2017 | 1,453.00 | 60.37 | ($87,716.74) |
| Sale | 03/08/2017 | -57.00 | 61.60 | $3,511.13 |
| Purchase | 03/15/2017 | 5,082.00 | 61.08 | ($310,409.58) |
| Sale | 03/15/2017 | -5,594.00 | 61.20 | $342,334.90 |
| Purchase | 03/17/2017 | 1,000.00 | 60.37 | ($60,370.00) |
| Sale | 03/17/2017 | -16,300.00 | 60.37 | $984,031.00 |
| Sale | 03/21/2017 | -14,275.00 | 58.20 | $830,790.73 |
| Purchase | 03/22/2017 | 5,078.00 | 58.01 | ($294,580.37) |

| | | | | |
|---|---|---|---|---|
| Purchase | 03/22/2017 | 9,432.00 | 57.92 | ($546,311.82) |
| Purchase | 03/22/2017 | 4,199.00 | 57.88 | ($243,017.54) |
| Purchase | 03/27/2017 | 1,221.00 | 57.72 | ($70,477.22) |
| Sale | 03/28/2017 | -3,628.00 | 59.37 | $215,378.03 |
| Sale | 03/29/2017 | -7,256.00 | 59.52 | $431,906.14 |
| Purchase | 03/30/2017 | 10,442.00 | 60.36 | ($630,281.21) |
| Sale | 03/30/2017 | -3,627.00 | 60.65 | $219,984.44 |
| Sale | 03/31/2017 | -479.00 | 60.30 | $28,883.17 |
| Purchase | 04/03/2017 | 1,006.00 | 59.86 | ($60,215.84) |
| Sale | 04/04/2017 | -2,383.00 | 59.51 | $141,821.15 |
| Sale | 04/05/2017 | -7,354.00 | 60.37 | $443,947.74 |
| Sale | 04/05/2017 | -7,356.00 | 59.70 | $439,120.10 |
| Sale | 04/06/2017 | -13,709.00 | 59.82 | $820,121.73 |
| Purchase | 04/07/2017 | 3,680.00 | 59.50 | ($218,960.74) |
| Purchase | 04/07/2017 | 3,675.00 | 59.81 | ($219,795.14) |
| Purchase | 04/11/2017 | 7,360.00 | 58.77 | ($432,556.03) |
| Purchase | 04/12/2017 | 5,391.00 | 58.62 | ($316,012.33) |
| Purchase | 04/13/2017 | 3,680.00 | 58.79 | ($216,332.11) |
| Purchase | 04/19/2017 | 3,903.00 | 58.43 | ($228,056.97) |
| Sale | 04/20/2017 | -50,600.00 | 58.41 | $2,955,546.00 |
| Sale | 04/21/2017 | -24,600.00 | 57.72 | $1,419,912.00 |
| Sale | 04/21/2017 | -30,700.00 | 57.72 | $1,772,004.00 |
| Sale | 04/24/2017 | -24,000.00 | 59.44 | $1,426,560.00 |
| Sale | 04/25/2017 | -24,100.00 | 60.21 | $1,451,061.00 |
| Sale | 04/26/2017 | -562.00 | 60.17 | $33,813.57 |
| Sale | 04/26/2017 | -23,800.00 | 60.10 | $1,430,380.00 |
| Sale | 05/02/2017 | -27,700.00 | 59.71 | $1,653,967.00 |
| Sale | 05/03/2017 | -511.00 | 59.50 | $30,405.93 |
| Sale | 05/03/2017 | -23,200.00 | 60.24 | $1,397,568.00 |
| Sale | 05/04/2017 | -7,356.00 | 60.33 | $443,752.17 |
| Purchase | 05/10/2017 | 3,680.00 | 60.41 | ($222,299.97) |
| Purchase | 05/10/2017 | 3,129.00 | 60.36 | ($188,859.56) |
| Sale | 05/10/2017 | -45,500.00 | 60.37 | $2,746,835.00 |
| Purchase | 05/11/2017 | 7,384.00 | 60.72 | ($448,364.60) |
| Sale | 05/11/2017 | -20,900.00 | 60.70 | $1,268,630.00 |
| Sale | 05/12/2017 | -32,500.00 | 61.07 | $1,984,775.00 |
| Purchase | 05/15/2017 | 35,900.00 | 61.42 | ($2,204,978.00) |
| Purchase | 05/17/2017 | 3,685.00 | 61.84 | ($227,868.24) |
| Sale | 05/17/2017 | -14,723.00 | 60.08 | $884,616.73 |
| Sale | 05/17/2017 | -14,719.00 | 60.11 | $884,753.20 |
| Sale | 05/18/2017 | -3,828.00 | 59.92 | $229,359.21 |
| Sale | 05/19/2017 | -7,361.00 | 61.27 | $450,993.75 |
| Sale | 05/19/2017 | -19,865.00 | 61.30 | $1,217,754.30 |

| | | | | |
|---|---|---|---|---|
| Sale | 05/22/2017 | -3,680.00 | 61.08 | $224,760.05 |
| Purchase | 05/24/2017 | 9,900.00 | 62.27 | ($616,473.00) |
| Sale | 05/24/2017 | -2,817.00 | 62.01 | $174,672.31 |
| Purchase | 05/31/2017 | 7,182.00 | 60.42 | ($433,958.70) |
| Purchase | 06/01/2017 | 256.00 | 60.54 | ($15,498.24) |
| Sale | 06/06/2017 | -12,065.00 | 61.00 | $736,003.61 |
| Sale | 06/07/2017 | -7,255.00 | 61.83 | $448,587.53 |
| Purchase | 06/16/2017 | 1,000.00 | 63.89 | ($63,888.00) |
| Purchase | 07/03/2017 | 184.00 | 67.19 | ($12,362.13) |
| Sale | 07/11/2017 | -16,900.00 | 66.82 | $1,129,258.00 |
| Purchase | 07/14/2017 | 7,785.00 | 66.64 | ($518,828.99) |
| Purchase | 07/26/2017 | 1,555.00 | 68.23 | ($106,100.76) |
| Purchase | 07/28/2017 | 3,888.00 | 67.47 | ($262,342.02) |
| Purchase | 07/31/2017 | 1,557.00 | 68.15 | ($106,109.55) |
| Purchase | 08/01/2017 | 80.00 | 68.47 | ($5,477.25) |
| Purchase | 08/09/2017 | 10,285.00 | 68.43 | ($703,802.55) |
| Purchase | 08/14/2017 | 1,573.00 | 67.98 | ($106,937.42) |
| Purchase | 08/16/2017 | 161,334.00 | 67.64 | ($10,912,180.02) |
| Purchase | 08/18/2017 | 162,098.00 | 67.09 | ($10,875,041.35) |
| Purchase | 08/29/2017 | 9,438.00 | 67.55 | ($637,489.71) |
| Sale | 08/30/2017 | -9,944.00 | 68.18 | $677,988.88 |
| Purchase | 08/31/2017 | 79,872.00 | 67.91 | ($5,423,780.04) |
| Purchase | 09/01/2017 | 74.00 | 68.03 | ($5,034.45) |
| Sale | 09/15/2017 | -2,200.00 | 69.04 | $151,891.30 |
| Purchase | 09/26/2017 | 2,522.00 | 70.84 | ($178,658.48) |
| Sale | 09/29/2017 | -3,552.00 | 72.65 | $258,035.40 |
| Purchase | 10/02/2017 | 1,811.00 | 73.71 | ($133,489.90) |
| Sale | 10/09/2017 | -8,895.00 | 75.24 | $669,273.14 |
| Purchase | 10/10/2017 | 450,000.00 | 75.18 | ($33,831,000.00) |
| Purchase | 10/12/2017 | 129,242.00 | 73.08 | ($9,445,250.92) |
| Purchase | 10/17/2017 | 40,082.00 | 72.49 | ($2,905,524.14) |
| Purchase | 10/17/2017 | 50,000.00 | 72.53 | ($3,626,410.00) |
| Purchase | 10/18/2017 | 8,698.00 | 73.10 | ($635,833.37) |
| Purchase | 10/18/2017 | 8,895.00 | 73.09 | ($650,120.43) |
| Purchase | 10/18/2017 | 197.00 | 72.99 | ($14,379.03) |
| Purchase | 10/19/2017 | 1,779.00 | 72.81 | ($129,531.48) |
| Sale | 10/23/2017 | -17,790.00 | 73.71 | $1,311,242.19 |
| Purchase | 10/24/2017 | 17,772.00 | 74.41 | ($1,322,350.54) |
| Purchase | 10/25/2017 | 10,007.00 | 73.68 | ($737,306.75) |
| Purchase | 10/26/2017 | 148,000.00 | 73.79 | ($10,920,920.00) |
| Purchase | 10/27/2017 | 367,000.00 | 73.87 | ($27,110,290.00) |
| Purchase | 11/01/2017 | 189.00 | 73.64 | ($13,918.66) |
| Sale | 11/01/2017 | -8,930.00 | 73.92 | $660,146.68 |

| | | | | |
|---|---|---|---|---|
| Purchase | 11/02/2017 | 4,465.00 | 74.47 | ($332,509.44) |
| Sale | 11/02/2017 | -10,053.00 | 74.24 | $746,375.94 |
| Purchase | 11/09/2017 | 8,935.00 | 72.08 | ($644,022.29) |
| Sale | 11/10/2017 | -264,000.00 | 72.25 | $19,074,000.00 |
| Purchase | 11/16/2017 | 4,468.00 | 71.84 | ($320,994.08) |
| Purchase | 11/16/2017 | 13,412.00 | 71.89 | ($964,141.74) |
| Sale | 11/29/2017 | -9,470.00 | 75.09 | $711,131.66 |
| Sale | 11/29/2017 | -17,869.00 | 75.09 | $1,341,868.98 |
| Purchase | 12/01/2017 | 33.00 | 75.50 | ($2,491.50) |
| Sale | 12/01/2017 | -17,890.00 | 75.32 | $1,347,507.00 |
| Sale | 12/06/2017 | -4,473.00 | 75.29 | $336,778.88 |
| Purchase | 12/12/2017 | 8,940.00 | 76.46 | ($683,594.42) |
| Sale | 12/15/2017 | -3,400.00 | 74.77 | $254,218.00 |
| Purchase | 12/19/2017 | 8,960.00 | 75.04 | ($672,324.35) |
| Purchase | 12/27/2017 | 616.00 | 74.60 | ($45,953.60) |
| Purchase | 01/02/2018 | 424.00 | 74.41 | ($31,549.84) |
| Sale | 01/02/2018 | -23,412.00 | 74.29 | $1,739,343.03 |
| Purchase | 01/09/2018 | 18,730.00 | 75.57 | ($1,415,474.80) |
| Purchase | 01/09/2018 | 18,730.00 | 75.62 | ($1,416,401.93) |
| Sale | 01/10/2018 | -18,730.00 | 75.63 | $1,416,617.33 |
| Purchase | 01/11/2018 | 689,000.00 | 75.56 | ($52,060,840.00) |
| Purchase | 01/17/2018 | 18,710.00 | 77.50 | ($1,449,995.06) |
| Purchase | 01/18/2018 | 18,710.00 | 77.33 | ($1,446,805.01) |
| Purchase | 01/19/2018 | 18,710.00 | 78.27 | ($1,464,476.60) |
| Purchase | 01/23/2018 | 5,600.00 | 78.55 | ($439,880.00) |
| Purchase | 01/24/2018 | 15,464.00 | 79.27 | ($1,225,883.86) |
| Sale | 01/24/2018 | -18,715.00 | 79.27 | $1,483,577.35 |
| Sale | 01/25/2018 | -313.00 | 79.45 | $24,867.85 |
| Sale | 01/30/2018 | -9,315.00 | 78.83 | $734,284.68 |
| Sale | 01/31/2018 | -15,406.00 | 78.77 | $1,213,513.67 |
| Sale | 02/01/2018 | -275.00 | 78.48 | $21,582.00 |
| Sale | 02/02/2018 | -23,154.00 | 77.72 | $1,799,640.02 |
| Sale | 02/02/2018 | -23,146.00 | 77.83 | $1,801,557.34 |
| Purchase | 02/05/2018 | 5,427.00 | 76.26 | ($413,860.85) |
| Purchase | 02/06/2018 | 9,260.00 | 74.41 | ($689,040.30) |
| Purchase | 02/07/2018 | 18,520.00 | 75.55 | ($1,399,152.66) |
| Sale | 02/08/2018 | -18,520.00 | 73.52 | $1,361,564.47 |
| Purchase | 02/13/2018 | 9,255.00 | 75.19 | ($695,864.01) |
| Purchase | 02/14/2018 | 18,510.00 | 76.35 | ($1,413,264.41) |
| Sale | 02/15/2018 | -23,939.00 | 76.82 | $1,839,041.86 |
| Sale | 02/15/2018 | -12,043.00 | 76.81 | $925,004.77 |
| Sale | 02/27/2018 | -367,000.00 | 76.38 | $28,031,460.00 |
| Sale | 02/28/2018 | -148,000.00 | 75.49 | $11,172,520.00 |

| | | | | |
|---|---|---|---|---|
| Sale | 03/01/2018 | -29.00 | 75.49 | $2,189.21 |
| Sale | 03/06/2018 | -6,441.00 | 74.06 | $477,013.37 |
| Purchase | 03/14/2018 | 3,500.00 | 73.80 | ($258,282.50) |
| Purchase | 03/14/2018 | 9,000.00 | 74.06 | ($666,536.40) |
| Sale | 03/16/2018 | -4,200.00 | 73.47 | $308,574.00 |
| Purchase | 03/26/2018 | 17,000.00 | 69.46 | ($1,180,835.30) |
| Purchase | 03/29/2018 | 4,603.00 | 69.34 | ($319,189.05) |
| Purchase | 04/02/2018 | 112.00 | 67.54 | ($7,564.74) |
| Purchase | 04/05/2018 | 9,914.00 | 70.44 | ($698,317.38) |
| Sale | 04/09/2018 | -4,715.00 | 69.68 | $328,547.33 |
| Sale | 04/10/2018 | -9,914.00 | 70.96 | $703,486.53 |
| Purchase | 04/13/2018 | 14,205.00 | 70.38 | ($999,681.14) |
| Purchase | 04/17/2018 | 15,929.00 | 70.39 | ($1,121,285.32) |
| Purchase | 04/18/2018 | 4,735.00 | 69.35 | ($328,382.19) |
| Purchase | 04/18/2018 | 14,560.00 | 70.12 | ($1,020,926.82) |
| Purchase | 04/20/2018 | 4,735.00 | 70.00 | ($331,426.80) |
| Purchase | 04/24/2018 | 9,535.00 | 69.05 | ($658,355.52) |
| Purchase | 04/25/2018 | 9,535.00 | 69.24 | ($660,223.42) |
| Purchase | 04/25/2018 | 4,768.00 | 68.99 | ($328,921.43) |
| Purchase | 04/25/2018 | 2,663.00 | 68.94 | ($183,596.01) |
| Purchase | 04/25/2018 | 23,900.00 | 68.71 | ($1,642,147.49) |
| Purchase | 04/27/2018 | 6,800.00 | 69.10 | ($469,852.12) |
| Purchase | 05/02/2018 | 7,798.00 | 68.51 | ($534,230.06) |
| Sale | 05/09/2018 | -1,147.00 | 71.48 | $81,989.17 |
| Purchase | 05/16/2018 | 842.00 | 72.16 | ($60,758.80) |
| Purchase | 05/24/2018 | 4,011.00 | 69.39 | ($278,320.48) |
| Purchase | 05/24/2018 | 6,499.00 | 69.41 | ($451,090.39) |
| Purchase | 05/29/2018 | 1,919.00 | 65.73 | ($126,138.94) |
| Purchase | 05/29/2018 | 270,000.00 | 65.71 | ($17,741,700.00) |
| Purchase | 05/30/2018 | 3,295.00 | 66.65 | ($219,607.14) |
| Purchase | 05/30/2018 | 3,838.00 | 66.64 | ($255,754.73) |
| Purchase | 06/01/2018 | 1,177.00 | 66.80 | ($78,625.84) |
| Purchase | 06/06/2018 | 5,297.00 | 68.01 | ($360,236.79) |
| Sale | 06/13/2018 | -774.00 | 67.40 | $52,168.68 |
| Purchase | 06/19/2018 | 200,000.00 | 66.78 | ($13,355,180.00) |
| Purchase | 06/19/2018 | 100,000.00 | 66.75 | ($6,675,000.00) |
| Purchase | 06/19/2018 | 33,300.00 | 66.16 | ($2,202,974.82) |
| Purchase | 06/20/2018 | 4,203.00 | 67.42 | ($283,348.19) |
| Purchase | 06/26/2018 | 3,882.00 | 66.43 | ($257,874.27) |
| Purchase | 06/27/2018 | 259.00 | 66.46 | ($17,213.24) |
| Sale | 06/28/2018 | -3,880.00 | 66.79 | $259,138.99 |
| Sale | 06/29/2018 | -14,551.00 | 67.61 | $983,860.04 |
| Purchase | 07/03/2018 | 4,890.00 | 66.50 | ($325,207.01) |

| | | | | |
|---|---|---|---|---|
| Sale | 07/05/2018 | -3,665.00 | 66.65 | $244,259.42 |
| Sale | 07/11/2018 | -8,716.00 | 68.13 | $593,777.50 |
| Sale | 07/12/2018 | -270,000.00 | 68.51 | $18,497,700.00 |
| Purchase | 07/13/2018 | 4,890.00 | 67.03 | ($327,798.22) |
| Purchase | 07/18/2018 | 1,823.00 | 69.85 | ($127,329.26) |
| Sale | 07/18/2018 | -5,517.00 | 69.91 | $385,672.51 |
| Sale | 07/20/2018 | -200,000.00 | 69.00 | $13,799,820.60 |
| Purchase | 07/25/2018 | 1,829.00 | 71.17 | ($130,176.70) |
| Sale | 07/25/2018 | -9,822.00 | 71.29 | $700,229.04 |
| Sale | 07/26/2018 | -9,823.00 | 71.50 | $702,373.97 |
| Sale | 07/26/2018 | -100,000.00 | 71.37 | $7,137,120.00 |
| Sale | 07/27/2018 | -19,645.00 | 71.60 | $1,406,642.90 |
| Sale | 07/30/2018 | -19,645.00 | 72.56 | $1,425,378.34 |
| Sale | 07/30/2018 | -875,000.00 | 72.29 | $63,253,750.00 |
| Sale | 07/31/2018 | -4,788.00 | 72.06 | $345,007.96 |
| Purchase | 08/01/2018 | 125.00 | 71.90 | ($8,987.95) |
| Sale | 08/02/2018 | -35,269.00 | 71.64 | $2,526,618.26 |
| Sale | 08/07/2018 | -42,463.00 | 72.60 | $3,082,953.93 |
| Purchase | 08/27/2018 | 11,000.00 | 72.05 | ($792,531.30) |
| Purchase | 08/31/2018 | 7,700.00 | 70.93 | ($546,125.58) |
| Purchase | 09/10/2018 | 191,800.00 | 69.63 | ($13,355,034.00) |
| Sale | 09/21/2018 | -1,600.00 | 74.15 | $118,640.00 |
| Purchase | 09/28/2018 | 107,600.00 | 71.74 | ($7,719,224.00) |
| Purchase | 10/10/2018 | 45,400.00 | 69.95 | ($3,175,730.00) |
| Purchase | 10/25/2018 | 23,400.00 | 64.97 | ($1,520,298.00) |
| Purchase | 10/31/2018 | 11,680.00 | 65.95 | ($770,271.47) |
| Purchase | 11/01/2018 | 110.00 | 65.46 | ($7,200.60) |
| Purchase | 11/07/2018 | 4,840.00 | 67.27 | ($325,589.70) |
| Purchase | 11/07/2018 | 30,300.00 | 68.26 | ($2,068,278.00) |
| Sale | 11/13/2018 | -237,200.00 | 64.78 | $15,365,816.00 |
| Sale | 11/14/2018 | -481.00 | 65.13 | $31,328.30 |
| Purchase | 11/16/2018 | 11,815.00 | 64.88 | ($766,600.92) |
| Sale | 11/19/2018 | -11,803.00 | 65.18 | $769,312.46 |
| Sale | 11/20/2018 | -4,359.00 | 62.77 | $273,634.92 |
| Sale | 11/21/2018 | -42,100.00 | 62.87 | $2,646,827.00 |
| Sale | 11/27/2018 | -2,360.00 | 63.16 | $149,064.92 |
| Sale | 11/29/2018 | -2,079.00 | 65.02 | $135,179.91 |
| Sale | 11/30/2018 | -1,326.00 | 64.73 | $85,829.86 |
| Sale | 12/03/2018 | -1,511.00 | 65.40 | $98,815.47 |
| Sale | 12/04/2018 | -1,584.00 | 62.53 | $99,046.73 |
| Sale | 12/06/2018 | -1,766.00 | 59.19 | $104,536.07 |
| Sale | 12/07/2018 | -1,176.00 | 58.89 | $69,258.29 |
| Sale | 12/12/2018 | -46,000.00 | 56.67 | $2,606,649.80 |

| | | | | |
|---|---|---|---|---|
| Sale | 12/21/2018 | -2,900.00 | 50.24 | $145,696.00 |
| Purchase | 01/04/2019 | 32,154.00 | 54.78 | ($1,761,537.60) |
| Sale | 01/16/2019 | -43,525.00 | 62.15 | $2,705,035.23 |
| Sale | 01/28/2019 | -38,854.00 | 63.83 | $2,479,891.52 |
| Sale | 02/01/2019 | -41,295.00 | 64.02 | $2,643,577.89 |
| Purchase | 02/14/2019 | 34,600.00 | 62.42 | ($2,159,732.00) |
| Sale | 03/15/2019 | -4,800.00 | 65.19 | $312,912.00 |
| Purchase | 03/21/2019 | 39,800.00 | 63.91 | ($2,543,618.00) |
| Purchase | 04/16/2019 | 42,500.00 | 68.25 | ($2,900,531.50) |
| Purchase | 05/13/2019 | 19,100.00 | 64.38 | ($1,229,658.00) |
| Purchase | 05/14/2019 | 29,600.00 | 65.26 | ($1,931,696.00) |
| Purchase | 06/21/2019 | 56,900.00 | 67.97 | ($3,867,493.00) |
| Purchase | 07/16/2019 | 33,100.00 | 71.32 | ($2,360,692.00) |
| Purchase | 07/22/2019 | 21,783.00 | 70.98 | ($1,546,166.05) |
| Purchase | 07/26/2019 | 22,000.00 | 72.16 | ($1,587,520.00) |
| Purchase | 08/01/2019 | 22,500.00 | 69.52 | ($1,564,267.50) |
| Purchase | 08/05/2019 | 24,300.00 | 65.18 | ($1,583,874.00) |
| Purchase | 08/15/2019 | 33,500.00 | 61.32 | ($2,054,220.00) |
| Purchase | 09/05/2019 | 4,155.00 | 66.34 | ($275,642.70) |
| Purchase | 09/05/2019 | 21,300.00 | 66.34 | ($1,413,042.00) |
| Purchase | 09/16/2019 | 7,200.00 | 69.83 | ($502,776.00) |
| Sale | 09/20/2019 | -8,900.00 | 69.35 | $617,215.00 |
| Purchase | 11/01/2019 | 36,000.00 | 73.95 | ($2,662,164.00) |
| Purchase | 11/04/2019 | 18,000.00 | 74.59 | ($1,342,668.60) |
| Purchase | 11/13/2019 | 49,400.00 | 73.91 | ($3,651,154.00) |
| Purchase | 11/22/2019 | 18,000.00 | 74.70 | ($1,344,558.60) |
| Sale | 12/03/2019 | -135,500.00 | 72.83 | $9,868,248.20 |
| Sale | 12/11/2019 | -9,500.00 | 75.55 | $717,725.00 |
| Sale | 12/12/2019 | -13,920.00 | 77.05 | $1,072,536.00 |
| Sale | 12/16/2019 | -13,870.00 | 76.91 | $1,066,741.70 |
| Sale | 12/20/2019 | -11,460.00 | 78.51 | $899,724.60 |
| Purchase | 01/23/2020 | 16,876.00 | 79.13 | ($1,335,438.38) |
| Sale | 01/30/2020 | -9,500.00 | 75.55 | $717,725.00 |
| Sale | 01/30/2020 | -20,000.00 | 75.77 | $1,515,300.00 |
| Sale | 01/30/2020 | -68,579.00 | 75.91 | $5,206,051.34 |
| Sale | 01/30/2020 | -10,500.00 | 75.94 | $797,317.50 |
| Sale | 02/25/2020 | -10,000.00 | 69.43 | $694,300.00 |
| Purchase | 03/02/2020 | 76,900.00 | 63.97 | ($4,919,231.48) |
| Sale | 03/02/2020 | -38,659.00 | 64.11 | $2,478,443.95 |
| Sale | 03/11/2020 | -47,390.00 | 50.79 | $2,406,938.10 |
| Sale | 03/12/2020 | -103,200.00 | 43.26 | $4,464,432.00 |
| Sale | 03/16/2020 | -142,200.00 | 43.01 | $6,115,837.14 |
| Sale | 03/17/2020 | -72,000.00 | 41.22 | $2,968,077.60 |

| | | | | |
|---|---|---|---|---|
| Sale | 04/14/2020 | -30,500.00 | 45.42 | $1,385,310.00 |
| Purchase | 04/27/2020 | 102,000.00 | 45.26 | ($4,616,050.80) |
| Purchase | 04/28/2020 | 60,000.00 | 47.37 | ($2,842,194.00) |
| Purchase | 05/07/2020 | 68,000.00 | 44.77 | ($3,044,489.20) |
| Purchase | 05/08/2020 | 68,000.00 | 45.32 | ($3,081,664.80) |
| Purchase | 05/27/2020 | 62,000.00 | 51.98 | ($3,223,045.20) |
| Sale | 06/08/2020 | -112,500.00 | 60.41 | $6,796,226.25 |
| Sale | 06/10/2020 | -146,000.00 | 58.16 | $8,492,002.40 |
| Purchase | 06/12/2020 | 101,000.00 | 51.22 | ($5,173,220.00) |
| Sale | 06/19/2020 | -7,600.00 | 52.92 | $402,192.00 |
| Purchase | 06/22/2020 | 20,700.00 | 52.06 | ($1,077,642.00) |
| Sale | 07/13/2020 | -1,657.00 | 52.47 | $86,944.28 |
| Purchase | 07/17/2020 | 22,600.00 | 50.22 | ($1,134,972.00) |
| Purchase | 07/20/2020 | 1,657.00 | 50.12 | ($83,048.67) |
| Purchase | 07/23/2020 | 28,700.00 | 52.08 | ($1,494,696.00) |
| Purchase | 07/27/2020 | 68,000.00 | 51.19 | ($3,480,954.00) |
| Purchase | 08/06/2020 | 70,000.00 | 50.89 | ($3,562,300.00) |
| Sale | 09/16/2020 | -407,300.00 | 45.58 | $18,566,159.55 |
| Purchase | 09/29/2020 | 84,500.00 | 42.51 | ($3,592,204.85) |
| Purchase | 10/05/2020 | 9,372.00 | 45.00 | ($421,782.17) |
| Sale | 10/06/2020 | -15,510.00 | 44.41 | $688,799.10 |
| Sale | 10/08/2020 | -70,000.00 | 44.72 | $3,130,400.00 |
| Purchase | 10/09/2020 | 207,500.00 | 44.98 | ($9,334,180.00) |
| Purchase | 10/12/2020 | 3,000.00 | 45.46 | ($136,369.80) |