# EXHIBIT C

## **CERTIFICATION**

I, Edward A. Jarvis, on behalf of Anchorage Police & Fire Retirement System ("Anchorage"), as Director of Anchorage, hereby certify as follows:

1.  I am fully authorized to enter into and execute this Certification on behalf of Anchorage.

2.  I have reviewed the Consolidated Amended Class Action Complaint (the "Complaint") against Citigroup, Inc. ("Citigroup") and others alleging violations of the federal securities laws and have authorized its filing.

3.  Anchorage did not purchase or sell securities of Citigroup that are the subject of the Complaint at the direction of counsel in order to participate in any private action under the federal securities laws.

4.  Anchorage is willing to serve as a representative plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary.

5.  Anchorage's transactions in the Citigroup securities that are the subject of the Complaint during the class period specified therein of January 15, 2016 to October 12, 2020, inclusive (the "Class Period") are reflected in Schedule A, attached hereto.

6.  For securities retained, Anchorage owns and holds legal title to the securities that are the subject of the Complaint. For securities sold, Anchorage owned and held legal title to the securities that are the subject of the Complaint at all relevant times.

7.  Anchorage sought to serve as a representative party in a class action under the federal securities laws during the last three years in the following:

    - *Zaidi v. Adamas Pharmaceuticals, Inc.*, 19-cv-08051 (N.D. Cal.)
    - *Greene v. Granite Construction Inc.*, 19-cv-04744 (N.D. Cal.)
    - *Caliendo v. Century Link, Inc.*, 19-cv-01629 (C.D. Cal.)

- *Ontario Teachers' Pension Plan Board v. Teva Pharmaceutical Industries Ltd.*, 17-cv-00558 (D. Conn.)

8. Beyond its *pro rata* share of any recovery, Anchorage will not accept payment for serving as a representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 19 day of April, 2021.

_____
Edward A. Jarvis
Director
*Anchorage Police & Fire Retirement System*

**SCHEDULE A**
TRANSACTIONS IN
Citigroup, Inc.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 10/03/2018 | 5,000.00 | 72.57 | ($362,865.00) |
| Purchase | 10/09/2018 | 5,800.00 | 72.23 | ($418,956.04) |
| Purchase | 01/17/2019 | 2,100.00 | 61.44 | ($129,018.96) |
| Purchase | 01/31/2019 | 1,500.00 | 63.85 | ($95,772.90) |
| Purchase | 04/12/2019 | 2,000.00 | 67.35 | ($134,695.00) |
| Purchase | 09/12/2019 | 2,700.00 | 68.80 | ($185,766.75) |
| Sale | 11/26/2019 | -1,200.00 | 75.08 | $90,096.00 |
| Sale | 07/22/2020 | -3,300.00 | 51.46 | $169,819.98 |
| Sale | 07/24/2020 | -2,100.00 | 51.80 | $108,773.07 |