UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
IN RE CITIGROUP SECURITIES　　　　　　　　: Case No. 1:20-cv-09132-AJN
LITIGATION　　　　　　　　　　　　　　　　　:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' NOTICE OF MOTION TO DISMISS
THE CONSOLIDATED AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Defendants' Memorandum of Law in Support of their Motion to Dismiss the Consolidated Amended Complaint, and the Declaration of Sharon L. Nelles, dated June 4, 2021 and the exhibits attached thereto, Defendants, by their undersigned counsel, hereby move this Court, before the Honorable Alison J. Nathan, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, dismissing with prejudice the Consolidated Amended Complaint (ECF No. 72), and for such other and further relief as this Court deems appropriate.

Dated: June 4, 2021

Respectfully submitted,

*/s/ Sharon L. Nelles*
Sharon L. Nelles (*nelless@sullcrom.com*)
David M.J. Rein (*reind@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Attorneys for Defendants Citigroup Inc., Michael L. Corbat, Barbara J. Desoer, John C. Gerspach, and Mark A. L. Mason*

*/s/ Mary Eaton*
*Signature used with permission pursuant to S.D.N.Y. ECF Rule 8.5
Mary Eaton (*mary.eaton@freshfields.com*)
Shannon K. McGovern (*shannon.mcgovern@freshfields.com*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022-4611
Telephone:   (212) 277-4000
Facsimile:   (212) 277-4001

*Attorneys for Defendants Ellen M. Costello, Grace E. Dailey, John C. Dugan, Duncan P. Hennes, Peter B. Henry, Franz B. Humer, S. Leslie Ireland, Lew W. Jacobs, IV, Renee J. James, Eugene M. McQuade, Michael E. O'Neill, Anthony M. Santomero, James S. Turley, Deborah C. Wright, Alexander R. Wynaendts, and Ernesto Zedillo Ponce de Leon*