# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 4, 2021

Via ECF

Hon. Alison J. Nathan,
 United States District Court,
  Southern District of New York,
   40 Foley Square, Room 2102,
    New York, New York 10007.

 Re: *In re Citigroup Securities Litigation*, No. 1:20-cv-09132 (AJN)

Dear Judge Nathan:

 On behalf of Defendants in the above-referenced action, we write in accordance with Rule 3(E) of Your Honor's Individual Practices in Civil Cases to request oral argument on Defendants' motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 115).

 Respectfully submitted,

 */s/ Sharon L. Nelles*

 Sharon L. Nelles

cc: All counsel of record (via ECF)