

Javier Bleichmar
Partner
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

June 24, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:   *In re Citigroup Securities Litigation,* No. 1:20-cv-09132-AJN (S.D.N.Y.)

Dear Judge Nathan:

      We represent Lead Plaintiff Public Sector Pension Investment Board, Named Plaintiff Anchorage Police & Fire Retirement System (together, "Plaintiffs"), and the putative class in the above referenced matter. We write pursuant to Rule 3.F of the Court's Individual Practices in Civil Cases and the Stipulated Scheduling Order entered in this case (ECF No. 114) to inform the Court and Defendants that Plaintiffs will rely on the Consolidated Amended Class Action Complaint (ECF No. 72) and will oppose Defendants' motion to dismiss on July 19, 2021. Plaintiffs otherwise reserve all rights under Fed. R. Civ. P. 15.

  Respectfully submitted,

 /s/ *Javier Bleichmar*
    Javier Bleichmar