# Sullivan & Cromwell LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

BRUSSELS • FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

November 17, 2021

Via ECF

Hon. Alison J. Nathan,
    United States District Court,
        Southern District of New York,
            40 Foley Square, Room 2102,
                New York, New York  10007.

           Re:     *In re Citigroup Securities Litigation*, No. 1:20-cv-09132 (AJN)

Dear Judge Nathan:

        We represent Defendants Citigroup Inc., Michael L. Corbat, Barbara J. Desoer, John C. Gerspach, and Mark A. L. Mason, and write on behalf of all Defendants in the above-referenced action.  As required by Rule 3.H. of Your Honor's Individual Practices in Civil Cases, Defendants write to inform the Court that more than 90 days have elapsed since Defendants' Motion to Dismiss the Consolidated Amended Complaint (ECF No. 115) was fully briefed (on August 18, 2021).

        Defendants are available for argument, if that would be of assistance to the Court.

                     Respectfully submitted,

                     */s/ Sharon L. Nelles*

                     Sharon L. Nelles

cc:     All Counsel of Record (via ECF)