UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CITIGROUP SECURITIES LITIGATION | 20 Civ. 9132 (LAP) |
|---|---|

Loretta A. Preska, Senior United States District Judge:

    The parties are informed that the firm at which my husband is Senior Counsel, Cahill Gordon & Reindel LLP, regularly represents Citibank and/or its subsidiaries.

SO ORDERED.

Dated:    New York, New York
           April 8, 2022

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge