Case 1:20-cv-09132-LAP   Document 141   Filed 04/05/23   Page 1 of 3



Javier Bleichmar
Partner
212 789 1341 direct
212 205 3961 fax
jbleichmar@bfalaw.com

April 4, 2023

**VIA ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *In re Citigroup Securities Action*, Case No. 1:20-cv-09132-LAP

Dear Judge Preska:

We represent Plaintiffs Public Sector Pension Investment Board and Named Plaintiff Anchorage Police & Fire Retirement System ("Lead Plaintiffs") in the above-captioned case.

Lead Plaintiffs respectfully request an extension of time, to May 24, 2023, to file Lead Plaintiffs' Motion for Leave to Amend the Consolidated Amended Class Action Complaint ("CAC"). A short extension is necessary to permit Lead Plaintiffs to complete their efforts to address the specific concerns the Court identified in its order. The requested extension will not result in any harm to Defendants; nor will it adversely impact any scheduled deadlines.

Pursuant to the Court's Individual Practices, we inform the Court that:

1. On March 24, 2023, the Court dismissed the CAC and permitted Lead Plaintiffs to "move for leave to amend within thirty days of this order." (ECF 139 at 64). The filing deadline under the Court's Order is Monday, April 24, 2023 (the thirtieth day falls on Sunday, April 23,

SO ORDERED
*Loretta A. Preska*   4/5/23
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE



The Hon. Loretta A Preska
April 4, 2023
Page 2

   2023, making Monday, April 24th the filing deadline under FRCP 6(a)(C));

2. Lead Plaintiffs have made no previous requests to extend this filing deadline;

3. The Court has not ruled on any previous requests; and

4. In response to Lead Plaintiffs' request for an extension, Defendants replied that they "take no position on Lead Plaintiffs' request... [and] request only that, if any extension is granted, it should be equivalent for all parties." If the Court extends Lead Plaintiffs' deadline for moving for leave to amend the complaint, Lead Plaintiffs agree that Defendants should have an equivalent extension to file their response.

We appreciate the Court's attention to this matter.





BLEICHMAR
FONTI & AULD LLP

The Hon. Loretta A Preska
April 4, 2023
Page 3

Respectfully submitted,

  /s/ Javier Bleichmar
Javier Bleichmar

Bleichmar Fonti & Auld LLP
7 Times Square, 27th Floor
New York, NY 10036
jbleichmar@bfalaw.com
T - (212) 789-1340
F - (212) 205-3961

*Counsel for Lead Plaintiff Public Sector
Pension Investment Board and Named Plaintiff
Anchorage Police & Fire Retirement System*

cc: All counsel of record (via ECF)