**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | Case No. 1:20-cv-09132-LAP<br><br>**CLASS ACTION** |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO AMEND**

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
Joseph A. Fonti
Erin H. Woods
Benjamin F. Burry

7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
ewoods@bfalaw.com
bburry@bfalaw.com

*Counsel for Lead Plaintiff Public Sector Pension Investment Board and Named Plaintiff Anchorage Police & Fire Retirement System, and Lead Counsel for the Putative Class*

PLEASE TAKE NOTICE that, pursuant to Plaintiffs' Memorandum of Law in Support of their Motion for Leave to Amend, the Declaration of Javier Bleichmar in Support of Plaintiffs' Motion for Leave to Amend, and the proposed Second Consolidated Amended Class Action Compliant for Violations of the Federal Securities Laws (the "Complaint") attached thereto, Court-appointed Lead Plaintiff Public Sector Pension Investment Board ("PSP") and Named Plaintiff Anchorage Police & Fire Retirement System ("Anchorage") (together "Plaintiffs"), by their undersigned counsel, hereby move this Court, before the Honorable Loretta A. Preska, on a date and time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an Order granting leave to file the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and ECF No. 139 at 63-64, as modified by ECF No. 141, and for such other and further relief as the Court deems appropriate.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request oral argument in connection with this motion.

Dated: May 24, 2023

Respectfully submitted,

**BLEICHMAR FONTI & AULD LLP**

*/s/ Javier Bleichmar*
Javier Bleichmar
Joseph A. Fonti
Erin H. Woods
Benjamin F. Burry

7 Times Square, 27th Floor
New York, New York 10036
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com
jfonti@bfalaw.com
ewoods@bfalaw.com
bburry@bfalaw.com

*Counsel for Lead Plaintiff Public Sector
Pension Investment Board and
Named Plaintiff Anchorage Police & Fire
Retirement System, and Lead Counsel for the
Putative Class*