UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | Case No. 1:20-cv-09132-LAP<br><br>**CLASS ACTION** |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

I, Javier Bleichmar, declare as follows:

1. I am a member in good standing of the bar of the state of New York and of this Court. I am a Partner of the law firm Bleichmar Fonti & Auld LLP. I submit this declaration in support of Plaintiffs' Motion for Leave to Amend.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Second Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws and accompanying exhibits.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May 2023.

                                              */s/ Javier Bleichmar*
                                              Javier Bleichmar