UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                             :
                                                             :
                                                             :
IN RE CITIGROUP SECURITIES                                   :    Case No. 1:20-cv-09132-LAP
LITIGATION                                                   :
                                                             :
                                                             :
                                                             :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## DECLARATION OF SHARON L. NELLES

I, Sharon L. Nelles, hereby declare under penalty of perjury as follows:

1.      I am a member of the Bar of this Court and of Sullivan & Cromwell LLP, counsel to the Defendants in the above-captioned action.

2.      I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to Amend.

3.      Attached hereto as Exhibit 1 is a chart prepared by Sullivan & Cromwell attorneys under my direction, which summarizes the challenged statements alleged in the proposed Second Amended Complaint ("PSAC").

4.      Attached hereto as Exhibits 2 through 8 are true and correct copies of the following documents (excerpted where indicated):

| | |
|---|---|
| Exhibit 2 | Citigroup's 2021 Annual General Meeting transcript, dated April 27, 2021, from FactSet CallStreet, LLC (*see* PSAC ¶ 231). |
| Exhibit 3 | Bernstein Strategic Decisions CEO Conference transcript, dated May 30, 2018, from FactSet CallStreet, LLC (*see* PSAC ¶¶ 289-90). |
| Exhibit 4 | Citigroup's third quarter 2018 earnings call transcript, dated October 12, 2018, from FactSet CallStreet, LLC (*see* PSAC ¶¶ 291-93). |
| Exhibit 5 | Citigroup's presentation for the third quarter 2018 earnings call on October 12, 2018, entitled "Third Quarter 2018 Earnings Review," from Citigroup's website. |

-2-

Exhibit 6       Federal Reserve Bank Holding Company Supervision Manual (excerpt).

Exhibit 7       Declaration of Greg Sullivan, a bank examiner at the Office of the Comptroller of the Currency, filed in the action styled *United States ex rel. Miller* v. *Citigroup, Inc.*, Case No. 1:19-cv-10970 (S.D.N.Y.) (Cote, J.) (*see* PSAC ¶ 230).

Exhibit 8       Individual Practices in Civil Cases before the Honorable Alison J. Nathan, dated May 1, 2021.

Executed on July 7, 2023 in New York, New York.

*/s/ Sharon L. Nelles*
Sharon L. Nelles