# Exhibit 1

**CHALLENGED STATEMENTS IN THE PROPOSED SECOND AMENDED COMPLAINT ("PSAC")**

| Statement No. | PSAC Reference | Docket Reference | Challenged Statement | Previously Challenged? | Addressed in Court's March 24 Opinion? |
|---|---|---|---|---|---|
| | | | *February 24, 2017 – 2016 Annual Report* | | |
| 1 | PSAC ¶ 284 | ECF No. 117-7 at 64 | "**Citi's firm-wide Risk Governance Framework consists of the policies, procedures, and processes through which Citi identifies, measures, manages, monitors, reports, and controls risks across the firm . . . .** The Risk Governance Framework has been developed in alignment with the expectations of the Comptroller of the Currency (OCC) Heightened Standards. It is also aligned with the relevant components . . . of the Federal Reserve's Enhanced Prudential Standards for Bank Holding Companies and Foreign Banking Organizations."[1] | Yes | Yes, as Alleged Misstatement No. 12. (*See* Op. at 35-36 (held inactionable).) |

---

[1] Bold text denotes portion of statement that Plaintiffs allege is false or misleading.  The designation "Op." refers to the Court's March 24, 2023 Opinion and Order granting Defendants' Motion To Dismiss the Consolidated Amended Class Action Complaint.  *See* ECF No. 139.

| Statement No. | PSAC Reference | Docket Reference | Challenged Statement | Previously Challenged? | Addressed in Court's March 24 Opinion? |
|---|---|---|---|---|---|
| | | | *June 1, 2017 – Bernstein Strategic Decisions Conference* | | |
| 2 | PSAC ¶ 286 | ECF No. 117-9 at 3 | "[1] **From an infrastructure perspective, we've got, really if not all, certainly most of the systems or base systems that we need** You talked about Mexico.  Mexico really, we're operating there in systems that I would describe as approaching end of life, no sense of dire urgency today.  [2] **But again, we've spent all the energy and effort in terms of creating these systems that have the ability to come back and communicate centrally.**  Mexico is not there yet, so the billion dollars that we announced over four years last fall part of it dedicated towards this technology, the technology advancement, part of it focused towards the ATMs, the smart ATMs that we talked about, part of it really, probably less investment, more what I would describe as CapEx around branch refurbishment, et cetera, and a push towards digital from that.  [3] **So as we look, again, I think from a regulatory perspective, major investments from a Rainbow and some of the big projects we talked about in the past and things that I think they're paying great dividends.**" | Yes, as to [1] and [2]. | Yes, as Alleged Misstatement No. 15.  (*See* Op. at 46 (held inactionable).) |

| Statement No. | PSAC Reference | Docket Reference | Challenged Statement | Previously Challenged? | Addressed in Court's March 24 Opinion? |
|---|---|---|---|---|---|
| | | | *February 23, 2018 – 2017 Annual Report* | | |
| 3 | PSAC ¶ 288 | ECF No. 117-12 at 66 | Same as Challenged Statement 1. | Yes | Yes, as Alleged Misstatement No. 12. (*See* Op. at 35-36 (held inactionable).) |
| | | | *May 30, 2018 – Bernstein Strategic Decisions Conference* | | |
| 4 | PSAC ¶ 290 | N/A | **"If you remember, some of the investments we made in Rainbow that gave us the ability to have a holistic view. So, if you go back not that far in time, and as you covered our company, it was Citi Cards, it was CitiMortgage, it was vertical or silos, as we call them, of product-driven interactions. Technology today here in the U.S. gives us the ability to have a holistic view. So, you're a cards client, you're a retail bank client, you're wealth, you're Citigold, you're Citi Blue, we have the ability to see you and think of you and present to you from a holistic view."** | No | No |

3

| Statement No. | PSAC Reference | Docket Reference | Challenged Statement | Previously Challenged? | Addressed in Court's March 24 Opinion? |
|---|---|---|---|---|---|
| | | | *October 12, 2018 – Third Quarter 2018 Earnings Conference Call* | | |
| 5 | PSAC ¶ 291 | N/A | **"I think the work that was done in terms of Rainbow and other technology implementations now gives us the ability to view the client holistically."** | No | No |
| 6 | PSAC ¶ 293 | N/A | **"Right now, we're tracking everything globally.  So we'll see how we build this into something else."** | No | No |
| | | | *February 22, 2019 – 2018 Annual Report* | | |
| 7 | PSAC ¶ 296 | ECF No. 117-13 at 59 | Same as Challenged Statement 1. | Yes | Yes, as Alleged Misstatement No. 12.  (*See* Op. at 35-36 (held inactionable).) |
| | | | *September 10, 2020 – Press Release* | | |
| 8 | PSAC ¶ 297 | ECF No. 117-23 at 3 | **"We completed our transformation from the financial crisis and emerged a simpler, safer and stronger institution**." | Yes | Yes, as Alleged Misstatement No. 34.  (*See* Op. at 39-41, 45 (held inactionable).) |