# Exhibit 5

Citi | Investor Relations

# Third Quarter 2018 Earnings Review

## October 12, 2018



# Overview

## Solid operating results in 3Q'18

– Continued momentum in Institutional accrual businesses and strong results in Fixed Income

– Continued growth in International Consumer; improving spreads in US Branded Cards

– Delivered 3Q'18 efficiency ratio of 56.1% and ROA of 95 bps

– Broad based loan growth across Consumer and Institutional franchises

## Progress on 2018 targets, with focus on further optimization

– Underlying YTD revenue growth in aggregate across GCB and ICG of 4%[1]

– Delivered YTD efficiency ratio of 57.3%

– Achieved YTD RoTCE of 11.2% in excess of full year target of 10.5%[2]

– Returned ~$6.4B of capital to common shareholders during the quarter

## Opportunities for continued progress

– Continuing to invest across the franchise while maintaining expense discipline

– Delivering consistent results and positioning Citi for improved RoTCE

Note:

(1)    Excludes pre-tax gain of approximately $250 million related to sale of an asset management business in 3Q'18 in Latin America GCB and pre-tax gain of approximately $580 million related to the sale of a fixed income analytics business in 3Q'17 in ICG.

(2)    Preliminary.  Return on Tangible Common Equity (RoTCE) is a non-GAAP financial measure.  For a reconciliation to reported results, please see Slides 30 and 31.



# Citigroup – Summary Financial Results

($MM, except EPS)

| | 3Q'18 | 2Q'18 | %△ | 3Q'17 | %△ |
|---|---|---|---|---|---|
| **Revenues** | **$18,389** | $18,469 | (0)% | $18,419 | (0)% |
| **Operating Expenses** | **10,311** | 10,712 | (4)% | 10,417 | (1)% |
| *Efficiency Ratio* | *56.1%* | *58.0%* | | *56.6%* | |
| *Operating Margin* | *8,078* | *7,757* | *4%* | *8,002* | *1%* |
| Net Credit Losses | 1,756 | 1,704 | 3% | 1,777 | (1)% |
| Net LLR Build / (Release)[2] | 192 | 87 | NM | 194 | (1)% |
| PB&C | 26 | 21 | 24% | 28 | (7)% |
| **Credit Costs** | **1,974** | 1,812 | 9% | 1,999 | (1)% |
| **EBT** | **6,104** | 5,945 | 3% | 6,003 | 2% |
| **Income Taxes** | **1,471** | 1,444 | 2% | 1,866 | (21)% |
| *Effective Tax Rate* | *24%* | *24%* | | *31%* | |
| **Net Income** | **$4,622** | $4,490 | 3% | $4,133 | 12% |
| *Return on Assets* | *0.95%* | *0.94%* | | *0.87%* | |
| *Return on Tangible Common Equity*[3] | *11.3%* | *10.8%* | | *8.4%* | |
| **EPS** | **$1.73** | $1.63 | 6% | $1.42 | 22% |
| *Average Diluted Shares* | *2,481* | *2,532* | *(2)%* | *2,684* | *(8)%* |
| **Average Assets ($B)** | **$1,923** | $1,917 | 0% | $1,892 | 2% |
| **EOP Assets (Constant $B)** | **1,925** | 1,908 | 1% | 1,867 | 3% |
| **EOP Loans (Constant $B)** | **675** | 670 | 1% | 647 | 4% |
| **EOP Deposits (Constant $B)** | **1,005** | 994 | 1% | 953 | 5% |

- **Revenues**
  - Excluding gains[1] and the impact of FX translation, revenues were up 4% driven by strong performance in ICG
- **Expenses**
  - Positive operating leverage and efficiency ratio of 56.1%
- **Credit Costs**
  - Down 1% YoY reflecting lower reserve builds in North America Consumer largely offset by volume growth and normalization of credit costs in ICG
- **EBT**
  - Excluding gains[1] up 8% YoY

Note:  Totals may not sum due to rounding.  GCB: Global Consumer Banking.  ICG: Institutional Clients Group.  NM: Not meaningful.  Constant dollar excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes and is a non-GAAP financial measure.  For a reconciliation of constant dollars to reported results, please refer to Slide 31.

(1)   In 3Q'17, Citi recorded a pre-tax gain of approximately $580 million related to the sale of a fixed income analytics business in ICG.  In 3Q'18, Citi recorded a pre-tax gain of approximately $250 million related to the sale of an asset management business in Latin America GCB.  Adjusted results excluding the gains on sale, as used throughout this presentation are non-GAAP financial measures.

(2)   Includes provision for unfunded lending commitments.

(3)   For additional information on this measure, please refer to Slides 30 and 31.

3



# Citigroup – Year-to-Date Comparison

($B, except EPS)

| | YTD'18 | YTD'17 | YoY % △ |
|---|---|---|---|
| GCB Revenue | $25.3 | $24.4 | 4% |
| ICG Revenue | $28.8 | $28.2 | 2% |
| Corp / Other Rev | $1.6 | $2.4 | (32)% |
| Citi Revenue | $55.7 | $54.9 | 1% |
| Expenses | $31.9 | $31.9 | 0% |
| *Operating Efficiency* | *57.3%* | *58.1%* | *(74) bps* |
| Cost of Credit | $5.6 | $5.4 | 5% |
| Earnings Before Tax | $18.1 | $17.7 | 3% |
| Net Income | $13.7 | $12.1 | 14% |
| EPS | $5.04 | $4.05 | 24% |
| RoTCE | 11.2% | 8.3% | |

| Underlying YoY % △[1] | |
|---|---|
| **GCB revenue by region[2]** | |
| North America | 1% |
| Asia | 3% |
| Latin America | 9% |
| GCB | 3% |
| **ICG revenue by business[3]** | |
| Accrual | 10% |
| Markets and IB | 0% |
| ICG | 4% |
| GCB + ICG Revenues | 4% |
| | |
| Earnings Before Tax | 5% |

Note: Totals may not sum due to rounding.

(1) Excludes pre-tax gain of approximately $250 million related to sale of an asset management business in 3Q'18 in Latin America GCB and pre-tax gain of approximately $580 million related to the sale of a fixed income analytics business in 3Q'17 in ICG.

(2) GCB revenues in constant dollars. Constant dollars excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes. For a reconciliation to reported results, please refer to Slide 31.

(3) Accrual includes Treasury and Trade Solutions, Securities Services, Corporate Lending and Private Bank. Markets and IB includes Fixed Income and Equity Markets, Investment Banking (IB), other ICG revenues and mark-to-market gains / losses on loan hedges.



# Global Consumer Banking

(Constant $MM)

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| **Revenues** | **$8,654** | 5% | 3% | **$25,337** | 4% |
| ■ North America | 5,129 | 2% | (1)% | 15,290 | 1% |
| ■ International | 3,525 | 8% | 11% | 10,047 | 8% |
| **Expenses** | **4,661** | 0% | 6% | **13,997** | 4% |
| ■ North America | 2,668 | 0% | 7% | 7,979 | 4% |
| ■ International | 1,993 | 0% | 4% | 6,018 | 4% |
| *Operating Margin* | *3,993* | *11%* | *1%* | *11,340* | *4%* |
| **Credit Costs** | **1,933** | 1% | (12)% | **5,743** | (1)% |
| **EBT** | **2,060** | 21% | 16% | **5,597** | 9% |
| **Net Income** | **$1,566** | 22% | 36% | **$4,236** | 29% |
| **Revenues** | **$8,654** | 5% | 3% | **$25,337** | 4% |
| ■ Retail Banking | 3,717 | 6% | 8% | 10,677 | 7% |
| ■ Cards | 4,937 | 4% | 1% | 14,660 | 2% |
| **Key Indicators (in Constant $B, except branches)** | | | | | |
| Branches | 2,417 | (0)% | (2)% | 2,417 | (2)% |
| RB Average Deposits | $307 | 1% | 1% | $307 | 0% |
| RB Average Loans | 146 | 1% | 3% | 146 | 2% |
| Investment AUMs | 169 | 3% | 8% | 169 | 8% |
| Cards Average Loans | 161 | 2% | 4% | 159 | 4% |
| Cards Purchase Sales | 135 | 1% | 9% | 390 | 8% |

- **Revenues**
  - Up 3% YoY largely driven by strength in Latin America, as well as one-time gain of ~$250MM[1]

- **Expenses**
  - Up 6% YoY given timing of investment initiatives versus prior year; flat QoQ

- **Credit Costs**
  - Down 12% YoY reflecting lower reserve builds in North America Consumer partially offset by volume growth and seasoning in International Consumer

Note:  Totals may not sum due to rounding.  Constant dollar excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes.  For a reconciliation of constant dollars to reported results, please refer to Slide 31.

(1)    In 3Q'18, Citi recorded a pre-tax gain of approximately $250 million related to the sale of an asset management business in Latin America GCB.



# North America Consumer Banking

($MM)

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| **Revenues** | **$5,129** | 2% | (1)% | **$15,290** | 1% |
| ■ Retail Banking | 1,329 | (1)% | (3)% | 3,984 | 2% |
| *Mortgage* | *134* | *(4)%* | *(28)%* | *423* | *(24)%* |
| *Retail ex. Mortgage* | *1,195* | *(1)%* | *1%* | *3,561* | *6%* |
| ■ Branded Cards | 2,108 | 2% | (3)% | 6,402 | 1% |
| ■ Retail Services | 1,692 | 6% | 2% | 4,904 | 2% |
| | | | | | |
| **Expenses** | **2,668** | 0% | 7% | **7,979** | 4% |
| *Operating Margin* | *2,461* | *5%* | *(9)%* | *7,311* | *(1)%* |
| **Credit Costs** | **1,368** | (2)% | (20)% | **4,189** | (4)% |
| **EBT** | **1,093** | 17% | 9% | **3,122** | 2% |
| **Net Income** | **$850** | 18% | 32% | **$2,407** | 26% |

**Key Indicators ($B, except branches, and as otherwise noted)**

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| Branches | 692 | (0)% | (0)% | 692 | (0)% |
| RB Average Deposits | $180 | 0% | (2)% | $180 | (2)% |
| RB Average Loans | 56 | 1% | 1% | 56 | 0% |
| Investment AUMs | 64 | 4% | 9% | 64 | 9% |
| Branded Cards Average Loans | 88 | 1% | 3% | 87 | 4% |
| Branded Cards Purchase Sales | 87 | 1% | 9% | 252 | 8% |
| Retail Services Average Loans | 49 | 5% | 7% | 48 | 6% |
| Retail Services Purchase Sales | 22 | 2% | 11% | 61 | 6% |
| Active Digital Customers (MM)[1] | 18 | 1% | 5% | | |
| Active Mobile Customers (MM)[2] | 10 | 3% | 13% | | |

- Revenues
  - Retail Banking: Excluding mortgage, revenues up 1% YoY, as continued growth in deposit spreads and investments was largely offset by lower commercial banking revenues
  - Branded Cards: Down 3% YoY, as growth in interest-earning balances was more than offset by the impact of the sale of the Hilton portfolio[3] as well as additional partnership terms
  - Retail Services: Up 2% reflecting loan growth and the L.L.Bean portfolio acquisition, partially offset by higher partner payments

- Expenses
  - Up 7% primarily reflecting the timing of investments versus the prior-year period

- Credit Costs
  - Net LLR build of $121MM in 3Q'18 due to volume growth, compared to build of $460MM in 3Q'17

Note: Totals may not sum due to rounding.
(1)    Users of all online and/or mobile services within the last 90 days through August 2018.  For additional information, please refer to Slide 23.
(2)    Users of all mobile services (mobile apps or via mobile browser) within the last 90 days through August 2018.  For additional information, please refer to Slide 23.
(3)    Citi sold the Hilton portfolio in the first quarter 2018.



# International Consumer Banking

(Constant $MM)

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| **Revenues** | **$3,525** | 8% | 11% | **$10,047** | 8% |
| ▪ Latin America | 1,670 | 17% | 26% | 4,398 | 15% |
| - Retail Banking | 1,265 | 23% | 34% | 3,230 | 17% |
| - Branded Cards | 405 | 3% | 7% | 1,168 | 9% |
| ▪ Asia[1] | 1,855 | 1% | 1% | 5,649 | 3% |
| - Retail Banking | 1,123 | (0)% | (2)% | 3,463 | 3% |
| - Branded Cards | 732 | 3% | 4% | 2,186 | 3% |
| **Expenses** | **1,993** | 0% | 4% | **6,018** | 4% |
| ▪ Latin America | 828 | 3% | 11% | 2,369 | 9% |
| ▪ Asia[1] | 1,165 | (2)% | (0)% | 3,649 | 1% |
| *Operating Margin* | *1,532* | *21%* | *23%* | *4,029* | *15%* |
| **Credit Costs** | **565** | 11% | 17% | **1,554** | 9% |
| **EBT** | **967** | 28% | 26% | **2,475** | 18% |
| **Net Income** | **$716** | 27% | 41% | **$1,829** | 34% |
| **Key Indicators (in Constant $B, except branches, and as otherwise noted)** | | | | | |
| Branches | 1,725 | (1)% | (3)% | 1,725 | (3)% |
| RB Average Deposits | $127 | 2% | 5% | $127 | 4% |
| RB Average Loans | 90 | 2% | 4% | 90 | 3% |
| Investment AUMs | 105 | 2% | 8% | 105 | 8% |
| Cards Average Loans | 24 | 1% | 2% | 25 | 2% |
| Cards Purchase Sales | 26 | 1% | 7% | 77 | 7% |
| Active Digital Customers (MM)[2] | 10 | 5% | 19% | | |
| Active Mobile Customers (MM)[3] | 7 | 10% | 45% | | |

- Revenues
  - Latin America: Excluding ~$250MM gain on sale, revenues up 8% YoY reflecting growth across commercial, mortgage and card loans as well as deposits
  - Asia up 1% YoY as continued growth in deposit, lending and insurance revenues was largely offset by lower investment revenues, due to weaker market sentiment

- Expenses
  - Operating expenses up 4% YoY driven by investment spending and volume growth, partially offset by efficiency savings

- Credit Costs
  - NCL rate of 1.64% vs. 1.60% in 3Q'17
  - Net credit losses of $472MM up 6% YoY primarily reflecting volume growth and seasoning
  - Net LLR build of $71MM in 3Q'18 compared to build of $20MM in 3Q'17, which included a release in Asia

Note:   Totals may not sum due to rounding.  Constant dollar excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes.  For a reconciliation of constant dollars to reported results, please refer to Slide 31.

(1)   Asia GCB includes the results of operations of GCB activities in certain EMEA countries for all periods presented.

(2)   Users of all online and/or mobile services within the last 90 days through August 2018.  For additional information, please refer to Slide 23.

(3)   Users of all mobile services (mobile apps or via mobile browser) within the last 90 days through August 2018.  For additional information, please refer to Slide 23.



# Global Consumer Banking – Credit Trends

(EOP Loans in Constant $B)

━●━ **NCL**    ━●━ **90+ DPD**

## Global Consumer Banking

| EOP | 3Q'17 | 2Q'18 | 3Q'18 |
|---|---|---|---|
| Loans | $298.8 | $306.4 | $309.0 |



NCL: 2.10% 2.24% 2.20% 2.26% 2.15% 2.30% 2.28% 2.22%

90+ DPD: 0.79% 0.77% 0.73% 0.76% 0.80% 0.78% 0.77% 0.78%

4Q'16  1Q'17  2Q'17  3Q'17  4Q'17  1Q'18  2Q'18  3Q'18

## North America

| EOP | 3Q'17 | 2Q'18 | 3Q'18 |
|---|---|---|---|
| Loans | $187.9 | $192.4 | $194.1 |



NCL: 2.42% 2.63% 2.58% 2.63% 2.48% 2.77% 2.72% 2.56%

90+ DPD: 0.90% 0.89% 0.81% 0.86% 0.93% 0.92% 0.87% 0.89%

4Q'16  1Q'17  2Q'17  3Q'17  4Q'17  1Q'18  2Q'18  3Q'18

## Latin America

| EOP | 3Q'17 | 2Q'18 | 3Q'18 |
|---|---|---|---|
| Loans | $25.9 | $26.7 | $26.8 |



NCL: 4.20% 4.44% 4.36% 4.37% 4.51% 4.29% 4.37% 4.63%

90+ DPD: 1.17% 1.12% 1.17% 1.17% 1.11% 1.07% 1.15% 1.10%

4Q'16  1Q'17  2Q'17  3Q'17  4Q'17  1Q'18  2Q'18  3Q'18

## Asia[1]

| EOP | 3Q'17 | 2Q'18 | 3Q'18 |
|---|---|---|---|
| Loans | $85.0 | $87.3 | $88.1 |



NCL: 0.79% 0.78% 0.74% 0.78% 0.73% 0.73% 0.77% 0.75%

90+ DPD: 0.42% 0.41% 0.43% 0.42% 0.43% 0.42% 0.43% 0.43%

4Q'16  1Q'17  2Q'17  3Q'17  4Q'17  1Q'18  2Q'18  3Q'18

Note:
(1)    Asia GCB includes the results of operations of GCB activities in certain EMEA countries for all periods presented.



# Institutional Clients Group

($MM)

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| **Product Revenues** | | | | | |
| ■ **Total Banking** | **$4,876** | (6)% | 2% | **$14,894** | 5% |
| - Treasury & Trade Solutions | 2,283 | (2)% | 4% | 6,887 | 8% |
| - Investment Banking | 1,181 | (17)% | (8)% | 3,733 | (8)% |
| - Private Bank | 849 | 0% | 7% | 2,601 | 12% |
| - Corporate Lending[1] | 563 | (4)% | 11% | 1,673 | 17% |
| ■ **Total Markets & Securities Services** | **$4,471** | (0)% | (5)% | **$13,946** | (1)% |
| - Fixed Income Markets | 3,199 | 4% | 9% | 9,693 | (2)% |
| - Equity Markets | 792 | (8)% | 1% | 2,759 | 19% |
| - Securities Services | 672 | 1% | 11% | 1,978 | 13% |
| - Other | (192) | (45)% | NM | (484) | NM |
| **Product Revenues**[1] | **9,347** | (3)% | (1)% | **28,840** | 2% |
| Gain / (Loss) on Loan Hedges[1] | (106) | NM | NM | (60) | 61% |
| **Total Revenues** | **$9,241** | (5)% | (2)% | **$28,780** | 2% |
| **Expenses** | **5,191** | (5)% | 1% | **16,152** | 4% |
| *Operating Margin* | *4,050* | *(4)%* | *(6)%* | *12,628* | *(0)%* |
| **Credit Costs** | **71** | NM | NM | **55** | NM |
| **EBT** | **3,979** | (5)% | (11)% | **12,573** | (3)% |
| **Net Income** | **$3,123** | (3)% | 2% | **$9,662** | 10% |

- Revenues
  - Total Banking[1]: Up 2% YoY driven by continued strong momentum and solid performance in TTS, Private Bank and Corporate Lending
  - Total Markets & Sec. Services up 8% YoY excluding gain[2] in prior year:
    - Fixed Income up 9% YoY with contribution from both rates and currencies and spread products
    - Equity Markets up 1% YoY as strength in prime finance and derivatives was largely offset by lower cash equities, due to a more challenging trading environment and lower commissions

- Expenses
  - Up 1% YoY reflecting higher compensation costs, business volumes and investments, partially offset by efficiency savings

Note: Totals may not sum due to rounding.  NM: Not meaningful.
(1)     Corporate Lending revenues exclude the impact of gains / (losses) on loan hedges and are non-GAAP financial measures.  Gains / (losses) on loan hedges includes the mark-to-market on credit derivatives and the mark-to-market on loans in the portfolio that are at fair value.  The fixed premium costs of these hedges are netted against the corporate lending revenues to reflect the cost of credit protection.
(2)     In 3Q'17, Citi recorded a pre-tax gain of approximately $580 million related to the sale of a fixed income analytics business.

9



# Corporate / Other

($MM)

| | 3Q'18 | QoQ %△ | YoY %△ | YTD'18 | %△ |
|---|---|---|---|---|---|
| **Revenues** | **$494** | (6)% | (5)% | **$1,613** | (32)% |
| **Expenses** | **459** | (23)% | (44)% | **1,799** | (39)% |
| **Credit Costs** | **(30)** | 75% | 40% | **(155)** | (19)% |
| **EBT** | **65** | 38% | NM | **(31)** | 93% |
| **Net Income** | **$(67)** | NM | 19% | **$(166)** | NM |

- Revenues
  - Down YoY driven by wind-down of legacy assets

- Expenses
  - Down YoY reflecting the wind-down of legacy assets as well as lower infrastructure costs

Note:  Totals may not sum due to rounding.  NM: Not meaningful.



# Citigroup – Net Interest Revenue & Margin



(NIR in Constant $B)

Note:  Totals may not sum due to rounding.  NIR: Net Interest Revenue.  Excludes discontinued operations.  Constant dollar excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes.  For a reconciliation of constant dollars to reported results, please refer to Slide 31.
NIM (%) includes the taxable equivalent adjustment (based on the U.S. federal statutory tax rate of 21% in 1Q'18, 2Q'18 and 3Q'18 and 35% in all periods prior to 1Q'18).

# Citigroup – Key Capital Metrics

($B, except TBV)

—●— Common Equity Tier 1 Capital Ratio[1]    —●— Supplementary Leverage Ratio[1]    ■ Tangible Book Value / Share[1]

| | 3Q'16 | 4Q'16 | 1Q'17 | 2Q'17 | 3Q'17 | 4Q'17 | 1Q'18 | 2Q'18 | 3Q'18 |
|---|---|---|---|---|---|---|---|---|---|
| Common Equity Tier 1 Capital Ratio | 12.6% | 12.6% | 12.8% | 13.1% | 13.0% | 12.4% | 12.1% | 12.1% | 11.8% |
| Supplementary Leverage Ratio | 7.4% | 7.2% | 7.3% | 7.2% | 7.1% | 6.7% | 6.7% | 6.6% | 6.5% |
| Tangible Book Value / Share | $64.71 | $64.57 | $65.88 | $67.32 | $68.55 | $60.16 | $61.02 | $61.29 | $61.91 |

| Risk-Weighted Assets (Basel III Advanced Approaches) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $1,228 | $1,190 | $1,191 | $1,183 | $1,169 | $1,153 | $1,178 | $1,148 | $1,157 |
| **Risk-Weighted Assets (Basel III Standardized Approach)** | | | | | | | | | |
| $1,166 | $1,148 | $1,166 | $1,188 | $1,183 | $1,155 | $1,196 | $1,177 | $1,194 |
| **Total Leverage Exposure** | | | | | | | | | |
| $2,361 | $2,345 | $2,372 | $2,419 | $2,431 | $2,432 | $2,437 | $2,453 | $2,460 |

Note:   All information for 3Q'18 is preliminary.  Certain reclassifications have been made to the prior periods' presentation to conform to the current period's presentation.

(1)   1Q'17 regulatory capital ratios and tangible book value per share have been restated to reflect the early adoption of Accounting Standards Update 2017-08, Premium Amortization on Purchased Callable Debt Securities, although the retrospective application was immaterial to these ratios and amounts.  Citi's reportable CET1 Capital ratios were derived under the U.S. Basel III Standardized Approach framework as of June 30, 2017 and for all subsequent periods, whereas Citi's reportable CET1 Capital ratios were derived under the U.S. Basel III Advanced Approaches framework for all periods prior to June 30, 2017.  For additional information, please refer to Slides 29 and 30.

citi

# Conclusions

**YTD'18 results showed continued momentum across the franchise**

– Underlying revenue growth in aggregate across GCB and ICG of 4%[1]

– Positive operating leverage and continued credit discipline resulting in EBT growth

– Delivered 24% YoY EPS growth, including impact of share buybacks

– RoTCE of 11.2%[2] positions franchise to exceed 10.5% target in 2018

**Continued strong capital position**

– Common Equity Tier 1 Capital Ratio of 11.8%[2]

– Supplementary Leverage Ratio of 6.5%[2]

– Returned ~$6.4B of capital to common shareholders during the quarter

**Opportunities for continued progress in 2018**

– Continuing to invest across the franchise while maintaining expense discipline

– Delivering consistent results and positioning Citi for improved RoTCE

Note:

(1) Excludes pre-tax gain of approximately $250 million related to sale of an asset management business in 3Q'18 in Latin America GCB and pre-tax gain of approximately $580 million related to the sale of a fixed income analytics business in 3Q'17 in ICG.

(2) Preliminary. For additional information on these measures, please refer to Slides 29, 30 and 31.



Certain statements in this presentation are "forward-looking statements" within the meaning of the rules and regulations of the U.S. Securities and Exchange Commission (SEC).  These statements are based on management's current expectations and are subject to uncertainty and changes in circumstances.  These statements are not guarantees of future results or occurrences.  Actual results and capital and other financial condition may differ materially from those included in these statements due to a variety of factors, including, among others, the efficacy of Citi's business strategies and execution of those strategies, such as those relating to its key investment, efficiency and capital optimization initiatives, governmental and regulatory actions or approvals, geopolitical and macroeconomic uncertainties, challenges and conditions, such as the level of interest rates, and the precautionary statements included in this presentation and those contained in Citigroup's filings with the SEC, including without limitation the "Risk Factors" section of Citigroup's 2017 Form 10-K.  Any forward-looking statements made by or on behalf of Citigroup speak only as to the date they are made, and Citi does not undertake to update forward-looking statements to reflect the impact of circumstances or events that arise after the date the forward-looking statements were made.





# Appendix

## Table of Contents

17. YTD'18 Returns Analysis

18. Citigroup – LTM Efficiency Ratio

19. Estimated FX Impact on Key P&L Metrics

20. Asia Consumer Banking – LTM Revenues

21. Consumer Credit

22. Regional Credit Portfolio

23. Consumer Drivers

24. Consumer Drivers Continued

25. Institutional Drivers

26. Preferred Stock Dividend Schedule

27. Equity & CET1 Capital Drivers (YoY)

28. Equity & CET1 Capital Drivers (QoQ)

29. Common Equity Tier 1 Capital Ratio and Components

30. Supplementary Leverage Ratio; TCE Reconciliation

31. Adjusted Results and FX Impact Reconciliation



# YTD'18 Returns Analysis

($B)

| | Net Income to Common | Average GAAP Assets | ROA[2] (bps) | Average Allocated TCE[3] | RoTCE |
|---|---|---|---|---|---|
| GCB | $4.2 | $421 | 135 | $35 | 16.2% |
| ICG | 9.7 | 1,399 | 92 | 85 | 15.2% |
| Corp / Other | (1.0)[1] | 95 | (23) | 34 | (4.0)% |
| **Citigroup** | **$12.9**[1] | **$1,915** | **96** | **$154** | **11.2%** |

Note: Totals may not sum due to rounding.

(1)    Represents YTD'18 net income less YTD'18 preferred dividends of $860MM.
(2)    Return on Assets (ROA) defined as net income (before preferred dividends) divided by average assets.
(3)    Tangible common equity (TCE) allocated to GCB and ICG based on estimated full year 2018 capital allocations.  TCE is a non-GAAP financial measure.  For additional information on this measure, please refer to Slide 30.



# Citigroup – LTM Efficiency Ratio

**LTM Efficiency Ratio**

|  | 3Q'18 | YTD'18 | LTM'18 |
|---|---|---|---|
| Operating Efficiency | 56.1% | 57.3% | 57.7% |
| YoY △ (bps) | (48) | (74) | (80) |
| YoY △ ex FX (bps) | (42) | (93) | (107) |

59.9%  59.8%  59.3%  59.2%  58.5%  58.3%  58.2%  57.9%  57.7%

3Q'16[(1)]  4Q'16  1Q'17  2Q'17  3Q'17  4Q'17  1Q'18  2Q'18  3Q'18

Note:   LTM: Last Twelve Months.
(1)   Represents LTM 3Q'16 reported expenses of $43.4 billion divided by LTM 3Q'16 reported revenues of $72.4 billion, excluding 4Q'15 CVA / DVA of $(181) million. Results excluding CVA/DVA are non-GAAP financial measures.



# Estimated FX[1] Impact on Key P&L Metrics

($B)

| Year-over-Year Impact | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 |
|---|---|---|---|---|---|
| **Revenues** | $(0.3) | $(0.1) | $0.3 | $0.2 | $0.1 |
| **Expenses** | (0.2) | (0.0) | 0.3 | 0.2 | 0.1 |
| **Credit Costs** | (0.0) | (0.0) | 0.0 | 0.0 | 0.0 |
| **Earnings Before Taxes** | $(0.1) | $(0.0) | $0.0 | $0.0 | $0.0 |

Note:  Totals may not sum due to rounding.
(1)    Impact of foreign exchange translation into U.S. dollars.  Please also refer to Slide 31.



# Asia Consumer Banking[1] – LTM Revenues

(in Constant $B)

**LTM Revenues**

■ **Consumer excluding Investment Products**    ■ **Investment Products[2]**

**Consumer excl. Investments LTM YoY Growth:**

| | 3Q'16 | 4Q'16 | 1Q'17 | 2Q'17 | 3Q'17 | 4Q'17 | 1Q'18 | 2Q'18 | 3Q'18 |
|---|---|---|---|---|---|---|---|---|---|
| YoY Growth | (1)% | 0% | 1% | 1% | 2% | 4% | 5% | 5% | 5% |
| Total | $6.84 | $6.89 | $6.93 | $6.99 | $7.09 | $7.22 | $7.34 | $7.37 | $7.38 |
| Investment Products | 1.02 | 1.05 | 1.08 | 1.11 | 1.15 | 1.17 | 1.21 | 1.20 | 1.15 |
| Consumer excl. Investments | 5.82 | 5.84 | 5.85 | 5.89 | 5.94 | 6.06 | 6.13 | 6.17 | 6.24 |

**LTM 3Q'16 - 3Q'18 CAGR**

4%

6%

4%

Note: Totals may not sum due to rounding. LTM: Last Twelve Months. Constant dollar excludes the impact of foreign exchange translation into U.S. dollars for reporting purposes, based on average exchange rates for 3Q'18. For a reconciliation of constant dollars to reported results, please refer to Slide 31.
(1)  For reporting purposes, Asia GCB includes the results of operations of EMEA GCB for all periods presented.
(2)  Investment products includes FX products.





# Consumer Credit

(Constant $B)

| | 3Q'18 Loans | | Growth | 90+ DPD Ratio | | | NCL Ratio | | |
|---|---|---|---|---|---|---|---|---|---|
| | ($B) | (%) | YoY % | 3Q'18 | 2Q'18 | 3Q'17 | 3Q'18 | 2Q'18 | 3Q'17 |
| Korea | 19.0 | 6.1% | (1.9)% | 0.2% | 0.2% | 0.2% | 0.4% | 0.5% | 0.2% |
| Singapore | 12.3 | 4.0% | 3.1% | 0.2% | 0.1% | 0.1% | 0.4% | 0.4% | 0.4% |
| Hong Kong | 12.3 | 4.0% | 14.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% |
| Australia | 10.0 | 3.2% | (0.4)% | 0.8% | 0.7% | 0.7% | 1.4% | 1.5% | 1.3% |
| Taiwan | 8.9 | 2.9% | 2.5% | 0.2% | 0.2% | 0.2% | 0.4% | 0.5% | 0.3% |
| India | 6.7 | 2.2% | 9.8% | 0.8% | 0.8% | 0.8% | 1.0% | 1.0% | 1.1% |
| Malaysia | 4.7 | 1.5% | (0.3)% | 1.1% | 1.1% | 1.0% | 0.5% | 0.5% | 0.5% |
| China | 4.7 | 1.5% | 5.3% | 0.2% | 0.4% | 0.2% | 0.2% | 0.2% | 0.4% |
| Thailand | 2.4 | 0.8% | 11.3% | 1.4% | 1.3% | 1.5% | 2.1% | 2.2% | 2.6% |
| Indonesia | 1.0 | 0.3% | 2.9% | 1.8% | 2.0% | 1.7% | 5.0% | 4.9% | 7.4% |
| All Other | 1.5 | 0.5% | 17.9% | 1.3% | 1.2% | 1.3% | 2.6% | 2.6% | 2.6% |
| **Asia** | **83.5** | **27.0%** | **3.7%** | **0.4%** | **0.4%** | **0.4%** | **0.7%** | **0.7%** | **0.7%** |
| Poland | 2.0 | 0.6% | 6.1% | 0.5% | 0.5% | 0.6% | 1.2% | 1.2% | 1.0% |
| UAE | 1.6 | 0.5% | 4.0% | 1.4% | 1.3% | 1.4% | 3.6% | 4.0% | 4.1% |
| Russia | 0.9 | 0.3% | (4.4)% | 0.5% | 0.7% | 0.7% | 1.6% | 1.6% | 1.8% |
| All Other | 0.2 | 0.1% | (4.6)% | 1.4% | 1.3% | 1.3% | 3.7% | 3.9% | 3.6% |
| **EMEA** | **4.6** | **1.5%** | **2.7%** | **0.9%** | **0.9%** | **0.9%** | **2.2%** | **2.4%** | **2.3%** |
| **Latin America** | **26.8** | **8.7%** | **3.6%** | **1.1%** | **1.2%** | **1.1%** | **4.6%** | **4.4%** | **4.4%** |
| **Total International** | **114.9** | **37.2%** | **3.6%** | **0.6%** | **0.6%** | **0.6%** | **1.6%** | **1.6%** | **1.6%** |
| **North America** | **194.1** | **62.8%** | **3.3%** | **0.9%** | **0.9%** | **0.9%** | **2.6%** | **2.7%** | **2.6%** |
| **Global Consumer Banking** | **309.0** | **100.0%** | **3.4%** | **0.8%** | **0.8%** | **0.8%** | **2.2%** | **2.3%** | **2.3%** |

21  Note:  Totals may not sum due to rounding.



# Regional Credit Portfolio

(3Q'18 EOP in $B)



Note: Totals may not sum due to rounding.  DM: Developed Markets.  EM: Emerging Markets.

# Consumer Drivers

| GCB Digital Metrics[1] | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 | YoY | QoQ |
|---|---|---|---|---|---|---|---|
| (MM) | | | | | | | |
| **North America:** | | | | | | | |
| Active Digital Customers | 18.0 | 17.8 | 17.7 | 17.5 | 17.1 | 5% | 1% |
| Active Mobile Customers | 10.4 | 10.1 | 9.9 | 9.7 | 9.2 | 13% | 3% |
| **International:** | | | | | | | |
| Active Digital Customers | 10.1 | 9.6 | 9.2 | 8.9 | 8.5 | 19% | 5% |
| Active Mobile Customers | 7.0 | 6.4 | 5.8 | 5.3 | 4.8 | 45% | 10% |

| Asia GCB[2] | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 | YoY | QoQ |
|---|---|---|---|---|---|---|---|
| (Constant $B) | | | | | | | |
| Cards Purchase Sales | 20.9 | 20.7 | 20.3 | 21.2 | 19.7 | 6% | 1% |
| Cards Average Loans | 18.5 | 18.3 | 18.6 | 18.5 | 18.2 | 2% | 1% |
| Cards EOP Loans | 18.6 | 18.5 | 18.2 | 18.9 | 18.2 | 2% | 0% |
| RB Average Loans | 69.2 | 68.0 | 67.8 | 67.6 | 66.5 | 4% | 2% |
| RB EOP Loans | 69.5 | 68.8 | 67.9 | 67.6 | 66.8 | 4% | 1% |
| RB Average Deposits | 97.6 | 95.6 | 95.8 | 94.4 | 93.8 | 4% | 2% |
| RB Investment Sales | 9.1 | 9.4 | 12.1 | 10.5 | 11.7 | (22)% | (3)% |
| RB Investment AUMs | 69.8 | 68.1 | 66.8 | 66.8 | 64.0 | 9% | 2% |

| Latin America GCB | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 | YoY | QoQ |
|---|---|---|---|---|---|---|---|
| (Constant $B) | | | | | | | |
| Cards Purchase Sales | 4.6 | 4.5 | 4.1 | 4.6 | 4.0 | 14% | 3% |
| Cards Average Loans | 5.6 | 5.5 | 5.5 | 5.4 | 5.3 | 6% | 1% |
| Cards EOP Loans | 5.8 | 5.7 | 5.6 | 5.7 | 5.4 | 7% | 2% |
| RB Average Loans | 20.7 | 20.5 | 20.5 | 20.3 | 20.0 | 4% | 1% |
| RB EOP Loans | 21.0 | 21.0 | 20.7 | 20.9 | 20.5 | 3% | (0)% |
| RB Average Deposits | 29.4 | 28.9 | 28.6 | 27.8 | 27.3 | 8% | 2% |
| RB Investment Sales | 6.7 | 6.9 | 6.1 | 6.1 | 6.5 | 3% | (2)% |
| RB Investment AUMs | 35.5 | 34.8 | 33.1 | 33.7 | 33.8 | 5% | 2% |

Note:
(1)    Excludes Citi mortgage and commercial banking clients.  North America also excludes Citi Retail Services.
(2)    Asia GCB includes the results of operations of GCB activities in certain EMEA countries for all periods presented.



# Consumer Drivers Continued



## Digital / Mobile Users[1]

(MM)

**Digital Users**

- 25%
- 3Q'16: 22.5
- 3Q'17: 25.6
- 3Q'18: 28.1

**Mobile Users**

- 64%
- 3Q'16: 10.6
- 3Q'17: 14.0
- 3Q'18: 17.4

## Agent Contact Rate[2]

- (6)%
- LTM'16: 1.39
- LTM'17: 1.36
- LTM'18: 1.30

## E-Statement Penetration[3]

- ~1,000 bps
- LTM'16: 38%
- LTM'17: 43%
- LTM'18: 48%

## E-Payment Penetration[4]

- ~800 bps
- LTM'16: 65%
- LTM'17: 69%
- LTM'18: 73%

Note: LTM is defined as the last twelve months ending September 30th.

(1)   For additional information, please refer to footnote 1 on Slide 23.
(2)   Agent contact rate defined as total agent handled calls divided by average total active accounts.  LTM'16 normalized to exclude Costco conversion.
(3)   E-statement penetration defined as total electronic statements divided by total statements (paper statements plus electronic statements).
(4)   E-payment penetration defined as total electronic payments divided by total payments (paper payments plus electronic payments).

# Institutional Drivers

| ICG | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 | YoY | QoQ |
|---|---|---|---|---|---|---|---|
| (Constant $B) | | | | | | | |
| **EOP Deposits:** | **685** | **673** | **650** | **629** | **631** | **8%** | **2%** |
| NA | 318 | 308 | 295 | 296 | 290 | 9% | 3% |
| EMEA | 180 | 186 | 181 | 169 | 168 | 7% | (3)% |
| Latin America | 26 | 26 | 24 | 24 | 24 | 12% | 3% |
| Asia | 161 | 153 | 151 | 141 | 149 | 8% | 5% |
| **Average Loans:** | **346** | **344** | **333** | **325** | **317** | **9%** | **1%** |
| NA | 166 | 165 | 160 | 157 | 152 | 9% | 1% |
| EMEA | 82 | 79 | 75 | 72 | 70 | 17% | 4% |
| Latin America | 33 | 33 | 32 | 32 | 33 | 2% | (0)% |
| Asia | 65 | 67 | 66 | 64 | 63 | 4% | (3)% |
| **EOP Loans:** | **349** | **346** | **341** | **329** | **323** | **8%** | **1%** |
| NA | 168 | 165 | 163 | 159 | 156 | 8% | 1% |
| EMEA | 84 | 82 | 79 | 72 | 71 | 18% | 2% |
| Latin America | 34 | 32 | 32 | 32 | 32 | 7% | 6% |
| Asia | 64 | 66 | 67 | 65 | 64 | (1)% | (4)% |

25  Note:  Totals may not sum due to rounding.



# Preferred Stock Dividend Schedule

($MM)

|  | 2017 | 2018 | 2019 |
|---|---|---|---|
| **1Q** | $301 | $272 | $262 |
| **2Q** | 320 | 318 | 305 |
| **3Q** | 272 | 270 | 262 |
| **4Q** | 320 | 313 | 305 |
| **Total** | **$1,213** | **$1,174** | **$1,133** |

26 Note: Totals may not sum due to rounding. Based on outstanding preferred stock as of October 12, 2018. Includes impact of announced redemption of Series C preferred stock on October 22, 2018.



# Equity & CET1 Capital Drivers (YoY)

($B, except basis points (bps))

| | Common Equity | Tangible Common Equity[1] | CET1 Capital[2] | CET1 Capital Ratio[2] (bps) |
|---|---|---|---|---|
| **3Q'17** | $208.4 | $181.3 | $153.5 | 13.0% |
| **Impact of:** | | | | |
| **Tax Reform**[3] | (22.6) | (22.6) | (6.0) | (36) |
| **Net Income**[3] | 17.4 | 17.4 | 17.4 | 147 |
| **Preferred Stock Dividends** | (1.2) | (1.2) | (1.2) | (10) |
| **Common Share Repurchases & Dividends** | (18.9) | (18.9) | (18.9) | (161) |
| **DTA** | N/A | N/A | 0.4 | 4 |
| **Unrealized AFS Gains / (Losses)** | (2.9) | (2.9) | (2.9) | (25) |
| **FX Translation**[4] | (2.5) | (2.4) | (2.4) | (8) |
| **Other**[5] | 0.3 | 0.5 | 0.5 | 6 |
| **RWA**[3] | N/A | N/A | N/A | (39) |
| **3Q'18**[6] | $178.0 | $151.2 | $140.4 | 11.8% |

Note:   Totals may not sum due to rounding.
(1)   For additional information, please refer to Slide 30.
(2)   For additional information, please refer to Slide 29.
(3)   Net Income and RWA exclude the impact of Tax Reform.
(4)   Citigroup's CET1 Capital ratio (bps) also reflects changes in risk-weighted assets due to foreign currency movements.
(5)   Includes changes in goodwill and intangible assets, net of tax and changes in other OCI (including changes in cash flow hedges, net of tax, DVA on Citi's fair value option liabilities, net of tax and defined benefit plans liability).
(6)   Preliminary.



# Equity & CET1 Capital Drivers (QoQ)

($B, except basis points (bps))

| | Common Equity | Tangible Common Equity[1] | CET1 Capital[2] | CET1 Capital Ratio[2] (bps) |
|---|---|---|---|---|
| **2Q'18** | $181.1 | $154.2 | $142.9 | 12.1% |
| **Impact of:** | | | | |
| **Net Income** | 4.6 | 4.6 | 4.6 | 39 |
| **Preferred Stock Dividends** | (0.3) | (0.3) | (0.3) | (2) |
| **Common Share Repurchases & Dividends** | (6.4) | (6.4) | (6.4) | (54) |
| **DTA** | N/A | N/A | 0.2 | 2 |
| **Unrealized AFS Gains / (Losses)** | (0.6) | (0.6) | (0.6) | (5) |
| **FX Translation[3]** | (0.2) | (0.4) | (0.4) | – |
| **Other[4]** | (0.2) | 0.1 | 0.4 | 3 |
| **RWA** | N/A | N/A | N/A | (21) |
| **3Q'18[5]** | $178.0 | $151.2 | $140.4 | 11.8% |

Note:    Totals may not sum due to rounding.
(1)      For additional information, please refer to Slide 30.
(2)      For additional information, please refer to Slide 29.
(3)      Citigroup's CET1 Capital ratio (bps) also reflects changes in risk-weighted assets due to foreign currency movements.
(4)      Includes changes in goodwill and intangible assets, net of tax and changes in other OCI (including changes in cash flow hedges, net of tax, DVA on Citi's fair value option liabilities, net of tax and defined benefit plans liability).
(5)      Preliminary.



# Common Equity Tier 1 Capital Ratio and Components

($MM)

## Common Equity Tier 1 Capital Ratio and Components[1]

| | 9/30/2018[2] | 6/30/2018 | 3/31/2018 | 12/31/2017 | 9/30/2017 |
|---|---|---|---|---|---|
| **Citigroup Common Stockholders' Equity[3]** | $178,153 | $181,243 | $182,943 | $181,671 | $208,565 |
| Add: Qualifying noncontrolling interests | 148 | 145 | 140 | 153 | 144 |
| **Regulatory Capital Adjustments and Deductions:** | | | | | |
| Less: | | | | | |
| Accumulated net unrealized losses on cash flow hedges, net of tax[4] | (1,095) | (1,021) | (920) | (698) | (437) |
| Cumulative unrealized net gain (loss) related to changes in fair value of financial liabilities attributable to own creditworthiness, net of tax[5] | (503) | (162) | (498) | (721) | (416) |
| Intangible Assets: | | | | | |
| Goodwill, net of related deferred tax liabilities (DTLs)[6] | 21,891 | 21,809 | 22,482 | 22,052 | 21,532 |
| Identifiable intangible assets other than mortgage servicing rights (MSRs), net of related DTLs | 4,304 | 4,461 | 4,209 | 4,401 | 4,410 |
| Defined benefit pension plan net assets | 931 | 882 | 871 | 896 | 720 |
| Deferred tax assets (DTAs) arising from net operating loss, foreign tax credit and general business credit carry-forwards | 12,345 | 12,551 | 12,811 | 13,072 | 20,068 |
| Excess over 10% / 15% limitations for other DTAs, certain common stock investments, and MSRs[7] | - | - | - | - | 9,298 |
| **Common Equity Tier 1 Capital (CET1)** | $140,428 | $142,868 | $144,128 | $142,822 | $153,534 |
| **Risk-Weighted Assets (RWA)** | $1,194,204 | $1,176,863 | $1,195,981 | $1,155,099 | $1,182,918 |
| **Common Equity Tier 1 Capital Ratio (CET1 / RWA)** | 11.8% | 12.1% | 12.1% | 12.4% | 13.0% |

Note:

(1)  Citi's reportable CET1 Capital ratios were derived under the U.S. Basel III Standardized Approach framework for all periods presented.  This reflects the lower of the CET1 Capital ratios under both the Standardized Approach and the Advanced Approaches under the Collins Amendment.  Citigroup's risk-based capital ratios reflect full implementation of the U.S. Basel III rules for all periods.  As of December 31, 2017 and for all prior periods, these ratios are non-GAAP financial measures, which reflect full implementation of regulatory capital adjustments and deductions prior to the effective date of January 1, 2018.

(2)  Preliminary.

(3)  Excludes issuance costs related to outstanding preferred stock in accordance with Federal Reserve Board regulatory reporting requirements.

(4)  Common Equity Tier 1 Capital is adjusted for accumulated net unrealized gains (losses) on cash flow hedges included in accumulated other comprehensive income that relate to the hedging of items not recognized at fair value on the balance sheet.

(5)  The cumulative impact of changes in Citigroup's own creditworthiness in valuing liabilities for which the fair value option has been elected, and own-credit valuation adjustments on derivatives, are excluded from Common Equity Tier 1 Capital, in accordance with the U.S. Basel III rules.

(6)  Includes goodwill "embedded" in the valuation of significant common stock investments in unconsolidated financial institutions.

(7)  Assets subject to 10% / 15% limitations include MSRs, DTAs arising from temporary differences and significant common stock investments in unconsolidated financial institutions.  As of September 30, 2017, the deduction related only to DTAs arising from temporary differences that exceeded the 10% limitation.



# Supplementary Leverage Ratio; TCE Reconciliation

($MM, except per share amounts)

## Supplementary Leverage Ratio and Components[1]

|  | 3Q'18[2] | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 |
|---|---|---|---|---|---|
| Common Equity Tier 1 Capital (CET1) | $140,428 | $142,868 | $144,128 | $142,822 | $153,534 |
| Additional Tier 1 Capital (AT1)[3] | 19,155 | 19,134 | 19,362 | 19,555 | 19,315 |
| Total Tier 1 Capital (T1C) (CET1 + AT1) | $159,583 | $162,002 | $163,490 | $162,377 | $172,849 |
| Total Leverage Exposure (TLE) | $2,459,896 | $2,453,497 | $2,436,817 | $2,432,491 | $2,430,582 |
| Supplementary Leverage Ratio (T1C / TLE) | 6.5% | 6.6% | 6.7% | 6.7% | 7.1% |

## Tangible Common Equity and Tangible Book Value Per Share

|  | 3Q'18[2] | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 |
|---|---|---|---|---|---|
| Common Stockholders' Equity | $177,969 | $181,059 | $182,759 | $181,487 | $208,381 |
| Less: | | | | | |
| Goodwill | 22,187 | 22,058 | 22,659 | 22,256 | 22,345 |
| Intangible Assets (other than Mortgage Servicing Rights) | 4,598 | 4,729 | 4,450 | 4,588 | 4,732 |
| Goodwill and Identifiable Intangible Assets (other than Mortgage Servicing Rights) Related to Assets Held-for-Sale | - | 32 | 48 | 32 | 48 |
| Tangible Common Equity (TCE) | $151,184 | $154,240 | $155,602 | $154,611 | $181,256 |
| Common Shares Outstanding (CSO) | 2,442 | 2,517 | 2,550 | 2,570 | 2,644 |
| Tangible Book Value Per Share (TCE / CSO) | $61.91 | $61.29 | $61.02 | $60.16 | $68.55 |

Note:

(1) Citi's Supplementary Leverage Ratio reflects full implementation of the U.S. Basel III rules for all periods. As of December 31, 2017 and for all prior periods, this ratio is a non-GAAP financial measure, which reflects full implementation of regulatory capital adjustments and deductions prior to the effective date of January 1, 2018.

(2) Preliminary.

(3) Additional Tier 1 Capital primarily includes qualifying noncumulative perpetual preferred stock and qualifying trust preferred securities.

30



# Adjusted Results and FX Impact Reconciliation

($MM, except balance sheet items in $B)

| Citigroup | 3Q'18 | 2Q'18 | 3Q'17 |
|---|---|---|---|
| Reported EOP Assets | $1,925 | $1,912 | $1,889 |
| Impact of FX Translation | - | (4) | (23) |
| EOP Assets in Constant Dollars | $1,925 | $1,908 | $1,867 |
| Reported EOP Loans | $675 | $671 | $653 |
| Impact of FX Translation | - | (1) | (7) |
| EOP Loans in Constant Dollars | $675 | $670 | $647 |
| Reported EOP Deposits | $1,005 | $997 | $964 |
| Impact of FX Translation | - | (2) | (11) |
| EOP Deposits in Constant Dollars | $1,005 | $994 | $953 |

| Citigroup | 3Q'18 | 2Q'18 | 3Q'17 | YTD'18 | YTD'17 |
|---|---|---|---|---|---|
| Reported Net Income | $4,622 | $4,490 | $4,133 | $13,732 | $12,095 |
| Less: Preferred Dividends | 270 | 318 | 272 | 860 | 893 |
| Net Income to Common Shareholders | $4,352 | $4,172 | $3,861 | $12,872 | $11,202 |
| Average TCE | $152,712 | $154,921 | $182,333 | $153,909 | $181,271 |
| RoTCE[1] | 11.3% | 10.8% | 8.4% | 11.2% | 8.3% |

| Global Consumer Banking | 3Q'18 | 2Q'18 | 3Q'17 | YTD'18 | YTD'17 |
|---|---|---|---|---|---|
| Reported Retail Banking Revenues | $3,717 | $3,489 | $3,521 | $10,677 | $10,024 |
| Impact of FX Translation | - | 13 | (66) | - | (8) |
| Retail Banking Revenues in Constant Dollars | $3,717 | $3,502 | $3,455 | $10,677 | $10,016 |
| Reported Cards Revenues | $4,937 | $4,761 | $4,949 | $14,660 | $14,365 |
| Impact of FX Translation | - | (3) | (39) | - | (2) |
| Cards Revenues in Constant Dollars | $4,937 | $4,758 | $4,910 | $14,660 | $14,363 |

| International Consumer Banking | 3Q'18 | 2Q'18 | 3Q'17 | YTD'18 | YTD'17 |
|---|---|---|---|---|---|
| Reported Revenues | $3,525 | $3,246 | $3,273 | $10,047 | $9,301 |
| Impact of FX Translation | - | 10 | (106) | - | (11) |
| Revenues in Constant Dollars | $3,525 | $3,256 | $3,167 | $10,047 | $9,290 |
| Reported Expenses | $1,993 | $1,989 | $1,970 | $6,018 | $5,763 |
| Impact of FX Translation | - | (2) | (53) | - | 15 |
| Expenses in Constant Dollars | $1,993 | $1,987 | $1,917 | $6,018 | $5,778 |
| Reported Credit Costs | $565 | $505 | $505 | $1,554 | $1,435 |
| Impact of FX Translation | - | 6 | (23) | - | (12) |
| Credit Costs in Constant Dollars | $565 | $511 | $482 | $1,554 | $1,423 |
| Reported Net Income | $716 | $559 | $526 | $1,829 | $1,376 |
| Impact of FX Translation | - | 3 | (18) | - | (9) |
| Net Income in Constant Dollars | $716 | $562 | $508 | $1,829 | $1,367 |

| Latin America Consumer Banking | 3Q'18 | 2Q'18 | 3Q'17 | YTD'18 | YTD'17 |
|---|---|---|---|---|---|
| Reported Revenues | $1,670 | $1,381 | $1,388 | $4,398 | $3,863 |
| Impact of FX Translation | - | 42 | (66) | - | (45) |
| Revenues in Constant Dollars | $1,670 | $1,423 | $1,322 | $4,398 | $3,818 |
| Reported Retail Banking Revenues | $1,265 | $999 | $992 | $3,230 | $2,781 |
| Impact of FX Translation | - | 30 | (46) | - | (31) |
| Retail Banking Revenues in Constant Dollars | $1,265 | $1,029 | $946 | $3,230 | $2,750 |
| Reported Branded Cards Revenues | $405 | $382 | $396 | $1,168 | $1,082 |
| Impact of FX Translation | - | 12 | (19) | - | (13) |
| Branded Cards Revenues in Constant Dollars | $405 | $394 | $377 | $1,168 | $1,069 |
| Reported Expenses | $828 | $782 | $779 | $2,369 | $2,191 |
| Impact of FX Translation | - | 21 | (31) | - | (21) |
| Expenses in Constant Dollars | $828 | $803 | $748 | $2,369 | $2,170 |

| Asia Consumer Banking[2] | 3Q'18 | 2Q'18 | 3Q'17 | YTD'18 | YTD'17 |
|---|---|---|---|---|---|
| Reported Revenues | $1,855 | $1,865 | $1,885 | $5,649 | $5,438 |
| Impact of FX Translation | - | (32) | (40) | - | 34 |
| Revenues in Constant Dollars | $1,855 | $1,833 | $1,845 | $5,649 | $5,472 |
| Reported Retail Banking Revenues | $1,123 | $1,142 | $1,163 | $3,463 | $3,327 |
| Impact of FX Translation | - | (17) | (20) | - | 23 |
| Retail Banking Revenues in Constant Dollars | $1,123 | $1,125 | $1,143 | $3,463 | $3,350 |
| Reported Branded Cards Revenues | $732 | $723 | $722 | $2,186 | $2,111 |
| Impact of FX Translation | - | (15) | (20) | - | 11 |
| Branded Cards Revenues in Constant Dollars | $732 | $708 | $702 | $2,186 | $2,122 |
| Reported Expenses | $1,165 | $1,207 | $1,191 | $3,649 | $3,572 |
| Impact of FX Translation | - | (23) | (22) | - | 36 |
| Expenses in Constant Dollars | $1,165 | $1,184 | $1,169 | $3,649 | $3,608 |

| Citigroup | 3Q'18 | 2Q'18 | 1Q'18 | 4Q'17 | 3Q'17 | 2Q'17 | 1Q'17 |
|---|---|---|---|---|---|---|---|
| Reported Net Interest Revenue | $11,802 | $11,665 | $11,172 | $11,313 | $11,535 | $11,258 | $10,955 |
| Impact of FX Translation | - | (88) | (259) | (200) | (249) | (139) | (168) |
| Net Interest Revenue in Constant Dollars | $11,802 | $11,577 | $10,913 | $11,113 | $11,286 | $11,119 | $10,787 |

Note:
(1) RoTCE represents annualized net income available to common shareholders as a percentage of average TCE.
(2) Asia GCB includes the results of operations of GCB activities in certain EMEA countries for all periods presented.

