**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | Case No. 1:20-cv-09132-LAP<br><br>**CLASS ACTION** |

**DECLARATION OF BENJAMIN F. BURRY IN SUPPORT OF
PLAINTIFFS' REPLY MEMORANDUM OF LAW FURTHER IN SUPPORT OF
MOTION FOR LEAVE TO AMEND**

I, Benjamin F. Burry, declare as follows:

1.  I am a member in good standing of the bar of the state of New York and of this Court.  I am an associate of the law firm Bleichmar Fonti & Auld LLP.  I submit this declaration in support of Plaintiffs' Reply Memorandum of Law in Support of Motion for Leave to Amend.

2.  Attached as Exhibit A is a true and correct excerpted copy of Citi's 2016 Form 10-K filed with the SEC on February 24, 2017, including the Managing Global Risk section of the Management Discussion and Analysis.

3.  Attached as Exhibit B is a true and correct excerpted copy of Citi's 2017 Form 10-K, filed with the SEC on February 23, 2018, including the Managing Global Risk section of the Management Discussion and Analysis.

4.  Attached as Exhibit C is a true and correct excerpted copy of Citi's 2018 Form 10-K, filed with the SEC on February 22, 2019, including the Managing Global Risk section of the Management Discussion and Analysis.

5.  Attached as Exhibit D is a true and correct excerpted copy of Citi's 2019 Form 10-K, filed with the SEC on February 21, 2020, including the Managing Global Risk section of the Management Discussion and Analysis.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of August 2023.

 /s/ Benjamin F. Burry
Benjamin F. Burry