# Exhibit A

## Excerpted copy of Citi's 2016 Form 10-K filed with the SEC on February 24, 2017

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
### THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2016**

**Commission file number 1-9924**

# Citigroup Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **52-1568099** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **388 Greenwich Street, New York, NY** | **10013** |
| (Address of principal executive offices) | (Zip code) |

**(212) 559-1000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:  See Exhibit 99.01**

**Securities registered pursuant to Section 12(g) of the Act:  none**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ | Non-accelerated filer ☐<br>(Do not check if a smaller<br>reporting company) | Smaller reporting company ☐ |
|---|---|---|---|

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

The aggregate market value of Citigroup Inc. common stock held by non-affiliates of Citigroup Inc. on June 30, 2016 was approximately $123.0 billion.

**Number of shares of Citigroup Inc. common stock outstanding on January 31, 2017: 2,770,709,339**

Documents Incorporated by Reference: Portions of the registrant's proxy statement for the annual meeting of stockholders scheduled to be held on April 25, 2017, are incorporated by reference in this Form 10-K in response to Items 10, 11, 12, 13 and 14 of Part III.
**Available on the web at www.citigroup.com**

**FORM 10-K CROSS-REFERENCE INDEX**

| Item Number | | Page |
|---|---|---|
| **Part I** | | |
| 1. | **Business** | 2–30, 120–122, 125, 152, 306–307 |
| 1A. | **Risk Factors** | 54–62 |
| 1B. | **Unresolved Staff Comments** | Not Applicable |
| 2. | **Properties** | 306–307 |
| 3. | **Legal Proceedings—See Note 27 to the Consolidated Financial Statements** | 283–291 |
| 4. | **Mine Safety Disclosures** | Not Applicable |
| **Part II** | | |
| 5. | **Market for Registrant's Common Equity,  Related Stockholder Matters, and Issuer Purchases of Equity Securities** | 134–135, 157–159, 308 |
| 6. | **Selected Financial Data** | 8–9 |
| 7. | **Management's Discussion and Analysis of Financial Condition and Results of Operations** | 5–32, 64–119 |
| 7A. | **Quantitative and Qualitative Disclosures About Market Risk** | 64–119, 153–155, 179–219, 222–275 |
| 8. | **Financial Statements and Supplementary Data** | 129–305 |
| 9. | **Changes in and Disagreements with Accountants on Accounting and Financial Disclosure** | Not Applicable |
| 9A. | **Controls and Procedures** | 123–124 |
| 9B. | **Other Information** | Not Applicable |
| **Part III** | | |
| 10. | **Directors, Executive Officers and Corporate Governance** | 310–311* |
| 11. | **Executive Compensation** | ** |
| 12. | **Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters** | *** |
| 13. | **Certain Relationships and Related Transactions and Director Independence** | **** |
| 14. | **Principal Accountant Fees and Services** | ***** |
| **Part IV** | | |
| 15. | **Exhibits and Financial Statement Schedules** | 313–317 |

\*    For additional information regarding Citigroup's Directors, see "Corporate Governance," "Proposal 1: Election of Directors" and "Section 16(a) Beneficial Ownership Reporting Compliance" in the definitive Proxy Statement for Citigroup's Annual Meeting of Stockholders scheduled to be held on April 25, 2017, to be filed with the SEC (the Proxy Statement), incorporated herein by reference.

\*\*    See "Compensation Discussion and Analysis," "The Personnel and Compensation Committee Report," and "2016 Summary Compensation Table and Compensation Information" in the Proxy Statement, incorporated herein by reference.

\*\*\*    See "About the Annual Meeting," "Stock Ownership," and "Equity Compensation Plan Information" in the Proxy Statement, incorporated herein by reference.

\*\*\*\*    See "Corporate Governance—Director Independence," "—Certain Transactions and Relationships, Compensation Committee Interlocks and Insider Participation," and "—Indebtedness" in the Proxy Statement, incorporated herein by reference.

\*\*\*\*\*    See "Proposal 2: Ratification of Selection of Independent Registered Public Accounting Firm" in the Proxy Statement, incorporated herein by reference.

# CITIGROUP'S 2016 ANNUAL REPORT ON FORM 10-K

| | |
|---|---|
| **OVERVIEW** | 2 |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS** | 5 |
| **Executive Summary** | 5 |
| **Summary of Selected Financial Data** | 8 |
| **SEGMENT AND BUSINESS—INCOME (LOSS) AND REVENUES** | 10 |
| **SEGMENT BALANCE SHEET** | 12 |
| **CITICORP** | 13 |
| **Global Consumer Banking** | 14 |
| North America GCB | 16 |
| Latin America GCB | 19 |
| Asia GCB | 21 |
| **Institutional Clients Group** | 23 |
| **Corporate/Other** | 28 |
| **CITI HOLDINGS** | 29 |
| **OFF-BALANCE SHEET ARRANGEMENTS** | 31 |
| **CONTRACTUAL OBLIGATIONS** | 32 |
| **CAPITAL RESOURCES** | 33 |
| **RISK FACTORS** | 54 |
| **Managing Global Risk Table of Contents** | 63 |
| **MANAGING GLOBAL RISK** | 64 |
| **SIGNIFICANT ACCOUNTING POLICIES AND SIGNIFICANT ESTIMATES** | 120 |
| **DISCLOSURE CONTROLS AND PROCEDURES** | 123 |
| **MANAGEMENT'S ANNUAL REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING** | 124 |
| **FORWARD-LOOKING STATEMENTS** | 125 |
| **REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM—INTERNAL CONTROL OVER FINANCIAL REPORTING** | 126 |
| **REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM—CONSOLIDATED FINANCIAL STATEMENTS** | 127 |
| **FINANCIAL STATEMENTS AND NOTES TABLE OF CONTENTS** | 128 |
| **CONSOLIDATED FINANCIAL STATEMENTS** | 129 |
| **NOTES TO CONSOLIDATED FINANCIAL STATEMENTS** | 138 |
| **FINANCIAL DATA SUPPLEMENT** | 305 |
| **SUPERVISION, REGULATION AND OTHER** | 306 |
| **CORPORATE INFORMATION** | 310 |
| Citigroup Executive Officers | 310 |
| Citigroup Board of Directors | 311 |

## Managing Global Risk Table of Contents

| | |
|---|---|
| **MANAGING GLOBAL RISK** | 64 |
| Overview | 64 |
| **CREDIT RISK[1]** | 68 |
| Overview | 68 |
| Consumer Credit | 69 |
| Corporate Credit | 78 |
| Additional Consumer and Corporate Credit Details | 81 |
| Loans Outstanding | 81 |
| Details of Credit Loss Experience | 82 |
| Allowance for Loan Losses | 84 |
| Non-Accrual Loans and Assets and Renegotiated Loans | 85 |
| Forgone Interest Revenue on Loans | 88 |
| **LIQUIDITY RISK** | 89 |
| Overview | 89 |
| High-Quality Liquid Assets (HQLA) | 89 |
| Loans | 90 |
| Deposits | 91 |
| Long-Term Debt | 91 |
| Secured Funding Transactions and Short-Term Borrowings | 94 |
| Liquidity Monitoring and Measurement | 96 |
| Credit Ratings | 97 |
| **MARKET RISK[1]** | 99 |
| Overview | 99 |
| Market Risk of Non-Trading Portfolios | 99 |
| Net Interest Revenue at Risk | 99 |
| Interest Rate Risk of Investment Portfolios—Impact on AOCI | 99 |
| Changes in Foreign Exchange Rates—Impacts on AOCI and Capital | 101 |
| Interest Revenue/Expense and Net Interest Margin | 102 |
| Additional Interest Rate Details | 103 |
| Market Risk of Trading Portfolios | 107 |
| Factor Sensitivities | 108 |
| Value at Risk (VAR) | 108 |
| Stress Testing | 112 |
| **OPERATIONAL RISK** | 113 |
| Overview | 113 |
| Compliance Risk | 113 |
| Conduct Risk | 114 |
| Legal Risk | 115 |
| Reputational Risk | 115 |
| **STRATEGIC RISK** | 115 |
| Country Risk | 116 |

(1) For additional information regarding certain credit risk, market risk and other quantitative and qualitative information, refer to Citi's Pillar 3 Basel III Advanced Approaches Disclosures, as required by the rules of the Federal Reserve Board, on Citi's Investor Relations website.

# MANAGING GLOBAL RISK

## Overview

For Citi, effective risk management is of primary importance to its overall operations. Accordingly, Citi's risk management process has been designed to monitor, evaluate and manage the principal risks it assumes in conducting its activities. Specifically, the activities that Citi engages in, and the risks those activities generate, must be consistent with Citi's mission and value proposition, the key principles that guide it, and Citi's risk appetite.

Risk management must be built on a foundation of ethical culture. Under Citi's mission and value proposition, which was developed by Citi's senior leadership and distributed throughout the firm, Citi strives to serve its clients as a trusted partner by responsibly providing financial services that enable growth and economic progress while earning and maintaining the public's trust by constantly adhering to the highest ethical standards. As such, Citi asks all employees to ensure that their decisions pass three tests: they are in our clients' interests, create economic value and are always systemically responsible. Additionally, Citi evaluates employees' performance against behavioral expectations set out in Citi's leadership standards, which were designed in part to effectuate Citi's mission and value proposition. Other culture-related efforts in connection with conduct risk, ethics and leadership, escalation, and treating customers fairly help Citi to execute its mission and value proposition.

Citi's firm-wide Risk Governance Framework consists of the policies, procedures, and processes through which Citi identifies, measures, manages, monitors, reports, and controls risks across the firm. It also emphasizes Citi's risk culture and lays out standards, procedures and programs that are designed and undertaken to enhance the firm's risk culture, embed this culture deeply within the organization, and give employees tools to make sound and ethical risk decisions and to escalate issues appropriately. The Risk Governance Framework has been developed in alignment with the expectations of the Office of the Comptroller of the Currency (OCC) Heightened Standards. It is also aligned with the relevant components of the Basel Committee on Banking Supervision's corporate governance principles for banks and relevant components of the Federal Reserve's Enhanced Prudential Standards for Bank Holding Companies and Foreign Banking Organizations.

Four key principles—common purpose, responsible finance, ingenuity and leadership—guide Citi as it performs its mission. Citi's risk appetite, which is approved by the Citigroup Board of Directors, specifies the aggregate levels and types of risk the Board and management are willing to assume to achieve Citi's strategic objectives and business plan, consistent with applicable capital, liquidity and other regulatory requirements.

Citi selectively takes risks in support of its underlying business strategy, while striving to ensure it operates within its mission and value proposition and risk appetite.

Citi's risks are generally categorized and summarized as follows:

- *Credit risk* is the risk of loss resulting from the failure of a borrower, counterparty, third party or issuer to honor its financial or contractual obligations.
- *Liquidity risk* is the risk that the firm will not be able to efficiently meet both expected and unexpected current and future cash flow and collateral needs without adversely affecting either daily operations or financial conditions of the firm. The risk may be exacerbated by the inability of the firm to access funding sources or monetize assets and the composition of liability funding and liquidity assets.
- *Market risk* is the risk of loss arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables, such as interest rates, exchange rates or credit spreads. Losses can be exacerbated by the presence of basis or correlations risks.
- *Operational risk* is the risk of loss resulting from inadequate or failed internal processes, systems, or human factors, or from external events. It includes risk of failing to comply with applicable laws and regulations, but excludes strategic risk (see below). It also includes the reputation and franchise risk associated with business practices or market conduct in which Citi is involved. Operational risk is inherent in Citi's global business activities, as well as the internal processes that support those business activities, and can result in losses arising from events related to fraud, theft and unauthorized activity; employment practices and workplace environment; clients, products and business practices; physical assets and infrastructure; and execution, delivery and process management. Operational risk includes compliance, conduct, reputational and legal risks:

  - *Compliance risk* is the risk arising from violations of, or non-conformance with, local, national, or cross-border laws, rules, or regulations, Citi's internal policies and procedures, or other relevant standards of conduct.
  - *Conduct risk* is the risk that Citi's employees or agents may (intentionally or through negligence) harm customers, clients, or the integrity of the markets, and thereby the integrity of Citi.
  - *Reputational risk* is the risk to current or anticipated earnings, capital, or franchise or enterprise value arising from negative public opinion.
  - *Legal risk* includes the risk from uncertainty due to legal or regulatory actions, proceedings, or investigations, or uncertainty in the applicability or interpretation of contracts, laws or regulations.

- *Strategic risk* is the risk to current or anticipated earnings, capital, or franchise or enterprise value arising from flawed business decisions, an inability to adapt to changes in the operating environment, or other external factors that may impair the ability to carry out a business strategy. Strategic risk also includes:

  - *Country risk* which is the risk that an event in a country (precipitated by developments within or

64

external to a country) will impair the value of Citi's franchise or will adversely affect the ability of obligors within that country to honor their obligations. Country risk events may include sovereign defaults, banking crises, currency crises, currency convertibility and/or transferability restrictions, or political events.

Citi manages its risks through each of its three lines of defense:  (i) business management, (ii) independent control functions and (iii) Internal Audit.  The three lines of defense collaborate with each other in structured forums and processes to bring various perspectives together and to steer the organization toward outcomes that are in clients' interests, create economic value and are systemically responsible.

**First Line of Defense: Business Management**
Each of Citi's businesses owns its risks and is responsible for assessing and managing its risks.  Each business is also responsible for having controls in place to mitigate key risks, assessing internal controls and promoting a culture of compliance and control.  In doing so, a business is required to maintain appropriate staffing and implement appropriate procedures to fulfill its risk governance responsibilities.

The CEOs of each region and business report to the Citigroup CEO.  The Head of Operations and Technology and the Head of Productivity, who are considered part of the first line of defense, also report to the Citigroup CEO.

Businesses at Citi organize and chair many committees and councils that cover risk considerations with participation from independent control functions, including committees or councils that are designed to consider matters related to capital, assets and liabilities, business practices, business risks and controls, mergers and acquisitions, the Community Reinvestment Act and fair lending and incentives.

**Second Line of Defense: Independent Control Functions**
Citi's independent control functions, including Risk, Compliance, Human Resources, Legal, Finance and Finance & Risk Infrastructure, set standards by which Citi and its businesses are expected to manage and oversee risks, including compliance with applicable laws, regulatory requirements, policies and other relevant standards of conduct. Additionally, among other responsibilities, the independent control functions provide advice and training to Citi's businesses and establish tools, methodologies, processes and oversight for controls used by the businesses to foster a culture of compliance and control.

*Risk*
The Risk organization is designed to act as an independent partner of the business to manage market, credit and operational risk in a manner consistent with Citi's risk appetite.  Risk establishes policies and guidelines for risk assessments and risk management and contributes to controls and tools to manage, measure and mitigate risks taken by the firm.

The Chief Risk Officer reports to the Citigroup CEO and the Risk Management Committee of the Citigroup Board of Directors.  The Chief Risk Officer has regular and unrestricted access to the Risk Management Committee of the Board and also to the Citigroup Board of Directors to address risks and issues identified through Risk's activities.

*Compliance*
The Compliance organization is designed to protect Citi not only by managing adherence to applicable laws, regulations, and other standards of conduct, but also by promoting business behavior that is consistent with Citi's mission and value proposition, the principle of responsible finance and Citi's compliance risk appetite.  For further information on Citi's compliance risk appetite, see "Compliance, Conduct and Legal Risk" below.

The Chief Compliance Officer reports to the Citigroup CEO and has regular and unrestricted access to the Audit Committee, Ethics and Culture Committee and other ad hoc committees of the Citigroup Board of Directors to report on, among other items, possible breaches of Citi's compliance risk appetite.

*Human Resources*
The Human Resources organization provides personnel support and governance in connection with, among other things: recognizing and rewarding employees who demonstrate Citi's values and excel in their roles and responsibilities; setting ethical- and performance-related expectations and developing and promoting employees who meet those expectations; and searching for, assessing, and hiring staff who exemplify Citi's leadership standards, which outline Citi's expectations of its employees' behavior.

The Head of Human Resources reports to the Citigroup CEO and interacts regularly with the Personnel and Compensation Committee of the Citigroup Board of Directors.

*Legal*
The Legal organization is involved in a number of activities designed to promote the appropriate management of Citi's exposure to legal risk, which includes the risk of loss, whether financial or reputational, due to legal or regulatory actions, proceedings, or investigations, or uncertainty in the applicability or interpretation of contracts, laws or regulations. Activities designed to promote appropriate management of legal risk include, among others: promoting and supporting Citigroup's governance processes; advising business management, other independent control functions, the Citigroup Board of Directors and committees of the Board regarding analysis of laws and regulations, regulatory matters, disclosure matters, and potential risks and exposures on key litigation and transactional matters, among other things; advising other independent control functions in their efforts to ensure compliance with applicable laws and regulations as well as internal standards of conduct; serving on key management committees; reporting and escalating key legal issues to senior management or other independent control functions; participating in internal investigations and overseeing regulatory investigations; and advising businesses on a day-to-day basis on legal, regulatory and contractual matters.

65

The General Counsel reports to the Citigroup CEO and is responsible to the full Citigroup Board. In addition to having regular and unrestricted access to the full Citigroup Board of Directors, the General Counsel or his/her delegates regularly attend meetings of the Risk Management Committee, Audit Committee, Personnel and Compensation Committee, Ethics and Culture Committee, Operations and Technology Committee, and Nomination, Governance and Public Affairs Committee as well as other ad hoc committees of the Citigroup Board of Directors.

### Finance

The Finance organization is primarily composed of the following disciplines: treasury, controllers, tax and financial planning and analysis.  These disciplines partner with the businesses, providing key data and consultation to facilitate sound decisions in support of the businesses' objectives.  Through these activities, Finance serves as an independent control function advising business management, escalating identified risks and establishing policies or processes to manage risk.

Through the treasury discipline, Finance has overall responsibility for managing Citi's balance sheet and accordingly partners with the businesses to manage Citi's liquidity and interest rate risk (price risk for non-trading portfolios).  Treasury works with the businesses to establish balance sheet targets and limits, as well as sets policies on funding costs charged for business assets based on their liquidity and duration.

Principally through the controllers discipline, Finance is responsible for establishing a strong control environment over Citi's financial reporting processes consistent with the 2013 Committee of Sponsoring Organizations of the Treadway Commission, or COSO, Internal Control—Integrated Framework.

Finance is led by Citi's Chief Financial Officer (CFO), who reports directly to the Citigroup CEO.  The CFO chairs or co-chairs several management committees that serve as key governance and oversight forums for business activities.  In addition, the CFO has regular and unrestricted access to the full Citigroup Board of Directors as well as to the Audit Committee of the Board of Directors.

### Finance & Risk Infrastructure

Finance & Risk Infrastructure (FRI) is a Citi global function that was formed in April 2016 from groups within the Finance and Risk global functions.  FRI was established to globally implement common data and data standards, common processes and integrated technology platforms as well as integrate infrastructure activities across both Finance and Risk.  FRI works to drive straight through data processing and produce more effective and efficient processes and governance aimed at supporting both the Finance and Risk organizations.

The co-heads of the FRI global function report jointly to Citi's CFO and Chief Risk Officer.

### Third Line of Defense: Internal Audit

Citi's Internal Audit function independently reviews activities of the first two lines of defense based on a risk-based audit plan and methodology approved by the Audit Committee of the Citigroup Board of Directors.  Internal Audit also provides independent assurance to the Citigroup Board of Directors, the Audit Committee of the Board, senior management and regulators regarding the effectiveness of Citi's governance and controls designed to mitigate Citi's exposure to risks and to enhance Citi's culture of compliance and control.

The Chief Auditor reports functionally to the Chairman of the Citigroup Audit Committee and administratively to the CEO of Citigroup.  Internal Audit's responsibilities are carried out independently under the oversight of the Audit Committee.  Internal Audit's employees accordingly report to the Chief Auditor and do not have reporting lines to front-line units or senior management. Internal Audit's staff members are not permitted to provide internal-audit services for a business line or function in which they had business line or function responsibilities within the previous 12 months.

66

**Three Lines of Defense**

**Business Management Accountability**

| 1st | **Business** Owns its risks and is responsible for managing its risks. | **In-Business Risk Management** Identify and report risks as they emerge and communicate these risks to Independent Risk Management and other Control Functions. | **Functional Specialists** Advise on, contribute to, execute, and/or oversee key controls in support of the efficient and effective management of risk. |

**Oversight by Independent Control Functions**
The Independent Control Functions establish the second line of defense to enhance the effectiveness of controls across products, business lines, and regions.

| 2nd | Risk Compliance Human Resources Legal Finance Finance & Risk Infrastructure |

**Independent Assessment by Internal Audit**

| 3rd | **Internal Audit** Recommends enhancements on an ongoing basis and provides independent assessment and evaluation. |

**Citigroup Board of Directors and Committees of the Board**

Citigroup's Board of Directors oversees Citi's risk-taking activities. To do so, directors review risk assessments and reports prepared by Risk, Compliance, Human Resources, Legal, Finance and Internal Audit and exercise independent judgment to question, challenge and, when necessary, oppose recommendations and decisions made by senior management that could cause Citi's risk profile to exceed its risk appetite or jeopardize the safety and soundness of the firm.

The standing committees of the Citigroup Board of Directors are the Executive Committee, Risk Management Committee, Audit Committee, Personnel and Compensation Committee, Ethics and Culture Committee, Operations and Technology Committee and Nomination, Governance and Public Affairs Committee. In addition to the standing committees, the Board creates ad hoc committees from time to time in response to regulatory, legal or other requirements.

# CREDIT RISK

## Overview

Credit risk is the potential for financial loss resulting from the deterioration in creditworthiness or the failure of a borrower, counterparty or others to honor its financial or contractual obligations. Credit risk arises in many of Citigroup's business activities, including:

- consumer, commercial and corporate lending;
- capital markets derivative transactions;
- structured finance; and
- securities financing transactions (repurchase and reverse repurchase agreements, securities loaned and borrowed).

Credit risk also arises from settlement and clearing activities, when Citi transfers an asset in advance of receiving its counter-value or advances funds to settle a transaction on behalf of a client. Concentration risk, within credit risk, is the risk associated with having credit exposure concentrated within a specific client, industry, region or other category.

Credit risk is one of the most significant risks Citi faces as an institution. As a result, Citi has a well-established framework in place for managing credit risk across all businesses. This includes a defined risk appetite, credit limits and credit policies, both at the business level as well as at the company-wide level. Citi's credit risk management also includes processes and policies with respect to problem recognition, including "watch lists," portfolio reviews, stress tests, updated risk ratings and classification triggers.

With respect to Citi's settlement and clearing activities, intra-day client usage of lines is monitored against limits, as well as against usage patterns. To the extent a problem develops, Citi typically moves the client to a secured (collateralized) operating model. Generally, Citi's intra-day settlement and clearing lines are uncommitted and cancelable at any time.

To manage concentration of risk within credit risk, Citi has in place a correlation framework consisting of industry limits, an idiosyncratic framework consisting of single name concentrations for each business and across Citigroup and a specialized framework consisting of product limits.

Credit exposures are generally reported in notional terms for accrual loans, reflecting the value at which the loans as well as loan and other off-balance sheet commitments are carried on the Consolidated Balance Sheet. Credit exposure arising from capital markets activities is generally expressed as the current mark-to-market, net of margin, reflecting the net value owed to Citi by a given counterparty.

The credit risk associated with these credit exposures is a function of the idiosyncratic creditworthiness of the obligor, as well as the terms and conditions of the specific obligation. Citi assesses the credit risk associated with its credit exposures on a regular basis through its loan loss reserve process (see "Significant Accounting Policies and Significant Estimates—Allowance for Credit Losses" below and Notes 1 and 15 to the Consolidated Financial Statements), as well as through regular stress testing at the company, business, geography and product levels. These stress-testing processes typically estimate potential incremental credit costs that would occur as a result of either downgrades in the credit quality or defaults of the obligors or counterparties.

There is an independent Chief Risk Officer for each of Citi's consumer, commercial and corporate lending businesses within *ICG* and *GCB* (Business CROs). Each of these Business CROs reports directly to Citi's Chief Risk Officer. The Business CROs are the focal point for most day-to-day risk decisions, such as setting risk limits and approving transactions within the businesses. In addition there are Regional and Legal Entity Chief Risk Officers. There is an independent Chief Risk Officer for *Asia*, *EMEA* and *Latin America*, including Mexico (Regional CROs). Each of these Regional CROs reports directly to Citi's Chief Risk Officer. The Regional CROs are accountable for overseeing the management of all risks in their geographic areas, across businesses, and are the primary risk contacts for the Regional Chief Executive Officers and local regulators. Legal Entity Chief Risk Officers are responsible for identifying and managing risks in Citibank as well as other specific legal entities, with Citibank's Chief Risk Officer reporting directly to Citi's Chief Risk Officer.

For additional information on Citi's credit risk management, see Note 14 to the Consolidated Financial Statements.

**Consumer Credit**

Citi provides traditional retail banking, including commercial banking, and credit card products in 19 countries through *North America GCB*, *Latin America GCB* and *Asia GCB* in Citicorp. The retail banking products include consumer mortgages, home equity, personal, commercial loans and lines of credit, and similar related products with a focus on lending to prime customers. Citi uses its risk appetite framework to define its lending parameters. In addition, Citi uses proprietary scoring models for new customer approvals. As stated in "Citicorp—*Global Consumer Banking*" above, *GCB's* overall strategy is to leverage Citi's global footprint and seek to be the preeminent bank for the affluent and emerging affluent consumers in large urban centers. In credit cards and in certain retail markets, Citi serves customers in a somewhat broader set of segments and geographies. *GCB's* commercial banking business focuses on small to mid-sized businesses.

**Consumer Credit Portfolio**

The following tables show Citi's quarterly end-of-period consumer loans:[1]

| In billions of dollars | | 4Q'15 | | 1Q'16 | | 2Q'16 | | 3Q'16 | | 4Q'16 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Retail banking:** | | | | | | | | | | |
| Mortgages | $ | 80.2 | $ | 82.2 | $ | 81.6 | $ | 81.4 | $ | **79.4** |
| Commercial banking | | 31.8 | | 32.1 | | 32.6 | | 33.5 | | **32.3** |
| Personal and other | | 28.7 | | 28.0 | | 27.6 | | 27.0 | | **24.9** |
| **Total retail banking** | $ | **140.7** | $ | **142.3** | $ | **141.8** | $ | **141.9** | $ | **136.6** |
| **Cards:** | | | | | | | | | | |
| Citi-branded cards[2] | $ | 90.2 | $ | 87.8 | $ | 100.1 | $ | 103.9 | $ | **108.3** |
| Citi retail services | | 46.1 | | 42.5 | | 43.3 | | 43.9 | | **47.3** |
| **Total cards** | $ | **136.3** | $ | **130.3** | $ | **143.4** | $ | **147.8** | $ | **155.6** |
| **Total Citicorp** | $ | **277.0** | $ | **272.6** | $ | **285.2** | $ | **289.7** | $ | **292.2** |
| **Citicorp regional distribution:** | | | | | | | | | | |
| North America | | 60% | | 59% | | 61% | | 62% | | 64% |
| Latin America | | 9 | | 9 | | 9 | | 8 | | 8 |
| Asia[3] | | 31 | | 32 | | 30 | | 30 | | 28 |
| **Total Citicorp** | | **100%** | | **100%** | | **100%** | | **100%** | | **100%** |
| **Citi Holdings** | $ | **48.8** | $ | **45.3** | $ | **41.2** | $ | **39.0** | $ | **33.2** |
| **Total consumer loans** | $ | **325.8** | $ | **317.9** | $ | **326.4** | $ | **328.7** | $ | **325.4** |

(1)  End-of-period loans include interest and fees on credit cards.
(2)  In the second quarter of 2016, Citi completed the acquisition of the $10.6 billion Costco U.S. co-brand credit card portfolio.
(3)  *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.

For information on changes to Citi's end-of-period consumer loans, see "Liquidity Risk—Loans" below.

***Overall Consumer Credit Trends***

The following charts show the quarterly trends in delinquencies and net credit losses across both retail banking, including commercial banking, and cards for total *GCB* and by region.









(1)    *Asia* includes *GCB* activities in certain *EMEA* countries for all periods presented.

*North America GCB* provides mortgages, home equity loans, personal loans and commercial banking products through Citi's retail banking network, and card products through Citi-branded cards and Citi retail services businesses. The retail bank is concentrated in six major metropolitan cities in the United States (for additional information on the U.S. retail bank, see "Citicorp—*North America GCB*" above).

As of December 31, 2016, approximately 71% of *North America GCB* consumer loans consisted of Citi-branded and Citi retail services cards and thus the credit performance of these portfolios drive *North America GCB's* overall credit performance (for additional information on *North America GCB*'s cards portfolios, including delinquencies and net credit losses, see "Credit Card Trends" below).

*Latin America GCB* operates in Mexico through Citibanamex, one of Mexico's largest banks, and provides credit cards, consumer mortgages, personal loans and commercial banking products. *Latin America GCB* serves a more mass market segment in Mexico and focuses on developing multi-product relationships with customers.

As set forth in the chart above, 90+ days past due delinquencies and net credit loss rates improved in *Latin America GCB* year-over-year as of the fourth quarter of 2016, while the delinquency rate improved and the net credit loss rate was largely unchanged quarter-over-quarter. The improvements were primarily driven by higher payment rates in Mexico resulting from improved credit quality in the portfolio.

*Asia GCB* operates in 17 countries in *Asia* and *EMEA* and provides credit cards, consumer mortgages, personal loans and commercial banking products.

As shown in the chart above, 90+ days past due and net credit loss rates were largely stable in *Asia GCB* year-over-year and quarter-over-quarter as of the fourth quarter of 2016. This stability reflects the strong credit profiles in *Asia GCB's* target customer segments. In addition, regulatory changes in many markets in *Asia* over the past few years have resulted in stable or improved portfolio credit quality, despite weaker macroeconomic conditions in several countries.

For additional information on cost of credit, loan delinquency and other information for Citi's consumer loan portfolios, see each respective business's results of operations above and Note 14 to the Consolidated Financial Statements.

*Credit Card Trends*

The following charts show the quarterly trends in delinquencies and net credit losses for total *GCB* cards, Citi's *North America* Citi-branded cards and Citi retail services portfolios in Citicorp as well as for Citi's *Latin America* and *Asia* Citi-branded cards portfolios.









(1)    *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.

*North America GCB*'s Citi-branded cards portfolio issues proprietary and co-branded cards.  As shown in the chart above, 90+ days past due delinquency rates in Citi-branded cards increased year-over-year and quarter-over-quarter as of the fourth quarter of 2016, primarily driven by seasoning and the impact of regulatory changes on collections.  Net credit loss rates decreased modestly year-over-year, but increased sequentially as of the fourth quarter of 2016 reflecting the above delinquency rate trends and lower asset sale volumes.  Net credit losses also increased as the business began to incur losses in the Costco portfolio.

Citi retail services partners directly with more than 20 retailers and dealers to offer private-label and co-brand consumer and commercial cards.  Citi retail services' target market is focused on select industry segments such as specialty retail, consumer electronics, and fuel.  Citi retail services continually evaluates opportunities to add partners within target industries that have strong loyalty, lending or payment programs and growth potential.

Citi retail services' delinquency and net credit loss rates increased year-over-year and quarter-over-quarter as of the fourth quarter of 2016, primarily due to seasoning as well as the impact of regulatory changes on collections.

*Latin America GCB* issues proprietary and co-branded cards.  As set forth in the chart above, 90+ days past due delinquency and net credit loss rates have continued to improve or remained stable, primarily driven by the higher payment rates in Mexico resulting from improved credit quality in the portfolio.

*Asia GCB*  issues proprietary and co-branded cards.  As set forth in the chart above, 90+ days past due delinquency and net credit loss rates have remained broadly stable, driven by mature and well-diversified cards portfolios.

For additional information on cost of credit, delinquency and other information for Citi's cards portfolios, see each respective business's results of operations above and Note 14 to the Consolidated Financial Statements.

### North America Cards FICO Distribution

The following tables show the current FICO score distributions for Citi's *North America* Citi-branded cards and Citi retail services portfolios.  FICO scores are updated monthly for substantially all of the portfolio and on a quarterly basis for the remaining portfolio.

**Citi-Branded**

| FICO distribution | December 31, | |
| --- | --- | --- |
| | **2016** | 2015 |
| > 720 | **64%** | 60% |
| 660 - 720 | **26** | 29 |
| 620 - 660 | **6** | 7 |
| < 620 | **4** | 4 |
| **Total** | **100%** | 100% |

**Citi Retail Services**

| FICO distribution | December 31, | |
| --- | --- | --- |
| | **2016** | 2015 |
| > 720 | **42%** | 42% |
| 660 - 720 | **35** | 35 |
| 620 - 660 | **13** | 13 |
| < 620 | **10** | 10 |
| **Total** | **100%** | 100% |

The improvement in Citi-branded cards' FICO distribution was primarily driven by the impact of the strong underlying credit quality of the Costco portfolio, while Citi retail services' FICO distribution has remained stable.

For additional information on FICO scores, see Note 14 to the Consolidated Financial Statements.

### North America Consumer Mortgage Portfolio

Citi's *North America* consumer mortgage portfolio consists of both residential first mortgages and home equity loans. The following table shows the outstanding quarterly end-of-period loans for Citi's *North America* residential first mortgage and home equity loan portfolios:

| In billions of dollars | 4Q'15 | 1Q'16 | 2Q'16 | 3Q'16 | 4Q'16 |
|---|---|---|---|---|---|
| **Citicorp:** | | | | | |
| Residential firsts | $ 38.3 | $ 39.2 | $ 40.1 | $ 40.1 | $ 40.2 |
| Home equity | 3.6 | 3.7 | 3.8 | 3.9 | 4.0 |
| **Total Citicorp** | $ 41.9 | $ 42.9 | $ 43.9 | $ 44.0 | $ 44.2 |
| **Citi Holdings:** | | | | | |
| Residential firsts | $ 18.7 | $ 17.6 | $ 15.8 | $ 14.8 | $ 13.4 |
| Home equity | 19.1 | 18.3 | 17.3 | 16.1 | 15.0 |
| **Total Citi Holdings** | $ 37.8 | $ 35.9 | $ 33.1 | $ 30.9 | $ 28.4 |
| **Total Citigroup— North America** | $ 79.7 | $ 78.8 | $ 77.0 | $ 74.9 | $ 72.6 |

For additional information on delinquency and net credit loss trends in Citi's consumer mortgage portfolio, see "Additional Consumer Credit Details" below.

### Home Equity Loans—Revolving HELOCs

As set forth in the table above, Citi had $19.0 billion of home equity loans as of December 31, 2016, of which $5.0 billion are fixed-rate home equity loans and $14.0 billion are extended under home equity lines of credit (Revolving HELOCs). Fixed-rate home equity loans are fully amortizing. Revolving HELOCs allow for amounts to be drawn for a period of time with the payment of interest only and then, at the end of the draw period, the then-outstanding amount is converted to an amortizing loan, or "reset" (the interest-only payment feature during the revolving period is standard for this product across the industry). Upon reset, these borrowers will be required to pay both interest, usually at a variable rate, and principal that amortizes typically over 20 years, rather than the standard 30-year amortization.

Of the Revolving HELOCs at December 31, 2016, $6.2 billion had reset (compared to $4.2 billion at December 31, 2015) and $7.8 billion were still within their revolving period and had not reset (compared to $12.3 billion at December 31, 2015). The following chart indicates the FICO and combined loan-to-value (CLTV) characteristics of Citi's Revolving HELOCs portfolio and the year in which they reset:



**North America Home Equity Lines of Credit Amortization – Citigroup Total ENR by Reset Year**
*In billions of dollars as of December 31, 2016*

Note: Totals may not sum due to rounding.

Approximately 44% of Citi's total Revolving HELOCs portfolio had reset as of December 31, 2016 (compared to 25% as of December 31, 2015). Of the remaining Revolving HELOCs portfolio, approximately 42% will reset during 2017. Citi's customers with Revolving HELOCs that reset could experience "payment shock" due to the higher required payments on the loans. Citi currently estimates that the monthly loan payment for its Revolving HELOCs that reset during 2017 could increase on average by approximately $362, or 151%. Increases in interest rates could further increase these payments given the variable nature of the interest rates on these loans post-reset. Of the Revolving HELOCs that will reset during 2017, approximately $111 million, or 3%, of the loans have a CLTV greater than 100% as of December 31, 2016. Borrowers' high loan-to-value positions, as well as the cost and availability of refinancing options, could limit borrowers' ability to refinance their Revolving HELOCs as these loans reset.

Approximately 6.7% of the Revolving HELOCs that have reset as of December 31, 2016 were 30+ days past due, compared to 3.9% of the total outstanding home equity loan portfolio (amortizing and non-amortizing). This compared to 6.7% and 3.2%, respectively, as of December 31, 2015. As newly amortizing loans continue to season, the delinquency rate of Citi's total home equity loan portfolio could continue to increase. In addition, resets to date have generally occurred during a period of historically low interest rates, which Citi believes has likely reduced the overall "payment shock" to the borrower.

Citi monitors this reset risk closely and will continue to consider any potential impact in determining its allowance for loan loss reserves. In addition, management continues to review and take additional actions to offset potential reset risk, such as a borrower outreach program to provide reset risk education and proactively working with high-risk borrowers through a specialized single point of contact unit.

***GCB Commercial Banking Exposure to the Energy and Energy-Related Sector***

In addition to the total corporate credit exposure to the energy and energy-related sector described under "Corporate Credit" below, Citi's commercial banking business, reported within *GCB* retail banking, had total credit exposure to the energy and energy-related sector of approximately $1.9 billion as of December 31, 2016, with approximately $1.3 billion of direct outstanding funded loans, or 4%, of the total outstanding commercial banking loans. This compared to $2.0 billion and $2.4 billion of total credit exposure as of September 30, 2016 and December 31, 2015, respectively.

As of December 31, 2016, approximately 90% of commercial banking's total credit exposure to the energy and energy-related sector was in the U.S., compared to 89% and 85% as of September 30, 2016 and December 31, 2015, respectively. Approximately 53% of commercial banking's total energy and energy-related exposure was rated investment grade at December 31, 2016, compared to approximately 39% and 52% as of September 30, 2016 and December 31, 2015, respectively. During the fourth quarter of 2016, Citi released additional energy and energy-related loan loss reserves of approximately $51 million, and incurred net credit losses of approximately $49 million on this commercial banking portfolio. As of December 31, 2016, Citi held loan loss reserves against its funded energy and energy-related commercial banking loans equal to approximately 5.5% of these loans (compared to approximately 8.7% and 4.0% as of September 30, 2016 and December 31, 2015, respectively).

74

**Additional Consumer Credit Details**

*Consumer Loan Delinquency Amounts and Ratios*

| In millions of dollars, except EOP loan amounts in billions | EOP loans[1] December 31, 2016 | 90+ days past due[2] December 31, 2016 | 2015 | 2014 | 30–89 days past due[2] December 31, 2016 | 2015 | 2014 |
|---|---|---|---|---|---|---|---|
| **Citicorp[3][4]** | | | | | | | |
| Total | $ 292.2 | $ 2,296 | $ 2,119 | $ 2,444 | $ 2,542 | $ 2,418 | $ 2,586 |
| Ratio | | 0.79% | 0.77% | 0.87% | 0.87% | 0.88% | 0.92% |
| **Retail banking** | | | | | | | |
| Total | $ 136.6 | $ 474 | $ 523 | $ 736 | $ 726 | $ 739 | $ 794 |
| Ratio | | 0.35% | 0.37% | 0.52% | 0.53% | 0.53% | 0.56% |
| *North America* | 55.3 | 181 | 165 | 225 | 214 | 221 | 212 |
| Ratio | | 0.33% | 0.32% | 0.49% | 0.39% | 0.43% | 0.46% |
| *Latin America* | 18.3 | 136 | 185 | 325 | 185 | 184 | 235 |
| Ratio | | 0.74% | 0.92% | 1.53% | 1.01% | 0.92% | 1.10% |
| *Asia*[5] | 63.0 | 157 | 173 | 186 | 327 | 334 | 347 |
| Ratio | | 0.25% | 0.25% | 0.25% | 0.52% | 0.49% | 0.47% |
| **Cards** | | | | | | | |
| Total | $ 155.6 | $ 1,822 | $ 1,596 | $ 1,708 | $ 1,816 | $ 1,679 | $ 1,792 |
| Ratio | | 1.17% | 1.17% | 1.23% | 1.17% | 1.23% | 1.29% |
| *North America—Citi-branded* | 86.0 | 748 | 538 | 593 | 688 | 523 | 568 |
| Ratio | | 0.87% | 0.80% | 0.88% | 0.80% | 0.78% | 0.84% |
| *North America—Citi retail services* | 47.3 | 761 | 705 | 678 | 777 | 773 | 748 |
| Ratio | | 1.61% | 1.53% | 1.46% | 1.64% | 1.68% | 1.61% |
| *Latin America* | 4.8 | 130 | 173 | 242 | 125 | 157 | 220 |
| Ratio | | 2.71% | 3.20% | 3.61% | 2.60% | 2.91% | 3.28% |
| *Asia*[5] | 17.5 | 183 | 180 | 195 | 226 | 226 | 256 |
| Ratio | | 1.05% | 1.02% | 1.05% | 1.29% | 1.28% | 1.38% |
| **Citi Holdings[6][7]** | | | | | | | |
| Total | $ 33.2 | $ 834 | $ 927 | $ 2,188 | $ 735 | $ 1,036 | $ 1,928 |
| Ratio | | 2.62% | 1.99% | 2.69% | 2.31% | 2.23% | 2.37% |
| *International* | 2.4 | 94 | 157 | 225 | 49 | 179 | 265 |
| Ratio | | 3.92% | 1.91% | 1.56% | 2.04% | 2.18% | 1.84% |
| *North America* | 30.8 | 740 | 770 | 1,963 | 686 | 857 | 1,663 |
| Ratio | | 2.52% | 2.01% | 2.94% | 2.33% | 2.24% | 2.49% |
| **Total Citigroup** | $ 325.4 | $ 3,130 | $ 3,046 | $ 4,632 | $ 3,277 | $ 3,454 | $ 4,514 |
| Ratio | | 0.97% | 0.94% | 1.28% | 1.01% | 1.07% | 1.25% |

(1)  End-of-period (EOP) loans include interest and fees on credit cards.

(2)  The ratios of 90+ days past due and 30–89 days past due are calculated based on EOP loans, net of unearned income.

(3)  The 90+ days past due balances for *North America—Citi-branded* and *North America—Citi retail services* are generally still accruing interest. Citigroup's policy is generally to accrue interest on credit card loans until 180 days past due, unless notification of bankruptcy filing has been received earlier.

(4)  The 90+ days and 30–89 days past due and related ratios for Citicorp *North America* exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored entities since the potential loss predominantly resides within the U.S. government-sponsored entities. The amounts excluded for loans 90+ days past due and (EOP loans) were $327 million ($0.7 billion), $491 million ($1.1 billion) and $562 million ($1.1 billion) at December 31, 2016, 2015 and 2014, respectively. The amounts excluded for loans 30–89 days past due (EOP loans have the same adjustment as above) were $70 million, $87 million and $122 million at December 31, 2016, 2015 and 2014, respectively.

(5)  *Asia* includes delinquencies and loans in certain *EMEA* countries for all periods presented.

(6)  The 90+ days and 30–89 days past due and related ratios for Citi Holdings *North America* exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored entities since the potential loss predominantly resides within the U.S. government-sponsored entities. The amounts excluded for loans 90+ days past due (and EOP loans) were $0.9 billion ($1.4 billion), $1.5 billion ($2.2 billion) and $2.2 billion ($4.0 billion) at December 31, 2016, 2015 and 2014, respectively.

The amounts excluded for loans 30–89 days past due (EOP loans have the same adjustment as above) for each period were $0.2 billion, $0.2 billion and $0.5 billion at December 31, 2016, 2015 and 2014, respectively.

(7)    The December 31, 2016, 2015 and 2014 loans 90+ days past due and 30–89 days past due and related ratios for *North America* exclude $7 million, $11 million and $14 million, respectively, of loans that are carried at fair value.

### Consumer Loan Net Credit Losses and Ratios

| In millions of dollars, except average loan amounts in billions | Average loans[1] 2016 | | Net credit losses[2][3][4] | | |
|---|---|---|---|---|---|
| | | | 2016 | 2015 | 2014 |
| **Citicorp** | | | | | |
| Total | $ | 280.0 | $ 5,612 | $ 5,752 | $ 6,512 |
| Ratio | | | 2.00% | 2.11% | 2.32% |
| **Retail banking** | | | | | |
| Total | $ | 140.5 | $ 1,009 | $ 1,058 | $ 1,156 |
| Ratio | | | 0.72% | 0.75% | 0.80% |
| *North America* | | 54.3 | 207 | 150 | 139 |
| Ratio | | | 0.38% | 0.30% | 0.30% |
| *Latin America* | | 19.3 | 541 | 589 | 699 |
| Ratio | | | 2.80% | 2.85% | 3.01% |
| *Asia*[5] | | 66.9 | 261 | 319 | 318 |
| Ratio | | | 0.39% | 0.45% | 0.43% |
| **Cards** | | | | | |
| Total | $ | 139.5 | $ 4,603 | $ 4,694 | $ 5,356 |
| Ratio | | | 3.30% | 3.59% | 3.94% |
| *North America—Citi-branded* | | 73.2 | 1,909 | 1,892 | 2,197 |
| Ratio | | | 2.61% | 2.96% | 3.31% |
| *North America—Retail services* | | 43.8 | 1,805 | 1,709 | 1,866 |
| Ratio | | | 4.12% | 3.94% | 4.32% |
| *Latin America* | | 5.1 | 499 | 691 | 816 |
| Ratio | | | 9.78% | 11.71% | 11.18% |
| *Asia*[4] | | 17.4 | 390 | 402 | 477 |
| Ratio | | | 2.24% | 2.28% | 2.51% |
| **Citi Holdings**[3][4] | | | | | |
| Total | $ | 41.2 | $ 438 | $ 1,306 | $ 2,163 |
| Ratio | | | 1.06% | 1.96% | 2.24% |
| *International* | | 5.2 | 269 | 443 | 605 |
| Ratio | | | 5.17% | 4.43% | 3.31% |
| *North America* | | 36.0 | 169 | 863 | 1,558 |
| Ratio | | | 0.47% | 1.52% | 1.97% |
| **Total Citigroup** | $ | 321.2 | $ 6,050 | $ 7,058 | $ 8,675 |
| Ratio | | | 1.88% | 2.08% | 2.30% |

(1)    Average loans include interest and fees on credit cards.
(2)    The ratios of net credit losses are calculated based on average loans, net of unearned income.
(3)    As a result of Citigroup's entry into agreements in October 2016 to sell its Brazil and Argentina consumer banking businesses, these businesses were classified as held-for-sale (HFS) at the end of the fourth quarter 2016. Loans HFS are excluded from this table as they are recorded in *Other assets*. In addition, as a result of HFS accounting treatment, approximately $42 million of net credit losses (NCLs) was recorded as a reduction in revenue (*Other revenue*) during 2016. Accordingly, these NCLs are not included in this table.
(4)    As a result of the entry into an agreement to sell OneMain Financial (OneMain), OneMain was classified as HFS beginning March 31, 2015. Loans HFS are excluded from this table as they are recorded in *Other assets*. In addition, as a result of HFS accounting treatment, approximately $350 million of NCLs were recorded as a reduction in revenue (*Other revenue*) during 2015. Accordingly, these NCLs are not included in this table. The OneMain sale was completed on November 15, 2015.
(5)    *Asia* includes average loans and NCLs in certain *EMEA* countries for all periods presented.

*Loan Maturities and Fixed/Variable Pricing*
*U.S. Consumer Mortgages*

| In millions of dollars at year end 2016 | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total |
|---|---|---|---|---|
| **U.S. consumer mortgage loan portfolio** | | | | |
| Residential first mortgages | $ 100 | $ 682 | $ 54,091 | $ 54,873 |
| Home equity loans | 28 | 963 | 17,093 | 18,084 |
| **Total** | **$ 128** | **$ 1,645** | **$ 71,184** | **$ 72,957** |
| **Fixed/variable pricing of U.S. consumer mortgage loans with maturities due after one year** | | | | |
| Loans at fixed interest rates | | $ 1,319 | $ 40,879 | |
| Loans at floating or adjustable interest rates | | 327 | 30,305 | |
| **Total** | | **$ 1,646** | **$ 71,184** | |

**Corporate Credit**

Consistent with its overall strategy, Citi's corporate clients are typically large, multi-national corporations which value Citi's global network. Citi aims to establish relationships with these clients that encompass multiple products, consistent with client needs, including cash management and trade services, foreign exchange, lending, capital markets and M&A advisory.

**Corporate Credit Portfolio**

The following table sets forth Citi's corporate credit portfolio within *ICG* (excluding private bank), before consideration of collateral or hedges, by remaining tenor for the periods indicated:

| | At December 31, 2016 | | | | At September 30, 2016 | | | | At December 31, 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In billions of dollars | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure |
| Direct outstandings (on-balance sheet)[1] | $ 109 | $ 94 | $ 22 | $ 225 | $ 109 | $ 102 | $ 24 | $ 235 | $ 98 | $ 97 | $ 25 | $ 220 |
| Unfunded lending commitments (off-balance sheet)[2] | 103 | 218 | 23 | 344 | 102 | 209 | 27 | 338 | 99 | 231 | 26 | 356 |
| **Total exposure** | **$ 212** | **$ 312** | **$ 45** | **$ 569** | $ 211 | $ 311 | $ 51 | 573 | $ 197 | $ 328 | $ 51 | 576 |

(1)   Includes drawn loans, overdrafts, bankers' acceptances and leases.
(2)   Includes unused commitments to lend, letters of credit and financial guarantees.

***Portfolio Mix—Geography, Counterparty and Industry***

Citi's corporate credit portfolio is diverse across geography and counterparty. The following table shows the percentage by region based on Citi's internal management geography:

| | December 31, 2016 | September 30, 2016 | December 31, 2015 |
|---|---|---|---|
| North America | **55%** | 54% | 56% |
| EMEA | **26** | 26 | 25 |
| Asia | **12** | 12 | 12 |
| Latin America | **7** | 8 | 7 |
| **Total** | **100%** | 100% | 100% |

The maintenance of accurate and consistent risk ratings across the corporate credit portfolio facilitates the comparison of credit exposure across all lines of business, geographic regions and products. Counterparty risk ratings reflect an estimated probability of default for a counterparty and are derived primarily through the use of validated statistical models, scorecard models and external agency ratings (under defined circumstances), in combination with consideration of factors specific to the obligor or market, such as management experience, competitive position,  regulatory environment and commodity prices. Facility risk ratings are assigned that reflect the probability of default of the obligor and factors that affect the loss-given-default of the facility, such as support or collateral. Internal obligor ratings that generally correspond to BBB and above are considered investment grade, while those below are considered non-investment grade.

Citigroup also has incorporated climate risk assessment and reporting criteria for certain obligors, as necessary. Factors evaluated include consideration of climate risk to an obligor's business and physical assets and, when relevant, consideration of cost-effective options to reduce greenhouse gas emissions.

The following table presents the corporate credit portfolio by facility risk rating as a percentage of the total corporate credit portfolio:

| | Total exposure | | |
|---|---|---|---|
| | December 31, 2016 | September 30, 2016 | December 31, 2015 |
| AAA/AA/A | **48%** | 49% | 48% |
| BBB | **34** | 34 | 35 |
| BB/B | **16** | 15 | 15 |
| CCC or below | **2** | 2 | 2 |
| **Total** | **100%** | 100% | 100% |

Note: Total exposure includes direct outstandings and unfunded lending commitments.

Citi's corporate credit portfolio is also diversified by industry. The following table shows the allocation of Citi's total corporate credit portfolio by industry:

| | Total exposure | | |
| --- | --- | --- | --- |
| | December 31, 2016 | September 30, 2016 | December 31, 2015 |
| Transportation and industrial | 22% | 21% | 20% |
| Consumer retail and health | 16 | 16 | 16 |
| Technology, media and telecom | 12 | 11 | 12 |
| Power, chemicals, commodities and metals and mining | 11 | 11 | 11 |
| Energy[1] | 9 | 8 | 9 |
| Real estate | 7 | 7 | 6 |
| Banks/broker-dealers/finance companies | 6 | 6 | 7 |
| Hedge funds | 5 | 5 | 5 |
| Insurance and special purpose entities | 5 | 5 | 5 |
| Public sector | 5 | 5 | 5 |
| Other industries | 2 | 5 | 4 |
| Total | 100% | 100% | 100% |

Note: Total exposure includes direct outstandings and unfunded lending commitments.

(1) In addition to this exposure, Citi has energy-related exposure within the "Public sector" (e.g., energy-related state-owned entities) and "Transportation and industrial" sector (e.g., off-shore drilling entities) included in the table above. As of December 31, 2016, Citi's total exposure to these energy-related entities remained largely consistent with the prior quarter, at approximately $7 billion, of which approximately $4 billion consisted of direct outstanding funded loans.

### *Exposure to the Energy and Energy-Related Sector*
As of December 31, 2016, Citi's total corporate credit exposure to the energy and energy-related sector (see footnote 1 to the table above) was $55.2 billion, with $19.8 billion consisting of direct outstanding funded loans, or 3% of Citi's total outstanding loans. This compared to $55.0 billion and $58.0 billion of total exposure and $20.6 billion and $21.0 billion of funded loans as of September 30, 2016 and December 31, 2015, respectively. In addition, as of December 31, 2016, approximately 72% of *ICG*'s total corporate credit energy and energy-related exposure was in the United States, United Kingdom and Canada (unchanged from September 30, 2016 and December 31, 2015). Also, as of December 31, 2016, approximately 76% of Citi's total energy and energy-related exposures were rated investment grade (compared to approximately 74% and 80% as of September 30, 2016 and December 31, 2015, respectively).

During the fourth quarter of 2016, Citi released $62 million of energy and energy-related loan loss reserves and recognized $32 million of net credit losses in the energy and energy-related loan portfolio. As of December 31, 2016, Citi held loan loss reserves against its funded energy and energy-

related loans equal to approximately 3.8% of these loans (down slightly from 4.0% as of September 30, 2016 and unchanged from 3.8% as of December 31, 2015), with a funded reserve ratio of approximately 10.4% on the non-investment grade portion of the portfolio (down slightly from 10.6% as of September 30, 2016 and up from 10.3% as of December 31, 2015).

For information on Citi's energy and energy-related exposures within *GCB*'s commercial banking business within retail banking, see "Consumer Credit—*GCB* Commercial Banking Exposure to the Energy and Energy-Related Sector" above.

### *Exposure to Banks, Broker-Dealers and Finance Companies*
As of December 31, 2016, Citi's total corporate credit exposure to banks, broker-dealers and finance companies was approximately $36.5 billion, of which $25.1 billion represented direct outstanding funded loans, or 4% of Citi's total outstanding loans. This compared to $35.5 billion and $38.5 billion of total exposure and $24.9 billion and $27.5 billion of funded loans as of September 30, 2016 and December 31, 2015, respectively. Also as of December 31, 2016, September 30, 2016 and December 31, 2015, approximately 77%, 78% and 83%, respectively, of Citi's banks, broker-dealers and finance companies total corporate credit exposure was rated investment grade.

Included in the amounts above, as of December 31, 2016, September 30, 2016 and December 31, 2015, Citi's total corporate credit exposure to banks was approximately $24.3 billion, $23.8 billion and $26.1 billion, respectively, with approximately $19.0 billion, $18.5 billion and $20.7 billion, respectively, consisting of direct outstanding funded loans. As of December 31, 2016, the direct outstanding loans to banks represented approximately 3% of Citi's total outstanding loans. Of the approximately $24.3 billion as of December 31, 2016, approximately 30% related to *Asia*, 26% related to *EMEA*, 20% related to *North America* and 24% related to *Latin America*. Approximately two-thirds of Citi's total corporate credit exposure to banks had a tenor of less than 12 months as of December 31, 2016.

In addition to the amounts above, Citi has additional exposure to banks, broker-dealers and finance companies in the form of derivatives and securities financing transactions, which are typically executed as repurchase and reverse repurchase agreements or securities loaned or borrowed arrangements. As of December 31, 2016, September 30, 2016 and December 31, 2015, Citi had net derivative credit exposure to banks, broker-dealers and finance companies of approximately $9.6 billion, $9.0 billion and $5.0 billion, respectively, after the application of netting arrangements, legally enforceable margin agreements and other collateral arrangements. The collateral considered as part of the net derivative credit exposure was represented primarily by high quality, liquid assets. As of December 31, 2016, September 30, 2016 and December 31, 2015, Citi had net credit exposure to banks, broker-dealers and finance companies in the form of securities financing transactions of approximately $4.8 billion, $5.0 billion and $7.0 billion, respectively, after the application of netting and collateral arrangements. The collateral

considered in the net exposure for the securities financing transactions exposure was primarily cash and highly liquid investment grade securities.

*Credit Risk Mitigation*

As part of its overall risk management activities, Citigroup uses credit derivatives and other risk mitigants to hedge portions of the credit risk in its corporate credit portfolio, in addition to outright asset sales. The results of the mark-to-market and any realized gains or losses on credit derivatives are reflected primarily in *Other revenue* on the Consolidated Statement of Income.

As of December 31, 2016, September 30, 2016 and December 31, 2015, $29.5 billion, $37.8 billion and $34.5 billion, respectively, of the corporate credit portfolio was economically hedged. Citigroup's expected loss model used in the calculation of its loan loss reserve does not include the favorable impact of credit derivatives and other mitigants that are marked-to-market. In addition, the reported amounts of direct outstandings and unfunded lending commitments in the tables above do not reflect the impact of these hedging transactions. The credit protection was economically hedging underlying corporate credit portfolio exposures with the following risk rating distribution:

**Rating of Hedged Exposure**

| | December 31, 2016 | September 30, 2016 | December 31, 2015 |
|---|---|---|---|
| AAA/AA/A | 16% | 20% | 21% |
| BBB | 49 | 53 | 48 |
| BB/B | 31 | 24 | 27 |
| CCC or below | 4 | 3 | 4 |
| **Total** | **100%** | **100%** | **100%** |

The credit protection was economically hedging underlying corporate credit portfolio exposures with the following industry distribution:

**Industry of Hedged Exposure**

| | December 31, 2016 | September 30, 2016 | December 31, 2015 |
|---|---|---|---|
| Transportation and industrial | 29% | 28% | 28% |
| Energy | 20 | 16 | 13 |
| Technology, media and telecom | 13 | 14 | 16 |
| Power, chemicals, commodities and metals and mining | 12 | 12 | 12 |
| Consumer retail and health | 10 | 16 | 17 |
| Public sector | 5 | 4 | 4 |
| Banks/broker-dealers | 4 | 3 | 4 |
| Insurance and special purpose entities | 3 | 3 | 5 |
| Other industries | 4 | 4 | 1 |
| **Total** | **100%** | **100%** | **100%** |

**Loan Maturities and Fixed/Variable Pricing of Corporate Loans**

| In millions of dollars at December 31, 2016 | Due within 1 year | Over 1 year but within 5 years | Over 5 years | Total |
|---|---|---|---|---|
| **Corporate loans** | | | | |
| **In U.S. offices** | | | | |
| Commercial and industrial loans | $ 21,851 | $ 15,799 | $ 11,936 | $ 49,586 |
| Financial institutions | 15,652 | 11,316 | 8,549 | 35,517 |
| Mortgage and real estate | 17,051 | 12,327 | 9,313 | 38,691 |
| Installment, revolving credit and other | 15,203 | 10,993 | 8,305 | 34,501 |
| Lease financing | 669 | 484 | 365 | 1,518 |
| **In offices outside the U.S.** | 93,993 | 35,808 | 10,093 | 139,894 |
| **Total corporate loans** | $ 164,419 | $ 86,727 | $ 48,561 | $ 299,707 |
| **Fixed/variable pricing of corporate loans with maturities due after one year**[(1)] | | | | |
| Loans at fixed interest rates | | $ 11,017 | $ 13,065 | |
| Loans at floating or adjustable interest rates | | 75,710 | 35,496 | |
| **Total** | | $ 86,727 | $ 48,561 | |

(1)  Based on contractual terms. Repricing characteristics may effectively be modified from time to time using derivative contracts. See Note 22 to the Consolidated Financial Statements.

80

**Additional Consumer and Corporate Credit Details**

**Loans Outstanding**

| In millions of dollars | | December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **2016** | | 2015 | | 2014 | | 2013 | | 2012 |
| **Consumer loans** | | | | | | | | | | |
| In U.S. offices | | | | | | | | | | |
| Mortgage and real estate[1] | $ | **72,957** | $ | 80,281 | $ | 96,533 | $ | 108,453 | $ | 125,946 |
| Installment, revolving credit and other | | **3,395** | | 3,480 | | 14,450 | | 13,398 | | 14,070 |
| Cards | | **132,654** | | 112,800 | | 112,982 | | 115,651 | | 111,403 |
| Commercial and industrial | | **7,159** | | 6,407 | | 5,895 | | 6,592 | | 5,344 |
| | $ | **216,165** | $ | 202,968 | $ | 229,860 | $ | 244,094 | $ | 256,763 |
| In offices outside the U.S. | | | | | | | | | | |
| Mortgage and real estate[1] | $ | **42,803** | $ | 47,062 | $ | 54,462 | $ | 55,511 | $ | 54,709 |
| Installment, revolving credit and other | | **24,887** | | 29,480 | | 31,128 | | 33,182 | | 33,958 |
| Cards | | **23,783** | | 27,342 | | 32,032 | | 36,740 | | 40,653 |
| Commercial and industrial | | **16,871** | | 17,741 | | 18,594 | | 20,623 | | 19,415 |
| Lease financing | | **81** | | 362 | | 546 | | 710 | | 747 |
| | $ | **108,425** | $ | 121,987 | $ | 136,762 | $ | 146,766 | $ | 149,482 |
| **Total consumer loans** | $ | **324,590** | $ | 324,955 | $ | 366,622 | $ | 390,860 | $ | 406,245 |
| Unearned income[2] | | **776** | | 830 | | (679) | | (567) | | (411) |
| **Consumer loans, net of unearned income** | $ | **325,366** | $ | 325,785 | $ | 365,943 | $ | 390,293 | $ | 405,834 |
| **Corporate loans** | | | | | | | | | | |
| In U.S. offices | | | | | | | | | | |
| Commercial and industrial | $ | **49,586** | $ | 46,011 | $ | 39,542 | $ | 36,993 | $ | 30,586 |
| Loans to financial institutions | | **35,517** | | 36,425 | | 36,324 | | 25,130 | | 18,179 |
| Mortgage and real estate[1] | | **38,691** | | 32,623 | | 27,959 | | 25,075 | | 21,052 |
| Installment, revolving credit and other | | **34,501** | | 33,423 | | 29,246 | | 34,467 | | 32,478 |
| Lease financing | | **1,518** | | 1,780 | | 1,758 | | 1,647 | | 1,410 |
| | $ | **159,813** | $ | 150,262 | $ | 134,829 | $ | 123,312 | $ | 103,705 |
| In offices outside the U.S. | | | | | | | | | | |
| Commercial and industrial | $ | **81,579** | $ | 82,358 | $ | 83,206 | $ | 86,147 | $ | 85,748 |
| Loans to financial institutions | | **26,886** | | 28,704 | | 33,269 | | 38,372 | | 37,739 |
| Mortgage and real estate[1] | | **5,363** | | 5,106 | | 6,031 | | 6,274 | | 6,485 |
| Installment, revolving credit and other | | **19,965** | | 20,853 | | 19,259 | | 18,714 | | 14,959 |
| Lease financing | | **251** | | 303 | | 419 | | 586 | | 639 |
| Governments and official institutions | | **5,850** | | 4,911 | | 2,236 | | 2,341 | | 1,159 |
| | $ | **139,894** | $ | 142,235 | $ | 144,420 | $ | 152,434 | $ | 146,729 |
| **Total corporate loans** | $ | **299,707** | $ | 292,497 | $ | 279,249 | $ | 275,746 | $ | 250,434 |
| Unearned income[3] | | **(704)** | | (665) | | (557) | | (567) | | (804) |
| **Corporate loans, net of unearned income** | $ | **299,003** | $ | 291,832 | $ | 278,692 | $ | 275,179 | $ | 249,630 |
| **Total loans—net of unearned income** | $ | **624,369** | $ | 617,617 | $ | 644,635 | $ | 665,472 | $ | 655,464 |
| Allowance for loan losses—on drawn exposures | | **(12,060)** | | (12,626) | | (15,994) | | (19,648) | | (25,455) |
| **Total loans—net of unearned income and allowance for credit losses** | $ | **612,309** | $ | 604,991 | $ | 628,641 | $ | 645,824 | $ | 630,009 |
| **Allowance for loan losses as a percentage of total loans— net of unearned income[4]** | | **1.94%** | | 2.06% | | 2.50% | | 2.97% | | 3.92% |
| **Allowance for consumer loan losses as a percentage of total consumer loans—net of unearned income[4]** | | **2.88%** | | 3.02% | | 3.70% | | 4.36% | | 5.58% |
| **Allowance for corporate loan losses as a percentage of total corporate loans—net of unearned income[4]** | | **0.91%** | | 0.97% | | 0.90% | | 0.99% | | 1.17% |

(1) Loans secured primarily by real estate.
(2) Unearned income on consumer loans primarily represents unamortized origination fees, costs, premiums and discounts.  Prior to December 31, 2015, these items were more than offset by prepaid interest on loans outstanding issued by OneMain Financial. The sale of OneMain Financial was completed on November 15, 2015.
(3) Unearned income on corporate loans primarily represents interest received in advance but not yet earned on loans originated on a discount basis.
(4) All periods exclude loans that are carried at fair value.

**Details of Credit Loss Experience**

| In millions of dollars | | 2016 | | 2015 | | 2014 | | 2013 | | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Allowance for loan losses at beginning of period** | $ | **12,626** | $ | 15,994 | $ | 19,648 | $ | 25,455 | $ | 30,115 |
| **Provision for loan losses** | | | | | | | | | | |
| Consumer | $ | **6,323** | $ | 6,228 | $ | 6,695 | $ | 7,587 | $ | 10,312 |
| Corporate | | **426** | | 880 | | 133 | | 17 | | 146 |
| | $ | **6,749** | $ | 7,108 | $ | 6,828 | $ | 7,604 | $ | 10,458 |
| **Gross credit losses** | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices[1][2] | $ | **4,970** | $ | 5,500 | $ | 6,780 | $ | 8,402 | $ | 12,226 |
| In offices outside the U.S. | | **2,674** | | 3,192 | | 3,870 | | 3,922 | | 4,107 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | **274** | | 112 | | 66 | | 125 | | 154 |
| In offices outside the U.S. | | **254** | | 182 | | 314 | | 220 | | 337 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | **5** | | — | | 2 | | 2 | | 33 |
| In offices outside the U.S. | | **5** | | 4 | | 13 | | 7 | | 68 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S offices | | **34** | | 8 | | 8 | | 62 | | 59 |
| In offices outside the U.S. | | **6** | | 43 | | 55 | | 29 | | 21 |
| | $ | **8,222** | $ | 9,041 | $ | 11,108 | $ | 12,769 | $ | 17,005 |
| **Credit recoveries[3]** | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices | $ | **980** | $ | 975 | $ | 1,122 | $ | 1,073 | $ | 1,302 |
| In offices outside the U.S. | | **614** | | 659 | | 853 | | 1,008 | | 1,068 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | **23** | | 22 | | 64 | | 62 | | 243 |
| In offices outside the U.S. | | **41** | | 67 | | 84 | | 109 | | 82 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | **1** | | 7 | | 1 | | 1 | | — |
| In offices outside the U.S. | | **1** | | 2 | | 11 | | 20 | | 43 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S. offices | | **1** | | 7 | | — | | 31 | | 17 |
| In offices outside the U.S. | | **—** | | — | | — | | 2 | | 19 |
| | $ | **1,661** | $ | 1,739 | $ | 2,135 | $ | 2,306 | $ | 2,774 |
| **Net credit losses** | | | | | | | | | | |
| In U.S. offices | $ | **4,278** | $ | 4,609 | $ | 5,669 | $ | 7,424 | $ | 10,910 |
| In offices outside the U.S. | | **2,283** | | 2,693 | | 3,304 | | 3,039 | | 3,321 |
| **Total** | $ | **6,561** | $ | 7,302 | $ | 8,973 | $ | 10,463 | $ | 14,231 |
| Other—net[4][5][6][7][8][9][10] | $ | **(754)** | $ | (3,174) | $ | (1,509) | $ | (2,948) | $ | (887) |
| **Allowance for loan losses at end of period** | $ | **12,060** | $ | 12,626 | $ | 15,994 | $ | 19,648 | $ | 25,455 |
| Allowance for loan losses as a percentage of total loans[11] | | **1.94%** | | 2.06% | | 2.50% | | 2.97% | | 3.92% |
| Allowance for unfunded lending commitments[10][12] | $ | **1,418** | $ | 1,402 | $ | 1,063 | $ | 1,229 | $ | 1,119 |
| **Total allowance for loan losses and unfunded lending commitments** | $ | **13,478** | $ | 14,028 | $ | 17,057 | $ | 20,877 | $ | 26,574 |
| Net consumer credit losses | $ | **6,050** | $ | 7,058 | $ | 8,675 | $ | 10,243 | $ | 13,963 |
| As a percentage of average consumer loans | | **1.88%** | | 2.08% | | 2.31% | | 2.63% | | 3.42% |
| Net corporate credit losses | $ | **511** | $ | 244 | $ | 298 | $ | 220 | $ | 268 |

82

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| As a percentage of average corporate loans | | **0.17%** | | 0.08% | | 0.11% | | 0.09% | 0.11% |
| **Allowance for loan losses at end of period[13]** | | | | | | | | | |
| Citicorp | $ | **10,721** | $ | 10,331 | $ | 10,809 | $ | 12,410 | $ 13,775 |
| Citi Holdings | | **1,339** | | 2,295 | | 5,185 | | 7,238 | 11,680 |
| **Total Citigroup** | $ | **12,060** | $ | 12,626 | $ | 15,994 | $ | 19,648 | $ 25,455 |
| **Allowance by type** | | | | | | | | | |
| Consumer | $ | **9,358** | $ | 9,835 | $ | 13,547 | $ | 16,974 | $ 22,585 |
| Corporate | | **2,702** | | 2,791 | | 2,447 | | 2,674 | 2,870 |
| **Total Citigroup** | $ | **12,060** | $ | 12,626 | $ | 15,994 | $ | 19,648 | $ 25,455 |

(1) 2012 includes approximately $635 million of incremental charge-offs related to the Office of the Comptroller of the Currency (OCC) guidance issued in the third quarter of 2012, which required mortgage loans to borrowers that have gone through Chapter 7 U.S. Bankruptcy Code to be written down to collateral value. There was a corresponding approximate $600 million release in the third quarter of 2012 *Allowance for loan losses* related to these charge-offs. 2012 also includes a benefit to charge-offs of approximately $40 million related to finalizing the impact of the OCC guidance in the fourth quarter of 2012.

(2) 2012 includes approximately $370 million of incremental charge-offs related to previously deferred principal balances on modified loans in the first quarter of 2012. These charge-offs were related to anticipated forgiveness of principal in connection with the national mortgage settlement. There was a corresponding approximate $350 million reserve release in the first quarter of 2012 related to these charge-offs.

(3) Recoveries have been reduced by certain collection costs that are incurred only if collection efforts are successful.

(4) Includes all adjustments to the allowance for credit losses, such as changes in the allowance from acquisitions, dispositions, securitizations, FX translation, purchase accounting adjustments, etc.

(5) 2016 includes reductions of approximately $574 million related to the sale or transfer to held-for-sale (HFS) of various loan portfolios, which includes approximately $106 million related to the transfer of various real estate loan portfolios to HFS. Additionally, 2016 includes a reduction of approximately $199 million related to FX translation.

(6) 2015 includes reductions of approximately $2.4 billion related to the sale or transfer to held-for-sale (HFS) of various loan portfolios, which includes approximately $1.5 billion related to the transfer of various real estate loan portfolios to HFS. Additionally, 2015 includes a reduction of approximately $474 million related to FX translation.

(7) 2014 includes reductions of approximately $1.1 billion related to the sale or transfer to HFS of various loan portfolios, which includes approximately $411 million related to the transfer of various real estate loan portfolios to HFS, approximately $204 million related to the transfer to HFS of a business in Greece, approximately $177 million related to the transfer to HFS of a business in Spain, approximately $29 million related to the transfer to HFS of a business in Honduras, and approximately $108 million related to the transfer to HFS of various *EMEA* loan portfolios. Additionally, 2014 includes a reduction of approximately $463 million related to FX translation.

(8) 2013 includes reductions of approximately $2.4 billion related to the sale or transfer to HFS of various loan portfolios, which includes approximately $360 million related to the sale of Credicard and approximately $255 million related to a transfer to HFS of a loan portfolio in Greece, approximately $230 million related to a non-provision transfer of reserves associated with deferred interest to other assets which includes deferred interest and approximately $220 million related to FX translation.

(9) 2012 includes reductions of approximately $875 million related to the sale or transfer to HFS of various U.S. loan portfolios.

(10) 2015 includes a reclassification of $271 million of *Allowance for loan losses* to allowance for unfunded lending commitments, included in the Other line item. This reclassification reflects the re-attribution of $271 million in allowance for credit losses between the funded and unfunded portions of the corporate credit portfolios and does not reflect a change in the underlying credit performance of these portfolios.

(11) December 31, 2016, December 31, 2015, December 31, 2014, December 31, 2013 and December 31, 2012 exclude $3.5 billion, $5.0 billion, $5.9 billion, $5.0 billion and $5.3 billion, respectively, of loans which are carried at fair value.

(12) Represents additional credit reserves recorded as *Other liabilities* on the Consolidated Balance Sheet.

(13) Allowance for loan losses represents management's best estimate of probable losses inherent in the portfolio, as well as probable losses related to large individually evaluated impaired loans and troubled debt restructurings. See "Significant Accounting Policies and Significant Estimates" and Note 1 to the Consolidated Financial Statements below. Attribution of the allowance is made for analytical purposes only and the entire allowance is available to absorb probable credit losses inherent in the overall portfolio.

**Allowance for Loan Losses**

The following tables detail information on Citi's allowance for loan losses, loans and coverage ratios:

| | December 31, 2016 | | |
|---|---|---|---|
| In billions of dollars | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| North America cards[2] | $ 5.2 | $ 133.3 | 3.9% |
| North America mortgages[3] | 1.1 | 72.6 | 1.5 |
| North America other | 0.5 | 13.6 | 3.7 |
| International cards | 1.2 | 23.1 | 5.2 |
| International other[4] | 1.4 | 82.8 | 1.7 |
| **Total consumer** | $ 9.4 | $ 325.4 | 2.9% |
| **Total corporate** | 2.7 | 299.0 | 0.9 |
| **Total Citigroup** | $ 12.1 | $ 624.4 | 1.9% |

(1)  Allowance as a percentage of loans excludes loans that are carried at fair value.
(2)  Includes both Citi-branded cards and Citi retail services. The $5.2 billion of loan loss reserves represented approximately 15 months of coincident net credit loss coverage.
(3)  Of the $1.1 billion, approximately $1.0 billion was allocated to *North America* mortgages in Citi Holdings. Of the $1.1 billion, approximately $0.4 billion and $0.7 billion are determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $72.6 billion in loans, approximately $67.7 billion and $4.8 billion of the loans are evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4)  Includes mortgages and other retail loans.

| | December 31, 2015 | | |
|---|---|---|---|
| In billions of dollars | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| North America cards[2] | $ 4.5 | $ 113.4 | 4.0% |
| North America mortgages[3] | 1.7 | 79.6 | 2.1 |
| North America other | 0.5 | 13.0 | 3.8 |
| International cards | 1.6 | 26.7 | 6.0 |
| International other[4] | 1.5 | 93.1 | 1.6 |
| **Total consumer** | $ 9.8 | $ 325.8 | 3.0% |
| **Total corporate** | 2.8 | 291.8 | 1.0 |
| **Total Citigroup** | $ 12.6 | $ 617.6 | 2.1% |

(1)  Allowance as a percentage of loans excludes loans that are carried at fair value.
(2)  Includes both Citi-branded cards and Citi retail services. The $4.5 billion of loan loss reserves represented approximately 15 months of coincident net credit loss coverage.
(3)  Of the $1.7 billion, approximately $1.6 billion was allocated to *North America* mortgages in Citi Holdings. Of the $1.7 billion, approximately $0.6 billion and $1.1 billion are determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $79.6 billion in loans, approximately $72.3 billion and $7.1 billion of the loans are evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4)  Includes mortgages and other retail loans.

**Non-Accrual Loans and Assets and Renegotiated Loans**

There is a certain amount of overlap among non-accrual loans and assets and renegotiated loans. The following summary provides a general description of each category:

*Non-Accrual Loans and Assets:*

- Corporate and consumer (including commercial banking) non-accrual status is based on the determination that payment of interest or principal is doubtful.
- A corporate loan may be classified as non-accrual and still be performing under the terms of the loan structure. Payments received on corporate non-accrual loans are generally applied to loan principal and not reflected as interest income.  Approximately 64%, 67% and 54% of Citi's corporate non-accrual loans were performing at December 31, 2016, September 30, 2016 and December 31, 2015, respectively.
- Consumer non-accrual status is generally based on aging, i.e., the borrower has fallen behind on payments.
- Mortgage loans in regulated bank entities discharged through Chapter 7 bankruptcy, other than FHA insured loans, are classified as non-accrual.  Non-bank mortgage loans discharged through Chapter 7 bankruptcy are classified as non-accrual at 90 days or more past due. In addition, home equity loans in regulated bank entities are classified as non-accrual if the related residential first mortgage loan is 90 days or more past due.
- *North America* Citi-branded cards and Citi retail services are not included because, under industry standards, credit card loans accrue interest until such loans are charged off, which typically occurs at 180 days contractual delinquency.

*Renegotiated Loans:*

- Includes both corporate and consumer loans whose terms have been modified in a troubled debt restructuring (TDR).
- Includes both accrual and non-accrual TDRs.

***Non-Accrual Loans***

The table below summarizes Citigroup's non-accrual loans as of the periods indicated. Non-accrual loans may still be current on interest payments. In situations where Citi reasonably expects that only a portion of the principal owed will ultimately be collected, all payments received are reflected as a reduction of principal and not as interest income. For all other non-accrual loans, cash interest receipts are generally recorded as revenue.

| | | December 31, | | | |
| In millions of dollars | **2016** | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|
| **Citicorp** | $ **3,858** | $ 2,991 | $ 2,884 | $ 3,660 | $ 3,734 |
| **Citi Holdings** | **1,721** | 2,263 | 4,223 | 5,343 | 7,796 |
| **Total non-accrual loans** | $ **5,579** | $ 5,254 | $ 7,107 | $ 9,003 | $ 11,530 |
| **Corporate non-accrual loans**[1][2] | | | | | |
| *North America* | $ **984** | $ 818 | $ 321 | $ 735 | $ 735 |
| *EMEA* | **904** | 347 | 285 | 812 | 1,195 |
| *Latin America* | **379** | 303 | 417 | 132 | 125 |
| *Asia* | **154** | 128 | 179 | 279 | 339 |
| **Total corporate non-accrual loans** | $ **2,421** | $ 1,596 | $ 1,202 | $ 1,958 | $ 2,394 |
| Citicorp | $ **2,376** | $ 1,543 | $ 1,145 | $ 1,630 | $ 1,971 |
| Citi Holdings | **45** | 53 | 57 | 328 | 423 |
| **Total corporate non-accrual loans** | $ **2,421** | $ 1,596 | $ 1,202 | $ 1,958 | $ 2,394 |
| **Consumer non-accrual loans**[1][3] | | | | | |
| *North America* | $ **2,160** | $ 2,515 | $ 4,411 | $ 5,239 | $ 7,150 |
| *Latin America* | **711** | 874 | 1,188 | 1,420 | 1,288 |
| *Asia*[4] | **287** | 269 | 306 | 386 | 698 |
| **Total consumer non-accrual loans** | $ **3,158** | $ 3,658 | $ 5,905 | $ 7,045 | $ 9,136 |
| Citicorp | $ **1,482** | $ 1,448 | $ 1,739 | $ 2,030 | $ 1,763 |
| Citi Holdings | **1,676** | 2,210 | 4,166 | 5,015 | 7,373 |
| **Total consumer non-accrual loans** | $ **3,158** | $ 3,658 | $ 5,905 | $ 7,045 | $ 9,136 |

(1) Excludes purchased distressed loans, as they are generally accreting interest. The carrying value of these loans was $187 million at December 31, 2016, $250 million at December 31, 2015, $421 million at December 31, 2014, $703 million at December 31, 2013 and $537 million at December 31, 2012.

(2) The increase in corporate non-accrual loans from December 31, 2015 to December 31, 2016 was primarily related to Citi's *North America* and *EMEA* energy and energy-related corporate credit exposure during 2016. For additional information, see "Corporate Credit Details" above.

(3) 2015 decline includes the impact related to the transfer of approximately $8 billion of mortgage loans to Loans, held-for-sale (HFS) (included within *Other assets*).

(4) *Asia* includes balances in certain *EMEA* countries for all periods presented.

The changes in Citigroup's non-accrual loans were as follows:

| | Year ended December 31, 2016 | | | Year ended December 31, 2015 | | |
| In millions of dollars | Corporate | Consumer | Total | Corporate | Consumer | Total |
|---|---|---|---|---|---|---|
| **Non-accrual loans at beginning of period** | $ 1,596 | $ 3,658 | $ 5,254 | $ 1,202 | $ 5,905 | $ 7,107 |
| Additions | 2,713 | 4,460 | 7,173 | 1,318 | 5,219 | 6,537 |
| Sales and transfers to held-for-sale | (82) | (738) | (820) | (222) | (2,249) | (2,471) |
| Returned to performing | (150) | (606) | (756) | (64) | (1,080) | (1,144) |
| Paydowns/settlements | (1,198) | (1,648) | (2,846) | (459) | (1,255) | (1,714) |
| Charge-offs | (386) | (1,855) | (2,241) | (145) | (2,659) | (2,804) |
| Other | (72) | (113) | (185) | (34) | (223) | (257) |
| **Ending balance** | $ 2,421 | $ 3,158 | $ 5,579 | $ 1,596 | $ 3,658 | $ 5,254 |

### *Non-Accrual Assets*

The table below summarizes Citigroup's other real estate owned (OREO) assets as of the periods indicated. This represents the carrying value of all real estate property acquired by foreclosure or other legal proceedings when Citi has taken possession of the collateral:

| | | | | | | | | | | December 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| *In millions of dollars* | | **2016** | | 2015 | | 2014 | | 2013 | | 2012 |
| **OREO**[1] | | | | | | | | | | |
| **Citicorp** | $ | **86** | $ | 70 | $ | 90 | $ | 71 | $ | 35 |
| **Citi Holdings** | | **100** | | 139 | | 170 | | 345 | | 406 |
| **Total OREO** | $ | **186** | $ | 209 | $ | 260 | $ | 416 | $ | 441 |
| *North America* | $ | **161** | $ | 166 | $ | 196 | $ | 304 | $ | 299 |
| *EMEA* | | **—** | | 1 | | 7 | | 59 | | 99 |
| *Latin America* | | **18** | | 38 | | 47 | | 47 | | 41 |
| *Asia* | | **7** | | 4 | | 10 | | 6 | | 2 |
| **Total OREO** | $ | **186** | $ | 209 | $ | 260 | $ | 416 | $ | 441 |
| **Other repossessed assets** | $ | **—** | $ | — | $ | — | $ | — | $ | 1 |
| **Non-accrual assets—Total Citigroup** | | | | | | | | | | |
| Corporate non-accrual loans | $ | **2,421** | $ | 1,596 | $ | 1,202 | $ | 1,958 | $ | 2,394 |
| Consumer non-accrual loans[2] | | **3,158** | | 3,658 | | 5,905 | | 7,045 | | 9,136 |
| Non-accrual loans (NAL) | $ | **5,579** | $ | 5,254 | $ | 7,107 | $ | 9,003 | $ | 11,530 |
| OREO | $ | **186** | $ | 209 | $ | 260 | $ | 416 | $ | 441 |
| Non-accrual assets (NAA) | $ | **5,765** | $ | 5,463 | $ | 7,367 | $ | 9,419 | $ | 11,972 |
| NAL as a percentage of total loans | | **0.89%** | | 0.85% | | 1.10% | | 1.35% | | 1.76% |
| NAA as a percentage of total assets | | **0.32** | | 0.32 | | 0.40 | | 0.50 | | 0.64 |
| Allowance for loan losses as a percentage of NAL[3] | | **216** | | 240 | | 225 | | 218 | | 221 |

| | | | | | | | | | | December 31, |
|---|---|---|---|---|---|---|---|---|---|---|
| **Non-accrual assets—Total Citicorp** | | **2016** | | 2015 | | 2014 | | 2013 | | 2012 |
| Non-accrual loans (NAL) | $ | **3,858** | $ | 2,991 | $ | 2,884 | $ | 3,660 | $ | 3,734 |
| OREO | | **86** | | 70 | | 90 | | 71 | | 35 |
| Non-accrual assets (NAA) | $ | **3,944** | $ | 3,061 | $ | 2,974 | $ | 3,731 | $ | 3,769 |
| NAA as a percentage of total assets | | **0.23%** | | 0.19% | | 0.17% | | 0.22% | | 0.23% |
| Allowance for loan losses as a percentage of NAL[3] | | **278** | | 345 | | 375 | | 339 | | 369 |
| **Non-accrual assets—Total Citi Holdings** | | | | | | | | | | |
| Non-accrual loans (NAL)[2] | $ | **1,721** | $ | 2,263 | $ | 4,223 | $ | 5,343 | $ | 7,796 |
| OREO | | **100** | | 139 | | 170 | | 345 | | 406 |
| Non-accrual assets (NAA) | $ | **1,821** | $ | 2,402 | $ | 4,393 | $ | 5,688 | $ | 8,202 |
| NAA as a percentage of total assets | | **3.37%** | | 2.97% | | 3.18% | | 3.47% | | 3.89% |
| Allowance for loan losses as a percentage of NAL[3] | | **78** | | 101 | | 123 | | 135 | | 150 |

(1) Reflects a decrease of $130 million related to the adoption of ASU 2014-14 in the fourth quarter of 2014, which requires certain government guaranteed mortgage loans to be recognized as separate other receivables upon foreclosure.  Prior periods have not been restated.

(2) 2015 decline includes the impact related to the transfer of approximately $8 billion of mortgage loans to *Loans*, held-for-sale (HFS) (included within *Other assets*).

(3) The allowance for loan losses includes the allowance for Citi's credit card portfolios and purchased distressed loans, while the non-accrual loans exclude credit card balances (with the exception of certain international portfolios) and purchased distressed loans as these continue to accrue interest until charge-off.

*Renegotiated Loans*

The following table presents Citi's loans modified in TDRs.

| In millions of dollars | | Dec. 31, 2016 | | Dec. 31, 2015 |
|---|---|---|---|---|
| **Corporate renegotiated loans[1]** | | | | |
| In U.S. offices | | | | |
| Commercial and industrial[2] | $ | 89 | $ | 25 |
| Mortgage and real estate[3] | | 84 | | 104 |
| Loans to financial institutions | | 9 | | 5 |
| Other | | 228 | | 273 |
| | $ | 410 | $ | 407 |
| In offices outside the U.S. | | | | |
| Commercial and industrial[2] | $ | 319 | $ | 111 |
| Mortgage and real estate[3] | | 3 | | 33 |
| Other | | — | | 45 |
| | $ | 322 | $ | 189 |
| **Total corporate renegotiated loans** | $ | 732 | $ | 596 |
| **Consumer renegotiated loans[4][5][6][7]** | | | | |
| In U.S. offices | | | | |
| Mortgage and real estate[8] | $ | 4,695 | $ | 7,058 |
| Cards | | 1,313 | | 1,396 |
| Installment and other | | 117 | | 79 |
| | $ | 6,125 | $ | 8,533 |
| In offices outside the U.S. | | | | |
| Mortgage and real estate | $ | 447 | $ | 517 |
| Cards | | 435 | | 555 |
| Installment and other | | 443 | | 471 |
| | $ | 1,325 | $ | 1,543 |
| **Total consumer renegotiated loans** | $ | 7,450 | $ | 10,076 |

(1) Includes $445 million and $258 million of non-accrual loans included in the non-accrual loans table above at December 31, 2016 and December 31, 2015, respectively. The remaining loans are accruing interest.

(2) In addition to modifications reflected as TDRs at December 31, 2016 and December 31, 2015, Citi also modified $257 million and $173 million, respectively, and $217 million and $17 million, respectively, of commercial loans risk rated "Substandard Non-Performing" or worse (asset category defined by banking regulators) in offices inside and outside the U.S. These modifications were not considered TDRs because the modifications did not involve a concession (a required element of a TDR for accounting purposes).

(3) In addition to modifications reflected as TDRs at December 31, 2015, Citi also modified $22 million of commercial real estate loans risk rated "Substandard Non-Performing" or worse (asset category defined by banking regulators) in offices inside the U.S. These modifications were not considered TDRs because the modifications did not involve a concession (a required element of a TDR for accounting purposes). There were no such non-TDR modifications in 2016.

(4) Includes $1,502 million and $1,852 million of non-accrual loans included in the non-accrual loans table above at December 31, 2016 and 2015, respectively. The remaining loans are accruing interest.

(5) Includes $58 million and $96 million of commercial real estate loans at December 31, 2016 and 2015, respectively.

(6) Includes $105 million and $85 million of other commercial loans at December 31, 2016 and 2015, respectively.

(7) Smaller-balance homogeneous loans were derived from Citi's risk management systems.

(8) Reduction in 2016 includes $1,818 million related to TDRs sold or transferred to held-for-sale.

**Forgone Interest Revenue on Loans[1]**

| In millions of dollars | | In U.S. offices | | In non-U.S. offices | | 2016 total |
|---|---|---|---|---|---|---|
| Interest revenue that would have been accrued at original contractual rates[2] | $ | 798 | $ | 514 | $ | 1,312 |
| Amount recognized as interest revenue[2] | | 342 | | 171 | | 513 |
| **Forgone interest revenue** | $ | 456 | $ | 343 | $ | 799 |

(1) Relates to corporate non-accrual loans, renegotiated loans and consumer loans on which accrual of interest has been suspended.

(2) Interest revenue in offices outside the U.S. may reflect prevailing local interest rates, including the effects of inflation and monetary correction in certain countries.

88

# LIQUIDITY RISK

## Overview

Adequate and diverse sources of funding and liquidity are essential to Citi's businesses.  Funding and liquidity risks arise from several factors, many of which are mostly or entirely outside Citi's control, such as disruptions in the financial markets, changes in key funding sources, credit spreads, changes in Citi's credit ratings and political and economic conditions in certain countries. For additional information, see "Risk Factors" above.

Citi's funding and liquidity objectives are aimed at (i) funding its existing asset base; (ii) growing its core businesses in Citicorp; (iii) maintaining sufficient liquidity, structured appropriately, so that Citi can operate under a variety of adverse circumstances, including potential firm-specific and/or market liquidity events in varying durations and severity; and (iv) satisfying regulatory requirements. Citigroup's primary liquidity objectives are established by entity, and in aggregate, across two major categories:

* Citibank; and
* the non-bank and other, which includes the parent holding company (Citigroup), Citi's broker-dealer subsidiaries and other non-bank subsidiaries that are consolidated into Citigroup, as well as Citibanamex and Citibank (Switzerland) AG.

At an aggregate level, Citigroup's goal is to maintain sufficient funding in amount and tenor to fully fund customer assets and to provide an appropriate amount of cash and high-quality liquid assets (as discussed further below), even in times of stress. The liquidity risk management framework provides that certain entities be self-sufficient or net providers of liquidity, including in conditions established under their designated stress tests.

Citi's primary sources of funding include (i) deposits via Citi's bank subsidiaries, which are Citi's most stable and lowest cost source of long-term funding, (ii) long-term debt (primarily senior and subordinated debt) primarily issued at the parent and certain bank subsidiaries, and (iii) stockholders' equity. These sources may be supplemented by short-term borrowings, primarily in the form of secured funding transactions.

As referenced above, Citigroup works to ensure that the structural tenor of these funding sources is sufficiently long in relation to the tenor of its asset base. The goal of Citi's asset/liability management is to ensure that there is excess tenor in the liability structure relative to the liquidity profile of the assets. This reduces the risk that liabilities will become due before asset maturities or monetizations through sale, and in turn generates liquidity. This liquidity is held primarily in the form of high-quality liquid assets (HQLA), as set forth in the table below.

Citi's Treasurer has overall responsibility for management of Citi's HQLA. Citi's liquidity is managed via a centralized treasury model by Corporate Treasury, in conjunction with regional and in-country treasurers. Pursuant to this approach, Citi's HQLA is managed with emphasis on asset-liability management and entity-level liquidity adequacy throughout Citi.

Citi's Chief Risk Officer is responsible for the overall risk profile of Citi's HQLA. The Chief Risk Officer and Citi's CFO co-chair Citi's Asset Liability Management Committee (ALCO), which includes Citi's Treasurer and other senior executives. ALCO sets the strategy of the liquidity portfolio and monitors its performance. Significant changes to portfolio asset allocations need to be approved by ALCO.

## High-Quality Liquid Assets (HQLA)

| In billions of dollars | Citibank | | | Non-bank and Other[1] | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
| Available cash | $ 68.3 | $ 71.1 | $ 52.4 | $ 19.8 | $ 19.2 | $ 16.9 | $ 88.1 | $ 90.2 | $ 69.3 |
| U.S. sovereign | 123.0 | 122.3 | 110.0 | 22.5 | 21.8 | 32.4 | 145.5 | 144.1 | 142.4 |
| U.S. agency/agency MBS | 61.7 | 62.6 | 63.9 | 0.6 | 0.2 | 1.0 | 62.3 | 62.8 | 64.9 |
| Foreign government debt[2] | 87.9 | 89.2 | 84.8 | 15.6 | 15.5 | 14.9 | 103.5 | 104.7 | 99.7 |
| Other investment grade | 0.3 | 1.0 | 1.0 | 1.2 | 1.5 | 1.2 | 1.5 | 2.5 | 2.2 |
| **Total HQLA (EOP)** | **$ 341.2** | **$ 346.2** | **$ 312.1** | **$ 59.7** | **$ 58.2** | **$ 66.4** | **$ 400.9** | **$ 404.3** | **$ 378.5** |
| **Total HQLA (AVG)** | **$ 345.7** | **$ 344.0** | **$ 325.8** | **$ 58.0** | **$ 59.8** | **$ 63.4** | **$ 403.7** | **$ 403.8** | **$ 389.2** |

Note: Except as indicated, amounts set forth in the table above are as of period end and may increase or decrease intra-period in the ordinary course of business. For securities, the amounts represent the liquidity value that potentially could be realized, and thus exclude any securities that are encumbered, as well as the haircuts that would be required for securities financing transactions. The Federal Reserve Board adopted final rules requiring disclosure of HQLA, the Liquidity Coverage Ratio and related components on an average basis each quarter, as compared to end-of-period starting on April 1, 2017  (for additional information, see "Liquidity Coverage Ratio (LCR)" below). Citi has presented in this Form 10-K the average information on these metrics currently available, which includes average total HQLA, average LCR and average net outflows under the LCR; other component information is not currently available.

(1)    Citibanamex and Citibank (Switzerland) AG account for approximately $5 billion of the "Non-Bank and Other" HQLA balance as of December 31, 2016.

(2)    Foreign government debt includes securities issued or guaranteed by foreign sovereigns, agencies and multilateral development banks. Foreign government debt securities are held largely to support local liquidity requirements and Citi's local franchises and principally include government bonds from Hong Kong, Taiwan, Korea, Singapore, India, Brazil and Mexico.

As set forth in the table above, sequentially, Citi's total HQLA decreased on an end-of-period basis and remained largely unchanged on an average basis. The end-of-period decrease was driven primarily by a slight decline in deposits.

Citi's HQLA as set forth above does not include Citi's available borrowing capacity from the Federal Home Loan Banks (FHLB) of which Citi is a member, which was approximately $21 billion as of December 31, 2016 (compared to $24 billion as of September 30, 2016 and $36 billion as of December 31, 2015) and maintained by eligible collateral pledged to such banks. The HQLA also does not include Citi's borrowing capacity at the U.S. Federal Reserve Bank discount window or other central banks, which would be in addition to the resources noted above.

In general, Citi's liquidity is fungible across legal entities within its bank group. Citi's bank subsidiaries, including Citibank, can lend to the Citi parent and broker-dealer entities in accordance with Section 23A of the Federal Reserve Act. As of December 31, 2016, the capacity available for lending to these entities under Section 23A was approximately $15 billion, unchanged from September 30, 2016 and compared to $17 billion as of December 31, 2015, subject to certain eligible non-cash collateral requirements.

## Loans

As part of its funding and liquidity objectives, Citi seeks to fund its existing asset base appropriately as well as maintain sufficient liquidity to grow its core businesses in Citicorp, including its loan portfolio. Citi maintains a diversified portfolio of loans to its consumer and institutional clients. The table below sets forth the end-of-period loans, by business and/or segment, and the total average loans for each of the periods indicated:

End-of-period loans increased 1% year-over-year and declined 2% sequentially. Excluding the impact of FX translation, Citigroup's end-of-period loans increased 3% year-over-year, as growth in Citicorp more than offset continued declines in Citi Holdings. Sequentially, Citigroup's end-of-period loans decreased 1%, driven by declines in *ICG* and Citi Holdings, which more than offset the increase in *GCB*.

Excluding the impact of FX translation, Citicorp loans increased 6% year-over-year. *GCB* loans grew 8% year-over-year, driven by 14% growth in *North America*. Within *North America,* Citi-branded cards increased 28%, driven primarily by the acquisition of the Costco portfolio toward the end of the second quarter of 2016. International *GCB* loans declined 2%, as 7% growth in Mexico was more than offset by a 5% decline in *Asia*, reflecting Citi's continued optimization of its portfolio in this region to generate higher returns. *ICG* loans grew 4% year-over-year, driven by growth in lending to the high net worth target clients in its private banking segment. Corporate lending declined 1%, primarily driven by repayments near the end of the fourth quarter of 2016. This type of activity is not unusual as changes in balances are driven by the episodic nature of clients' needs. Treasury and trade solutions loans increased 1% as Citi continued to support its clients while utilizing its distribution capabilities to optimize the balance sheet and drive returns.

Excluding the impact of FX translation, Citi Holdings loans decreased 33% year-over-year, driven by over $9 billion of reductions in *North America* mortgages, including transfers to held-for-sale.

| In billions of dollars | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
|---|---|---|---|
| **Global Consumer Banking** | | | |
| North America | $ **188.6** | $ 180.0 | $ 165.5 |
| Latin America | **23.1** | 23.9 | 25.5 |
| *Asia*[1] | **80.5** | 85.8 | 86.0 |
| **Total** | $ **292.2** | $ 289.7 | $ 277.0 |
| **Institutional Clients Group** | | | |
| Corporate lending | **115.4** | 120.8 | 118.5 |
| Treasury and trade solutions (TTS) | **71.9** | 72.3 | 71.4 |
| Private bank, *Markets and securities services* and other | **111.6** | 116.5 | 101.7 |
| **Total** | $ **298.9** | $ 309.6 | $ 291.6 |
| **Total Citicorp** | **591.1** | 599.3 | 568.6 |
| Total Citi Holdings | **33.3** | 39.1 | 49.0 |
| **Total Citigroup loans (EOP)** | $ **624.4** | $ 638.4 | $ 617.6 |
| Total Citigroup loans (AVG) | $ **626.0** | $ 635.8 | $ 625.0 |

(1)    Includes loans in certain *EMEA* countries for all periods presented.

90

**Deposits**

Deposits are Citi's primary and lowest cost funding source. The table below sets forth the end-of-period deposits, by business and/or segment, and the total average deposits for each of the periods indicated:

| In billions of dollars | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
|---|---|---|---|
| **Global Consumer Banking** | | | |
| North America | $ 185.0 | $ 185.6 | $ 181.6 |
| Latin America | 26.4 | 27.4 | 28.7 |
| Asia[1] | 89.9 | 93.6 | 87.6 |
| **Total** | $ 301.3 | $ 306.6 | $ 297.9 |
| **Institutional Clients Group** | | | |
| Treasury and trade solutions (TTS) | 410.6 | 415.0 | 392.0 |
| Banking ex-TTS | 122.3 | 118.9 | 119.1 |
| Markets and securities services | 77.5 | 83.3 | 76.6 |
| **Total** | $ 610.4 | $ 617.2 | $ 587.7 |
| Corporate/Other | 15.5 | 10.6 | 12.0 |
| **Total Citicorp** | $ 927.2 | $ 934.4 | $ 897.6 |
| **Total Citi Holdings** | 2.2 | 5.9 | 10.3 |
| **Total Citigroup deposits (EOP)** | $ 929.4 | $ 940.3 | $ 907.9 |
| Total Citigroup deposits (AVG) | $ 935.1 | $ 944.2 | $ 908.8 |

(1)    Includes deposits in certain *EMEA* countries for all periods presented.

End-of-period deposits increased 2% year-over-year and declined 1% sequentially. Excluding the impact of FX translation, Citigroup's end-of-period deposits increased 4% year-over-year and 1% sequentially, with continued high-quality deposit flows across the franchise.

Excluding the impact of FX translation, Citicorp deposits grew 5% year-over-year. Within Citicorp, *GCB* deposits increased 3% year-over-year, primarily driven by growth in international *GCB*. *ICG* deposits increased 6% year-over-year, driven primarily by growth in treasury and trade solutions.

**Long-Term Debt**

Long-term debt (generally defined as debt with original maturities of one year or more) represents the most significant component of Citi's funding for the parent entities and is a supplementary source of funding for the bank entities.

Long-term debt is an important funding source due in part to its multi-year contractual maturity structure. The weighted-average maturities of unsecured long-term debt issued by Citigroup and its affiliates (including Citibank) with a remaining life greater than one year (excluding remaining trust preferred securities outstanding) was approximately 7.0 years as of December 31, 2016, unchanged sequentially and a slight increase from 6.9 years from the prior year.

Citi's long-term debt outstanding at the parent includes senior and subordinated debt and what Citi refers to as customer-related debt, consisting of structured notes, such as equity- and credit-linked notes, as well as non-structured notes. Citi's issuance of customer-related debt is generally driven by customer demand and supplements benchmark debt

issuance as a source of funding for Citi's parent entities. Citi's long-term debt at the bank also includes FHLB advances and securitizations.

*Long-Term Debt Outstanding*

The following table sets forth Citi's total long-term debt outstanding for the periods indicated:

| In billions of dollars | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
|---|---|---|---|
| **Parent and other**[1] | | | |
| Benchmark debt: | | | |
| Senior debt | $ 99.9 | $ 97.1 | $ 90.3 |
| Subordinated debt | 26.8 | 28.8 | 26.9 |
| Trust preferred | 1.7 | 1.7 | 1.7 |
| Customer-related debt | | | |
| Structured debt | 22.8 | 23.6 | 21.8 |
| Non-structured debt | 3.0 | 3.5 | 3.0 |
| Local country and other[2] | 2.5 | 2.7 | 2.4 |
| **Total parent and other** | $ 156.7 | $ 157.4 | $ 146.1 |
| **Bank** | | | |
| FHLB borrowings | $ 21.6 | $ 21.6 | $ 17.8 |
| Securitizations[3] | 23.5 | 24.4 | 30.9 |
| Local country and other[2] | 4.4 | 5.7 | 6.5 |
| **Total bank** | $ 49.5 | $ 51.7 | $ 55.2 |
| **Total long-term debt** | $ 206.2 | $ 209.1 | $ 201.3 |

Note: Amounts represent the current value of long-term debt on Citi's Consolidated Balance Sheet which, for certain debt instruments, includes consideration of fair value, hedging impacts and unamortized discounts and premiums.

(1)    "Parent and other" includes long-term debt issued to third parties by the parent holding company (Citigroup) and Citi's non-bank subsidiaries (including broker-dealer subsidiaries) that are consolidated into Citigroup. As of December 31, 2016 "parent and other" included $9.4 billion of long-term debt issued by Citi's broker-dealer subsidiaries.

(2)    Local country debt includes debt issued by Citi's affiliates in support of their local operations.

(3)    Predominantly credit card securitizations, primarily backed by Citi-branded credit card receivables.

Citi's total long-term debt outstanding increased year-over-year, but declined sequentially. The increase year-over-year was primarily driven by an increase in senior debt at the parent, partially offset by declines in securitizations at the bank. Sequentially, Citi's long-term debt outstanding decreased modestly, driven primarily by a decline at the bank as parent debt remained relatively unchanged.

As part of its liability management, Citi has considered, and may continue to consider, opportunities to repurchase its long-term debt pursuant to open market purchases, tender offers or other means. Such repurchases help reduce Citi's overall funding costs and assist it in meeting regulatory changes and requirements. During 2016, Citi repurchased an aggregate of approximately $5.9 billion of its outstanding long-term debt, including early redemptions of FHLB advances.

*Long-Term Debt Issuances and Maturities*

The table below details Citi's long-term debt issuances and maturities (including repurchases and redemptions) during the periods presented:

| In billions of dollars | 2016 Maturities | 2016 Issuances | 2015 Maturities | 2015 Issuances | 2014 Maturities | 2014 Issuances |
|---|---|---|---|---|---|---|
| **Parent and other** | | | | | | |
| Benchmark debt: | | | | | | |
|    Senior debt | $ 14.9 | $ 26.0 | $ 23.9 | $ 20.2 | $ 18.9 | $ 18.6 |
|    Subordinated debt | 3.2 | 4.0 | 4.0 | 7.5 | 5.0 | 2.8 |
|    Trust preferred | — | — | — | — | 2.1 | — |
| Customer-related debt: | | | | | | |
|    Structured debt | 9.5 | 10.2 | 7.7 | 9.1 | 7.5 | 9.5 |
|    Non-structured debt | 0.7 | 0.3 | 2.2 | 0.4 | 2.4 | 1.4 |
| Local country and other | 2.1 | 2.2 | 0.4 | 1.9 | 2.4 | 3.7 |
| **Total parent and other** | $ 30.4 | $ 42.7 | $ 38.2 | $ 39.1 | $ 38.3 | $ 36.0 |
| **Bank** | | | | | | |
| FHLB borrowings | $ 10.5 | $ 14.3 | $ 4.0 | $ 2.0 | $ 8.0 | $ 13.9 |
| Securitizations | 10.7 | 3.3 | 7.9 | 0.8 | 8.9 | 13.6 |
| Local country and other | 3.9 | 3.4 | 2.8 | 2.7 | 3.7 | 3.3 |
| **Total bank** | $ 25.1 | $ 21.0 | $ 14.7 | $ 5.5 | $ 20.6 | $ 30.8 |
| **Total** | $ 55.5 | $ 63.7 | $ 52.9 | $ 44.6 | $ 58.9 | $ 66.8 |

The table below shows Citi's aggregate long-term debt maturities (including repurchases and redemptions) in 2016, as well as its aggregate expected annual long-term debt maturities as of December 31, 2016:

| In billions of dollars | 2016 | Maturities 2017 | 2018 | 2019 | 2020 | 2021 | Thereafter | Total |
|---|---|---|---|---|---|---|---|---|
| **Parent and other** | | | | | | | | |
| Benchmark debt: | | | | | | | | |
|    Senior debt | $ 14.9 | $ 14.0 | $ 18.2 | $ 14.0 | $ 6.4 | $ 13.9 | $ 33.4 | $ 99.9 |
|    Subordinated debt | 3.2 | 1.2 | 0.9 | 1.2 | 0.1 | — | 23.4 | 26.8 |
|    Trust preferred | — | — | — | — | — | — | 1.7 | 1.7 |
| Customer-related debt: | | | | | | | | |
|    Structured debt | 9.5 | 5.1 | 2.1 | 1.6 | 3.0 | 1.2 | 9.8 | 22.8 |
|    Non-structured debt | 0.7 | 0.5 | 0.6 | 0.2 | 0.2 | 0.1 | 1.4 | 3.0 |
| Local country and other | 2.1 | 0.3 | 0.2 | 0.1 | 0.1 | — | 1.8 | 2.5 |
| **Total parent and other** | $ 30.4 | $ 21.1 | $ 22.0 | $ 17.1 | $ 9.8 | $ 15.2 | $ 71.5 | $ 156.7 |
| **Bank** | | | | | | | | |
| FHLB borrowings | $ 10.5 | $ 7.8 | $ 13.2 | $ 0.6 | $ — | $ — | $ — | $ 21.6 |
| Securitizations | 10.7 | 5.3 | 9.5 | 3.9 | 0.1 | 3.8 | 0.9 | 23.5 |
| Local country and other | 3.9 | 1.9 | 1.4 | 0.4 | 0.3 | 0.1 | 0.2 | 4.4 |
| **Total bank** | $ 25.1 | $ 15.0 | $ 24.1 | $ 4.9 | $ 0.4 | $ 3.9 | $ 1.1 | $ 49.5 |
| **Total long-term debt** | $ 55.5 | $ 36.1 | $ 46.1 | $ 22.0 | $ 10.2 | $ 19.1 | $ 72.6 | $ 206.2 |

**Resolution Plan**

Under Title I of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (Dodd-Frank Act), Citigroup has developed a "single point of entry" resolution strategy and plan under the U.S. Bankruptcy Code (Resolution Plan). Under Citi's Resolution Plan, only Citigroup, the parent holding company, would enter into bankruptcy, while Citigroup's key operating subsidiaries, including Citibank, among others, would remain operational and outside of any resolution or insolvency proceedings. Citigroup believes its Resolution Plan has been designed to minimize the risk of systemic impact to the U.S. and global financial systems, while maximizing the value of the bankruptcy estate for the benefit of Citigroup's creditors, including its unsecured long-term debt holders. In addition, in line with the Federal Reserve Board's final TLAC rule, Citigroup believes it has developed the Resolution Plan so that Citigroup's shareholders and unsecured creditors—including its unsecured long-term debt holders—bear any losses resulting from Citigroup's bankruptcy.

In response to feedback received from the Federal Reserve Board and FDIC (the Agencies) on Citi's 2015 Resolution Plan, Citi currently expects to take the following actions in connection with its 2017 Resolution Plan submission (to be submitted by July 1, 2017):

(i) Citicorp, an existing wholly owned subsidiary of Citigroup and current parent company of Citibank, would be established as an intermediate holding company (an IHC) for certain of Citigroup's key operating subsidiaries;

(ii) subject to final approval of the Board of Directors of Citigroup, Citigroup would execute an inter-affiliate agreement with Citicorp, Citigroup's key operating subsidiaries and certain other affiliated entities pursuant to which Citicorp would be required to provide liquidity and capital support to Citigroup's key operating subsidiaries in the event Citigroup were to enter bankruptcy proceedings (Citi Support Agreement);

(iii) pursuant to the Citi Support Agreement:

- upon execution, Citigroup would make an initial contribution of assets, including certain HQLA and inter-affiliate loans (Contributable Assets), to Citicorp, and Citicorp would then become the business as usual funding vehicle for Citigroup's key operating subsidiaries;
- Citigroup would be obligated to continue to transfer Contributable Assets to Citicorp over time, subject to certain amounts retained by Citigroup to, among other things, meet Citigroup's near-term cash needs;
- in the event of a Citigroup bankruptcy, Citigroup would be required to contribute most of its remaining assets to Citicorp; and

(iv) the obligations of both Citigroup and Citicorp under the Citi Support Agreement, as well as the Contributable Assets, would be secured pursuant to a security agreement.

Citigroup also expects that the Citi Support Agreement will provide two mechanisms, besides Citicorp's issuing of dividends to Citigroup, pursuant to which Citicorp would be required to transfer cash to Citigroup during business as usual so that Citigroup can fund its debt service as well as other operating needs: (i) one or more funding notes issued by Citicorp to Citigroup; and (ii) a committed line of credit under which Citicorp may make loans to Citigroup.

**Total Loss-Absorbing Capacity (TLAC)**

In December 2016, the Federal Reserve Board released a final rule which imposes minimum external loss-absorbing capacity (TLAC) and long-term debt (LTD) requirements on U.S. global systemically important bank holding companies (GSIBs), including Citi. The intended purpose of the final rule is to facilitate the orderly resolution of U.S. GSIBs under the U.S. Bankruptcy Code and Title II of the Dodd-Frank Act. The effective date for all requirements under the final rule is January 1, 2019. While final, there are uncertainties regarding certain key aspects of the final rule. For additional information, see "Risk Factors—Strategic Risks" above. For an additional discussion of the method 1 and method 2 GSIB capital surcharge methodology, see "Capital Resources—Current Regulatory Capital Standards" above.

Under the Federal Reserve Board's final rule, U.S. GSIBs will be required to maintain minimum levels of TLAC and eligible LTD, each set by reference to the GSIB's consolidated risk-weighted assets (RWA) and total leverage exposure and as described further below.

In response to the final TLAC rule, Citigroup supplemented its senior debt indenture in December 2016 to, among other things, limit the circumstances under which future issuances of senior debt issued pursuant to the indenture can be accelerated, as required by the final rule and referenced below.

*Minimum TLAC Requirements*

The minimum TLAC requirement is the *greater* of (i) 18% of the GSIB's RWA plus the then-applicable RWA-based TLAC buffer (see below) and (ii) 7.5% of the GSIB's total leverage exposure plus a leveraged-based TLAC buffer of 2% (i.e., 9.5%). The RWA-based TLAC buffer equals the 2.5% capital conservation buffer, plus any applicable countercyclical capital buffer (currently 0%), plus the GSIB's capital surcharge as determined under method 1 of the GSIB surcharge rule (2.0% for Citi as of January 1, 2017). Accordingly, Citi estimates its total current minimum TLAC requirement is 22.5% of RWA under the final rule. Pursuant to the final rule, TLAC may generally only consist of the GSIB's (i) Common Equity Tier 1 Capital and Additional Tier 1 Capital issued directly by the bank holding company (excluding qualifying trust preferred securities) plus (ii) eligible LTD (as discussed below). Breach of either the RWA- or leveraged-based TLAC buffer would result in restrictions on distributions and discretionary bonus payments.

*Minimum Eligible LTD Requirements*

The minimum LTD requirement is the *greater* of (i) 6% of the GSIB's RWA plus its capital surcharge as determined under

method 2 of the GSIB surcharge rule (3.0% for Citi as of January 1, 2017), for a total current requirement of 9% of RWA for Citi, and (ii) 4.5% of the GSIB's total leverage exposure.

Generally, under the final rule, eligible LTD is defined as the unpaid principal balance of unsecured, "plain vanilla" debt securities (i.e., would not include certain of Citi's customer-related debt) issued directly by the bank holding company, governed by U.S. law, with a remaining maturity greater than one year and which provides for acceleration only upon the occurrence of insolvency or non-payment of principal or interest for 30 days or more. Further, pursuant to what has been referred to as the "haircut" provision, otherwise eligible LTD with a remaining maturity between one and two years is subject to a 50% haircut for purposes of meeting the minimum LTD requirement (although such LTD would continue to count at full value for purposes of the minimum TLAC requirement; eligible LTD with a remaining maturity of less than one year would not count toward either the minimum TLAC or eligible LTD requirement). The final rule provides that debt issued prior to December 31, 2016 with acceleration provisions other than those summarized above or governed by non-U.S. law is permanently grandfathered and may count as eligible LTD, assuming it otherwise meets the requirements of eligible LTD.

*Clean Holding Company Requirements*

The final rule prohibits or limits certain financial arrangements at the bank holding company level, or what are referred to as "clean holding company" requirements. Pursuant to these requirements, Citi, as the bank holding company, is prohibited from having certain types of third-party liabilities, including short-term debt, certain derivatives and other qualified financial contracts, liabilities guaranteed by a subsidiary (i.e., upstream guarantees) and guarantees of subsidiary liabilities or similar arrangements, if the liability or guarantee includes a default right linked to the insolvency of the bank holding company (i.e., downstream guarantees with cross default provisions). In addition, the final rule limits third-party, non-contingent liabilities of the bank holding company (other than those related to TLAC or eligible LTD) to 5% of the U.S. GSIB's outstanding TLAC. Examples of the types of liabilities subject to this 5% limit include structured notes and various operating liabilities, such as rent and obligations to employees, as well as litigation and similar liabilities.

**Secured Funding Transactions and Short-Term Borrowings**

As referenced above, Citi supplements its primary sources of funding with short-term borrowings. Short-term borrowings generally include (i) secured funding transactions (securities loaned or sold under agreements to repurchase, or repos) and (ii) to a lesser extent, short-term borrowings consisting of commercial paper and borrowings from the FHLB and other market participants (see Note 17 to the Consolidated Financial Statements for further information on Citigroup's and its affiliates' outstanding short-term borrowings).

Outside of secured funding transactions, Citi's short-term borrowings increased both year-over-year (a 46% increase) and sequentially (a 4% increase), driven by an increase in FHLB borrowing, as Citi continued to optimize liquidity across its legal vehicles.

*Secured Funding*

Secured funding is primarily accessed through Citi's broker-dealer subsidiaries to fund efficiently both secured lending activity and a portion of securities inventory held in the context of market making and customer activities. Citi also executes a smaller portion of its secured funding transactions through its bank entities, which is typically collateralized by foreign government debt securities. Generally, daily changes in the level of Citi's secured funding are primarily due to fluctuations in secured lending activity in the matched book (as described below) and securities inventory.

Secured funding of $142 billion as of December 31, 2016 declined 3% from the prior-year period and 7% sequentially. Excluding the impact of FX translation, secured funding increased 1% from the prior-year period and decreased 5% sequentially, both driven by normal business activity. Average balances for secured funding were approximately $150 billion for the quarter ended December 31, 2016.

The portion of secured funding in the broker-dealer subsidiaries that funds secured lending is commonly referred to as "matched book" activity. The majority of this activity is secured by high quality, liquid securities such as U.S. Treasury securities, U.S. agency securities and foreign government debt securities. Other secured funding is secured by less liquid securities, including equity securities, corporate bonds and asset-backed securities. The tenor of Citi's matched book liabilities is generally equal to or longer than the tenor of the corresponding matched book assets.

The remainder of the secured funding activity in the broker-dealer subsidiaries serves to fund securities inventory held in the context of market making and customer activities. To maintain reliable funding under a wide range of market conditions, including under periods of stress, Citi manages these activities by taking into consideration the quality of the underlying collateral, and stipulating financing tenor. The weighted average maturity of Citi's secured funding of less liquid securities inventory was greater than 110 days as of December 31, 2016.

Citi manages the risks in its secured funding by conducting daily stress tests to account for changes in capacity, tenors, haircut, collateral profile and client actions. Additionally, Citi maintains counterparty diversification by

94

establishing concentration triggers and assessing counterparty reliability and stability under stress. Citi generally sources secured funding from more than 150 counterparties.

### Overall Short-Term Borrowings

As required by SEC rules, the following table contains the year-end, average and maximum month-end amounts for the following respective short-term borrowings categories at the end of each of the three prior fiscal years:

| | Federal funds purchased and securities sold under agreements to repurchase | | | Short-term borrowings[1] | | | | | |
| | | | | Commercial paper[2] | | | Other short-term borrowings[3] | | |
| *In billions of dollars* | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| Amounts outstanding at year end | **$ 141.8** | $ 146.5 | $ 173.4 | **$ 10.0** | $ 10.0 | $ 16.2 | **$ 20.7** | $ 11.1 | $ 42.1 |
| Average outstanding during the year[4][5] | **158.1** | 174.5 | 190.8 | **10.0** | 10.7 | 16.8 | **14.8** | 22.2 | 44.4 |
| Maximum month-end outstanding | **171.7** | 186.2 | 200.1 | **10.2** | 15.3 | 17.9 | **20.9** | 41.9 | 47.1 |
| **Weighted-average interest rate** | | | | | | | | | |
| During the year[4][5][6] | **1.21%** | 0.92% | 0.99% | **0.80%** | 0.36% | 0.27% | **2.32%** | 1.40% | 1.18% |
| At year end[7] | **0.63** | 0.59 | 0.49 | **0.79** | 0.22 | 0.23 | **1.39** | 1.50 | 0.53 |

(1) Original maturities of less than one year.
(2) Substantially all commercial paper outstanding was issued by certain Citibank entities for the periods presented.
(3) Other short-term borrowings include borrowings from the FHLB and other market participants.
(4) Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.
(5) Average volumes of securities loaned or sold under agreements to repurchase are reported net pursuant to ASC 210-20-45; average rates exclude the impact of ASC 210-20-45.
(6) Average rates reflect prevailing local interest rates, including inflationary effects and monetary correction in certain countries.
(7) Based on contractual rates at respective year ends; non-interest-bearing accounts are excluded from the weighted average interest rate calculated at year end.

**Liquidity Monitoring and Measurement**

*Stress Testing*

Liquidity stress testing is performed for each of Citi's major entities, operating subsidiaries and/or countries. Stress testing and scenario analyses are intended to quantify the potential impact of a liquidity event on the balance sheet and liquidity position, and to identify viable funding alternatives that can be utilized. These scenarios include assumptions about significant changes in key funding sources, market triggers (such as credit ratings), potential uses of funding and political and economic conditions in certain countries. These conditions include expected and stressed market conditions as well as Company-specific events.

Liquidity stress tests are conducted to ascertain potential mismatches between liquidity sources and uses over a variety of time horizons (overnight, one week, two weeks, one month, three months, one year) and over a variety of stressed conditions. Liquidity limits are set accordingly. To monitor the liquidity of an entity, these stress tests and potential mismatches are calculated with varying frequencies, with several tests performed daily.

Given the range of potential stresses, Citi maintains a series of contingency funding plans on a consolidated basis and for individual entities. These plans specify a wide range of readily available actions for a variety of adverse market conditions or idiosyncratic stresses.

*Short-Term Liquidity Measurement: Liquidity Coverage Ratio (LCR)*

In addition to internal measures that Citi has developed for a 30-day stress scenario, Citi also monitors its liquidity by reference to the LCR, as calculated pursuant to the U.S. LCR rules.

Generally, the LCR is designed to ensure that banks maintain an adequate level of HQLA to meet liquidity needs under an acute 30-day stress scenario. The LCR is calculated by dividing HQLA by estimated net outflows over a stressed 30-day period, with the net outflows determined by applying prescribed outflow factors to various categories of liabilities, such as deposits, unsecured and secured wholesale borrowings, unused lending commitments and derivatives-related exposures, partially offset by inflows from assets maturing within 30 days. Banks are required to calculate an add-on to address potential maturity mismatches between contractual cash outflows and inflows within the 30-day period in determining the total amount of net outflows. The minimum LCR requirement is 100%, effective January 2017.

In December 2016, the Federal Reserve Board adopted final rules which require additional disclosures relating to the LCR of large financial institutions, including Citi. Among other things, the final rules require Citi to disclose components of its average HQLA, LCR and inflows and outflows each quarter. In addition, the final rules require disclosure of Citi's calculation of the maturity mismatch add-on as well as other qualitative disclosures. The effective date for these disclosures is April 1, 2017.

The table below sets forth the components of Citi's LCR calculation and HQLA in excess of net outflows for the periods indicated:

| In billions of dollars | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
|---|---|---|---|
| HQLA | $403.7 | $ 403.8 | $ 389.2 |
| Net outflows | 332.5 | 335.3 | 344.4 |
| LCR | 121% | 120% | 113% |
| HQLA in excess of net outflows | $71.3 | $ 68.5 | $ 44.8 |

Note: Amounts set forth in the table above are presented on an average basis.

As set forth in the table above, Citi's LCR increased both year-over-year and sequentially. The increase year-over-year was driven by both an increase in HQLA and a reduction in net outflows. Sequentially, the increase was driven by a slight reduction in net outflows, as HQLA remained largely unchanged.

*Long-Term Liquidity Measurement: Net Stable Funding Ratio (NSFR)*

In the second quarter of 2016, the Federal Reserve Board, the FDIC and the OCC issued a proposed rule to implement the Basel III NSFR requirement.

The U.S.-proposed NSFR is largely consistent with the Basel Committee's final NSFR rules. In general, the NSFR assesses the availability of a bank's stable funding against a required level. A bank's available stable funding would include portions of equity, deposits and long-term debt, while its required stable funding would be based on the liquidity characteristics of its assets, derivatives and commitments. Standardized weightings would be required to be applied to the various asset and liabilities classes. The ratio of available stable funding to required stable funding would be required to be greater than 100%. While Citi believes that it is compliant with the proposed U.S. NSFR rules as of December 31, 2016, it will need to evaluate any final version of the rules, which are expected to be released during 2017. The proposed rules would require full implementation of the U.S. NSFR beginning January 1, 2018.

**Credit Ratings**

Citigroup's funding and liquidity, funding capacity, ability to access capital markets and other sources of funds, the cost of these funds, and its ability to maintain certain deposits are partially dependent on its credit ratings.

The table below sets forth the ratings for Citigroup and Citibank as of December 31, 2016. While not included in the table below, the long-term and short-term ratings of Citigroup Global Markets Inc. (CGMI) were "A2/P-1" at Moody's, "A+/A-1" at Standard & Poor's and "A+/F1" at Fitch as of December 31, 2016. The long-term and short-term ratings of Citigroup Global Markets Holdings Inc. (CGMHI) were "BBB+/A-2" at Standard & Poor's and "A/F1" at Fitch as of December 31, 2016.

| | Citigroup Inc. | | | Citibank, N.A. | | |
|---|---|---|---|---|---|---|
| | Senior debt | Commercial paper | Outlook | Long-term | Short-term | Outlook |
| Fitch Ratings (Fitch) | A | F1 | Stable | A+ | F1 | Stable |
| Moody's Investors Service (Moody's) | Baa1 | P-2 | Stable | A1 | P-1 | Stable |
| Standard & Poor's (S&P) | BBB+ | A-2 | Stable | A+ | A-1 | Stable |

***Recent Credit Rating Developments***

On December 13, 2016, Fitch affirmed Citigroup Inc.'s Viability Rating (VR) and Long-Term Issuer Default Rating (IDR) at "a/A", respectively. At the same time, Fitch affirmed Citibank's VR and IDR at "a/A+", respectively. The outlooks for the Long-Term IDRs are Stable.

On December 16, 2016, S&P amended its Additional Loss-Absorbing Capacity (ALAC) criteria to include existing senior unsecured debt and concluded their credit watch on four of the U.S. GSIBs, including Citigroup, resulting in a one-notch upgrade on their core and highly strategic operating subsidiaries. Consequently, S&P upgraded Citibank's long-term rating from "A" to "A+" with its short-term rating remaining at "A-1". Citibank's ratings outlook was changed to "Stable" from "Credit Watch Positive". As of December 31, 2016, Citigroup Inc. is in excess of the 8.5% threshold deemed necessary to receive the maximum two notches of ALAC support.

***Potential Impacts of Ratings Downgrades***

Ratings downgrades by Moody's, Fitch or S&P could negatively impact Citigroup's and/or Citibank's funding and liquidity due to reduced funding capacity, including derivatives triggers, which could take the form of cash obligations and collateral requirements.

The following information is provided for the purpose of analyzing the potential funding and liquidity impact to Citigroup and Citibank of a hypothetical, simultaneous ratings downgrade across all three major rating agencies. This analysis is subject to certain estimates, estimation methodologies, judgments and uncertainties. Uncertainties include potential ratings limitations that certain entities may have with respect to permissible counterparties, as well as general subjective counterparty behavior. For example, certain corporate customers and markets counterparties could re-evaluate their business relationships with Citi and limit transactions in certain contracts or market instruments with Citi. Changes in counterparty behavior could impact Citi's funding and liquidity, as well as the results of operations of certain of its businesses. The actual impact to Citigroup or Citibank is unpredictable and may differ materially from the potential funding and liquidity impacts described below. For additional information on the impact of credit rating changes on Citi and its applicable subsidiaries, see "Risk Factors—Liquidity Risks" above.

***Citigroup Inc. and Citibank—Potential Derivative Triggers***

As of December 31, 2016, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citigroup Inc. across all three major rating agencies could impact Citigroup's funding and liquidity due to derivative triggers by approximately $0.4 billion, compared to $0.5 billion as of September 30, 2016. Other funding sources, such as securities financing transactions and other margin requirements, for which there are no explicit triggers, could also be adversely affected.

As of December 31, 2016, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citibank across all three major rating agencies could impact Citibank's funding and liquidity by approximately $1.2 billion, compared to $1.3 billion as of September 30, 2016, due to derivative triggers.

In total, Citi estimates that a one-notch downgrade of Citigroup and Citibank, across all three major rating agencies, could result in aggregate cash obligations and collateral requirements of approximately $1.6 billion, compared to $1.8 billion as of September 30, 2016 (see also Note 22 to the Consolidated Financial Statements). As set forth under "High-Quality Liquid Assets" above, the liquidity resources of Citibank were approximately $346 billion and the liquidity resources of Citi's non-bank and other entities were approximately $58 billion, for a total of approximately $404 billion as of December 31, 2016. These liquidity resources are available in part as a contingency for the potential events described above.

In addition, a broad range of mitigating actions are currently included in Citigroup's and Citibank's contingency funding plans. For Citigroup, these mitigating factors include, but are not limited to, accessing surplus funding capacity from existing clients, tailoring levels of secured lending, and adjusting the size of select trading books and collateralized borrowings from certain Citibank subsidiaries. Mitigating actions available to Citibank include, but are not limited to, selling or financing highly liquid government securities, tailoring levels of secured lending, adjusting the size of select trading assets, reducing loan originations and renewals, raising additional deposits, or borrowing from the FHLB or central banks. Citi believes these mitigating actions could substantially reduce the funding and liquidity risk, if any, of the potential downgrades described above.

*Citibank—Additional Potential Impacts*
In addition to the above derivative triggers, Citi believes that a potential one-notch downgrade of Citibank's senior debt/long-term rating by S&P could also have an adverse impact on the commercial paper/short-term rating of Citibank. As of December 31, 2016, Citibank had liquidity commitments of approximately $10.0 billion to consolidated asset-backed commercial paper conduits, compared to $10.1 billion as of September 30, 2016 (as referenced in Note 21 to the Consolidated Financial Statements).

In addition to the above-referenced liquidity resources of certain Citibank and Citibanamex entities, Citibank could reduce the funding and liquidity risk, if any, of the potential downgrades described above through mitigating actions, including repricing or reducing certain commitments to commercial paper conduits. In the event of the potential downgrades described above, Citi believes that certain corporate customers could re-evaluate their deposit relationships with Citibank. This re-evaluation could result in clients adjusting their discretionary deposit levels or changing their depository institution, which could potentially reduce certain deposit levels at Citibank. However, Citi could choose to adjust pricing, offer alternative deposit products to its existing customers or seek to attract deposits from new customers, in addition to the mitigating actions referenced above.

# MARKET RISK

### Overview
Market risk is the potential for losses arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables such as interest rates, foreign exchange rates, equity prices, commodity prices and credit spreads, as well as their implied volatilities.

Each business is required to establish, with approval from Citi's market risk management, a market risk limit framework for identified risk factors that clearly defines approved risk profiles and is within the parameters of Citi's overall risk appetite. These limits are monitored by the Risk organization, Citi's country and business Asset and Liability Committees and the Citigroup Asset and Liability Committee. In all cases, the businesses are ultimately responsible for the market risks taken and for remaining within their defined limits.

Market risk emanates from both Citi's trading and non-trading portfolios. Trading portfolios comprise all assets and liabilities marked-to-market, with results reflected in earnings. Non-trading portfolios include all other assets and liabilities.

### Market Risk of Non-Trading Portfolios
Market risk from non-trading portfolios stems from the potential impact of changes in interest rates and foreign exchange rates on Citi's net interest revenues, the changes in *Accumulated other comprehensive income (loss)* (AOCI) from its investment portfolios and capital invested in foreign currencies.

### Net Interest Revenue at Risk
Net interest revenue, for interest rate exposure purposes, is the difference between the yield earned on the non-trading portfolio assets (including customer loans) and the rate paid on the liabilities (including customer deposits or company borrowings). Net interest revenue is affected by changes in the level of interest rates, as well as the amounts and mix of assets and liabilities, and the timing of contractual and assumed repricing of assets and liabilities to reflect market rates.

Citi's principal measure of risk to net interest revenue is interest rate exposure (IRE). IRE measures the change in expected net interest revenue in each currency resulting solely from unanticipated changes in forward interest rates.

Citi's estimated IRE incorporates various assumptions including prepayment rates on loans, customer behavior and the impact of pricing decisions. For example, in rising interest rate scenarios, portions of the deposit portfolio may be assumed to experience rate increases that are less than the change in market interest rates. In declining interest rate scenarios, it is assumed that mortgage portfolios experience higher prepayment rates. IRE assumes that businesses and/or Citi Treasury make no additional changes in balances or positioning in response to the unanticipated rate changes.

In order to manage changes in interest rates effectively, Citi may modify pricing on new customer loans and deposits, purchase fixed rate securities, issue debt that is either fixed or floating or enter into derivative transactions that have the opposite risk exposures. Citi regularly assesses the viability of these and other strategies to reduce its interest rate risks and implements such strategies when it believes those actions are prudent.

Citi manages interest rate risk as a consolidated company-wide position. Citi's client-facing businesses create interest-rate sensitive positions, including loans and deposits, as part of their ongoing activities. Citi Treasury aggregates these risk positions and manages them centrally. Operating within established limits, Citi Treasury makes positioning decisions and uses tools, such as Citi's investment securities portfolio, company-issued debt, and interest rate derivatives, to target the desired risk profile. Changes in Citi's interest rate risk position reflect the accumulated changes in all non-trading assets and liabilities, with potentially large and offsetting impacts, as well as, Citi Treasury's positioning decisions.

Citigroup employs additional measurements, including stress testing the impact of non-linear interest rate movements on the value of the balance sheet; the analysis of portfolio duration and volatility, particularly as they relate to mortgage loans and mortgage-backed securities; and the potential impact of the change in the spread between different market indices.

### Interest Rate Risk of Investment Portfolios—Impact on AOCI
Citi also measures the potential impacts of changes in interest rates on the value of its AOCI, which can in turn impact Citi's common equity and tangible common equity. This will impact Citi's Common Equity Tier 1 and other regulatory capital ratios. Citi's goal is to benefit from an increase in the market level of interest rates, while limiting the impact of changes in AOCI on its regulatory capital position.

AOCI at risk is managed as part of the company-wide interest rate risk position. AOCI at risk considers potential changes in AOCI (and the corresponding impact on the Common Equity Tier 1 Capital ratio) relative to Citi's capital generation capacity.

The following table sets forth the estimated impact to Citi's net interest revenue, AOCI and the Common Equity Tier 1 Capital ratio (on a fully implemented basis), each assuming an unanticipated parallel instantaneous 100 basis point increase in interest rates.

| In millions of dollars (unless otherwise noted) | | Dec. 31, 2016 | | Sept. 30, 2016 | | Dec. 31, 2015 |
|---|---|---|---|---|---|---|
| **Estimated annualized impact to net interest revenue** | | | | | | |
| U.S. dollar[1] | $ | **1,586** | $ | 1,405 | $ | 1,419 |
| All other currencies | | **550** | | 574 | | 635 |
| Total | $ | **2,136** | $ | 1,979 | $ | 2,054 |
| As a percentage of average interest-earning assets | | **0.13%** | | 0.12% | | 0.13% |
| Estimated initial impact to AOCI (after-tax)[2] | $ | **(4,617)** | $ | (4,868) | $ | (4,837) |
| Estimated initial impact on Common Equity Tier 1 Capital ratio (bps)[3] | | **(53)** | | (53) | | (57) |

(1)  Certain trading-oriented businesses within Citi have accrual-accounted positions that are excluded from the estimated impact to net interest revenue in the table since these exposures are managed economically in combination with mark-to-market positions. The U.S. dollar interest rate exposure associated with these businesses was $(238) million for a 100 basis point instantaneous increase in interest rates as of December 31, 2016.
(2)  Includes the effect of changes in interest rates on AOCI related to investment securities, cash flow hedges and pension liability adjustments.
(3)  The estimated initial impact to the Common Equity Tier 1 Capital ratio considers the effect of Citi's deferred tax asset position and is based on only the estimated initial AOCI impact above.

The 2016 increase in the estimated impact to net interest revenue primarily reflected Citi Treasury actions, including interest rate derivative positioning.  The 2016 decrease in the estimated impact to AOCI and the Common Equity Tier 1 Capital ratio primarily reflected changes in the composition of Citi Treasury's investment and interest rate derivatives portfolio.

In the event of an unanticipated parallel instantaneous 100 basis point increase in interest rates, Citi expects the negative impact to AOCI would be offset in shareholders' equity through the combination of expected incremental net interest revenue and the expected recovery of the impact on AOCI through accretion of Citi's investment portfolio over a period of time. As of December 31, 2016, Citi expects that the negative $4.6 billion impact to AOCI in such a scenario could potentially be offset over approximately 22 months.

The following table sets forth the estimated impact to Citi's net interest revenue, AOCI and the Common Equity Tier 1 Capital ratio (on a fully implemented basis) under four different changes in interest rate scenarios for the U.S. dollar and Citi's other currencies. While Citi also monitors the impact of a parallel decrease in interest rates, a 100 basis point decrease in short-term rates is not meaningful, as it would imply negative interest rates in many of Citi's markets.

| In millions of dollars (unless otherwise noted) | | Scenario 1 | | Scenario 2 | | Scenario 3 | | Scenario 4 |
|---|---|---|---|---|---|---|---|---|
| Overnight rate change (bps) | | 100 | | 100 | | — | | — |
| 10-year rate change (bps) | | 100 | | — | | 100 | | (100) |
| **Estimated annualized impact to net interest revenue** | | | | | | | | |
| U.S. dollar | $ | 1,586 | $ | 1,550 | $ | 106 | $ | (124) |
| All other currencies | | 550 | | 509 | | 31 | | (31) |
| Total | $ | 2,136 | $ | 2,059 | $ | 137 | $ | (155) |
| Estimated initial impact to AOCI (after-tax)[1] | $ | (4,617) | $ | (2,677) | $ | (2,038) | $ | 1,759 |
| Estimated initial impact to Common Equity Tier 1 Capital ratio (bps)[2] | | (53) | | (30) | | (25) | | 21 |

Note: Each scenario in the table above assumes that the rate change will occur instantaneously. Changes in interest rates for maturities between the overnight rate and the 10-year rate are interpolated.
(1)  Includes the effect of changes in interest rates on AOCI related to investment securities, cash flow hedges and pension liability adjustments.
(2)  The estimated initial impact to the Common Equity Tier 1 Capital ratio considers the effect of Citi's deferred tax asset position and is based on only the estimated AOCI impact above.

As shown in the table above, the magnitude of the impact to Citi's net interest revenue and AOCI is greater under scenario 2 as compared to scenario 3. This is because the combination of changes to Citi's investment portfolio, partially offset by changes related to Citi's pension liabilities, results in a net position that is more sensitive to rates at shorter and intermediate term maturities.

Over the past year, a number of central banks, including the European Central Bank, the Bank of Japan and the Swiss National Bank, have implemented negative interest rates, and additional governmental entities could do so in the future.

While negative interest rates can adversely impact net interest revenue (as well as net interest margin), Citi has, to date, been able to partially offset the impact of negative rates in these jurisdictions through a combination of business and Citi Treasury interest rate risk mitigation activities, as discussed, including applying negative interest rates to client accounts.

**Changes in Foreign Exchange Rates—Impacts on AOCI and Capital**

As of December 31, 2016, Citi estimates that an unanticipated parallel instantaneous 5% appreciation of the U.S. dollar against all of the other currencies in which Citi has invested capital could reduce Citi's tangible common equity (TCE) by approximately $1.5 billion, or 0.9%, as a result of changes to Citi's foreign currency translation adjustment in AOCI, net of hedges. This impact would be primarily due to changes in the value of the Mexican peso, the Euro, and the Australian dollar.

This impact is also before any mitigating actions Citi may take, including ongoing management of its foreign currency translation exposure. Specifically, as currency movements change the value of Citi's net investments in foreign currency-denominated capital, these movements also change the value of Citi's risk-weighted assets denominated in those currencies. This, coupled with Citi's foreign currency hedging strategies, such as foreign currency borrowings, foreign currency forwards and other currency hedging instruments, lessens the impact of foreign currency movements on Citi's Common Equity Tier 1 Capital ratio. Changes in these hedging strategies, as well as hedging costs, divestitures and tax impacts, can further impact the actual impact of changes in foreign exchange rates on Citi's capital as compared to an unanticipated parallel shock, as described above.

The effect of Citi's ongoing management strategies with respect to changes in foreign exchange rates and the impact of these changes on Citi's TCE and Common Equity Tier 1 Capital ratio are shown in the table below. For additional information on the changes in AOCI, see Note 19 to the Consolidated Financial Statements.

| | For the quarter ended | | |
| --- | --- | --- | --- |
| In millions of dollars (unless otherwise noted) | Dec. 31, 2016 | Sept. 30, 2016 | Dec. 31, 2015 |
| Change in FX spot rate[1] | (5.2)% | (0.2)% | (1.1)% |
| Change in TCE due to FX translation, net of hedges | $ (1,668) | $ (412) | $ (696) |
| As a percentage of TCE | (0.9)% | (0.2)% | (0.4)% |
| Estimated impact to Common Equity Tier 1 Capital ratio (on a fully implemented basis) due to changes in FX translation, net of hedges (bps) | — | (2) | — |

(1)  FX spot rate change is a weighted average based upon Citi's quarterly average GAAP capital exposure to foreign countries.

**Interest Revenue/Expense and Net Interest Margin**



| In millions of dollars, except as otherwise noted | 2016 | 2015 | 2014 | Change 2016 vs. 2015 | | Change 2015 vs. 2014 | |
|---|---|---|---|---|---|---|---|
| Interest revenue[1] | $ 58,077 | $ 59,040 | $ 62,180 | (2)% | | (5)% | |
| Interest expense | 12,511 | 11,921 | 13,690 | 5 | | (13) | |
| Net interest revenue[1][2] | $ 45,566 | $ 47,119 | $ 48,490 | (3)% | | (3)% | |
| Interest revenue—average rate | 3.64% | 3.68% | 3.72% | (4) | bps | (4) | bps |
| Interest expense—average rate | 1.03 | 0.95 | 1.02 | 8 | bps | (7) | bps |
| Net interest margin | 2.86 | 2.93 | 2.90 | (7) | bps | 3 | bps |
| **Interest rate benchmarks** | | | | | | | |
| Two-year U.S. Treasury note—average rate | 0.83% | 0.69% | 0.46% | 14 | bps | 23 | bps |
| 10-year U.S. Treasury note—average rate | 1.83 | 2.14 | 2.54 | (31) | bps | (40) | bps |
| 10-year vs. two-year spread | 100 | bps | 145 | bps | 208 | bps | |

Note:  All interest expense amounts include FDIC deposit insurance assessments.

(1)  *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rate of 35%) of $462 million, $487 million and $498 million for 2016, 2015 and 2014, respectively.

(2)  Excludes expenses associated with certain hybrid financial instruments, which are classified as *Long-term debt* and accounted for at fair value.

Citi's net interest margin (NIM) is calculated by dividing gross interest revenue less gross interest expense by average interest earning assets. Citi's NIM was 2.79% in the fourth quarter of 2016, a decrease of 7 basis points from the third quarter of 2016, driven primarily by lower trading NIM, higher funding costs and the higher mix of promotional rate balances in the U.S. cards portfolios. On a full-year basis, Citi's NIM declined to 2.86%, compared to 2.93% in 2015, driven primarily by the divestiture of OneMain Financial, the impact of FX translation and lower trading NIM, partially offset by higher loan volumes (including from the Costco portfolio).

As noted in the tables above, Citi's interest expense includes the impact of FDIC deposit insurance assessments. As part of the Dodd-Frank Act, the FDIC is required to ensure that its deposit insurance fund reserve ratio reaches 1.35% by September 30, 2020. In March 2016, the FDIC issued a final rule that imposes on insured depository institutions with at least $10 billion in assets, which includes Citibank, a surcharge of 4.5 basis points per annum until the fund reaches the required ratio, which the FDIC estimates would take approximately two years. As previously disclosed, based on its current assessment base, Citi estimates the net impact to Citibank would be approximately $500 million over the two-year period beginning in the third quarter of 2016.

**Additional Interest Rate Details**

*Average Balances and Interest Rates—Assets*[1][2][3][4]

| In millions of dollars, except rates | Average volume | | | Interest revenue | | | % Average rate | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 |
| **Assets** | | | | | | | | | |
| **Deposits with banks**[5] | $ **131,925** $ | 133,853 $ | 161,741 | $ **971** $ | 727 $ | 959 | **0.74%** | 0.54% | 0.59% |
| **Federal funds sold and securities borrowed or purchased under agreements to resell**[6] | | | | | | | | | |
| In U.S. offices | $ **147,734** $ | 150,340 $ | 153,703 | $ **1,483** $ | 1,215 $ | 1,034 | **1.00%** | 0.81% | 0.67% |
| In offices outside the U.S.[5] | **85,142** | 84,013 | 101,184 | **1,060** | 1,301 | 1,332 | **1.24** | 1.55 | 1.32 |
| Total | $ **232,876** $ | 234,353 $ | 254,887 | $ **2,543** $ | 2,516 $ | 2,366 | **1.09%** | 1.07% | 0.93% |
| **Trading account assets**[7][8] | | | | | | | | | |
| In U.S. offices | $ **103,610** $ | 113,475 $ | 113,716 | $ **3,791** $ | 3,945 $ | 3,471 | **3.66%** | 3.48% | 3.05% |
| In offices outside the U.S.[5] | **94,603** | 96,333 | 113,563 | **2,095** | 2,140 | 2,540 | **2.21** | 2.22 | 2.24 |
| Total | $ **198,213** $ | 209,808 $ | 227,279 | $ **5,886** $ | 6,085 $ | 6,011 | **2.97%** | 2.90% | 2.64% |
| **Investments** | | | | | | | | | |
| In U.S. offices | | | | | | | | | |
| Taxable | $ **225,764** $ | 214,683 $ | 188,909 | $ **3,980** $ | 3,812 $ | 3,285 | **1.76%** | 1.78% | 1.74% |
| Exempt from U.S. income tax | **19,079** | 20,034 | 20,383 | **693** | 443 | 626 | **3.63** | 2.21 | 3.07 |
| In offices outside the U.S.[5] | **106,159** | 102,374 | 113,182 | **3,157** | 3,071 | 3,627 | **2.97** | 3.00 | 3.20 |
| Total | $ **351,002** $ | 337,091 $ | 322,474 | $ **7,830** $ | 7,326 $ | 7,538 | **2.23%** | 2.17% | 2.34% |
| **Loans (net of unearned income)**[9] | | | | | | | | | |
| In U.S. offices | $ **360,957** $ | 354,434 $ | 361,773 | $ **24,240** $ | 25,082 $ | 26,076 | **6.72%** | 7.08% | 7.21% |
| In offices outside the U.S.[5] | **262,715** | 273,064 | 296,666 | **15,578** | 15,465 | 18,723 | **5.93** | 5.66 | 6.31 |
| Total | $ **623,672** $ | 627,498 $ | 658,439 | $ **39,818** $ | 40,547 $ | 44,799 | **6.38%** | 6.46% | 6.80% |
| **Other interest-earning assets**[10] | $ **56,398** $ | 63,209 $ | 48,954 | $ **1,029** $ | 1,839 $ | 507 | **1.82%** | 2.91% | 1.04% |
| Total interest-earning assets | $ **1,594,086** $ | 1,605,812 $ | 1,673,774 | $ **58,077** $ | 59,040 $ | 62,180 | **3.64%** | 3.68% | 3.71% |
| Non-interest-earning assets[7] | $ **214,642** $ | 218,025 $ | 223,141 | | | | | | |
| Total assets from discontinued operations | **—** | — | — | | | | | | |
| **Total assets** | $ **1,808,728** $ | 1,823,837 $ | 1,896,915 | | | | | | |

(1) *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rate of 35%) of $462 million, $487 million and $498 million for 2016, 2015 and 2014, respectively.

(2) Interest rates and amounts include the effects of risk management activities associated with the respective asset categories.

(3) Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.

(4) Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.

(5) Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(6) Average volumes of securities borrowed or purchased under agreements to resell are reported net pursuant to ASC 210-20-45. However, *Interest revenue* excludes the impact of ASC 210-20-45.

(7) The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.

(8) *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.

(9) Includes cash-basis loans.

(10) Includes brokerage receivables.

*Average Balances and Interest Rates—Liabilities and Equity, and Net Interest Revenue*[(1)(2)(3)(4)]

| In millions of dollars, except rates | Average volume | | | Interest expense | | | % Average rate | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 | **2016** | 2015 | 2014 |
| **Liabilities** | | | | | | | | | |
| **Deposits** | | | | | | | | | |
| In U.S. offices[(5)] | $ **288,817** $ | 273,135 $ | 292,062 | $ **1,630** $ | 1,291 $ | 1,432 | **0.56%** | 0.47% | 0.49% |
| In offices outside the U.S.[(6)] | **429,608** | 425,086 | 465,135 | **3,670** | 3,761 | 4,260 | **0.85** | 0.88 | 0.92 |
| Total | $ **718,425** $ | 698,221 $ | 757,197 | $ **5,300** $ | 5,052 $ | 5,692 | **0.74%** | 0.72% | 0.75% |
| **Federal funds purchased and securities loaned or sold under agreements to repurchase**[(7)] | | | | | | | | | |
| In U.S. offices | $ **100,472** $ | 108,320 $ | 102,672 | $ **1,024** $ | 614 $ | 657 | **1.02%** | 0.57% | 0.64% |
| In offices outside the U.S.[(6)] | **57,588** | 66,130 | 88,080 | **888** | 998 | 1,238 | **1.54** | 1.51 | 1.41 |
| Total | $ **158,060** $ | 174,450 $ | 190,752 | $ **1,912** $ | 1,612 $ | 1,895 | **1.21%** | 0.92% | 0.99% |
| **Trading account liabilities**[(8)(9)] | | | | | | | | | |
| In U.S. offices | $ **29,481** $ | 24,711 $ | 29,263 | $ **242** $ | 107 $ | 74 | **0.82%** | 0.43% | 0.25% |
| In offices outside the U.S.[(6)] | **44,669** | 45,252 | 47,904 | **168** | 110 | 94 | **0.38** | 0.24 | 0.20 |
| Total | $ **74,150** $ | 69,963 $ | 77,167 | $ **410** $ | 217 $ | 168 | **0.55%** | 0.31% | 0.22% |
| **Short-term borrowings**[(10)] | | | | | | | | | |
| In U.S. offices | $ **61,015** $ | 64,973 $ | 77,967 | $ **202** $ | 224 $ | 161 | **0.33%** | 0.34% | 0.21% |
| In offices outside the U.S.[(6)] | **19,184** | 50,803 | 40,282 | **275** | 299 | 419 | **1.43** | 0.59 | 1.04 |
| Total | $ **80,199** $ | 115,776 $ | 118,249 | $ **477** $ | 523 $ | 580 | **0.59%** | 0.45% | 0.49% |
| **Long-term debt**[(11)] | | | | | | | | | |
| In U.S. offices | $ **175,342** $ | 182,347 $ | 191,364 | $ **4,179** $ | 4,308 $ | 5,093 | **2.38%** | 2.36% | 2.66% |
| In offices outside the U.S.[(6)] | **6,426** | 7,642 | 7,346 | **233** | 209 | 262 | **3.63** | 2.73 | 3.57 |
| Total | $ **181,768** $ | 189,989 $ | 198,710 | $ **4,412** $ | 4,517 $ | 5,355 | **2.43%** | 2.38% | 2.69% |
| **Total interest-bearing liabilities** | $ **1,212,602** $ | 1,248,399 $ | 1,342,075 | $ **12,511** $ | 11,921 $ | 13,690 | **1.03%** | 0.95% | 1.02% |
| Demand deposits in U.S. offices | $ **38,120** $ | 26,144 $ | 26,227 | | | | | | |
| Other non-interest-bearing liabilities[(8)] | **328,822** | 330,104 | 316,061 | | | | | | |
| Total liabilities from discontinued operations | **—** | — | — | | | | | | |
| **Total liabilities** | $ **1,579,544** $ | 1,604,647 $ | 1,684,363 | | | | | | |
| **Citigroup stockholders' equity**[(12)] | $ **228,065** $ | 217,875 $ | 210,863 | | | | | | |
| Noncontrolling interest | **1,119** | 1,315 | 1,689 | | | | | | |
| **Total equity**[(12)] | $ **229,184** $ | 219,190 $ | 212,552 | | | | | | |
| **Total liabilities and stockholders' equity** | $ **1,808,728** $ | 1,823,837 $ | 1,896,915 | | | | | | |
| **Net interest revenue as a percentage of average interest-earning assets**[(13)] | | | | | | | | | |
| In U.S. offices | $ **859,311** $ | 923,309 $ | 953,394 | $ **27,929** $ | 28,495 $ | 27,496 | **3.25%** | 3.09% | 2.88% |
| In offices outside the U.S.[(6)] | **734,775** | 682,503 | 720,380 | **17,637** | 18,624 | 20,994 | **2.40** | 2.73 | 2.91 |
| **Total** | $ **1,594,086** $ | 1,605,812 $ | 1,673,774 | $ **45,566** $ | 47,119 $ | 48,490 | **2.86%** | 2.93% | 2.90% |

(1) *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rate of 35%) of $462 million, $487 million and $498 million for 2016, 2015 and 2014, respectively.

(2) Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.

(3) Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.

(4) Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.

(5) Consists of other time deposits and savings deposits. Savings deposits are made up of insured money market accounts, NOW accounts, and other savings deposits. The interest expense on savings deposits includes FDIC deposit insurance assessments.

(6) Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(7) Average volumes of securities sold under agreements to repurchase are reported net pursuant to ASC 210-20-45. However, *Interest expense* excludes the impact of ASC 210-20-45.

(8)   The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.
(9)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(10)  Includes brokerage payables.
(11)  Excludes hybrid financial instruments and beneficial interests in consolidated VIEs that are classified as *Long-term debt*, as these obligations are accounted for in changes in fair value recorded in *Principal transactions*.
(12)  Includes stockholders' equity from discontinued operations.
(13)  Includes allocations for capital and funding costs based on the location of the asset.

## Analysis of Changes in Interest Revenue[(1)(2)(3)]

| | 2016 vs. 2015 | | | 2015 vs. 2014 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Increase (decrease) due to change in: | | | Increase (decrease) due to change in: | | |
| *In millions of dollars* | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
| **Deposits with banks[(4)]** | $ (11) $ | 255 $ | 244 | $ (156) $ | (76) $ | (232) |
| **Federal funds sold and securities borrowed or purchased under agreements to resell** | | | | | | |
| In U.S. offices | $ (21) $ | 289 $ | 268 | $ (23) $ | 204 $ | 181 |
| In offices outside the U.S.[(4)] | 17 | (258) | (241) | (246) | 215 | (31) |
| Total | $ (4) $ | 31 $ | 27 | $ (269) $ | 419 $ | 150 |
| **Trading account assets[(5)]** | | | | | | |
| In U.S. offices | $ (354) $ | 200 $ | (154) | $ (7) $ | 481 $ | 474 |
| In offices outside the U.S.[(4)] | (38) | (7) | (45) | (383) | (17) | (400) |
| Total | $ (392) $ | 193 $ | (199) | $ (390) $ | 464 $ | 74 |
| **Investments[(1)]** | | | | | | |
| In U.S. offices | $ (167) $ | 585 $ | 418 | $ 464 $ | (120) $ | 344 |
| In offices outside the U.S.[(4)] | 622 | (536) | 86 | (333) | (223) | (556) |
| Total | $ 455 $ | 49 $ | 504 | $ 131 $ | (343) $ | (212) |
| **Loans (net of unearned income)[(6)]** | | | | | | |
| In U.S. offices | $ 455 $ | (1,297) $ | (842) | $ (524) $ | (470) $ | (994) |
| In offices outside the U.S.[(4)] | (599) | 712 | 113 | (1,423) | (1,835) | (3,258) |
| Total | $ (144) $ | (585) $ | (729) | $ (1,947) $ | (2,305) $ | (4,252) |
| **Other interest-earning assets[(7)]** | $ (182) $ | (628) $ | (810) | $ 185 $ | 1,147 $ | 1,332 |
| **Total interest revenue** | $ (278) $ | (685) $ | (963) | $ (2,446) $ | (694) $ | (3,140) |

(1)   The taxable equivalent adjustment is related to the tax-exempt bond portfolio based on the U.S. federal statutory tax rate of 35% and is included in this presentation.
(2)   Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.
(3)   Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.
(4)   Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(5)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(6)   Includes cash-basis loans.
(7)   Includes brokerage receivables.

*Analysis of Changes in Interest Expense and Net Interest Revenue*[(1)(2)(3)]

| In millions of dollars | 2016 vs. 2015 Increase (decrease) due to change in: | | | 2015 vs. 2014 Increase (decrease) due to change in: | | |
|---|---|---|---|---|---|---|
| | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
| **Deposits** | | | | | | |
| In U.S. offices | $ 77 $ | 262 $ | 339 | $ (91) $ | (50) $ | (141) |
| In offices outside the U.S.[(4)] | 40 | (131) | (91) | (358) | (141) | (499) |
| Total | $ 117 $ | 131 $ | 248 | $ (449) $ | (191) $ | (640) |
| **Federal funds purchased and securities loaned or sold under agreements to repurchase** | | | | | | |
| In U.S. offices | $ (47) $ | 457 $ | 410 | $ 35 $ | (78) $ | (43) |
| In offices outside the U.S.[(4)] | (131) | 21 | (110) | (326) | 86 | (240) |
| Total | $ (178) $ | 478 $ | 300 | $ (291) $ | 8 $ | (283) |
| **Trading account liabilities[(5)]** | | | | | | |
| In U.S. offices | $ 24 $ | 111 $ | 135 | $ (13) $ | 46 $ | 33 |
| In offices outside the U.S.[(4)] | (1) | 59 | 58 | (5) | 21 | 16 |
| Total | $ 23 $ | 170 $ | 193 | $ (18) $ | 67 $ | 49 |
| **Short-term borrowings[(6)]** | | | | | | |
| In U.S. offices | $ (13) $ | (9) $ | (22) | $ (30) $ | 93 $ | 63 |
| In offices outside the U.S.[(4)] | (267) | 243 | (24) | 92 | (212) | (120) |
| Total | $ (280) $ | 234 $ | (46) | $ 62 $ | (119) $ | (57) |
| **Long-term debt** | | | | | | |
| In U.S. offices | $ (167) $ | 38 $ | (129) | $ (232) $ | (553) $ | (785) |
| In offices outside the U.S.[(4)] | (37) | 61 | 24 | 10 | (63) | (53) |
| Total | $ (204) $ | 99 $ | (105) | $ (222) $ | (616) $ | (838) |
| **Total interest expense** | $ (522) $ | 1,112 $ | 590 | $ (918) $ | (851) $ | (1,769) |
| **Net interest revenue** | $ 244 $ | (1,797) $ | (1,553) | $ (1,528) $ | 157 $ | (1,371) |

(1)    The taxable equivalent adjustment is related to the tax-exempt bond portfolio based on the U.S. federal statutory tax rate of 35% and is included in this presentation.
(2)    Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.
(3)    Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.
(4)    Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(5)    *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(6)    Includes brokerage payables.

**Market Risk of Trading Portfolios**

Trading portfolios include positions resulting from market making activities, hedges of certain available-for-sale (AFS) debt securities, the CVA relating from derivative counterparties and all associated hedges, fair value option loans, hedges to the loan portfolio and the leverage finance pipeline within capital markets origination within *ICG*.

The market risk of Citi's trading portfolios is monitored using a combination of quantitative and qualitative measures, including, but not limited to:

- factor sensitivities;
- value at risk (VAR); and
- stress testing.

Each trading portfolio across Citi's businesses has its own market risk limit framework encompassing these measures and other controls, including trading mandates, permitted product lists and a new product approval process for complex products.

The following chart of total daily trading-related revenue (loss) captures trading volatility and shows the number of days in which revenues for Citi's trading businesses fell within particular ranges. Trading-related revenue includes trading, net interest and other revenue associated with Citi's trading businesses. It excludes DVA, FVA and CVA adjustments incurred due to changes in the credit quality of counterparties, as well as any associated hedges to that CVA. In addition, it excludes fees and other revenue associated with capital markets origination activities. Trading-related revenues are driven by both customer flows and the changes in valuation of the trading inventory.  As shown in the chart, positive trading-related revenue was achieved for 99% of the trading days in 2016.

**Daily Trading-Related Revenue (Loss)** [(1)] **— Twelve Months ended December 31, 2016**
*In millions of dollars*



(1)    Reflects the effects of asymmetrical accounting for economic hedges of certain AFS debt securities.  Specifically, the change in the fair value of hedging derivatives is included in Trading-related revenue, while the offsetting change in the fair value of hedged AFS debt securities is included in AOCI and not reflected above.

**Factor Sensitivities**

Factor sensitivities are expressed as the change in the value of a position for a defined change in a market risk factor, such as a change in the value of a U.S. Treasury bill for a one basis point change in interest rates.  Citi's Market Risk Management, within the Risk organization, works to ensure that factor sensitivities are calculated, monitored and, in most cases, limited for all material risks taken in the trading portfolios.

**Value at Risk (VAR)**

VAR estimates, at a 99% confidence level, the potential decline in the value of a position or a portfolio under normal market conditions assuming a one-day holding period. VAR statistics, which are based on historical data, can be materially different across firms due to differences in portfolio composition, differences in VAR methodologies and differences in model parameters. As a result, Citi believes VAR statistics can be used more effectively as indicators of trends in risk-taking within a firm, rather than as a basis for inferring differences in risk-taking across firms.

Citi uses a single, independently approved Monte Carlo simulation VAR model (see "VAR Model Review and Validation" below), which has been designed to capture material risk sensitivities (such as first- and second-order sensitivities of positions to changes in market prices) of various asset classes/risk types (such as interest rate, credit spread, foreign exchange, equity and commodity risks). Citi's VAR includes positions which are measured at fair value; it does not include investment securities classified as AFS or HTM. For information on these securities, see Note 13 to the Consolidated Financial Statements.

Citi believes its VAR model is conservatively calibrated to incorporate fat-tail scaling and the greater of short-term (approximately the most recent month) and long-term (three years) market volatility. The Monte Carlo simulation involves approximately 350,000 market factors, making use of approximately 200,000 time series, with sensitivities updated daily, volatility parameters updated daily to weekly and correlation parameters updated monthly. The conservative features of the VAR calibration contribute an approximate 25% add-on to what would be a VAR estimated under the assumption of stable and perfectly, normally distributed markets.

As set forth in the table below, Citi's average trading VAR decreased from 2015 to 2016, mainly due to changes in interest rate exposures from mark-to-market hedging activity against non-trading positions in the markets and securities services businesses within *ICG*. Additionally, foreign exchange risk declined mainly due to exposure changes throughout 2016.  Average trading and credit portfolio VAR also declined, with the further decrease driven by reduction in average credit spreads and volatility affecting the credit portfolio, and by changes in the hedging related to lending activities in 2016.  Trading VAR as of December 31, 2016 increased from December 31, 2015 mainly due to higher exposures in the municipals and commodities businesses within *ICG*.

**Year-end and Average Trading VAR and Trading and Credit Portfolio VAR**

| In millions of dollars | | December 31, 2016 | | 2016 Average | | December 31, 2015 | | 2015 Average |
|---|---|---|---|---|---|---|---|---|
| Interest rate | $ | 37 | $ | 35 | $ | 37 | $ | 44 |
| Credit spread | | 63 | | 62 | | 56 | | 69 |
| Covariance adjustment[1] | | (17) | | (28) | | (25) | | (26) |
| Fully diversified interest rate and credit spread | $ | 83 | $ | 69 | $ | 68 | $ | 87 |
| Foreign exchange | | 32 | | 24 | | 27 | | 34 |
| Equity | | 13 | | 14 | | 17 | | 17 |
| Commodity | | 27 | | 21 | | 17 | | 19 |
| Covariance adjustment[1] | | (70) | | (58) | | (53) | | (65) |
| Total trading VAR—all market risk factors, including general and specific risk (excluding credit portfolios)[2] | $ | 85 | $ | 70 | $ | 76 | $ | 92 |
| Specific risk-only component[3] | $ | 3 | $ | 7 | $ | 11 | $ | 6 |
| **Total trading VAR—general market risk factors only (excluding credit portfolios)[2]** | $ | 82 | $ | 63 | $ | 65 | $ | 86 |
| Incremental impact of the credit portfolio[4] | $ | 20 | $ | 22 | $ | 22 | $ | 25 |
| **Total trading and credit portfolio VAR** | $ | 105 | $ | 92 | $ | 98 | $ | 117 |

(1) Covariance adjustment (also known as diversification benefit) equals the difference between the total VAR and the sum of the VARs tied to each individual risk type. The benefit reflects the fact that the risks within each and across risk types are not perfectly correlated and, consequently, the total VAR on a given day will be lower than the sum of the VARs relating to each individual risk type. The determination of the primary drivers of changes to the covariance adjustment is made by an examination of the impact of both model parameter and position changes.

(2) The total trading VAR includes mark-to-market and certain fair value option trading positions from *ICG* and Citi Holdings, with the exception of hedges to the loan portfolio, fair value option loans and all CVA exposures. Available-for-sale and accrual exposures are not included.

(3) The specific risk-only component represents the level of equity and fixed income issuer-specific risk embedded in VAR.

(4) The credit portfolio is composed of mark-to-market positions associated with non-trading business units including Citi Treasury, the CVA relating to derivative counterparties and all associated CVA hedges. FVA and DVA are not included. The credit portfolio also includes hedges to the loan portfolio, fair value option loans and hedges to the leveraged finance pipeline within capital markets origination within *ICG*.

The table below provides the range of market factor VARs associated with Citi's total trading VAR, inclusive of specific risk:

| In millions of dollars | 2016 | | 2015 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| Interest rate | $ 25 $ | 64 | $ 28 $ | 84 |
| Credit spread | 55 | 73 | 56 | 94 |
| Fully diversified interest rate and credit spread | $ 59 $ | 97 | $ 65 $ | 127 |
| Foreign exchange | 14 | 46 | 20 | 54 |
| Equity | 6 | 26 | 9 | 35 |
| Commodity | 10 | 33 | 12 | 37 |
| Total trading | $ 53 $ | 106 | $ 70 $ | 140 |
| Total trading and credit portfolio | 72 | 131 | 89 | 158 |

Note: No covariance adjustment can be inferred from the above table as the high and low for each market factor will be from different close of business dates.

The following table provides the VAR for *ICG*, excluding the CVA relating to derivative counterparties, hedges of CVA, fair value option loans and hedges to the loan portfolio:

| In millions of dollars | Dec. 31, 2016 |
| --- | --- |
| **Total—all market risk factors, including general and specific risk** | $ 76 |
| Average—during year | $ 66 |
| High—during year | 99 |
| Low—during year | 51 |

*VAR Model Review and Validation*
Generally, Citi's VAR review and model validation process entails reviewing the model framework, major assumptions, and implementation of the mathematical algorithm. In addition, as part of the model validation process, product specific back-testing on portfolios is periodically completed and reviewed with Citi's U.S. banking regulators. Furthermore, Regulatory VAR back-testing (as described below) is performed against buy-and-hold profit and loss on a monthly basis for multiple sub-portfolios across the organization (trading desk level, *ICG* business segment and Citigroup) and the results are shared with U.S. banking regulators.

Significant VAR model and assumption changes must be independently validated within Citi's risk management organization. This validation process includes a review by Citi's model validation group and further approval from its model validation review committee, which is composed of senior quantitative risk management officers. In the event of significant model changes, parallel model runs are undertaken prior to implementation. In addition, significant model and assumption changes are subject to the periodic reviews and approval by Citi's U.S. banking regulators.

Citi uses the same independently validated VAR model for both Regulatory VAR and Risk Management VAR (i.e., total trading and total trading and credit portfolios VARs) and, as such, the model review and oversight process for both purposes is as described above.

Regulatory VAR, which is calculated in accordance with Basel III, differs from Risk Management VAR due to the fact that certain positions included in Risk Management VAR are not eligible for market risk treatment in Regulatory VAR. The composition of Risk Management VAR is discussed under "Value at Risk" above. The applicability of the VAR model for positions eligible for market risk treatment under U.S. regulatory capital rules is periodically reviewed and approved by Citi's U.S. banking regulators.

In accordance with Basel III, Regulatory VAR includes all trading book-covered positions and all foreign exchange and commodity exposures. Pursuant to Basel III, Regulatory VAR excludes positions that fail to meet the intent and ability to trade requirements and are therefore classified as non-trading book and categories of exposures that are specifically excluded as covered positions. Regulatory VAR excludes CVA on derivative instruments and DVA on Citi's own fair value option liabilities. CVA hedges are excluded from Regulatory VAR and included in credit risk-weighted assets as computed under the Advanced Approaches for determining risk-weighted assets.

*Regulatory VAR Back-testing*
In accordance with Basel III, Citi is required to perform back-testing to evaluate the effectiveness of its Regulatory VAR model. Regulatory VAR back-testing is the process in which the daily one-day VAR, at a 99% confidence interval, is compared to the buy-and-hold profit and loss (i.e., the profit and loss impact if the portfolio is held constant at the end of the day and re-priced the following day). Buy-and-hold profit and loss represents the daily mark-to-market profit and loss attributable to price movements in covered positions from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue, net interest, fees and commissions, intra-day trading profit and loss and changes in reserves.

Based on a 99% confidence level, Citi would expect two to three days in any one year where buy-and-hold losses exceeded the Regulatory VAR. Given the conservative calibration of Citi's VAR model (as a result of taking the greater of short- and long-term volatilities and fat-tail scaling of volatilities), Citi would expect fewer exceptions under normal and stable market conditions. Periods of unstable market conditions could increase the number of back-testing exceptions.

The following graph shows the daily buy-and-hold profit and loss associated with Citi's covered positions compared to Citi's one-day Regulatory VAR during 2016. During 2016, there were two back-testing exceptions observed for Citi's Regulatory VAR. As previously disclosed, trading losses on June 3, 2016 marginally exceeded the VAR estimate at the Citigroup level, driven by higher volatility in the interest rate and foreign exchange markets following the release of weak non-farm payroll data. Separately, trading losses on November 14, 2016 exceeded the VAR estimate at the Citigroup level, driven by the widening of municipal bond yields following the election results in the United States.

The difference between the 41% of days with buy-and-hold gains for Regulatory VAR back-testing and the 99% of days with trading, net interest and other revenue associated with Citi's trading businesses, shown in the histogram of daily trading-related revenue below, reflects, among other things, that a significant portion of Citi's trading-related revenue is not generated from daily price movements on these positions and exposures, as well as differences in the portfolio composition of Regulatory VAR and Risk Management VAR.

**Regulatory Trading VAR and Associated Buy-and-Hold Profit and Loss** [1]**—12 Months ended December 31, 2016**
*In millions of dollars*



(1)    Buy-and-hold profit and loss, as defined by the banking regulators under Basel III, represents the daily mark-to-market revenue movement attributable to the trading position from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue, net interest intra-day trading profit and loss on new and terminated trades, as well as changes in reserves. Therefore, it is not comparable to the trading-related revenue presented in the chart of daily trading-related revenue above.

**Stress Testing**

Citi performs stress testing on a regular basis to estimate the impact of extreme market movements. It is performed on individual positions and trading portfolios, as well as in aggregate, inclusive of multiple trading portfolios. Citi's Market Risk management, after consultations with the businesses, develops both systemic and specific stress scenarios, reviews the output of periodic stress testing exercises, and uses the information to assess the ongoing appropriateness of exposure levels and limits. Citi uses two complementary approaches to market risk stress testing across all major risk factors (i.e., equity, foreign exchange, commodity, interest rate and credit spreads): top-down systemic stresses and bottom-up business-specific stresses. Systemic stresses are designed to quantify the potential impact of extreme market movements on an institution-wide basis, and are constructed using both historical periods of market stress and projections of adverse economic scenarios. Business-specific stresses are designed to probe the risks of particular portfolios and market segments, especially those risks that are not fully captured in VAR and systemic stresses.

The systemic stress scenarios and business-specific stress scenarios at Citi are used in several reports reviewed by senior management and also to calculate internal risk capital for trading market risk. In general, changes in market factors are defined over a one-year horizon. However, for the purpose of calculating internal risk capital, changes in a very limited number of the most liquid market factors are defined over a shorter two-month horizon. The limited set of market factors subject to the shorter two-month time horizon are those that in management's judgment have historically remained very liquid during financial crises, even as the trading liquidity of most other market factors materially decreased.

112

# OPERATIONAL RISK

## Overview

Operational risk is the risk of loss resulting from inadequate or failed internal processes, systems or human factors, or from external events. It includes risk of failing to comply with applicable laws and regulations, but excludes strategic risk. Operational risk includes the reputation and franchise risk associated with business practices or market conduct in which Citi is involved, as well as compliance, conduct and legal risks.

Operational risk is inherent in Citi's global business activities, as well as related support processes, and can result in losses arising from events associated with the following, among others:

- fraud, theft and unauthorized activity;
- employment practices and workplace environment;
- clients, products and business practices;
- physical assets and infrastructure; and
- execution, delivery and process management.

Citi manages operational risk consistent with the overall framework described in "Managing Global Risk—Overview" above. The Company's goal is to keep operational risk at appropriate levels relative to the characteristics of Citi's businesses, the markets in which it operates, its capital and liquidity, and the competitive, economic and regulatory environment.

To anticipate, mitigate and control operational risk, Citi has established policies and a global framework for assessing, monitoring and communicating operational risks and the overall operating effectiveness of the internal control environment across Citigroup. As part of this framework, Citi has established a manager's control assessment (MCA) process (a process through which managers at Citi identify, monitor, measure, report on and manage risks and the related controls) to help managers self-assess significant operational risks and key controls and identify and address weaknesses in the design and/or operating effectiveness of internal controls that mitigate significant operational risks.

Each major business segment must implement an operational risk process consistent with the requirements of this framework. The process for operational risk management includes the following steps:

- identify and assess key operational risks;
- design controls to mitigate identified risks;
- establish key risk indicators;
- implement a process for early problem recognition and timely escalation;
- produce comprehensive operational risk reporting; and
- ensure that sufficient resources are available to actively improve the operational risk environment and mitigate emerging risks.

As new products and business activities are developed, processes are designed, modified or sourced through alternative means and operational risks are considered.

An Operational Risk Management Committee has been established to provide oversight for operational risk across Citigroup and to provide a forum to assess Citi's operational risk profile and ensure actions are taken so that Citi's operational risk exposure is actively managed consistent with Citi's risk appetite. The Committee seeks to ensure that these actions address the root causes that persistently lead to operational risk losses and create lasting solutions to minimize these losses. Members include Citi's Chief Risk Officer and Citi's Head of Operational Risk and senior members of their organizations. These members cover multiple dimensions of risk management and include business and regional Chief Risk Officers and senior operational risk managers.

In addition, Risk management, including Operational Risk Management, works proactively with the businesses and other independent control functions to embed a strong operational risk management culture and framework across Citi. Operational Risk Management engages with the businesses to ensure effective implementation of the Operational Risk Management framework by focusing on (i) identification, analysis and assessment of operational risks; (ii) effective challenge of key control issues and operational risks; and (iii) anticipation and mitigation of operational risk events.

Information about the businesses' operational risk, historical operational risk losses and the control environment is reported by each major business segment and functional area. The information is summarized and reported to senior management, as well as to the Audit Committee of Citi's Board of Directors.

Operational risk is measured and assessed through risk capital. Projected operational risk losses under stress scenarios are also required as part of the Federal Reserve Board's CCAR process.

## Compliance Risk

### Compliance Risk Appetite Framework

Citi's risk appetite framework outlines Citi's compliance risk appetite, how Citi manages its adherence to its compliance risk appetite and how Citi evaluates the effectiveness of its controls for managing compliance risks. This framework is executed through:

- *Establishing a risk appetite*: Citi establishes its compliance risk appetite by setting limits on the types of business in which Citi will engage, the products and services Citi will offer, the types of customers which Citi will service, the counterparties with which Citi will deal and the locations where Citi will do business. These limits are guided by Citi's mission and value proposition and the principle of responsible finance, Citi's adherence to relevant standards of conduct, as well as to relevant and applicable laws, rules, regulations and Citi's internal policies.
- *Adhering to this risk appetite*: Citi manages adherence to its compliance risk appetite through the execution of its compliance program, which includes governance arrangements, a policy framework, customer onboarding

and maintenance processes, product development processes, transaction and communication surveillance processes, conduct- and culture-related programs, monitoring regulatory changes, new products, services and complex transactions approval processes and training. At Citi, it is the responsibility of each employee to escalate breaches of the compliance risk appetite in a timely manner.

- *Evaluating the effectiveness of risk appetite controls*: Each business and Compliance evaluate the effectiveness of controls for managing compliance risk through the manager's control assessment (MCA) process. Citi also relies on compliance risk assessments; a policy framework; compliance testing and monitoring processes; compliance metrics related to key operating risks, key risk indicators, and control-effectiveness indicators; and Internal Audit's examinations and reports.

**Compliance Program**

Compliance aims to operate Citi's compliance risk appetite—and thus minimize, mitigate or manage compliance risks—through Citi's compliance program. To achieve this mission, Compliance seeks to:

- *Understand the regulatory environment, requirements and expectations to which Citi's activities are subject*. Compliance coordinates with Legal and other independent control functions, as appropriate, to identify, communicate and document key regulatory requirements and changes.
- *Assess the compliance risks of business activities and the state of mitigating controls, including the risks and controls in legal entities in which activity is conducted*. To facilitate the identification and assessment of compliance risk, Compliance works with the businesses and other independent control functions to review and provide credible challenge regarding significant compliance and regulatory issues and the results of testing, monitoring, and internal and external exams and audits.
- *Define Citi's appetite, in conjunction with senior management and Citigroup's Board of Directors, for prudent compliance and regulatory risk consistent with its culture of compliance, control and responsible finance*. As noted above, Citi has developed a compliance risk appetite framework that is designed to identify, measure, monitor, mitigate and control compliance risk.
- *Develop controls and execute programs reasonably designed to promote conduct that is consistent with Citi's compliance risk appetite and promptly detect and mitigate behavior that is inconsistent with this appetite*. Compliance has product-related compliance functions, such as those for *Global Consumer Banking* and the *Institutional Clients Group*. Compliance also has regional programs together with thematic groups and programs, including the enterprise compliance risk management group and programs that focus on anti-bribery and corruption, conduct and culture, ethics, privacy and sanctions. Each of these functions, programs and groups aims to mitigate Citi's exposure to conduct that is inconsistent with Citi's compliance risk appetite.

- *Detect, report on, escalate and remediate key compliance and franchise risks and control issues; test controls for design and operating effectiveness; promptly address issues and track remediation efforts*. Compliance designs and implements policies, standards, procedures, guidelines, surveillance reports and other solutions for use by the business and Compliance to promptly detect, address and remediate issues, test controls for design and operating effectiveness and track remediation efforts.
- *Engage with the Citigroup Board, business management, operating committees and Citi's regulators to foster effective global governance*. Compliance provides regular reports on emerging risks and other issues and their implications for Citi, as well as the performance of the compliance program, to the Citigroup Board of Directors, including the Audit and Ethics and Culture Committees, as well as other committees of the Board. Compliance also engages with business management on an ongoing basis through various mechanisms, including governance committees, and supports and advises the businesses and other global functions in managing regulatory relationships.
- *Advise and train Citi personnel across businesses, functions, regions and legal entities in conforming to laws, regulations and other relevant standards of conduct*. Compliance helps promote a strong culture of compliance and control by increasing awareness and capability across Citi on key compliance issues through training and communication programs. A fundamental element of Citi's culture is the requirement that Citi conduct itself in accordance with the highest standards of ethical behavior. Compliance plays a key role in developing company-wide initiatives designed to further embed ethics in Citi's culture.
- *Enhance the compliance program*. Compliance fulfills its obligation to enhance the compliance program in part by using results from its annual compliance risk assessment to shape annual and multi-year program enhancements.

**Conduct Risk**

Citi manages its exposure to conduct risk through the three lines of defense, as discussed above. Each employee in each line of defense is guided by Citi's mission and value proposition and the principle of responsible finance. Citi's leadership standards, which are aligned with Citi's mission and value proposition, outline Citi's expectations of employees' behavior, and employees' performance is evaluated against those standards. Citi's businesses and functions are responsible for managing their conduct risks. Compliance advises Citi's businesses and other functions on conduct risks and associated controls. Internal Audit, among other work, assesses the adequacy and effectiveness of Citi's management of and controls for conduct risk.

Citi uses business self-assessment and control function assessments to assess the design and operation of controls that are utilized to manage the institution's conduct risks. Citi also manages its conduct risk through other initiatives, including various culture-related efforts.

114

**Legal Risk**

Citi views legal risk as qualitative in nature because it does not lend itself to an appetite expressed through a numerical limit and it cannot be reliably estimated or measured based on forecasts. As such, Citi seeks to manage this risk in accordance with its qualitative risk appetite principle, which generally states that activities in which Citi engages and the risks those activities generate must be consistent with Citi's underlying commitment to the principle of responsible finance and managed with a goal to eliminate, minimize or mitigate this risk, as practicable.  To accomplish this goal, legal risk is managed in accordance with the overall framework described in greater detail in "Managing Global Risk—Overview" above.

**Reputational Risk**

Citi's reputation is a vital asset in building trust with its stakeholders and Citi is diligent in communicating its corporate values, including the importance of protecting Citi's reputation, to its employees, customers and investors.  The responsibility for maintaining Citi's reputation is shared by all employees, who are guided by Citi's Code of Conduct. Employees are expected to exercise sound judgment and common sense in every action they take and issues that present potential franchise, reputational and/or systemic risks are to be appropriately escalated.  The business practices committees for each of Citi's businesses and regions are part of the governance infrastructure Citi has in place to properly review business activities, sales practices, product design, perceived conflicts of interest and other potential franchise or reputational risks that arise in these businesses and regions. These committees may also raise potential franchise, reputational or systemic risks for due consideration by the business practices committee at the corporate level.   All of these committees, which are composed of Citi's most senior executives, provide the guidance necessary for Citi's business practices to meet the highest standards of professionalism, integrity and ethical behavior consistent with Citi's mission and value proposition.

**STRATEGIC RISK**

Citi senior management, led by Citi's CEO, is responsible for the development and execution of the strategy of the firm. Significant strategic actions are reviewed and approved by, or notified to, the Citigroup and Citibank Boards, as appropriate. The Citigroup Board holds an annual strategic meeting and annual regional strategic meetings, and receives business presentations at its regular meetings, in order to monitor management's execution of Citi's strategy. At the business level, business heads are accountable for the interpretation and execution of the firm-wide strategy, as it applies to their area, including decisions on new business and product entries.

The management of strategic risk rests upon the foundational elements that include an annual financial operating plan encompassing all businesses, products and geographies and defined financial and operating targets, derived from the operating plan, which can be monitored throughout the year in order to assess strategic and operating performance.   Strategic risk is monitored through various

mechanisms including regular updates to senior management and the Board on performance against the operating plan, quarterly business reviews between the Citi CEO and business and regional CEOs where the performance and risks of each major business and region are discussed, ongoing reporting to senior management and executive management scorecards.

115

**Country Risk**

**Top 25 Country Exposures**

The following table presents Citi's top 25 exposures by country (excluding the U.S.) as of December 31, 2016. For purposes of the table, loan amounts are reflected in the country where the loan is booked, which is generally based on the domicile of the borrower. For example, a loan to a Chinese subsidiary of a Switzerland-based corporation will generally be categorized as a loan in China. In addition, Citi has developed regional booking centers in certain countries, most significantly in the United Kingdom (U.K.) and Ireland, in order to more efficiently serve its corporate customers. As an example, with respect to the U.K., only 23% of corporate loans presented in the table below are to U.K. domiciled

entities (25% for unfunded commitments), with the balance of the loans predominately to European domiciled counterparties. Approximately 80% of the total U.K. funded loans and 88% of the total U.K. unfunded commitments were investment grade as of December 31, 2016. Trading account assets and investment securities are generally categorized based on the domicile of the issuer of the security of the underlying reference entity. For additional information on the assets included in the table, see the footnotes to the table below.

For a discussion of uncertainties arising as a result of the vote in the U.K. to withdraw from the EU, see "Risk Factors —Strategic Risks" above.

| In billions of dollars | ICG loans[1] | GCB loans[2] | Other funded[3] | Unfunded[4] | Net MTM on Derivatives/ Repos[5] | Total hedges (on loans and CVA) | Investment securities[6] | Trading account assets[7] | Total as of 4Q16 | Total as of 3Q16 | Total as of 4Q15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 28.9 | $ — | $ 3.4 | $ 56.8 | $ 11.7 | $ (2.1) | $ 10.0 | $ (1.2) | $ 107.5 | $ 112.2 | $ 110.4 |
| Mexico | 7.4 | 23.1 | 0.3 | 5.7 | 0.7 | (0.8) | 13.4 | 2.6 | 52.4 | 56.1 | 60.4 |
| Singapore | 11.5 | 11.5 | — | 5.1 | 0.6 | (0.3) | 7.4 | 0.6 | 36.4 | 38.1 | 36.7 |
| Hong Kong | 12.2 | 10.3 | 0.6 | 5.3 | 0.4 | (0.7) | 5.6 | 2.2 | 35.9 | 35.2 | 35.2 |
| Korea | 2.4 | 17.9 | 0.3 | 3.7 | 2.0 | (1.0) | 7.4 | 1.3 | 34.0 | 39.1 | 39.3 |
| India | 10.0 | 6.3 | 0.7 | 4.8 | 1.8 | (1.3) | 7.4 | 1.2 | 30.9 | 30.6 | 33.0 |
| Brazil | 13.4 | 0.2 | 0.2 | 3.5 | 4.4 | (2.7) | 3.4 | 4.4 | 26.8 | 31.3 | 23.2 |
| Ireland | 7.9 | — | 0.7 | 15.6 | 0.3 | — | — | 0.3 | 24.8 | 24.2 | 22.0 |
| Australia | 3.5 | 9.6 | 0.2 | 5.7 | 0.8 | (0.9) | 4.1 | (0.6) | 22.4 | 24.4 | 24.5 |
| Japan | 2.5 | — | 0.2 | 7.3 | 5.2 | (1.6) | 3.3 | 1.4 | 18.3 | 17.6 | 9.1 |
| China | 5.4 | 4.1 | 0.2 | 1.4 | 1.4 | (0.8) | 4.6 | 0.9 | 17.2 | 16.2 | 23.0 |
| Canada | 1.7 | 0.6 | 2.3 | 6.3 | 1.9 | (1.1) | 4.6 | 0.7 | 17.0 | 17.0 | 16.5 |
| Taiwan | 4.4 | 8.0 | 0.1 | 1.1 | 0.7 | (0.3) | 1.3 | 1.3 | 16.6 | 15.9 | 14.8 |
| Germany | 0.1 | — | — | 3.8 | 4.3 | (3.2) | 10.9 | 0.1 | 16.0 | 18.7 | 18.8 |
| Poland | 2.9 | 1.6 | — | 2.5 | 0.2 | (0.3) | 4.3 | 0.6 | 11.8 | 12.1 | 13.1 |
| Malaysia | 1.6 | 4.3 | 0.2 | 1.6 | 0.4 | (0.2) | 0.5 | 0.9 | 9.3 | 10.5 | 9.2 |
| United Arab Emirates | 3.0 | 1.4 | 0.1 | 1.6 | 0.5 | (0.4) | — | (0.2) | 6.0 | 6.2 | 6.4 |
| Thailand | 0.8 | 2.0 | — | 1.1 | — | — | 1.7 | 0.2 | 5.8 | 6.3 | 5.4 |
| Colombia | 2.4 | 1.7 | — | 1.1 | 0.1 | (0.1) | 0.4 | — | 5.6 | 5.6 | 5.7 |
| Luxembourg | — | — | 0.1 | — | 0.5 | (0.2) | 4.8 | 0.2 | 5.4 | 6.0 | 4.9 |
| Russia | 2.0 | 0.9 | — | 0.9 | 0.5 | (0.3) | 0.8 | 0.5 | 5.3 | 4.6 | 5.0 |
| Italy | 0.3 | — | — | 2.3 | 6.1 | (5.1) | 0.2 | 1.5 | 5.3 | 6.7 | 6.6 |
| Indonesia | 1.8 | 1.1 | — | 1.1 | — | (0.2) | 1.3 | 0.1 | 5.2 | 5.6 | 4.4 |
| Netherlands | — | — | — | — | 1.5 | (0.7) | 5.0 | (0.7) | 5.1 | 6.7 | 7.1 |
| Chile | 1.6 | — | 2.1 | 0.1 | 0.2 | — | — | — | 4.0 | 4.0 | 3.8 |

(1)  *ICG* loans reflect funded corporate loans and private bank loans, net of unearned income. As of December 31, 2016, private bank loans in the table above totaled $18.5 billion, concentrated in Singapore ($6.6 billion), Hong Kong ($5.4 billion) and the U.K. ($5.1 billion).

(2)  *GCB* loans include funded loans in Brazil and Colombia related to businesses that were transferred to Citi Holdings as of January 1, 2016.

(3)  Other funded includes other direct exposure such as accounts receivable, loans held-for-sale, other loans in Citi Holdings and investments accounted for under the equity method.

(4)  Unfunded exposure includes unfunded corporate lending commitments, letters of credit and other contingencies.

(5)  Net mark-to-market (MTM) on derivatives and securities lending / borrowing transactions (repos). Exposures are shown net of collateral and inclusive of CVA. Includes margin loans.

116

(6)    Investment securities include securities available-for-sale, recorded at fair market value, and securities held-to-maturity, recorded at historical cost.

(7)    Trading account assets are shown on a net basis and include derivative exposure where the underlying reference entity is located in that country.

**Argentina**

As of December 31, 2016, Citi's net investment in its Argentine operations was approximately $725 million, compared to $747 million at December 31, 2015.

Citi uses the Argentine peso as the functional currency in Argentina and translates its financial statements into U.S. dollars using the official exchange rate as published by the Central Bank of Argentina. The impact of devaluations of the Argentine peso on Citi's net investment in Argentina, net of hedges, is reported as a translation loss in stockholders' equity.

Although Citi currently uses the Argentine peso as the functional currency, an increase in inflation resulting in a cumulative three-year inflation rate of 100% or more would result in a change in the functional currency to the U.S. dollar. Citi has historically based its evaluation of the cumulative three-year inflation rate on the CPI (Consumer Price Index) inflation statistics published by INDEC, the Argentine government's statistics agency.  However, for the period from November 2015 to April 2016, INDEC did not publish CPI statistics which has led to uncertainty about the cumulative three-year inflation rates. As of December 31, 2016, Citi evaluated the available CPI statistics as well as inflation statistics published by the Argentine Central Bank and concluded that Argentina's cumulative three-year inflation rate had not reached 100%. However, uncertainty continues as to the cumulative three-year inflation rate and additional information received in future periods could result in a change of functional currency to the U.S. dollar in 2017.

While a change in the functional currency to the U.S. dollar would not result in any immediate gains or losses to Citi, it would result in future changes in the Argentine peso to U.S. dollar exchange rate being recorded in earnings for Citi's Argentine peso-denominated assets and liabilities instead of stockholder's equity.

**FFIEC—Cross-Border Claims on Third Parties and Local Country Assets**

Citi's cross-border disclosures are based on the country exposure bank regulatory reporting guidelines of the Federal Financial Institutions Examination Council (FFIEC). The following summarizes some of the FFIEC key reporting guidelines:

*    Amounts are based on the domicile of the ultimate obligor, counterparty, collateral, issuer or guarantor, as applicable.
*    Amounts do not consider the benefit of collateral received for securities financing transactions (i.e., repurchase agreements, reverse repurchase agreements and securities loaned and borrowed) and are reported based on notional amounts.
*    Netting of derivatives receivables and payables, reported at fair value, is permitted, but only under a legally binding netting agreement with the same specific counterparty, and does not include the benefit of margin received or hedges.
*    The netting of long and short positions for AFS securities and trading portfolios is not permitted.
*    Credit default swaps (CDS) are included based on the gross notional amount sold and purchased and do not include any offsetting CDS on the same underlying entity.
*    Loans are reported without the benefit of hedges.

Given the requirements noted above, Citi's FFIEC cross-border exposures and total outstandings tend to fluctuate, in some cases, significantly, from period to period. As an example, because total outstandings under FFIEC guidelines do not include the benefit of margin or hedges, market volatility in interest rates, foreign exchange rates and credit spreads may cause significant fluctuations in the level of total outstandings, all else being equal.

117

The tables below set forth each country whose total outstandings exceeded 0.75% of total Citigroup assets:

**December 31, 2016**

**Cross-border claims on third parties and local country assets**

| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 15.0 | $ 18.1 | $ 35.4 | $ 23.2 | $ 8.7 | $ 47.0 | $ 91.7 | $ 23.2 | $ 100.0 | $ 98.8 |
| Mexico | 6.4 | 18.3 | 7.2 | 30.2 | 4.5 | 29.3 | 62.1 | 17.0 | 6.8 | 6.2 |
| Japan | 21.1 | 27.3 | 7.4 | 3.0 | 7.2 | 42.0 | 58.8 | 7.2 | 25.3 | 24.9 |
| Cayman Islands | 0.1 | — | 51.6 | 3.8 | 1.3 | 32.0 | 55.5 | 2.9 | — | — |
| Germany | 7.9 | 27.6 | 7.9 | 6.7 | 4.2 | 28.3 | 50.1 | 12.9 | 61.8 | 60.1 |
| France | 15.8 | 4.3 | 24.5 | 2.8 | 2.9 | 36.1 | 47.4 | 11.9 | 61.5 | 61.2 |
| Korea | 2.2 | 15.4 | 0.8 | 21.6 | 1.4 | 32.1 | 40.0 | 16.4 | 10.6 | 9.1 |
| Singapore | 2.6 | 17.4 | 2.3 | 14.3 | 1.1 | 28.1 | 36.6 | 11.0 | 1.3 | 1.3 |
| India | 5.7 | 11.5 | 2.1 | 13.3 | 2.8 | 23.2 | 32.6 | 7.8 | 2.0 | 1.5 |
| Brazil | 3.8 | 11.4 | 0.8 | 15.2 | 5.1 | 19.8 | 31.2 | 5.1 | 11.3 | 9.6 |
| Australia | 6.2 | 7.4 | 4.4 | 12.3 | 6.0 | 14.2 | 30.3 | 11.0 | 17.5 | 17.3 |
| China | 4.2 | 12.2 | 2.4 | 11.2 | 3.8 | 25.7 | 30.0 | 3.9 | 12.1 | 12.8 |
| Hong Kong | 0.9 | 10.3 | 2.7 | 13.5 | 4.9 | 24.5 | 27.4 | 11.7 | 3.5 | 2.7 |
| Netherlands | 4.8 | 9.9 | 6.0 | 4.6 | 2.1 | 14.3 | 25.3 | 7.7 | 27.1 | 27.1 |
| Switzerland | 1.9 | 13.1 | 1.1 | 4.8 | 0.7 | 17.1 | 20.9 | 5.5 | 18.9 | 18.8 |
| Canada | 4.2 | 4.5 | 5.1 | 6.2 | 2.2 | 8.4 | 20.0 | 13.9 | 6.0 | 6.3 |
| Taiwan | 0.9 | 5.8 | 1.7 | 11.4 | 1.9 | 15.5 | 19.8 | 12.6 | 0.1 | 0.1 |
| Italy | 2.4 | 8.7 | 1.3 | 0.7 | 3.8 | 5.9 | 13.1 | 2.7 | 63.7 | 62.1 |

**December 31, 2015**

**Cross-border claims on third parties and local country assets**

| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 25.0 | $ 20.4 | $ 58.9 | $ 16.1 | $ 12.0 | $ 57.1 | $ 120.4 | $ 23.9 | $ 85.5 | $ 85.2 |
| Mexico | 7.6 | 22.9 | 6.7 | 34.9 | 6.5 | 34.9 | 72.1 | 17.9 | 7.1 | 6.5 |
| Cayman Islands | 0.1 | — | 59.2 | 2.6 | 1.5 | 40.3 | 61.9 | 2.5 | — | — |
| Germany | 10.8 | 17.7 | 10.1 | 6.9 | 5.3 | 17.1 | 45.5 | 10.5 | 66.3 | 66.3 |
| France | 20.4 | 3.7 | 17.4 | 3.2 | 3.6 | 27.5 | 44.7 | 11.0 | 71.3 | 71.1 |
| Korea | 1.1 | 17.5 | 0.8 | 23.5 | 1.7 | 34.1 | 42.9 | 12.8 | 11.6 | 9.7 |
| Japan | 11.4 | 18.8 | 4.1 | 2.5 | 6.3 | 26.7 | 36.8 | 3.2 | 27.5 | 27.2 |
| China | 9.5 | 10.7 | 3.5 | 11.5 | 5.3 | 25.1 | 35.2 | 4.1 | 11.8 | 12.5 |
| India | 6.4 | 12.7 | 3.5 | 12.4 | 5.8 | 24.4 | 35.0 | 7.7 | 2.2 | 1.8 |
| Singapore | 2.3 | 12.7 | 2.1 | 14.6 | 0.3 | 22.3 | 31.7 | 13.0 | 1.6 | 1.5 |
| Australia | 6.7 | 6.3 | 4.6 | 13.7 | 4.1 | 9.1 | 31.3 | 11.2 | 25.1 | 24.7 |
| Netherlands | 5.1 | 10.2 | 10.0 | 5.0 | 2.6 | 12.7 | 30.3 | 8.1 | 27.6 | 27.5 |
| Brazil | 4.5 | 9.0 | 1.1 | 14.2 | 3.6 | 17.7 | 28.8 | 4.8 | 12.1 | 10.2 |
| Hong Kong | 1.3 | 7.8 | 3.2 | 15.2 | 3.2 | 18.8 | 27.5 | 12.8 | 2.7 | 1.9 |
| Switzerland | 5.2 | 16.1 | 1.5 | 4.5 | 0.6 | 19.8 | 27.3 | 5.3 | 21.9 | 22.1 |
| Canada | 5.2 | 4.2 | 5.8 | 6.0 | 2.1 | 9.1 | 21.2 | 12.8 | 7.1 | 8.0 |
| Taiwan | 2.0 | 5.9 | 2.1 | 9.8 | 1.4 | 12.2 | 19.8 | 12.5 | 0.1 | 0.1 |
| Italy | 2.8 | 11.3 | 0.6 | 1.5 | 6.1 | 8.0 | 16.2 | 3.0 | 69.3 | 67.0 |

(1) Non-bank financial institutions.
(2) Included in total outstanding.
(3) Total outstanding includes cross-border claims on third parties, as well as local country assets. Cross-border claims on third parties include cross-border loans, securities, deposits with banks and other monetary assets, as well as net revaluation gains on foreign exchange and derivative products.

(4)    Commitments (not included in total outstanding) include legally binding cross-border letters of credit and other commitments and contingencies as defined by the FFIEC guidelines. The FFIEC definition of commitments includes commitments to local residents to be funded with local currency liabilities originated within the country.

(5)    CDS are not included in total outstanding.

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on the 24th day of February, 2017.

Citigroup Inc.
(Registrant)

**/s/ John C. Gerspach**

John C. Gerspach
Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on the 24th day of February, 2017.

Citigroup's Principal Executive Officer and a Director:

**/s/ Michael L. Corbat**

Michael L. Corbat

Citigroup's Principal Financial Officer:

**/s/ John C. Gerspach**

John C. Gerspach

Citigroup's Principal Accounting Officer:

**/s/ Jeffrey R. Walsh**

Jeffrey R. Walsh

The Directors of Citigroup listed below executed a power of attorney appointing John C. Gerspach their attorney-in-fact, empowering him to sign this report on their behalf.

| | |
|---|---|
| Ellen M. Costello | Judith Rodin |
| Duncan P. Hennes | Anthony M. Santomero |
| Peter Blair Henry | Joan E. Spero |
| Franz B. Humer | Diana L. Taylor |
| Renee J. James | William S. Thompson, Jr. |
| Eugene M. McQuade | James S. Turley |
| Michael E. O'Neill | Deborah C. Wright |
| Gary M. Reiner | Ernesto Zedillo Ponce de Leon |

**/s/ John C. Gerspach**

John C. Gerspach