# Exhibit C

# Excerpted copy of Citi's 2018 Form 10-K filed with the SEC on February 22, 2019

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-K

## ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
## THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2018**

**Commission file number 1-9924**

# Citigroup Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **52-1568099** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **388 Greenwich Street, New York, NY** | **10013** |
| (Address of principal executive offices) | (Zip code) |

**(212) 559-1000**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:  See Exhibit 99.01**

**Securities registered pursuant to Section 12(g) of the Act:  none**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| **Large accelerated filer** ☒ | **Accelerated filer** ☐ | **Non-accelerated filer** ☐ | **Smaller reporting company** ☐ |
| | | | **Emerging growth company** ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  Yes ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

The aggregate market value of Citigroup Inc. common stock held by non-affiliates of Citigroup Inc. on June 30, 2018 was approximately $168.1 billion.

**Number of shares of Citigroup Inc. common stock outstanding on January 31, 2019: 2,351,523,709**

Documents Incorporated by Reference: Portions of the registrant's proxy statement for the annual meeting of stockholders scheduled to be held on April 16, 2019 are incorporated by reference in this Form 10-K in response to Items 10, 11, 12, 13 and 14 of Part III.
**Available on the web at www.citigroup.com**

# FORM 10-K CROSS-REFERENCE INDEX

| Item Number | | Page |
|---|---|---|
| **Part I** | | |
| 1. | **Business** | 4–28, 113–116, 120, 146, 294–295 |
| 1A. | **Risk Factors** | 48–57 |
| 1B. | **Unresolved Staff Comments** | Not Applicable |
| 2. | **Properties** | 294–295 |
| 3. | **Legal Proceedings—See Note 27 to the Consolidated Financial Statements** | 276–282 |
| 4. | **Mine Safety Disclosures** | Not Applicable |
| **Part II** | | |
| 5. | **Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities** | 128–129, 152–154, 296–297 |
| 6. | **Selected Financial Data** | 9–10 |
| 7. | **Management's Discussion and Analysis of Financial Condition and Results of Operations** | 6–30, 59–112 |
| 7A. | **Quantitative and Qualitative Disclosures About Market Risk** | 59–112, 147–151, 172–209, 216–268 |
| 8. | **Financial Statements and Supplementary Data** | 124–293 |
| 9. | **Changes in and Disagreements with Accountants on Accounting and Financial Disclosure** | Not Applicable |
| 9A. | **Controls and Procedures** | 118–119 |
| 9B. | **Other Information** | Not Applicable |
| **Part III** | | |
| 10. | **Directors, Executive Officers and Corporate Governance** | 298–300* |
| 11. | **Executive Compensation** | ** |
| 12. | **Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters** | *** |
| 13. | **Certain Relationships and Related Transactions and Director Independence** | **** |
| 14. | **Principal Accountant Fees and Services** | ***** |
| **Part IV** | | |
| 15. | **Exhibits and Financial Statement Schedules** | |

\* For additional information regarding Citigroup's Directors, see "Corporate Governance," "Proposal 1: Election of Directors" and "Section 16(a) Beneficial Ownership Reporting Compliance" in the definitive Proxy Statement for Citigroup's Annual Meeting of Stockholders scheduled to be held on April 16, 2019, to be filed with the SEC (the Proxy Statement), incorporated herein by reference.

\*\* See "Compensation Discussion and Analysis," "The Personnel and Compensation Committee Report," "2018 Summary Compensation Table and Compensation Information" and "CEO Pay Ratio" in the Proxy Statement, incorporated herein by reference.

\*\*\* See "About the Annual Meeting," "Stock Ownership" and "Equity Compensation Plan Information" in the Proxy Statement, incorporated herein by reference.

\*\*\*\* See "Corporate Governance—Director Independence," "—Certain Transactions and Relationships, Compensation Committee Interlocks and Insider Participation" and "—Indebtedness" in the Proxy Statement, incorporated herein by reference.

\*\*\*\*\* See "Proposal 2: Ratification of Selection of Independent Registered Public Accounting Firm" in the Proxy Statement, incorporated herein by reference.

# CITIGROUP'S 2018 ANNUAL REPORT ON FORM 10-K

| | |
|---|---|
| **OVERVIEW** | 4 |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS** | 6 |
| **Executive Summary** | 6 |
| **Summary of Selected Financial Data** | 9 |
| **SEGMENT AND BUSINESS—INCOME (LOSS) AND REVENUES** | 11 |
| **SEGMENT BALANCE SHEET** | 13 |
| **Global Consumer Banking** | 14 |
| North America GCB | 16 |
| Latin America GCB | 18 |
| Asia GCB | 20 |
| **Institutional Clients Group** | 22 |
| **Corporate/Other** | 27 |
| **OFF-BALANCE SHEET ARRANGEMENTS** | 29 |
| **CONTRACTUAL OBLIGATIONS** | 30 |
| **CAPITAL RESOURCES** | 31 |
| **RISK FACTORS** | 48 |
| **Managing Global Risk Table of Contents** | 58 |
| **MANAGING GLOBAL RISK** | 59 |
| **SIGNIFICANT ACCOUNTING POLICIES AND SIGNIFICANT ESTIMATES** | 113 |
| **FUTURE APPLICATION OF ACCOUNTING STANDARDS** | 117 |
| **DISCLOSURE CONTROLS AND PROCEDURES** | 118 |
| **MANAGEMENT'S ANNUAL REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING** | 119 |
| **FORWARD-LOOKING STATEMENTS** | 120 |
| **REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM—INTERNAL CONTROL OVER FINANCIAL REPORTING** | 121 |
| **REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM—CONSOLIDATED FINANCIAL STATEMENTS** | 122 |
| **FINANCIAL STATEMENTS AND NOTES TABLE OF CONTENTS** | 123 |
| **CONSOLIDATED FINANCIAL STATEMENTS** | 124 |
| **NOTES TO CONSOLIDATED FINANCIAL STATEMENTS** | 132 |
| **FINANCIAL DATA SUPPLEMENT** | 293 |
| **SUPERVISION, REGULATION AND OTHER** | 294 |
| **CORPORATE INFORMATION** | 298 |
| Citigroup Executive Officers | 298 |
| Citigroup Board of Directors | 299 |

## Managing Global Risk Table of Contents

| | |
|---|---|
| **MANAGING GLOBAL RISK** | 59 |
| Overview | 59 |
| **CREDIT RISK[1]** | 63 |
| Overview | 63 |
| Consumer Credit | 64 |
| Corporate Credit | 71 |
| Additional Consumer and Corporate Credit Details | 74 |
| Loans Outstanding | 74 |
| Details of Credit Loss Experience | 75 |
| Allowance for Loan Losses | 77 |
| Non-Accrual Loans and Assets and Renegotiated Loans | 78 |
| Forgone Interest Revenue on Loans | 81 |
| **LIQUIDITY RISK** | 82 |
| Overview | 82 |
| Liquidity Monitoring and Measurement | 82 |
| High-Quality Liquid Assets (HQLA) | 83 |
| Loans | 84 |
| Deposits | 85 |
| Long-Term Debt[2] | 85 |
| Secured Funding Transactions and Short-Term Borrowings | 88 |
| Credit Ratings | 90 |
| **MARKET RISK[1]** | 92 |
| Overview | 92 |
| Market Risk of Non-Trading Portfolios | 92 |
| Net Interest Revenue at Risk | 92 |
| Interest Rate Risk of Investment Portfolios—Impact on AOCI | 92 |
| Changes in Foreign Exchange Rates—Impacts on AOCI and Capital | 94 |
| Interest Revenue/Expense and Net Interest Margin | 95 |
| Additional Interest Rate Details | 97 |
| Market Risk of Trading Portfolios | 101 |
| Factor Sensitivities | 102 |
| Value at Risk (VAR) | 102 |
| Stress Testing | 105 |
| **OPERATIONAL RISK** | 106 |
| Overview | 106 |
| Cybersecurity Risk | 106 |
| **COMPLIANCE RISK** | 107 |
| **REPUTATIONAL RISK** | 108 |
| **STRATEGIC RISK** | 108 |
| Overview | 108 |
| Potential Exit of U.K. from EU | 108 |
| LIBOR Transition Risk | 109 |
| Country Risk | 110 |

(1)   For additional information regarding certain credit risk, market risk and other quantitative and qualitative information, refer to Citi's Pillar 3 Basel III Advanced Approaches Disclosures, as required by the rules of the Federal Reserve Board, on Citi's Investor Relations website.

(2)   See "Long-Term Debt—Resolution Plan" below for a description of the consequences to unsecured debt holders in the event of Citi's bankruptcy.

# MANAGING GLOBAL RISK

## Overview

For Citi, effective risk management is of primary importance to its overall operations. Accordingly, Citi's risk management process has been designed to monitor, evaluate and manage the principal risks it assumes in conducting its activities. Specifically, the activities that Citi engages in, and the risks those activities generate, must be consistent with Citi's mission and value proposition, the key principles that guide it, and Citi's risk appetite.

Risk management must be built on a foundation of ethical culture. Under Citi's mission and value proposition, which was developed by Citi's senior leadership and distributed throughout the Company, Citi strives to serve its clients as a trusted partner by responsibly providing financial services that enable growth and economic progress while earning and maintaining the public's trust by constantly adhering to the highest ethical standards. As such, Citi asks all employees to ensure that their decisions pass three tests: they are in our clients' interests, create economic value and are always systemically responsible. Additionally, Citi evaluates employees' performance against behavioral expectations set out in Citi's leadership standards, which were designed in part to effectuate Citi's mission and value proposition. Other culture-related efforts in connection with conduct risk, ethics and leadership, escalation and treating customers fairly help Citi to execute its mission and value proposition.

Citi's Company-wide risk governance framework consists of the policies, standards, procedures and processes through which Citi identifies, assesses, measures, manages, monitors, reports and controls risks across the Company. It also emphasizes Citi's risk culture and lays out standards, procedures and programs that are designed and undertaken to enhance the Company's risk culture, embed this culture deeply within the organization, and give employees tools to make sound and ethical risk decisions and to escalate issues appropriately. The risk governance framework has been developed in alignment with the expectations of the Office of the Comptroller of the Currency (OCC) Heightened Standards. It is also aligned with the relevant components of the Basel Committee on Banking Supervision's corporate governance principles for banks and relevant components of the Federal Reserve's Enhanced Prudential Standards for Bank Holding Companies and Foreign Banking Organizations.

Four key principles—common purpose, responsible finance, ingenuity and leadership—guide Citi as it performs its mission. Citi's risk appetite, which is approved by the Citigroup Board of Directors, specifies the aggregate levels and types of risk the Board and management are willing to assume to achieve Citi's strategic objectives and business plan, consistent with applicable capital, liquidity and other regulatory requirements.

Citi selectively takes risks in support of its underlying business strategy, while striving to ensure it operates within its mission and value proposition and risk appetite.

Citi's risks are generally categorized and summarized as follows:

- *Credit risk* is the risk of loss resulting from the decline in credit quality (or downgrade risk) or failure of a borrower, counterparty, third party or issuer to honor its financial or contractual obligations.
- *Liquidity risk* is the risk that the Company will not be able to meet efficiently both expected and unexpected current and future cash flow and collateral needs without adversely affecting either daily operations or financial conditions of the Company. The risk may be exacerbated by the inability of the Company to access funding sources or monetize assets and the composition of liability funding and liquid assets.
- *Market risk* is the risk of loss arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables, such as interest rates, exchange rates or credit spreads. Losses can be exacerbated by the presence of basis or correlation risks.
- *Operational risk* is the risk of loss resulting from inadequate or failed internal processes, systems or human factors, or from external events. It includes risk of failing to comply with applicable laws and regulations, but excludes strategic risk (see below). It also includes the reputation and franchise risk associated with business practices or market conduct in which Citi is involved, as well as compliance, conduct and legal risks. Operational risk is inherent in Citi's global business activities, as well as related support, and can result in losses arising from events related to fraud, theft and unauthorized activity; employment practices and workplace environment; clients, products and business practices; physical assets and infrastructure, and execution, delivery and process management.
- *Compliance risk* is the risk to current or projected financial condition and resilience arising from violations of laws or regulations, or from nonconformance with prescribed practices, internal policies and procedures, or ethical standards. This risk exposes a bank to fines, civil money penalties, payment of damages and the voiding of contracts. Compliance risk is not limited to risk from failure to comply with consumer protection laws; it encompasses the risk of noncompliance with all laws and regulations, as well as prudent ethical standards and contractual obligations. It also includes the exposure to litigation (known as legal risk) from all aspects of banking, traditional and nontraditional. Compliance risk spans across all risk types outlined in the risk governance framework.
- *Reputational risk* is the risk to current or anticipated earnings, capital, or franchise or enterprise value and resilience arising from negative public opinion.
- *Strategic risk* is the risk to current or anticipated earnings, capital, or franchise or enterprise value arising from poor, but authorized business decisions (in compliance with regulations, policies and procedures), an inability to adapt to changes in the operating environment or other external factors that may impair the ability to carry out a business strategy. Strategic risk also includes:

  - *Country risk,* which is the risk that an event in a country (precipitated by developments within or

external to a country) will impair the value of Citi's franchise or will adversely affect the ability of obligors within that country to honor their obligations. Country risk events may include sovereign defaults, banking crises, currency crises, currency convertibility and/or transferability restrictions or political events.

Citi manages its risks through each of its three lines of defense: (i) business management, (ii) independent control functions and (iii) internal audit. The three lines of defense collaborate with each other in structured forums and processes to bring various perspectives together and to lead the organization toward outcomes that are in clients' interests, create economic value and are systemically responsible.

**First Line of Defense: Business Management**
Each of Citi's businesses owns its risks and is responsible for identifying, assessing and managing its risks. Each business is also responsible for establishing and operating controls to mitigate key risks, assessing internal controls and promoting a culture of compliance and control. In doing so, a business is required to maintain appropriate staffing and implement appropriate procedures to fulfill its risk governance responsibilities.

The CEOs of each region and business report to the Citigroup CEO. The Head of Enterprise Infrastructure, Operations and Technology (EIO&T), who is considered part of the first line of defense, also reports to the Citigroup CEO.

Businesses at Citi organize and chair committees and councils that cover risk considerations with participation from independent control functions, including committees or councils that are designed to consider matters related to capital, assets and liabilities, business practices, business risks and controls, mergers and acquisitions, the Community Reinvestment Act and fair lending and incentives.

**Second Line of Defense: Independent Control Functions**
Citi's independent control functions, including Risk, Independent Compliance Risk Management, Human Resources, Legal and Finance, set standards by which Citi and its businesses manage and oversee risks, including compliance with applicable laws, regulatory requirements, policies and other relevant standards of conduct. Additionally, among other responsibilities, the independent control functions provide advice and training to Citi's businesses and establish tools, methodologies, processes and oversight for controls used by the businesses to foster a culture of compliance and control.

*Risk*
The Risk organization is designed to act as an independent partner of the business to manage market, credit and operational risk in a manner consistent with Citi's risk appetite. Risk establishes policies and guidelines for risk assessments and risk management and contributes to controls and tools to manage, measure and mitigate risks taken by the Company.

There is an independent Chief Risk Officer for each of Citi's consumer, commercial and corporate lending businesses

within *ICG* and *GCB* (Business CROs). Each of these Business CROs reports directly to Citi's Chief Risk Officer. The Business CROs are the focal point for most day-to-day risk decisions, such as setting risk limits and approving transactions within the businesses. In addition there are Regional and Legal Entity Chief Risk Officers. There are independent Chief Risk Officers for *Asia*, *EMEA* and *Latin America*, including Mexico (Regional CROs). Each of these Regional CROs reports directly to Citi's Chief Risk Officer. The Regional CROs are accountable for overseeing the management of all risks in their geographic areas and across businesses, and are the primary risk contacts for the Regional Chief Executive Officers and local regulators. Legal Entity Chief Risk Officers are responsible for identifying and managing risks in Citibank as well as other specific legal entities.

The Citi Chief Risk Officer reports to the Citigroup CEO and the Risk Management Committee of the Citigroup Board of Directors. The Chief Risk Officer has regular and unrestricted access to the Risk Management Committee of the Board and also to the Citigroup Board of Directors to address risks and issues identified through Risk's activities.

*Independent Compliance Risk Management*
The Independent Compliance Risk Management (ICRM) organization is designed to protect Citi by overseeing senior management, the businesses and other control functions in managing compliance risk, as well as promoting business conduct and activity that is consistent with Citi's mission and value proposition. Citi's objective is to embed an enterprise-wide compliance risk management framework and culture that identifies, measures, monitors, mitigates and controls compliance risk across the three lines of defense. For further information on Citi's compliance risk framework, see "Compliance Risk" below.

The Chief Compliance Officer reports to the Citigroup CEO and has regular and unrestricted access to the committees of the Citigroup Board of Directors, including the Audit Committee and the Ethics and Culture Committee.

*Human Resources*
The Human Resources (HR) organization provides personnel support and governance in connection with, among other things: recognizing and rewarding employees who demonstrate Citi's values and excel in their roles and responsibilities; setting ethical and performance-related expectations and developing and promoting employees who meet those expectations, and searching for, assessing and hiring staff who exemplify Citi's leadership standards, which outline Citi's expectations of its employees' behavior. Through these activities, HR serves primarily as an independent control function advising business management, escalating identified risks and establishing policies or processes to manage risk. For select activities HR also acts in a first line capacity and is subject to appropriate review and challenge by second line functions.

The Head of Human Resources reports to the Citigroup CEO and interacts regularly with the Personnel and Compensation Committee of the Citigroup Board of Directors.

60

*Legal*

The Legal organization is involved in a number of activities designed to promote the appropriate management of Citi's exposure to legal risk, which includes the risk of loss, whether financial or reputational, due to legal or regulatory actions, proceedings or investigations, or uncertainty in the applicability or interpretation of contracts, laws or regulations. Activities designed to promote appropriate management of legal risk include, among others: promoting and supporting Citigroup's governance processes; advising business management, other independent control functions, the Citigroup Board of Directors and committees of the Board regarding analysis of laws and regulations, regulatory matters, disclosure matters, and potential risks and exposures on key litigation and transactional matters, among other things; advising other independent control functions in their efforts to ensure compliance with applicable laws and regulations as well as internal standards of conduct; serving on key management committees; reporting and escalating key legal issues to senior management or other independent control functions; participating in internal investigations and overseeing regulatory investigations, and advising businesses on a day-to-day basis on legal, regulatory and contractual matters.

The General Counsel reports to the Citigroup CEO and is responsible to the full Citigroup Board. In addition to having regular and unrestricted access to the full Citigroup Board of Directors, the General Counsel or his/her delegates regularly attend meetings of the Risk Management Committee, Audit Committee, Personnel and Compensation Committee, Ethics and Culture Committee, Operations and Technology Committee, and Nomination, Governance and Public Affairs Committee, as well as other ad hoc committees of the Citigroup Board of Directors.

*Finance*

The Finance organization is primarily composed of the following disciplines: treasury, controllers, tax and financial planning and analysis, capital planning/recovery and resolution planning, corporate M&A and investor relations. These disciplines partner with the businesses, providing key data and consultation to facilitate sound decisions in support of the businesses' objectives. Through these activities, Finance serves primarily as an independent control function advising business management, escalating identified risks and establishing policies or processes to manage risk. For select activities Finance also acts in a first line capacity and is subject to appropriate review and challenge by second line functions.

Through the treasury discipline, Finance has overall responsibility for managing Citi's balance sheet and accordingly partners with the businesses to manage Citi's liquidity and interest rate risk (price risk for non-trading portfolios). Treasury works with the businesses to establish balance sheet targets and limits, as well as sets policies on funding costs charged for business assets based on their liquidity and duration.

Principally through the controllers discipline, Finance is responsible for establishing a strong control environment over Citi's financial reporting processes consistent with the 2013 Committee of Sponsoring Organizations of the Treadway Commission, or COSO, Internal Control-Integrated Framework.

Finance is led by Citi's Chief Financial Officer (CFO), who reports directly to the Citigroup CEO. The CFO chairs or co-chairs several management committees that serve as key governance and oversight forums for business activities. In addition, the CFO has regular and unrestricted access to the full Citigroup Board of Directors as well as to the Audit Committee of the Board of Directors.

**Third Line of Defense: Internal Audit**

Citi's Internal Audit function independently reviews activities of the first two lines of defense based on a risk-based audit plan and methodology approved by the Audit Committee of the Citigroup Board of Directors. Internal Audit also provides independent assurance to the Citigroup Board of Directors, the Audit Committee of the Board, senior management and regulators regarding the effectiveness of Citi's governance and controls designed to mitigate Citi's exposure to risks and to enhance Citi's culture of compliance and control.

The Chief Auditor reports functionally to the Chairman of the Citigroup Audit Committee and administratively to the CEO of Citigroup. Internal Audit's responsibilities are carried out independently under the oversight of the Audit Committee. Internal Audit's employees accordingly report to the Chief Auditor and do not have reporting lines to front-line units or senior management. Internal Audit's staff members are not permitted to provide internal-audit services for a business line or function in which they had business line or function responsibilities within the previous 12 months.

61

**Three Lines of Defense**

**Citigroup Board of Directors and Committees of the Board**

Citigroup's Board of Directors oversees Citi's risk-taking activities and holds management accountable for adhering to the risk governance framework. To do so, directors review reports prepared by the businesses, Risk, Independent Compliance Risk Management, Internal Audit and others, and exercise sound independent judgment to question, probe and challenge recommendations and decisions made by management.

The standing committees of the Citigroup Board of Directors are the Executive Committee, Risk Management Committee, Audit Committee, Personnel and Compensation Committee, Ethics and Culture Committee, Operations and Technology Committee and Nomination, Governance and Public Affairs Committee. In addition to the standing committees, the Board creates ad hoc committees from time to time in response to regulatory, legal or other requirements.

62

# CREDIT RISK

**Overview**

Credit risk is the risk of loss resulting from the decline in credit quality or the failure of a borrower, counterparty, third party or issuer to honor its financial or contractual obligations. Credit risk arises in many of Citigroup's business activities, including:

- consumer, commercial and corporate lending;
- capital markets derivative transactions;
- structured finance; and
- securities financing transactions (repurchase and reverse repurchase agreements, securities loaned and borrowed).

Credit risk also arises from settlement and clearing activities, when Citi transfers an asset in advance of receiving its counter-value or advances funds to settle a transaction on behalf of a client. Concentration risk, within credit risk, is the risk associated with having credit exposure concentrated within a specific client, industry, region or other category.

Credit risk is one of the most significant risks Citi faces as an institution. For additional information, see "Risk Factors—Credit Risk" above. As a result, Citi has a well-established framework in place for managing credit risk across all businesses. This includes a defined risk appetite, credit limits and credit policies, both at the business level as well as at the Company-wide level. Citi's credit risk management also includes processes and policies with respect to problem recognition, including "watch lists," portfolio reviews, stress tests, updated risk ratings and classification triggers.

With respect to Citi's settlement and clearing activities, intraday client usage of lines is monitored against limits, as well as against usage patterns. To the extent a problem develops, Citi typically moves the client to a secured (collateralized) operating model. Generally, Citi's intraday settlement and clearing lines are uncommitted and cancelable at any time.

To manage concentration of risk within credit risk, Citi has in place a correlation framework consisting of industry limits, an idiosyncratic framework consisting of single name concentrations for each business and across Citigroup and a specialized framework consisting of product limits.

Credit exposures are generally reported in notional terms for accrual loans, reflecting the value at which the loans as well as loan and other off-balance sheet commitments are carried on the Consolidated Balance Sheet. Credit exposure arising from capital markets activities is generally expressed as the current mark-to-market, net of margin, reflecting the net value owed to Citi by a given counterparty.

The credit risk associated with these credit exposures is a function of the idiosyncratic creditworthiness of the obligor, as well as the terms and conditions of the specific obligation. Citi assesses the credit risk associated with its credit exposures on a regular basis through its loan loss reserve process (see "Significant Accounting Policies and Significant Estimates—Allowance for Credit Losses" below and Notes 1 and 15 to the Consolidated Financial Statements), as well as through regular stress testing at the company, business, geography and product levels. These stress-testing processes typically estimate potential incremental credit costs that would occur as a result of either downgrades in the credit quality or defaults of the obligors or counterparties.

For additional information on Citi's credit risk management, see Note 14 to the Consolidated Financial Statements.

**Consumer Credit**

Citi provides traditional retail banking, including commercial banking, and credit card products in 19 countries and jurisdictions through *North America GCB*, *Latin America GCB* and *Asia GCB*. The retail banking products include consumer mortgages, home equity, personal and commercial loans and lines of credit and similar related products with a focus on lending to prime customers. Citi uses its risk appetite framework to define its lending parameters. In addition, Citi uses proprietary scoring models for new customer approvals.

As stated in "*Global Consumer Banking*" above, *GCB*'s overall strategy is to leverage Citi's global footprint and be the pre-eminent bank for the affluent and emerging affluent consumers in large urban centers. In credit cards and in certain retail markets (including commercial banking), Citi serves customers in a somewhat broader set of segments and geographies. *GCB*'s commercial banking business primarily focuses on small to mid-size businesses and also serves larger middle market companies in certain regions.

**Consumer Credit Portfolio**

The following table shows Citi's quarterly end-of-period consumer loans:[1]

| In billions of dollars | 4Q'17 | | 1Q'18 | | 2Q'18 | | 3Q'18 | | 4Q'18 |
|---|---|---|---|---|---|---|---|---|---|
| **Retail banking:** | | | | | | | | | |
| Mortgages | $ | 81.7 | $ | 82.1 | $ | 80.5 | $ | 80.9 | $ | **80.6** |
| Commercial banking | | 36.3 | | 36.8 | | 36.5 | | 37.2 | | **36.3** |
| Personal and other | | 27.9 | | 28.5 | | 28.1 | | 28.7 | | **28.8** |
| **Total retail banking** | $ | 145.9 | $ | 147.4 | $ | 145.1 | $ | 146.8 | $ | **145.7** |
| **Cards:** | | | | | | | | | |
| Citi-branded cards | $ | 115.7 | $ | 110.6 | $ | 112.3 | $ | 112.8 | $ | **116.8** |
| Citi retail services | | 49.2 | | 46.0 | | 48.6 | | 49.4 | | **52.7** |
| **Total cards** | $ | 164.9 | $ | 156.6 | $ | 160.9 | $ | 162.2 | $ | **169.5** |
| **Total *GCB*** | $ | 310.8 | $ | 304.0 | $ | 306.0 | $ | 309.0 | $ | **315.2** |
| ***GCB* regional distribution:** | | | | | | | | | |
| *North America* | | 63% | | 61% | | 63% | | 62% | | **64%** |
| *Latin America* | | 8 | | 9 | | 8 | | 9 | | **8** |
| *Asia*[2] | | 29 | | 30 | | 29 | | 29 | | **28** |
| **Total *GCB*** | | 100% | | 100% | | 100% | | 100% | | **100%** |
| ***Corporate/Other***[3] | $ | 22.9 | $ | 21.1 | $ | 17.6 | $ | 16.5 | $ | **15.3** |
| **Total consumer loans** | $ | 333.7 | $ | 325.1 | $ | 323.6 | $ | 325.5 | $ | **330.5** |

(1)  End-of-period loans include interest and fees on credit cards.
(2)  *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.
(3)  Primarily consists of legacy *North America* consumer mortgages.

For information on changes to Citi's end-of-period consumer loans, see "Liquidity Risk—Loans" below.

*Overall Consumer Credit Trends*

The following charts show the quarterly trends in delinquencies and net credit losses across both retail banking, including commercial banking, and cards for total *GCB* and by region.



*North America GCB* provides mortgages, home equity loans, personal loans and commercial banking products through Citi's retail banking network and card products through Citi-branded cards and Citi retail services businesses. The retail bank is concentrated in six major metropolitan cities in the United States (for additional information on the U.S. retail bank, see "*North America GCB*" above).

As of December 31, 2018, 72% of *North America GCB* consumer loans consisted of Citi-branded and Citi retail services cards, which generally drives the overall credit performance of *North America GCB* (for additional information on *North America GCB*'s cards portfolios, including delinquency and net credit loss rates, see "Credit Card Trends" below).

As shown in the chart above, the 90+ days past due delinquency rate increased quarter-over-quarter in *North America GCB*, primarily due to seasonality in both cards portfolios, while the quarter-over-quarter increase in the net credit loss rate was primarily driven by seasonality in Citi retail services. The year-over-year delinquency and net credit loss rates increased, driven by seasoning in both cards portfolios as well as an increase in net flow rates in later delinquency buckets in Citi retail services.



*Latin America GCB* operates in Mexico through Citibanamex, one of Mexico's largest banks, and provides credit cards, consumer mortgages, personal loans and commercial banking products. *Latin America GCB* serves a more mass market segment in Mexico and focuses on developing multi-product relationships with customers.

As shown in the chart above, the quarter-over-quarter 90+ days past due delinquency rate increased in *Latin America GCB*, mostly driven by seasonality in the cards portfolio. The quarter-over-quarter net credit loss rate decreased, primarily reflecting the absence of an episodic charge-off in the commercial portfolio in the prior quarter. The year-over-year delinquency and net credit loss rates increased, driven primarily by seasoning of the cards portfolio.



*Asia* includes *GCB* activities in certain *EMEA* countries for all periods presented.

*Asia GCB* operates in 17 countries in *Asia* and *EMEA* and provides credit cards, consumer mortgages, personal loans and commercial banking products.

As shown in the chart above, the 90+ days past due delinquency rate was largely stable in *Asia GCB* quarter-over-quarter and year-over-year. The net credit loss rate increased quarter-over-quarter and year-over-year, primarily driven by an episodic charge-off in the commercial portfolio in the fourth quarter of 2018. Overall, the strong credit profiles in *Asia GCB*'s target customer segments have resulted in stable portfolio credit quality.

For additional information on cost of credit, loan delinquency and other information for Citi's consumer loan portfolios, see each respective business's results of operations above and Note 14 to the Consolidated Financial Statements.

*Credit Card Trends*

The following charts show the quarterly trends in delinquencies and net credit losses for total *GCB* cards, *North America* Citi-branded cards and Citi retail services portfolios as well as for Citi's *Latin America* and *Asia* Citi-branded cards portfolios.



**Global Cards**



**North America Citi Retail Services**



**North America Citi-Branded Cards**

Citi retail services partners directly with more than 20 retailers and dealers to offer private label and co-branded consumer and commercial cards. Citi retail services' target market is focused on select industry segments such as home improvement, specialty retail, consumer electronics and fuel. Citi retail services continually evaluates opportunities to add partners within target industries that have strong loyalty, lending or payment programs and growth potential.

As shown in the chart above, Citi retail services' 90+ days past due delinquency and net credit loss rates increased quarter-over-quarter, driven by seasonality as well as the business beginning to incur losses in a recently acquired portfolio. The year-over-year increase in the delinquency rate was primarily driven by seasoning and an increase in net flow rates in later delinquency buckets. On this basis, the net credit loss rate modestly decreased, as the impact of the recently acquired portfolios was partially offset by seasoning as well as an increase in net flow rates in later delinquency buckets.

*North America GCB*'s Citi-branded cards portfolio issues proprietary and co-branded cards. As shown in the chart above, the 90+ days past due delinquency rate in Citi-branded cards increased quarter-over-quarter due to seasonality, and was relatively stable year-over-year. The net credit loss rate was relatively stable quarter-over-quarter, while the net credit loss rate increased year-over-year due to seasoning of the portfolio as well as the impact of higher asset sales in the prior year.



**Latin America Citi-Branded Cards**

*Latin America GCB* issues proprietary and co-branded cards. As shown in the chart above, the quarter-over-quarter 90+ days past due delinquency rate increased, primarily driven by seasonality, while the net credit loss rate decreased also driven by seasonality. Year-over-year the delinquency and net credit loss rates increased primarily due to seasoning of the portfolio.



**Asia Citi-Branded Cards⁽¹⁾**

(1)  *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.

*Asia GCB* issues proprietary and co-branded cards. As shown in the chart above, the 90+ days past due delinquency rate remained broadly stable quarter-over-quarter and year-over-year, driven by the mature and well-diversified cards portfolios. The net credit loss rate decreased quarter-over-quarter, as the prior quarter reflected a higher rate due to the conversion of an acquired portfolio in Australia, while the net credit loss rate was broadly stable year-over-year.

For additional information on cost of credit, delinquency and other information for Citi's cards portfolios, see each respective business's results of operations above and Note 14 to the Consolidated Financial Statements.

### North America Cards FICO Distribution

The following tables show the current FICO score distributions for Citi's *North America* Citi-branded cards and Citi retail services portfolios based on end-of-period receivables. FICO scores are updated monthly for substantially all of the portfolio and on a quarterly basis for the remaining portfolio.

**Citi-Branded**

| FICO distribution | Dec 31, 2018 | Sept. 30, 2018 | Dec 31, 2017 |
|---|---|---|---|
| > 760 | **43%** | 42% | 42% |
| 680–760 | **40** | 41 | 41 |
| < 680 | **17** | 17 | 17 |
| **Total** | **100%** | 100% | 100% |

**Citi Retail Services**

| FICO distribution | Dec 31, 2018 | Sept. 30, 2018 | Dec 31, 2017 |
|---|---|---|---|
| > 760 | **25%** | 24% | 24% |
| 680–760 | **42** | 43 | 43 |
| < 680 | **33** | 33 | 33 |
| **Total** | **100%** | 100% | 100% |

Both the Citi-branded cards' and Citi retail services' cards FICO distributions remained stable as of year-end 2018.

For additional information on FICO scores, see Note 14 to the Consolidated Financial Statements.

**Additional Consumer Credit Details**

*Consumer Loan Delinquency Amounts and Ratios*

| In millions of dollars, except EOP loan amounts in billions | EOP loans[1] December 31, 2018 | 90+ days past due[2] December 31, 2018 | 2017 | 2016 | 30–89 days past due[2] December 31, 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| **Global Consumer Banking[3][4]** | | | | | | | |
| Total | $ 315.2 | $ 2,619 | $ 2,478 | $ 2,293 | $ 2,902 | $ 2,762 | $ 2,540 |
| Ratio | | 0.83% | 0.80% | 0.79% | 0.92% | 0.89% | 0.87% |
| **Retail banking** | | | | | | | |
| Total | $ 145.7 | $ 485 | $ 515 | $ 474 | $ 790 | $ 822 | $ 726 |
| Ratio | | 0.33% | 0.35% | 0.35% | 0.54% | 0.57% | 0.54% |
| *North America* | 56.8 | 180 | 199 | 181 | 282 | 306 | 214 |
| Ratio | | 0.32% | 0.36% | 0.33% | 0.50% | 0.55% | 0.39% |
| *Latin America* | 19.7 | 127 | 130 | 136 | 201 | 195 | 185 |
| Ratio | | 0.64% | 0.65% | 0.76% | 1.02% | 0.98% | 1.03% |
| *Asia[5]* | 69.2 | 178 | 186 | 157 | 307 | 321 | 327 |
| Ratio | | 0.26% | 0.27% | 0.25% | 0.44% | 0.46% | 0.52% |
| **Cards** | | | | | | | |
| Total | $ 169.5 | $ 2,134 | $ 1,963 | $ 1,819 | $ 2,112 | $ 1,940 | $ 1,814 |
| Ratio | | 1.26% | 1.19% | 1.17% | 1.25% | 1.18% | 1.17% |
| *North America—Citi-branded* | 91.8 | 812 | 768 | 748 | 755 | 698 | 688 |
| Ratio | | 0.88% | 0.85% | 0.87% | 0.82% | 0.77% | 0.80% |
| *North America—Citi retail services* | 52.7 | 952 | 845 | 761 | 932 | 830 | 777 |
| Ratio | | 1.81% | 1.72% | 1.61% | 1.77% | 1.69% | 1.64% |
| *Latin America* | 5.7 | 171 | 151 | 130 | 170 | 153 | 125 |
| Ratio | | 3.00% | 2.80% | 2.71% | 2.98% | 2.83% | 2.60% |
| *Asia[5]* | 19.3 | 199 | 199 | 180 | 255 | 259 | 224 |
| Ratio | | 1.03% | 1.01% | 1.03% | 1.32% | 1.31% | 1.28% |
| **Corporate/Other—Consumer[6]** | | | | | | | |
| Total | $ 15.3 | $ 382 | $ 557 | $ 834 | $ 362 | $ 542 | $ 735 |
| Ratio | | 2.62% | 2.57% | 2.62% | 2.48% | 2.50% | 2.31% |
| *International* | — | — | 43 | 94 | — | 40 | 49 |
| Ratio | | —% | 2.69% | 3.92% | —% | 2.50% | 2.04% |
| *North America* | 15.3 | 382 | 514 | 740 | 362 | 502 | 686 |
| Ratio | | 2.62% | 2.56% | 2.52% | 2.48% | 2.50% | 2.33% |
| **Total Citigroup** | $ 330.5 | $ 3,001 | $ 3,035 | $ 3,127 | $ 3,264 | $ 3,304 | $ 3,275 |
| Ratio | | 0.91% | 0.91% | 0.97% | 0.99% | 1.00% | 1.01% |

(1) End-of-period (EOP) loans include interest and fees on credit cards.

(2) The ratios of 90+ days past due and 30–89 days past due are calculated based on EOP loans, net of unearned income.

(3) The 90+ days past due balances for *North America—Citi-branded* and *North America—Citi retail services* are generally still accruing interest. Citigroup's policy is generally to accrue interest on credit card loans until 180 days past due, unless notification of bankruptcy filing has been received earlier.

(4) The loans 90+ days past due and 30–89 days past due and related ratios for *North America GCB* exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored agencies since the potential loss predominantly resides within the U.S. agencies. The amounts excluded for loans 90+ days past due and (EOP loans) were $201 million ($0.6 billion), $298 million ($0.7 billion) and $327 million ($0.7 billion) at December 31, 2018, 2017 and 2016, respectively. The amounts excluded for loans 30–89 days past due (EOP loans have the same adjustment as above) were $78 million, $88 million and $70 million at December 31, 2018, 2017 and 2016, respectively.

(5) *Asia* includes delinquencies and loans in certain *EMEA* countries for all periods presented.

(6) The loans 90+ days and 30–89 days past due and related ratios exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored agencies since the potential loss predominantly resides within the U.S. agencies. The amounts excluded for loans 90+ days past due and (EOP loans) were $0.3 billion ($.07 billion), $0.6 billion ($1.1 billion) and $0.9 billion ($1.4 billion) at December 31, 2018, 2017 and 2016, respectively. The amounts excluded for loans 30–89 days past due and (EOP loans have the same adjustment as above) were $0.1 billion, $0.1 billion and $0.2 billion at December 31, 2018, 2017 and 2016, respectively.

*Consumer Loan Net Credit Losses and Ratios*

| In millions of dollars, except average loan amounts in billions | Average loans[1] | | Net credit losses[2][3] | | |
|---|---|---|---|---|---|
| | 2018 | 2018 | 2017 | 2016 | |
| **Global Consumer Banking** | | | | | |
| Total | $ 306.2 | $ 6,920 | $ 6,562 | $ 5,610 | |
| Ratio | | 2.26% | 2.21% | 2.01% | |
| **Retail banking** | | | | | |
| Total | $ 146.0 | $ 949 | $ 1,023 | $ 1,007 | |
| Ratio | | 0.65% | 0.72% | 0.72% | |
| *North America* | 56.0 | $ 138 | $ 194 | $ 205 | |
| Ratio | | 0.25% | 0.35% | 0.38% | |
| *Latin America* | 20.3 | $ 567 | $ 584 | $ 541 | |
| Ratio | | 2.79% | 2.92% | 2.85% | |
| *Asia*[4] | 69.7 | $ 244 | $ 245 | $ 261 | |
| Ratio | | 0.35% | 0.37% | 0.39% | |
| **Cards** | | | | | |
| Total | $ 160.2 | $ 5,971 | $ 5,539 | $ 4,603 | |
| Ratio | | 3.72% | 3.60% | 3.30% | |
| *North America*—Citi-branded | 87.5 | $ 2,602 | $ 2,447 | $ 1,909 | |
| Ratio | | 2.97% | 2.90% | 2.61% | |
| *North America*—Retail services | 48.3 | $ 2,357 | $ 2,155 | $ 1,805 | |
| Ratio | | 4.88% | 4.73% | 4.12% | |
| *Latin America* | 5.5 | $ 586 | $ 533 | $ 499 | |
| Ratio | | 10.65% | 10.06% | 9.78% | |
| *Asia*[4] | 18.9 | $ 426 | $ 404 | $ 390 | |
| Ratio | | 2.25% | 2.17% | 2.24% | |
| **Corporate/Other—Consumer**[3] | | | | | |
| Total | $ 18.7 | $ 24 | $ 156 | $ 438 | |
| Ratio | | 0.14% | 0.57% | 1.06% | |
| *International* | 0.7 | $ 42 | $ 82 | $ 269 | |
| Ratio | | 6.00% | 4.32% | 5.17% | |
| *North America* | 18.0 | $ (18) | $ 74 | $ 169 | |
| Ratio | | NM | 0.29% | 0.47% | |
| *Other*[5] | — | $ — | $ (21) | $ — | |
| **Total Citigroup** | $ 324.9 | $ 6,944 | $ 6,697 | $ 6,048 | |
| Ratio | | 2.14% | 2.07% | 1.88% | |

(1)   Average loans include interest and fees on credit cards.
(2)   The ratios of net credit losses are calculated based on average loans, net of unearned income.
(3)   As a result of Citigroup's entry into agreements in 2016 to sell its Argentina and Brazil consumer banking businesses, these businesses were classified as HFS at the end of the fourth quarter of 2016. Loans HFS are excluded from this table as they are recorded in *Other assets*. In addition, as a result of HFS accounting treatment, approximately $128 million and $42 million of net credit losses (NCLs) were recorded as a reduction in revenue (*Other revenue*) during 2017 and 2016, respectively. Accordingly, these NCLs are not included in this table. The sales of the Argentina and Brazil consumer banking businesses were completed in 2017.
(4)   *Asia* includes average loans and NCLs in certain *EMEA* countries for all periods presented.
(5)   2017 NCLs reflected a recovery related to legacy assets.
NM   Not meaningful

*Loan Maturities and Fixed/Variable Pricing*
*U.S. Consumer Mortgages*

| In millions of dollars at year-end 2018 | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total |
|---|---|---|---|---|
| **U.S. consumer mortgage loan portfolio** | | | | |
| Residential first mortgages | $ 74 | $ 509 | $ 47,897 | $ 48,480 |
| Home equity loans | 36 | 584 | 11,027 | 11,647 |
| **Total** | **$ 110** | **$ 1,093** | **$ 58,924** | **$ 60,127** |
| **Fixed/variable pricing of U.S. consumer mortgage loans with maturities due after one year** | | | | |
| Loans at fixed interest rates | | $ 934 | $ 37,503 | |
| Loans at floating or adjustable interest rates | | 159 | 21,421 | |
| **Total** | | **$ 1,093** | **$ 58,924** | |

## Corporate Credit

Consistent with its overall strategy, Citi's corporate clients are typically large, multinational corporations that value the depth and breadth of Citi's global network. Citi aims to establish relationships with these clients that encompass multiple products, consistent with client needs, including cash management and trade services, foreign exchange, lending, capital markets and M&A advisory.

## Corporate Credit Portfolio

The following table presents Citi's corporate credit portfolio within *ICG* (excluding private bank), before consideration of collateral or hedges, by remaining tenor for the periods indicated:

| In billions of dollars | At December 31, 2018 | | | | At September 30, 2018 | | | | At December 31, 2017 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure |
| Direct outstandings (on-balance sheet)[1] | $ 128 | $ 110 | $ 20 | $ 258 | $ 131 | $ 103 | $ 20 | $ 254 | $ 127 | $ 96 | $ 22 | $ 245 |
| Unfunded lending commitments (off-balance sheet)[2] | 106 | 245 | 19 | 370 | 115 | 253 | 25 | 393 | 111 | 222 | 20 | 353 |
| Total exposure | $ 234 | $ 355 | $ 39 | $ 628 | $ 246 | $ 356 | $ 45 | $ 647 | $ 238 | $ 318 | $ 42 | $ 598 |

(1)  Includes drawn loans, overdrafts, bankers' acceptances and leases.
(2)  Includes unused commitments to lend, letters of credit and financial guarantees.

### Portfolio Mix—Geography, Counterparty and Industry

Citi's corporate credit portfolio is diverse across geography and counterparty. The following table shows the percentage of this portfolio by region based on Citi's internal management geography:

| | December 31, 2018 | September 30, 2018 | December 31, 2017 |
|---|---|---|---|
| North America | 55% | 55% | 54% |
| EMEA | 27 | 27 | 27 |
| Asia | 11 | 11 | 12 |
| Latin America | 7 | 7 | 7 |
| Total | 100% | 100% | 100% |

The maintenance of accurate and consistent risk ratings across the corporate credit portfolio facilitates the comparison of credit exposure across all lines of business, geographic regions and products. Counterparty risk ratings reflect an estimated probability of default for a counterparty and are derived primarily through the use of validated statistical models, scorecard models and external agency ratings (under defined circumstances), in combination with consideration of factors specific to the obligor or market, such as management experience, competitive position, regulatory environment and commodity prices. Facility risk ratings are assigned that reflect the probability of default of the obligor and factors that affect the loss-given-default of the facility, such as support or collateral. Internal obligor ratings that generally correspond to

BBB and above are considered investment grade, while those below are considered non-investment grade.

Citigroup has also incorporated environmental factors such as climate risk assessment and reporting criteria for certain obligors, as necessary. Factors evaluated include consideration of climate risk to an obligor's business and physical assets and, when relevant, consideration of cost-effective options to reduce greenhouse gas emissions.

The following table presents the corporate credit portfolio by facility risk rating as a percentage of the total corporate credit portfolio:

| | Total exposure | | |
|---|---|---|---|
| | December 31, 2018 | September 30, 2018 | December 31, 2017 |
| AAA/AA/A | 49% | 48% | 49% |
| BBB | 34 | 34 | 34 |
| BB/B | 16 | 17 | 16 |
| CCC or below | 1 | 1 | 1 |
| Total | 100% | 100% | 100% |

Note: Total exposure includes direct outstandings and unfunded lending commitments.

Citi's corporate credit portfolio is also diversified by industry. The following table shows the allocation of Citi's total corporate credit portfolio by industry:

| | Total exposure | | |
|---|---|---|---|
| | December 31, 2018 | September 30, 2018 | December 31, 2017 |
| Transportation and industrial | 21% | 21% | 22% |
| Consumer retail and health | 16 | 16 | 16 |
| Technology, media and telecom | 13 | 14 | 12 |
| Power, chemicals, metals and mining | 10 | 11 | 10 |
| Banks/broker-dealers/finance companies | 8 | 8 | 8 |
| Real estate | 8 | 8 | 8 |
| Energy and commodities | 8 | 8 | 8 |
| Public sector | 5 | 5 | 5 |
| Insurance and special purpose entities | 4 | 4 | 5 |
| Hedge funds | 4 | 4 | 4 |
| Other industries | 3 | 1 | 2 |
| Total | 100% | 100% | 100% |

### Credit Risk Mitigation

As part of its overall risk management activities, Citigroup uses credit derivatives and other risk mitigants to hedge portions of the credit risk in its corporate credit portfolio, in addition to outright asset sales. The results of the mark-to-market and any realized gains or losses on credit derivatives are reflected primarily in *Other revenue* in the Consolidated Statement of Income.

At December 31, 2018, September 30, 2018 and December 31, 2017, $30.8 billion, $26.9 billion and $16.3 billion, respectively, of the corporate credit portfolio was economically hedged. Citigroup's expected loss model used in the calculation of its loan loss reserve does not include the favorable impact of credit derivatives and other mitigants that are marked to market. In addition, the reported amounts of direct outstandings and unfunded lending commitments in the tables above do not reflect the impact of these hedging transactions. The credit protection was economically hedging underlying corporate credit portfolio exposures with the following risk rating distribution:

**Rating of Hedged Exposure**

| | December 31, 2018 | September 30, 2018 | December 31, 2017 |
|---|---|---|---|
| AAA/AA/A | 35% | 34% | 23% |
| BBB | 50 | 47 | 43 |
| BB/B | 14 | 17 | 31 |
| CCC or below | 1 | 2 | 3 |
| Total | 100% | 100% | 100% |

The credit protection was economically hedging underlying corporate credit portfolio exposures with the following industry distribution:

**Industry of Hedged Exposure**

| | December 31, 2018 | September 30, 2018 | December 31, 2017 |
|---|---|---|---|
| Transportation and industrial | 23% | 25% | 27% |
| Technology, media and telecom | 17 | 15 | 12 |
| Consumer retail and health | 16 | 14 | 10 |
| Power, chemicals, metals and mining | 15 | 14 | 14 |
| Energy and commodities | 11 | 11 | 15 |
| Insurance and special purpose entities | 6 | 4 | 2 |
| Banks/broker-dealers/finance companies | 4 | 5 | 6 |
| Public sector | 3 | 7 | 12 |
| Real estate | 4 | 4 | 1 |
| Other industries | 1 | 1 | 1 |
| Total | 100% | 100% | 100% |

**Loan Maturities and Fixed/Variable Pricing of Corporate Loans**

| *In millions of dollars at December 31, 2018* | Due within 1 year | Over 1 year but within 5 years | Over 5 years | Total |
|---|---|---|---|---|
| **Corporate loans** | | | | |
| **In U.S. offices** | | | | |
| Commercial and industrial loans | $ 19,935 | $ 20,599 | $ 11,529 | $ 52,063 |
| Financial institutions | 18,550 | 19,169 | 10,728 | 48,447 |
| Mortgage and real estate | 19,193 | 19,832 | 11,099 | 50,124 |
| Installment, revolving credit and other | 12,730 | 13,155 | 7,362 | 33,247 |
| Lease financing | 546 | 566 | 317 | 1,429 |
| **In offices outside the U.S.** | 109,497 | 51,280 | 8,444 | 169,221 |
| **Total corporate loans** | $ 180,451 | $ 124,601 | $ 49,479 | $ 354,531 |
| **Fixed/variable pricing of corporate loans with maturities due after one year[1]** | | | | |
| Loans at fixed interest rates | | $ 23,779 | $ 16,595 | |
| Loans at floating or adjustable interest rates | | 100,822 | 32,884 | |
| **Total** | | $ 124,601 | $ 49,479 | |

(1)   Based on contractual terms. Repricing characteristics may effectively be modified from time to time using derivative contracts. See Note 22 to the Consolidated Financial Statements.

73

**Additional Consumer and Corporate Credit Details**

**Loans Outstanding**

| In millions of dollars | | December 31, | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **2018** | | 2017 | | 2016 | | 2015 | | 2014 |
| **Consumer loans** | | | | | | | | | | |
| In U.S. offices | | | | | | | | | | |
| Mortgage and real estate[1] | $ | **60,127** | $ | 65,467 | $ | 72,957 | $ | 80,281 | $ | 96,533 |
| Installment, revolving credit and other | | **3,398** | | 3,398 | | 3,395 | | 3,480 | | 14,450 |
| Cards | | **143,788** | | 139,006 | | 132,654 | | 112,800 | | 112,982 |
| Commercial and industrial | | **8,256** | | 7,840 | | 7,159 | | 6,407 | | 5,895 |
| **Total** | $ | **215,569** | $ | 215,711 | $ | 216,165 | $ | 202,968 | $ | 229,860 |
| In offices outside the U.S. | | | | | | | | | | |
| Mortgage and real estate[1] | $ | **43,379** | $ | 44,081 | $ | 42,803 | $ | 47,062 | $ | 54,462 |
| Installment, revolving credit and other | | **27,609** | | 26,556 | | 24,887 | | 29,480 | | 31,128 |
| Cards | | **25,400** | | 26,257 | | 23,783 | | 27,342 | | 32,032 |
| Commercial and industrial | | **17,773** | | 20,238 | | 16,568 | | 17,410 | | 18,294 |
| Lease financing | | **49** | | 76 | | 81 | | 362 | | 546 |
| **Total** | $ | **114,210** | $ | 117,208 | $ | 108,122 | $ | 121,656 | $ | 136,462 |
| **Total consumer loans** | $ | **329,779** | $ | 332,919 | $ | 324,287 | $ | 324,624 | $ | 366,322 |
| Unearned income[2] | | **708** | | 737 | | 776 | | 830 | | (679) |
| **Consumer loans, net of unearned income** | $ | **330,487** | $ | 333,656 | $ | 325,063 | $ | 325,454 | $ | 365,643 |
| **Corporate loans** | | | | | | | | | | |
| In U.S. offices | | | | | | | | | | |
| Commercial and industrial | $ | **52,063** | $ | 51,319 | $ | 49,586 | $ | 46,011 | $ | 39,542 |
| Financial institutions | | **48,447** | | 39,128 | | 35,517 | | 36,425 | | 36,324 |
| Mortgage and real estate[1] | | **50,124** | | 44,683 | | 38,691 | | 32,623 | | 27,959 |
| Installment, revolving credit and other | | **33,247** | | 33,181 | | 34,501 | | 33,423 | | 29,246 |
| Lease financing | | **1,429** | | 1,470 | | 1,518 | | 1,780 | | 1,758 |
| **Total** | $ | **185,310** | $ | 169,781 | $ | 159,813 | $ | 150,262 | $ | 134,829 |
| In offices outside the U.S. | | | | | | | | | | |
| Commercial and industrial | $ | **94,701** | $ | 93,750 | $ | 81,882 | $ | 82,689 | $ | 83,506 |
| Financial institutions | | **36,837** | | 35,273 | | 26,886 | | 28,704 | | 33,269 |
| Mortgage and real estate[1] | | **7,376** | | 7,309 | | 5,363 | | 5,106 | | 6,031 |
| Installment, revolving credit and other | | **25,684** | | 22,638 | | 19,965 | | 20,853 | | 19,259 |
| Lease financing | | **103** | | 190 | | 251 | | 303 | | 419 |
| Governments and official institutions | | **4,520** | | 5,200 | | 5,850 | | 4,911 | | 2,236 |
| **Total** | $ | **169,221** | $ | 164,360 | $ | 140,197 | $ | 142,566 | $ | 144,720 |
| **Total corporate loans** | $ | **354,531** | $ | 334,141 | $ | 300,010 | $ | 292,828 | $ | 279,549 |
| Unearned income[3] | | **(822)** | | (763) | | (704) | | (665) | | (557) |
| **Corporate loans, net of unearned income** | $ | **353,709** | $ | 333,378 | $ | 299,306 | $ | 292,163 | $ | 278,992 |
| **Total loans—net of unearned income** | $ | **684,196** | $ | 667,034 | $ | 624,369 | $ | 617,617 | $ | 644,635 |
| Allowance for loan losses—on drawn exposures | | **(12,315)** | | (12,355) | | (12,060) | | (12,626) | | (15,994) |
| **Total loans—net of unearned income and allowance for credit losses** | $ | **671,881** | $ | 654,679 | $ | 612,309 | $ | 604,991 | $ | 628,641 |
| **Allowance for loan losses as a percentage of total loans— net of unearned income[4]** | | **1.81%** | | 1.86% | | 1.94% | | 2.06% | | 2.50% |
| **Allowance for consumer loan losses as a percentage of total consumer loans—net of unearned income[4]** | | **3.01%** | | 2.96% | | 2.88% | | 3.02% | | 3.71% |
| **Allowance for corporate loan losses as a percentage of total corporate loans—net of unearned income[4]** | | **0.67%** | | 0.76% | | 0.91% | | 0.97% | | 0.90% |

(1) Loans secured primarily by real estate.
(2) Unearned income on consumer loans primarily represents unamortized origination fees, costs, premiums and discounts. Prior to December 31, 2015, these items were more than offset by prepaid interest on loans outstanding issued by OneMain Financial. The sale of OneMain Financial was completed in 2015.
(3) Unearned income on corporate loans primarily represents interest received in advance, but not yet earned on loans originated on a discount basis.
(4) All periods exclude loans that are carried at fair value.

**Details of Credit Loss Experience**

| In millions of dollars | | 2018 | | 2017 | | 2016 | | 2015 | | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Allowance for loan losses at beginning of period | $ | 12,355 | $ | 12,060 | $ | 12,626 | $ | 15,994 | $ | 19,648 |
| **Provision for loan losses** | | | | | | | | | | |
| Consumer | $ | 7,288 | $ | 7,363 | $ | 6,321 | $ | 6,228 | $ | 6,699 |
| Corporate | | 66 | | 140 | | 428 | | 880 | | 129 |
| **Total** | $ | 7,354 | $ | 7,503 | $ | 6,749 | $ | 7,108 | $ | 6,828 |
| **Gross credit losses** | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices | $ | 5,989 | $ | 5,736 | $ | 4,970 | $ | 5,500 | $ | 6,780 |
| In offices outside the U.S. | | 2,405 | | 2,447 | | 2,672 | | 3,192 | | 3,874 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | 103 | | 151 | | 274 | | 112 | | 66 |
| In offices outside the U.S. | | 154 | | 331 | | 256 | | 182 | | 310 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | 3 | | 3 | | 5 | | — | | 2 |
| In offices outside the U.S. | | 7 | | 1 | | 5 | | 4 | | 13 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S offices | | 2 | | 2 | | 34 | | 8 | | 8 |
| In offices outside the U.S. | | 2 | | 2 | | 6 | | 43 | | 55 |
| **Total** | $ | 8,665 | $ | 8,673 | $ | 8,222 | $ | 9,041 | $ | 11,108 |
| **Credit recoveries**[1] | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices | $ | 922 | $ | 903 | $ | 980 | $ | 975 | $ | 1,122 |
| In offices outside the U.S. | | 528 | | 583 | | 614 | | 659 | | 853 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | 37 | | 20 | | 23 | | 22 | | 64 |
| In offices outside the U.S. | | 52 | | 86 | | 41 | | 67 | | 84 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | — | | 1 | | 1 | | 7 | | 1 |
| In offices outside the U.S. | | 3 | | 1 | | 1 | | 2 | | 11 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S. offices | | 6 | | 2 | | 1 | | 7 | | — |
| In offices outside the U.S. | | 4 | | 1 | | — | | — | | — |
| **Total** | $ | 1,552 | $ | 1,597 | $ | 1,661 | $ | 1,739 | $ | 2,135 |
| **Net credit losses** | | | | | | | | | | |
| In U.S. offices | $ | 5,132 | $ | 4,966 | $ | 4,278 | $ | 4,609 | $ | 5,669 |
| In offices outside the U.S. | | 1,981 | | 2,110 | | 2,283 | | 2,693 | | 3,304 |
| **Total** | $ | 7,113 | $ | 7,076 | $ | 6,561 | $ | 7,302 | $ | 8,973 |
| Other—net[2][3][4][5][6][7][8] | $ | (281) | $ | (132) | $ | (754) | $ | (3,174) | $ | (1,509) |
| **Allowance for loan losses at end of period** | $ | 12,315 | $ | 12,355 | $ | 12,060 | $ | 12,626 | $ | 15,994 |
| Allowance for loan losses as a percentage of total loans[9] | | 1.81% | | 1.86% | | 1.94% | | 2.06% | | 2.50% |
| Allowance for unfunded lending commitments[8][10] | $ | 1,367 | $ | 1,258 | $ | 1,418 | $ | 1,402 | $ | 1,063 |
| **Total allowance for loan losses and unfunded lending commitments** | $ | 13,682 | $ | 13,613 | $ | 13,478 | $ | 14,028 | $ | 17,057 |
| Net consumer credit losses | $ | 6,944 | $ | 6,697 | $ | 6,048 | $ | 7,058 | $ | 8,679 |
| As a percentage of average consumer loans | | 2.14% | | 2.07% | | 1.88% | | 2.08% | | 2.31% |
| Net corporate credit losses | $ | 169 | $ | 379 | $ | 513 | $ | 244 | $ | 294 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| As a percentage of average corporate loans | | **0.05%** | | 0.12% | | 0.17% | | 0.08% | 0.10% |
| **Allowance by type[11]** | | | | | | | | | |
| Consumer | $ | **9,950** | $ | 9,869 | $ | 9,358 | $ | 9,835 | $ 13,547 |
| Corporate | | **2,365** | | 2,486 | | 2,702 | | 2,791 | 2,447 |
| **Total Citigroup** | $ | **12,315** | $ | 12,355 | $ | 12,060 | $ | 12,626 | $ 15,994 |

(1)   Recoveries have been reduced by certain collection costs that are incurred only if collection efforts are successful.

(2)   Includes all adjustments to the allowance for credit losses, such as changes in the allowance from acquisitions, dispositions, securitizations, FX translation, purchase accounting adjustments, etc.

(3)   2018 includes reductions of approximately $201 million related to the sale or transfer to HFS of various loan portfolios, which includes approximately $91 million related to the transfer of various real estate loan portfolios to HFS. Additionally, 2018 includes a reduction of approximately $60 million related to FX translation.

(4)   2017 includes reductions of approximately $261 million related to the sale or transfer to HFS of various loan portfolios, which includes approximately $106 million related to the transfer of various real estate loan portfolios to HFS. Additionally, 2017 includes an increase of approximately $115 million related to FX translation.

(5)   2016 includes reductions of approximately $574 million related to the sale or transfer to HFS of various loan portfolios, which includes approximately $106 million related to the transfer of various real estate loan portfolios to HFS. Additionally, 2016 includes a reduction of approximately $199 million related to FX translation.

(6)   2015 includes reductions of approximately $2.4 billion related to the sale or transfer to HFS of various loan portfolios, which includes approximately $1.5 billion related to the transfer of various real estate loan portfolios to HFS. Additionally, 2015 includes a reduction of approximately $474 million related to FX translation.

(7)   2014 includes reductions of approximately $1.1 billion related to the sale or transfer to HFS of various loan portfolios, which includes approximately $411 million related to the transfer of various real estate loan portfolios to HFS, approximately $204 million related to the transfer to HFS of a business in Greece, approximately $177 million related to the transfer to HFS of a business in Spain, approximately $29 million related to the transfer to HFS of a business in Honduras, and approximately $108 million related to the transfer to HFS of various *EMEA* loan portfolios. Additionally, 2014 includes a reduction of approximately $463 million related to FX translation.

(8)   2015 includes a reclassification of $271 million of *Allowance for loan losses* to allowance for unfunded lending commitments, included in the Other line item. This reclassification reflects the re-attribution of $271 million in the allowance for credit losses between the funded and unfunded portions of the corporate credit portfolios and does not reflect a change in the underlying credit performance of these portfolios.

(9)   December 31, 2018, December 31, 2017, December 31, 2016, December 31, 2015 and December 31, 2014 exclude $3.2 billion, $4.4 billion, $3.5 billion, $5.0 billion and $5.9 billion, respectively, of loans which are carried at fair value.

(10)  Represents additional credit reserves recorded as *Other liabilities* on the Consolidated Balance Sheet.

(11)  Allowance for loan losses represents management's best estimate of probable losses inherent in the portfolio, as well as probable losses related to large individually evaluated impaired loans and troubled debt restructurings. See "Significant Accounting Policies and Significant Estimates" and Note 1 to the Consolidated Financial Statements below. Attribution of the allowance is made for analytical purposes only and the entire allowance is available to absorb probable credit losses inherent in the overall portfolio.

**Allowance for Loan Losses**

The following tables detail information on Citi's allowance for loan losses, loans and coverage ratios:

| | December 31, 2018 | | |
|---|---|---|---|
| *In billions of dollars* | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| *North America* cards[2] | $ 6.5 | $ 144.6 | 4.5% |
| *North America* mortgages[3] | 0.4 | 58.9 | 0.7 |
| *North America* other | 0.3 | 13.2 | 2.3 |
| International cards | 1.4 | 24.9 | 5.6 |
| International other[4] | 1.3 | 88.9 | 1.5 |
| **Total consumer** | $ 9.9 | $ 330.5 | 3.0% |
| **Total corporate** | 2.4 | 353.7 | 0.7 |
| **Total Citigroup** | $ 12.3 | $ 684.2 | 1.8% |

(1) Allowance as a percentage of loans excludes loans that are carried at fair value.
(2) Includes both Citi-branded cards and Citi retail services. The $6.5 billion of loan loss reserves represented approximately 16 months of coincident net credit loss coverage.
(3) Of the $0.4 billion, nearly all of it was allocated to *North America* mortgages in *Corporate/Other*, including $0.1 billion and $0.3 billion determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $58.9 billion in loans, approximately $56.3 billion and $2.5 billion of the loans were evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4) Includes mortgages and other retail loans.

| | December 31, 2017 | | |
|---|---|---|---|
| *In billions of dollars* | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| *North America* cards[2] | $ 6.1 | $ 139.7 | 4.4% |
| *North America* mortgages[3] | 0.7 | 64.2 | 1.1 |
| *North America* other | 0.3 | 13.0 | 2.3 |
| International cards | 1.3 | 25.7 | 5.1 |
| International other[4] | 1.5 | 91.1 | 1.6 |
| **Total consumer** | $ 9.9 | $ 333.7 | 3.0% |
| **Total corporate** | 2.5 | 333.3 | 0.8 |
| **Total Citigroup** | $ 12.4 | $ 667.0 | 1.9% |

(1) Allowance as a percentage of loans excludes loans that are carried at fair value.
(2) Includes both Citi-branded cards and Citi retail services. The $6.1 billion of loan loss reserves represented approximately 16 months of coincident net credit loss coverage.
(3) Of the $0.7 billion, approximately $0.6 billion was allocated to *North America* mortgages in *Corporate/Other*. Of the $0.7 billion, approximately $0.2 billion and $0.5 billion were determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $64.2 billion in loans, approximately $60.4 billion and $3.7 billion of the loans were evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4) Includes mortgages and other retail loans.

**Non-Accrual Loans and Assets and Renegotiated Loans**
There is a certain amount of overlap among non-accrual loans and assets and renegotiated loans. The following summary provides a general description of each category.

*Non-Accrual Loans and Assets*:

- Corporate and consumer (including commercial banking) non-accrual status is based on the determination that payment of interest or principal is doubtful.
- A corporate loan may be classified as non-accrual and still be performing under the terms of the loan structure. Non-accrual loans may still be current on interest payments. Approximately 55%, 57% and 74% of Citi's corporate non-accrual loans were performing at December 31, 2018, September 30, 2018 and December 31, 2017, respectively.
- Consumer non-accrual status is generally based on aging, i.e., the borrower has fallen behind on payments.
- Consumer mortgage loans, other than Federal Housing Administration (FHA) insured loans, are classified as non-accrual within 60 days of notification that the borrower has filed for bankruptcy. In addition, home equity loans are classified as non-accrual if the related residential first mortgage loan is 90 days or more past due.
- *North America* Citi-branded cards and Citi retail services are not included because, under industry standards, credit card loans accrue interest until such loans are charged off, which typically occurs at 180 days of contractual delinquency.

*Renegotiated Loans*:

- Includes both corporate and consumer loans whose terms have been modified in a troubled debt restructuring (TDR).
- Includes both accrual and non-accrual TDRs.

### Non-Accrual Loans

The table below summarizes Citigroup's non-accrual loans as of the periods indicated. Non-accrual loans may still be current on interest payments. In situations where Citi reasonably expects that only a portion of the principal owed will ultimately be collected, all payments received are reflected as a reduction of principal and not as interest income. For all other non-accrual loans, cash interest receipts are generally recorded as revenue.

| | | December 31, | | | | |
|---|---|---|---|---|---|---|
| In millions of dollars | | 2018 | 2017 | 2016 | 2015 | 2014 |
| **Corporate non-accrual loans**[1][2] | | | | | | |
| North America | $ | 483 | $ 784 | $ 984 | $ 818 | $ 321 |
| EMEA | | 375 | 849 | 904 | 347 | 285 |
| Latin America | | 230 | 280 | 379 | 303 | 417 |
| Asia | | 223 | 29 | 154 | 128 | 179 |
| **Total corporate non-accrual loans** | $ | 1,311 | $ 1,942 | $ 2,421 | $ 1,596 | $ 1,202 |
| **Consumer non-accrual loans**[1][3] | | | | | | |
| North America | $ | 1,241 | $ 1,650 | $ 2,160 | $ 2,515 | $ 4,411 |
| Latin America | | 715 | 756 | 711 | 874 | 1,188 |
| Asia[4] | | 270 | 284 | 287 | 269 | 306 |
| **Total consumer non-accrual loans** | $ | 2,226 | $ 2,690 | $ 3,158 | $ 3,658 | $ 5,905 |
| **Total non-accrual loans** | $ | 3,537 | $ 4,632 | $ 5,579 | $ 5,254 | $ 7,107 |

(1) Excludes purchased distressed loans, as they are generally accreting interest. The carrying value of these loans was $128 million at December 31, 2018, $167 million at December 31, 2017, $187 million at December 31, 2016, $250 million at December 31, 2015 and $421 million at December 31, 2014.

(2) The 2016 increase in corporate non-accrual loans was primarily related to Citi's *North America* and *EMEA* energy and energy-related corporate credit exposure.

(3) The 2015 decline in consumer non-accrual loans includes the impact related to the transfer of approximately $8 billion of mortgage loans to Loans HFS (included within *Other assets*).

(4) *Asia* includes balances in certain *EMEA* countries for all periods presented.

The changes in Citigroup's non-accrual loans were as follows:

| | | Year ended December 31, 2018 | | | Year ended December 31, 2017 | | |
|---|---|---|---|---|---|---|---|
| In millions of dollars | | Corporate | Consumer | Total | Corporate | Consumer | Total |
| **Non-accrual loans at beginning of period** | $ | 1,942 $ | 2,690 | $ 4,632 | $ 2,421 $ | 3,158 | $ 5,579 |
| Additions | | 2,108 | 3,148 | 5,256 | 1,347 | 3,508 | 4,855 |
| Sales and transfers to HFS | | (119) | (268) | (387) | (134) | (379) | (513) |
| Returned to performing | | (127) | (629) | (756) | (47) | (634) | (681) |
| Paydowns/settlements | | (2,282) | (1,052) | (3,334) | (1,400) | (1,163) | (2,563) |
| Charge-offs | | (196) | (1,634) | (1,830) | (144) | (1,869) | (2,013) |
| Other | | (15) | (29) | (44) | (101) | 69 | (32) |
| **Ending balance** | $ | 1,311 $ | 2,226 | $ 3,537 | $ 1,942 $ | 2,690 | $ 4,632 |

*Non-Accrual Assets*

The table below summarizes Citigroup's other real estate owned (OREO) assets as of the periods indicated. This represents the carrying value of all real estate property acquired by foreclosure or other legal proceedings when Citi has taken possession of the collateral:

| | | | | | December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| In millions of dollars | | **2018** | | 2017 | | 2016 | | 2015 | | 2014 |
| **OREO[1]** | | | | | | | | | | |
| *North America* | $ | **64** | $ | 89 | $ | 161 | $ | 166 | $ | 196 |
| *EMEA* | | **1** | | 2 | | — | | 1 | | 7 |
| *Latin America* | | **12** | | 35 | | 18 | | 38 | | 47 |
| *Asia* | | **22** | | 18 | | 7 | | 4 | | 10 |
| **Total OREO** | $ | **99** | $ | 144 | $ | 186 | $ | 209 | $ | 260 |
| **Non-accrual assets** | | | | | | | | | | |
| Corporate non-accrual loans | $ | **1,311** | $ | 1,942 | $ | 2,421 | $ | 1,596 | $ | 1,202 |
| Consumer non-accrual loans[2] | | **2,226** | | 2,690 | | 3,158 | | 3,658 | | 5,905 |
| Non-accrual loans (NAL) | $ | **3,537** | $ | 4,632 | $ | 5,579 | $ | 5,254 | $ | 7,107 |
| OREO | $ | **99** | $ | 144 | $ | 186 | $ | 209 | $ | 260 |
| Non-accrual assets (NAA) | $ | **3,636** | $ | 4,776 | $ | 5,765 | $ | 5,463 | $ | 7,367 |
| NAL as a percentage of total loans | | **0.52%** | | 0.69% | | 0.89% | | 0.85% | | 1.10% |
| NAA as a percentage of total assets | | **0.19** | | 0.26 | | 0.32 | | 0.32 | | 0.40 |
| Allowance for loan losses as a percentage of NAL[3] | | **348** | | 267 | | 216 | | 240 | | 225 |

(1) Reflects a decrease of $130 million related to the adoption of ASU 2014-14 in 2014, which requires certain government guaranteed mortgage loans to be recognized as separate other receivables upon foreclosure. Prior periods have not been restated.
(2) The 2015 decline in consumer non-accrual loans includes the impact related to the transfer of approximately $8 billion of mortgage loans to Loans HFS (included within *Other assets*).
(3) The allowance for loan losses includes the allowance for Citi's credit card portfolios and purchased distressed loans, while the non-accrual loans exclude credit card balances (with the exception of certain international portfolios) and purchased distressed loans as these continue to accrue interest until charge-off.

*Renegotiated Loans*

The following table presents Citi's loans modified in TDRs:

| In millions of dollars | Dec. 31, 2018 | | Dec. 31, 2017 | |
|---|---|---|---|---|
| **Corporate renegotiated loans[1]** | | | | |
| In U.S. offices | | | | |
| Commercial and industrial[2] | $ | **188** | $ | 225 |
| Mortgage and real estate | | **111** | | 90 |
| Financial institutions | | **16** | | 33 |
| Other | | **2** | | 45 |
| Total | $ | **317** | $ | 393 |
| In offices outside the U.S. | | | | |
| Commercial and industrial[2] | $ | **226** | $ | 392 |
| Mortgage and real estate | | **12** | | 11 |
| Financial institutions | | **9** | | 15 |
| Other | | **—** | | 7 |
| Total | $ | **247** | $ | 425 |
| **Total corporate renegotiated loans** | $ | **564** | $ | 818 |
| **Consumer renegotiated loans[3][4][5]** | | | | |
| In U.S. offices | | | | |
| Mortgage and real estate[6] | $ | **2,520** | $ | 3,709 |
| Cards | | **1,338** | | 1,246 |
| Installment and other | | **86** | | 169 |
| Total | $ | **3,944** | $ | 5,124 |
| In offices outside the U.S. | | | | |
| Mortgage and real estate | $ | **311** | $ | 345 |
| Cards | | **480** | | 541 |
| Installment and other | | **415** | | 427 |
| Total | $ | **1,206** | $ | 1,313 |
| **Total consumer renegotiated loans** | $ | **5,150** | $ | 6,437 |

(1) Includes $466 million and $715 million of non-accrual loans included in the non-accrual loans table above at December 31, 2018 and 2017, respectively. The remaining loans are accruing interest.

(2) In addition to modifications reflected as TDRs at December 31, 2018 and 2017, Citi also modified $0 million and $51 million in offices in the U.S., and $2 million and $95 million in offices outside of the U.S., respectively, of commercial loans risk rated "Substandard Non-Performing" or worse (asset category defined by banking regulators). These modifications were not considered TDRs because the modifications did not involve a concession.

(3) Includes $1,015 million and $1,376 million of non-accrual loans included in the non-accrual loans table above at December 31, 2018 and 2017, respectively. The remaining loans are accruing interest.

(4) Includes $17 million and $26 million of commercial real estate loans at December 31, 2018 and 2017, respectively.

(5) Includes $101 million and $165 million of other commercial loans at December 31, 2018 and 2017, respectively.

(6) Reduction in 2018 includes $919 million related to TDRs sold or transferred to HFS.

**Forgone Interest Revenue on Loans[1]**

| In millions of dollars | In U.S. offices | | In non-U.S. offices | | 2018 total | |
|---|---|---|---|---|---|---|
| Interest revenue that would have been accrued at original contractual rates[2] | $ | 683 | $ | 458 | $ | 1,141 |
| Amount recognized as interest revenue[2] | | 217 | | 128 | | 345 |
| **Forgone interest revenue** | $ | 466 | $ | 330 | $ | 796 |

(1) Relates to corporate non-accrual loans, renegotiated loans and consumer loans on which accrual of interest has been suspended.

(2) Interest revenue in offices outside the U.S. may reflect prevailing local interest rates, including the effects of inflation and monetary correction in certain countries.

# LIQUIDITY RISK

## Overview

Adequate and diverse sources of funding and liquidity are essential to Citi's businesses.  Funding and liquidity risks arise from several factors, many of which are mostly or entirely outside Citi's control, such as disruptions in the financial markets, changes in key funding sources, credit spreads, changes in Citi's credit ratings and geopolitical and macroeconomic conditions. For additional information, see "Risk Factors" above.

Citi's funding and liquidity objectives are aimed at (i) funding its existing asset base, (ii) growing its core businesses, (iii) maintaining sufficient liquidity, structured appropriately, so that Citi can operate under a variety of adverse circumstances, including potential Company-specific and/or market liquidity events in varying durations and severity, and (iv) satisfying regulatory requirements, including, among other things, those related to resolution planning (for additional information, see "Resolution Plan" and "Total Loss-Absorbing Capacity (TLAC)" below). Citigroup's primary liquidity objectives are established by entity, and in aggregate, across two major categories:

- Citibank (including Citibank Europe plc, Citibank Singapore Ltd. and Citibank (Hong Kong) Ltd.); and
- the non-bank and other, which includes the parent holding company (Citigroup), Citi's primary intermediate holding company (Citicorp LLC), Citi's broker-dealer subsidiaries (including Citigroup Global Markets Inc., Citigroup Global Markets Ltd. and Citigroup Global Markets Japan Inc.) and other bank and non-bank subsidiaries that are consolidated into Citigroup (including Citibanamex).

At an aggregate level, Citigroup's goal is to maintain sufficient funding in amount and tenor to fully fund customer assets and to provide an appropriate amount of cash and high-quality liquid assets (as discussed below), even in times of stress. The liquidity risk management framework provides that in addition to the aggregate requirements, certain entities be self-sufficient or net providers of liquidity, including in conditions established under their designated stress tests.

Citi's primary sources of funding include (i) deposits via Citi's bank subsidiaries, which are Citi's most stable and lowest cost source of long-term funding, (ii) long-term debt (primarily senior and subordinated debt) primarily issued at the parent and certain bank subsidiaries, and (iii) stockholders' equity. These sources may be supplemented by short-term borrowings, primarily in the form of secured funding transactions.

As referenced above, Citi works to ensure that the tenor of these funding sources is sufficiently long in relation to the tenor of its asset base. The goal of Citi's asset/liability management is to ensure that there is excess liquidity and tenor in the liability structure relative to the liquidity profile of the assets. This reduces the risk that liabilities will become due before asset maturities or monetizations through sale. This excess liquidity is held primarily in the form of high-quality liquid assets (HQLA), as set forth in the table below.

Citi's Treasurer has overall responsibility for management of Citi's HQLA. Citi's liquidity is managed via a centralized treasury model by Corporate Treasury, in conjunction with regional and in-country treasurers. Pursuant to this approach, Citi's HQLA are managed with emphasis on asset-liability management and entity-level liquidity adequacy throughout Citi.

Citi's Chief Risk Officer is responsible for the overall liquidity risk profile of Citi. The Chief Risk Officer and Citi's CFO co-chair Citi's Asset Liability Management Committee (ALCO), which includes Citi's Treasurer and other senior executives. ALCO sets the strategy of the liquidity portfolio and monitors its performance. Significant changes to portfolio asset allocations need to be approved by ALCO.

## Liquidity Monitoring and Measurement

### Stress Testing

Liquidity stress testing is performed for each of Citi's major entities, operating subsidiaries and/or countries. Stress testing and scenario analyses are intended to quantify the potential impact of an adverse liquidity event on the balance sheet and liquidity position, and to identify viable funding alternatives that can be utilized. These scenarios include assumptions about significant changes in key funding sources, market triggers (such as credit ratings), potential uses of funding and geopolitical and macroeconomic conditions. These conditions include expected and stressed market conditions as well as Company-specific events.

Liquidity stress tests are performed to ascertain potential mismatches between liquidity sources and uses over a variety of time horizons and over different stressed conditions. Liquidity limits are set accordingly. To monitor the liquidity of an entity, these stress tests and potential mismatches are calculated with varying frequencies, with several tests performed daily.

Given the range of potential stresses, Citi maintains contingency funding plans on a consolidated basis and for individual entities. These plans specify a wide range of readily available actions for a variety of adverse market conditions or idiosyncratic stresses.

**High-Quality Liquid Assets (HQLA)**

| | Citibank | | | Non-bank and Other | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| *In billions of dollars* | **Dec. 31, 2018** | Sept. 30, 2018 | Dec. 31, 2017 | **Dec. 31, 2018** | Sept. 30, 2018 | Dec. 31, 2017 | **Dec. 31, 2018** | Sept. 30, 2018 | Dec. 31, 2017 |
| Available cash | $ **97.1** $ | 105.1 $ | 94.3 $ | **27.6** $ | 35.1 $ | 30.9 $ | **124.7** $ | 140.2 $ | 125.2 |
| U.S. sovereign | **103.2** | 102.2 | 113.2 | **24.0** | 29.7 | 27.9 | **127.2** | 131.9 | 141.1 |
| U.S. agency/agency MBS | **60.0** | 56.4 | 80.8 | **5.8** | 6.5 | 0.5 | **65.8** | 62.9 | 81.3 |
| Foreign government debt[1] | **76.8** | 74.9 | 80.5 | **6.3** | 9.6 | 16.4 | **83.2** | 84.5 | 96.9 |
| Other investment grade | **1.5** | 0.2 | 0.7 | **1.3** | 1.1 | 1.2 | **2.8** | 1.3 | 1.9 |
| **Total HQLA (AVG)** | $ **338.6** $ | 338.8 $ | 369.5 $ | **65.1** $ | 82.0 $ | 76.9 $ | **403.7** $ | 420.8 $ | 446.4 |

Note: The amounts set forth in the table above are presented on an average basis. For securities, the amounts represent the liquidity value that potentially could be realized and, therefore, exclude any securities that are encumbered and incorporate any haircuts that would be required for securities financing transactions.

(1)   Foreign government debt includes securities issued or guaranteed by foreign sovereigns, agencies and multilateral development banks. Foreign government debt securities are held largely to support local liquidity requirements and Citi's local franchises and principally include government bonds from Hong Kong, Singapore, Korea, Taiwan, India, Mexico and Brazil.

The table above includes average amounts of HQLA held at Citigroup's operating entities that are eligible for inclusion in the calculation of Citigroup's consolidated LCR, pursuant to the U.S. LCR rules. These amounts include the HQLA needed to meet the minimum requirements at these entities and any amounts in excess of these minimums that are assumed to be transferable to Citigroup. While available liquidity resources at operating entities remained largely unchanged, the amount of HQLA included in the table above declined both year-over-year and quarter-over-quarter as less HQLA in the operating entities was eligible for inclusion in the consolidated metric. Quarter-over-quarter, the decline in HQLA was also driven by balance sheet optimization as Citi deployed cash to fund loan growth and reduce debt levels.

Citi's HQLA does not include Citi's available borrowing capacity from the Federal Home Loan Banks (FHLBs) of which Citi is a member, which was approximately $29 billion as of December 31, 2018 (unchanged from September 30, 2018 and compared to $10 billion as of December 31, 2017) and maintained by eligible collateral pledged to such banks. The HQLA also does not include Citi's borrowing capacity at the U.S. Federal Reserve Bank discount window or other central banks, which would be in addition to the resources noted above.

In general, Citi's liquidity is fungible across legal entities within its bank group. Citi's bank subsidiaries, including Citibank, can lend to the Citi parent and broker-dealer entities in accordance with Section 23A of the Federal Reserve Act. As of December 31, 2018, the capacity available for lending to these entities under Section 23A was approximately $15 billion, unchanged from both September 30, 2018 and December 31, 2017, subject to certain eligible non-cash collateral requirements.

***Short-Term Liquidity Measurement: Liquidity Coverage Ratio (LCR)***

In addition to internal liquidity stress metrics that Citi has developed for a 30-day stress scenario, Citi also monitors its liquidity by reference to the LCR, as calculated pursuant to the U.S. LCR rules.

Generally, the LCR is designed to ensure that banks maintain an adequate level of HQLA to meet liquidity needs under an acute 30-day stress scenario. The LCR is calculated by dividing HQLA by estimated net outflows over a stressed 30-day period, with the net outflows determined by applying prescribed outflow factors to various categories of liabilities, such as deposits, unsecured and secured wholesale borrowings, unused lending commitments and derivatives-related exposures, partially offset by inflows from assets maturing within 30 days. Banks are required to calculate an add-on to address potential maturity mismatches between contractual cash outflows and inflows within the 30-day period in determining the total amount of net outflows. The minimum LCR requirement is 100%.

The table below details the components of Citi's LCR calculation and HQLA in excess of net outflows for the periods indicated:

| *In billions of dollars* | **Dec. 31, 2018** | Sept. 30, 2018 | Dec. 31, 2017 |
|---|---|---|---|
| HQLA | $ **403.7** | $ 420.8 | $ 446.4 |
| Net outflows | **334.8** | 350.8 | 364.3 |
| LCR | **121%** | 120% | 123% |
| HQLA in excess of net outflows | $ **68.9** | $ 70.0 | $ 82.1 |

Note: The amounts are presented on an average basis.

Citi's LCR decreased year-over-year, driven by a decline in average HQLA, partially offset by a decline in modeled net outflows. Quarter-over-quarter, Citi's LCR increased slightly, as a decline in modeled net outflows more than offset the decline in average HQLA (see "High-Quality Liquid Assets" above).

### Long-Term Liquidity Measurement: Net Stable Funding Ratio (NSFR)

In 2016, the Federal Reserve Board, the FDIC and the OCC issued a proposed rule to implement the Basel III NSFR requirement.

The U.S.-proposed NSFR is largely consistent with the Basel Committee's final NSFR rules. In general, the NSFR assesses the availability of a bank's stable funding against a required level. A bank's available stable funding would include portions of equity, deposits and long-term debt, while its required stable funding would be based on the liquidity characteristics and encumbrance period of its assets, derivatives and commitments. Prescribed factors would be required to be applied to the various categories of asset and liabilities classes. The ratio of available stable funding to required stable funding would be required to be greater than 100%. While Citi believes that it is compliant with the proposed U.S. NSFR rules as of December 31, 2018, it will need to evaluate a final version of the rules, which are expected to be released in 2019. Citi expects that the NSFR final rules implementation period will be communicated along with the final version of the rules.

### Loans

As part of its funding and liquidity objectives, Citi seeks to fund its existing asset base appropriately as well as maintain sufficient liquidity to grow its *GCB* and *ICG* businesses, including its loan portfolio. Citi maintains a diversified portfolio of loans to its consumer and institutional clients. The table below details the average loans, by business and/or segment, and the total end-of-period loans for each of the periods indicated:

| In billions of dollars | Dec. 31, 2018 | | Sept. 30, 2018 | | Dec. 31, 2017 |
|---|---|---|---|---|---|
| **Global Consumer Banking** | | | | | |
| North America | $ | **195.7** | $ 192.8 | $ | 189.7 |
| Latin America | | **25.1** | 26.3 | | 25.7 |
| Asia[(1)] | | **87.6** | 87.7 | | 87.9 |
| **Total** | $ | **308.4** | $ 306.8 | $ | 303.3 |
| **Institutional Clients Group** | | | | | |
| Corporate lending | $ | **130.0** | $ 130.9 | $ | 124.9 |
| Treasury and trade solutions (TTS) | | **77.0** | 76.9 | | 77.0 |
| Private bank | | **94.7** | 92.8 | | 85.9 |
| Markets and securities services and other | | **49.3** | 45.6 | | 40.4 |
| **Total** | $ | **351.0** | $ 346.2 | $ | 328.2 |
| Total Corporate/Other | $ | **16.1** | $ 17.3 | $ | 22.5 |
| **Total Citigroup loans (AVG)** | $ | **675.5** | $ 670.3 | $ | 654.0 |
| Total Citigroup loans (EOP) | $ | **684.2** | $ 674.9 | $ | 667.0 |

(1)   Includes loans in certain *EMEA* countries for all periods presented.

Loans increased 3% year-over-year and 1% quarter-over-quarter in the fourth quarter, on both an end-of-period as well as on an average basis.

Excluding the impact of FX translation, average loans increased 4% year-over-year, driven by 6% aggregate across *GCB* and *ICG*. Within *GCB*, average loans grew 3%, with growth across all regions and businesses, with particular strength in *North America GCB* driven by Citi-branded cards and Citi retail services, including the impact of the L.L.Bean card portfolio acquisition.

Average *ICG* loans increased 8% year-over-year, with continued growth across businesses. Corporate lending and private bank loan growth remained strong on a year-over-year basis, with corporate lending unchanged quarter-over-quarter due to the episodic nature of repayments relative to originations. TTS loans grew year-over-year, however growth moderated to 2%, despite continued strong origination volumes, as Citi utilized its distribution capabilities to optimize the balance sheet and drive returns. Finally, strong year-over-year *Markets and securities services* loan growth was driven by Community Reinvestment Act lending activities as well as residential warehouse lending.

Average *Corporate/Other* loans continued to decline (down 32%), driven by the wind-down of legacy assets.

84

**Deposits**

The table below details the average deposits, by business and/or segment, and the total end-of-period deposits for each of the periods indicated:

| In billions of dollars | Dec. 31, 2018 | Sept. 30, 2018 | Dec. 31, 2017 |
|---|---|---|---|
| **Global Consumer Banking** | | | |
| North America | $ 180.6 | $ 180.2 | $ 182.7 |
| Latin America | 28.2 | 29.4 | 27.8 |
| Asia[1] | 97.7 | 97.6 | 96.0 |
| **Total** | $ 306.5 | $ 307.2 | $ 306.5 |
| **Institutional Clients Group** | | | |
| Treasury and trade solutions (TTS) | $ 470.8 | $ 456.7 | $ 444.5 |
| Banking ex-TTS | 128.4 | 124.6 | 126.9 |
| Markets and securities services | 86.7 | 86.7 | 82.9 |
| **Total** | $ 685.9 | $ 668.0 | $ 654.4 |
| Total Corporate/Other | $ 13.3 | $ 10.6 | $ 12.4 |
| **Total Citigroup deposits (AVG)** | $ 1,005.7 | $ 985.7 | $ 973.3 |
| Total Citigroup deposits (EOP) | $ 1,013.2 | $ 1,005.2 | $ 959.8 |

(1) Includes deposits in certain *EMEA* countries for all periods presented.

End-of-period deposits increased 6% year-over-year and 1% quarter-over-quarter. On an average basis, deposits increased 3% year-over-year and 2% quarter-over-quarter.

Excluding the impact of FX translation, average deposits increased 5% year-over-year. In *GCB*, deposits increased 1%, as strong growth in *Asia GCB* and *Latin America GCB* more than offset a 1% decline in *North America GCB*, as clients transferred cash into investment accounts.

In *ICG*, deposits increased 6%, primarily driven by continued high-quality deposit growth in TTS.

**Long-Term Debt**

Long-term debt (generally defined as debt with original maturities of one year or more) represents the most significant component of Citi's funding for the parent entities and is a supplementary source of funding for the bank entities.

Long-term debt is an important funding source due in part to its multi-year contractual maturity structure. The weighted-average maturity of unsecured long-term debt issued by Citigroup and its affiliates (including Citibank) with a remaining life greater than one year was approximately 6.8 years as of December 31, 2018, a slight decline from 6.9 years as of September 30, 2018 and unchanged from the prior year.

Citi's long-term debt outstanding at the parent company includes senior and subordinated debt and what Citi refers to as customer-related debt, consisting of structured notes, such as equity- and credit-linked notes, as well as non-structured notes. Citi's issuance of customer-related debt is generally driven by customer demand and supplements benchmark debt issuance as a source of funding for Citi's non-bank entities.

Citi's long-term debt at the bank also includes benchmark senior debt, FHLB advances and securitizations.

*Long-Term Debt Outstanding*

The following table details Citi's end-of-period total long-term debt outstanding for each of the dates indicated:

| In billions of dollars | Dec. 31, 2018 | Sept. 30, 2018 | Dec. 31, 2017 |
|---|---|---|---|
| **Parent and other[1]** | | | |
| Benchmark debt: | | | |
| Senior debt | $ 104.6 | $ 107.2 | $ 109.8 |
| Subordinated debt | 24.5 | 25.1 | 26.9 |
| Trust preferred | 1.7 | 1.7 | 1.7 |
| Customer-related debt | 37.1 | 35.4 | 30.7 |
| Local country and other[2] | 2.9 | 3.8 | 1.8 |
| **Total parent and other** | $ 170.8 | $ 173.2 | $ 170.9 |
| **Bank** | | | |
| FHLB borrowings | $ 10.5 | $ 10.5 | $ 19.3 |
| Securitizations[3] | 28.4 | 27.4 | 30.3 |
| CBNA benchmark senior debt | 18.8 | 21.0 | 12.5 |
| Local country and other[2] | 3.5 | 3.2 | 3.7 |
| **Total bank** | $ 61.2 | $ 62.1 | $ 65.8 |
| **Total long-term debt** | $ 232.0 | $ 235.3 | $ 236.7 |

Note: Amounts represent the current value of long-term debt on Citi's Consolidated Balance Sheet which, for certain debt instruments, includes consideration of fair value, hedging impacts and unamortized discounts and premiums.

(1) "Parent and other" includes long-term debt issued to third parties by the parent holding company (Citigroup) and Citi's non-bank subsidiaries (including broker-dealer subsidiaries) that are consolidated into Citigroup. As of December 31, 2018, "parent and other" included $27.0 billion of long-term debt issued by Citi's broker-dealer subsidiaries.

(2) Local country debt includes debt issued by Citi's affiliates in support of their local operations.

(3) Predominantly credit card securitizations, primarily backed by Citi-branded credit card receivables.

Citi's total long-term debt outstanding decreased both year-over-year and quarter-over-quarter. The decrease year-over-year was primarily driven by a decline in long-term debt at the bank, as declines in FHLB advances more than offset an increase in unsecured senior benchmark debt. At the parent, long-term debt remained largely unchanged year-over-year, as declines in unsecured benchmark debt were largely offset by increases in customer-related debt. Quarter-over-quarter, the decrease was driven primarily by declines in unsecured senior debt at the parent and the bank.

As part of its liability management, Citi has considered, and may continue to consider, opportunities to repurchase its long-term debt pursuant to open market purchases, tender offers or other means. Such repurchases help reduce Citi's overall funding costs. During 2018, Citi repurchased an aggregate of approximately $5.4 billion of its outstanding long-term debt, including early redemptions of FHLB advances.

***Long-Term Debt Issuances and Maturities***

The table below details Citi's long-term debt issuances and maturities (including repurchases and redemptions) during the periods presented:

| | 2018 | | 2017 | | 2016 | |
|---|---|---|---|---|---|---|
| *In billions of dollars* | **Maturities** | **Issuances** | Maturities | Issuances | Maturities | Issuances |
| **Parent and other** | | | | | | |
| Benchmark debt: | | | | | | |
| Senior debt | $ **18.5** | $ **14.8** | $ 14.1 | $ 21.6 | $ 14.9 | $ 26.0 |
| Subordinated debt | **2.9** | **0.6** | 1.6 | 1.3 | 3.2 | 4.0 |
| Customer-related debt | **6.6** | **16.9** | 7.6 | 12.3 | 10.2 | 10.5 |
| Local country and other | **1.2** | **2.3** | 1.2 | 0.1 | 2.1 | 2.2 |
| **Total parent and other** | $ **29.2** | $ **34.6** | $ 24.5 | $ 35.3 | $ 30.4 | $ 42.7 |
| **Bank** | | | | | | |
| FHLB borrowings | $ **15.8** | $ **7.9** | $ 7.8 | $ 5.5 | $ 10.5 | $ 14.3 |
| Securitizations | **8.6** | **6.8** | 5.3 | 12.2 | 10.7 | 3.3 |
| CBNA benchmark senior debt | **2.3** | **8.5** | — | 12.6 | — | — |
| Local country and other | **2.2** | **2.9** | 3.4 | 2.4 | 3.9 | 3.4 |
| **Total bank** | $ **28.9** | $ **26.1** | $ 16.5 | $ 32.7 | $ 25.1 | $ 21.0 |
| **Total** | $ **58.1** | $ **60.7** | $ 41.0 | $ 68.0 | $ 55.5 | $ 63.7 |

The table below shows Citi's aggregate long-term debt maturities (including repurchases and redemptions) in 2018, as well as its aggregate expected annual long-term debt maturities as of December 31, 2018:

| | Maturities | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *In billions of dollars* | **2018** | 2019 | 2020 | 2021 | 2022 | 2023 | Thereafter | Total |
| **Parent and other** | | | | | | | | |
| Benchmark debt: | | | | | | | | |
| Senior debt | $ **18.5** | $ 14.1 | $ 8.8 | $ 14.1 | $ 8.1 | $ 12.5 | $ 46.9 | $ 104.6 |
| Subordinated debt | **2.9** | — | — | — | 0.7 | 1.1 | 22.6 | 24.5 |
| Trust preferred | **—** | — | — | — | — | — | 1.7 | 1.7 |
| Customer-related debt | **6.6** | 3.7 | 6.8 | 3.4 | 2.6 | 2.8 | 17.8 | 37.1 |
| Local country and other | **1.2** | 2.0 | 0.1 | 0.2 | 0.1 | — | 0.7 | 2.9 |
| **Total parent and other** | $ **29.2** | $ 19.8 | $ 15.7 | $ 17.7 | $ 11.5 | $ 16.4 | $ 89.7 | $ 170.8 |
| **Bank** | | | | | | | | |
| FHLB borrowings | $ **15.8** | $ 5.6 | $ 4.9 | $ — | $ — | $ — | $ — | $ 10.5 |
| Securitizations | **8.6** | 7.9 | 6.0 | 5.7 | 2.2 | 2.5 | 4.0 | 28.4 |
| CBNA benchmark senior debt | **2.3** | 4.7 | 8.7 | 5.0 | — | — | 0.3 | 18.8 |
| Local country and other | **2.2** | 0.6 | 2.0 | 0.2 | 0.4 | 0.1 | 0.4 | 3.5 |
| **Total bank** | $ **28.9** | $ 18.8 | $ 21.6 | $ 10.9 | $ 2.6 | $ 2.6 | $ 4.7 | $ 61.2 |
| **Total long-term debt** | $ **58.1** | $ 38.6 | $ 37.3 | $ 28.6 | $ 14.1 | $ 19.0 | $ 94.4 | $ 232.0 |

### Resolution Plan

Citi is required under Title I of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (Dodd-Frank Act) and the rules promulgated by the FDIC and FRB to periodically submit a plan for Citi's rapid and orderly resolution under the U.S. Bankruptcy Code in the event of material financial distress or failure. For additional information on Citi's resolution plan submissions, see "Risk Factors—Strategic Risks" above. Citigroup's preferred resolution strategy is "single point of entry" under the U.S. Bankruptcy Code.

Under Citi's resolution plan, only Citigroup, the parent holding company, would enter into bankruptcy, while Citigroup's material legal entities (as defined in the public section of its 2017 resolution plan, which can be found on the FRB's and FDIC's websites) would remain operational and outside of any resolution or insolvency proceedings. Citigroup believes its resolution plan has been designed to minimize the risk of systemic impact to the U.S. and global financial systems, while maximizing the value of the bankruptcy estate for the benefit of Citigroup's creditors, including its unsecured long-term debt holders. In addition, in line with the Federal Reserve's final total loss-absorbing capacity (TLAC) rule, Citigroup believes it has developed the resolution plan so that Citigroup's shareholders and unsecured creditors—including its unsecured long-term debt holders—bear any losses resulting from Citigroup's bankruptcy. Accordingly, any value realized by holders of its unsecured long-term debt may not be sufficient to repay the amounts owed to such debt holders in the event of a bankruptcy or other resolution proceeding of Citigroup.

The FDIC has also indicated that it was developing a single point of entry strategy to implement its resolution authority under Title II of the Dodd-Frank Act.

In response to feedback received from the Federal Reserve and FDIC on Citigroup's 2015 resolution plan, Citigroup took the following actions in connection with its 2017 resolution plan submission:

(i) Citicorp LLC (Citicorp), an existing wholly owned subsidiary of Citigroup, was established as an intermediate holding company (an IHC) for certain of Citigroup's operating material legal entities;

(ii) Citigroup executed an inter-affiliate agreement with Citicorp, Citigroup's operating material legal entities and certain other affiliated entities pursuant to which Citicorp is required to provide liquidity and capital support to Citigroup's operating material legal entities in the event Citigroup were to enter bankruptcy proceedings (Citi Support Agreement);

(iii) pursuant to the Citi Support Agreement:

- Citigroup made an initial contribution of assets, including certain high-quality liquid assets and inter-affiliate loans (Contributable Assets), to Citicorp, and Citicorp became the business as usual funding vehicle for Citigroup's operating material legal entities;

- Citigroup will be obligated to continue to transfer Contributable Assets to Citicorp over time, subject

to certain amounts retained by Citigroup to, among other things, meet Citigroup's near-term cash needs;

- in the event of a Citigroup bankruptcy, Citigroup will be required to contribute most of its remaining assets to Citicorp; and

(iv) the obligations of both Citigroup and Citicorp under the Citi Support Agreement, as well as the Contributable Assets, are secured pursuant to a security agreement.

The Citi Support Agreement provides two mechanisms, besides Citicorp's issuing of dividends to Citigroup, pursuant to which Citicorp will be required to transfer cash to Citigroup during business as usual so that Citigroup can fund its debt service as well as other operating needs: (i) one or more funding notes issued by Citicorp to Citigroup and (ii) a committed line of credit under which Citicorp may make loans to Citigroup.

### Total Loss-Absorbing Capacity (TLAC)

In 2016, the Federal Reserve Board imposed minimum external TLAC and long-term debt (LTD) requirements on U.S. global systemically important bank holding companies (GSIBs), including Citi, effective as of January 1, 2019. As a result, U.S. GSIBs will be required to maintain minimum levels of TLAC and eligible LTD, each set by reference to the GSIB's consolidated risk-weighted assets (RWA) and total leverage exposure, as described further below. The intended purpose of the requirements is to facilitate the orderly resolution of U.S. GSIBs under the U.S. Bankruptcy Code and Title II of the Dodd-Frank Act. Citi believes it exceeded the minimum TLAC and LTD requirements as of December, 31, 2018. For additional information, see "Risk Factors—Compliance, Conduct and Legal Risks" above.

*Minimum TLAC Requirements*

The minimum TLAC requirement is the *greater* of (i) 18% of the GSIB's RWA plus the then-applicable RWA-based TLAC buffer (see below) and (ii) 7.5% of the GSIB's total leverage exposure plus a leveraged-based TLAC buffer of 2% (i.e., 9.5%).

The RWA-based TLAC buffer equals the 2.5% capital conservation buffer, plus any applicable countercyclical capital buffer (currently 0%), plus the GSIB's capital surcharge as determined under method 1 of the GSIB surcharge rule (2.0% for Citi for 2019). Accordingly, Citi estimates its total current minimum TLAC requirement is 22.5% of RWA for 2019.

*Minimum Eligible LTD Requirements*

The minimum LTD requirement is the *greater* of (i) 6% of the GSIB's RWA plus its capital surcharge as determined under method 2 of the GSIB surcharge rule (3.0% for Citi for 2019), for a total current requirement of 9% of RWA for Citi, and (ii) 4.5% of the GSIB's total leverage exposure.

For additional discussion of the method 1 and method 2 GSIB capital surcharge methodologies, see "Capital Resources—Current Regulatory Capital Standards" above.

**Secured Funding Transactions and Short-Term Borrowings**

Citi supplements its primary sources of funding with short-term borrowings. Short-term borrowings generally include (i) secured funding transactions (securities loaned or sold under agreements to repurchase, or repos) and (ii) to a lesser extent, short-term borrowings consisting of commercial paper and borrowings from the FHLB and other market participants (see Note 17 to the Consolidated Financial Statements for further information on Citigroup's and its affiliates' outstanding short-term borrowings).

Outside of secured funding transactions, Citi's short-term borrowings decreased both year-over-year (27% decrease) and quarter-over-quarter (4% decrease), driven primarily by Citi's continued efforts to optimize its funding profile.

*Secured Funding*

Secured funding is primarily accessed through Citi's broker-dealer subsidiaries to efficiently fund both (i) secured lending activity and (ii) a portion of the securities inventory held in the context of market making and customer activities. Citi also executes a smaller portion of its secured funding transactions through its bank entities, which is typically collateralized by foreign government debt securities. Generally, daily changes in the level of Citi's secured funding are primarily due to fluctuations in secured lending activity in the matched book (as described below) and securities inventory.

Secured funding of $178 billion as of December 31, 2018 increased 14% from the prior year and 1% from the prior quarter. Excluding the impact of FX translation, secured funding increased 17% from the prior year and 2% from the prior quarter, both driven by normal business activity. Average balances for secured funding were $177 billion for the quarter ended December 31, 2018.

The portion of secured funding in the broker-dealer subsidiaries that funds secured lending is commonly referred to as "matched book" activity. The majority of this activity is secured by high-quality liquid securities such as U.S. Treasury securities, U.S. agency securities and foreign government debt securities. Other secured funding is secured by less-liquid securities, including equity securities, corporate bonds and asset-backed securities. The tenor of Citi's matched book liabilities is generally equal to or longer than the tenor of the corresponding matched book assets.

The remainder of the secured funding activity in the broker-dealer subsidiaries serves to fund securities inventory held in the context of market making and customer activities. To maintain reliable funding under a wide range of market conditions, including under periods of stress, Citi manages these activities by taking into consideration the quality of the underlying collateral and stipulating financing tenor. The weighted average maturity of Citi's secured funding of less-liquid securities inventory was greater than 110 days as of December 31, 2018.

Citi manages the risks in its secured funding by conducting daily stress tests to account for changes in capacity, tenors, haircut, collateral profile and client actions. Additionally, Citi maintains counterparty diversification by establishing concentration triggers and assessing counterparty reliability and stability under stress. Citi generally sources secured funding from more than 150 counterparties.

88

*Overall Short-Term Borrowings*

The following table contains the year-end, average and maximum month-end amounts for the following respective short-term borrowings categories at the end of each of the three prior years:

| | Federal funds purchased and securities sold under agreements to repurchase | | | Short-term borrowings[1] | | | | | |
| | | | | Commercial paper[2] | | | Other short-term borrowings[3] | | |
| In billions of dollars | 2018 | 2017 | 2016 | 2018 | 2017 | 2016 | 2018 | 2017 | 2016 |
|---|---|---|---|---|---|---|---|---|---|
| Amounts outstanding at year end | $ 177.8 | $ 156.3 | $ 141.8 | $ 13.2 | $ 9.9 | $ 10.0 | $ 19.1 | $ 34.5 | $ 20.7 |
| Average outstanding during the year[4][5] | 172.1 | 157.7 | 158.1 | 11.8 | 10.0 | 10.0 | 26.5 | 23.2 | 14.8 |
| Maximum month-end outstanding | 191.2 | 163.0 | 171.7 | 13.2 | 10.1 | 10.2 | 34.0 | 34.5 | 20.9 |
| **Weighted-average interest rate** | | | | | | | | | |
| During the year[4][5][6] | 2.84% | 1.69% | 1.21% | 2.19% | 1.27% | 0.80% | 4.17% | 2.81% | 2.32% |
| At year end[7] | | | | 1.95 | 1.28 | 0.79 | 2.99 | 1.62 | 1.39 |

(1)   Original maturities of less than one year.
(2)   Substantially all commercial paper outstanding was issued by certain Citibank entities for the periods presented.
(3)   Other short-term borrowings include borrowings from the FHLB and other market participants.
(4)   Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.
(5)   Average volumes of securities sold under agreements to repurchase are reported net pursuant to ASC 210-20-45; average rates exclude the impact of ASC 210-20-45.
(6)   Average rates reflect prevailing local interest rates, including inflationary effects and monetary correction in certain countries.
(7)   Based on contractual rates at respective year ends; non-interest-bearing accounts are excluded from the weighted average interest rate calculated at year end.

**Credit Ratings**

Citigroup's funding and liquidity, funding capacity, ability to access capital markets and other sources of funds, the cost of these funds and its ability to maintain certain deposits are partially dependent on its credit ratings.

The table below shows the ratings for Citigroup and Citibank as of December 31, 2018. While not included in the table below, the long- and short-term ratings of Citigroup Global Markets Holding Inc. (CGMHI) were BBB+/A-2 at Standard & Poor's and A/F1 at Fitch as of December 31, 2018.

| | Citigroup Inc. | | | Citibank, N.A. | | |
|---|---|---|---|---|---|---|
| **Ratings as of December 31, 2018** | **Senior debt** | **Commercial paper** | **Outlook** | **Long-term** | **Short-term** | **Outlook** |
| Fitch Ratings (Fitch) | A | F1 | Stable | A+ | F1 | Stable |
| Moody's Investors Service (Moody's) | Baa1 | P-2 | Under review | A1 | P-1 | Under review |
| Standard & Poor's (S&P) | BBB+ | A-2 | Stable | A+ | A-1 | Stable |

***Recent Credit Ratings Developments***

On November 29, 2018, Moody's placed the long-term ratings of Citigroup and Citibank, N.A. on "Review for Possible Upgrade." Over the course of the review period, Moody's will assess, among other things, Citi's ability to achieve its medium-term efficiency and profitability targets while maintaining strong governance and risk controls.

On February 21, 2019, Moody's upgraded the ratings for long-term debt, deposits and counterparty risk of Citigroup and certain of its subsidiaries, as well as the baseline credit assessment (BCA) of Citibank, N.A. In addition, Moody's affirmed all short-term ratings and assessments of Citigroup and those subsidiaries. The ratings outlook was changed to "Stable" from "Review for Possible Upgrade."

***Potential Impacts of Ratings Downgrades***

Ratings downgrades by Moody's, Fitch or S&P could negatively impact Citigroup's and/or Citibank's funding and liquidity due to reduced funding capacity, including derivative triggers, which could take the form of cash obligations and collateral requirements.

The following information is provided for the purpose of analyzing the potential funding and liquidity impact to Citigroup and Citibank of a hypothetical, simultaneous ratings downgrade across all three major rating agencies. This analysis is subject to certain estimates, estimation methodologies, judgments and uncertainties. Uncertainties include potential ratings limitations that certain entities may have with respect to permissible counterparties, as well as general subjective counterparty behavior. For example, certain corporate customers and markets counterparties could re-evaluate their business relationships with Citi and limit transactions in certain contracts or market instruments with Citi. Changes in counterparty behavior could impact Citi's funding and liquidity, as well as the results of operations of certain of its businesses. The actual impact to Citigroup or Citibank is unpredictable and may differ materially from the potential funding and liquidity impacts described below. For additional information on the impact of credit rating changes on Citi and its applicable subsidiaries, see "Risk Factors—Liquidity Risks" above.

*Citigroup Inc. and Citibank—Potential Derivative Triggers*

As of December 31, 2018, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citigroup Inc. across all three major rating agencies could impact Citigroup's funding and liquidity due to derivative triggers by approximately $0.2 billion, compared to $0.4 billion as of September 30, 2018. Other funding sources, such as secured financing transactions and other margin requirements, for which there are no explicit triggers, could also be adversely affected.

As of December 31, 2018, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citibank across all three major rating agencies could impact Citibank's funding and liquidity by approximately $0.5 billion, compared to $1.2 billion as of September 30, 2018.

In total, Citi estimates that a one-notch downgrade of Citigroup and Citibank, across all three major rating agencies, could result in increased aggregate cash obligations and collateral requirements of approximately $0.7 billion, compared to $1.6 billion as of September 30, 2018 (see also Note 22 to the Consolidated Financial Statements). As detailed under "High-Quality Liquid Assets" above, the liquidity resources that are eligible for inclusion in the calculation of Citi's consolidated HQLA were approximately $339 billion for Citibank and $65 billion for Citi's non-bank and other entities, for a total of approximately $404 billion as of December 31, 2018. These liquidity resources are available in part as a contingency for the potential events described above.

In addition, a broad range of mitigating actions are currently included in Citigroup's and Citibank's contingency funding plans. For Citigroup, these mitigating factors include, but are not limited to, accessing surplus funding capacity from existing clients, tailoring levels of secured lending and adjusting the size of select trading books and collateralized borrowings from certain Citibank subsidiaries. Mitigating actions available to Citibank include, but are not limited to,

90

selling or financing highly liquid government securities, tailoring levels of secured lending, adjusting the size of select trading assets, reducing loan originations and renewals, raising additional deposits or borrowing from the FHLB or central banks. Citi believes these mitigating actions could substantially reduce the funding and liquidity risk, if any, of the potential downgrades described above.

*Citibank—Additional Potential Impacts*

In addition to the above derivative triggers, Citi believes that a potential downgrade of Citibank's senior debt/long-term rating across any of the three major rating agencies could also have an adverse impact on the commercial paper/short-term rating of Citibank. As of December 31, 2018, Citibank had liquidity commitments of approximately $13.2 billion to consolidated asset-backed commercial paper conduits, compared to $12.1 billion as of September 30, 2018 (as referenced in Note 21 to the Consolidated Financial Statements).

In addition to the above-referenced liquidity resources of certain Citibank entities, Citibank could reduce the funding and liquidity risk, if any, of the potential downgrades described above through mitigating actions, including repricing or reducing certain commitments to commercial paper conduits. In the event of the potential downgrades described above, Citi believes that certain corporate customers could re-evaluate their deposit relationships with Citibank. This re-evaluation could result in clients adjusting their discretionary deposit levels or changing their depository institution, which could potentially reduce certain deposit levels at Citibank. However, Citi could choose to adjust pricing, offer alternative deposit products to its existing customers or seek to attract deposits from new customers, in addition to the mitigating actions referenced above.

91

# MARKET RISK

## Overview

Market risk is the potential for losses arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables such as interest rates, foreign exchange rates, equity prices, commodity prices and credit spreads, as well as their implied volatilities. Market risk emanates from both Citi's trading and non-trading portfolios. For additional information on market risk, see "Risk Factors" above.

Each business is required to establish, with approval from Citi's market risk management, a market risk limit framework for identified risk factors that clearly defines approved risk profiles and is within the parameters of Citi's overall risk appetite. These limits are monitored by the Risk organization, Citi's country and business Asset and Liability Committees and the Citigroup Asset and Liability Committee. In all cases, the businesses are ultimately responsible for the market risks taken and for remaining within their defined limits.

## Market Risk of Non-Trading Portfolios

Market risk from non-trading portfolios stems from the potential impact of changes in interest rates and foreign exchange rates on Citi's net interest revenues, the changes in *Accumulated other comprehensive income (loss)* (AOCI) from its debt securities portfolios and capital invested in foreign currencies.

## Net Interest Revenue at Risk

Net interest revenue, for interest rate exposure purposes, is the difference between the yield earned on the non-trading portfolio assets (including customer loans) and the rate paid on the liabilities (including customer deposits or company borrowings). Net interest revenue is affected by changes in the level of interest rates, as well as the amounts and mix of assets and liabilities, and the timing of contractual and assumed repricing of assets and liabilities to reflect market rates.

Citi's principal measure of risk to net interest revenue is interest rate exposure (IRE). IRE measures the change in expected net interest revenue in each currency resulting solely from unanticipated changes in forward interest rates.

Citi's estimated IRE incorporates various assumptions including prepayment rates on loans, customer behavior and the impact of pricing decisions. For example, in rising interest rate scenarios, portions of the deposit portfolio may be assumed to experience rate increases that are less than the change in market interest rates. In declining interest rate scenarios, it is assumed that mortgage portfolios experience higher prepayment rates. IRE assumes that businesses and/or Citi Treasury make no additional changes in balances or positioning in response to the unanticipated rate changes.

In order to manage changes in interest rates effectively, Citi may modify pricing on new customer loans and deposits, purchase fixed-rate securities, issue debt that is either fixed or floating or enter into derivative transactions that have the opposite risk exposures. Citi regularly assesses the viability of these and other strategies to reduce its interest rate risks and implements such strategies when it believes those actions are prudent.

Citi manages interest rate risk as a consolidated Company-wide position. Citi's client-facing businesses create interest rate sensitive positions, including loans and deposits, as part of their ongoing activities. Citi Treasury aggregates these risk positions and manages them centrally. Operating within established limits, Citi Treasury makes positioning decisions and uses tools, such as Citi's investment securities portfolio, company-issued debt and interest rate derivatives, to target the desired risk profile. Changes in Citi's interest rate risk position reflect the accumulated changes in all non-trading assets and liabilities, with potentially large and offsetting impacts, as well as in Citi Treasury's positioning decisions.

Citigroup employs additional measurements, including stress testing the impact of non-linear interest rate movements on the value of the balance sheet; the analysis of portfolio duration and volatility, particularly as they relate to mortgage loans and mortgage-backed securities, and the potential impact of the change in the spread between different market indices.

## Interest Rate Risk of Investment Portfolios—Impact on AOCI

Citi also measures the potential impacts of changes in interest rates on the value of its AOCI, which can in turn impact Citi's common equity and tangible common equity. This will impact Citi's Common Equity Tier 1 and other regulatory capital ratios. Citi's goal is to benefit from an increase in the market level of interest rates, while limiting the impact of changes in AOCI on its regulatory capital position.

AOCI at risk is managed as part of the Company-wide interest rate risk position. AOCI at risk considers potential changes in AOCI (and the corresponding impact on the Common Equity Tier 1 Capital ratio) relative to Citi's capital generation capacity.

92

The following table shows the estimated impact to Citi's net interest revenue, AOCI and the Common Equity Tier 1 Capital ratio, each assuming an unanticipated parallel instantaneous 100 bps increase in interest rates:

| In millions of dollars, except as otherwise noted | | Dec. 31, 2018 | | Sept. 30, 2018 | | Dec. 31, 2017 |
|---|---|---|---|---|---|---|
| **Estimated annualized impact to net interest revenue** | | | | | | |
| U.S. dollar[1] | $ | 758 | $ | 879 | $ | 1,471 |
| All other currencies | | 661 | | 649 | | 598 |
| Total | $ | 1,419 | $ | 1,528 | $ | 2,069 |
| As a percentage of average interest-earning assets | | 0.08% | | 0.09% | | 0.12% |
| Estimated initial impact to AOCI (after-tax)[2][3] | $ | (3,920) | $ | (4,597) | $ | (4,853) |
| Estimated initial impact on Common Equity Tier 1 Capital ratio (bps)[3] | | (28) | | (31) | | (35) |

(1)    Certain trading-oriented businesses within Citi have accrual-accounted positions that are excluded from the estimated impact to net interest revenue in the table, since these exposures are managed economically in combination with mark-to-market positions. The U.S. dollar interest rate exposure associated with these businesses was $(242) million for a 100 bps instantaneous increase in interest rates as of December 31, 2018.
(2)    Includes the effect of changes in interest rates on AOCI related to investment securities, cash flow hedges and pension liability adjustments.
(3)    Results as of December 31, 2017 reflect the impact of Tax Reform, including the lower expected effective tax rate and the impact to Citi's DTA position.

The 2018 decrease in the estimated impact to net interest revenue primarily reflected changes in Citi's balance sheet composition, including increased sensitivity in deposits combined with loan growth, and Citi Treasury positioning. The 2018 changes in the estimated impact to AOCI and the Common Equity Tier 1 Capital ratio primarily reflected the impact of the composition of Citi Treasury's investment and derivatives portfolio.

In the event of an unanticipated parallel instantaneous 100 bps increase in interest rates, Citi expects that the negative impact to AOCI would be offset in shareholders' equity through the combination of expected incremental net interest revenue and the expected recovery of the impact on AOCI through accretion of Citi's investment portfolio over a period of time. As of December 31, 2018, Citi expects that the negative $3.9 billion impact to AOCI in such a scenario could potentially be offset over approximately 18 months.

The following table shows the estimated impact to Citi's net interest revenue, AOCI and the Common Equity Tier 1 Capital ratio under four different changes in interest rate scenarios for the U.S. dollar and Citi's other currencies.

| In millions of dollars, except as otherwise noted | | Scenario 1 | | Scenario 2 | | Scenario 3 | | Scenario 4 |
|---|---|---|---|---|---|---|---|---|
| Overnight rate change (bps) | | 100 | | 100 | | — | | — |
| 10-year rate change (bps) | | 100 | | — | | 100 | | (100) |
| **Estimated annualized impact to net interest revenue** | | | | | | | | |
| U.S. dollar | $ | 758 | $ | 755 | $ | 40 | $ | (52) |
| All other currencies | | 661 | | 585 | | 37 | | (36) |
| Total | $ | 1,419 | $ | 1,340 | $ | 77 | $ | (88) |
| Estimated initial impact to AOCI (after-tax)[1] | $ | (3,920) | $ | (2,405) | $ | (1,746) | $ | 1,252 |
| Estimated initial impact to Common Equity Tier 1 Capital ratio (bps) | | (28) | | (16) | | (14) | | 9 |

Note: Each scenario assumes that the rate change will occur instantaneously. Changes in interest rates for maturities between the overnight rate and the 10-year rate are interpolated.
(1)    Includes the effect of changes in interest rates on AOCI related to investment securities, cash flow hedges and pension liability adjustments.

As shown in the table above, the magnitude of the impact to Citi's net interest revenue and AOCI is greater under scenario 2 as compared to scenario 3. This is because the combination of changes to Citi's investment portfolio, partially offset by changes related to Citi's pension liabilities, results in a net position that is more sensitive to rates at shorter- and intermediate-term maturities.

*Changes in Foreign Exchange Rates—Impacts on AOCI and Capital*

As of December 31, 2018, Citi estimates that an unanticipated parallel instantaneous 5% appreciation of the U.S. dollar against all of the other currencies in which Citi has invested capital could reduce Citi's tangible common equity (TCE) by approximately $1.4 billion, or 1.0%, as a result of changes to Citi's foreign currency translation adjustment in AOCI, net of hedges. This impact would be primarily due to changes in the value of the Mexican peso, the Euro and the Australian dollar.

This impact is also before any mitigating actions Citi may take, including ongoing management of its foreign currency translation exposure. Specifically, as currency movements change the value of Citi's net investments in foreign currency-denominated capital, these movements also change the value of Citi's risk-weighted assets denominated in those currencies. This, coupled with Citi's foreign currency hedging strategies, such as foreign currency borrowings, foreign currency forwards and other currency hedging instruments, lessens the impact of foreign currency movements on Citi's Common Equity Tier 1 Capital ratio. Changes in these hedging strategies, as well as hedging costs, divestitures and tax impacts, can further affect the actual impact of changes in foreign exchange rates on Citi's capital as compared to an unanticipated parallel shock, as described above.

The effect of Citi's ongoing management strategies with respect to changes in foreign exchange rates and the impact of these changes on Citi's TCE and Common Equity Tier 1 Capital ratio are shown in the table below. For additional information on the changes in AOCI, see Note 19 to the Consolidated Financial Statements.

| | For the quarter ended | | |
|---|---|---|---|
| *In millions of dollars, except as otherwise noted* | **Dec. 31, 2018** | Sept. 30, 2018 | Dec. 31, 2017 |
| Change in FX spot rate[1] | **(1.6)%** | (0.2)% | (1.2)% |
| Change in TCE due to FX translation, net of hedges | $   **(491)** | $   (354) | $   (498) |
| As a percentage of TCE | **(0.3)%** | (0.2)% | (0.3)% |
| Estimated impact to Common Equity Tier 1 Capital ratio (on a fully implemented basis) due to changes in FX translation, net of hedges (bps) | **(1)** | — | (5) |

(1) FX spot rate change is a weighted average based upon Citi's quarterly average GAAP capital exposure to foreign countries.

94

**Interest Revenue/Expense and Net Interest Margin**



| In millions of dollars, except as otherwise noted | 2018 | 2017 | 2016 | Change 2018 vs. 2017 | | Change 2017 vs. 2016 | |
|---|---|---|---|---|---|---|---|
| Interest revenue[1] | $ 71,082 | $ 62,075 | $ 58,450 | 15% | | 6 % | |
| Interest expense[2] | 24,266 | 16,518 | 12,512 | 47 | | 32 | |
| Net interest revenue | $ 46,816 | $ 45,557 | $ 45,938 | 3% | | (1)% | |
| Interest revenue—average rate | 4.08% | 3.71% | 3.67% | 37 | bps | 4 | bps |
| Interest expense—average rate | 1.77 | 1.28 | 1.03 | 49 | bps | 25 | bps |
| Net interest margin[3] | 2.69 | 2.73 | 2.88 | (4) | bps | (15) | bps |
| **Interest rate benchmarks** | | | | | | | |
| Two-year U.S. Treasury note—average rate | 2.53% | 1.40% | 0.83% | 113 | bps | 57 | bps |
| 10-year U.S. Treasury note—average rate | 2.91 | 2.33 | 1.83 | 58 | bps | 50 | bps |
| 10-year vs. two-year spread | 38 | bps | 93 | bps | 100 | bps | |

Note: All interest expense amounts include FDIC insurance assessments, as well as similar deposit insurance assessments outside of the U.S. As of the fourth quarter of 2018, Citi's FDIC surcharge was eliminated (approximately $130 million per quarter).

(1)  *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2018 and 35% in 2017 and 2016) of $254 million, $496 million and $462 million for 2018, 2017 and 2016, respectively.

(2)  Interest expense associated with certain hybrid financial instruments, which are classified as *Long-term debt* and accounted for at fair value, is reported together with any changes in fair value as part of *Principal transactions* in the Consolidated Statements of Income and is therefore not reflected in *Interest expense* in the table above.

(3)  Citi's net interest margin (NIM) is calculated by dividing net interest revenue by average interest-earning assets.

Citi's net interest revenue in the fourth quarter of 2018 increased 5% to $11.9 billion ($12.0 billion on a taxable equivalent basis) versus the prior-year period. Excluding the impact of FX translation, net interest revenue increased 8%, or approximately $0.9 billion. This increase was primarily due to higher net interest revenue ($11.7 billion, up approximately 14% or $1.4 billion) from Citi's core accrual activities, which is mainly generated by its deposit and lending businesses. The increase in core accrual net interest revenue was partially offset by lower trading-related net interest revenue ($0.1 billion, down approximately 83% or $0.4 billion), largely due to higher wholesale funding costs, and lower net interest revenue associated with the wind-down of legacy assets in *Corporate/Other* ($0.1 billion, down approximately 45% or

$0.1 billion). The increase in core accrual net interest revenue was mainly driven by the deployment of cash into better yielding assets, including loans, an improved loan mix and higher interest rates, as well as the impact of elimination of the FDIC surcharge. As previously disclosed, in 2016, the FDIC commenced imposing a surcharge on depository institutions, including Citibank, to increase the deposit insurance fund reserve ratio until it reached 1.35%, which occurred as of the end of the third quarter of 2018.

Citi's net interest revenue for the full year increased 3% to $46.6 billion ($46.8 billion on a taxable equivalent basis) versus the prior year. Excluding the impact of FX translation, Citi's net interest revenue increased by approximately $2.0 billion, as higher core accrual net interest revenue

(approximately $44.1 billion, up 10% or $4.1 billion) was offset by lower trading-related net interest revenue (approximately $1.0 billion, down 62% or $1.7 billion), largely driven by higher wholesale funding costs, and lower net interest revenue associated with legacy assets in *Corporate/Other* (approximately $0.8 billion, down 38% or $0.5 billion). The increase in core accrual net interest revenue was primarily due to loan growth, an improved loan mix, and higher interest rates.

Citi's NIM was 2.71% on a taxable equivalent basis in the fourth quarter of 2018, an increase of 1 basis point (bp) from the third quarter of 2018, driven primarily by the increase in core accrual net interest revenue, and the impact of the elimination of the FDIC surcharge, partially offset by lower trading-related NIM. Citi's core accrual NIM was 3.72%, an increase of 12 bps from the third quarter of 2018, primarily driven by the deployment of cash into better yielding assets, including loans, an improved loan mix and higher interest rates, as well as the impact of elimination of the FDIC surcharge. On a full-year basis, Citi's NIM was 2.69% on a taxable equivalent basis, compared to 2.73% in 2017, a decrease of 4 bps. Citi's full-year core accrual NIM was 3.61%, an increase of 13 bps from the prior year, primarily driven by loan growth, an improved loan mix and higher interest rates. (Citi's core accrual net interest revenue and core accrual NIM are non-GAAP financial measures. Citi believes the presentation of its net interest revenue and NIM on a core accrual basis provides a meaningful depiction for investors of the underlying fundamentals of its businesses).

**Additional Interest Rate Details**

*Average Balances and Interest Rates—Assets*[(1)(2)(3)]

**Taxable Equivalent Basis**

| In millions of dollars, except rates | Average volume | | | Interest revenue | | | % Average rate | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2018** | 2017 | 2016 | **2018** | 2017 | 2016 | **2018** | 2017 | 2016 |
| **Assets** | | | | | | | | | |
| **Deposits with banks**[(4)] | $ **177,294** $ | 169,385 $ | 131,925 | $ **2,203** $ | 1,635 $ | 971 | **1.24%** | 0.97% | 0.74% |
| **Federal funds sold and securities borrowed or purchased under agreements to resell**[(5)] | | | | | | | | | |
| In U.S. offices | $ **149,879** $ | 141,308 $ | 147,940 | $ **3,818** $ | 1,922 $ | 1,483 | **2.55%** | 1.36% | 1.00% |
| In offices outside the U.S.[(4)] | **117,695** | 106,606 | 85,142 | **1,674** | 1,327 | 1,060 | **1.42** | 1.24 | 1.24 |
| Total | $ **267,574** $ | 247,914 $ | 233,082 | $ **5,492** $ | 3,249 $ | 2,543 | **2.05%** | 1.31% | 1.09% |
| **Trading account assets**[(6)(7)] | | | | | | | | | |
| In U.S. offices | $ **94,065** $ | 99,755 $ | 105,774 | $ **3,706** $ | 3,531 $ | 3,791 | **3.94%** | 3.54% | 3.58% |
| In offices outside the U.S.[(4)] | **115,601** | 104,197 | 98,832 | **2,615** | 2,117 | 2,095 | **2.26** | 2.03 | 2.12 |
| Total | $ **209,666** $ | 203,952 $ | 204,606 | $ **6,321** $ | 5,648 $ | 5,886 | **3.01%** | 2.77% | 2.88% |
| **Investments** | | | | | | | | | |
| In U.S. offices | | | | | | | | | |
| Taxable | $ **228,686** $ | 226,227 $ | 225,764 | $ **5,331** $ | 4,450 $ | 3,980 | **2.33%** | 1.97% | 1.76% |
| Exempt from U.S. income tax | **17,199** | 18,152 | 19,079 | **706** | 775 | 693 | **4.10** | 4.27 | 3.63 |
| In offices outside the U.S.[(4)] | **104,033** | 106,040 | 106,159 | **3,600** | 3,309 | 3,157 | **3.46** | 3.12 | 2.97 |
| Total | $ **349,918** $ | 350,419 $ | 351,002 | $ **9,637** $ | 8,534 $ | 7,830 | **2.75%** | 2.44% | 2.23% |
| **Loans (net of unearned income)**[(8)] | | | | | | | | | |
| In U.S. offices | $ **385,350** $ | 371,711 $ | 360,751 | $ **28,627** $ | 25,944 $ | 24,240 | **7.43%** | 6.98% | 6.72% |
| In offices outside the U.S.[(4)] | **285,505** | 267,774 | 262,715 | **17,129** | 15,904 | 15,951 | **6.00** | 5.94 | 6.07 |
| Total | $ **670,855** $ | 639,485 $ | 623,466 | $ **45,756** $ | 41,848 $ | 40,191 | **6.82%** | 6.54% | 6.45% |
| **Other interest-earning assets**[(9)] | $ **67,269** $ | 60,626 $ | 50,003 | $ **1,673** $ | 1,161 $ | 1,029 | **2.49%** | 1.92% | 2.06% |
| Total interest-earning assets | $ **1,742,576** $ | 1,671,781 $ | 1,594,084 | $ **71,082** $ | 62,075 $ | 58,450 | **4.08%** | 3.71% | 3.67% |
| Non-interest-earning assets[(6)] | $ **177,654** $ | 203,657 $ | 214,641 | | | | | | |
| **Total assets** | $ **1,920,230** $ | 1,875,438 $ | 1,808,725 | | | | | | |

(1)   *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2018 and 35% in 2017 and 2016) of $254 million, $496 million and $462 million for 2018, 2017 and 2016, respectively.
(2)   Interest rates and amounts include the effects of risk management activities associated with the respective asset categories.
(3)   Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.
(4)   Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(5)   Average volumes of securities borrowed or purchased under agreements to resell are reported net pursuant to ASC 210-20-45. However, *Interest revenue* excludes the impact of ASC 210-20-45.
(6)   The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.
(7)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(8)   Includes cash-basis loans.
(9)   Includes brokerage receivables.

*Average Balances and Interest Rates—Liabilities and Equity, and Net Interest Revenue*[(1)(2)(3)]

**Taxable Equivalent Basis**

| | Average volume | | | Interest expense | | | % Average rate | | |
|---|---|---|---|---|---|---|---|---|---|
| *In millions of dollars, except rates* | **2018** | 2017 | 2016 | **2018** | 2017 | 2016 | **2018** | 2017 | 2016 |
| **Liabilities** | | | | | | | | | |
| **Deposits** | | | | | | | | | |
| In U.S. offices[(4)] | $ **338,060** $ | 313,094 $ | 288,817 | $ **4,500** $ | 2,530 $ | 1,630 | **1.33%** | 0.81% | 0.56% |
| In offices outside the U.S.[(5)] | **453,793** | 436,949 | 429,608 | **5,116** | 4,057 | 3,670 | **1.13** | 0.93 | 0.85 |
| Total | $ **791,853** $ | 750,043 $ | 718,425 | $ **9,616** $ | 6,587 $ | 5,300 | **1.21%** | 0.88% | 0.74% |
| **Federal funds purchased and securities loaned or sold under agreements to repurchase**[(6)] | | | | | | | | | |
| In U.S. offices | $ **102,843** $ | 96,258 $ | 100,472 | $ **3,320** $ | 1,574 $ | 1,024 | **3.23%** | 1.64% | 1.02% |
| In offices outside the U.S.[(5)] | **69,264** | 61,434 | 57,588 | **1,569** | 1,087 | 888 | **2.27** | 1.77 | 1.54 |
| Total | $ **172,107** $ | 157,692 $ | 158,060 | $ **4,889** $ | 2,661 $ | 1,912 | **2.84%** | 1.69% | 1.21% |
| **Trading account liabilities**[(7)(8)] | | | | | | | | | |
| In U.S. offices | $ **37,305** $ | 33,399 $ | 29,481 | $ **612** $ | 380 $ | 242 | **1.64%** | 1.14% | 0.82% |
| In offices outside the U.S.[(5)] | **58,919** | 57,149 | 44,669 | **389** | 258 | 168 | **0.66** | 0.45 | 0.38 |
| Total | $ **96,224** $ | 90,548 $ | 74,150 | $ **1,001** $ | 638 $ | 410 | **1.04%** | 0.70% | 0.55% |
| **Short-term borrowings**[(9)] | | | | | | | | | |
| In U.S. offices | $ **85,009** $ | 74,825 $ | 61,015 | $ **1,885** $ | 684 $ | 203 | **2.22%** | 0.91% | 0.33% |
| In offices outside the U.S.[(5)] | **23,402** | 22,837 | 19,184 | **324** | 375 | 274 | **1.38** | 1.64 | 1.43 |
| Total | $ **108,411** $ | 97,662 $ | 80,199 | $ **2,209** $ | 1,059 $ | 477 | **2.04%** | 1.08% | 0.59% |
| **Long-term debt**[(10)] | | | | | | | | | |
| In U.S. offices | $ **197,933** $ | 192,079 $ | 175,342 | $ **6,386** $ | 5,382 $ | 4,180 | **3.23%** | 2.80% | 2.38% |
| In offices outside the U.S.[(5)] | **4,895** | 4,615 | 6,426 | **165** | 191 | 233 | **3.37** | 4.14 | 3.63 |
| Total | $ **202,828** $ | 196,694 $ | 181,768 | $ **6,551** $ | 5,573 $ | 4,413 | **3.23%** | 2.83% | 2.43% |
| **Total interest-bearing liabilities** | $ **1,371,423** $ | 1,292,639 $ | 1,212,602 | $ **24,266** $ | 16,518 $ | 12,512 | **1.77%** | 1.28% | 1.03% |
| Demand deposits in U.S. offices | $ **33,398** $ | 37,824 $ | 38,120 | | | | | | |
| Other non-interest-bearing liabilities[(7)] | **315,862** | 316,129 | 328,538 | | | | | | |
| **Total liabilities** | $ **1,720,683** $ | 1,646,592 $ | 1,579,260 | | | | | | |
| **Citigroup stockholders' equity** | $ **198,681** $ | 227,849 $ | 228,346 | | | | | | |
| Noncontrolling interests | **866** | 997 | 1,119 | | | | | | |
| **Total equity** | $ **199,547** $ | 228,846 $ | 229,465 | | | | | | |
| **Total liabilities and stockholders' equity** | $ **1,920,230** $ | 1,875,438 $ | 1,808,725 | | | | | | |
| **Net interest revenue as a percentage of average interest-earning assets**[(11)] | | | | | | | | | |
| In U.S. offices | $ **992,543** $ | 970,439 $ | 944,891 | $ **28,157** $ | 27,551 $ | 27,929 | **2.84%** | 2.84% | 2.96% |
| In offices outside the U.S.[(5)] | **750,033** | 701,342 | 649,193 | **18,659** | 18,006 | 18,009 | **2.49** | 2.57 | 2.77 |
| Total | $ **1,742,576** $ | 1,671,781 $ | 1,594,084 | $ **46,816** $ | 45,557 $ | 45,938 | **2.69%** | 2.73% | 2.88% |

(1) *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2018 and 35% in 2017 and 2016) of $254 million, $496 million and $462 million for 2018, 2017 and 2016, respectively.
(2) Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.
(3) Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.
(4) Consists of other time deposits and savings deposits. Savings deposits are made up of insured money market accounts, NOW accounts and other savings deposits. The interest expense on savings deposits includes FDIC deposit insurance assessments.
(5) Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(6) Average volumes of securities sold under agreements to repurchase are reported net pursuant to ASC 210-20-45. However, *Interest expense* excludes the impact of ASC 210-20-45.
(7) The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.

(8)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(9)   Includes brokerage payables.
(10)  Excludes hybrid financial instruments and beneficial interests in consolidated VIEs that are classified as *Long-term debt*, as the changes in fair value for these obligations are recorded in *Principal transactions*.
(11)  Includes allocations for capital and funding costs based on the location of the asset.

## Analysis of Changes in Interest Revenue[(1)(2)(3)]

### Taxable Equivalent Basis

| In millions of dollars | 2018 vs. 2017 Increase (decrease) due to change in: | | | 2017 vs. 2016 Increase (decrease) due to change in: | | |
|---|---|---|---|---|---|---|
| | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
| **Deposits with banks[(4)]** | $ 79 | $ 489 | $ 568 | $ 317 | $ 347 | $ 664 |
| **Federal funds sold and securities borrowed or purchased under agreements to resell** | | | | | | |
| In U.S. offices | $ 123 | $ 1,773 | $ 1,896 | $ (69) | $ 508 | $ 439 |
| In offices outside the U.S.[(4)] | 146 | 201 | 347 | 267 | — | 267 |
| Total | $ 269 | $ 1,974 | $ 2,243 | $ 198 | $ 508 | $ 706 |
| **Trading account assets[(5)]** | | | | | | |
| In U.S. offices | $ (209) | $ 384 | $ 175 | $ (214) | $ (46) | $ (260) |
| In offices outside the U.S.[(4)] | 245 | 253 | 498 | 111 | (89) | 22 |
| Total | $ 36 | $ 637 | $ 673 | $ (103) | $ (135) | $ (238) |
| **Investments[(1)]** | | | | | | |
| In U.S. offices | $ 32 | $ 780 | $ 812 | $ (9) | $ 561 | $ 552 |
| In offices outside the U.S.[(4)] | (64) | 355 | 291 | (4) | 156 | 152 |
| Total | $ (32) | $ 1,135 | $ 1,103 | $ (13) | $ 717 | $ 704 |
| **Loans (net of unearned income)[(6)]** | | | | | | |
| In U.S. offices | $ 974 | $ 1,709 | $ 2,683 | $ 749 | $ 955 | $ 1,704 |
| In offices outside the U.S.[(4)] | 1,062 | 163 | 1,225 | 304 | (351) | (47) |
| Total | $ 2,036 | $ 1,872 | $ 3,908 | $ 1,053 | $ 604 | $ 1,657 |
| **Other interest-earning assets[(7)]** | $ 137 | $ 375 | $ 512 | $ 207 | $ (75) | $ 132 |
| **Total interest revenue** | $ 2,525 | $ 6,482 | $ 9,007 | $ 1,659 | $ 1,966 | $ 3,625 |

(1)   The taxable equivalent adjustment is related to the tax-exempt bond portfolio based on the U.S. federal statutory tax rates of 21% in 2018 and 35% in 2017 and 2016, and is included in this presentation.
(2)   Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.
(3)   Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.
(4)   Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(5)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(6)   Includes cash-basis loans.
(7)   Includes brokerage receivables.

*Analysis of Changes in Interest Expense and Net Interest Revenue*[1][2][3]

**Taxable Equivalent Basis**

| In millions of dollars | 2018 vs. 2017 Increase (decrease) due to change in: | | | 2017 vs. 2016 Increase (decrease) due to change in: | | |
|---|---|---|---|---|---|---|
| | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
| **Deposits** | | | | | | |
| In U.S. offices | $ 216 | $ 1,754 | $ 1,970 | $ 147 | $ 753 | $ 900 |
| In offices outside the U.S.[4] | 162 | 897 | 1,059 | 64 | 323 | 387 |
| Total | $ 378 | $ 2,651 | $ 3,029 | $ 211 | $ 1,076 | $ 1,287 |
| **Federal funds purchased and securities loaned or sold under agreements to repurchase** | | | | | | |
| In U.S. offices | $ 115 | $ 1,631 | $ 1,746 | $ (45) | $ 595 | $ 550 |
| In offices outside the U.S.[4] | 151 | 331 | 482 | 62 | 137 | 199 |
| Total | $ 266 | $ 1,962 | $ 2,228 | $ 17 | $ 732 | $ 749 |
| **Trading account liabilities[5]** | | | | | | |
| In U.S. offices | $ 49 | $ 183 | $ 232 | $ 35 | $ 103 | $ 138 |
| In offices outside the U.S.[4] | 8 | 123 | 131 | 52 | 38 | 90 |
| Total | $ 57 | $ 306 | $ 363 | $ 87 | $ 141 | $ 228 |
| **Short-term borrowings[6]** | | | | | | |
| In U.S. offices | $ 105 | $ 1,096 | $ 1,201 | $ 55 | $ 426 | $ 481 |
| In offices outside the U.S.[4] | 9 | (60) | (51) | 57 | 44 | 101 |
| Total | $ 114 | $ 1,036 | $ 1,150 | $ 112 | $ 470 | $ 582 |
| **Long-term debt** | | | | | | |
| In U.S. offices | $ 168 | $ 836 | $ 1,004 | $ 424 | $ 778 | $ 1,202 |
| In offices outside the U.S.[4] | 11 | (37) | (26) | (72) | 30 | (42) |
| Total | $ 179 | $ 799 | $ 978 | $ 352 | $ 808 | $ 1,160 |
| **Total interest expense** | $ 994 | $ 6,754 | $ 7,748 | $ 779 | $ 3,227 | $ 4,006 |
| **Net interest revenue** | $ 1,531 | $ (272) | $ 1,259 | $ 880 | $ (1,261) | $ (381) |

(1)   The taxable equivalent adjustment is related to the tax-exempt bond portfolio based on the U.S. federal statutory tax rate of 21% in 2018 and 35% in 2017 and 2016, and is included in this presentation.

(2)   Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.

(3)   Detailed average volume, *Interest revenue* and *Interest expense* exclude *Discontinued operations*. See Note 2 to the Consolidated Financial Statements.

(4)   Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(5)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.

(6)   Includes brokerage payables.

**Market Risk of Trading Portfolios**

Trading portfolios include positions resulting from market making activities, hedges of certain available-for-sale (AFS) debt securities, the CVA relating to derivative counterparties and all associated hedges, fair value option loans, hedges to the loan portfolio within capital markets origination within *ICG*.

The market risk of Citi's trading portfolios is monitored using a combination of quantitative and qualitative measures, including, but not limited to:

- factor sensitivities;
- value at risk (VAR); and
- stress testing.

Each trading portfolio across Citi's businesses has its own market risk limit framework encompassing these measures and other controls, including trading mandates, new product approval, permitted product lists, and pre-trade approval for larger, more complex and less liquid transactions.

The following chart of total daily trading-related revenue (loss) captures trading volatility and shows the number of days in which revenues for Citi's trading businesses fell within particular ranges. Trading-related revenue includes trading, net interest and other revenue associated with Citi's trading businesses. It excludes DVA, FVA and CVA adjustments incurred due to changes in the credit quality of counterparties, as well as any associated hedges to that CVA. In addition, it excludes fees and other revenue associated with capital markets origination activities. Trading-related revenues are driven by both customer flows and the changes in valuation of the trading inventory. As shown in the chart, positive trading-related revenue was achieved for 98.1% of the trading days in 2018.

**Daily Trading-Related Revenue (Loss)**[1]**— Twelve Months ended December 31, 2018**
*In millions of dollars*



(1)   Reflects the effects of asymmetrical accounting for economic hedges of certain AFS debt securities. Specifically, the change in the fair value of hedging derivatives is included in Trading-related revenue, while the offsetting change in the fair value of hedged AFS debt securities is included in AOCI and not reflected above.

**Factor Sensitivities**

Factor sensitivities are expressed as the change in the value of a position for a defined change in a market risk factor, such as a change in the value of a U.S. Treasury bill for a one-basis-point change in interest rates. Citi's market risk management, within the Risk organization, works to ensure that factor sensitivities are calculated, monitored and limited for all material risks taken in the trading portfolios.

**Value at Risk (VAR)**

VAR estimates, at a 99% confidence level, the potential decline in the value of a position or a portfolio under normal market conditions assuming a one-day holding period. VAR statistics, which are based on historical data, can be materially different across firms due to differences in portfolio composition, differences in VAR methodologies and differences in model parameters. As a result, Citi believes VAR statistics can be used more effectively as indicators of trends in risk-taking within a firm, rather than as a basis for inferring differences in risk-taking across firms.

Citi uses a single, independently approved Monte Carlo simulation VAR model (see "VAR Model Review and Validation" below), which has been designed to capture material risk sensitivities (such as first- and second-order sensitivities of positions to changes in market prices) of various asset classes/risk types (such as interest rate, credit spread, foreign exchange, equity and commodity risks). Citi's VAR includes positions which are measured at fair value; it does not include investment securities classified as AFS or

HTM. For information on these securities, see Note 13 to the Consolidated Financial Statements.

Citi believes its VAR model is conservatively calibrated to incorporate fat-tail scaling and the greater of short-term (approximately the most recent month) and long-term (three years) market volatility. The Monte Carlo simulation involves approximately 450,000 market factors, making use of approximately 350,000 time series, with sensitivities updated daily, volatility parameters updated intra-month and correlation parameters updated monthly. The conservative features of the VAR calibration contribute an approximate 20% add-on to what would be a VAR estimated under the assumption of stable and perfectly, normally distributed markets.

As shown in the table below, Citi's average trading VAR modestly decreased in 2018 compared to the prior year, mainly due to a minor reduction in average credit spreads, partially offset by a minor increase in interest rate exposure within *ICG*. Additionally, among secondary factors with limited contribution to Citi's average VAR, equity risk increased mainly due to exposure changes in the Equities business, partially offset by a modest decrease in commodity exposures within *ICG*. The decrease in Citi's average trading and credit portfolio VAR from 2018 was in line with the decrease in average trading VAR, as the average incremental impact of the credit portfolio was unchanged.

**Year-end and Average Trading VAR and Trading and Credit Portfolio VAR**

| In millions of dollars | | December 31, 2018 | | 2018 Average | | December 31, 2017 | | 2017 Average |
|---|---|---|---|---|---|---|---|---|
| Interest rate | $ | 48 | $ | 60 | $ | 69 | $ | 58 |
| Credit spread | | 55 | | 47 | | 54 | | 48 |
| Covariance adjustment[1] | | (23) | | (24) | | (25) | | (20) |
| Fully diversified interest rate and credit spread[2] | $ | 80 | $ | 83 | $ | 98 | $ | 86 |
| Foreign exchange | | 18 | | 25 | | 25 | | 25 |
| Equity | | 25 | | 22 | | 17 | | 15 |
| Commodity | | 23 | | 19 | | 17 | | 22 |
| Covariance adjustment[1] | | (66) | | (67) | | (63) | | (64) |
| **Total trading VAR—all market risk factors, including general and specific risk (excluding credit portfolios)[2]** | $ | 80 | $ | 82 | $ | 94 | $ | 84 |
| Specific risk-only component[3] | $ | 4 | $ | 4 | $ | — | $ | 1 |
| Total trading VAR—general market risk factors only (excluding credit portfolios) | $ | 76 | $ | 78 | $ | 94 | $ | 83 |
| Incremental impact of the credit portfolio[4] | $ | 18 | $ | 10 | $ | 11 | $ | 10 |
| **Total trading and credit portfolio VAR** | $ | 98 | $ | 92 | $ | 105 | $ | 94 |

(1) Covariance adjustment (also known as diversification benefit) equals the difference between the total VAR and the sum of the VARs tied to each individual risk type. The benefit reflects the fact that the risks within each and across risk types are not perfectly correlated and, consequently, the total VAR on a given day will be lower than the sum of the VARs relating to each individual risk type. The determination of the primary drivers of changes to the covariance adjustment is made by an examination of the impact of both model parameter and position changes.

(2) The total trading VAR includes mark-to-market and certain fair value option trading positions in *ICG*, with the exception of hedges to the loan portfolio, fair value option loans and all CVA exposures. Available-for-sale and accrual exposures are not included.

(3) The specific risk-only component represents the level of equity and fixed income issuer-specific risk embedded in VAR.

(4) The credit portfolio is composed of mark-to-market positions associated with non-trading business units, the CVA relating to derivative counterparties and all associated CVA hedges. FVA and DVA are not included. The credit portfolio also includes hedges to the loan portfolio, fair value option loans and hedges within capital markets origination in *ICG*.

The table below provides the range of market factor VARs associated with Citi's total trading VAR, inclusive of specific risk:

| | | 2018 | | | 2017 | |
|---|---|---|---|---|---|---|
| In millions of dollars | | Low | High | Low | | High |
| Interest rate | $ | 34 $ | 89 | $ | 29 $ | 97 |
| Credit spread | | 38 | 64 | | 38 | 63 |
| Fully diversified interest rate and credit spread | $ | 59 $ | 118 | $ | 59 $ | 109 |
| Foreign exchange | | 13 | 44 | | 16 | 49 |
| Equity | | 15 | 33 | | 6 | 27 |
| Commodity | | 13 | 27 | | 13 | 31 |
| Total trading | $ | 56 $ | 120 | $ | 58 $ | 116 |
| Total trading and credit portfolio | | 66 | 124 | | 67 | 123 |

Note: No covariance adjustment can be inferred as the high and low for each market factor will be from different close-of-business dates.

The following table provides the VAR for *ICG*, excluding the CVA relating to derivative counterparties, hedges of CVA, fair value option loans and hedges to the loan portfolio:

| In millions of dollars | | Dec. 31, 2018 |
|---|---|---|
| **Total—all market risk factors, including general and specific risk** | $ | 79 |
| Average—during year | $ | 81 |
| High—during year | | 120 |
| Low—during year | | 55 |

*VAR Model Review and Validation*
Generally, Citi's VAR review and model validation process entails reviewing the model framework, major assumptions and implementation of the mathematical algorithm. In addition, as part of the model validation process, product specific back-testing on portfolios is periodically completed and reviewed with Citi's U.S. banking regulators. Furthermore, Regulatory VAR back-testing (as described below) is performed against buy-and-hold profit and loss on a monthly basis for multiple sub-portfolios across the organization (trading desk level, *ICG* business segment and Citigroup) and the results are shared with U.S. banking regulators.

Significant VAR model and assumption changes must be independently validated within Citi's risk management organization. This validation process includes a review by model validation group within Citi's Model Risk Management. In the event of significant model changes, parallel model runs are undertaken prior to implementation. In addition, significant model and assumption changes are subject to the periodic reviews and approval by Citi's U.S. banking regulators.

Citi uses the same independently validated VAR model for both Regulatory VAR and Risk Management VAR (i.e., total trading and total trading and credit portfolios VARs) and, as such, the model review and validation process for both purposes is as described above.

Regulatory VAR, which is calculated in accordance with Basel III, differs from Risk Management VAR due to the fact that certain positions included in Risk Management VAR are not eligible for market risk treatment in Regulatory VAR. The composition of Risk Management VAR is discussed under "Value at Risk" above. The applicability of the VAR model for positions eligible for market risk treatment under U.S. regulatory capital rules is periodically reviewed and approved by Citi's U.S. banking regulators.

In accordance with Basel III, Regulatory VAR includes all trading book-covered positions and all foreign exchange and commodity exposures. Pursuant to Basel III, Regulatory VAR excludes positions that fail to meet the intent and ability to trade requirements and are therefore classified as non-trading book and categories of exposures that are specifically excluded as covered positions. Regulatory VAR excludes CVA on derivative instruments and DVA on Citi's own fair value option liabilities. CVA hedges are excluded from Regulatory VAR and included in credit risk-weighted assets as computed under the Advanced Approaches for determining risk-weighted assets.

*Regulatory VAR Back-Testing*
In accordance with Basel III, Citi is required to perform back-testing to evaluate the effectiveness of its Regulatory VAR model. Regulatory VAR back-testing is the process in which the daily one-day VAR, at a 99% confidence interval, is compared to the buy-and-hold profit and loss (i.e., the profit and loss impact if the portfolio is held constant at the end of the day and re-priced the following day). Buy-and-hold profit and loss represents the daily mark-to-market profit and loss attributable to price movements in covered positions from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue, net interest, fees and commissions, intra-day trading profit and loss and changes in reserves.

Based on a 99% confidence level, Citi would expect two to three days in any one year where buy-and-hold losses exceeded the Regulatory VAR. Given the conservative calibration of Citi's VAR model (as a result of taking the greater of short- and long-term volatilities and fat-tail scaling of volatilities), Citi would expect fewer exceptions under normal and stable market conditions. Periods of unstable market conditions could increase the number of back-testing exceptions.

The following graph shows the daily buy-and-hold profit and loss associated with Citi's covered positions compared to

Citi's one-day Regulatory VAR during 2018. As of December 31, 2018, there was one back-testing exception observed for Citi's Regulatory VAR for the prior 12 months, due to market moves triggered by political events in Italy.

The difference between the 49.8% of days with buy-and-hold gains for Regulatory VAR back-testing and the 98.1% of days with trading, net interest and other revenue associated with Citi's trading businesses, shown in the histogram of daily trading-related revenue below, reflects, among other things, that a significant portion of Citi's trading-related revenue is not generated from daily price movements on these positions and exposures, as well as differences in the portfolio composition of Regulatory VAR and Risk Management VAR.

**Regulatory Trading VAR and Associated Buy-and-Hold Profit and Loss[1]—12 Months ended December 31, 2018**
*In millions of dollars*



One-Day 99% Regulatory VAR and Associated Buy-and-Hold Profit and Loss ($mm)

(1)    Buy-and-hold profit and loss, as defined by the banking regulators under Basel III, represents the daily mark-to-market revenue movement attributable to the trading position from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue and net interest intra-day trading profit and loss on new and terminated trades, as well as changes in reserves. Therefore, it is not comparable to the trading-related revenue presented in the chart of daily trading-related revenue above.

**Stress Testing**

Citi performs market risk stress testing on a regular basis to estimate the impact of extreme market movements. It is performed on individual positions and trading portfolios, as well as in aggregate, inclusive of multiple trading portfolios. Citi's market risk management, after consultations with the businesses, develops both systemic and specific stress scenarios, reviews the output of periodic stress testing exercises, and uses the information to assess the ongoing appropriateness of exposure levels and limits. Citi uses two complementary approaches to market risk stress testing across all major risk factors (i.e., equity, foreign exchange, commodity, interest rate and credit spreads): top-down systemic stresses and bottom-up business-specific stresses. Systemic stresses are designed to quantify the potential impact of extreme market movements on an institution-wide basis, and are constructed using both historical periods of market stress and projections of adverse economic scenarios. Business-specific stresses are designed to probe the risks of particular portfolios and market segments, especially those risks that are not fully captured in VAR and systemic stresses.

The systemic stress scenarios and business-specific stress scenarios at Citi are used in several reports reviewed by senior management and also to calculate internal risk capital for trading market risk. In general, changes in market values are defined over a one-year horizon. For the most liquid positions and market factors, changes in market values are defined over a shorter two-month horizon. The limited set of positions and market factors whose market value changes are defined over a two-month horizon are those that in management's judgment have historically remained very liquid during financial crises, even as the trading liquidity of most other positions and market factors materially declined.

## OPERATIONAL RISK

### Overview
Operational risk is the risk of loss resulting from inadequate or failed internal processes, systems or human factors, or from external events. It includes risk of failing to comply with applicable laws and regulations, but excludes strategic risk. Operational risk includes the reputation and franchise risk associated with business practices or market conduct in which Citi is involved, as well as compliance, conduct and legal risks.

Operational risk is inherent in Citi's global business activities, as well as related support functions, and can result in losses arising from events associated with the following, among others:

- fraud, theft and unauthorized activity;
- employment practices and workplace environment;
- clients, products and business practices;
- physical assets and infrastructure; and
- execution, delivery and process management.

Citi manages operational risk consistent with the overall framework described in "Managing Global Risk—Overview" above. The Company's goal is to keep operational risk at appropriate levels relative to the characteristics of Citi's businesses, the markets in which it operates, its capital and liquidity and the competitive, economic and regulatory environment.

To anticipate, mitigate and control operational risk, Citi has established policies and a global framework for assessing, monitoring and communicating operational risks and the overall operating effectiveness of the internal control environment across Citigroup. As part of this framework, Citi has defined its operational risk appetite and has established a manager's control assessment (MCA) process (a process through which managers at Citi identify, monitor, measure, report on and manage risks and the related controls) to help managers self-assess significant operational risks and key controls and identify and address weaknesses in the design and/or operating effectiveness of internal controls that mitigate significant operational risks.

Each major business segment must implement an operational risk process consistent with the requirements of this framework. The process for operational risk management includes the following steps:

- identify and assess key operational risks;
- design controls to mitigate identified risks;
- establish key risk indicators;
- implement a process for early problem recognition and timely escalation;
- produce comprehensive operational risk reporting; and
- ensure that sufficient resources are available to actively improve the operational risk environment and mitigate emerging risks.

As new products and business activities are developed, processes are designed, modified or sourced through alternative means and operational risks are considered.

An Operational Risk Management Committee has been established to provide oversight for operational risk across Citigroup and to provide a forum to assess Citi's operational risk profile and ensure actions are taken so that Citi's operational risk exposure is actively managed consistent with Citi's risk appetite. The Committee seeks to ensure that these actions address the root causes that persistently lead to operational risk losses and create lasting solutions to minimize these losses. Members include Citi's Chief Risk Officer and Citi's Head of Operational Risk and senior members of their organizations. These members cover multiple dimensions of risk management and include business and regional Chief Risk Officers and senior operational risk managers.

In addition, risk management, including Operational Risk Management, works proactively with the businesses and other independent control functions to embed a strong operational risk management culture and framework across Citi. Operational Risk Management engages with the businesses to ensure effective implementation of the Operational Risk Management framework by focusing on (i) identification, analysis and assessment of operational risks, (ii) effective challenge of key control issues and operational risks and (iii) anticipation and mitigation of operational risk events.

Information about the businesses' operational risk, historical operational risk losses and the control environment is reported by each major business segment and functional area. The information is summarized and reported to senior management, as well as to the Audit Committee of Citi's Board of Directors.

Operational risk is measured and assessed through risk capital. Projected operational risk losses under stress scenarios are also required as part of the Federal Reserve Board's CCAR process.

For additional information on Citi's operational risks, see "Risk Factors—Operational Risk" above.

### Cybersecurity Risk
Cybersecurity risk is the business risk associated with the threat posed by a cyber attack, cyber breach or the failure to protect Citi's most vital business information assets or operations, resulting in a financial or reputational loss (for additional information, see the operational systems and cybersecurity risk factors in "Risk Factors—Operational Risks" above). With an evolving threat landscape, ever increasing sophistication of cybersecurity attacks and use of new technologies to conduct financial transactions, Citi and its clients, customers and third parties are and will continue to be at risk for cyber attacks and information security incidents. Citi recognizes the significance of these risks and, therefore, employs an intelligence-led strategy to prevent, detect, respond to, and recover from cyber attacks. Further, Citi actively participates in financial industry, government, and cross-sector knowledge sharing groups to enhance individual and collective cyber resilience.

Citi's technology and cybersecurity risk management program is built on three lines of defense. Citi's first line of defense includes its Information Protection Directorate and

Global Information Security group, which provides frontline business, operational and technical controls and capabilities to protect against cybersecurity risks, and to respond to cyber incidents and data breaches. Citi manages these threats through state-of-the-art Fusion Centers, which serve as central command for monitoring and coordinating responses to cyber threats. The enterprise information security team is responsible for infrastructure defense and security controls, performing vulnerability assessments and third-party information security assessments, employee awareness and training programs, and security incident management, in each case working in coordination with a network of information security officers that are embedded within the businesses and functions on a global basis.

Citi's Operational Risk Management-Technology and Cyber (ORM-T/C) and Independent Compliance Risk Management-Technology and Information Security (ICRM-T) groups serve as the second line of defense, and actively evaluate, anticipate and challenge Citi's risk mitigation practices and capabilities. Internal audit serves as the third line of defense and independently provides assurance on how effectively the organization as a whole manages cybersecurity risk. Citi's Information Security Risk Operating Committee (ISROC) has overall responsibility for information security across Citi, and facilitates communication, discussion, escalation and management of cyber risks across these functions.

Citi seeks to proactively identify and remediate technology and cybersecurity risks before they materialize as incidents that negatively affect business operations. Accordingly, the ORM-T/C team independently challenges and monitors capabilities in accordance with Citi's defined Technology and Cyber Risk Appetite statements. To address evolving cybersecurity risks and corresponding regulations, ORM-T/C also monitors cyber legal and regulatory requirements, defines and identifies emerging risks, executes strategic cyber threat assessments, performs new products and initiative reviews, performs data management risk oversight, and conducts cyber risk assurance reviews (inclusive of third-party assessments). In addition, ORM-T/C employs and develops tools and metrics that are both tailored to cybersecurity and technology, and aligned with Citi's overall operational risk management framework to effectively track, identify and manage risk.

**COMPLIANCE RISK**

Compliance risk is the risk to current or projected financial condition and resilience arising from violations of laws or regulations, or from nonconformance with prescribed practices, internal policies and procedures, or ethical standards. This risk exposes a bank to fines, civil money penalties, payment of damages, and the voiding of contracts. Compliance risk is not limited to risk from failure to comply with consumer protection laws; it encompasses the risk of noncompliance with all laws and regulations, as well as prudent ethical standards and contractual obligations. It also includes the exposure to litigation (known as legal risk) from all aspects of banking, traditional and nontraditional.

Compliance risk spans across all risk types in Citi's risk governance framework and the risk categories outlined in the Governance, Risk, Compliance (GRC) taxonomy. Citi seeks to operate with integrity, maintain strong ethical standards, and adhere to applicable policies, regulatory and legal requirements. Citi must maintain and execute a proactive Compliance Risk Management (CRM) Framework that is designed to change the way in which compliance risk is managed across Citi, with a view to fundamentally strengthen the compliance risk management culture across the lines of defense, taking into account Citi's risk governance framework and regulatory requirements. Independent Compliance Risk Management's (ICRM) primary objectives are to:

- Establish, manage and oversee the execution of the CRM Framework that facilitates enterprise-wide compliance with local, national or cross-border laws, rules or regulations, Citi's internal policies, standards and procedures and relevant standards of conduct;
- Support Citi's operations by assisting in the management of compliance risk across products, business lines, functions and geographies, supported by globally consistent systems and processes; and
- Drive and embed a risk culture of compliance, control and ethical conduct throughout Citi.

To anticipate, control and mitigate compliance risk, Citi has established the CRM Framework to achieve standardization and centralization of methodologies and processes, and to enable more consistent and comprehensive execution of compliance risk management.

Citi has a commitment, as well as an obligation, to identify, assess, and mitigate compliance risks associated with its businesses and functions. ICRM is responsible for Citi's CRM Framework, while each business and global control functions are responsible for managing their compliance risks and ensure they are operating within the Compliance Risk Appetite.

Citi carries out its objectives and fulfills its responsibilities through the integrated CRM Framework, which is based upon four components: (i) governance and organization; (ii) compliance risk ethics and conduct risk; (iii) processes and activities; and (iv) resources and capabilities. To achieve this, Citi follows the following CRM Framework process steps:

- Identifying regulatory changes and performing the impact assessment, as well as capturing and monitoring adherence to existing regulatory requirements.
- Establishing, maintaining and adhering to policies, standards and procedures for the management of compliance risk, in accordance with policy governance requirements.
- Developing and providing training to support the effective execution of roles and responsibilities related to the identification, control, reporting and escalation of matters related to compliance risks.
- Self-assessment (e.g., Managers Control Assessment) of compliance risk.

107

- ICRM and other independent control functions are responsible for independently assessing the management of compliance risks.
- Independently testing and monitoring that Citi is operating within the Compliance Risk Appetite. Identifying instances of non-conformance with Laws, regulations, rules and breaches of internal policies.
- Escalating through the appropriate channels, which may include governance forums, the results of monitoring, testing, reporting or other oversight activities that may represent a violation of law, regulation, policy or other significant compliance risk and take reasonable action to see that the matter is appropriately identified, tracked and resolved, including through the issuance of corrective action plans against the first line of defense.

## REPUTATIONAL RISK

Citi's reputation is a vital asset in building trust with its stakeholders and Citi is diligent in communicating its corporate values to its employees, customers and investors. To support this, Citi has defined a reputational risk appetite approach. Under this approach, each major business segment has implemented a risk appetite statement and related key indicators to monitor and address weaknesses that may result in significant reputational risks. The approach requires that each business segment or region escalate significant reputational risks that require review or mitigation through its business practice committee or equivalent.

The business practices committees are part of the governance infrastructure that Citi has in place to properly review business activities, sales practices, product design, perceived conflicts of interest and other potential franchise or reputational risks. These committees may also raise potential franchise, reputational or systemic risks for due consideration by the business practices committee at the corporate level. All of these committees, which are composed of Citi's most senior executives, provide the guidance necessary for Citi's business practices to meet the highest standards of professionalism, integrity and ethical behavior consistent with Citi's mission and value proposition.

Further, the responsibility for maintaining Citi's reputation is shared by all employees, who are guided by Citi's code of conduct. Employees are expected to exercise sound judgment and common sense in decision and action. They are also expected to promptly and appropriately escalate all issues that present potential franchise, reputational and/or systemic risk.

## STRATEGIC RISK

### Overview

Citi senior management, led by Citi's CEO, is responsible for the development and execution of the strategy of the Company. Significant strategic actions are reviewed and approved by, or notified to, the Citigroup and Citibank Boards of Directors, as appropriate. The Citigroup Board of Directors holds an annual strategic meeting and annual regional strategic meetings, and receives business presentations at its regular meetings, in order to monitor management's execution of

Citi's strategy. At the business level, business heads are accountable for the interpretation and execution of the Company-wide strategy, as it applies to their area, including decisions on new business and product entries.

The management of strategic risk rests upon the foundational elements that include an annual financial operating plan encompassing all businesses, products and geographies and defined financial and operating targets, derived from the operating plan, which can be monitored throughout the year in order to assess strategic and operating performance. Strategic risk is monitored through various mechanisms, including regular updates to senior management and the Board of Directors on performance against the operating plan, quarterly business reviews between the Citi CEO and business and regional CEOs in which the performance and risks of each major business and region are discussed, ongoing reporting to senior management and executive management scorecards.

### Potential Exit of U.K. from EU

As a result of a 2016 U.K. referendum, Citi has reorganized certain U.K. and EU operations and implemented contingency plans to address the U.K.'s potential exit from the EU, regardless of outcome. In addition, Citi has established a formal program with senior level sponsorship and governance to deliver a coordinated response to the U.K.'s potential exit.

Until negotiations are finalized and an agreement is ratified, Citi continues to plan for a "hard" exit scenario as of March 29, 2019. Citi's strategy focuses on providing continuity of services to its EU and U.K. clients with minimal disruption. Consequently, Citi has been migrating certain business activities to alternative legal entities and branches with appropriate regulatory permissions to carry out such activity and establishing required capabilities in the EU and U.K. Citi's plans for a U.K. exit from the EU are well progressed for implementation and primarily cover:

- enhancement of Citi's European bank in Ireland supported by its substantial European branch network to ensure business continuity for its EU clients;
- conversion of Citi's banking subsidiary in Germany into Citi's EU investment firm to support broker-dealer activities with EU clients;
- establishment of a new U.K. consumer bank to focus on servicing consumer business clients in the U.K.; and
- amendments to existing U.K. legal entities or branches, where required, to ensure continuity of services to U.K. and non-EU clients.

Citi continues to work closely with clients, regulators and other relevant stakeholders in execution of its plans to prepare for the U.K.'s potential exit from the EU. In addition, Citi continues to monitor macroeconomic scenarios and market events and has been undertaking stress testing to assess potential impacts on its businesses. For additional information, see "Risk Factors—Strategic Risk" above.

**LIBOR Transition Risk**

Citi recognizes that discontinuance of LIBOR, or any other IBOR-based rate, presents significant risks and challenges that could have an impact on its businesses globally (for information about the risks to Citi from discontinuation of LIBOR or any other benchmark, see "Risk Factors—Strategic Risk" above). Accordingly, in 2018, Citi established a LIBOR governance and implementation program that includes senior management involvement. Citi's Asset and Liability Committee oversees the program, and includes reporting to the Citigroup Board of Directors. The program operates globally across Citi's businesses and functions. In addition, Citi has developed an initial set of LIBOR transition action plans and associated roadmap under nine key workstreams: transition strategy and risk management; customer management; internal communications and training; financial exposures and risk management; regulatory and industry engagement; operations and technology; finance, tax and treasury; legal and contract management; and product management. Citi has also been participating in a number of working groups formed by global regulators, including the Alternative Reference Rates Committee convened by the Federal Reserve Board. These working groups have been established to promote and advance development of alternative reference rates and to identify and address potential challenges from any transition to such rates.

**Country Risk**

**Top 25 Country Exposures**

The following table presents Citi's top 25 exposures by country (excluding the U.S.) as of December 31, 2018. The total exposure as of December 31, 2018 to the top 25 countries disclosed below, in combination with the U.S., would represent approximately 96% of Citi's exposure to all countries.

For purposes of the table, loan amounts are reflected in the country where the loan is booked, which is generally based on the domicile of the borrower. For example, a loan to a Chinese subsidiary of a Switzerland-based corporation will generally be categorized as a loan in China. In addition, Citi has developed regional booking centers in certain countries,

most significantly in the United Kingdom (U.K.) and Ireland, in order to more efficiently serve its corporate customers. As an example, with respect to the U.K., only 27% of corporate loans presented in the table below are to U.K. domiciled entities (27% for unfunded commitments), with the balance of the loans predominately to European domiciled counterparties. Approximately 83% of the total U.K. funded loans and 91% of the total U.K. unfunded commitments were investment grade as of December 31, 2018. Trading account assets and investment securities are generally categorized based on the domicile of the issuer of the security of the underlying reference entity. For additional information on the assets included in the table, see the footnotes to the table below.

| In billions of U.S. dollars | ICG loans[1] | GCB loans | Other funded[2] | Unfunded[3] | Net MTM on derivatives /repos[4] | Total hedges (on loans and CVA) | Investment securities[5] | Trading account assets[6] | Total as of 4Q18 | Total as of 3Q18 | Total as of 4Q17 | Total as a % of Citi as of 4Q18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 40.4 | $ — | $ 4.7 | $ 56.5 | $ 12.8 | $ (3.7) | $ 4.0 | $ (3.1) | $ **111.6** | $ 123.7 | $ 113.2 | **6.9%** |
| Mexico | 9.5 | 25.3 | 0.3 | 7.1 | 0.8 | (0.6) | 12.4 | 4.8 | **59.6** | 61.9 | 58.4 | **3.7** |
| Hong Kong | 16.5 | 12.6 | 0.8 | 8.4 | 2.4 | (0.2) | 7.1 | 0.5 | **48.1** | 45.9 | 42.2 | **3.0** |
| Singapore | 12.8 | 12.4 | 0.3 | 4.7 | 1.3 | (0.2) | 7.8 | 1.6 | **40.7** | 41.0 | 41.4 | **2.5** |
| Korea | 1.9 | 18.6 | 0.2 | 3.0 | 1.2 | (0.5) | 8.6 | 0.8 | **33.8** | 33.7 | 35.3 | **2.1** |
| Ireland | 13.7 | — | 1.4 | 17.8 | 0.4 | — | — | 0.4 | **33.7** | 31.1 | 31.9 | **2.1** |
| India | 4.4 | 7.0 | 0.6 | 4.9 | 2.4 | (0.8) | 9.7 | 2.0 | **30.2** | 27.2 | 30.3 | **1.9** |
| Brazil | 12.7 | — | — | 2.7 | 4.6 | (1.0) | 3.3 | 3.7 | **26.0** | 25.9 | 24.7 | **1.6** |
| Australia | 5.5 | 9.9 | 0.1 | 6.3 | 1.4 | (0.4) | 1.5 | (0.8) | **23.5** | 24.1 | 25.2 | **1.5** |
| China | 5.9 | 4.6 | 0.4 | 1.6 | 1.0 | (0.5) | 4.7 | 0.3 | **18.0** | 18.8 | 19.4 | **1.1** |
| Japan | 2.7 | — | 0.1 | 2.6 | 3.4 | (1.3) | 5.8 | 4.3 | **17.6** | 18.4 | 17.7 | **1.1** |
| Taiwan | 4.7 | 9.0 | 0.1 | 1.0 | 0.3 | (0.1) | 1.5 | 0.9 | **17.4** | 17.8 | 17.3 | **1.1** |
| Germany | 0.2 | — | — | 4.5 | 3.5 | (3.6) | 8.9 | 3.9 | **17.4** | 19.7 | 19.1 | **1.1** |
| Canada | 2.2 | 0.6 | 0.3 | 6.9 | 2.6 | (0.3) | 3.1 | 0.6 | **16.0** | 16.4 | 16.3 | **1.0** |
| Poland | 3.7 | 1.9 | 0.1 | 3.6 | 0.1 | (0.1) | 3.7 | 0.2 | **13.2** | 14.4 | 14.0 | **0.8** |
| Jersey | 6.9 | — | 0.3 | 3.2 | — | — | — | — | **10.4** | 10.3 | 4.8 | **0.6** |
| Malaysia | 1.8 | 4.7 | 0.3 | 1.2 | 0.1 | (0.1) | 1.6 | 0.4 | **10.0** | 9.6 | 10.0 | **0.6** |
| United Arab Emirates | 4.6 | 1.5 | 0.1 | 3.3 | 0.2 | (0.1) | — | — | **9.6** | 9.8 | 7.0 | **0.6** |
| Thailand | 0.8 | 2.6 | 0.1 | 1.5 | 0.1 | — | 1.7 | 0.6 | **7.4** | 7.2 | 7.4 | **0.5** |
| Indonesia | 2.5 | 1.0 | — | 1.5 | — | (0.1) | 1.2 | 0.2 | **6.3** | 5.8 | 6.3 | **0.4** |
| Philippines | 0.7 | 1.3 | 0.1 | 0.4 | 0.9 | (0.1) | 1.5 | 0.5 | **5.3** | 4.9 | 3.8 | **0.3** |
| Luxembourg | 0.1 | — | — | — | 0.4 | (0.3) | 4.1 | 0.6 | **4.9** | 5.1 | 5.4 | **0.3** |
| Russia | 1.6 | 0.8 | — | 1.1 | 0.8 | (0.1) | 0.6 | (0.2) | **4.6** | 4.1 | 6.6 | **0.3** |
| South Africa | 1.7 | — | — | 1.2 | 0.2 | (0.1) | 1.4 | 0.1 | **4.5** | 5.0 | 4.3 | **0.3** |
| Italy | 0.2 | — | — | 2.2 | 4.5 | (4.4) | 0.1 | 1.1 | **3.7** | 3.7 | 3.8 | **0.2** |
| | | | | | | | | Total | | | | **35.6%** |

(1) *ICG* loans reflect funded corporate loans and private bank loans, net of unearned income. As of December 31, 2018, private bank loans in the table above totaled $24.6 billion, concentrated in Hong Kong ($7.3 billion), Singapore ($6.4 billion) and the U.K. ($5.9 billion).

(2) Other funded includes other direct exposure such as accounts receivable, loans HFS, other loans in *Corporate/Other* and investments accounted for under the equity method.

(3) Unfunded exposure includes unfunded corporate lending commitments, letters of credit and other contingencies.

(4)    Net mark-to-market counterparty risk on OTC derivatives and securities lending/borrowing transactions (repos). Exposures are shown net of collateral and inclusive of CVA. Includes margin loans.

(5)    Investment securities include securities available-for-sale, recorded at fair market value, and securities held-to-maturity, recorded at historical cost.

(6)    Trading account assets are shown on a net basis and include issuer risk on cash products and derivative exposure where the underlying reference entity/issuer is located in that country.

## Venezuela

Citi continues to monitor the political and economic environment and uncertainties in Venezuela. As of December 31, 2018, Citi's net investment in its on-shore Venezuelan operations was approximately $40 million. In addition, in early 2015, the Central Bank of Venezuela (BCV) sold gold held at the Bank of England to a Citi entity in the U.K., giving Citi ownership and full legal title to the gold for $1.6 billion. Simultaneously, the BCV entered into forward purchase agreements (collectively, the Agreements) with Citi, requiring the BCV to purchase the same quantity of gold from Citi on predetermined dates. The next such date will be in March 2019 at which time the BCV will be required to purchase a significant amount of gold from Citi under the terms of the Agreements. Citi believes it is protected against market and credit risk related to the Agreements. The Agreements were accounted for as a financing on Citi's books under ASC 470-40.

## FFIEC—Cross-Border Claims on Third Parties and Local Country Assets

Citi's cross-border disclosures are based on the country exposure bank regulatory reporting guidelines of the Federal Financial Institutions Examination Council (FFIEC). The following summarizes some of the FFIEC key reporting guidelines:

- Amounts are based on the domicile of the ultimate obligor, counterparty, collateral (only including qualifying liquid collateral), issuer or guarantor, as applicable (e.g., a security recorded by a Citi U.S. entity but issued by the U.K. government is considered U.K. exposure; a loan recorded by a Citi Mexico entity to a customer domiciled in Mexico where the underlying collateral is held in Germany is considered German exposure).
- Amounts do not consider the benefit of collateral received for secured financing transactions (i.e., repurchase agreements, reverse repurchase agreements and securities loaned and borrowed) and are reported based on notional amounts.
- Netting of derivative receivables and payables, reported at fair value, is permitted, but only under a legally binding netting agreement with the same specific counterparty, and does not include the benefit of margin received or hedges.
- Credit default swaps (CDS) are included based on the gross notional amount sold and purchased and do not include any offsetting CDS on the same underlying entity.
- Loans are reported without the benefit of hedges.

Given the requirements noted above, Citi's FFIEC cross-border exposures and total outstandings tend to fluctuate, in some cases, significantly, from period to period. As an example, because total outstandings under FFIEC guidelines do not include the benefit of margin or hedges, market volatility in interest rates, foreign exchange rates and credit spreads may cause significant fluctuations in the level of total outstandings, all else being equal.

111

The tables below show each country whose total outstandings exceeded 0.75% of total Citigroup assets:

| December 31, 2018 | | | | | | | | | |
| Cross-border claims on third parties and local country assets | | | | | | | | | |
| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 14.6 | $ 24.3 | $ 35.7 | $ 21.6 | $ 12.3 | $ 67.8 | $ 96.2 | $ 25.1 | $ 74.3 | $ 76.4 |
| Cayman Islands | — | — | 81.6 | 9.2 | 5.4 | 62.5 | 90.8 | 5.0 | — | — |
| Japan | 31.4 | 28.8 | 8.4 | 7.8 | 13.6 | 40.7 | 76.4 | 4.0 | 19.9 | 18.3 |
| Mexico | 2.4 | 24.0 | 7.4 | 35.8 | 6.0 | 29.1 | 69.6 | 20.2 | 7.3 | 7.6 |
| Germany | 6.3 | 46.4 | 7.5 | 7.6 | 6.6 | 50.4 | 67.8 | 10.7 | 51.3 | 50.2 |
| France | 12.4 | 8.5 | 30.7 | 5.6 | 9.1 | 49.5 | 57.2 | 30.7 | 59.9 | 58.5 |
| Korea South | 1.5 | 17.8 | 3.0 | 22.6 | 1.8 | 33.2 | 44.9 | 12.1 | 12.2 | 12.2 |
| Singapore | 1.4 | 22.5 | 4.4 | 13.4 | 1.7 | 31.5 | 41.7 | 11.4 | 1.9 | 1.9 |
| India | 3.3 | 12.7 | 3.3 | 15.3 | 4.3 | 22.5 | 34.6 | 9.7 | 2.5 | 2.0 |
| Hong Kong | 0.9 | 11.2 | 3.2 | 16.9 | 3.9 | 27.5 | 32.2 | 14.6 | 2.2 | 2.2 |
| China | 5.0 | 11.3 | 3.0 | 12.3 | 4.5 | 20.6 | 31.6 | 4.2 | 15.6 | 14.6 |
| Australia | 3.1 | 7.8 | 4.8 | 13.4 | 7.1 | 14.4 | 29.1 | 12.1 | 10.6 | 10.5 |
| Brazil | 3.8 | 10.4 | 1.4 | 10.9 | 5.0 | 16.8 | 26.5 | 2.6 | 8.4 | 8.1 |
| Taiwan | 0.7 | 7.4 | 3.2 | 12.6 | 1.6 | 18.7 | 23.9 | 13.0 | 0.1 | 0.1 |
| Netherlands | 6.8 | 9.0 | 3.2 | 4.7 | 3.7 | 14.7 | 23.7 | 8.6 | 28.4 | 28.3 |
| Canada | 3.2 | 4.0 | 9.9 | 5.2 | 2.8 | 15.5 | 22.3 | 13.8 | 5.3 | 6.2 |
| Switzerland | 1.4 | 13.9 | 1.1 | 3.6 | 1.6 | 5.1 | 20.0 | 6.0 | 19.7 | 19.6 |
| Italy | 3.4 | 11.0 | 0.8 | 1.6 | 7.9 | 10.5 | 16.8 | 2.5 | 51.3 | 51.5 |

| December 31, 2017 | | | | | | | | | |
| Cross-border claims on third parties and local country assets | | | | | | | | | |
| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 15.4 | $ 23.0 | $ 33.9 | $ 19.7 | $ 13.5 | $ 62.7 | $ 92.0 | $ 31.3 | $ 74.9 | $ 77.1 |
| Cayman Islands | — | — | 62.9 | 8.5 | 4.3 | 45.3 | 71.4 | 4.4 | — | — |
| Germany | 7.1 | 38.3 | 8.9 | 11.7 | 10.2 | 45.5 | 66.0 | 12.4 | 54.6 | 54.1 |
| Japan | 25.4 | 26.4 | 5.4 | 8.5 | 13.3 | 49.6 | 65.7 | 6.3 | 22.9 | 22.3 |
| Mexico | 6.0 | 18.5 | 7.9 | 33.0 | 4.7 | 42.8 | 65.4 | 19.6 | 6.4 | 6.2 |
| France | 12.6 | 5.1 | 20.9 | 6.3 | 8.7 | 37.4 | 44.9 | 23.9 | 59.8 | 60.6 |
| South Korea | 2.8 | 15.8 | 1.9 | 24.4 | 1.4 | 38.5 | 44.9 | 17.3 | 14.4 | 12.4 |
| Singapore | 1.9 | 22.4 | 4.3 | 14.7 | 0.4 | 33.2 | 43.3 | 11.5 | 1.8 | 1.8 |
| India | 6.0 | 12.7 | 4.4 | 16.0 | 5.6 | 25.8 | 39.1 | 9.3 | 2.5 | 2.1 |
| Australia | 4.7 | 8.1 | 4.7 | 14.2 | 7.3 | 18.6 | 31.7 | 13.3 | 13.2 | 13.3 |
| China | 5.2 | 9.2 | 3.2 | 13.8 | 3.6 | 24.5 | 31.4 | 4.5 | 14.2 | 14.5 |
| Hong Kong | 0.7 | 9.8 | 3.0 | 15.8 | 5.0 | 23.6 | 29.3 | 13.5 | 2.5 | 2.3 |
| Brazil | 3.7 | 11.4 | 0.9 | 10.6 | 5.5 | 17.3 | 26.6 | 2.2 | 10.6 | 9.6 |
| Netherlands | 7.2 | 9.5 | 4.7 | 6.1 | 4.1 | 15.9 | 27.5 | 10.5 | 27.3 | 27.8 |
| Taiwan | 0.9 | 6.1 | 2.2 | 13.3 | 2.7 | 16.9 | 22.5 | 14.0 | 0.1 | 0.1 |
| Canada | 4.2 | 4.7 | 7.6 | 5.0 | 2.9 | 11.1 | 21.5 | 14.0 | 5.4 | 6.2 |
| Switzerland | 1.5 | 13.6 | 1.3 | 4.3 | 1.7 | 17.2 | 20.7 | 5.8 | 19.3 | 19.4 |
| Italy | 3.2 | 11.3 | 0.6 | 1.3 | 7.5 | 9.4 | 16.4 | 2.8 | 59.6 | 58.4 |

(1) Non-bank financial institutions.
(2) Included in total outstanding.
(3) Total outstanding includes cross-border claims on third parties, as well as local country assets. Cross-border claims on third parties include cross-border loans, securities, deposits with banks and other monetary assets, as well as net revaluation gains on foreign exchange and derivative products.
(4) Commitments (not included in total outstanding) include legally binding cross-border letters of credit and other commitments and contingencies as defined by the FFIEC guidelines. The FFIEC definition of commitments includes commitments to local residents to be funded with local currency liabilities originated within the country.
(5) Credit Default Swaps (CDS) are not included in total outstanding.

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on the 22nd day of February, 2019.

Citigroup Inc.
(Registrant)

**/s/ John C. Gerspach**

John C. Gerspach
Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on the 22nd day of February, 2019.

Citigroup's Principal Executive Officer and a Director:

**/s/ Michael L. Corbat**

Michael L. Corbat


Citigroup's Principal Financial Officer:

**/s/ John C. Gerspach**

John C. Gerspach


Citigroup's Principal Accounting Officer:

**/s/ Raja J. Akram**

Raja J. Akram

The Directors of Citigroup listed below executed a power of attorney appointing John C. Gerspach their attorney-in-fact, empowering him to sign this report on their behalf.

| | |
|---|---|
| Ellen M. Costello | Eugene M. McQuade |
| John C. Dugan | Gary M. Reiner |
| Duncan P. Hennes | Anthony M. Santomero |
| Peter Blair Henry | Diana L. Taylor |
| Franz B. Humer | James S. Turley |
| S. Leslie Ireland | Deborah C. Wright |
| Lew W. (Jay) Jacobs, IV | Ernesto Zedillo Ponce de Leon |
| Renée J. James | |

**/s/ John C. Gerspach**

John C. Gerspach

300