# Exhibit D

# Excerpted copy of Citi's 2019 Form 10-K filed with the SEC on February 21, 2020

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from        to**

**Commission file number 1-9924**

# Citigroup Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **52-1568099** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **388 Greenwich Street,  New York        NY** | **10013** |
| (Address of principal executive offices) | (Zip code) |

**(212) 559-1000**

(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Securities Exchange Act of 1934 formatted in Inline XBRL:  See Exhibit 99.01**

**Securities registered pursuant to Section 12(g) of the Act:  none**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Large accelerated filer** | ☒ | **Accelerated filer** | ☐ | **Non-accelerated filer** | ☐ | **Smaller reporting company** | ☐ |
| | | | | | | **Emerging growth company** | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  Yes ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☒

The aggregate market value of Citigroup Inc. common stock held by non-affiliates of Citigroup Inc. on June 30, 2019 was approximately $158.0 billion.

**Number of shares of Citigroup Inc. common stock outstanding on January 31, 2020: 2,106,486,793**

**Documents Incorporated by Reference: Portions of the registrant's proxy statement for the annual meeting of stockholders scheduled to be held on April 21, 2020 are incorporated by reference in this Form 10-K in response to Items 10, 11, 12, 13 and 14 of Part III.**

**Available on the web at www.citigroup.com**

# FORM 10-K CROSS-REFERENCE INDEX

| Item Number | Page |
|---|---|
| **Part I** | |
| **1.** **Business** | **4–27, 112–115, 118, 146, 294–295** |
| **1A.** **Risk Factors** | **46–55** |
| **1B.** **Unresolved Staff Comments** | **Not Applicable** |
| **2.** **Properties** | **Not Applicable** |
| **3.** **Legal Proceedings—See Note 27 to the Consolidated Financial Statements** | **276–282** |
| **4.** **Mine Safety Disclosures** | **Not Applicable** |
| **Part II** | |
| **5.** **Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities** | **128–129, 152–154, 296–297** |
| **6.** **Selected Financial Data** | **10–11** |
| **7.** **Management's Discussion and Analysis of Financial Condition and Results of Operations** | **6–29, 58–111** |
| **7A.** **Quantitative and Qualitative Disclosures About Market Risk** | **58–111, 147–151, 172–207, 214–267** |
| **8.** **Financial Statements and Supplementary Data** | **124–293** |
| **9.** **Changes in and Disagreements with Accountants on Accounting and Financial Disclosure** | **Not Applicable** |
| **9A.** **Controls and Procedures** | **116–117** |
| **9B.** **Other Information** | **Not Applicable** |
| **Part III** | |
| **10.** **Directors, Executive Officers and Corporate Governance** | **298–300*** |
| **11.** **Executive Compensation** | **\*\*** |
| **12.** **Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters** | **\*\*\*** |
| **13.** **Certain Relationships and Related Transactions and Director Independence** | **\*\*\*\*** |
| **14.** **Principal Accounting Fees and Services** | **\*\*\*\*\*** |
| **Part IV** | |
| **15.** **Exhibits and Financial Statement Schedules** | |

\*  For additional information regarding Citigroup's Directors, see "Corporate Governance" and "Proposal 1: Election of Directors" in the definitive Proxy Statement for Citigroup's Annual Meeting of Stockholders scheduled to be held on April 21, 2020, to be filed with the SEC (the Proxy Statement), incorporated herein by reference.

\*\*  See "Compensation Discussion and Analysis," "The Personnel and Compensation Committee Report," and "2019 Summary Compensation Table and Compensation Information" and "CEO Pay Ratio" in the Proxy Statement, incorporated herein by reference.

\*\*\*  See "About the Annual Meeting," "Stock Ownership" and "Equity Compensation Plan Information" in the Proxy Statement, incorporated herein by reference.

\*\*\*\*  See "Corporate Governance—Director Independence," "—Certain Transactions and Relationships, Compensation Committee Interlocks and Insider Participation" and "—Indebtedness" in the Proxy Statement, incorporated herein by reference.

\*\*\*\*\*  See "Proposal 2: Ratification of Selection of Independent Registered Public Accounting Firm" in the Proxy Statement, incorporated herein by reference.

# CITIGROUP'S 2019 ANNUAL REPORT ON FORM 10-K

| | |
|---|---|
| **OVERVIEW** | 4 |
| **MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS** | 6 |
| **Executive Summary** | 6 |
| **Summary of Selected Financial Data** | 10 |
| **SEGMENT AND BUSINESS—INCOME (LOSS) AND REVENUES** | 12 |
| **SEGMENT BALANCE SHEET** | 13 |
| **Global Consumer Banking** | 14 |
| North America GCB | 16 |
| Latin America GCB | 18 |
| Asia GCB | 20 |
| **Institutional Clients Group** | 22 |
| **Corporate/Other** | 27 |
| **OFF-BALANCE SHEET ARRANGEMENTS** | 28 |
| **CONTRACTUAL OBLIGATIONS** | 29 |
| **CAPITAL RESOURCES** | 30 |
| **RISK FACTORS** | 46 |
| **Managing Global Risk Table of Contents** | 57 |
| **MANAGING GLOBAL RISK** | 58 |
| **SIGNIFICANT ACCOUNTING POLICIES AND SIGNIFICANT ESTIMATES** | 112 |
| **DISCLOSURE CONTROLS AND PROCEDURES** | 116 |
| **MANAGEMENT'S ANNUAL REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING** | 117 |
| **FORWARD-LOOKING STATEMENTS** | 118 |
| **REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM** | 119 |
| **FINANCIAL STATEMENTS AND NOTES TABLE OF CONTENTS** | 123 |
| **CONSOLIDATED FINANCIAL STATEMENTS** | 124 |
| **NOTES TO CONSOLIDATED FINANCIAL STATEMENTS** | 132 |
| **FINANCIAL DATA SUPPLEMENT** | 293 |
| **SUPERVISION, REGULATION AND OTHER** | 294 |
| **CORPORATE INFORMATION** | 298 |
| Executive Officers | 298 |
| Citigroup Board of Directors | 299 |

## Managing Global Risk Table of Contents

| | |
|---|---|
| **MANAGING GLOBAL RISK** | 58 |
| Overview | 58 |
| **CREDIT RISK**[1] | 61 |
| Overview | 61 |
| Consumer Credit | 62 |
| Corporate Credit | 69 |
| Additional Consumer and Corporate Credit Details | 72 |
| Loans Outstanding | 72 |
| Details of Credit Loss Experience | 73 |
| Allowance for Loan Losses | 75 |
| Non-Accrual Loans and Assets and Renegotiated Loans | 76 |
| Forgone Interest Revenue on Loans | 79 |
| **LIQUIDITY RISK** | 80 |
| Overview | 80 |
| Liquidity Monitoring and Measurement | 80 |
| High-Quality Liquid Assets (HQLA) | 81 |
| Loans | 82 |
| Deposits | 82 |
| Long-Term Debt | 83 |
| Secured Funding Transactions and Short-Term Borrowings | 86 |
| Credit Ratings | 88 |
| **MARKET RISK**[1] | 90 |
| Overview | 90 |
| Market Risk of Non-Trading Portfolios | 90 |
| Net Interest Revenue at Risk | 90 |
| Interest Rate Risk of Investment Portfolios—Impact on *AOCI* | 90 |
| Changes in Foreign Exchange Rates—Impacts on *AOCI* and Capital | 92 |
| Interest Revenue/Expense and Net Interest Margin (NIM) | 93 |
| Additional Interest Rate Details | 95 |
| Market Risk of Trading Portfolios | 99 |
| Factor Sensitivities | 100 |
| Value at Risk (VAR) | 100 |
| Stress Testing | 103 |
| **OPERATIONAL RISK** | 104 |
| Overview | 104 |
| Cybersecurity Risk | 104 |
| **COMPLIANCE RISK** | 105 |
| **REPUTATION RISK** | 106 |
| **STRATEGIC RISK** | 106 |
| Overview | 106 |
| Exit of U.K. from EU | 106 |
| LIBOR Transition Risk | 106 |
| Country Risk | 108 |
| Top 25 Country Exposures | 108 |
| Argentina | 109 |
| FFIEC—Cross-Border Claims on Third Parties and Local Country Assets | 109 |

(1) For additional information regarding certain credit risk, market risk and other quantitative and qualitative information, refer to Citi's Pillar 3 Basel III Advanced Approaches Disclosures, as required by the rules of the Federal Reserve Board, on Citi's Investor Relations website.

# MANAGING GLOBAL RISK

## Overview

For Citi, effective risk management is of primary importance to its overall operations. Accordingly, Citi's risk management process has been designed to monitor, evaluate and manage the principal risks it assumes in conducting its activities. Specifically, the activities that Citi engages in, and the risks those activities generate, must be consistent with Citi's mission and value proposition, the key principles that guide it and Citi's risk appetite.

Risk management must be built on a foundation of ethical culture. Under Citi's mission and value proposition, which was developed by its senior leadership and distributed throughout the Company, Citi strives to serve its clients as a trusted partner by responsibly providing financial services that enable growth and economic progress while earning and maintaining the public's trust by constantly adhering to the highest ethical standards. As such, Citi asks all employees to ensure that their decisions pass three tests: they are in Citi's clients' interests, create economic value and are always systemically responsible. In addition, Citi evaluates employees' performance against behavioral expectations set out in Citi's leadership standards, which were designed in part to effectuate Citi's mission and value proposition. Other culture-related efforts in connection with conduct risk, ethics and leadership, escalation and treating customers fairly help Citi to execute its mission and value proposition.

Citi's Company-wide risk governance framework consists of the key policies, standards and processes through which Citi identifies, assesses, measures, monitors and controls risks across the Company. It also emphasizes Citi's risk culture and lays out standards, procedures and programs that are designed to set, reinforce and enhance the Company's risk culture, integrate its values and conduct expectations into the organization, providing employees with tools to assist them with making prudent and ethical risk decisions and to escalate issues appropriately.

Citi selectively takes risks in support of its underlying customer-centric strategy. Citi's objective is to ensure that those risks are consistent with its mission and value proposition and principle of responsible finance; that they are identified, assessed, measured, monitored and controlled; and that they are captured in Citi's risk/reward assessment.

Citi's risk appetite framework, which is approved by the Citigroup Board of Directors, includes both a risk appetite statement, which articulates the aggregate level and types of risk that Citi is willing to accept in order to achieve its business objectives, as well as the overall approach through which risk appetite is established, communicated and monitored. It is built on quantitative boundaries, which include risk limits or thresholds, and on qualitative principles to guide behavior. Citi's risk appetite framework is comprehensive, incorporating all risks, enterprise-wide and applicable across products, functions and geographies.

Citi's risks are generally categorized and summarized as follows:

- *Credit risk* is the risk of loss resulting from the decline in credit quality or the failure of a borrower, counterparty, third party or issuer to honor its financial or contractual obligations.
- *Liquidity risk* is the risk that the Company will not be able to efficiently meet both expected and unexpected current and future cash flow and collateral needs without adversely affecting either daily operations or financial conditions of the Company. The risk may be exacerbated by the inability of the Company to access funding sources or monetize assets and the composition of liability funding and liquid assets.
- *Market risk (including price risk and interest rate risk)* is the risk of loss arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables, such as interest rates, exchange rates or credit spreads. Losses can be exacerbated by the negative convexity of positions, as well as the presence of basis or correlation risks.
- *Operational risk* is the risk of loss resulting from inadequate or failed internal processes, systems, human factors or from external events. It includes the reputation and franchise risk impact associated with business practices or market conduct in which Citi is involved. It also includes the risk of failing to comply with applicable laws and regulations, but excludes strategic risk (see below).
- *Compliance risk* is the risk to current or projected financial conditions and resilience arising from violations of laws, rules or regulations, or from nonconformance with prescribed practices, internal policies and procedures or ethical standards. It also includes the exposure to litigation (known as legal risk) from all aspects of banking, traditional and nontraditional. Compliance risk spans across all risk types outlined in the risk governance framework.
- *Reputation risk* is the risk to current or projected financial conditions and resilience arising from negative public opinion.
- *Strategic risk* is the risk to current or anticipated earnings, capital, or franchise or enterprise value arising from poor but authorized business decisions (in compliance with regulations, policies and procedures), an inability to adapt to changes in the operating environment or other external factors that may impair the ability to carry out a business strategy. Strategic risk also includes:
  - *Country risk*, which is the risk that an event in a country (precipitated by developments within or external to a country) will impair the value of Citi's franchise or will adversely affect the ability of obligors within that country to honor their obligations. Country risk events may include sovereign defaults, banking crises, currency crises, currency convertibility and/or transferability restrictions or political events.

Citi manages its risks through a "three lines of defense" model: (i) business management; (ii) Independent Risk Management and Independent Compliance Risk Management and other control functions; and (iii) Internal Audit. The three lines of defense collaborate with each other in structured forums and processes to bring together various perspectives and to lead the organization toward outcomes that are in clients' interests, that create economic value and that are systemically responsible.

### First Line of Defense: Business Management

Through Citi's business management ("frontline units" or the "first line of defense"), each business owns the risks inherent in or arising from its businesses, and is responsible for identifying, assessing and controlling those risks to ensure they are within risk appetite, establishing and operating controls to mitigate those risks, including concentration risks, performing manager assessments of the design and effectiveness of internal controls, implementing appropriate procedures to fulfill its risk governance responsibilities and promoting a culture of compliance and control.

The first line of defense is composed of Citi's businesses *(Institutional Clients Group (ICG)* and *Global Consumer Bank (GCB))*, supporting clients globally as well as in regions and countries that execute Citi's strategy locally. In addition, there are functional teams, such as Enterprise Infrastructure, Operations and Technology (EIO&T) that support the Citi CEO in a first line capacity. The CEOs of each region, business, EIO&T and certain functional teams report to the Citigroup CEO.

Businesses at Citi organize and chair committees, councils, steering groups and other forums that cover risk considerations with participation from Independent Risk Management, Independent Compliance Risk Management and other control functions. These are often conducted across lines of defense and may include matters related to capital, assets and liabilities, business practices, business risks and controls, mergers and acquisitions, the Community Reinvestment Act and fair lending and incentives.

### Second Line of Defense: Independent Risk Management; Control Functions

Citi's Independent Risk Management (IRM) and Independent Compliance Risk Management (ICRM) together with other control functions (Finance, Human Resources, Legal) set standards that Citi and its businesses and products are required to adhere to in order to manage and oversee risks, including conformance with applicable laws, regulatory requirements, policies and other relevant standards of ethical conduct. IRM and ICRM provide credible challenge to first line units in their assessment and management of risk. In addition, among other responsibilities, IRM, ICRM and the control functions provide advice and training to Citi's businesses and establish tools, methodologies, processes and oversight of controls used by the businesses to foster a culture of compliance and control. Where certain activities of control functions constitute first line activity, such activities are subject to appropriate review and challenge.

### *Independent Risk Management*

The Independent Risk Management organization sets standards for the business and actively manages and oversees aggregate credit, market (price, FX and interest rate), liquidity, strategic, operational, compliance and reputation risks across the Company, including risks that span categories, such as concentration risk.

Independent Risk Management is organized to align to businesses, regions, risk types and to Citi-wide, cross-risk functions or processes. There are teams that report to an independent Chief Risk Officer (CRO) for Citi's businesses (business CROs) and regions (regional CROs). In addition, there are teams that report to the heads for certain risk categories (e.g., Global Market Risk) and for certain foundational risk areas (e.g., Global Risk Review). All of the risk heads, together with the business and regional CROs, report to the Citigroup CRO.

The head of Independent Risk Management is the Citigroup CRO, who reports directly to the Citigroup CEO and to the Citigroup Risk Management Committee (RMC) of the Board of Directors. As part of its responsibilities, the RMC approves the appointment and removal of the CRO. The CRO has regular and unrestricted access to the full Citigroup Board, as well as the Risk Management Committee of the Board, to discuss risks and issues identified through Independent Risk Management's activities, including instances in which the CRO's assessment differs from that of the business or the CEO, and instances in which the business or the CEO may not be adhering to the risk governance framework.

### *Independent Compliance Risk Management*

The Independent Compliance Risk Management organization is an independent risk management function that is designed to oversee and credibly challenge products, functions, jurisdictional activities and legal entities in managing compliance risk, as well as promoting business conduct and activity that is consistent with Citi's mission and value proposition and the compliance risk appetite. Citi's objective is to embed an enterprise-wide compliance risk management framework and culture that identifies, escalates, measures, monitors, reports and controls compliance risk across the three lines of defense. For further information on Citi's compliance risk framework, see "Compliance Risk" below.

The Citigroup Chief Compliance Officer reports to the Citigroup CEO and has regular and unrestricted access to committees of the Citigroup and Citibank Boards of Directors, including the Audit Committees, Risk Management Committees and the Ethics, Conduct and Culture Committee of the Citigroup Board.

### *Human Resources*

Human Resources (HR) provides leadership with respect to Citi's human capital strategy, which is primarily focused on ensuring employees are appropriately rewarded for demonstrating Citi values and leadership standards and for maintaining a pipeline of new and developing talent to meet Citi's changing business needs.

HR is primarily composed of and organized around the core global disciplines of compensation and benefits, performance management, talent acquisition, talent and diversity and workforce relations, with consideration for support to Citi businesses, products and functions and second line of defense responsibilities. Through its disciplines, HR advises business management, escalates identified risks and establishes policies, standards or processes to manage risk.

The Head of HR reports to the Citigroup CEO and interacts regularly with the Personnel and Compensation Committee of the Citigroup Board of Directors. In addition, the Head of HR has regular and unrestricted access to the full Citigroup Board of Directors, as well as to the Audit Committee of the Board of Directors.

### Legal

Citi Legal is responsible for advising Citi's lines of business and control functions in order to facilitate the prudent management of Citi's exposure to legal risk.

Citi Legal's organizational structure is designed to insulate it from potential conflicts of interest that could undermine its role in providing advice in regard to legal obligations and exposures of Citi.

Activities within Citi Legal include providing legal advice to Citi's businesses and other functions on the interpretation of legal and regulatory requirements, including contractual requirements, and on managing and mitigating legal exposure based on a proper understanding of legal requirements; providing legal advice to promote the reporting of Citi's and its subsidiaries obligations to identify legal matters to regulators and investors, as required by law; helping to identify current and emerging legal risks that arise in the context of Citi's provision of products and services to its clients; attending meetings of the Board of Directors and committees of the Board to facilitate the oversight role of these bodies; and participating in management committees and forums where legal risk should be considered and evaluated.

The General Counsel leads Citi Legal and reports directly to the Citigroup CEO. The General Counsel meets regularly with the Board of Directors, the Audit Committee, the Risk Management Committee, the Ethics, Conduct and Culture Committee and the Nomination, Governance and Public Affairs Committee and is involved in the discussion of legal issues that arise in the context of items being presented to the Board and its committees.

### Finance

Finance's mission is to serve as an advisor to the business, delivering timely, accurate and complete information to each of its constituencies, accompanied by insightful analytics, and operating in a cost-efficient manner with highly effective controls.

The Finance organization, led by the Chief Financial Officer (CFO), is composed of a set of core, global disciplines (capital planning, controllers, corporate M&A, corporate treasury, financial planning and analysis, investor relations and tax). Through the disciplines, Finance advises business management, escalates identified risks and establishes policies, standards or processes to manage risk. Also reporting to the Citigroup CFO are a set of product, geographical and legal entity Finance Officers who, along with their teams, interact with the global finance disciplines in the execution of their responsibilities.

Citi's CFO reports directly to the Citigroup CEO. The CFO chairs or co-chairs several management committees that serve as key governance and oversight forums for business activities. In addition, the CFO has regular and unrestricted access to the full Citigroup Board of Directors as well as to the Audit Committee of the Board of Directors.

**Third Line of Defense: Internal Audit**

The role of Internal Audit is to provide independent and timely assurance to the Citigroup and Citibank Boards, the Audit Committees of the Boards, senior management and regulators regarding the effectiveness of governance, risk management and controls that mitigate current and evolving risks and enhance the control culture within Citi.

The Internal Audit function has designated Chief Auditors responsible for assessing the design and effectiveness of controls within the various business units, functions, geographies and legal entities in which Citi operates, including specific Chief Auditors for Finance, ICRM and Independent Risk Management.

The Citigroup Chief Auditor manages Internal Audit and reports functionally to the Chair of the Citigroup Audit Committee and administratively to the CEO of Citigroup. Internal Audit's responsibilities are carried out independently under the oversight of the Audit Committees, and Internal Audit employees accordingly report to the Citigroup Chief Auditor and do not have reporting lines to either first or second line of defense management.

**Citigroup Board of Directors and Committees of the Board**

Citigroup's Board of Directors actively oversees Citi's risk-taking activities and holds management accountable for adhering to the risk governance framework. Directors review reports prepared by and receive presentations from management, and exercise independent judgment to question, probe and challenge recommendations of and decisions made by management.

The standing committees of the Citigroup Board of Directors are the Executive Committee, Risk Management Committee, Audit Committee, Personnel and Compensation Committee, Ethics, Conduct and Culture Committee, Operations and Technology Committee and Nomination, Governance and Public Affairs Committee. In addition to the standing committees, the Board establishes additional committees as necessary or appropriate in response to regulatory, legal or other requirements.

# CREDIT RISK

**Overview**

Credit risk is the risk of loss resulting from the decline in credit quality or the failure of a borrower, counterparty, third party or issuer to honor its financial or contractual obligations. Credit risk arises in many of Citigroup's business activities, including:

- consumer, commercial and corporate lending;
- capital markets derivative transactions;
- structured finance; and
- securities financing transactions (repurchase and reverse repurchase agreements, and securities loaned and borrowed).

Credit risk also arises from settlement and clearing activities, when Citi transfers an asset in advance of receiving its counter-value or advances funds to settle a transaction on behalf of a client. Concentration risk, within credit risk, is the risk associated with having credit exposure concentrated within a specific client, industry, region or other category.

Credit risk is one of the most significant risks Citi faces as an institution. For additional information, see "Risk Factors—Credit Risk" above. As a result, Citi has a well-established framework in place for managing credit risk across all businesses. This includes a defined risk appetite, credit limits and credit policies, both at the business level as well as at the Company-wide level. Citi's credit risk management also includes processes and policies with respect to problem recognition, including "watch lists," portfolio reviews, stress tests, updated risk ratings and classification triggers.

With respect to Citi's settlement and clearing activities, intraday client usage of lines is monitored against limits, as well as against usage patterns. To the extent that a problem develops, Citi typically moves the client to a secured (collateralized) operating model. Generally, Citi's intraday settlement and clearing lines are uncommitted and cancelable at any time.

To manage concentration of risk within credit risk, Citi has in place a correlation framework consisting of industry limits, an idiosyncratic framework consisting of single name concentrations for each business and across Citigroup and a specialized framework consisting of product limits.

Credit exposures are generally reported in notional terms for accrual loans, reflecting the value at which the loans as well as loan and other off-balance sheet commitments are carried on the Consolidated Balance Sheet. Credit exposure arising from capital markets activities is generally expressed as the current mark-to-market, net of margin, reflecting the net value owed to Citi by a given counterparty.

The credit risk associated with these credit exposures is a function of the idiosyncratic creditworthiness of the obligor, as well as the terms and conditions of the specific obligation. Citi assesses the credit risk associated with its credit exposures on a regular basis through its loan loss reserve process (see "Significant Accounting Policies and Significant Estimates—Allowance for Credit Losses" below and Notes 1 and 15 to the Consolidated Financial Statements), as well as through regular stress testing at the company, business, geography and product levels. These stress-testing processes typically estimate potential incremental credit costs that would occur as a result of either downgrades in the credit quality or defaults of the obligors or counterparties.

For additional information on Citi's credit risk management, see Note 14 to the Consolidated Financial Statements.

61

**CONSUMER CREDIT**

Citi provides traditional retail banking, including small business banking, and credit card products in 19 countries and jurisdictions through *North America GCB*, *Latin America GCB* and *Asia GCB*. The retail banking products include consumer mortgages, home equity, personal and small business loans and lines of credit and similar related products with a focus on lending to prime customers. Citi uses its risk appetite framework to define its lending parameters. In addition, Citi uses proprietary scoring models for new customer approvals.

As stated in "*Global Consumer Banking*" above, *GCB*'s overall strategy is to leverage Citi's global footprint and be the pre-eminent bank for the affluent and emerging affluent consumers in large urban centers. In credit cards and in certain retail markets, Citi serves customers in a somewhat broader set of segments and geographies. As of the fourth quarter of 2019, Citi's commercial banking businesses previously reported as part of *GCB* in *North America*, *Latin America* and *Asia*, including approximately $28 billion in end-of-period loans, are now reported in *ICG* for all periods presented.

**Consumer Credit Portfolio**

The following table shows Citi's quarterly end-of-period consumer loans:[1]

| In billions of dollars | | 4Q'18 | | 1Q'19 | | 2Q'19 | | 3Q'19 | | 4Q'19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Retail banking:** | | | | | | | | | | |
| Mortgages | $ | 80.6 | $ | 80.8 | $ | 81.9 | $ | 83.0 | $ | **85.1** |
| Personal, small business and other | | 37.0 | | 37.3 | | 37.8 | | 37.6 | | **39.7** |
| **Total retail banking** | $ | 117.6 | $ | 118.1 | $ | 119.7 | $ | 120.6 | $ | **124.8** |
| **Cards:** | | | | | | | | | | |
| Citi-branded cards | $ | 116.8 | $ | 111.4 | $ | 115.5 | $ | 115.8 | $ | **122.2** |
| Citi retail services | | 52.7 | | 48.9 | | 49.6 | | 50.0 | | **52.9** |
| **Total cards** | $ | 169.5 | $ | 160.3 | $ | 165.1 | $ | 165.8 | $ | **175.1** |
| **Total *GCB*** | $ | 287.1 | $ | 278.4 | $ | 284.8 | $ | 286.4 | $ | **299.9** |
| ***GCB* regional distribution:** | | | | | | | | | | |
| North America | | 67% | | 66% | | 66% | | 66% | | **66%** |
| Latin America | | 6 | | 6 | | 6 | | 6 | | **6** |
| Asia[2] | | 27 | | 28 | | 28 | | 28 | | **28** |
| **Total *GCB*** | | 100% | | 100% | | 100% | | 100% | | **100%** |
| ***Corporate/Other***[3] | $ | 15.3 | $ | 12.6 | $ | 11.7 | $ | 11.0 | $ | **9.6** |
| **Total consumer loans** | $ | 302.4 | $ | 291.0 | $ | 296.5 | $ | 297.4 | $ | **309.5** |

(1)  End-of-period loans include interest and fees on credit cards.
(2)  *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.
(3)  Primarily consists of legacy assets, principally *North America* consumer mortgages.

For information on changes to Citi's end-of-period consumer loans, see "Liquidity Risk—Loans" below.

***Overall Consumer Credit Trends***

The following charts show the quarterly trends in delinquencies (90+ days past due (90+ DPD) ratio) and the net credit losses (NCL) ratio across both retail banking and cards for total *GCB* and by region.





*Latin America GCB* operates in Mexico through Citibanamex, one of Mexico's largest banks, and provides credit cards, consumer mortgages and small business and personal loans. *Latin America GCB* serves a more mass-market segment in Mexico and focuses on developing multi-product relationships with customers.

As shown in the chart above, the net credit loss rate in *Latin America GCB* decreased quarter-over-quarter, primarily due to seasonality in the cards portfolio, while the 90+ days past due delinquency rate remained broadly stable.

The net credit loss and 90+ days past due rate decreased year-over-year, primarily due to the growth in recent vintages for cards as well as a slower pace of acquisitions in the retail portfolios during 2019.

*North America GCB* provides mortgage, home equity, small business and personal loans through Citi's retail banking network and card products through Citi-branded cards and Citi retail services businesses. The retail bank is concentrated in six major metropolitan cities in the United States (for additional information on the U.S. retail bank, see "*North America GCB*" above).

As of December 31, 2019, approximately 75% of *North America GCB* consumer loans consisted of Citi-branded and Citi retail services cards, which generally drives the overall credit performance of *North America GCB* (for additional information on *North America GCB*'s cards portfolios, including delinquency and net credit loss rates, see "Credit Card Trends" below).

As shown in the chart above, the net credit loss rate in *North America GCB* increased quarter-over-quarter, primarily driven by seasonality in Citi retail services portfolios. The 90+ days past due delinquency rate also increased quarter-over-quarter, primarily due to seasonality in the cards portfolios.

The net credit loss rate and 90+ days past due delinquency rate increased year-over-year, primarily driven by seasoning of more recent vintages in Citi-branded cards and an increase in net flow rates in later delinquency buckets in Citi retail services.



(1)   *Asia* includes *GCB* activities in certain *EMEA* countries for all periods presented.

*Asia GCB* operates in 17 countries in *Asia* and *EMEA* and provides credit cards, consumer mortgages and small business and personal loans.

As shown in the chart above, the net credit loss rate in *Asia GCB* decreased quarter-over-quarter, primarily due to seasonality, while the 90+ days past due delinquency rate remained broadly stable quarter-over-quarter. Year-over-year, the net credit loss and the 90+ days past due delinquency rate remained broadly stable.

The stability in *Asia GCB*'s portfolios reflects the strong credit profiles in the region's target customer segments. Regulatory changes in many markets in *Asia* over the past few years have also resulted in stable portfolio credit quality.

For additional information on cost of credit, loan delinquency and other information for Citi's consumer loan portfolios, see each respective business's results of operations above and Note 14 to the Consolidated Financial Statements.

*Credit Card Trends*

The following charts show the quarterly trends in delinquencies and net credit losses for total *GCB* cards, *North America* Citi-branded cards and Citi retail services portfolios, as well as for Citi's *Latin America* and *Asia* Citi-branded cards portfolios.





*North America GCB*'s Citi-branded cards portfolio issues proprietary and co-branded cards. As shown in the chart above, the net credit loss rate in *North America* Citi-branded cards was relatively stable quarter-over-quarter, while the 90+ days past due delinquency rate increased, driven by seasonality.

The net credit loss and 90+ days past due delinquency rate increased year-over-year, primarily driven by seasoning of more recent vintages.



Citi retail services partners directly with more than 20 retailers and dealers to offer private label and co-branded cards. Citi retail services' target market is focused on select industry segments such as home improvement, specialty retail, consumer electronics and fuel.

Citi retail services continually evaluates opportunities to add partners within target industries that have strong loyalty, lending or payment programs and growth potential.

As shown in the chart above, the net credit loss and 90+ days past due delinquency rate in Citi retail services increased quarter-over-quarter, primarily due to seasonality.

The net credit loss rate and 90+ days past due delinquency rate increased year-over-year, primarily driven by an increase in net flow rates in later delinquency buckets.



*Latin America GCB* issues proprietary and co-branded cards. As shown in the chart above, the net credit loss rate in *Latin America* Citi-branded cards decreased quarter-over-quarter, primarily due to seasonality, while the 90+ days past due delinquency rate remained stable.

The net credit loss and 90+ days past due delinquency rate decreased year-over-year, primarily due to growth in recent vintages.



**Asia Citi-Branded Cards(1)**

(1) *Asia* includes loans and leases in certain *EMEA* countries for all periods presented.

*Asia GCB* issues proprietary and co-branded cards.

As set forth in the chart above, the net credit loss rate in *Asia* Citi-branded cards decreased quarter-over-quarter, primarily due to seasonality, while the 90+ days past due delinquency rate remained broadly stable.

Year-over-year, the net credit loss rate and 90+ days past due delinquency rate remained broadly stable.

For additional information on cost of credit, delinquency and other information for Citi's cards portfolios, see each respective business's results of operations above and Note 13 to the Consolidated Financial Statements.

*North America Cards FICO Distribution*

The following tables show the current FICO score distributions for Citi's *North America* cards portfolios based on end-of-period receivables. FICO scores are updated monthly for substantially all of the portfolio and on a quarterly basis for the remaining portfolio.

**Citi-Branded Cards**

| FICO distribution(1) | Dec 31, 2019 | Sept. 30, 2019 | Dec 31, 2018 |
|---|---|---|---|
| > 760 | **42%** | 41% | 42% |
| 680–760 | **41** | 41 | 41 |
| < 680 | **17** | 18 | 17 |
| **Total** | **100%** | 100% | 100% |

**Citi Retail Services**

| FICO distribution(1) | Dec 31, 2019 | Sept. 30, 2019 | Dec 31, 2018 |
|---|---|---|---|
| > 760 | **25%** | 24% | 25% |
| 680–760 | **42** | 43 | 42 |
| < 680 | **33** | 33 | 33 |
| **Total** | **100%** | 100% | 100% |

(1) The FICO bands in the tables are consistent with general industry peer presentations.

Both the Citi-branded cards' and Citi retail services' cards FICO distributions remained stable as of year-end 2019.

For additional information on FICO scores, see Note 14 to the Consolidated Financial Statements.

65

**Additional Consumer Credit Details**

*Consumer Loan Delinquencies and Ratios*

| In millions of dollars, except EOP loan amounts in billions | EOP loans[1] December 31, 2019 | 90+ days past due[2] December 31, 2019 | 2018 | 2017 | 30–89 days past due[2] December 31, 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|
| **Global Consumer Banking[3][4]** | | | | | | | |
| Total | $ 299.9 | $ 2,737 | $ 2,550 | $ 2,378 | $ 3,001 | $ 2,864 | $ 2,687 |
| Ratio | | 0.91% | 0.89% | 0.84% | 1.00% | 1.00% | 0.95% |
| **Retail banking** | | | | | | | |
| Total | $ 124.8 | $ 438 | $ 416 | $ 415 | $ 816 | $ 752 | $ 747 |
| Ratio | | 0.35% | 0.36% | 0.35% | 0.66% | 0.64% | 0.64% |
| *North America* | 50.3 | 146 | 135 | 134 | 334 | 265 | 256 |
| Ratio | | 0.29% | 0.29% | 0.29% | 0.67% | 0.56% | 0.55% |
| *Latin America* | 11.7 | 106 | 108 | 112 | 180 | 185 | 181 |
| Ratio | | 0.91% | 0.95% | 0.96% | 1.54% | 1.62% | 1.55% |
| *Asia*[5] | 62.8 | 186 | 173 | 169 | 302 | 302 | 310 |
| Ratio | | 0.30% | 0.30% | 0.29% | 0.48% | 0.52% | 0.52% |
| **Cards** | | | | | | | |
| Total | $ 175.1 | $ 2,299 | $ 2,134 | $ 1,963 | $ 2,185 | $ 2,112 | $ 1,940 |
| Ratio | | 1.31% | 1.26% | 1.19% | 1.25% | 1.25% | 1.18% |
| *North America—Citi-branded* | 96.3 | 915 | 812 | 768 | 814 | 755 | 698 |
| Ratio | | 0.95% | 0.88% | 0.85% | 0.85% | 0.82% | 0.77% |
| *North America—Citi retail services* | 52.9 | 1,012 | 952 | 845 | 945 | 932 | 830 |
| Ratio | | 1.91% | 1.81% | 1.72% | 1.79% | 1.77% | 1.69% |
| *Latin America* | 6.0 | 165 | 171 | 151 | 159 | 170 | 153 |
| Ratio | | 2.75% | 3.00% | 2.80% | 2.65% | 2.98% | 2.83% |
| *Asia*[5] | 19.9 | 207 | 199 | 199 | 267 | 255 | 259 |
| Ratio | | 1.04% | 1.03% | 1.01% | 1.34% | 1.32% | 1.31% |
| **Corporate/Other—Consumer[6]** | | | | | | | |
| Total | $ 9.6 | $ 278 | $ 382 | $ 557 | $ 295 | $ 362 | $ 542 |
| Ratio | | 3.02% | 2.63% | 2.58% | 3.21% | 2.50% | 2.51% |
| **Total Citigroup** | $ 309.5 | $ 3,015 | $ 2,932 | $ 2,935 | $ 3,296 | $ 3,226 | $ 3,229 |
| Ratio | | 0.98% | 0.97% | 0.91% | 1.07% | 1.07% | 1.06% |

(1)  End-of-period (EOP) loans include interest and fees on credit cards.

(2)  The ratios of 90+ days past due and 30–89 days past due are calculated based on EOP loans, net of unearned income.

(3)  The 90+ days past due balances for *North America—*Citi-branded and *North America—*Citi retail services are generally still accruing interest. Citigroup's policy is generally to accrue interest on credit card loans until 180 days past due, unless notification of bankruptcy filing has been received earlier.

(4)  The 90+ days past due and 30–89 days past due and related ratios for *North America GCB* exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored agencies since the potential loss predominantly resides within the agencies. The amounts excluded for loans 90+ days past due and (EOP loans) were $135 million ($0.5 billion), $211 million ($0.7 billion) and $305 million ($0.8 billion) at December 31, 2019, 2018 and 2017, respectively. The amounts excluded for loans 30–89 days past due (EOP loans have the same adjustment as above) were $72 million, $86 million and $93 million at December 31, 2019, 2018 and 2017, respectively.

(5)  *Asia* includes delinquencies and loans in certain *EMEA* countries for all periods presented.

(6)  The 90+ days past due and 30–89 days past due and related ratios exclude U.S. mortgage loans that are guaranteed by U.S. government-sponsored agencies since the potential loss predominantly resides within the agencies. The amounts excluded for loans 90+ days past due and (EOP loans) were $172 million ($0.4 billion), $367 million ($0.8 billion) and $663 million ($1.2 billion) at December 31, 2019, 2018 and 2017, respectively. The amounts excluded for loans 30–89 days past due (EOP loans have the same adjustment as above) were $55 million, $122 million and $164 million at December 31, 2019, 2018 and 2017, respectively.

*Consumer Loan Net Credit Losses and Ratios*

| In millions of dollars, except average loan amounts in billions | Average loans[1] 2019 | | Net credit losses[2][3] 2019 | | 2018 | | 2017 |
|---|---|---|---|---|---|---|---|
| **Global Consumer Banking** | | | | | | | |
| Total | $ | 284.1 $ | 7,382 | $ | 6,884 | $ | 6,462 |
| Ratio | | | 2.60 % | | 2.48% | | 2.39% |
| **Retail banking** | | | | | | | |
| Total | $ | 119.7 $ | 910 | $ | 913 | $ | 923 |
| Ratio | | | 0.76 % | | 0.78% | | 0.79% |
| *North America* | | 48.5 | 161 | | 126 | | 135 |
| Ratio | | | 0.33 | | 0.27 | | 0.29 |
| *Latin America* | | 11.5 | 494 | | 545 | | 550 |
| Ratio | | | 4.30 | | 4.58 | | 4.40 |
| *Asia*[4] | | 59.7 | 255 | | 242 | | 238 |
| Ratio | | | 0.43 | | 0.41 | | 0.42 |
| **Cards** | | | | | | | |
| Total | $ | 164.4 $ | 6,472 | $ | 5,971 | $ | 5,539 |
| Ratio | | | 3.94 % | | 3.72% | | 3.60% |
| *North America*—Citi-branded | | 89.8 | 2,864 | | 2,602 | | 2,447 |
| Ratio | | | 3.19 | | 2.97 | | 2.90 |
| *North America*—Citi retail services | | 49.9 | 2,558 | | 2,357 | | 2,155 |
| Ratio | | | 5.13 | | 4.88 | | 4.73 |
| *Latin America* | | 5.7 | 615 | | 586 | | 533 |
| Ratio | | | 10.79 | | 10.65 | | 10.06 |
| *Asia*[4] | | 19.0 | 435 | | 426 | | 404 |
| Ratio | | | 2.29 | | 2.25 | | 2.17 |
| ***Corporate/Other—Consumer*[3]** | | | | | | | |
| Total | $ | 11.9 $ | (6) | $ | 24 | $ | 156 |
| Ratio | | | (0.05)% | | 0.14% | | 0.57% |
| *International* | | — | — | | 42 | | 82 |
| Ratio | | | — | | 6.00 | | 4.32 |
| *North America* | | 11.9 | (6) | | (18) | | 74 |
| Ratio | | | (0.05) | | NM | | 0.29 |
| *Other*[5] | | — | — | | — | | (21) |
| **Total Citigroup** | $ | 296.0 $ | 7,376 | $ | 6,908 | $ | 6,597 |
| Ratio | | | 2.49 % | | 2.33% | | 2.22% |

(1) Average loans include interest and fees on credit cards.

(2) The ratios of net credit losses are calculated based on average loans, net of unearned income.

(3) As a result of Citigroup's entry into agreements in 2016 to sell its Argentina and Brazil consumer banking businesses, these businesses were classified as HFS at the end of the fourth quarter of 2016. Loans HFS are excluded from this table as they are recorded in *Other assets*. In addition, as a result of HFS accounting treatment, approximately $128 million of net credit losses (NCLs) were recorded as a reduction in revenue (*Other revenue*) during 2017. Accordingly, these NCLs are not included in this table. The sales of the Argentina and Brazil consumer banking businesses were completed in 2017.

(4) *Asia* includes NCLs and average loans in certain *EMEA* countries for all periods presented.

(5) 2017 NCLs reflected a recovery related to legacy assets.

*Loan Maturities and Fixed/Variable Pricing of*
*U.S. Consumer Mortgages*

| In millions of dollars at December 31, 2019 | Due within 1 year | | Greater than 1 year but within 5 years | Greater than 5 years | Total |
|---|---|---|---|---|---|
| **U.S. consumer mortgage loan portfolio** | | | | | |
| Residential first mortgages | $ | 3 | $ 118 | $ 46,887 | $ 47,008 |
| Home equity loans | 92 | | 330 | 8,801 | 9,223 |
| **Total** | $ | 95 | $ 448 | $ 55,688 | $ 56,231 |
| **Fixed/variable pricing of U.S. consumer mortgage loans with maturities due after one year** | | | | | |
| Loans at fixed interest rates | | | $ 430 | $ 35,975 | |
| Loans at floating or adjustable interest rates | | | 18 | 19,713 | |
| **Total** | | | $ 448 | $ 55,688 | |

68

## CORPORATE CREDIT

Consistent with its overall strategy, Citi's corporate clients are typically large, multinational corporations that value the depth and breadth of Citi's global network. Citi aims to establish relationships with these clients that, consistent with client needs, encompass multiple products, including cash management and trade services, foreign exchange, lending, capital markets and M&A advisory. As of the fourth quarter of 2019, Citi's commercial banking businesses previously reported as part of *GCB* in *North America*, *Latin America* and *Asia*, including approximately $28 billion in end-of-period loans, are now reported in *ICG* for all periods presented.

### Corporate Credit Portfolio

The following table presents Citi's corporate credit portfolio within *ICG* (excluding private bank), before consideration of collateral or hedges, by remaining tenor for the periods indicated:

| | December 31, 2019 | | | | September 30, 2019 | | | | December 31, 2018 | | | |
| | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure | Due within 1 year | Greater than 1 year but within 5 years | Greater than 5 years | Total exposure |
| *In billions of dollars* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct outstandings (on-balance sheet)[1] | $ 141 | $ 117 | $ 23 | $ 281 | $ 150 | $ 115 | $ 24 | $ 289 | $ 144 | $ 119 | $ 23 | $ 286 |
| Unfunded lending commitments (off-balance sheet)[2] | 145 | 249 | 17 | 411 | 133 | 250 | 16 | 399 | 111 | 253 | 18 | 382 |
| **Total exposure** | $ 286 | $ 366 | $ 40 | $ 692 | $ 283 | $ 365 | $ 40 | $ 688 | $ 255 | $ 372 | $ 41 | $ 668 |

(1)   Includes drawn loans, overdrafts, bankers' acceptances and leases.
(2)   Includes unused commitments to lend, letters of credit and financial guarantees.

### *Portfolio Mix—Geography, Counterparty and Industry*

Citi's corporate credit portfolio is diverse by geography and counterparty. The following table shows the regional percentages of this portfolio based on Citi's internal management geography:

| | December 31, 2019 | September 30, 2019 | December 31, 2018 |
|---|---|---|---|
| *North America* | **55%** | 55% | 54% |
| *EMEA* | **26** | 26 | 26 |
| *Asia* | **12** | 12 | 12 |
| *Latin America* | **7** | 7 | 8 |
| **Total** | **100%** | 100% | 100% |

The maintenance of accurate and consistent risk ratings across the corporate credit portfolio facilitates the comparison of credit exposure across all lines of business, geographic regions and products. Counterparty risk ratings reflect an estimated probability of default for a counterparty and are derived by leveraging validated statistical models, scorecard models and external agency ratings (under defined circumstances), in combination with consideration of factors specific to the obligor or market, such as management experience, competitive position and regulatory environment

and commodity prices. Facility risk ratings are assigned that reflect the probability of default of the obligor and factors that affect the loss given default of the facility, such as support or collateral. Internal obligor ratings that generally correspond to BBB and above are considered investment grade, while those below are considered non-investment grade.

Citigroup has also incorporated environmental factors such as climate risk assessment and reporting criteria for certain obligors, as necessary. Factors evaluated include consideration of climate risk to an obligor's business and physical assets and, when relevant, consideration of cost-effective options to reduce greenhouse gas emissions.

The following table presents the corporate credit portfolio by facility risk rating as a percentage of the total corporate credit portfolio:

| | Total exposure | | |
|---|---|---|---|
| | December 31, 2019 | September 30, 2019 | December 31, 2018 |
| AAA/AA/A | **46%** | 46% | 47% |
| BBB | **36** | 36 | 35 |
| BB/B | **16** | 16 | 17 |
| CCC or below | **2** | 2 | 1 |
| **Total** | **100%** | 100% | 100% |

69

Note: Total exposure includes direct outstandings and unfunded lending commitments.

Citi's corporate credit portfolio is also diversified by industry. The following table shows the allocation of Citi's total corporate credit portfolio by industry:

| | Total exposure | | |
|---|---|---|---|
| | December 31, 2019 | September 30, 2019 | December 31, 2018 |
| Transportation and industrial | 21% | 21% | 22% |
| Consumer retail and health | 17 | 17 | 17 |
| Technology, media and telecom | 12 | 12 | 13 |
| Power, chemicals, metals and mining | 11 | 10 | 10 |
| Banks/broker-dealers/finance companies | 8 | 8 | 8 |
| Real estate | 8 | 8 | 8 |
| Energy and commodities | 8 | 8 | 8 |
| Public sector | 4 | 4 | 5 |
| Insurance and special purpose entities | 4 | 4 | 4 |
| Hedge funds | 4 | 4 | 4 |
| Other industries | 3 | 4 | 1 |
| Total | 100% | 100% | 100% |

For additional information on Citi's corporate credit portfolio, see Note 14 to the Consolidated Financial Statements.

### Credit Risk Mitigation

As part of its overall risk management activities, Citigroup uses credit derivatives and other risk mitigants to hedge portions of the credit risk in its corporate credit portfolio, in addition to outright asset sales. Citi may enter into partial-term hedges as well as full-term hedges. In advance of the expiration of partial-term hedges, Citi will determine, among other factors, the economic feasibility of hedging the remaining life of the instrument. The results of the mark-to-market and any realized gains or losses on credit derivatives are reflected primarily in *Principal transactions* in the Consolidated Statement of Income.

At December 31, 2019, September 30, 2019 and December 31, 2018, Citigroup had economic hedges in place on the corporate credit portfolio of $35.2 billion, $29.5 billion and $30.2 billion, respectively. Citigroup's expected loss model used in the calculation of its loan loss reserve does not include the favorable impact of credit derivatives and other mitigants that are marked to market. In addition, the reported amounts of direct outstandings and unfunded lending commitments in the tables above do not reflect the impact of these hedging transactions. The credit protection was economically hedging underlying corporate credit portfolio exposures with the following risk rating distribution:

### Rating of Hedged Exposure

| | December 31, 2019 | September 30, 2019 | December 31, 2018 |
|---|---|---|---|
| AAA/AA/A | 32% | 34% | 35% |
| BBB | 51 | 48 | 50 |
| BB/B | 15 | 17 | 14 |
| CCC or below | 2 | 1 | 1 |
| Total | 100% | 100% | 100% |

The credit protection was economically hedging underlying corporate credit portfolio exposures with the following industry distribution:

### Industry of Hedged Exposure

| | December 31, 2019 | September 30, 2019 | December 31, 2018 |
|---|---|---|---|
| Transportation and industrial | 24% | 23% | 23% |
| Technology, media and telecom | 19 | 19 | 17 |
| Consumer retail and health | 18 | 16 | 16 |
| Power, chemicals, metals and mining | 15 | 14 | 15 |
| Energy and commodities | 9 | 9 | 11 |
| Insurance and special purpose entities | 7 | 5 | 6 |
| Banks/broker-dealers/finance companies | 3 | 5 | 4 |
| Public sector | 3 | 4 | 3 |
| Real estate | 2 | 4 | 4 |
| Other industries | — | 1 | 1 |
| Total | 100% | 100% | 100% |

*Loan Maturities and Fixed/Variable Pricing of Corporate Loans*

| In millions of dollars at December 31, 2019 | Due within 1 year | Over 1 year but within 5 years | Over 5 years | Total |
|---|---|---|---|---|
| **Corporate loans** | | | | |
| **In U.S. offices** | | | | |
| Commercial and industrial loans | $ 20,679 | $ 21,623 | $ 13,627 | $ 55,929 |
| Financial institutions | 19,938 | 20,846 | 13,138 | 53,922 |
| Mortgage and real estate | 19,735 | 20,633 | 13,003 | 53,371 |
| Installment, revolving credit and other | 11,550 | 12,077 | 7,611 | 31,238 |
| Lease financing | 477 | 499 | 314 | 1,290 |
| **In offices outside the U.S.** | 124,384 | 59,295 | 10,506 | 194,185 |
| **Total corporate loans** | $ 196,763 | $ 134,973 | $ 58,199 | $ 389,935 |
| **Fixed/variable pricing of corporate loans with maturities due after one year[1]** | | | | |
| Loans at fixed interest rates | | $ 22,432 | $ 20,676 | |
| Loans at floating or adjustable interest rates | | 112,541 | 37,523 | |
| **Total** | | $ 134,973 | $ 58,199 | |

(1)   Based on contractual terms. Repricing characteristics may effectively be modified from time to time using derivative contracts. See Note 22 to the Consolidated Financial Statements.

71

**ADDITIONAL CONSUMER AND CORPORATE CREDIT DETAILS**

**Loans Outstanding**

| | | December 31, | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *In millions of dollars* | | **2019** | | 2018 | | 2017 | | 2016 | 2015 |
| **Consumer loans** | | | | | | | | | |
| In North America offices[1] | | | | | | | | | |
| Residential first mortgages[2] | $ | **47,008** | $ | 47,412 | $ | 49,375 | $ | 53,131 | $ | 56,872 |
| Home equity loans[2] | | **9,223** | | 11,543 | | 14,827 | | 19,454 | 22,745 |
| Credit cards | | **149,163** | | 144,542 | | 139,718 | | 133,297 | 113,352 |
| Personal, small business and other | | **3,699** | | 4,046 | | 4,140 | | 5,290 | 5,396 |
| **Total** | $ | **209,093** | $ | 207,543 | $ | 208,060 | $ | 211,172 | $ | 198,365 |
| In offices outside North America[1] | | | | | | | | | |
| Residential first mortgages[2] | $ | **37,686** | $ | 35,972 | $ | 37,419 | $ | 35,336 | $ | 40,139 |
| Credit cards | | **25,909** | | 24,951 | | 25,727 | | 23,055 | 26,617 |
| Personal, small business and other | | **36,860** | | 33,894 | | 34,608 | | 31,153 | 35,980 |
| **Total** | $ | **100,455** | $ | 94,817 | $ | 97,754 | $ | 89,544 | $ | 102,736 |
| **Consumer loans, net of unearned income[3]** | $ | **309,548** | $ | 302,360 | $ | 305,814 | $ | 300,716 | $ | 301,101 |
| **Corporate loans** | | | | | | | | | |
| In North America offices[1] | | | | | | | | | |
| Commercial and industrial | $ | **55,929** | $ | 60,861 | $ | 60,219 | $ | 57,886 | $ | 53,611 |
| Financial institutions | | **53,922** | | 48,447 | | 39,128 | | 35,517 | 36,425 |
| Mortgage and real estate[2] | | **53,371** | | 50,124 | | 44,683 | | 38,691 | 32,623 |
| Installment, revolving credit and other | | **31,238** | | 32,425 | | 31,932 | | 31,194 | 30,426 |
| Lease financing | | **1,290** | | 1,429 | | 1,470 | | 1,518 | 1,780 |
| **Total** | $ | **195,750** | $ | 193,286 | $ | 177,432 | $ | 164,806 | $ | 154,865 |
| In offices outside North America[1] | | | | | | | | | |
| Commercial and industrial | $ | **112,668** | $ | 114,029 | $ | 113,178 | $ | 100,532 | $ | 99,442 |
| Financial institutions | | **40,211** | | 36,837 | | 35,273 | | 26,886 | 28,704 |
| Mortgage and real estate[2] | | **9,780** | | 7,376 | | 7,309 | | 5,363 | 5,106 |
| Installment, revolving credit and other | | **27,303** | | 25,685 | | 22,638 | | 19,965 | 23,185 |
| Lease financing | | **95** | | 103 | | 190 | | 251 | 303 |
| Governments and official institutions | | **4,128** | | 4,520 | | 5,200 | | 5,850 | 4,911 |
| **Total** | $ | **194,185** | $ | 188,550 | $ | 183,788 | $ | 158,847 | $ | 161,651 |
| **Corporate loans, net of unearned income[4]** | $ | **389,935** | $ | 381,836 | $ | 361,220 | $ | 323,653 | $ | 316,516 |
| **Total loans—net of unearned income** | $ | **699,483** | $ | 684,196 | $ | 667,034 | $ | 624,369 | $ | 617,617 |
| Allowance for loan losses—on drawn exposures | | **(12,783)** | | (12,315) | | (12,355) | | (12,060) | (12,626) |
| **Total loans—net of unearned income and allowance for credit losses** | $ | **686,700** | $ | 671,881 | $ | 654,679 | $ | 612,309 | $ | 604,991 |
| **Allowance for loan losses as a percentage of total loans— net of unearned income[5]** | | **1.84%** | | 1.81% | | 1.86% | | 1.94% | 2.06% |
| **Allowance for consumer loan losses as a percentage of total consumer loans—net of unearned income[5]** | | **3.20%** | | 3.14% | | 3.08% | | 2.94% | 3.08% |
| **Allowance for corporate loan losses as a percentage of total corporate loans—net of unearned income[5]** | | **0.75%** | | 0.74% | | 0.82% | | 1.01% | 1.08% |

(1)   North America includes the U.S., Canada and Puerto Rico. Mexico is included in offices outside North America. The classification of corporate loans between offices in North America and outside North America is based on the domicile of the booking unit. The difference between the domicile of the booking unit and the domicile of the managing unit is not material.

(2)   Loans secured primarily by real estate.

(3)   Consumer loans are net of unearned income of $783 million, $742 million, $768 million, $803 million and $850 million at December 31, 2019, 2018, 2017, 2016 and 2015, respectively. Unearned income on consumer loans primarily represents unamortized origination fees and costs, premiums and discounts.

(4)   Corporate loans are net of unearned income of $(814) million, $(855) million, $(794) million, $(730) million and $(686) million at December 31, 2019, 2018, 2017, 2016 and 2015, respectively. Unearned income on corporate loans primarily represents interest received in advance, but not yet earned, on loans originated on a discounted basis.

(5)   All periods exclude loans that are carried at fair value.

**Details of Credit Loss Experience**

| In millions of dollars | | 2019 | | 2018 | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Allowance for loan losses at beginning of period | $ | 12,315 | $ | 12,355 | $ | 12,060 | $ | 12,626 | $ | 15,994 |
| **Provision for loan losses** | | | | | | | | | | |
| Consumer | $ | 7,751 | $ | 7,258 | $ | 7,329 | $ | 6,207 | $ | 6,073 |
| Corporate | | 467 | | 96 | | 174 | | 542 | | 1,035 |
| **Total** | $ | 8,218 | $ | 7,354 | $ | 7,503 | $ | 6,749 | $ | 7,108 |
| **Gross credit losses** | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices | $ | 6,538 | $ | 5,971 | $ | 5,664 | $ | 4,874 | $ | 5,439 |
| In offices outside the U.S. | | 2,316 | | 2,351 | | 2,377 | | 2,594 | | 3,077 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | 265 | | 121 | | 223 | | 370 | | 173 |
| In offices outside the U.S. | | 196 | | 208 | | 401 | | 334 | | 297 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | — | | 3 | | 3 | | 5 | | — |
| In offices outside the U.S. | | 3 | | 7 | | 1 | | 5 | | 4 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S. offices | | 23 | | 2 | | 2 | | 34 | | 8 |
| In offices outside the U.S. | | — | | 2 | | 2 | | 6 | | 43 |
| **Total** | $ | 9,341 | $ | 8,665 | $ | 8,673 | $ | 8,222 | $ | 9,041 |
| **Credit recoveries[1]** | | | | | | | | | | |
| **Consumer** | | | | | | | | | | |
| In U.S. offices | $ | 975 | $ | 912 | $ | 892 | $ | 972 | $ | 954 |
| In offices outside the U.S. | | 503 | | 502 | | 552 | | 576 | | 642 |
| **Corporate** | | | | | | | | | | |
| Commercial and industrial, and other | | | | | | | | | | |
| In U.S. offices | | 28 | | 47 | | 31 | | 31 | | 43 |
| In offices outside the U.S. | | 59 | | 78 | | 117 | | 79 | | 84 |
| Loans to financial institutions | | | | | | | | | | |
| In U.S. offices | | — | | — | | 1 | | 1 | | 7 |
| In offices outside the U.S. | | — | | 3 | | 1 | | 1 | | 2 |
| Mortgage and real estate | | | | | | | | | | |
| In U.S. offices | | 8 | | 6 | | 2 | | 1 | | 7 |
| In offices outside the U.S. | | — | | 4 | | 1 | | — | | — |
| **Total** | $ | 1,573 | $ | 1,552 | $ | 1,597 | $ | 1,661 | $ | 1,739 |
| **Net credit losses** | | | | | | | | | | |
| In U.S. offices | $ | 5,815 | $ | 5,132 | $ | 4,966 | $ | 4,278 | $ | 4,609 |
| In offices outside the U.S. | | 1,953 | | 1,981 | | 2,110 | | 2,283 | | 2,693 |
| **Total** | $ | 7,768 | $ | 7,113 | $ | 7,076 | $ | 6,561 | $ | 7,302 |
| Other—net[2][3][4][5][6][7][8] | $ | 18 | $ | (281) | $ | (132) | $ | (754) | $ | (3,174) |
| **Allowance for loan losses at end of period** | $ | 12,783 | $ | 12,315 | $ | 12,355 | $ | 12,060 | $ | 12,626 |
| Allowance for loan losses as a percentage of total loans[9] | | 1.84% | | 1.81% | | 1.86% | | 1.94% | | 2.06% |
| Allowance for unfunded lending commitments[8][10] | $ | 1,456 | $ | 1,367 | $ | 1,258 | $ | 1,418 | $ | 1,402 |
| **Total allowance for loan losses and unfunded lending commitments** | $ | 14,239 | $ | 13,682 | $ | 13,613 | $ | 13,478 | $ | 14,028 |
| Net consumer credit losses | $ | 7,376 | $ | 6,908 | $ | 6,597 | $ | 5,920 | $ | 6,920 |

73

| | | | | | |
|---|---:|---:|---:|---:|---:|
| As a percentage of average consumer loans | **2.49%** | 2.33% | 2.22% | 2.00% | 2.19% |
| Net corporate credit losses | $ **392** | $ 205 | $ 479 | $ 641 | $ 382 |
| As a percentage of average corporate loans | **0.10%** | 0.05% | 0.14% | 0.20% | 0.12% |
| **Allowance by type at end of period[11]** | | | | | |
| Consumer | $ **9,897** | $ 9,504 | $ 9,412 | $ 8,842 | $ 9,273 |
| Corporate | **2,886** | 2,811 | 2,943 | 3,218 | 3,353 |
| **Total Citigroup** | $ **12,783** | $ 12,315 | $ 12,355 | $ 12,060 | $ 12,626 |

(1)  Recoveries have been reduced by certain collection costs that are incurred only if collection efforts are successful.

(2)  Includes all adjustments to the allowance for credit losses, such as changes in the allowance from acquisitions, dispositions, securitizations, FX translation, purchase accounting adjustments, etc.

(3)  2019 includes reductions of approximately $42 million related to the transfer to HFS of various real estate loan portfolios. In addition, 2019 includes an increase of approximately $60 million related to FX translation.

(4)  2018 includes reductions of approximately $201 million related to the sale or transfer to HFS of various loan portfolios, which include approximately $91 million related to the transfer of various real estate loan portfolios to HFS. In addition, 2018 includes a reduction of approximately $60 million related to FX translation.

(5)  2017 includes reductions of approximately $261 million related to the sale or transfer to HFS of various loan portfolios, which include approximately $106 million related to the transfer of various real estate loan portfolios to HFS. In addition, 2017 includes an increase of approximately $115 million related to FX translation.

(6)  2016 includes reductions of approximately $574 million related to the sale or transfer to HFS of various loan portfolios, which include approximately $106 million related to the transfer of various real estate loan portfolios to HFS. In addition, 2016 includes a reduction of approximately $199 million related to FX translation.

(7)  2015 includes reductions of approximately $2.4 billion related to the sale or transfer to HFS of various loan portfolios, which include approximately $1.5 billion related to the transfer of various real estate loan portfolios to HFS. In addition, 2015 includes a reduction of approximately $474 million related to FX translation.

(8)  2015 includes a reclassification of $271 million of *Allowance for loan losses* to allowance for unfunded lending commitments, included in the Other line item. This reclassification reflects the re-attribution of $271 million in the allowance for credit losses between the funded and unfunded portions of the corporate credit portfolios and does not reflect a change in the underlying credit performance of these portfolios.

(9)  December 31, 2019, 2018, 2017, 2016 and 2015 exclude $4.1 billion, $3.2 billion, $4.4 billion, $3.5 billion and $5.0 billion, respectively, of loans which are carried at fair value.

(10)  Represents additional credit reserves recorded as *Other liabilities* on the Consolidated Balance Sheet.

(11)  Allowance for loan losses represents management's best estimate of probable losses inherent in the portfolio, as well as probable losses related to large individually evaluated impaired loans and troubled debt restructurings. See "Significant Accounting Policies and Significant Estimates" and Note 1 to the Consolidated Financial Statements below. Attribution of the allowance is made for analytical purposes only and the entire allowance is available to absorb probable credit losses inherent in the overall portfolio.

**Allowance for Loan Losses**

The following tables detail information on Citi's allowance for loan losses, loans and coverage ratios:

| In billions of dollars | December 31, 2019 | | |
| --- | --- | --- | --- |
| | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| North America cards[2] | $ 7.0 | $ 149.2 | 4.7% |
| North America mortgages[3] | 0.3 | 56.2 | 0.5 |
| North America other | 0.1 | 3.7 | 2.7 |
| International cards | 0.7 | 25.9 | 2.7 |
| International other[4] | 1.8 | 74.6 | 2.4 |
| **Total consumer** | $ 9.9 | $ 309.6 | 3.2% |
| **Total corporate** | 2.9 | 389.9 | 0.7 |
| **Total Citigroup** | $ 12.8 | $ 699.5 | 1.8% |

(1) Allowance as a percentage of loans excludes loans that are carried at fair value.
(2) Includes both Citi-branded cards and Citi retail services. The $7.0 billion of loan loss reserves represented approximately 15 months of coincident net credit loss coverage.
(3) Of the $0.3 billion, nearly all was allocated to *North America* mortgages in *Corporate/Other*, including $0.1 billion and $0.2 billion determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $56.2 billion in loans, approximately $54.2 billion and $2.0 billion of the loans were evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4) Includes mortgages and other retail loans.

| In billions of dollars | December 31, 2018 | | |
| --- | --- | --- | --- |
| | Allowance for loan losses | Loans, net of unearned income | Allowance as a percentage of loans[1] |
| North America cards[2] | $ 6.6 | $ 144.5 | 4.6% |
| North America mortgages[3] | 0.4 | 59.0 | 0.7 |
| North America other | 0.1 | 4.0 | 2.5 |
| International cards | 0.7 | 25.0 | 2.8 |
| International other[4] | 1.7 | 69.9 | 2.4 |
| **Total consumer** | $ 9.5 | $ 302.4 | 3.1% |
| **Total corporate** | 2.8 | 381.8 | 0.7 |
| **Total Citigroup** | $ 12.3 | $ 684.2 | 1.8% |

(1) Allowance as a percentage of loans excludes loans that are carried at fair value.
(2) Includes both Citi-branded cards and Citi retail services. The $6.6 billion of loan loss reserves represented approximately 16 months of coincident net credit loss coverage.
(3) Of the $0.4 billion, nearly all was allocated to *North America* mortgages in *Corporate/Other*, including approximately $0.1 billion and $0.3 billion determined in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. Of the $59.0 billion in loans, approximately $56.3 billion and $2.5 billion were evaluated in accordance with ASC 450-20 and ASC 310-10-35 (troubled debt restructurings), respectively. For additional information, see Note 15 to the Consolidated Financial Statements.
(4) Includes mortgages and other retail loans.

**Non-Accrual Loans and Assets and Renegotiated Loans**

There is a certain amount of overlap among non-accrual loans and assets and renegotiated loans. The following summary provides a general description of each category.

*Non-Accrual Loans and Assets*:

- Corporate and consumer (including commercial banking) non-accrual status is based on the determination that payment of interest or principal is doubtful.
- A corporate loan may be classified as non-accrual and still be performing under the terms of the loan structure. Non-accrual loans may still be current on interest payments. Approximately 44%, 41% and 48% of Citi's corporate non-accrual loans were performing at December 31, 2019, September 30, 2019 and December 31, 2018, respectively.
- Consumer non-accrual status is generally based on aging, i.e., the borrower has fallen behind on payments.
- Consumer mortgage loans, other than Federal Housing Administration (FHA) insured loans, are classified as non-accrual within 60 days of notification that the borrower has filed for bankruptcy. In addition, home equity loans are classified as non-accrual if the related residential first mortgage loan is 90 days or more past due.
- *North America* Citi-branded cards and Citi retail services are not included because, under industry standards, credit card loans accrue interest until such loans are charged off, which typically occurs at 180 days of contractual delinquency.

*Renegotiated Loans*:

- Includes both corporate and consumer loans whose terms have been modified in a troubled debt restructuring (TDR).
- Includes both accrual and non-accrual TDRs.

76

*Non-Accrual Loans*

The table below summarizes Citigroup's non-accrual loans as of the periods indicated. Non-accrual loans may still be current on interest payments. In situations where Citi reasonably expects that only a portion of the principal owed will ultimately be collected, all payments received are reflected as a reduction of principal and not as interest income. For all other non-accrual loans, cash interest receipts are generally recorded as revenue.

| In millions of dollars | | December 31, 2019 | | 2018 | | 2017 | | 2016 | | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Corporate non-accrual loans**[1][2] | | | | | | | | | | |
| North America | $ | 1,214 | $ | 586 | $ | 966 | $ | 1,291 | $ | 1,005 |
| EMEA | | 430 | | 375 | | 849 | | 904 | | 347 |
| Latin America | | 473 | | 307 | | 348 | | 441 | | 421 |
| Asia | | 71 | | 243 | | 70 | | 220 | | 191 |
| **Total corporate non-accrual loans** | $ | 2,188 | $ | 1,511 | $ | 2,233 | $ | 2,856 | $ | 1,964 |
| **Consumer non-accrual loans**[1][3] | | | | | | | | | | |
| North America | $ | 905 | $ | 1,138 | $ | 1,468 | $ | 1,854 | $ | 2,328 |
| Latin America | | 632 | | 638 | | 688 | | 648 | | 756 |
| Asia[4] | | 279 | | 250 | | 243 | | 221 | | 206 |
| **Total consumer non-accrual loans** | $ | 1,816 | $ | 2,026 | $ | 2,399 | $ | 2,723 | $ | 3,290 |
| **Total non-accrual loans** | $ | 4,004 | $ | 3,537 | $ | 4,632 | $ | 5,579 | $ | 5,254 |

(1)  Excludes purchased distressed loans, as they are generally accreting interest. The carrying value of these loans was $128 million at December 31, 2019, $128 million at December 31, 2018, $167 million at December 31, 2017, $187 million at December 31, 2016 and $250 million at December 31, 2015.
(2)  The 2016 increase in corporate non-accrual loans was primarily related to Citi's *North America* and *EMEA* energy and energy-related corporate credit exposure.
(3)  The 2015 decline in consumer non-accrual loans includes the impact related to the transfer of approximately $8 billion of mortgage loans to Loans HFS (included within *Other assets*).
(4)  *Asia* includes balances in certain *EMEA* countries for all periods presented.

The changes in Citigroup's non-accrual loans were as follows:

| In millions of dollars | | Year ended December 31, 2019 Corporate | Consumer | Total | Year ended December 31, 2018 Corporate | Consumer | Total |
|---|---|---|---|---|---|---|---|
| **Non-accrual loans at beginning of period** | $ | 1,511  $ | 2,026 | $  3,537 | $  2,233  $ | 2,399 | $  4,632 |
| Additions | | 3,407 | 2,954 | 6,361 | 2,108 | 3,148 | 5,256 |
| Sales and transfers to HFS | | (23) | (171) | (194) | (119) | (268) | (387) |
| Returned to performing | | (68) | (431) | (499) | (127) | (629) | (756) |
| Paydowns/settlements | | (2,496) | (902) | (3,398) | (2,282) | (1,052) | (3,334) |
| Charge-offs | | (268) | (1,444) | (1,712) | (196) | (1,634) | (1,830) |
| Other | | 125 | (216) | (91) | (106) | 62 | (44) |
| **Ending balance** | $ | 2,188  $ | 1,816 | $  4,004 | $  1,511  $ | 2,026 | $  3,537 |

*Non-Accrual Assets*

The table below summarizes Citigroup's other real estate owned (OREO) assets. OREO is recorded on the Consolidated Balance Sheet within *Other assets*. This represents the carrying value of all real estate property acquired by foreclosure or other legal proceedings when Citi has taken possession of the collateral:

| | | | | | December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *In millions of dollars* | | **2019** | | 2018 | | 2017 | | 2016 | | 2015 |
| **OREO** | | | | | | | | | | |
| *North America* | $ | **39** | $ | 64 | $ | 89 | $ | 161 | $ | 166 |
| *EMEA* | | **1** | | 1 | | 2 | | — | | 1 |
| *Latin America* | | **14** | | 12 | | 35 | | 18 | | 38 |
| *Asia* | | **7** | | 22 | | 18 | | 7 | | 4 |
| **Total OREO** | $ | **61** | $ | 99 | $ | 144 | $ | 186 | $ | 209 |
| **Non-accrual assets** | | | | | | | | | | |
| Corporate non-accrual loans | $ | **2,188** | $ | 1,511 | $ | 2,233 | $ | 2,856 | $ | 1,964 |
| Consumer non-accrual loans | | **1,816** | | 2,026 | | 2,399 | | 2,723 | | 3,290 |
| Non-accrual loans (NAL) | $ | **4,004** | $ | 3,537 | $ | 4,632 | $ | 5,579 | $ | 5,254 |
| OREO | $ | **61** | $ | 99 | $ | 144 | $ | 186 | $ | 209 |
| Non-accrual assets (NAA) | $ | **4,065** | $ | 3,636 | $ | 4,776 | $ | 5,765 | $ | 5,463 |
| NAL as a percentage of total loans | | **0.57%** | | 0.52% | | 0.69% | | 0.89% | | 0.85% |
| NAA as a percentage of total assets | | **0.21** | | 0.19 | | 0.26 | | 0.32 | | 0.32 |
| Allowance for loan losses as a percentage of NAL[1] | | **319** | | 348 | | 267 | | 216 | | 240 |

(1)  The allowance for loan losses includes the allowance for Citi's credit card portfolios and purchased distressed loans, while the non-accrual loans exclude credit card balances (with the exception of certain international portfolios) and purchased distressed loans as these continue to accrue interest until charge-off.

*Renegotiated Loans*

The following table presents Citi's loans modified in TDRs:

| In millions of dollars | | Dec. 31, 2019 | | Dec. 31, 2018 |
|---|---|---|---|---|
| **Corporate renegotiated loans[1]** | | | | |
| In U.S. offices | | | | |
| Commercial and industrial | $ | 226 | $ | 188 |
| Mortgage and real estate | | 57 | | 111 |
| Financial institutions | | — | | 16 |
| Other | | 4 | | 2 |
| Total | $ | 287 | $ | 317 |
| In offices outside the U.S. | | | | |
| Commercial and industrial[2] | $ | 200 | $ | 226 |
| Mortgage and real estate | | 22 | | 12 |
| Financial institutions | | — | | 9 |
| Other | | 40 | | — |
| Total | $ | 262 | $ | 247 |
| **Total corporate renegotiated loans** | $ | 549 | $ | 564 |
| **Consumer renegotiated loans[3]** | | | | |
| In U.S. offices | | | | |
| Mortgage and real estate | $ | 1,956 | $ | 2,520 |
| Cards | | 1,464 | | 1,338 |
| Installment and other | | 17 | | 13 |
| Total | $ | 3,437 | $ | 3,871 |
| In offices outside the U.S. | | | | |
| Mortgage and real estate | $ | 305 | $ | 299 |
| Cards | | 466 | | 480 |
| Installment and other | | 400 | | 387 |
| Total | $ | 1,171 | $ | 1,166 |
| **Total consumer renegotiated loans** | $ | 4,608 | $ | 5,037 |

(1) Includes $472 million and $466 million of non-accrual loans included in the non-accrual loans table above at December 31, 2019 and 2018, respectively. The remaining loans are accruing interest.
(2) In addition to modifications reflected as TDRs at December 31, 2019 and 2018, Citi also modified $26 million and $2 million in offices outside the U.S., respectively, of commercial loans risk rated "Substandard Non-Performing" or worse (asset category defined by banking regulators). These modifications were not considered TDRs because the modifications did not involve a concession.
(3) Includes $814 million and $933 million of non-accrual loans included in the non-accrual loans table above at December 31, 2019 and 2018, respectively. The remaining loans are accruing interest.

**Forgone Interest Revenue on Loans[1]**

| In millions of dollars | | In U.S. offices | | In non-U.S. offices | | 2019 total |
|---|---|---|---|---|---|---|
| Interest revenue that would have been accrued at original contractual rates[2] | $ | 488 | $ | 421 | $ | 909 |
| Amount recognized as interest revenue[2] | | 130 | | 112 | | 242 |
| **Forgone interest revenue** | $ | 358 | $ | 309 | $ | 667 |

(1) Relates to corporate non-accrual loans, renegotiated loans and consumer loans on which accrual of interest has been suspended.
(2) Interest revenue in offices outside the U.S. may reflect prevailing local interest rates, including the effects of inflation and monetary correction in certain countries.

79

# LIQUIDITY RISK

## Overview

Adequate and diverse sources of funding and liquidity are essential to Citi's businesses. Funding and liquidity risks arise from several factors, many of which are mostly or entirely outside Citi's control, such as disruptions in the financial markets, changes in key funding sources, credit spreads, changes in Citi's credit ratings and macroeconomic, geopolitical and other conditions. For additional information, see "Risk Factors" above.

Citi's funding and liquidity management objectives are aimed at (i) funding its existing asset base, (ii) growing its core businesses, (iii) maintaining sufficient liquidity, structured appropriately, so that Citi can operate under a variety of adverse circumstances, including potential Company-specific and/or market liquidity events in varying durations and severity, and (iv) satisfying regulatory requirements, including, among other things, those related to resolution planning (for additional information, see "Resolution Plan" and "Total Loss-Absorbing Capacity (TLAC)" below). Citigroup's primary liquidity objectives are established by entity, and in aggregate, across two major categories:

- Citibank (including Citibank Europe plc, Citibank Singapore Ltd. and Citibank (Hong Kong) Ltd.); and
- Citi's non-bank and other entities, including the parent holding company (Citigroup Inc.), Citi's primary intermediate holding company (Citicorp LLC), Citi's broker-dealer subsidiaries (including Citigroup Global Markets Inc., Citigroup Global Markets Ltd. and Citigroup Global Markets Japan Inc.) and other bank and non-bank subsidiaries that are consolidated into Citigroup (including Citibanamex).

At an aggregate Citigroup level, Citi's goal is to maintain sufficient funding in amount and tenor to fully fund customer assets and to provide an appropriate amount of cash and high-quality liquid assets (as discussed below), even in times of stress, in order to meet its payment obligations as they come due. The liquidity risk management framework provides that in addition to the aggregate requirements, certain entities be self-sufficient or net providers of liquidity, including in conditions established under their designated stress tests.

Citi's primary sources of funding include (i) deposits via Citi's bank subsidiaries, which are Citi's most stable and lowest cost source of long-term funding, (ii) long-term debt (primarily senior and subordinated debt) primarily issued at the parent and certain bank subsidiaries, and (iii) stockholders' equity. These sources may be supplemented by short-term borrowings, primarily in the form of secured funding transactions.

As referenced above, Citi's funding and liquidity framework ensures that the tenor of these funding sources is of sufficient term in relation to the tenor of its asset base. The goal of Citi's asset/liability management is to ensure that there is excess liquidity and tenor in the liability structure relative to the liquidity profile of the assets. This reduces the risk that liabilities will become due before assets mature or are monetized. This excess liquidity is held primarily in the form of high-quality liquid assets (HQLA), as set forth in the table below.

Citi's liquidity is managed via a centralized treasury model by Treasury, in conjunction with regional and in-country treasurers with independent oversight provided by Independent Risk Management. Pursuant to this approach, Citi's HQLA are managed with emphasis on asset-liability management and entity-level liquidity adequacy throughout Citi.

The Chief Risk Officer and Citi's CFO co-chair Citi's Asset Liability Management Committee (ALCO), which includes Citi's Treasurer and other senior executives. ALCO, among other things, sets the strategy of the liquidity portfolio and monitors its performance. Significant changes to portfolio asset allocations need to be approved by ALCO.

## Liquidity Monitoring and Measurement

### Stress Testing

Liquidity stress testing is performed for each of Citi's major entities, operating subsidiaries and/or countries. Stress testing and scenario analyses are intended to quantify the potential impact of an adverse liquidity event on the balance sheet and liquidity position, and to identify viable funding alternatives that can be utilized. These scenarios include assumptions about significant changes in key funding sources, market triggers (such as credit ratings), potential uses of funding and macroeconomic, geopolitical and other conditions. These conditions include expected and stressed market conditions as well as Company-specific events.

Liquidity stress tests are performed to ascertain potential mismatches between liquidity sources and uses over a variety of time horizons and over different stressed conditions. Liquidity limits are set accordingly. To monitor the liquidity of an entity, these stress tests and potential mismatches are calculated with varying frequencies, with several tests performed daily.

Given the range of potential stresses, Citi maintains contingency funding plans on a consolidated basis and for individual entities. These plans specify a wide range of readily available actions for a variety of adverse market conditions or idiosyncratic stresses.

**High-Quality Liquid Assets (HQLA)**

| | Citibank | | | Citi non-bank and other entities | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|
| In billions of dollars | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 |
| Available cash | $ 158.7 | $ 123.7 | $ 97.1 | $ 2.1 | $ 31.8 | $ 27.6 | $ 160.8 | $ 155.5 | $ 124.7 |
| U.S. sovereign | 100.2 | 94.3 | 103.2 | 29.6 | 32.4 | 24.0 | 129.8 | 126.7 | 127.2 |
| U.S. agency/agency MBS | 56.9 | 55.5 | 60.0 | 4.4 | 4.6 | 5.8 | 61.3 | 60.1 | 65.8 |
| Foreign government debt[1] | 66.4 | 65.9 | 76.8 | 16.5 | 10.9 | 6.3 | 82.9 | 76.8 | 83.1 |
| Other investment grade | 2.4 | 2.9 | 1.5 | 0.5 | 0.7 | 1.4 | 2.8 | 3.6 | 2.9 |
| Total HQLA (AVG) | $ 384.6 | $ 342.3 | $ 338.6 | $ 53.1 | $ 80.4 | $ 65.1 | $ 437.6 | $ 422.7 | $ 403.7 |

Note: The amounts set forth in the table above are presented on an average basis. For securities, the amounts represent the liquidity value that potentially could be realized and, therefore, exclude any securities that are encumbered and incorporate any haircuts that would be required for securities financing transactions. The table above incorporates various restrictions that could limit the transferability of liquidity between legal entities, including Section 23A of the Federal Reserve Act.

(1)    Foreign government debt includes securities issued or guaranteed by foreign sovereigns, agencies and multilateral development banks. Foreign government debt securities are held largely to support local liquidity requirements and Citi's local franchises and principally include government bonds from Mexico, Hong Kong, South Korea, Singapore, India and Brazil.

The table above includes average amounts of HQLA held at Citigroup's operating entities that are eligible for inclusion in the calculation of Citigroup's consolidated Liquidity Coverage Ratio (LCR), pursuant to the U.S. LCR rules. These amounts include the HQLA needed to meet the minimum requirements at these entities and any amounts in excess of these minimums that are assumed to be transferable to other entities within Citigroup. Citigroup's HQLA increased sequentially, reflecting deposit growth and the issuance of long-term debt.

Citi's HQLA as set forth above does not include Citi's available borrowing capacity from the Federal Home Loan Banks (FHLBs) of which Citi is a member, which was approximately $35 billion as of December 31, 2019 (compared to $40 billion as of September 30, 2019 and $29 billion as of December 31, 2018) and maintained by eligible collateral pledged to such banks. The HQLA also does not include Citi's borrowing capacity at the U.S. Federal Reserve Bank discount window or other central banks, which would be in addition to the resources noted above.

***Short-Term Liquidity Measurement: Liquidity Coverage Ratio (LCR)***

In addition to internal 30-day liquidity stress testing performed for Citi's major entities, operating subsidiaries and countries, Citi also monitors its liquidity by reference to the LCR.

Generally, the LCR is designed to ensure that banks maintain an adequate level of HQLA to meet liquidity needs under an acute 30-day stress scenario. The LCR is calculated by dividing HQLA by estimated net outflows over a stressed 30-day period, with the net outflows determined by applying prescribed outflow factors to various categories of liabilities, such as deposits, unsecured and secured wholesale borrowings, unused lending commitments and derivatives-related exposures, partially offset by inflows from assets maturing within 30 days. Banks are required to calculate an add-on to address potential maturity mismatches between contractual cash outflows and inflows within the 30-day period in determining the total amount of net outflows. The minimum LCR requirement is 100%.

The table below details the components of Citi's LCR calculation and HQLA in excess of net outflows for the periods indicated:

| In billions of dollars | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 |
|---|---|---|---|
| HQLA | $ 437.6 | $ 422.7 | $ 403.7 |
| Net outflows | 382.0 | 373.4 | 334.8 |
| LCR | 115% | 113% | 121% |
| HQLA in excess of net outflows | $ 55.6 | $ 49.3 | $ 68.9 |

Note: The amounts are presented on an average basis.

Citi's average LCR increased sequentially, reflecting the issuance of long-term debt.

81

***Long-Term Liquidity Measurement: Net Stable Funding Ratio (NSFR)***

In 2016, the Federal Reserve Board, the FDIC and the OCC issued a proposed rule to implement the Basel III NSFR requirement.

The U.S.-proposed NSFR is largely consistent with the Basel Committee's final NSFR rules. In general, the NSFR assesses the availability of a bank's stable funding against a required level. A bank's available stable funding would include portions of equity, deposits and long-term debt, while its required stable funding would be based on the liquidity characteristics and encumbrance period of its assets, derivatives and commitments. Prescribed factors would be required to be applied to the various categories of asset and liabilities classes. The ratio of available stable funding to required stable funding would be required to be greater than 100%.

While Citi believes that it is compliant with the proposed U.S. NSFR rules as of December 31, 2019, it will need to evaluate a final version of the rules. Citi expects that the NSFR final rules implementation period will be communicated along with the final version of the rules.

**Loans**

As part of its funding and liquidity objectives, Citi seeks to fund its existing asset base appropriately as well as maintain sufficient liquidity to grow its *GCB* and *ICG* businesses, including its loan portfolio. Citi maintains a diversified portfolio of loans to its consumer and institutional clients. The table below details the average loans, by business and/or segment, and the total end-of-period loans for each of the periods indicated:

| In billions of dollars | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 |
|---|---|---|---|
| ***Global Consumer Banking*** | | | |
| North America | $ 192.7 | $ 188.8 | $ 186.8 |
| Latin America | 17.4 | 17.0 | 16.9 |
| Asia[(1)] | 80.9 | 78.3 | 76.7 |
| **Total** | $ 291.0 | $ 284.1 | $ 280.4 |
| ***Institutional Clients Group*** | | | |
| Corporate lending | $ 154.2 | $ 160.9 | $ 158.2 |
| Treasury and trade solutions (TTS) | 74.5 | 72.5 | 77.0 |
| Private bank | 106.6 | 104.0 | 94.7 |
| Markets and securities services and other | 56.0 | 52.3 | 49.2 |
| **Total** | $ 391.3 | $ 389.7 | $ 379.1 |
| Total *Corporate/Other* | $ 10.3 | $ 11.2 | $ 16.0 |
| **Total Citigroup loans (AVG)** | $ 692.6 | $ 685.0 | $ 675.5 |
| Total Citigroup loans (EOP) | $ 699.5 | $ 691.7 | $ 684.2 |

(1)  Includes loans in certain *EMEA* countries for all periods presented.

End-of period loans increased 2% year-over-year and 1% quarter-over-quarter. On an average basis, loans increased 3% year-over-year and 1% quarter-over-quarter.

Excluding the impact of FX translation, average loans increased 3% year-over-year, driven by 4% aggregate across *GCB* and *ICG*. Within *GCB*, average loans grew 4%, driven by continued growth in *North America GCB* and *Asia GCB*. Average loans in *Latin America GCB* were largely unchanged year-over-year, reflecting lower overall industry volumes.

Average *ICG* loans increased 3% year-over-year. Treasury and trade solutions (TTS) loans declined 3% year-over-year, as Citi continued to utilize its distribution capabilities in order to optimize its balance sheet while supporting its clients. Corporate lending loans declined 2%, reflecting the episodic nature of clients' funding needs, as well as an active quarter in debt capital markets originations. Private bank loans increased 13%, reflecting growth across regions, driven by both new clients and the deepening of relationships with existing clients. *Markets and securities services* loans increased 14%, primarily driven by residential and commercial real estate warehouse lending.

Average *Corporate/Other* loans continued to decline (down 34%), driven by the wind-down of legacy assets.

**Deposits**

The table below details the average deposits, by business and/or segment, and the total end-of-period deposits for each of the periods indicated:

| In billions of dollars | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 |
|---|---|---|---|
| ***Global Consumer Banking*** | | | |
| North America | $ 156.2 | $ 153.6 | $ 146.5 |
| Latin America | 23.0 | 22.5 | 22.3 |
| Asia[(1)] | 103.4 | 100.7 | 97.7 |
| **Total** | $ 282.6 | $ 276.8 | $ 266.5 |
| ***Institutional Clients Group*** | | | |
| Treasury and trade solutions (TTS) | $ 558.7 | $ 541.0 | $ 510.9 |
| Banking ex-TTS | 140.7 | 137.0 | 128.3 |
| Markets and securities services | 95.0 | 95.7 | 86.7 |
| **Total** | $ 794.4 | $ 773.7 | $ 725.9 |
| Total *Corporate/Other* | $ 12.5 | $ 15.8 | $ 13.3 |
| **Total Citigroup deposits (AVG)** | $ 1,089.5 | $ 1,066.3 | $ 1,005.7 |
| Total Citigroup deposits (EOP) | $ 1,070.6 | $ 1,087.8 | $ 1,013.2 |

(1)  Includes deposits in certain *EMEA* countries for all periods presented.

End-of-period deposits increased 6% year-over-year and declined 2% quarter-over-quarter. On an average basis, deposits increased 8% year-over-year and 2% quarter-over-quarter.

Excluding the impact of FX translation, average deposits increased 9% year-over-year. In *GCB*, deposits increased 6%, driven by continued growth in *Asia GCB* and *North America GCB*. In *North America GCB*, deposit growth accelerated to 7%, with contributions from both traditional and digital channels.

In *ICG*, deposits increased 10%, primarily driven by high-quality deposit growth in TTS.

**Long-Term Debt**

Long-term debt (generally defined as debt with original maturities of one year or more) represents the most significant component of Citi's funding for the Citigroup parent company and Citi's non-bank subsidiaries and is a supplementary source of funding for the bank entities.

Long-term debt is an important funding source due in part to its multi-year contractual maturity structure. The weighted-average maturity of unsecured long-term debt issued by Citigroup and its affiliates (including Citibank) with a remaining life greater than one year was approximately 8.4 years as of December 31, 2019, unchanged from September 30, 2019 and a slight decline from the prior year. The weighted-average maturity is calculated based on the contractual maturity of each security. For securities that are redeemable prior to maturity at the option of the holder, the weighted-average maturity is calculated based on the earliest date an option becomes exercisable.

Citi's long-term debt outstanding at the Citigroup parent company includes benchmark senior and subordinated debt and what Citi refers to as customer-related debt, consisting of structured notes, such as equity- and credit-linked notes, as well as non-structured notes. Citi's issuance of customer-related debt is generally driven by customer demand and supplements benchmark debt issuance as a source of funding for Citi's non-bank entities. Citi's long-term debt at the bank includes benchmark senior debt, FHLB advances and securitizations.

*Long-Term Debt Outstanding*

The following table sets forth Citi's end-of-period total long-term debt outstanding for each of the dates indicated:

| In billions of dollars | Dec. 31, 2019 | Sept. 30, 2019 | Dec. 31, 2018 |
|---|---|---|---|
| **Parent and other**[1] | | | |
| Benchmark debt: | | | |
|   Senior debt | $ 106.6 | $ 104.3 | $ 104.6 |
|   Subordinated debt | 25.5 | 25.9 | 24.5 |
|   Trust preferred | 1.7 | 1.7 | 1.7 |
| Customer-related debt | 53.8 | 50.1 | 37.1 |
| Local country and other[2] | 7.9 | 5.3 | 2.9 |
| **Total parent and other** | $ 195.5 | $ 187.3 | $ 170.8 |
| **Bank** | | | |
| FHLB borrowings | $ 5.5 | $ 5.5 | $ 10.5 |
| Securitizations[3] | 20.7 | 22.8 | 28.4 |
| Citibank benchmark senior debt | 23.1 | 23.1 | 18.8 |
| Local country and other[2] | 4.0 | 3.5 | 3.5 |
| **Total bank** | $ 53.3 | $ 54.9 | $ 61.2 |
| **Total long-term debt** | $ 248.8 | $ 242.2 | $ 232.0 |

Note: Amounts represent the current value of long-term debt on Citi's Consolidated Balance Sheet which, for certain debt instruments, includes consideration of fair value, hedging impacts and unamortized discounts and premiums.

(1)   Parent and other includes long-term debt issued to third parties by the parent holding company (Citigroup) and Citi's non-bank subsidiaries (including broker-dealer subsidiaries) that are consolidated into Citigroup. As of December 31, 2019, parent and other included $46.9 billion of long-term debt issued by Citi's broker-dealer subsidiaries.

(2)   Local country and other includes debt issued by Citi's affiliates in support of their local operations. Within parent and other, certain secured financing is also included.

(3)   Predominantly credit card securitizations, primarily backed by Citi-branded credit card receivables.

Citi's total long-term debt outstanding increased both year-over-year and quarter-over-quarter, largely driven by an increase in customer-related debt at the non-bank entities. Year-over-year, this growth was partially offset by a decline in securitizations at the bank.

As part of its liability management, Citi has considered, and may continue to consider, opportunities to repurchase its long-term debt pursuant to open market purchases, tender offers or other means. Such repurchases help reduce Citi's overall funding costs. During 2019, Citi repurchased $13.1 billion of its outstanding long-term debt, including early redemptions of FHLB advances, but excluding the exercise of call options on $4.0 billion of securities with a remaining life of three months or less.

***Long-Term Debt Issuances and Maturities***

The table below details Citi's long-term debt issuances and maturities (including repurchases and redemptions) during the periods presented:

| | | 2019 | | | 2018 | | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|
| In billions of dollars | | **Maturities** | **Issuances** | | Maturities | Issuances | | Maturities | Issuances |
| **Parent and other** | | | | | | | | | |
| Benchmark debt: | | | | | | | | | |
| Senior debt | $ | **16.5** $ | **16.2** | $ | 18.5 $ | 14.8 | $ | 14.1 $ | 21.6 |
| Subordinated debt | | **—** | **—** | | 2.9 | 0.6 | | 1.6 | 1.3 |
| Customer-related debt | | **12.7** | **25.1** | | 6.6 | 16.9 | | 7.6 | 12.3 |
| Local country and other | | **1.1** | **5.4** | | 1.2 | 2.3 | | 1.2 | 0.1 |
| **Total parent and other** | $ | **30.3** $ | **46.7** | $ | 29.2 $ | 34.6 | $ | 24.5 $ | 35.3 |
| **Bank** | | | | | | | | | |
| FHLB borrowings | $ | **7.1** $ | **2.1** | $ | 15.8 $ | 7.9 | $ | 7.8 $ | 5.5 |
| Securitizations | | **7.9** | **0.1** | | 8.6 | 6.8 | | 5.3 | 12.2 |
| Citibank benchmark senior debt | | **4.8** | **8.8** | | 2.3 | 8.5 | | — | 12.6 |
| Local country and other | | **0.9** | **1.4** | | 2.2 | 2.9 | | 3.4 | 2.4 |
| **Total bank** | $ | **20.7** $ | **12.4** | $ | 28.9 $ | 26.1 | $ | 16.5 $ | 32.7 |
| **Total** | $ | **51.0** $ | **59.1** | $ | 58.1 $ | 60.7 | $ | 41.0 $ | 68.0 |

The table below shows Citi's aggregate long-term debt maturities (including repurchases and redemptions) in 2019, as well as its aggregate expected annual long-term debt maturities as of December 31, 2019:

| | | | | | Maturities | | | | |
|---|---|---|---|---|---|---|---|---|---|
| In billions of dollars | | **2019** | 2020 | 2021 | 2022 | 2023 | 2024 | Thereafter | Total |
| **Parent and other** | | | | | | | | | |
| Benchmark debt: | | | | | | | | | |
| Senior debt | $ | **16.5** $ | 6.4 $ | 14.2 $ | 11.3 $ | 12.5 $ | 7.0 $ | 55.2 $ | 106.6 |
| Subordinated debt | | **—** | — | — | 0.7 | 1.2 | 0.9 | 22.7 | 25.5 |
| Trust preferred | | **—** | — | — | — | — | — | 1.7 | 1.7 |
| Customer-related debt | | **12.7** | 9.2 | 6.3 | 5.1 | 3.7 | 3.6 | 25.9 | 53.8 |
| Local country and other | | **1.1** | 1.0 | 3.6 | 1.5 | 0.1 | 0.1 | 1.6 | 7.9 |
| **Total parent and other** | $ | **30.3** $ | 16.6 $ | 24.1 $ | 18.6 $ | 17.5 $ | 11.6 $ | 107.1 $ | 195.5 |
| **Bank** | | | | | | | | | |
| FHLB borrowings | $ | **7.1** $ | 5.5 $ | — $ | — $ | — $ | — $ | — $ | 5.5 |
| Securitizations | | **7.9** | 4.6 | 7.3 | 2.3 | 2.6 | 1.1 | 2.8 | 20.7 |
| Citibank benchmark senior debt | | **4.8** | 8.7 | 6.1 | 5.6 | — | 2.7 | — | 23.1 |
| Local country and other | | **0.9** | 1.9 | 0.6 | 0.6 | — | 0.6 | 0.3 | 4.0 |
| **Total bank** | $ | **20.7** $ | 20.7 $ | 14.0 $ | 8.5 $ | 2.6 $ | 4.4 $ | 3.1 $ | 53.3 |
| **Total long-term debt** | $ | **51.0** $ | 37.3 $ | 38.1 $ | 27.1 $ | 20.1 $ | 16.0 $ | 110.2 $ | 248.8 |

**Resolution Plan**

Citi is required under Title I of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010 (Dodd-Frank Act) and the rules promulgated by the FDIC and FRB to periodically submit a plan for Citi's rapid and orderly resolution under the U.S. Bankruptcy Code in the event of material financial distress or failure. For additional information on Citi's resolution plan submissions, see "Risk Factors—Strategic Risks" above. Citigroup's preferred resolution strategy is "single point of entry" under the U.S. Bankruptcy Code.

Under Citi's resolution plan, only Citigroup, the parent holding company, would enter into bankruptcy, while Citigroup's material legal entities (as defined in the public section of its 2019 resolution plan, which can be found on the FRB's and FDIC's websites) would remain operational and outside of any resolution or insolvency proceedings. Citigroup's resolution plan has been designed to minimize the risk of systemic impact to the U.S. and global financial systems, while maximizing the value of the bankruptcy estate for the benefit of Citigroup's creditors, including its unsecured long-term debt holders. In addition, in line with the Federal Reserve's final total loss-absorbing capacity (TLAC) rule, Citigroup believes it has developed the resolution plan so that Citigroup's shareholders and unsecured creditors—including its unsecured long-term debt holders—bear any losses resulting from Citigroup's bankruptcy. Accordingly, any value realized by holders of its unsecured long-term debt may not be sufficient to repay the amounts owed to such debt holders in the event of a bankruptcy or other resolution proceeding of Citigroup.

The FDIC has also indicated that it was developing a single point of entry strategy to implement its resolution authority under Title II of the Dodd-Frank Act.

As previously disclosed, in response to feedback received from the Federal Reserve and FDIC, Citigroup took the following actions:

(i) Citicorp LLC (Citicorp), an existing wholly owned subsidiary of Citigroup, was established as an intermediate holding company (an IHC) for certain of Citigroup's operating material legal entities;

(ii) Citigroup executed an inter-affiliate agreement with Citicorp, Citigroup's operating material legal entities and certain other affiliated entities pursuant to which Citicorp is required to provide liquidity and capital support to Citigroup's operating material legal entities in the event Citigroup were to enter bankruptcy proceedings (Citi Support Agreement);

(iii) pursuant to the Citi Support Agreement:

- Citigroup made an initial contribution of assets, including certain high-quality liquid assets and inter-affiliate loans (Contributable Assets), to Citicorp, and Citicorp became the business as usual funding vehicle for Citigroup's operating material legal entities;

- Citigroup will be obligated to continue to transfer Contributable Assets to Citicorp over time, subject to certain amounts retained by Citigroup to, among other things, meet Citigroup's near-term cash needs;

- in the event of a Citigroup bankruptcy, Citigroup will be required to contribute most of its remaining assets to Citicorp; and

(iv) the obligations of both Citigroup and Citicorp under the Citi Support Agreement, as well as the Contributable Assets, are secured pursuant to a security agreement.

The Citi Support Agreement provides two mechanisms, besides Citicorp's issuing of dividends to Citigroup, pursuant to which Citicorp will be required to transfer cash to Citigroup during business as usual so that Citigroup can fund its debt service as well as other operating needs: (i) one or more funding notes issued by Citicorp to Citigroup and (ii) a committed line of credit under which Citicorp may make loans to Citigroup.

On December 17, 2019, the FRB and FDIC issued feedback on the resolution plans filed on July 1, 2019 by the eight U.S. GSIBs, including Citi. The FRB and FDIC identified one shortcoming, but no deficiencies, in Citi's resolution plan relating to governance mechanisms. Citi is required to submit a plan to address the shortcoming by March 31, 2020, which the FRB and FDIC will take into account in determining the scope of Citi's targeted resolution plan due on July 1, 2021.

**Total Loss-Absorbing Capacity (TLAC)**

In 2016, the Federal Reserve Board imposed minimum external TLAC and long-term debt (LTD) requirements on U.S. global systemically important bank holding companies (GSIBs), including Citi, effective as of January 1, 2019. As a result, U.S. GSIBs are required to maintain minimum levels of TLAC and eligible LTD, each set by reference to the GSIB's consolidated risk-weighted assets (RWA) and total leverage exposure, as described further below. The intended purpose of the requirements is to facilitate the orderly resolution of U.S. GSIBs under the U.S. Bankruptcy Code and Title II of the Dodd-Frank Act. For additional information, including Citi's TLAC and LTD amounts and ratios, see "Capital Resources—Current Regulatory Capital Standards" and "Risk Factors—Compliance Risks" above.

*Minimum TLAC Requirements*

The minimum TLAC requirement is the *greater* of (i) 18% of the GSIB's RWA plus the then-applicable RWA-based TLAC buffer (see below) and (ii) 7.5% of the GSIB's total leverage exposure plus a leveraged-based TLAC buffer of 2% (i.e., 9.5%).

The RWA-based TLAC buffer equals the 2.5% capital conservation buffer, plus any applicable countercyclical capital buffer (currently 0%), plus the GSIB's capital surcharge as determined under method 1 of the GSIB surcharge rule (2.0% for Citi for 2020). Accordingly, Citi's total current minimum TLAC requirement is 22.5% of RWA for 2020.

As of December 31, 2019, Citi exceeded each of the minimum TLAC requirements, with ratios of 11.5% of TLAC

85

as a percentage of Total Leverage Exposure and 24.7% of TLAC as a percentage of Standardized Approach RWA.

*Minimum Eligible LTD Requirements*

The minimum LTD requirement is the *greater* of (i) 6% of the GSIB's RWA plus its capital surcharge as determined under method 2 of the GSIB surcharge rule (3.0% for Citi for 2020), for a total current requirement of 9% of RWA for Citi, and (ii) 4.5% of the GSIB's total leverage exposure.

As of December 31, 2019, Citi exceeded each of the minimum LTD requirements, with ratios of 10.9% of LTD as a percentage of Standardized Approach RWA and 5.1% of LTD as a percentage of Total Leverage Exposure.

For additional discussion of the method 1 and method 2 GSIB capital surcharge methodologies, see "Capital Resources —Current Regulatory Capital Standards" above.

**Secured Funding Transactions and Short-Term Borrowings**

Citi supplements its primary sources of funding with short-term financings that generally include (i) secured funding transactions consisting of securities loaned or sold under agreements to repurchase, or repos, and (ii) to a lesser extent, short-term borrowings consisting of commercial paper and borrowings from the FHLB and other market participants.

*Secured Funding Transactions*

Secured funding is primarily accessed through Citi's broker-dealer subsidiaries to fund efficiently both (i) secured lending activity and (ii) a portion of the securities inventory held in the context of market making and customer activities. Citi also executes a smaller portion of its secured funding transactions through its bank entities, which are typically collateralized by government debt securities. Generally, daily changes in the level of Citi's secured funding are primarily due to fluctuations in secured lending activity in the matched book (as described below) and securities inventory.

Secured funding of $166 billion as of December 31, 2019 decreased 6% from the prior year and 15% from the prior quarter. Excluding the impact of FX translation, secured funding decreased 7% from the prior year and 17% from the prior quarter, both driven by normal business activity. Average balances for secured funding were $188 billion for the quarter ended December 31, 2019.

The portion of secured funding in the broker-dealer subsidiaries that funds secured lending is commonly referred to as "matched book" activity. The majority of this activity is secured by high-quality liquid securities such as U.S. Treasury securities, U.S. agency securities and foreign government debt securities. Other secured funding is secured by less liquid securities, including equity securities, corporate bonds and asset-backed securities, the tenor of which is generally equal to or longer than the tenor of the corresponding matched book assets.

The remainder of the secured funding activity in the broker-dealer subsidiaries serves to fund securities inventory held in the context of market making and customer activities. To maintain reliable funding under a wide range of market conditions, including under periods of stress, Citi manages these activities by taking into consideration the quality of the underlying collateral and establishing minimum required funding tenors. The weighted average maturity of Citi's secured funding of less liquid securities inventory was greater than 110 days as of December 31, 2019.

Citi manages the risks in its secured funding by conducting daily stress tests to account for changes in capacity, tenors, haircut, collateral profile and client actions. In addition, Citi maintains counterparty diversification by establishing concentration triggers and assessing counterparty reliability and stability under stress. Citi generally sources secured funding from more than 150 counterparties.

*Short-Term Borrowings*

Citi's short-term borrowings of $45 billion increased 39% year-over-year and 28% sequentially, primarily driven by an increase in FHLB advances as well as commercial paper issued out of the broker-dealer entities (see Note 17 to the Consolidated Financial Statements for further information on Citigroup's and its affiliates' outstanding short-term borrowings).

*Overall Short-Term Borrowings*

The following table contains the year-end, average and maximum month-end amounts for the following respective short-term borrowings categories at the end of each of the three prior years:

| In billions of dollars | Securities sold under agreements to repurchase | | | Other borrowings[1][2] | | |
|---|---|---|---|---|---|---|
| | **2019** | 2018 | 2017 | **2019** | 2018 | 2017 |
| Amounts outstanding at year end | $ **166.3** | $ 177.8 | $ 156.3 | $ **93.7** | $ 96.9 | $ 105.8 |
| Average outstanding during the year[3][4] | **190.2** | 172.1 | 157.7 | **98.8** | 108.4 | 97.7 |
| Maximum month-end outstanding | **196.8** | 191.2 | 163.0 | **105.8** | 113.5 | 112.3 |
| Weighted average interest rate during the year[3][4][5] | **3.29%** | 2.84% | 1.69% | **2.49%** | 2.04% | 1.08% |

(1) Original maturities of less than one year.
(2) Other borrowings include commercial paper, brokerage payables and borrowings from the FHLB and other market participants. See "Average Balances and Interest Rates" below.
(3) Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.
(4) Average volumes of securities sold under agreements to repurchase are reported net pursuant to ASC 210-20-45; average rates exclude the impact of ASC 210-20-45.
(5) Average rates reflect prevailing local interest rates, including inflationary effects and monetary correction in certain countries.

**Credit Ratings**

Citigroup's funding and liquidity, funding capacity, ability to access capital markets and other sources of funds, the cost of these funds and its ability to maintain certain deposits are partially dependent on its credit ratings.

The table below shows the ratings for Citigroup and Citibank as of December 31, 2019. While not included in the table below, the long-term and short-term ratings of Citigroup Global Markets Holding Inc. (CGMHI) were BBB+/A-2 at Standard & Poor's and A/F1 at Fitch as of December 31, 2019.

**Ratings as of December 31, 2019**

|  | Citigroup Inc. | | | Citibank, N.A. | | |
|---|---|---|---|---|---|---|
|  | Senior debt | Commercial paper | Outlook | Long-term | Short-term | Outlook |
| Fitch Ratings (Fitch) | A | F1 | Stable | A+ | F1 | Stable |
| Moody's Investors Service (Moody's) | A3 | P-2 | Stable | Aa3 | P-1 | Stable |
| Standard & Poor's (S&P) | BBB+ | A-2 | Stable | A+ | A-1 | Stable |

***Potential Impacts of Ratings Downgrades***

Ratings downgrades by Moody's, Fitch or S&P could negatively impact Citigroup's and/or Citibank's funding and liquidity due to reduced funding capacity, including derivative triggers, which could take the form of cash obligations and collateral requirements.

The following information is provided for the purpose of analyzing the potential funding and liquidity impact to Citigroup and Citibank of a hypothetical, simultaneous ratings downgrade across all three major rating agencies. This analysis is subject to certain estimates, estimation methodologies, judgments and uncertainties. Uncertainties include potential ratings limitations that certain entities may have with respect to permissible counterparties, as well as general subjective counterparty behavior. For example, certain corporate customers and markets counterparties could re-evaluate their business relationships with Citi and limit transactions in certain contracts or market instruments with Citi. Changes in counterparty behavior could impact Citi's funding and liquidity, as well as the results of operations of certain of its businesses. The actual impact to Citigroup or Citibank is unpredictable and may differ materially from the potential funding and liquidity impacts described below. For additional information on the impact of credit rating changes on Citi and its applicable subsidiaries, see "Risk Factors—Liquidity Risks" above.

*Citigroup Inc. and Citibank—Potential Derivative Triggers*

As of December 31, 2019, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citigroup Inc. across all three major rating agencies could impact Citigroup's funding and liquidity due to derivative triggers by approximately $0.5 billion, compared to $0.3 billion as of September 30, 2019. Other funding sources, such as secured financing transactions and other margin requirements, for which there are no explicit triggers, could also be adversely affected.

As of December 31, 2019, Citi estimates that a hypothetical one-notch downgrade of the senior debt/long-term rating of Citibank across all three major rating agencies could impact Citibank's funding and liquidity by approximately $0.3 billion, compared to $0.7 billion as of September 30, 2019.

In total, as of December 31, 2019, Citi estimates that a one-notch downgrade of Citigroup and Citibank across all three major rating agencies could result in increased aggregate cash obligations and collateral requirements of approximately $0.8 billion, compared to $1.0 billion as of September 30, 2019 (see also Note 22 to the Consolidated Financial Statements). As detailed under "High-Quality Liquid Assets" above, the liquidity resources that are eligible for inclusion in the calculation of Citi's consolidated HQLA were approximately $385 billion for Citibank and $53 billion for Citi's non-bank and other entities, for a total of approximately $438 billion as of December 31, 2019. These liquidity resources are available in part as a contingency for the potential events described above.

In addition, a broad range of mitigating actions are currently included in Citigroup's and Citibank's contingency funding plans. For Citigroup, these mitigating factors include, but are not limited to, accessing surplus funding capacity from existing clients, tailoring levels of secured lending and adjusting the size of select trading books and collateralized borrowings from certain Citibank subsidiaries. Mitigating actions available to Citibank include, but are not limited to, selling or financing highly liquid government securities, tailoring levels of secured lending, adjusting the size of select trading assets, reducing loan originations and renewals, raising additional deposits or borrowing from the FHLB or central banks. Citi believes these mitigating actions could substantially reduce the funding and liquidity risk, if any, of the potential downgrades described above.

*Citibank—Additional Potential Impacts*
In addition to the above derivative triggers, Citi believes that a potential downgrade of Citibank's senior debt/long-term rating across any of the three major rating agencies could also have an adverse impact on the commercial paper/short-term rating of Citibank. As of December 31, 2019, Citibank had liquidity commitments of approximately $10.2 billion to consolidated asset-backed commercial paper conduits, compared to $10.0 billion as of September 30, 2019 (as referenced in Note 21 to the Consolidated Financial Statements).

In addition to the above-referenced liquidity resources of certain Citibank entities, Citibank could reduce the funding and liquidity risk, if any, of the potential downgrades described above through mitigating actions, including repricing or reducing certain commitments to commercial paper conduits. In the event of the potential downgrades described above, Citi believes that certain corporate customers could re-evaluate their deposit relationships with Citibank. This re-evaluation could result in clients adjusting their discretionary deposit levels or changing their depository institution, which could potentially reduce certain deposit levels at Citibank. However, Citi could choose to adjust pricing, offer alternative deposit products to its existing customers or seek to attract deposits from new customers, in addition to the mitigating actions referenced above.

# MARKET RISK

## Overview

Market risk is the potential for losses arising from changes in the value of Citi's assets and liabilities resulting from changes in market variables such as interest rates, foreign exchange rates, equity prices, commodity prices and credit spreads, as well as their implied volatilities. Market risk emanates from both Citi's trading and non-trading portfolios. For additional information on market risk, see "Risk Factors" above.

Each business is required to establish, with approval from Citi's market risk management, a market risk limit framework for identified risk factors that clearly defines approved risk profiles and is within the parameters of Citi's overall risk appetite. These limits are monitored by the Risk organization, Citi's country and business Asset and Liability Committees and the Citigroup Asset and Liability Committee. In all cases, the businesses are ultimately responsible for the market risks taken and for remaining within their defined limits.

## Market Risk of Non-Trading Portfolios

Market risk from non-trading portfolios stems from the potential impact of changes in interest rates and foreign exchange rates on Citi's net interest revenues, the changes in *Accumulated other comprehensive income (loss) (AOCI)* from its debt securities portfolios and capital invested in foreign currencies.

## Net Interest Revenue at Risk

Net interest revenue, for interest rate exposure purposes, is the difference between the yield earned on the non-trading portfolio assets (including customer loans) and the rate paid on the liabilities (including customer deposits or company borrowings). Net interest revenue is affected by changes in the level of interest rates, as well as the amounts and mix of assets and liabilities, and the timing of contractual and assumed repricing of assets and liabilities to reflect market rates.

Citi's principal measure of risk to net interest revenue is interest rate exposure (IRE). IRE measures the change in expected net interest revenue in each currency resulting solely from unanticipated changes in forward interest rates.

Citi's estimated IRE incorporates various assumptions including prepayment rates on loans, customer behavior and the impact of pricing decisions. For example, in rising interest rate scenarios, portions of the deposit portfolio may be assumed to experience rate increases that are less than the change in market interest rates. In declining interest rate scenarios, it is assumed that mortgage portfolios experience higher prepayment rates. Citi's estimated IRE below assumes that its businesses and/or Citi Treasury make no additional changes in balances or positioning in response to the unanticipated rate changes.

In order to manage changes in interest rates effectively, Citi may modify pricing on new customer loans and deposits, purchase fixed-rate securities, issue debt that is either fixed or floating or enter into derivative transactions that have the opposite risk exposures. Citi regularly assesses the viability of these and other strategies to reduce its interest rate risks and implements such strategies when it believes those actions are prudent.

Citi manages interest rate risk as a consolidated Company-wide position. Citi's client-facing businesses create interest rate-sensitive positions, including loans and deposits, as part of their ongoing activities. Citi Treasury aggregates these risk positions and manages them centrally. Operating within established limits, Citi Treasury makes positioning decisions and uses tools, such as Citi's investment securities portfolio, company-issued debt and interest rate derivatives, to target the desired risk profile. Changes in Citi's interest rate risk position reflect the accumulated changes in all non-trading assets and liabilities, with potentially large and offsetting impacts, as well as in Citi Treasury's positioning decisions.

Citigroup employs additional measurements, including stress testing the impact of non-linear interest rate movements on the value of the balance sheet, and the analysis of portfolio duration and volatility, particularly as they relate to mortgage loans and mortgage-backed securities and the potential impact of the change in the spread between different market indices.

## Interest Rate Risk of Investment Portfolios—Impact on *AOCI*

Citi also measures the potential impacts of changes in interest rates on the value of its *AOCI*, which can in turn impact Citi's common equity and tangible common equity. This will impact Citi's Common Equity Tier 1 and other regulatory capital ratios. Citi's goal is to benefit from an increase in the market level of interest rates, while limiting the impact of changes in *AOCI* on its regulatory capital position.

*AOCI* at risk is managed as part of the Company-wide interest rate risk position. *AOCI* at risk considers potential changes in *AOCI* (and the corresponding impact on the Common Equity Tier 1 Capital ratio) relative to Citi's capital generation capacity.

The following table sets forth the estimated impact to Citi's net interest revenue, *AOCI* and the Common Equity Tier 1 Capital ratio (on a fully implemented basis), each assuming an unanticipated parallel instantaneous 100 basis point (bps) increase in interest rates:

| *In millions of dollars, except as otherwise noted* | | **Dec. 31, 2019** | | Sept. 30, 2019 | | Dec. 31, 2018 |
|---|---|---|---|---|---|---|
| **Estimated annualized impact to net interest revenue** | | | | | | |
| U.S. dollar[1] | $ | **20** | $ | 292 | $ | 758 |
| All other currencies | | **606** | | 605 | | 661 |
| Total | $ | **626** | $ | 897 | $ | 1,419 |
| As a percentage of average interest-earning assets | | **0.03%** | | 0.05% | | 0.08% |
| Estimated initial impact to *AOCI* (after-tax)[2] | $ | **(5,002)** | $ | (4,055) | $ | (3,920) |
| Estimated initial impact on Common Equity Tier 1 Capital ratio (bps) | | **(31)** | | (24) | | (28) |

(1)  Certain trading-oriented businesses within Citi have accrual-accounted positions that are excluded from the estimated impact to net interest revenue in the table, since these exposures are managed economically in combination with mark-to-market positions. The U.S. dollar interest rate exposure associated with these businesses was $(240) million for a 100 bps instantaneous increase in interest rates as of December 31, 2019.
(2)  Includes the effect of changes in interest rates on *AOCI* related to investment securities, cash flow hedges and pension liability adjustments.

The year-over-year decrease in the estimated impact to net interest revenue primarily reflected changes in Citi's balance sheet composition and Citi Treasury positioning. The year-over-year changes in the estimated impact to *AOCI* and the Common Equity Tier 1 Capital ratio primarily reflected the impact of the composition of Citi Treasury's investment and derivatives portfolio.

In the event of an unanticipated parallel instantaneous 100 bps increase in interest rates, Citi expects that the negative impact to *AOCI* would be offset in shareholders' equity through the combination of expected incremental net interest revenue and the expected recovery of the impact on *AOCI* through accretion of Citi's investment portfolio over a period of time. As of December 31, 2019, Citi expects that the negative $5.0 billion impact to *AOCI* in such a scenario could potentially be offset over approximately 37 months.

The following table sets forth the estimated impact to Citi's net interest revenue, *AOCI* and the Common Equity Tier 1 Capital ratio (on a fully implemented basis) under five different changes in interest rate scenarios for the U.S. dollar and Citi's other currencies:

| *In millions of dollars, except as otherwise noted* | | **Scenario 1** | | **Scenario 2** | | **Scenario 3** | | **Scenario 4** | | **Scenario 5** |
|---|---|---|---|---|---|---|---|---|---|---|
| Overnight rate change (bps) | | 100 | | 100 | | — | | — | | (100) |
| 10-year rate change (bps) | | 100 | | — | | 100 | | (100) | | (100) |
| **Estimated annualized impact to net interest revenue** | | | | | | | | | | |
| U.S. dollar | $ | 20 | $ | 92 | $ | 39 | $ | (93) | $ | (363) |
| All other currencies | | 606 | | 558 | | 34 | | (34) | | (411) |
| Total | $ | 626 | $ | 650 | $ | 73 | $ | (127) | $ | (774) |
| Estimated initial impact to *AOCI* (after-tax)[1] | $ | (5,002) | $ | (3,230) | $ | (1,944) | $ | 1,570 | $ | 4,389 |
| Estimated initial impact to Common Equity Tier 1 Capital ratio (bps) | | (31) | | (20) | | (13) | | 9 | | 26 |

Note: Each scenario assumes that the rate change will occur instantaneously. Changes in interest rates for maturities between the overnight rate and the 10-year rate are interpolated.
(1)  Includes the effect of changes in interest rates on *AOCI* related to investment securities, cash flow hedges and pension liability adjustments.

As shown in the table above, the magnitude of the impact to Citi's net interest revenue and *AOCI* is greater under scenario 2 as compared to scenario 3. This is because the combination of changes to Citi's investment portfolio, partially offset by changes related to Citi's pension liabilities, results in a net position that is more sensitive to rates at shorter- and intermediate-term maturities.

**Changes in Foreign Exchange Rates—Impacts on *AOCI* and Capital**

As of December 31, 2019, Citi estimates that an unanticipated parallel instantaneous 5% appreciation of the U.S. dollar against all of the other currencies in which Citi has invested capital could reduce Citi's tangible common equity (TCE) by approximately $1.5 billion, or 1%, as a result of changes to Citi's foreign currency translation adjustment in *AOCI*, net of hedges. This impact would be primarily due to changes in the value of the Mexican peso, Euro, Australian dollar and Indian rupee.

This impact is also before any mitigating actions Citi may take, including ongoing management of its foreign currency translation exposure. Specifically, as currency movements change the value of Citi's net investments in foreign currency-denominated capital, these movements also change the value of Citi's risk-weighted assets denominated in those currencies. This, coupled with Citi's foreign currency hedging strategies, such as foreign currency borrowings, foreign currency forwards and other currency hedging instruments, lessens the impact of foreign currency movements on Citi's Common Equity Tier 1 Capital ratio. Changes in these hedging strategies, as well as hedging costs, divestitures and tax impacts, can further affect the actual impact of changes in foreign exchange rates on Citi's capital as compared to an unanticipated parallel shock, as described above.

The effect of Citi's ongoing management strategies with respect to changes in foreign exchange rates and the impact of these changes on Citi's TCE and Common Equity Tier 1 Capital ratio are shown in the table below. For additional information on the changes in *AOCI*, see Note 19 to the Consolidated Financial Statements.

|  | For the quarter ended | | |
| --- | --- | --- | --- |
| *In millions of dollars, except as otherwise noted* | **Dec. 31, 2019** | Sept. 30, 2019 | Dec. 31, 2018 |
| Change in FX spot rate[1] | **2.8%** | (3.0)% | (1.6)% |
| Change in TCE due to FX translation, net of hedges | **$ 659** | $ (1,192) | $ (491) |
|    As a percentage of TCE | **0.4%** | (0.8)% | (0.3)% |
| Estimated impact to Common Equity Tier 1 Capital ratio (on a fully implemented basis) due to changes in FX translation, net of hedges (bps) | **(3)** | (1) | (1) |

(1)   FX spot rate change is a weighted average based on Citi's quarterly average GAAP capital exposure to foreign countries.

**Interest Revenue/Expense and Net Interest Margin (NIM)**

| In millions of dollars, except as otherwise noted | 2019 | 2018 | 2017 | Change 2019 vs. 2018 | | Change 2018 vs. 2017 | |
|---|---|---|---|---|---|---|---|
| Interest revenue[1] | $ 76,718 | $ 71,082 | $ 62,075 | 8% | | 15% | |
| Interest expense[2] | 29,163 | 24,266 | 16,518 | 20 | | 47 | |
| Net interest revenue, taxable equivalent basis | $ 47,555 | $ 46,816 | $ 45,557 | 2% | | 3% | |
| Interest revenue—average rate[3] | 4.27% | 4.08% | 3.71% | 19 | bps | 37 | bps |
| Interest expense—average rate | 2.01 | 1.77 | 1.28 | 24 | bps | 49 | bps |
| Net interest margin[3][4] | 2.65 | 2.69 | 2.73 | (4) | bps | (4) | bps |
| **Interest rate benchmarks** | | | | | | | |
| Two-year U.S. Treasury note—average rate | 1.97% | 2.53% | 1.40% | (56) | bps | 113 | bps |
| 10-year U.S. Treasury note—average rate | 2.14 | 2.91 | 2.33 | (77) | bps | 58 | bps |
| 10-year vs. two-year spread | 17 | bps | 38 | bps | 93 | bps | |

Note: All interest expense amounts include FDIC, as well as other similar deposit insurance assessments outside of the U.S. As of the fourth quarter of 2018, Citi's FDIC surcharge was eliminated (approximately $130 million per quarter).

(1) *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017) of $208 million, $254 million and $496 million for 2019, 2018 and 2017, respectively.

(2) Interest expense associated with certain hybrid financial instruments, which are classified as *Long-term debt* and accounted for at fair value, is reported together with any changes in fair value as part of *Principal transactions* in the Consolidated Statement of Income and is therefore not reflected in *Interest expense* in the table above.

(3) The average rate on interest revenue and net interest margin reflects the taxable equivalent gross-up adjustment. See footnote 1 on "Average Balances and Interest Rates—Assets" below.

(4) Citi's net interest margin (NIM) is calculated by dividing net interest revenue by average interest-earning assets.

**Net Interest Revenue Excluding *ICG Markets***

| In millions of dollars | 2019 | 2018 | 2017 |
|---|---|---|---|
| Net interest revenue—taxable equivalent basis[1] per above | $ 47,555 | $ 46,816 | $ 45,557 |
| *ICG Markets* net interest revenue—taxable equivalent basis[1] | 4,372 | 4,506 | 5,741 |
| Net interest revenue excluding *ICG Markets*—taxable equivalent basis[1] | $ 43,183 | $ 42,310 | $ 39,816 |

(1)  *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017) of $208 million, $254 million and $496 million for 2019, 2018 and 2017, respectively.

Citi's net interest revenue in the fourth quarter of 2019 increased 1% to $12.0 billion (also $12.0 billion on a taxable equivalent basis) versus the prior-year period. Excluding the impact of FX translation, net interest revenue also increased 1%, or approximately $70 million, as growth in *ICG Markets* (fixed income markets and equity markets) net interest revenue of 21%, or $210 million, was partially offset by a 1% decline, or $150 million, in net interest revenue ex-markets. The increase in markets net interest revenue was driven by ongoing changes in the composition and mix of the business's revenues between net interest revenue and non-interest revenue. The decline in net interest revenue ex-markets was primarily due to the impact of lower interest rates, partially offset by growth in the non-markets franchise. Citi's NIM was 2.63% on a taxable equivalent basis in the fourth quarter of 2019, an increase of 7 basis points (bps) from the prior quarter, primarily driven by the higher markets net interest revenue, partially offset by the impact of lower interest rates.

Citi's net interest revenue for the full year 2019 increased 2% to $47.3 billion ($47.6 billion on a taxable equivalent basis) versus the prior year. Excluding the impact of FX translation, Citi's net interest revenue increased 3%, or approximately $1.4 billion, mainly reflecting strength in Citi-branded cards in *North America GCB* and treasury and trade solutions, including the impact of volume growth as well as interest rates. On a full-year basis, Citi's NIM was 2.65% on a taxable equivalent basis, compared to 2.69% in 2018. Citi's markets and non-markets net interest revenues are non-GAAP financial measures. Citi reviews non-markets net interest revenue to assess the performance of its lending, investing and deposit-raising activities. Citi believes disclosure of this metric assists in providing a meaningful depiction of the underlying fundamentals of its non-markets businesses.

**Additional Interest Rate Details**

*Average Balances and Interest Rates—Assets*[1][2][3]

**Taxable Equivalent Basis**

| In millions of dollars, except rates | Average volume | | | Interest revenue | | | % Average rate | | |
|---|---|---|---|---|---|---|---|---|---|
| | **2019** | 2018 | 2017 | **2019** | 2018 | 2017 | **2019** | 2018 | 2017 |
| **Assets** | | | | | | | | | |
| **Deposits with banks**[4] | $ 188,523 | $ 177,294 | $ 169,385 | $ 2,682 | $ 2,203 | $ 1,635 | **1.42%** | 1.24% | 0.97% |
| **Securities borrowed and purchased under agreements to resell**[5] | | | | | | | | | |
| In U.S. offices | $ 146,030 | $ 149,879 | $ 141,308 | $ 4,752 | $ 3,818 | $ 1,922 | **3.25%** | 2.55% | 1.36% |
| In offices outside the U.S.[4] | 119,550 | 117,695 | 106,606 | 2,133 | 1,674 | 1,327 | **1.78** | 1.42 | 1.24 |
| Total | $ 265,580 | $ 267,574 | $ 247,914 | $ 6,885 | $ 5,492 | $ 3,249 | **2.59%** | 2.05% | 1.31% |
| **Trading account assets**[6][7] | | | | | | | | | |
| In U.S. offices | $ 109,064 | $ 94,065 | $ 99,755 | $ 4,099 | $ 3,706 | $ 3,531 | **3.76%** | 3.94% | 3.54% |
| In offices outside the U.S.[4] | 131,217 | 115,601 | 104,197 | 3,589 | 2,615 | 2,117 | **2.74** | 2.26 | 2.03 |
| Total | $ 240,281 | $ 209,666 | $ 203,952 | $ 7,688 | $ 6,321 | $ 5,648 | **3.20%** | 3.01% | 2.77% |
| **Investments** | | | | | | | | | |
| In U.S. offices | | | | | | | | | |
| Taxable | $ 221,895 | $ 228,686 | $ 226,227 | $ 5,162 | $ 5,331 | $ 4,450 | **2.33%** | 2.33% | 1.97% |
| Exempt from U.S. income tax | 15,227 | 17,199 | 18,152 | 577 | 706 | 775 | **3.79** | 4.10 | 4.27 |
| In offices outside the U.S.[4] | 117,529 | 104,033 | 106,040 | 4,222 | 3,600 | 3,309 | **3.59** | 3.46 | 3.12 |
| Total | $ 354,651 | $ 349,918 | $ 350,419 | $ 9,961 | $ 9,637 | $ 8,534 | **2.81%** | 2.75% | 2.44% |
| **Loans (net of unearned income)**[8] | | | | | | | | | |
| In U.S. offices | $ 395,792 | $ 385,350 | $ 371,711 | $ 30,563 | $ 28,627 | $ 25,944 | **7.72%** | 7.43% | 6.98% |
| In offices outside the U.S.[4] | 288,319 | 285,505 | 267,774 | 17,266 | 17,129 | 15,904 | **5.99** | 6.00 | 5.94 |
| Total | $ 684,111 | $ 670,855 | $ 639,485 | $ 47,829 | $ 45,756 | $ 41,848 | **6.99%** | 6.82% | 6.54% |
| **Other interest-earning assets**[9] | $ 64,322 | $ 67,269 | $ 60,626 | $ 1,673 | $ 1,673 | $ 1,161 | **2.60%** | 2.49% | 1.92% |
| Total interest-earning assets | $ 1,797,468 | $ 1,742,576 | $ 1,671,781 | $ 76,718 | $ 71,082 | $ 62,075 | **4.27%** | 4.08% | 3.71% |
| Non-interest-earning assets[6] | $ 181,341 | $ 177,654 | $ 203,657 | | | | | | |
| **Total assets** | $ 1,978,809 | $ 1,920,230 | $ 1,875,438 | | | | | | |

(1)  *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017) of $208 million, $254 million and $496 million for 2019, 2018 and 2017, respectively.

(2)  Interest rates and amounts include the effects of risk management activities associated with the respective asset categories.

(3)  Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.

(4)  Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(5)  Average volumes of securities borrowed or purchased under agreements to resell are reported net pursuant to ASC 210-20-45. However, *Interest revenue* excludes the impact of ASC 210-20-45.

(6)  The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.

(7)  *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.

(8)  Includes cash-basis loans.

(9)  Includes brokerage receivables.

*Average Balances and Interest Rates—Liabilities and Equity, and Net Interest Revenue*[1][2][3]

**Taxable Equivalent Basis**

| In millions of dollars, except rates | Average volume 2019 | 2018 | 2017 | Interest expense 2019 | 2018 | 2017 | % Average rate 2019 | 2018 | 2017 |
|---|---|---|---|---|---|---|---|---|---|
| **Liabilities** | | | | | | | | | |
| **Deposits** | | | | | | | | | |
| In U.S. offices[4] | $ 388,948 | $ 338,060 | $ 313,094 | $ 6,304 | $ 4,500 | $ 2,530 | 1.62% | 1.33% | 0.81% |
| In offices outside the U.S.[5] | 487,318 | 453,793 | 436,949 | 6,329 | 5,116 | 4,057 | 1.30 | 1.13 | 0.93 |
| Total | $ 876,266 | $ 791,853 | $ 750,043 | $ 12,633 | $ 9,616 | $ 6,587 | 1.44% | 1.21% | 0.88% |
| **Securities loaned and sold under agreements to repurchase**[6] | | | | | | | | | |
| In U.S. offices | $ 112,876 | $ 102,843 | $ 96,258 | $ 4,194 | $ 3,320 | $ 1,574 | 3.72% | 3.23% | 1.64% |
| In offices outside the U.S.[5] | 77,283 | 69,264 | 61,434 | 2,069 | 1,569 | 1,087 | 2.68 | 2.27 | 1.77 |
| Total | $ 190,159 | $ 172,107 | $ 157,692 | $ 6,263 | $ 4,889 | $ 2,661 | 3.29% | 2.84% | 1.69% |
| **Trading account liabilities**[7][8] | | | | | | | | | |
| In U.S. offices | $ 37,099 | $ 37,305 | $ 33,399 | $ 818 | $ 612 | $ 380 | 2.20% | 1.64% | 1.14% |
| In offices outside the U.S.[5] | 51,817 | 58,919 | 57,149 | 490 | 389 | 258 | 0.95 | 0.66 | 0.45 |
| Total | $ 88,916 | $ 96,224 | $ 90,548 | $ 1,308 | $ 1,001 | $ 638 | 1.47% | 1.04% | 0.70% |
| **Short-term borrowings**[9] | | | | | | | | | |
| In U.S. offices | $ 78,230 | $ 85,009 | $ 74,825 | $ 2,138 | $ 1,885 | $ 684 | 2.73% | 2.22% | 0.91% |
| In offices outside the U.S.[5] | 20,575 | 23,402 | 22,837 | 327 | 324 | 375 | 1.59 | 1.38 | 1.64 |
| Total | $ 98,805 | $ 108,411 | $ 97,662 | $ 2,465 | $ 2,209 | $ 1,059 | 2.49% | 2.04% | 1.08% |
| **Long-term debt**[10] | | | | | | | | | |
| In U.S. offices | $ 193,972 | $ 197,933 | $ 192,079 | $ 6,398 | $ 6,386 | $ 5,382 | 3.30% | 3.23% | 2.80% |
| In offices outside the U.S.[5] | 4,803 | 4,895 | 4,615 | 96 | 165 | 191 | 2.00 | 3.37 | 4.14 |
| Total | $ 198,775 | $ 202,828 | $ 196,694 | $ 6,494 | $ 6,551 | $ 5,573 | 3.27% | 3.23% | 2.83% |
| **Total interest-bearing liabilities** | $ 1,452,921 | $ 1,371,423 | $ 1,292,639 | $ 29,163 | $ 24,266 | $ 16,518 | 2.01% | 1.77% | 1.28% |
| Demand deposits in U.S. offices | $ 27,737 | $ 33,398 | $ 37,824 | | | | | | |
| Other non-interest-bearing liabilities[7] | 301,813 | 315,862 | 316,129 | | | | | | |
| **Total liabilities** | $ 1,782,471 | $ 1,720,683 | $ 1,646,592 | | | | | | |
| **Citigroup stockholders' equity** | $ 195,632 | $ 198,681 | $ 227,849 | | | | | | |
| Noncontrolling interests | 706 | 866 | 997 | | | | | | |
| **Total equity** | $ 196,338 | $ 199,547 | $ 228,846 | | | | | | |
| **Total liabilities and stockholders' equity** | $ 1,978,809 | $ 1,920,230 | $ 1,875,438 | | | | | | |
| **Net interest revenue as a percentage of average interest-earning assets**[11] | | | | | | | | | |
| In U.S. offices | $ 1,017,021 | $ 992,543 | $ 970,439 | $ 28,466 | $ 28,157 | $ 27,551 | 2.80% | 2.84% | 2.84% |
| In offices outside the U.S.[6] | 780,447 | 750,033 | 701,342 | 19,089 | 18,659 | 18,006 | 2.45 | 2.49 | 2.57 |
| **Total** | $ 1,797,468 | $ 1,742,576 | $ 1,671,781 | $ 47,555 | $ 46,816 | $ 45,557 | 2.65% | 2.69% | 2.73% |

(1) *Net interest revenue* includes the taxable equivalent adjustments related to the tax-exempt bond portfolio (based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017) of $208 million, $254 million and $496 million for 2019, 2018 and 2017, respectively.

(2) Interest rates and amounts include the effects of risk management activities associated with the respective liability categories.

(3) Monthly or quarterly averages have been used by certain subsidiaries where daily averages are unavailable.

(4) Consists of other time deposits and savings deposits. Savings deposits are made up of insured money market accounts, NOW accounts and other savings deposits. The interest expense on savings deposits includes FDIC deposit insurance assessments.

(5) Average rates reflect prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(6) Average volumes of securities sold under agreements to repurchase are reported net pursuant to ASC 210-20-45. However, *Interest expense* excludes the impact of ASC 210-20-45.

(7) The fair value carrying amounts of derivative contracts are reported net, pursuant to ASC 815-10-45, in *Non-interest-earning assets* and *Other non-interest-bearing liabilities*.

(8) *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.

96

(9)   Includes *Brokerage payables*.
(10)  Excludes hybrid financial instruments and beneficial interests in consolidated VIEs that are classified as *Long-term debt*, as the changes in fair value for these obligations are recorded in *Principal transactions*.
(11)  Includes allocations for capital and funding costs based on the location of the asset.

## Analysis of Changes in Interest Revenue[1][2][3]

| In millions of dollars | 2019 vs. 2018 Increase (decrease) due to change in: | | | 2018 vs. 2017 Increase (decrease) due to change in: | | |
|---|---|---|---|---|---|---|
| | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
| **Deposits with banks[3]** | $ 146 | $ 333 | $ 479 | $ 79 | $ 489 | $ 568 |
| **Securities borrowed and purchased under agreements to resell** | | | | | | |
| In U.S. offices | $ (100) | $ 1,034 | $ 934 | $ 123 | $ 1,773 | $ 1,896 |
| In offices outside the U.S.[3] | 27 | 432 | 459 | 146 | 201 | 347 |
| Total | $ (73) | $ 1,466 | $ 1,393 | $ 269 | $ 1,974 | $ 2,243 |
| **Trading account assets[4]** | | | | | | |
| In U.S. offices | $ 570 | $ (177) | $ 393 | $ (209) | $ 384 | $ 175 |
| In offices outside the U.S.[3] | 382 | 592 | 974 | 245 | 253 | 498 |
| Total | $ 952 | $ 415 | $ 1,367 | $ 36 | $ 637 | $ 673 |
| **Investments[1]** | | | | | | |
| In U.S. offices | $ (213) | $ (85) | $ (298) | $ 32 | $ 780 | $ 812 |
| In offices outside the U.S.[3] | 481 | 141 | 622 | (64) | 355 | 291 |
| Total | $ 268 | $ 56 | $ 324 | $ (32) | $ 1,135 | $ 1,103 |
| **Loans (net of unearned income)[5]** | | | | | | |
| In U.S. offices | $ 789 | $ 1,149 | $ 1,938 | $ 974 | $ 1,709 | $ 2,683 |
| In offices outside the U.S.[3] | 169 | (34) | 135 | 1,062 | 163 | 1,225 |
| Total | $ 958 | $ 1,115 | $ 2,073 | $ 2,036 | $ 1,872 | $ 3,908 |
| **Other interest-earning assets[6]** | $ (75) | $ 75 | $ — | $ 137 | $ 375 | $ 512 |
| **Total interest revenue** | $ 2,176 | $ 3,460 | $ 5,636 | $ 2,525 | $ 6,482 | $ 9,007 |

(1)   The taxable equivalent adjustments related to the tax-exempt bond portfolio, based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017, are included in this presentation.
(2)   Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.
(3)   Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.
(4)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.
(5)   Includes cash-basis loans.
(6)   Includes *Brokerage receivables*.

*Analysis of Changes in Interest Expense and Net Interest Revenue*[(1)(2)(3)]

| | 2019 vs. 2018 | | | 2018 vs. 2017 | | |
| | Increase (decrease) due to change in: | | | Increase (decrease) due to change in: | | |
| *In millions of dollars* | Average volume | Average rate | Net change | Average volume | Average rate | Net change |
|---|---|---|---|---|---|---|
| **Deposits** | | | | | | |
| In U.S. offices | $ 738 $ | 1,066 $ | 1,804 | $ 216 $ | 1,754 $ | 1,970 |
| In offices outside the U.S.[(3)] | 397 | 816 | 1,213 | 162 | 897 | 1,059 |
| Total | $ 1,135 $ | 1,882 $ | 3,017 | $ 378 $ | 2,651 $ | 3,029 |
| **Securities loaned and sold under agreements to repurchase** | | | | | | |
| In U.S. offices | $ 343 $ | 531 $ | 874 | $ 115 $ | 1,631 $ | 1,746 |
| In offices outside the U.S.[(3)] | 194 | 306 | 500 | 151 | 331 | 482 |
| Total | $ 537 $ | 837 $ | 1,374 | $ 266 $ | 1,962 $ | 2,228 |
| **Trading account liabilities**[(4)] | | | | | | |
| In U.S. offices | $ (3) $ | 209 $ | 206 | $ 49 $ | 183 $ | 232 |
| In offices outside the U.S.[(3)] | (51) | 152 | 101 | 8 | 123 | 131 |
| Total | $ (54) $ | 361 $ | 307 | $ 57 $ | 306 $ | 363 |
| **Short-term borrowings**[(5)] | | | | | | |
| In U.S. offices | $ (159) $ | 412 $ | 253 | $ 105 $ | 1,096 $ | 1,201 |
| In offices outside the U.S.[(3)] | (42) | 45 | 3 | 9 | (60) | (51) |
| Total | $ (201) $ | 457 $ | 256 | $ 114 $ | 1,036 $ | 1,150 |
| **Long-term debt** | | | | | | |
| In U.S. offices | $ (129) $ | 141 $ | 12 | $ 168 $ | 836 $ | 1,004 |
| In offices outside the U.S.[(3)] | (3) | (66) | (69) | 11 | (37) | (26) |
| Total | $ (132) $ | 75 $ | (57) | $ 179 $ | 799 $ | 978 |
| **Total interest expense** | $ 1,285 $ | 3,612 $ | 4,897 | $ 994 $ | 6,754 $ | 7,748 |
| **Net interest revenue** | $ 891 $ | (152) $ | 739 | $ 1,531 $ | (272) $ | 1,259 |

(1)   The taxable equivalent adjustments related to the tax-exempt bond portfolio, based on the U.S. federal statutory tax rates of 21% in 2019 and 2018 and 35% in 2017, are included in this presentation.

(2)   Rate/volume variance is allocated based on the percentage relationship of changes in volume and changes in rate to the total net change.

(3)   Changes in average rates reflect changes in prevailing local interest rates, including inflationary effects and monetary corrections in certain countries.

(4)   *Interest expense* on *Trading account liabilities* of *ICG* is reported as a reduction of *Interest revenue*. *Interest revenue* and *Interest expense* on cash collateral positions are reported in interest on *Trading account assets* and *Trading account liabilities*, respectively.

(5)   Includes *Brokerage payables*.

98

**Market Risk of Trading Portfolios**

Trading portfolios include positions resulting from market-making activities, hedges of certain available-for-sale (AFS) debt securities, the CVA relating to derivative counterparties and all associated hedges, fair value option loans and hedges of the loan portfolio within capital markets origination within *ICG*.

The market risk of Citi's trading portfolios is monitored using a combination of quantitative and qualitative measures, including, but not limited to:

*   factor sensitivities;
*   value at risk (VAR); and
*   stress testing.

Each trading portfolio across Citi's businesses has its own market risk limit framework encompassing these measures and other controls, including trading mandates, new product approval, permitted product lists and pre-trade approval for larger, more complex and less liquid transactions.

The following chart of total daily trading-related revenue (loss) captures trading volatility and shows the number of days in which revenues for Citi's trading businesses fell within particular ranges. Trading-related revenue includes trading, net interest and other revenue associated with Citi's trading businesses. It excludes DVA, FVA and CVA adjustments incurred due to changes in the credit quality of counterparties, as well as any associated hedges of that CVA. In addition, it excludes fees and other revenue associated with capital markets origination activities. Trading-related revenues are driven by both customer flows and the changes in valuation of the trading inventory. As shown in the chart below, positive trading-related revenue was achieved for 100% of the trading days in 2019.

---

**Daily Trading-Related Revenue (Loss)[1]— Twelve Months ended December 31, 2019**
*In millions of dollars*



(1)    Reflects the effects of asymmetrical accounting for economic hedges of certain AFS debt securities. Specifically, the change in the fair value of hedging derivatives is included in trading-related revenue, while the offsetting change in the fair value of hedged AFS debt securities is included in *AOCI* and not reflected above.

*Factor Sensitivities*

Factor sensitivities are expressed as the change in the value of a position for a defined change in a market risk factor, such as a change in the value of a U.S. Treasury bill for a one-basis-point change in interest rates. Citi's market risk management, within the Risk organization, works to ensure that factor sensitivities are calculated, monitored and limited for all material risks taken in the trading portfolios.

*Value at Risk (VAR)*

VAR estimates, at a 99% confidence level, the potential decline in the value of a position or a portfolio under normal market conditions assuming a one-day holding period. VAR statistics, which are based on historical data, can be materially different across firms due to differences in portfolio composition, differences in VAR methodologies and differences in model parameters. As a result, Citi believes VAR statistics can be used more effectively as indicators of trends in risk-taking within a firm, rather than as a basis for inferring differences in risk-taking across firms.

Citi uses a single, independently approved Monte Carlo simulation VAR model (see "VAR Model Review and Validation" below), which has been designed to capture material risk sensitivities (such as first- and second-order sensitivities of positions to changes in market prices) of various asset classes/risk types (such as interest rate, credit spread, foreign exchange, equity and commodity risks). Citi's VAR includes positions that are measured at fair value; it does not include investment securities classified as AFS or HTM. For information on these securities, see Note 13 to the Consolidated Financial Statements.

Citi believes its VAR model is conservatively calibrated to incorporate fat-tail scaling and the greater of short-term (approximately the most recent month) and long-term (three years) market volatility. The Monte Carlo simulation involves approximately 450,000 market factors, making use of approximately 350,000 time series, with sensitivities updated daily, volatility parameters updated intra-monthly and correlation parameters updated monthly. The conservative features of the VAR calibration contribute an approximate 26% add-on to what would be a VAR estimated under the assumption of stable and perfectly, normally distributed markets.

As set forth in the table below, Citi's average trading VAR decreased from 2018 to 2019, mainly due to changes in interest rates in the *ICG Markets* businesses. The average trading and credit portfolio VAR also declined, although the decrease in average trading VAR was partially offset by additional hedging related to lending activities in 2019.

**Year-end and Average Trading VAR and Trading and Credit Portfolio VAR**

| In millions of dollars | December 31, 2019 | 2019 Average | December 31, 2018 | 2018 Average |
|---|---|---|---|---|
| Interest rate | $ 32 | $ 35 | $ 48 | $ 60 |
| Credit spread | 44 | 44 | 55 | 47 |
| Covariance adjustment[1] | (27) | (23) | (23) | (24) |
| Fully diversified interest rate and credit spread[2] | $ 49 | $ 56 | $ 80 | $ 83 |
| Foreign exchange | 22 | 23 | 18 | 25 |
| Equity | 21 | 16 | 25 | 22 |
| Commodity | 13 | 24 | 23 | 19 |
| Covariance adjustment[1] | (52) | (62) | (66) | (67) |
| **Total trading VAR—all market risk factors, including general and specific risk (excluding credit portfolios)[2]** | $ 53 | $ 57 | $ 80 | 82 |
| Specific risk-only component[3] | $ 3 | $ 2 | $ 4 | $ 4 |
| Total trading VAR—general market risk factors only (excluding credit portfolios) | $ 50 | $ 55 | $ 76 | $ 78 |
| Incremental impact of the credit portfolio[4] | $ 30 | $ 14 | $ 18 | $ 10 |
| **Total trading and credit portfolio VAR** | $ 83 | $ 71 | $ 98 | $ 92 |

(1) Covariance adjustment (also known as diversification benefit) equals the difference between the total VAR and the sum of the VARs tied to each individual risk type. The benefit reflects the fact that the risks within each and across risk types are not perfectly correlated and, consequently, the total VAR on a given day will be lower than the sum of the VARs relating to each individual risk type. The determination of the primary drivers of changes to the covariance adjustment is made by an examination of the impact of both model parameter and position changes.
(2) The total trading VAR includes mark-to-market and certain fair value option trading positions in *ICG*, with the exception of hedges to the loan portfolio, fair value option loans and all CVA exposures. Available-for-sale and accrual exposures are not included.
(3) The specific risk-only component represents the level of equity and fixed income issuer-specific risk embedded in VAR.
(4) The credit portfolio is composed of mark-to-market positions associated with non-trading business units including Citi Treasury, the CVA relating to derivative counterparties and all associated CVA hedges. FVA and DVA are not included. The credit portfolio also includes hedges to the loan portfolio, fair value option loans and hedges to the leveraged finance pipeline within capital markets origination in *ICG*.

The table below provides the range of market factor VARs associated with Citi's total trading VAR, inclusive of specific risk:

| In millions of dollars | 2019 | | 2018 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| Interest rate | $ 25 $ 58 | | $ 34 $ | 89 |
| Credit spread | 36 | 55 | 38 | 64 |
| Fully diversified interest rate and credit spread | $ 43 $ 89 | | $ 59 $ | 118 |
| Foreign exchange | 12 | 34 | 13 | 44 |
| Equity | 7 | 29 | 15 | 33 |
| Commodity | 12 | 75 | 13 | 27 |
| Total trading | $ 38 $ 87 | | $ 56 $ | 120 |
| Total trading and credit portfolio | 54 | 103 | 66 | 124 |

Note: No covariance adjustment can be inferred from the above table as the high and low for each market factor will be from different close-of-business dates.

The following table provides the VAR for *ICG*, excluding the CVA relating to derivative counterparties, hedges of CVA, fair value option loans and hedges to the loan portfolio:

| In millions of dollars | Dec. 31, 2019 |
| --- | --- |
| **Total—all market risk factors, including general and specific risk** | $ 53 |
| Average—during year | $ 57 |
| High—during year | 86 |
| Low—during year | 38 |

*VAR Model Review and Validation*

Generally, Citi's VAR review and model validation process entails reviewing the model framework, major assumptions and implementation of the mathematical algorithm. In addition, as part of the model validation process, product specific back-testing on portfolios is periodically completed and reviewed with Citi's U.S. banking regulators. Furthermore, Regulatory VAR back-testing (as described below) is performed against buy-and-hold profit and loss on a monthly basis for multiple sub-portfolios across the organization (trading desk level, *ICG* business segment and Citigroup) and the results are shared with U.S. banking regulators.

Significant VAR model and assumption changes must be independently validated within Citi's risk management organization. This validation process includes a review by model validation group within Citi's Model Risk Management. In the event of significant model changes, parallel model runs are undertaken prior to implementation. In addition, significant model and assumption changes are subject to the periodic reviews and approval by Citi's U.S. banking regulators.

Citi uses the same independently validated VAR model for both Regulatory VAR and Risk Management VAR (i.e., total trading and total trading and credit portfolios VARs) and, as such, the model review and validation process for both purposes is as described above.

Regulatory VAR, which is calculated in accordance with Basel III, differs from Risk Management VAR due to the fact that certain positions included in Risk Management VAR are not eligible for market risk treatment in Regulatory VAR. The composition of Risk Management VAR is discussed under "Value at Risk" above. The applicability of the VAR model for positions eligible for market risk treatment under U.S. regulatory capital rules is periodically reviewed and approved by Citi's U.S. banking regulators.

In accordance with Basel III, Regulatory VAR includes all trading book-covered positions and all foreign exchange and commodity exposures. Pursuant to Basel III, Regulatory VAR excludes positions that fail to meet the intent and ability to trade requirements and are therefore classified as non-trading book and categories of exposures that are specifically excluded as covered positions. Regulatory VAR excludes CVA on derivative instruments and DVA on Citi's own fair value option liabilities. CVA hedges are excluded from Regulatory VAR and included in credit risk-weighted assets as computed under the Advanced Approaches for determining risk-weighted assets.

*Regulatory VAR Back-Testing*

In accordance with Basel III, Citi is required to perform back-testing to evaluate the effectiveness of its Regulatory VAR model. Regulatory VAR back-testing is the process in which the daily one-day VAR, at a 99% confidence interval, is compared to the buy-and-hold profit and loss (i.e., the profit and loss impact if the portfolio is held constant at the end of the day and re-priced the following day). Buy-and-hold profit and loss represents the daily mark-to-market profit and loss attributable to price movements in covered positions from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue, net interest, fees and commissions, intra-day trading profit and loss and changes in reserves.

Based on a 99% confidence level, Citi would expect two to three days in any one year when buy-and-hold losses exceed the Regulatory VAR. Given the conservative calibration of Citi's VAR model (as a result of taking the greater of short- and long-term volatilities and fat-tail scaling of volatilities), Citi would expect fewer exceptions under normal and stable market conditions. Periods of unstable market conditions could increase the number of back-testing exceptions.

The following graph shows the daily buy-and-hold profit and loss associated with Citi's covered positions compared to Citi's one-day Regulatory VAR during 2019. As of December 31, 2019, there were no back-testing exceptions observed for Citi's Regulatory VAR for the prior 12 months.

The difference between the 54.8% of days with buy-and-hold gains for Regulatory VAR back-testing and the 100% of days with trading, net interest and other revenue associated with Citi's trading businesses, shown in the histogram of daily trading-related revenue below, reflects, among other things, that a significant portion of Citi's trading-related revenue is not generated from daily price movements on these positions and exposures, as well as differences in the portfolio composition of Regulatory VAR and Risk Management VAR.

---

**Regulatory Trading VAR and Associated Buy-and-Hold Profit and Loss[1]—12 Months ended December 31, 2019**
*In millions of dollars*





(1)    Buy-and-hold profit and loss, as defined by the banking regulators under Basel III, represents the daily mark-to-market revenue movement attributable to the trading position from the close of the previous business day. Buy-and-hold profit and loss excludes realized trading revenue and net interest intra-day trading profit and loss on new and terminated trades, as well as changes in reserves. Therefore, it is not comparable to the trading-related revenue presented in the chart of daily trading-related revenue above.

### Stress Testing

Citi performs market risk stress testing on a regular basis to estimate the impact of extreme market movements. It is performed on individual positions and trading portfolios, as well as in aggregate, inclusive of multiple trading portfolios. Citi's market risk management, after consultations with the businesses, develops both systemic and specific stress scenarios, reviews the output of periodic stress testing exercises and uses the information to assess the ongoing appropriateness of exposure levels and limits. Citi uses two complementary approaches to market risk stress testing across all major risk factors (i.e., equity, foreign exchange, commodity, interest rate and credit spreads): top-down systemic stresses and bottom-up business-specific stresses. Systemic stresses are designed to quantify the potential impact of extreme market movements on an institution-wide basis, and are constructed using both historical periods of market stress and projections of adverse economic scenarios. Business-specific stresses are designed to probe the risks of particular portfolios and market segments, especially those risks that are not fully captured in VAR and systemic stresses.

The systemic stress scenarios and business-specific stress scenarios at Citi are used in several reports reviewed by senior management and also to calculate internal risk capital for trading market risk. In general, changes in market values are defined over a one-year horizon. For the most liquid positions and market factors, changes in market values are defined over a shorter two-month horizon. The limited set of positions and market factors whose market value changes are defined over a two-month horizon are those that in management's judgment have historically remained very liquid during financial crises, even as the trading liquidity of most other positions and market factors materially declined.

# OPERATIONAL RISK

## Overview

Operational risk is the risk of loss resulting from inadequate or failed internal processes, systems or human factors, or from external events. It includes risk of failing to comply with applicable laws and regulations, but excludes strategic risk. Operational risk includes the reputation and franchise risk associated with business practices or market conduct in which Citi is involved, as well as compliance, conduct and legal risks.

Operational risk is inherent in Citi's global business activities, as well as related support functions, and can result in losses arising from events associated with the following, among others:

- fraud, theft and unauthorized activity;
- employment practices and workplace environment;
- clients, products and business practices;
- physical assets and infrastructure; and
- execution, delivery and process management.

Citi manages operational risk consistent with the overall framework described in "Managing Global Risk—Overview" above. The Company's goal is to keep operational risk at appropriate levels relative to the characteristics of Citi's businesses, the markets in which it operates, its capital and liquidity and the competitive, economic and regulatory environment.

To anticipate, mitigate and control operational risk, Citi has established policies and a global framework for assessing, monitoring and communicating operational risks and the overall operating effectiveness of the internal control environment across Citigroup. As part of this framework, Citi has defined its operational risk appetite and has established a manager's control assessment (MCA) process (a process through which managers at Citi identify, monitor, measure, report on and manage risks and the related controls) to help managers self-assess significant operational risks and key controls and identify and address weaknesses in the design and/or operating effectiveness of internal controls that mitigate significant operational risks.

Each major business segment must implement an operational risk process consistent with the requirements of this framework. The process for operational risk management includes the following steps:

- identify and assess key operational risks;
- design controls to mitigate identified risks;
- establish key risk indicators;
- implement a process for early problem recognition and timely escalation;
- produce comprehensive operational risk reporting; and
- ensure that sufficient resources are available to actively improve the operational risk environment and mitigate emerging risks.

As new products and business activities are developed, processes are designed, modified or sourced through alternative means and operational risks are considered.

An Operational Risk Management Committee has been established to provide oversight for operational risk across Citigroup and to provide a forum to assess Citi's operational risk profile and ensure actions are taken so that Citi's operational risk exposure is actively managed consistent with Citi's risk appetite. The Committee seeks to ensure that these actions address the root causes that persistently lead to operational risk losses and create lasting solutions to minimize these losses. Members include Citi's Chief Risk Officer and Citi's Head of Operational Risk and senior members of their organizations. These members cover multiple dimensions of risk management and include business and regional Chief Risk Officers and senior operational risk managers.

In addition, risk management, including Operational Risk Management, works proactively with the businesses and other independent control functions to embed a strong operational risk management culture and framework across Citi. Operational Risk Management engages with the businesses to ensure effective implementation of the Operational Risk Management framework by focusing on (i) identification, analysis and assessment of operational risks, (ii) effective challenge of key control issues and operational risks and (iii) anticipation and mitigation of operational risk events.

Information about the businesses' operational risk, historical operational risk losses and the control environment is reported by each major business segment and functional area. The information is summarized and reported to senior management, as well as to the Audit and Risk Committees of Citi's Board of Directors.

Operational risk is measured and assessed through Operational Risk Capital and Operational Risk Regulatory Capital for the Advanced Approaches under Basel III. Projected operational risk losses under stress scenarios are also required as part of the Federal Reserve Board's CCAR process.

For additional information on Citi's operational risks, see "Risk Factors—Operational Risk" above.

## Cybersecurity Risk

Cybersecurity risk is the business risk associated with the threat posed by a cyber attack, cyber breach or the failure to protect Citi's most vital business information assets or operations, resulting in a financial or reputational loss (for additional information, see the operational systems and cybersecurity risk factors in "Risk Factors—Operational Risks" above). With an evolving threat landscape, ever-increasing sophistication of cybersecurity attacks and use of new technologies to conduct financial transactions, Citi and its clients, customers and third parties are and will continue to be at risk for cyber attacks and information security incidents. Citi recognizes the significance of these risks and, therefore, employs an intelligence-led strategy to prevent, detect, respond to and recover from cyber attacks. Further, Citi actively participates in financial industry, government and cross-sector knowledge-sharing groups to enhance individual and collective cyber resilience.

Citi's technology and cybersecurity risk management program is built on three lines of defense. Citi's first line of defense under the Office of the Chief Information Security Officer provides frontline business, operational and technical controls and capabilities to protect against cybersecurity risks, and to respond to cyber incidents and data breaches. Citi manages these threats through state-of-the-art Fusion Centers, which serve as central command for monitoring and coordinating responses to cyber threats. The enterprise information security team is responsible for infrastructure defense and security controls, performing vulnerability assessments and third-party information security assessments, employee awareness and training programs and security incident management, in each case working in coordination with a network of information security officers who are embedded within the businesses and functions on a global basis.

Citi's Operational Risk Management-Technology and Cyber (ORM-T/C) and Independent Compliance Risk Management-Technology and Information Security (ICRM-T) groups serve as the second line of defense, and actively evaluate, anticipate and challenge Citi's risk mitigation practices and capabilities. Internal audit serves as the third line of defense and independently provides assurance on how effectively the organization as a whole manages cybersecurity risk. Citi also has multiple senior committees such as the Information Security Risk Committee (ISRC), which governs enterprise-level risk tolerance inclusive of cybersecurity risk.

Citi seeks to proactively identify and remediate technology and cybersecurity risks before they materialize as incidents that negatively affect business operations. Accordingly, the ORM-T/C team independently challenges and monitors capabilities in accordance with Citi's defined Technology and Cyber Risk Appetite statements. To address evolving cybersecurity risks and corresponding regulations, ORM-T/C also monitors cyber legal and regulatory requirements, identifies and defines emerging risks, executes strategic cyber threat assessments, performs new products and initiative reviews, performs data management risk oversight and conducts cyber risk assurance reviews (inclusive of third-party assessments). In addition, ORM-T/C employs tools and oversees and challenges metrics that are both tailored to cybersecurity and technology and aligned with Citi's overall operational risk management framework to effectively track, identify and manage risk.

**COMPLIANCE RISK**

Compliance risk is the risk to current or projected financial condition and resilience arising from violations of laws or regulations, or from nonconformance with prescribed practices, internal policies and procedures or ethical standards. This risk exposes a bank to fines, civil money penalties, payment of damages and the voiding of contracts. Compliance risk is not limited to risk from failure to comply with consumer protection laws; it encompasses the risk of noncompliance with all laws and regulations, as well as prudent ethical standards and contractual obligations. It also includes the exposure to litigation (known as legal risk) from all aspects of banking, traditional and nontraditional.

Compliance risk spans all risk types in Citi's risk governance framework and the risk categories outlined in the Governance, Risk, Compliance (GRC) taxonomy. Citi seeks to operate with integrity, maintain strong ethical standards and adhere to applicable policies and regulatory and legal requirements. Citi must maintain and execute a proactive Compliance Risk Management (CRM) Policy that is designed to manage compliance risk effectively across Citi, with a view to fundamentally strengthen the compliance risk management culture across the lines of defense, taking into account Citi's risk governance framework and regulatory requirements. Independent Compliance Risk Management's (ICRM) primary objectives are to:

- Maintain and oversee an integrated CRM Policy that facilitates enterprise-wide compliance with local, national or cross-border laws, rules or regulations, Citi's internal policies, standards and procedures and relevant standards of conduct;
- Assess compliance risks and issues across product lines, functions and geographies, supported by globally consistent systems and compliance risk management processes;
- Drive and embed a culture of compliance and control throughout Citi; and
- Provide compliance risk data aggregation and reporting capabilities.

To anticipate, control and mitigate compliance risk, Citi has established the CRM Policy to achieve standardization and centralization of methodologies and processes, and to enable more consistent and comprehensive execution of compliance risk management.

Citi has a commitment, as well as an obligation, to identify, assess and mitigate compliance risks associated with its businesses and functions. ICRM is responsible for oversight of Citi's CRM Policy, while all businesses and global control functions are responsible for managing their compliance risks and operating within the Compliance Risk Appetite.

Citi carries out its objectives and fulfills its responsibilities through the integrated CRM Policy, which is based upon four components: (i) governance and organization; (ii) compliance risk requirements; (iii) processes and activities; and (iv) resources and capabilities. To achieve this, Citi follows these CRM Policy process steps:

- Identifying regulatory changes and performing the impact assessment, as well as capturing and monitoring adherence to existing regulatory requirements.
- Establishing, maintaining and adhering to policies, standards and procedures for the management of compliance risk, in accordance with policy governance requirements.
- Developing and providing training to support the effective execution of roles and responsibilities related to the identification, control, reporting and escalation of matters related to compliance risks.
- Self-assessment (e.g., Managers Control Assessment) of compliance risk.

- ICRM is responsible for independently assessing the management of compliance risks.
- Independently testing and monitoring that Citi is operating within the Compliance Risk Appetite. Identifying instances of non-conformance with laws, regulations, rules and breaches of internal policies.
- Escalating through the appropriate channels, which may include governance forums, the results of monitoring, testing, reporting or other oversight activities that may represent a violation of law, regulation, policy or other significant compliance risk and take reasonable action to see that the matter is appropriately identified, tracked and resolved, including through the issuance of corrective action plans against the first line of defense.

**REPUTATION RISK**

Citi's reputation is a vital asset in building trust with its stakeholders and Citi is diligent in communicating its corporate values to its employees, customers and investors. To support this, Citi has defined a reputation risk appetite approach. Under this approach, each major business segment has implemented a risk appetite statement and related key indicators to monitor and address weaknesses that may result in significant reputation risks. The approach requires that each business segment or region escalates significant reputation risks that require review or mitigation through its business practice committee or equivalent.

The business practices committees are part of the governance infrastructure that Citi has in place to properly review business activities, sales practices, product design, perceived conflicts of interest and other potential franchise or reputation risks. These committees may also raise potential franchise, reputation or systemic risks for due consideration by the business practices committee at the corporate level. All of these committees, which are composed of Citi's most senior executives, provide the guidance necessary for Citi's business practices to meet the highest standards of professionalism, integrity and ethical behavior consistent with Citi's mission and value proposition.

Further, the responsibility for maintaining Citi's reputation is shared by all employees, who are guided by Citi's code of conduct. Employees are expected to exercise sound judgment and common sense in decisions and actions. They are also expected to promptly and appropriately escalate all issues that present potential franchise, reputation and/or systemic risk.

**STRATEGIC RISK**

**Overview**

Citi executive management, with Citi's CEO at the lead, is responsible for the development and execution of Citi's strategy. This strategy is translated into forward-looking plans that are then cascaded across the organization. Strategic risk is monitored through a range of practices: regular Citigroup Board of Director meetings provide strategic external checkpoints where management's progress against executing the plans is assessed and where decisions to refine the strategic direction of the Company are evaluated; Citi's

executive management assesses progress against executing the defined plans; CEO reviews, which include a risk assessment of the plans, occur across products, regions and functions to focus on progress against executing the plans; products, regions and functions have internal reviews to assess performance at lower levels across the organization; and specific forums exist to focus on key areas that drive strategic risk such as balance sheet management, the introduction of new or modified products and services and country management, among others. In addition to these day-to-day practices, significant strategic actions, such as mergers, acquisitions or capital expenditures, are reviewed and approved by, or notified to, the Citigroup and Citibank Boards of Directors, as appropriate.

**Exit of U.K. from EU**

As a result of a 2016 U.K. referendum, Citi has reorganized certain U.K. and EU operations and implemented contingency plans to address the U.K.'s official exit from the EU, which occurred as of January 31, 2020. In addition, Citi has established a formal program with senior-level sponsorship and governance to deliver a coordinated response to the U.K.'s exit.

Until negotiations between the U.K. and the EU are finalized and any exit agreement is ratified, Citi continues to plan for a "hard" exit scenario. Citi's strategy focuses on providing continuity of services to its U.K. and EU clients with minimal disruption. Consequently, Citi has migrated certain business activities to alternative legal entities and branches with appropriate regulatory permissions to carry out such activity, and has established required capabilities in the U.K. and EU. Citi's plans for a U.K. exit from the EU have primarily covered:

- the enhancement of Citi's European bank in Ireland, supported by its substantial European branch network to ensure business continuity for its EU clients;
- the conversion of Citi's banking subsidiary in Germany into Citi's EU investment firm to support broker-dealer activities with EU clients;
- the establishment of a new U.K. consumer bank to focus on servicing consumer business clients in the U.K.; and
- the amendments to existing U.K. legal entities or branches, where required, to ensure continuity of services to U.K. and non-EU clients.

Citi has worked closely with clients, regulators and other relevant stakeholders in the execution of its plans to prepare for the U.K.'s exit from the EU. In addition, Citi continues to monitor macroeconomic scenarios and market events and has been undertaking stress testing to assess potential impacts on its businesses. For additional information, see "Risk Factors—Strategic Risks" above.

**LIBOR Transition Risk**

Citi recognizes that a transition away from and discontinuance of LIBOR presents risks and challenges that could significantly impact financial markets and market participants, including Citi (for information about Citi's risks from a transition away from and discontinuation of LIBOR or any

other benchmark, see "Risk Factors—Strategic Risks" above). Accordingly, Citi has continued its efforts to identify and manage its LIBOR transition risks.

Citi's LIBOR governance and implementation program remains focused on identifying and addressing the LIBOR transition impacts to Citi's clients, operational capabilities and legal and financial contracts, among others. The program operates globally across Citi's businesses and functions and includes active involvement of senior management, oversight by Citi's Asset and Liability Committee and reporting to the Risk Management Committee of Citigroup's Board of Directors. As part of the program, Citi has developed LIBOR transition action plans and associated roadmaps under the following key workstreams: program management; transition strategy and risk management; customer management, including internal communications and training, legal/contract management and product management; financial exposures and risk management; regulatory and industry engagement; operations and technology; and finance, risk, tax and treasury.

During 2019, Citi continued to participate in a number of working groups formed by global regulators, including the Alternative Reference Rates Committee (ARRC) convened by the Federal Reserve Board. These working groups continue to promote and advance development of alternative reference rates and to identify and address potential challenges from any transition to such rates. Citi also continues to engage with and monitor developments involving regulators, financial accounting bodies and others on LIBOR transition matters and relief.

Moreover, Citi has been investing in its systems and infrastructure, as client activity moves away from LIBOR to alternative reference rates. Citi also has continued to identify its LIBOR transition exposures, including existing financial instruments that do not contain contract provisions that adequately contemplate the discontinuance of reference rates and that would require additional negotiation with counterparties. In addition, Citi has begun to mitigate its LIBOR transition exposures by, among other things, using alternative reference rates in certain newly issued financial instruments and products. For example, since early 2019, Citi has issued both preferred stock and benchmark debt referencing the Secured Overnight Financing Rate (SOFR) and updated the LIBOR determination method in its debt documentation with the ARRC recommended fallback language. Citi has also been conducting LIBOR transition-related training for employees.

**Country Risk**

*Top 25 Country Exposures*

The following table presents Citi's top 25 exposures by country (excluding the U.S.) as of December 31, 2019. The total exposure as of December 31, 2019 to the top 25 countries disclosed below, in combination with the U.S., would represent approximately 95% of Citi's exposure to all countries. For purposes of the table, loan amounts are reflected in the country where the loan is booked, which is generally based on the domicile of the borrower. For example, a loan to a Chinese subsidiary of a Switzerland-based corporation will generally be categorized as a loan in China. In addition, Citi has developed regional booking centers in certain countries, most significantly in the United Kingdom (U.K.) and Ireland, in order to more efficiently serve its corporate customers. As an example, with respect to the U.K., only 33% of corporate loans presented in the table below are to U.K. domiciled entities (35% for unfunded commitments), with the balance of the loans predominately to European domiciled counterparties. Approximately 85% of the total U.K. funded loans and 89% of the total U.K. unfunded commitments were investment grade as of December 31, 2019. Trading account assets and investment securities are generally categorized based on the domicile of the issuer of the security of the underlying reference entity. For additional information on the assets included in the table, see the footnotes to the table below.

| In billions of U.S. dollars | ICG loans[1] | GCB loans | Other funded[2] | Unfunded[3] | Net MTM on derivatives /repos[4] | Total hedges (on loans and CVA) | Investment securities[5] | Trading account assets[6] | Total as of 4Q19 | Total as of 3Q19 | Total as of 4Q18 | Total as a % of Citi as of 4Q19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 41.8 | $ — | $ 1.9 | $ 50.0 | $ 12.3 | $ (5.2) | $ 7.3 | $ (2.3) | $ 105.8 | $ 116.6 | $ 111.6 | 6.5% |
| Mexico | 17.8 | 17.6 | 0.3 | 8.9 | 0.8 | (0.8) | 16.0 | 4.4 | 65.0 | 67.3 | 59.6 | 4.0 |
| Hong Kong | 20.5 | 12.9 | 0.9 | 7.2 | 1.4 | (0.7) | 6.2 | 0.6 | 49.0 | 52.5 | 48.1 | 3.0 |
| Singapore | 14.5 | 13.3 | 0.1 | 5.0 | 0.7 | (0.4) | 8.2 | 1.9 | 43.3 | 41.3 | 40.7 | 2.6 |
| Ireland | 12.1 | — | 0.5 | 26.4 | 0.5 | — | — | 0.4 | 39.9 | 34.8 | 33.7 | 2.4 |
| South Korea | 3.1 | 16.5 | 0.1 | 2.4 | 1.0 | (0.4) | 8.9 | 3.1 | 34.7 | 31.2 | 33.8 | 2.1 |
| India | 6.5 | 4.8 | 0.9 | 5.9 | 1.5 | (0.6) | 10.1 | 0.9 | 30.0 | 29.6 | 30.2 | 1.8 |
| Brazil | 12.7 | — | — | 3.1 | 5.6 | (0.9) | 4.1 | 3.7 | 28.3 | 25.7 | 26.0 | 1.7 |
| Germany | 0.5 | — | 0.1 | 6.0 | 3.9 | (3.9) | 9.2 | 6.0 | 21.8 | 18.0 | 17.4 | 1.3 |
| Australia | 4.7 | 9.8 | 0.1 | 6.2 | 1.6 | (0.4) | 1.5 | (2.0) | 21.5 | 20.8 | 23.5 | 1.3 |
| China | 7.6 | 3.3 | 0.6 | 2.9 | 0.8 | (0.5) | 5.0 | (1.0) | 18.7 | 18.6 | 18.0 | 1.1 |
| Taiwan | 5.9 | 8.0 | 0.1 | 1.9 | 0.4 | (0.1) | 0.9 | 0.8 | 17.9 | 17.2 | 17.4 | 1.1 |
| Japan | 2.7 | — | 0.1 | 2.5 | 2.4 | (1.7) | 5.8 | 5.2 | 17.0 | 18.3 | 17.6 | 1.0 |
| Canada | 2.4 | 0.6 | 0.1 | 6.8 | 1.7 | (0.7) | 3.9 | 0.4 | 15.2 | 15.9 | 16.0 | 0.9 |
| Poland | 4.1 | 2.0 | 0.1 | 2.4 | 0.2 | (0.1) | 3.8 | 0.9 | 13.4 | 13.6 | 13.2 | 0.8 |
| Jersey | 8.0 | — | 0.1 | 5.1 | — | (0.4) | — | — | 12.8 | 13.6 | 10.4 | 0.8 |
| United Arab Emirates | 8.1 | 1.5 | 0.1 | 2.9 | 0.2 | (0.1) | 0.1 | — | 12.8 | 11.6 | 9.6 | 0.8 |
| Malaysia | 1.9 | 4.2 | 0.2 | 1.0 | 0.2 | (0.1) | 1.0 | — | 8.4 | 9.1 | 10.0 | 0.5 |
| Thailand | 0.9 | 2.9 | — | 1.8 | — | — | 1.7 | 0.4 | 7.7 | 7.8 | 7.4 | 0.5 |
| Indonesia | 2.4 | 0.9 | — | 1.4 | 0.1 | (0.1) | 1.1 | 0.1 | 5.9 | 5.9 | 6.3 | 0.4 |
| Russia | 1.9 | 1.0 | — | 0.7 | 0.2 | (0.1) | 1.1 | 0.2 | 5.0 | 5.0 | 4.6 | 0.3 |
| Philippines | 0.7 | 1.6 | 0.1 | 0.5 | — | — | 1.9 | 0.1 | 4.9 | 4.6 | 5.3 | 0.3 |
| Luxembourg | — | — | — | — | 0.7 | (0.3) | 3.7 | 0.5 | 4.6 | 3.1 | 4.9 | 0.3 |
| Czech Republic | 0.8 | — | — | 0.7 | 2.7 | — | — | 0.1 | 4.3 | 3.8 | 3.0 | 0.3 |
| Cayman Islands | — | — | — | — | 0.1 | (0.6) | 3.0 | 1.0 | 3.5 | 3.8 | 2.5 | 0.2 |
| **Total as a % of Citi's Total Exposure** | | | | | | | | | | | | **36.0%** |
| **Total as a % of Citi's non-U.S. Total Exposure** | | | | | | | | | | | | **89.7%** |

(1)  *ICG* loans reflect funded corporate loans and private bank loans, net of unearned income. As of December 31, 2019, private bank loans in the table above totaled $30 billion, concentrated in Hong Kong ($9.3 billion), Singapore ($7.6 billion) and the U.K. ($7.2 billion).

(2)  Other funded includes other direct exposure such as accounts receivable, loans HFS, other loans in *Corporate/Other* and investments accounted for under the equity method.

(3)  Unfunded exposure includes unfunded corporate lending commitments, letters of credit and other contingencies.
(4)  Net mark-to-market counterparty risk on OTC derivatives and securities lending/borrowing transactions (repos). Exposures are shown net of collateral and inclusive of CVA. Includes margin loans.
(5)  Investment securities include securities available-for-sale, recorded at fair market value, and securities held-to-maturity, recorded at historical cost. Investment securities are reflected in the country that holds, not issues, the investments.
(6)  Trading account assets are shown on a net basis and include issuer risk on cash products and derivative exposure where the underlying reference entity/issuer is located in that country.

### *Argentina*

Citi operates in Argentina through its *ICG* businesses. As of December 31, 2019, Citi's net investment in its Argentine operations was approximately $730 million. Citi uses the U.S. dollar as the functional currency for its operations in Argentina because the Argentine economy is considered highly inflationary under U.S. GAAP.

During 2019, the Argentine peso depreciated 59% against the U.S. dollar, and the U.S. rating agencies downgraded Argentina's sovereign debt rating given renewed concerns of a debt default. In addition, the government of Argentina re-profiled certain short-term debt obligations, and also implemented new capital and currency controls during the third quarter of 2019. Prior to the implementation of these new capital controls, Citi had already remitted all available earnings from its Argentine operations that could be remitted during the 2019 calendar year; the new controls may restrict Citi's ability to access U.S. dollars in Argentina and remit earnings from its Argentine operations in the future.

Citi economically hedges the foreign currency risk in its net Argentine peso-denominated assets to the extent possible and prudent using non-deliverable forward (NDF) derivative instruments that are executed outside of Argentina. As of December 31, 2019, the international NDF market had very limited liquidity, resulting in Citi being unable to economically hedge a significant portion of its Argentine peso exposure. To the extent that Citi is unable to execute additional NDF contracts in the future, devaluations on Citi's net Argentine peso-denominated assets would be recorded in earnings, without any benefit from a change in the fair value of derivative positions used to economically hedge the exposure.

In addition, Citi continually evaluates its economic exposure to its Argentine counterparties and reserves for changes in credit risk and sovereign risk associated with its Argentine assets. Citi believes it has established appropriate loan loss reserves on its Argentine loans, and appropriate fair value adjustments on Argentine assets and liabilities measured at fair value, for such risks under U.S. GAAP as of December 31, 2019. However, given the recent events in Argentina, U.S. regulatory agencies may require Citi to record additional reserves in the future, increasing *ICG*'s cost of credit, based on the perceived country risk associated with its Argentine exposures. For additional information on emerging markets risks, see "Risk Factors—Strategic Risks" above.

### *FFIEC—Cross-Border Claims on Third Parties and Local Country Assets*

Citi's cross-border disclosures are based on the country exposure bank regulatory reporting guidelines of the Federal Financial Institutions Examination Council (FFIEC). The following summarizes some of the FFIEC key reporting guidelines:

- Amounts are based on the domicile of the ultimate obligor, counterparty, collateral (only including qualifying liquid collateral), issuer or guarantor, as applicable (e.g., a security recorded by a Citi U.S. entity but issued by the U.K. government is considered U.K. exposure; a loan recorded by a Citi Mexico entity to a customer domiciled in Mexico where the underlying collateral is held in Germany is considered German exposure).
- Amounts do not consider the benefit of collateral received for secured financing transactions (i.e., repurchase agreements, reverse repurchase agreements and securities loaned and borrowed) and are reported based on notional amounts.
- Netting of derivative receivables and payables, reported at fair value, is permitted, but only under a legally binding netting agreement with the same specific counterparty, and does not include the benefit of margin received or hedges.
- Credit default swaps (CDS) are included based on the gross notional amount sold and purchased and do not include any offsetting CDS on the same underlying entity.
- Loans are reported without the benefit of hedges.

Given the requirements noted above, Citi's FFIEC cross-border exposures and total outstandings tend to fluctuate, in some cases significantly, from period to period. As an example, because total outstandings under FFIEC guidelines do not include the benefit of margin or hedges, market volatility in interest rates, foreign exchange rates and credit spreads may cause significant fluctuations in the level of total outstandings, all else being equal.

The tables below show each country whose total outstandings exceeded 0.75% of total Citigroup assets:

**December 31, 2019**

**Cross-border claims on third parties and local country assets**

| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| Cayman Islands | $ — | $ — | $ 96.8 | $ 10.3 | $ 5.3 | $ 75.9 | $ 107.1 | $ 10.0 | $ — | $ — |
| United Kingdom | 13.3 | 24.4 | 34.8 | 20.6 | 12.9 | 61.3 | 93.1 | 23.2 | 71.6 | 71.6 |
| Japan | 32.7 | 33.3 | 7.8 | 6.5 | 13.1 | 57.4 | 80.3 | 4.7 | 18.7 | 17.1 |
| Mexico | 2.8 | 26.3 | 9.4 | 35.2 | 5.5 | 37.0 | 73.7 | 22.4 | 8.9 | 8.8 |
| Germany | 6.8 | 29.8 | 7.7 | 9.7 | 9.3 | 33.6 | 54.0 | 13.1 | 48.0 | 46.4 |
| France | 8.4 | 6.8 | 22.2 | 7.5 | 9.6 | 35.3 | 44.9 | 29.0 | 56.0 | 54.3 |
| Singapore | 2.3 | 17.7 | 7.2 | 16.1 | 2.8 | 36.1 | 43.3 | 12.0 | 2.0 | 1.9 |
| South Korea | 2.0 | 16.0 | 1.7 | 21.7 | 2.6 | 31.4 | 41.4 | 12.0 | 13.9 | 13.0 |
| India | 1.7 | 12.9 | 3.1 | 16.3 | 2.7 | 23.4 | 34.0 | 10.8 | 2.3 | 2.0 |
| Hong Kong | 0.6 | 10.2 | 3.0 | 20.0 | 4.1 | 27.9 | 33.8 | 13.7 | 2.2 | 2.0 |
| Australia | 4.8 | 8.7 | 4.7 | 12.9 | 7.9 | 20.6 | 31.1 | 11.8 | 7.4 | 7.3 |
| China | 3.4 | 11.0 | 3.1 | 12.7 | 3.9 | 25.3 | 30.2 | 5.1 | 12.8 | 11.6 |
| Brazil | 3.3 | 13.3 | 1.8 | 11.0 | 6.1 | 20.8 | 29.4 | 3.2 | 8.1 | 8.2 |
| Canada | 2.9 | 4.7 | 11.5 | 5.0 | 3.1 | 13.5 | 24.1 | 14.7 | 4.3 | 5.1 |
| Netherlands | 6.8 | 8.5 | 3.9 | 4.6 | 4.6 | 15.7 | 23.8 | 11.0 | 26.9 | 26.5 |
| Taiwan | 0.6 | 6.8 | 1.6 | 14.3 | 2.9 | 13.2 | 23.3 | 14.6 | 0.1 | 0.1 |
| Italy | 3.3 | 15.9 | 0.7 | 1.7 | 12.8 | 14.9 | 21.6 | 2.5 | 44.5 | 44.0 |
| Switzerland | 1.2 | 14.5 | 1.1 | 4.6 | 2.2 | 18.1 | 21.4 | 8.2 | 17.8 | 17.3 |
| Ireland | 0.2 | 0.3 | 8.9 | 5.4 | 4.2 | 12.9 | 14.8 | 5.4 | 1.6 | 1.8 |

**December 31, 2018**

**Cross-border claims on third parties and local country assets**

| In billions of U.S. dollars | Banks (a) | Public (a) | NBFIs[1] (a) | Other (corporate and households) (a) | Trading assets[2] (included in (a)) | Short-term claims[2] (included in (a)) | Total outstanding[3] (sum of (a)) | Commitments and guarantees[4] | Credit derivatives purchased[5] | Credit derivatives sold[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| United Kingdom | $ 14.6 | $ 23.5 | $ 35.7 | $ 22.4 | $ 12.3 | $ 67.8 | $ 96.2 | $ 25.1 | $ 74.3 | $ 76.4 |
| Cayman Islands | — | — | 81.6 | 9.2 | 5.4 | 62.5 | 90.8 | 5.0 | — | — |
| Japan | 31.4 | 28.8 | 8.4 | 7.8 | 13.6 | 40.7 | 76.4 | 4.0 | 19.9 | 18.3 |
| Mexico | 3.1 | 24.5 | 7.4 | 34.7 | 6.0 | 29.1 | 69.7 | 20.2 | 7.3 | 7.6 |
| Germany | 6.3 | 45.6 | 7.2 | 7.6 | 6.6 | 49.8 | 66.7 | 10.7 | 51.3 | 50.2 |
| France | 12.4 | 8.5 | 30.7 | 5.6 | 9.1 | 49.5 | 57.2 | 30.7 | 59.9 | 58.5 |
| South Korea | 1.5 | 17.8 | 3.0 | 22.6 | 1.8 | 33.2 | 44.9 | 12.1 | 12.2 | 12.2 |
| Singapore | 2.3 | 22.5 | 4.4 | 13.4 | 1.7 | 32.3 | 42.6 | 11.4 | 1.9 | 1.9 |
| India | 3.3 | 12.7 | 3.3 | 15.3 | 4.3 | 22.5 | 34.6 | 9.7 | 2.5 | 2.0 |
| Hong Kong | 0.9 | 11.2 | 3.2 | 16.9 | 3.9 | 27.5 | 32.2 | 14.6 | 2.2 | 2.2 |
| China | 5.0 | 11.3 | 3.0 | 12.3 | 4.5 | 20.6 | 31.6 | 4.2 | 15.6 | 14.6 |
| Australia | 3.1 | 7.8 | 4.8 | 13.4 | 7.1 | 14.4 | 29.1 | 12.1 | 10.6 | 10.5 |
| Brazil | 3.8 | 10.4 | 1.4 | 10.9 | 5.0 | 16.8 | 26.5 | 2.6 | 8.4 | 8.1 |
| Taiwan | 0.7 | 7.4 | 3.2 | 12.6 | 1.6 | 18.7 | 23.9 | 13.0 | 0.1 | 0.1 |
| Netherlands | 6.8 | 9.0 | 3.2 | 4.7 | 3.7 | 14.7 | 23.7 | 8.6 | 28.4 | 28.3 |
| Canada | 3.2 | 4.0 | 9.9 | 5.2 | 2.8 | 15.5 | 22.3 | 13.8 | 5.3 | 6.2 |
| Switzerland | 1.4 | 13.9 | 1.1 | 3.6 | 1.6 | 5.1 | 20.0 | 6.0 | 19.7 | 19.6 |
| Italy | 3.4 | 11.0 | 0.8 | 1.6 | 7.9 | 10.5 | 16.8 | 2.5 | 51.3 | 51.5 |

(1)  Non-bank financial institutions.
(2)  Included in total outstanding.
(3)  Total outstanding includes cross-border claims on third parties, as well as local country assets. Cross-border claims on third parties include cross-border loans, securities, deposits with banks and other monetary assets, as well as net revaluation gains on foreign exchange and derivative products.

110

(4)    Commitments (not included in total outstanding) include legally binding cross-border letters of credit and other commitments and contingencies as defined by the FFIEC guidelines. The FFIEC definition of commitments includes commitments to local residents to be funded with local currency liabilities originated within the country.

(5)    Credit default swaps (CDS) are not included in total outstanding.

111

**Signatures**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, on the 21st day of February, 2020.

Citigroup Inc.
(Registrant)

**/s/ Mark A. L. Mason**

Mark A. L. Mason
Chief Financial Officer

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on the 21st day of February, 2020.

Citigroup's Principal Executive Officer and a Director:

**/s/ Michael L. Corbat**

Michael L. Corbat

Citigroup's Principal Financial Officer:

**/s/ Mark A. L. Mason**

Mark A. L. Mason

Citigroup's Principal Accounting Officer:

**/s/ Raja J. Akram**

Raja J. Akram

The Directors of Citigroup listed below executed a power of attorney appointing Mark A. L. Mason their attorney-in-fact, empowering him to sign this report on their behalf.

| | |
|---|---|
| Ellen M. Costello | Renée J. James |
| Grace E. Dailey | Eugene M. McQuade |
| Barbara Desoer | Gary M. Reiner |
| John C. Dugan | Diana L. Taylor |
| Duncan P. Hennes | James S. Turley |
| Peter Blair Henry | Deborah C. Wright |
| S. Leslie Ireland | Alexander Wynaendts |
| Lew W. (Jay) Jacobs, IV | Ernesto Zedillo Ponce de Leon |

**/s/ Mark A. L. Mason**

Mark A. L. Mason

300