UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE CITIGROUP SECURITIES ~~LITIGATION~~ | Case No. 1:20-cv-09132-LAP |
|---|---|
| | **CLASS ACTION** |

*at the request of the Office of the Comptroller of the Currency*

**~~[PROPOSED]~~ ORDER ON SEALING**

Plaintiffs have requested permission to provisionally seal Plaintiffs' Reply Memorandum of Law in Further Support of Motion for Leave to Amend (filed in redacted form as ECF 156) pending an opportunity to file a less redacted version. Finding good cause for this request, it is hereby:

ORDERED that Plaintiffs are directed to file an unredacted copy of ECF 156 under seal.

August 7, 2023

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Judge