**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CITIGROUP SECURITIES LITIGATION | Case No. 1:20-cv-09132-LAP<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Lead Plaintiff Public Sector Pension Investment Board and Named Plaintiff Anchorage Police & Fire Retirement System (together "Plaintiffs" in the above-captioned case), hereby appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Court's Memorandum & Order denying Plaintiff's Motion for Leave to Amend the Consolidated Amended Class Action Complaint, filed in this action on November 13, 2025 and entered on November 17, 2025 (ECF 168), as well as all interlocutory orders and rulings prior to that order, including, but not limited to, the Court's Opinion and Order granting Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint, filed and entered in this action on March 24, 2023 (ECF 139).

DATED:  December 12, 2025

Respectfully submitted,

*/s/ Joseph A. Fonti*
Joseph A. Fonti
Javier Bleichmar
Erin H. Woods
Benjamin F. Burry
**BLEICHMAR FONTI & AULD LLP**
300 Park Ave, Suite 1301
New York, New York 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jfonti@bfalaw.com

jbleichmar@bfalaw.com
ewoods@bfalaw.com
bburry@bfalaw.com

*Counsel for Lead Plaintiff Public Sector*
*Pension Investment Board and*
*Named Plaintiff Anchorage Police & Fire*
*Retirement System, and Lead Counsel for the*
*Putative Class*